AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Hon. Bennie G. Thompson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hon. Bennie G. Thompson                                                                                .

Date:    February 16, 2021

*Attorney's signature*

Brian C. Corman    Bar ID 1008635
*Printed name and bar number*

Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW Suite 500
Washington DC 20005

*Address*

bcorman@cohenmilstein.com
*E-mail address*

(202) 408-4600
*Telephone number*

(202) 408-4699
*FAX number*