## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

**Hon. Bennie G. Thompson, in his personal capacity**

**Plaintiff**

Case No.: 1:21-cv-00400-APM

vs.

**Donald J. Trump, solely in his personal capacity, et al.**

**Defendant(s)**

---

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Rebecca E. Short, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S):  Summons and Complaint

SERVE TO:  Donald J. Trump, solely in his personal capacity

SERVICE ADDRESS:  Mar-A-Lago, 1100 South Ocean Boulevard, Palm Beach, Florida 33480-5004

METHOD OF SERVICE:  By mailing the documents listed herein to Donald J. Trump, solely in his personal capacity at Mar-A-Lago, 1100 South Ocean Boulevard, Palm Beach, Florida 33480-5004 on 02/17/2021 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7019 1120 0001 3834 2499. Service was signed for on 02/23/2021, return receipt attached.

I declare under penalty of perjury that this information is true.

3/1/2021
Executed On

Rebecca E. Short

Client Ref Number: 65390-001
Job #: 1586529

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald J. Trump, solely in his personal capacity

Mar-A-Lago, 1100 South Ocean Boulevard

Palm Beach, FL 33480-5004

9590 9402 6273 0274 6477 83

2. Article Number (Transfer from service label)

7019 1120 0001 3834 2499

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Ricky
C. Date of Delivery: 2/23/21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Hon. Bennie G. Thompson <br> *Plaintiff(s)* <br> v. <br> Donald J. Trump, Rudolph W. Giuliani, Proud Boys Int'l, L.L.C., and Oath Keepers <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 21-cv-00400-APM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Donald J. Trump
Mar-a-Lago Club
1100 S. Ocean Blvd.
Palm Beach, FL 33480-5004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph M. Sellers
Brian C. Corman
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW Suite 500
Washington DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___2/16/2021___      /s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*