## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Hon. Bennie G. Thompson, in his personal capacity

Plaintiff

Case No.: 1:21-cv-00400-APM

vs.

Donald J. Trump, solely in his personal capacity, et al.

Defendant(s)

### AFFIDAVIT OF SERVICE

I, Gregory Brown, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/02/2021 at 1:47 PM, I served Oath Keepers c/o Silver State Legal, Registered Agent at 4625 West Nevso Drive, Suite 2 & 3, Las Vegas, Nevada 89103 with the Summons and Complaint by serving Zach Erdwrum, Agent, authorized to accept service on behalf of Silver State Legal.

Zach Erdwrum is described herein as:

Gender: Male   Race/Skin: White   Age: 25   Weight: 140   Height: 5'6"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

3/3/21
Executed On

Gregory Brown

Client Ref Number: 65390-001
Job #: 1586528

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050