AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Hon. Bennie G. Thompson )　 | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:21-cv-00400-APM |
| Donald J. Trump, et al. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Donald J. Trump                              .

Date:   03/11/2021

/s/ Jesse R. Binnall
*Attorney's signature*

Jesse R. Binnall, Virginia Bar No. 79292
*Printed name and bar number*

Binnall Law Group
717 King Street, Suite 200
Washington, D.C. 22314

*Address*

jesse@binnall.com
*E-mail address*

(703) 888-1943
*Telephone number*

(703) 888-1930
*FAX number*