UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENNIE G. THOMPSON<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants.* | Case No. 1:21-cv-400 APM |

## CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE AMENDED COMPLAINT

Pursuant to Federal Civil Rule 6(b)(1)(A), Donald J. Trump moves this Court for an extension of time to answer or otherwise plead in response to the Complaint filed in this case. Mr. Trump requests that his response be due on April 26, 2021.

On February 16, 2021, Plaintiff Thompson's Complaint was filed. Plaintiff attempted to serve Mr. Trump by certified mail on February 23, 2021. That parcel was signed for by an unknown individual identified only as "Ricky." ECF No. 6. While Mr. Trump contests whether that service was legally effective, the point is moot because the parties have decided to focus on the substantive disputes at hand and have agreed to an extension of time for Mr. Trump to respond to the complaint, up to and including April 26, 2021. Plaintiff consents to this motion.

Dated: March 15, 2021

Respectfully Submitted,

/s/ Jesse R. Binnall_____
Jesse R. Binnall
BINNALL LAW GROUP

                                            717 King Street, Suite 300
                                            Alexandria, Virginia 22314
                                            Phone: (703) 888-1943
                                            Fax: (703) 888-1930
                                            Email: jesse@binnall.com
                                            *Counsel for Donald J. Trump*

## CERTIFICATE OF SERVICE

I certify that on 15 March 2021, I electronically filed the foregoing Consent Motion for Extension of Time and Proposed Order with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

Dated:  March 15, 2021                               /s/ Jesse R. Binnall
                                                                    Jesse R. Binnall
                                                                    *Counsel to Donald J. Trump*