UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENNIE G. THOMPSON<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants.* | Case No. 1:21-cv-400 APM |

### [PROPOSED] ORDER

This matter is before the Court on Donald J. Trump's Consent Motion for an Extension of Time to Answer or Otherwise Plead ("Motion"). For the reasons stated in the Motion and for good cause shown, the Motion is GRANTED and Mr. Trump shall file his answer or otherwise respond to the Complaint by no later than April 26, 2021.

Dated: _____          _____
                                                                        Amit P. Mehta
                                                                        United States District Judge