UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HON. BENNIE G. THOMPSON, *in his personal capacity*,
2466 Rayburn House Office Building
U.S. House of Representatives
Washington, DC 20515

    Plaintiff,

v.

DONALD J. TRUMP, *solely in his personal capacity*
Mar-A-Lago
1100 S. Ocean Blvd.
Palm Beach, Florida 33480-5004,

RUDOLPH W. GIULIANI,
Rudolph W Giuliani, PLLC
445 Park Ave FL 18
New York, NY 10022-2606

PROUD BOYS INTERNATIONAL, L.L.C.,
c/o Jason L. Van Dyke
108 Durango Dr.
Crossroads, TX, 76227, and

OATH KEEPERS,
Attn: Stewart Rhodes
1030 E. Hwy 377
Ste 110-285
Granbury, TX 76048
4625 West Nevso Drive, Suite 2 & 3
Las Vegas, NV, 89103,

    Defendants.
_____/

Case No. 1:21-cv-400 APM

## **CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT**

Pursuant to Federal Civil Rule 6(b)(1)(A), Defendant, OATH KEEPERS, moves this Court for an extension of time to answer or otherwise plead in response to the Complaint, on or before April 26, 2021.

On February 16, 2021, Plaintiff Thompson's Complaint was filed. Defendants undersigned Counsel was contacted on March 22, 2021, on behalf of Defendant OATH KEEPERS and desires additional time to consider the Complaint. Plaintiff's Counsel has agreed to an extension of time for OATH KEEPERS to respond to the Complaint, and consents to this motion for an extension of time to answer or otherwise plead on or before April 26, 2021.

Respectfully Submitted,

By: /s/ Kerry L. Morgan
Kerry L. Morgan (P32645)
Attorneys for Defendant
2915 Biddle Avenue, Suite 200
Wyandotte, MI 48192
(734) 281-7100
KMorgan@pck-law.com

Dated: March 23, 2021

## CERTIFICATE OF SERVICE

I certify that on the 23nd day of March, 2021, I electronically filed the foregoing Consent Motion for Extension of Time and Proposed Order with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

Dated: March 23, 2021 /s/Kerry L. Morgan
Kerry L. Morgan
Counsel for Oath Keepers