UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HON. BENNIE G. THOMPSON, *in his personal capacity*,
2466 Rayburn House Office Building
U.S. House of Representatives
Washington, DC 20515

    Plaintiff,

v.    Case No. 1:21-cv-400 APM

DONALD J. TRUMP, *solely in his personal capacity*
Mar-A-Lago
1100 S. Ocean Blvd.
Palm Beach, Florida 33480-5004,

RUDOLPH W. GIULIANI,
Rudolph W Giuliani, PLLC
445 Park Ave FL 18
New York, NY 10022-2606

PROUD BOYS INTERNATIONAL, L.L.C.,
c/o Jason L. Van Dyke
108 Durango Dr.
Crossroads, TX, 76227, and

OATH KEEPERS,
Attn: Stewart Rhodes
1030 E. Hwy 377
Ste 110-285
Granbury, TX 76048
4625 West Nevso Drive, Suite 2 & 3
Las Vegas, NV, 89103,

    Defendants.
_____/

[PROPOSED] ORDER

This matter is before the Court on OATH KEEPERS Consent Motion for an

Extension of Time to Answer or Otherwise Plead ("Motion"). For the reasons stated in the Motion and for good cause shown, the Motion is GRANTED and OATH KEEPERS shall file its answer or otherwise respond to the Complaint by no later than April 26, 2021.

Dated: _____          _____
                                                Amit P. Mehta
                                                United States District Judge