# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. BENNIE G. THOMPSON, *in his personal capacity*, <br> 2466 Rayburn House Office Building <br> U.S. House of Representatives <br> Washington, DC 20515 <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, *solely in his personal capacity* <br> Mar-A-Lago <br> 1100 S. Ocean Blvd. <br> Palm Beach, Florida 33480-5004, <br><br> RUDOLPH W. GIULIANI, <br> Rudolph W Giuliani, PLLC <br> 445 Park Ave FL 18 <br> New York, NY 10022-2606 <br><br> PROUD BOYS INTERNATIONAL, L.L.C., <br> c/o Jason L. Van Dyke <br> 108 Durango Dr., Crossroads, TX, 76227, and <br><br> OATH KEEPERS, <br> Attn: Stewart Rhodes <br> 1030 E. Hwy 377 <br> Ste 110-285 <br> Granbury, TX 76048 <br> 4625 West Nevso Drive, Suite 2 & 3 <br> Las Vegas, NV, 89103 <br><br> Defendants. | Civil Action No. 1:21-CV-00400-APM |

**ORDER**

This matter is before the Court on Plaintiff's Motion for Leave to File an Amended Complaint.  For the reasons stated in the Motion and for good cause shown, it is this ____ day of April 2021 hereby

ORDERED that the Motion for Leave to File an Amended Complaint is GRANTED, and it is further

ORDERED that the Amended Complaint appended to the Plaintiff's Motion be filed, and it is further

ORDERED that Defendants shall have until May 26, 2021 to answer or otherwise respond to the Amended Complaint.


Dated: _____                    _____
                                              Hon. Amit P. Mehta
                                              United States District Judge