Hon. Bennie G. Thompson, in his personal capacity

Plaintiff

Case No.: 1:21-cv-00400-APM

vs.

Donald J. Trump, solely in his personal capacity, et al.

Defendant

## AFFIDAVIT OF SERVICE

I, Dennis Norris, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 04/19/2021 at 3:47 PM, I served Warboys LLC c/o Ethan M. Nordean at 32324 169 SE Avenue, Auburn, Washington 98092 with the Summons and Complaint by serving Ethan M. Nordean, authorized to accept.

Ethan M. Nordean is described herein as:

Gender: Male   Race/Skin: White   Age: 30   Weight: 220   Height: 6'0"   Hair: Red   Glasses: No

I declare under penalty of perjury that this information is true and correct.

4-21-2021
Executed On



Dennis Norris

Client Ref Number:N/A
Job #: 1588757

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050