# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| HON. BENNIE G. THOMPSON, et. al <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 1:21-CV-400-APM <br> ) <br> ) MOTION FOR ADMISSION <br> ) *PRO HAC VICE* <br> ) <br> ) JURY TRIAL REQUESTED <br> ) <br> ) |

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission of attorney Robert B. McDuff from The Mississippi Center for Justice p*ro hac vice* in this action.

As set forth in the attached Declaration, Robert McDuff is admitted and an active member in good standing of the bars of the State of Mississippi, the United States Supreme Court, the United States Court of Appeals for the Fifth Circuit, and the United States District Courts for the Southern and Northern Districts of Mississippi.

The motion is supported and signed by Joseph M. Sellers, an active and sponsoring member of the Bar of this Court.

April 27, 2021

Respectfully submitted,

*/s/ Joseph M. Sellers*
Joseph M. Sellers, Bar No. 318410
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W. Suite 500, East Tower Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com

*Attorney for Plaintiffs*