IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. BENNIE G. THOMPSON, et. al | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:21-CV-400-APM ) |
| DONALD J. TRUMP, et al. | ) ) ) |
| Defendants. | ) ) |

DECLARATION OF ROBERT MCDUFF

I, Robert B. McDuff, hereby declare:

1. My full name, office address and telephone number are as follows:

   Robert Bruce McDuff
   Mississippi Center for Justice
   767 North Congress Street
   Jackson, MS  39202
   601-259-8484
   rbm@mcdufflaw.com

2. I am admitted to the following courts and bars:

   State of Mississippi

   U.S. Supreme Court; U.S. Courts of Appeals for the Fifth, Seventh, and Eleventh Circuits; U.S. District Courts for the Southern and Northern Districts of Mississippi.

3. I hereby certify that I have not been disciplined by any bar, and I am in good standing with the Mississippi Bar and the federal bars listed here (unless the membership in the Seventh and Eleventh Circuit bars has expired due to inactivity in the years since I argued cases there).

4. I have not been admitted *pro hac vice* by this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia.

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 27, 2021                                      Respectfully submitted,

/s/ Robert McDuff
Robert B. McDuff
Mississippi Center for Justice
767 North Congress Street
Jackson, MS  39202
601-259-8484
rbm@mcdufflaw.com