**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

---

Hon. Bennie G. Thompson, in his personal capacity

                          Plaintiff                 Case No.: 1:21-cv-00400-APM

                              vs.

Donald J. Trump, solely in his personal capacity, et al.

                          Defendant

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Rebecca E. Short, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons and Complaint

SERVE TO: Warboys LLC c/o Joseph R. Biggs

SERVICE ADDRESS: 114 Camino Circle, Ormond Beach, Florida 32174

METHOD OF SERVICE: By mailing the documents listed herein to Warboys LLC c/o Joseph R. Biggs at 114 Camino Circle, Ormond Beach, Florida 32174 on 04/19/2021 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7020 1290 0000 9482 4521. Service was signed for on 04/23/2021, return receipt attached.

I declare under penalty of perjury that this information is true.

04/29/2021
Executed On

Rebecca E. Short

Client Ref Number: N/A
Job #: 1588789

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X COVID19 | ☐ Agent<br>☐ Addressee |
| | B. Received by *(Printed Name)*<br>27 | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Warboys LLC c/o Joseph R. Biggs<br>114 Camino Circle<br>Ormond Beach, FL 32174 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| 9590 9402 6070 0125 4700 39 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7020 1290 0000 9482 4521 | | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | | Domestic Return Receipt |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Hon. Bennie G. Thompson, et al., <br> *Plaintiff(s)* <br> v. <br> Donald J. Trump, Rudolph W. Giuliani, Oath Keepers, Proud Boys Int'l, L.L.C., Warboys LLC and Enrique Tarrio, <br> *Defendant(s)* | Civil Action No.   1:21-CV-400-APM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Warboys LLC
c/o Joseph R. Biggs
114 Camino Circle
Ormond Beach, Florida 32174

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joseph M. Sellers
Brian C. Corman
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW Suite 500
Washington DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/16/2021

/s/ Erica Garmendez

*Signature of Clerk or Deputy Clerk*