# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Hon. Bennie G. Thompson, in his personal capacity

                                   Plaintiff

Case No.: 1:21-cv-00400-APM

vs.

Donald J. Trump, solely in his personal capacity, et al.

                                  Defendant

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Rebecca E. Short, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons and Complaint

SERVE TO: Enrique Tarrio

SERVICE ADDRESS: 1290 SW 142nd Court, Miami, Florida 33184

METHOD OF SERVICE: By mailing the documents listed herein to Enrique Tarrio at 1290 SW 142nd Court, Miami, Florida 33184 on 04/19/2021 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7020 1290 0000 9482 4538. Service was signed for on 04/23/2021, return receipt attached.

I declare under penalty of perjury that this information is true.

04/29/2021
Executed On



Rebecca E. Short

Client Ref Number: N/A
Job #: 1588790

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] Covid 19  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Enrique Tarrio<br>1290 SW 142nd Court<br>Miami, FL 33184 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:     ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6070 0125 4763 38 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 1290 0000 9482 4538 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Hon. Bennie G. Thompson, et al.,

*Plaintiff(s)*

v.

Donald J. Trump, Rudolph W. Giuliani, Oath Keepers, Proud Boys Int'l, L.L.C., Warboys LLC and Enrique Tarrio,

*Defendant(s)*

Civil Action No.   1:21-CV-400-APM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Enrique Tarrio
1290 SW 142nd Court
Miami, Florida 33184

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph M. Sellers
Brian C. Corman
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW Suite 500
Washington DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   4/16/2021

/s/ Erica Garmendez

*Signature of Clerk or Deputy Clerk*