## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Hon. Bennie G. Thompson, in his personal capacity

                            Plaintiff

Case No.: 1:21-cv-00400-APM

                              vs.

Donald J. Trump, solely in his personal capacity, et al.

                            Defendant

### AFFIDAVIT OF SERVICE

I, Amor Santana, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 5/1/2021 at 10:47 AM, I served Warboys LLC c/o Enrique Tarrio at 321 NW 61st Avenue, Miami, Florida 33126 with the Summons and Complaint by serving Enrique Tarrio, authorized to accept.

Enrique Tarrio is described herein as:

Gender: Male    Race/Skin: Hispanic    Age: 38    Weight: 180    Height: 5'5"    Hair: Brown    Glasses: No

I declare under penalty of perjury that this information is true and correct.

5/5/2021
Executed On



Amor Santana

Client Ref Number: N/A
Job #: 1588760

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050