UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. BENNIE G. THOMPSON, HON. KAREN R. BASS, HON. STEPHEN I. COHEN, HON. VERONICA ESCOBAR, HON. PRAMILA JAYAPAL, HON. HENRY C. JOHNSON, JR., HON. MARCIA C. KAPTUR, HON. BARBARA J. LEE, HON. JERROLD NADLER, HON. MAXINE WATERS, and HON. BONNIE M. WATSON COLEMAN, *in their personal capacities*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, RUDOLPH W. GIULIANI, OATH KEEPERS, PROUD BOYS INTERNATIONAL, L.L.C., WARBOYS LLC, and ENRIQUE TARRIO,<br><br>*Defendants*, | Civil Action No. 1:21-cv-00400-APM |

**DEFENDANT'S MOTION TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Rudolph W. Giuliani hereby files his Motion to Dismiss Plaintiffs' Amended Complaint [Doc. 11-1].

Arguments in support of this Motion are set forth in the accompanying Memorandum of Points and Authorities filed herewith.

Defendant respectfully prays that the Court grant this Motion, in accordance with the proposed order included herewith.

Date:  May 26, 2021

                                Respectfully submitted,

                                By: */s/ Joseph D. Sibley IV*

1

Camara & Sibley L.L.P.

Joseph D. Sibley IV
DC Bar ID: TX0202
1108 Lavaca St.
Suite 110263
Austin, TX 78701

Telephone: (713) 966-6789
Fax: (713) 583-1131
Email: sibley@camarasibley.com

**ATTORNEYS FOR RUDOLPH W. GIULIANI**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 26th day of May, 2021, I electronically filed the foregoing motion—together with the accompanying proposed order and memorandum of law—with the Clerk of the Court using the CM/ECF system, which I understand to have caused service on all counsel of record.

                                                                      */s/ Joseph D. Sibley IV*
                                                                      Joseph D. Sibley IV