UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. BENNIE G. THOMPSON, HON. KAREN R. BASS, HON. STEPHEN I. COHEN, HON. VERONICA ESCOBAR, HON. PRAMILA JAYAPAL, HON. HENRY C. JOHNSON, JR., HON. MARCIA C. KAPTUR, HON. BARBARA J. LEE, HON. JERROLD NADLER, HON. MAXINE WATERS, and HON. BONNIE M. WATSON COLEMAN, *in their personal capacities*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, RUDOLPH W. GIULIANI, OATH KEEPERS, PROUD BOYS INTERNATIONAL, L.L.C., WARBOYS LLC, and ENRIQUE TARRIO,<br><br>*Defendants*, | Civil Action No. 1:21-cv-00400-APM |

**[*PROPOSED*] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

On May 26, 2021, pursuant to FED. R. CIV. P. 12(b)(6), Defendant Rudolph Giuliani filed his Motion to Dismiss [Doc. ___] Plaintiffs' Amended Complaint [Doc. 11-1].

After considering the Motion, response to the Motion, reply in support of the Motion, and the entire record, the Court GRANTS the Motion [Doc. ___] and hereby ORDERS that the Amended Complaint [Doc. 11-1] is hereby DISMISSED WITH PREJUDICE as to refiling same.

IT IS SO ORDERED.

Date: _____

_____
UNITED STATES DISTRICT JUDGE