UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENNIE G. THOMPSON, et al., ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Case No. 1:21-cv-00400-APM |
| ) | |
| DONALD J. TRUMP, et al., ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

## DEFENDANT DONALD J. TRUMP'S MOTION TO DISMISS

Defendant Donald J. Trump moves this Court for dismissal of all claims pursuant to Fed. R. Civ. P. 12(b)(1) and 12 (b)(6).

The amended complaint must be dismissed for lack of subject matter jurisdiction because of its lack of justiciability, due to absolute immunity and the political question doctrine, and because Plaintiffs lack standing. The amended complaint also fails to state a claim upon which relief may be granted.

In support of this motion, Mr. Trump submits the accompanying memorandum, which is fully incorporated herein. For these foregoing reasons, as well as those contained in the accompanying memorandum, Defendant moves that the Court dismiss Plaintiffs' Amended Complaint, with prejudice.

Dated: May 26, 2021

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall (VA022)
The Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943

1

2

Fax: (703) 888-1930
Email: jesse@binnall.com
*Attorney for Donald J. Trump*

## CERTIFICATE OF SERVICE

I certify that on May 26, 2021, a copy of the foregoing was filed with the

Clerk of the Court using the Court's CM/ECF system, which will send a copy to all

counsel of record.

Dated: May 26, 2021                          /s/ Jesse R. Binnall
                                             Jesse R. Binnall
                                             *Attorney for Donald J. Trump*