UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENNIE G. THOMPSON, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Civil Case No. 1:21-cv-00400-APM |
| DONALD J. TRUMP, et al., | ) |
| *Defendants*. | ) |

### [PROPOSED] ORDER

Upon consideration of Donald J. Trump's Motion to Dismiss and arguments in the accompanying memoranda, any opposition thereto, any oral arguments before this Court and because the Court finds good cause, it is hereby

**ORDERED** that Defendant Donald J. Trump's Motion to Dismiss is **GRANTED, with prejudice**.

The Court hereby enters judgment in favor of Defendant Donald J. Trump on all of Plaintiffs' claims.

**SO ORDERED.**

Dated: _____          _____
                                  The Honorable Amit P. Mehta
                                  United States District Judge