| | |
|---|---|
| VERONICA ESCOBAR, ) | |
|   in her personal capacity, ) | Civil Case No. 1:21-CV-400-AP |
| HON. PRAMILA JAYAPAL, ) | Honorable Amit P. Mehta |
|   in her personal capacity, ) | **[PROPOSED] ORDER** |
| HON. HENRY C. JOHNSON, JR., ) | |
|   in his personal capacity, ) | |
| HON. MARCIA C. KAPTUR, ) | |
|   in her personal capacity, ) | |
| HON. BARBARA J. LEE, ) | |
|   in her personal capacity, ) | |
| HON. JERROLD NADLER, ) | |
|   in his personal capacity, ) | |
| HON. MAXINE WATERS, ) | |
|   in her personal capacity, and ) | |
| HON. BONNIE M. WATSON COLEMAN,) | |
|   in her personal capacity ) | |
| ) | |
|         Plaintiffs, ) | |
| v.  ) | |
| ) | |
| DONALD J. TRUMP, ) | |
|   solely in his personal, capacity, ) | |
| RUDOLPH W. GIULIANI, ) | |
| OATH KEEPERS, ) | |
| PROUD BOYS INTERNATIONAL, L.L.C.) | |
| WARBOYS LLC, and ) | |
| ENRIQUE TARRIO ) | |
| ) | |
|         Defendants. ) | |
| _____ ) | |

| | |
|---|---|
| Janette Louard (*pro hac vice* motion to befiled) | Kerry Lee Morgan, 424566 |
| Anthony P. Ashton, Bar No. MD0096 | Pentiuk, Couvreur & Kobiljak, P.C. |
| Anna Kathryn Barnes, Bar No. 1719493 (*motion for admission pending*) | Attorneys for Defendant Oath Keepers, Only |
| Attorneys for Plaintiffs | 2915 Biddle Street |
| NAACP Office of General Counsel | Suite 200 |
| 4805 Mount Hope Drive | Wyandotte, MI 48192 |
| Baltimore, MD 21215 | (734) 281-7100 |
| (410) 580-5777 | Kmorgan@pck-law.com |
| jlouard@naacpnet.org | |
| aashton@naacpnet.org | |
| abarnes@naacpnet.org | |

Joseph M. Sellers, Bar No. 318410
Brian Corman, Bar No. 1008635
Alison S. Deich, Bar No. 1572878
  (*motion foradmission pending*)
Attorneys for Plaintiffs
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, EastTower
Washington, DC 20005
(202) 408-4600
FAX: (202) 408-4699
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com
adeich@cohenmilstein.com

_____/

## [PROPOSED] ORDER GRANTING
## DEFENDANT OATH KEEPER'S MOTION TO DISMISS
## PLAINTIFFS' AMENDED COMPLAINT

On May 26, 2021, pursuant to Fed. R. Civ. P. 12(b)(1) & (6) Defendant Oath Keepers filed its Motion to Dismiss [Doc. #20] Plaintiffs' Amended Complaint [Doc #11-1].

After considering the Motion, response to the Motion, reply in support of the Motion, and the entire record, the Court Grants the Motion [Doc. #20] and hereby ORDERS that the Amended Complaint [Doc. #11-1] is hereby DISMISSED WITH PREJDUCIE as to refiling same.

IT IS SO ORDERED.

Date: _____                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE