**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HON. BENNIE G. THOMPSON, *et. al* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-CV-00400-APM |
| ) | |
| DONALD J. TRUMP, *et. al* ) | |
| ) | JURY TRIAL REQUESTED |
| Defendants. ) | |
| ) | |

**PLAINTIFFS' UNCONTESTED MOTION AND POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR EXTENSION OF TIME AND TO SUBMIT UNIFIED BRIEF IN RESPONSE TO MOTIONS TO DISMISS**

The Court has before it three motions to dismiss the complaint in this action, filed by Messrs. Trump and Giuliani and the Oath Keepers, making arguments that total 82 pages. Defendants Enrique Tarrio, the Proud Boys and Warboys have not filed a pleading responsive to the complaint.  The Plaintiffs seek additional time to July 1, 2021 in which to respond to the pending motions.  They also seek to respond to the motions in a single, unified brief not to exceed 80 pages.

Pursuant to the Court's Minute Order, dated April 7, 2021, the Defendants were directed to answer or otherwise respond to the Complaint on or before May 26, 2021.  Three Defendants filed motions to dismiss on that date.  *See* ECF 20, 21 & 22.  Local Rule 7(b) requires that responses to those motions are due 14 days later, or on or before June 9, 2021.  The Plaintiffs request that they be granted a brief enlargement of time to respond to the motions to dismiss until

July 1, 2021.  The proposed extension of time will not interfere with any established deadlines in this action.

The Plaintiffs also request leave to respond to the three motions to dismiss in a common brief.  As some of the arguments made by the Defendants overlap, it will be more economical to respond to the motions to dismiss in a single brief that denominates the particular arguments and the Defendant(s) asserting them to which it is responding.  The Plaintiffs also request that the single brief they submit in response to the three motions to dismiss be a length not to exceed 80 pages.  Pursuant to Local Rule 7(e), the Plaintiffs would be entitled to respond to each motion to dismiss separately in briefs, each of which could be 45 pages in length.  Instead, the Plaintiffs' request to submit a single brief not to exceed 80 pages in length will ensure a more economical presentation of their responsive arguments.

Defendants Trump, Giuliani and the Oath Keepers do not oppose these requests.  In return they request leave to file any briefs in reply on or before July 19, 2021.  Pursuant to Local Rule 7(d), the Defendants' reply briefs would be due seven days after the filing of Plaintiffs' response, or on July 8, 2021.  The Plaintiffs do not oppose that request.

Wherefore the Plaintiffs request that they be granted until July 1, 2021 to respond to the motions to dismiss filed by Defendants Trump, Giuliani and the Oath Keepers and that they be permitted to submit a single brief not to exceed 80 pages that responds to the three motions to dismiss.  As a condition of the Defendants agreement not to oppose the relief the Plaintiffs request, the Defendants request that they be granted until July 19, 2021 to file any replies they wish to submit.

Dated:  June 2, 2021

Respectfully submitted,

*/s/ Janette McCarthy-Wallace*
Janette McCarthy-Wallace (*pro hac vice*
motion pending)
Anthony P. Ashton, Bar No. MD25220
NAACP
Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org

Robert Bruce McDuff (admitted pro hac
vice)
Mississippi Center for Justice
767 North Congress Street
Jackson, MS 39202
601-259-8484
rbm@mcdufflaw.com

*/s/ Joseph M. Sellers*
Joseph M. Sellers, Bar No. 318410
Brian Corman, Bar No. 1008635
Alison S. Deich, Bar No. 1572878 (*admission pending*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W. Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com

## CERTIFICATE OF SERVICE

I certify that on June 2, 2021, a copy of the foregoing was filed with the Clerk using the

Court's CM/ECF system, which will send a copy to all counsel of record.

Joseph M. Sellers
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Fifth Floor  Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com