IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. BENNIE G. THOMPSON, *et. al* | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:21-CV-00400-APM |
| DONALD J. TRUMP, *et. al* | ) |
| | ) Q |
| Defendants. | ) |

# **ORDER**

Upon consideration of the Plaintiffs' Uncontested Motion for Extension of Time and to Submit a Unified Brief in Response to the Motions to Dismiss, and the entire record herein, it is hereby

ORDERED that the Plaintiffs' Uncontested Motion is Granted, and it is further

ORDERED that the Plaintiffs may file their response to the pending motions to dismiss on or before July 1, 2021, and it is further

ORDERED that the Plaintiffs may respond to the pending motions to dismiss in a single brief, and it is further

ORDERED that the Plaintiffs' response to the pending motions shall not exceed 80 pages in length, and it is further

ORDERED that the Defendants may submit any reply briefs on or before July 19, 2021.

DATED: _____              _____
                                                            Amit P. Mehta
                                                     United States District Judge