IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. BENNIE G. THOMPSON, et al ) | |
| ) | Civil Case No. 1:21-CV-400-APM |
| Plaintiff, ) | Honorable Amit P. Mehta |
| ) | |
| vs. ) | **DEFENDANT OATH KEEPERS** |
| ) | **CONCURRENCE WITH MOTION** |
| DONALD J. TRUMP, et al ) | **AND MEMORANDUM IN SUPPORT** |
| ) | **OF DONALD J. TRUMP'S MOTION TO** |
| Defendant. ) | **DISMISS** |

Janette Louard (*pro hac vice*
  motion to be filed)
Anthony P. Ashton, Bar No. MD0096
Anna Kathryn Barnes, Bar No. 1719493
  (*motion for admission pending*)
Attorneys for Plaintiffs
NAACP Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

Joseph M. Sellers, Bar No. 318410
Brian Corman, Bar No. 1008635
Alison S. Deich, Bar No. 157287
  (*motion for admission pending*)
Attorneys for Plaintiffs
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, EastTower
Washington, DC 20005
(202) 408-4600
FAX: (202) 408-4699
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com
adeich@cohenmilstein.com

Kerry Lee Morgan, 424566
Pentiuk, Couvreur & Kobiljak, P.C.
Attorneys for Defendant
Oath Keepers, Only
2915 Biddle Street
Suite 200
Wyandotte, MI 48192
(734) 281-7100
Kmorgan@pck-law.com

Jesse R. Binnall (VA022)
Attorney for Donald J. Trump
The Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com

Joseph D. Sibley, IV
Camara & Sibley LLP
Attorney for Rudolph W. Giuliani
1108 Lavaca St., Ste. 110263
Austin, TX 78701
Tel: (713) 966-6789/Fax 583-1131
sibley@camarasibley.com

_____/

## DEFENDANT OATH KEEPERS CONCURRENCE WITH MOTION AND MEMORANDUM IN SUPPORT OF DONALD J. TRUMP'S MOTION TO DISMISS

NOW COMES Defendant, Oath Keepers, by and through its attorneys, Pentiuk, Couvreur & Kobiljak, P.C., and Kerry L. Morgan, and concurs with the MOTION and MEMORANDUM IN SUPPORT OF DONALD J. TRUMP'S MOTION TO DISMISS (Doc . 22-1).

Defendant incorporates the arguments in Section II therein [Plaintiffs have not alleged a particularized injury causally connected to any Defendant; lack standing to sue under Section 1985(1); are not officers under the United States; do not hold any office under the United States, and do not hold a position of trust or place of confidence with the United States as delineated in § 1985(1)].

Defendant further incorporates the arguments in Section III [First Amendment bars every claim; the incitement and "true threats" standards protect the speech at issue; Plaintiffs' reading of the federal statutes makes them susceptible to a facial challenge; all Defendants had a First Amendment right to petition the government for redress of grievances; prior restraints against speech are presumptively unconstitutional].

Defendant incorporates said arguments as its own and in further support of its own Motion to Dismiss (Doc 20).

                Respectfully submitted,

                **Pentiuk, Couvreur & Kobiljak, P.C.**

By:   /s/ Kerry L. Morgan
       Kerry L. Morgan (424566)
       Attorneys for Defendant Oath Keepers, Only
       2915 Biddle Avenue, Suite 200
       Wyandotte, MI  48192
       (734) 281-7100
       KMorgan@pck-law.com

Dated: June  4, 2021