AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| The Hon. Bennie G. Thompson, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-400-APM |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                                                                 .

Date:   06/07/2021                                    /s/ Alison Deich
                                                            *Attorney's signature*

                                                            Alison Deich, Bar No.: 1572878
                                                            *Printed name and bar number*
                                                            Cohen Milstein Sellers & Toll PLLC
                                                            1100 New York Ave., N.W.
                                                            Suite 500
                                                            Washington, D.C.  20005
                                                            *Address*

                                                            adeich@cohenmilstein.com
                                                            *E-mail address*

                                                            (202) 408-4600
                                                            *Telephone number*

                                                            (202) 408-4699
                                                            *FAX number*