IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. BENNIE G. THOMPSON, *in his personal capacity*, et al., <br><br>    *Plaintiffs*, <br><br>  v. <br><br> DONALD J. TRUMP, *solely in his personal capacity*, et al., <br><br>    *Defendants*. | No. 1:21-cv-00400 (APM) |

**[PROPOSED] ORDER**

 Upon consideration of the motion of law professors for leave to file an *amici curiae* brief in support of plaintiffs, it is hereby

 ORDERED that the motion is GRANTED.

 Dated: _____

_____
Amit P. Mehta
United States District Judge
