AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Bennie Thompson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-400-APM |
| Donald J. Trump | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Amicus Campaign Legal Center Action                                                                                        .

Date:      07/08/2021

/s/ Adav Noti
*Attorney's signature*

Adav Noti (DC Bar No. 490714)
*Printed name and bar number*
Campaign Legal Center Action
1101 14th St. NW, Ste. 400
Washington, DC 20005

*Address*

anoti@campaignlegal.org
*E-mail address*

(202) 736-2200
*Telephone number*

(202) 736-2222
*FAX number*