## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HON. BENNIE G. THOMPSON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-400-APM |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), proposed *amicus curiae* Campaign Legal Center

Action moves for the admission of attorney Hayden Johnson *pro hac vice* in this action.

As set forth in the attached Declaration, Hayden Johnson is admitted and an active

member in good standing of the District of Columbia Bar.

The motion is supported and signed by Paul M. Smith, an active and sponsoring member

of the Bar of this Court.

Dated: July 12, 2021

Respectfully submitted,

/s/ Paul M. Smith

Paul M. Smith (D.C. Bar No. 358870)
CAMPAIGN LEGAL CENTER ACTION
1101 14th Street, NW, St. 400
Washington, D.C. 20005
(202) 736-2200

*Attorney for Proposed Amicus Campaign Legal Center Action*