IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. BENNIE G. THOMPSON, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 1:21-cv-400-APM |

**DECLARATION OF HAYDEN S. JOHNSON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Hayden S. Johnson, hereby declare:

　1. My full name, office address, and telephone number are as follows:

　　Hayden Sherwood Johnson
　　Campaign Legal Center Action
　　1101 14th St. NW, Ste. 400
　　Washington, D.C. 20005
　　(202) 736-2200
　　hjohnson@campaignlegalcenter.org

　2. I am a member of the D.C. Bar and am admitted to practice in the D.C. Court of Appeals.

　3. I hereby certify that I have not been disciplined by any bar, and I am in good standing with the D.C. Bar.

　4. I have not been admitted *pro hac vice* by this Court within the last two years.

　5. I engage in the practice of law in an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 12, 2021

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Hayden S. Johnson

Hayden S. Johnson
CAMPAIGN LEGAL CENTER ACTION
1101 14th Street, NW, St. 400
Washington, D.C. 20005
(202) 736-2200
hjohnson@campaignlegalcenter.org