# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. BENNIE G. THOMPSON, HON. KAREN R. BASS, HON. STEPHEN I. COHEN, HON. VERONICA ESCOBAR, HON. PRAMILA JAYAPAL, HON. HENRY C. JOHNSON, JR., HON. MARCIA C. KAPTUR, HON. BARBARA J. LEE, HON. JERROLD NADLER, HON. MAXINE WATERS, and HON. BONNIE M. WATSON COLEMAN, *in their personal capacities*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, RUDOLPH W. GIULIANI, OATH KEEPERS, PROUD BOYS INTERNATIONAL, L.L.C., WARBOYS LLC, and ENRIQUE TARRIO, <br><br> *Defendants*, | Civil Action No. 1:21-cv-00400-APM |

# [PROPOSED] ORDER

This comes on Defendants Donald J. Trump and Rudolph Giuliani's Unopposed Motion to Set Briefing Schedule to File Consolidated Replies to Plaintiffs' Opposition to Defendants' Motions to Dismiss and to Amicus Briefs and to Exceed Page Limit. For good cause shown, the motion is GRANTED. Defendants may file their reply briefs up to and until **August 16, 2021** that may also incorporate replies to amicus briefs. The replies shall not to exceed 50 pages in length.

SO ORDERED.

Dated: _____          _____
                                  Amit P. Mehta
                                  United States District Judge

1