**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HON. BENNIE G. THOMPSON, *et al.* | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Civil Action No. 1:21-CV-00400-APM <br> ) |
| DONALD J. TRUMP, *et al.* | ) <br> ) JURY TRIAL REQUESTED |
| Defendants. | ) <br> ) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) SOLELY AS TO PLAINTIFF BENNIE G. THOMPSON**

On July 1, 2021, the Speaker of the United States House of Representatives announced that the Honorable Bennie G. Thompson would serve as chair of the Select Committee to Investigate the January 6th Attack on the United States Capitol ("Select Committee"). While Rep. Thompson continues to believe strongly in the merits of this case, he wishes to avoid even the appearance of a conflict of interest between his role on the Select Committee and his role as a Plaintiff in this litigation. He therefore dismisses his claim with prejudice against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The other Plaintiffs, who are not members of the Select Committee, continue to pursue their claims.

Dated: July 20, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Janette McCarthy-Wallace* | */s/ Joseph M. Sellers* |
| Janette McCarthy-Wallace (*pro hac vice* motion pending) | Joseph M. Sellers, Bar No. 318410 |
| Anthony P. Ashton, Bar No. MD25220 | Brian Corman, Bar No. 1008635 |
| Anna Kathryn Barnes, Bar No. 1719493 | Alison S. Deich, Bar No. 1572878 |
| NAACP | COHEN MILSTEIN SELLERS & TOLL PLLC |
| Office of General Counsel | 1100 New York Avenue, N.W. Fifth Floor |
| 4805 Mount Hope Drive | Washington, DC 20005 |
| Baltimore, MD 21215 | Telephone: (202) 408-4600 |
| Telephone: (410) 580-5777 | Facsimile: (202) 408-4699 |
| jlouard@naacpnet.org | jsellers@cohenmilstein.com |
| aashton@naacpnet.org | bcorman@cohenmilstein.com |
| | adeich@cohenmilstein.com |

Robert B. McDuff (admitted pro hac vice)
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
601-259-8484
rbm@mcdufflaw.com

CERTIFICATE OF SERVICE

I certify that on July 20, 2021, a copy of the foregoing was filed with the Clerk using the Court's CM/ECF system, which will send a copy to all counsel of record.

<u>Joseph M. Sellers</u>
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Fifth Floor  Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com