UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENNIE G. THOMPSON *et al.*,<br>    *Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP,<br>    *Defendant.* | Civil Action No. 1:21-cv-400-APM |
| ERIC SWALWELL,<br>    *Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br>    *Defendants.* | Civil Action No. 1:21-cv-586-APM |
| JAMES BLASSINGAME and SIDNEY HEMBY,<br>    *Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br>    *Defendants.* | Civil Action No. 1:21-cv-858-APM |

### [PROPOSED] ORDER

Upon consideration of proposed amicus curiae Jared Holt's Motion for Leave to File an Amicus Curiae Brief in Support of the Plaintiffs, it is hereby ORDERED that Mr. Holt's motion is GRANTED.

**SO ORDERED.**

Dated: _____                              _____
                                                                                    HON. AMIT P. MEHTA
                                                                                    United States District Judge