AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| ERIC THOMPSON, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-400-APM |
| DONALD TRUMP, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AMICUS CURIAE CAMPAIGN LEGAL CENTER ACTION.

Date: 07/30/2021

/s/ Hayden S. Johnson
*Attorney's signature*

Hayden S. Johnson, D.C. Bar No. 1671830
*Printed name and bar number*

Campaign Legal Center Action
1101 14th St. NW
Suite 400
Washington, DC 20005
*Address*

hjohnson@campaignlegalcenter.org
*E-mail address*

(202) 736-2200
*Telephone number*

(202) 736-2222
*FAX number*