IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HON. BENNIE G. THOMPSON, *et al.*<br><br>　　　　Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:21-CV-00400-APM<br>)<br>)<br>)  JURY TRIAL REQUESTED<br>)<br>) |

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

Plaintiffs, pursuant to Federal Rule of Civil Procedure 55(a), respectfully request the Clerk to enter a default against Defendant Enrique Tarrio. The Plaintiffs state as follows:

1. The Complaint was filed on February 16, 2021 (Docket No. 1), and the Amended Complaint, naming Enrique Tarrio as a Defendant, was filed on April 7, 2021 (Docket No. 11-1).

2. On April 19, 2021, Defendant Enrique Tarrio was served by United States Postal Service certified mail, return receipt requested, which was signed for on April 23, 2021 (Docket No. 17).

3. On May 1, 2021, Defendant Enrique Tarrio was served in person by private process server (Docket No. 18); and

4. To date, Defendant Enrique Tarrio has failed to submit a pleading or otherwise defend as required by Fed. R. Civ. P. 12(a).

WHEREFORE, Plaintiffs request that the Clerk enter a default against Defendant Enrique Tarrio pursuant to Fed. R. Civ. P. 55(a). An Affidavit is also submitted in support of this request.

Dated: September 20, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Janette McCarthy-Wallace* <br> Janette McCarthy-Wallace (*pro hac vice* motion pending) <br> Anthony P. Ashton, Bar No. MD25220 <br> Anna Kathryn Barnes, Bar No. 1719493 <br> NAACP <br> Office of General Counsel <br> 4805 Mount Hope Drive <br> Baltimore, MD 21215 <br> Telephone: (410) 580-5777 <br> jlouard@naacpnet.org <br> aashton@naacpnet.org <br> abarnes@naacpnet.org | */s/ Joseph M. Sellers* <br> Joseph M. Sellers, Bar No. 318410 <br> Brian Corman, Bar No. 1008635 <br> Alison S. Deich, Bar No. 1572878 <br> COHEN MILSTEIN SELLERS & TOLL PLLC <br> 1100 New York Avenue, N.W. Fifth Floor <br> Washington, DC 20005 <br> Telephone: (202) 408-4600 <br> Facsimile: (202) 408-4699 <br> jsellers@cohenmilstein.com <br> bcorman@cohenmilstein.com <br> adeich@cohenmilstein.com |

Robert Bruce McDuff (admitted pro hac vice)
Mississippi Center for Justice
767 North Congress Street
Jackson, MS 39202
601-259-8484
rbm@mcdufflaw.com