# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HON. BENNIE G. THOMPSON, *et al.* | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:21-CV-00400-APM |
| DONALD J. TRUMP, *et al.* | ) ) ) JURY TRIAL REQUESTED |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September, 2021, a copy of the foregoing was filed using the Court's CM/ECF service and served by first class United States mail, postage prepaid on the following:

        Enrique Tarrio                 Enrique Tarrio
        321 NW 61st Ave            1290 SW 142nd Court
        Miami, FL 33126            Miami, FL 33184

Dated: September 20, 2021          Respectfully submitted,

*/s/ Janette McCarthy-Wallace*          */s/ Joseph M. Sellers*
Janette McCarthy-Wallace (*pro hac vice*    Joseph M. Sellers, Bar No. 318410
motion pending)                                     Brian Corman, Bar No. 1008635
Anthony P. Ashton, Bar No. MD0096      Alison S. Deich, Bar No. 1572878
NAACP                                             COHEN MILSTEIN SELLERS & TOLL PLLC
Office of General Counsel               1100 New York Avenue, N.W. Suite 500, East
4805 Mount Hope Drive                 Tower Washington, DC 20005
Baltimore, MD 21215                    Telephone: (202) 408-4600
Telephone: (410) 580-5777            Facsimile: (202) 408-4699
jlouard@naacpnet.org                   jsellers@cohenmilstein.com
aashton@naacpnet.org                  bcorman@cohenmilstein.com

                                                               *Attorneys for Plaintiffs*