IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HON. BENNIE G. THOMPSON, *et al.* | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:21-CV-00400-APM |
| DONALD J. TRUMP, *et al.* | ) ) ) | JURY TRIAL REQUESTED |
| Defendants. | ) ) | |

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

Plaintiffs, pursuant to Federal Rule of Civil Procedure 55(a), respectfully request the Clerk to enter a default against Defendant Warboys LLC. The Plaintiffs state as follows:

1. The Complaint was filed on February 16, 2021, (Docket No. 1) and the Amended Complaint, naming Warboys LLC as a Defendant, was filed on April 7, 2021 (Docket No. 11-1);

2. On April 19, 2021, Defendant Warboys LLC's Registered and Managing Agent Ethan M. Nordean was served in person by private process server (Docket No. 14);

3. On April 19, 2021 Defendant Warboys LLC's Registered and Managing Agent Joseph R. Biggs was served by United States Postal Service certified mail, return receipt requested, which was signed for on April 23, 2021 (Docket No. 16);

4. On May 1, 2021, Defendant Warboys LLC's Registered and Managing Agent Enrique Tarrio was served in person by private process server (Docket No. 19); and

5. To date, Defendant Warboys LLC has failed to submit a pleading or otherwise defend as required by Fed. R. Civ. P. 12(a).

WHEREFORE, Plaintiff request that the Clerk enter a default against Defendant Warboys LLC pursuant to Fed. R. Civ. P. 55(a).  An Affidavit is also submitted in support of this request.

| | |
|---|---|
| Dated:  September 20, 2021 | Respectfully submitted, |
| /s/ Janette McCarthy-Wallace<br>Janette McCarthy-Wallace (*pro hac vice* motion pending)<br>Anthony P. Ashton, Bar No. MD0096<br>NAACP<br>Office of General Counsel<br>4805 Mount Hope Drive<br>Baltimore, MD 21215<br>Telephone: (410) 580-5777<br>jlouard@naacpnet.org<br>aashton@naacpnet.org | /s/ Joseph M. Sellers<br>Joseph M. Sellers, Bar No. 318410<br>Brian Corman, Bar No. 1008635<br>Alison S. Deich, Bar No. 1572878<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Avenue, N.W. Suite 500, East Tower Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>jsellers@cohenmilstein.com<br>bcorman@cohenmilstein.com<br><br>*Attorneys for Plaintiffs* |