CO 538
Rev. 5/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Hon. Bennie G. Thompson, et al.
   Plaintiff(s)

vs.                                              Civil Action No. 1:21-cv-00400

Donald J. Trump, et al.
   Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __20th__ day of __September__, __2021__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __Warboys LLC__ was [were] (select one):

☑ personally served with process on __May 1, 2021 & April 19, 2021__.

☐ served via registered or certified mail pursuant to provisions of Rule 4(C) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____.

☐ served via First Class Mail pursuant to provisions of Rule 4(C) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☑ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: __29 USC Section 1132(e)__.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑ no extension has been given and the time for filing has expired
☐ although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

*[signature: Jos Sellers]*

Attorney for Plaintiff(s) [signature]
Joseph M. Sellers
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave., N.W., Suite 500
Washington, D.C.  20005
(202) 408-4600

318410

Bar Id. Number                    Name, Address and Telephone Number