# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. BENNIE G. THOMPSON, *et al.* | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:21-CV-00400-APM |
| | ) |
| DONALD J. TRUMP, *et al.* | ) |
| | ) JURY TRIAL REQUESTED |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September, 2021, a copy of the foregoing was filed using the Court's CM/ECF service and served by first class United States mail, postage prepaid on the following:

Enrique Tarrio
321 NW 61st Ave
Miami, FL  33126

Enrique Tarrio
1290 SW 142nd Court
Miami, FL 33184

Ethan M. Nordean
32324 169 SE Avenue
Auburn, WA  98092

Joseph R. Biggs
114 Camino Circle
Ormond Beach, FL 32174

Dated:  September 20, 2021

Respectfully submitted,

*/s/ Janette McCarthy-Wallace*
Janette McCarthy-Wallace (*pro hac vice* motion pending)
Anthony P. Ashton, Bar No. MD0096
NAACP
Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org

*/s/ Joseph M. Sellers*
Joseph M. Sellers, Bar No. 318410
Brian Corman, Bar No. 1008635
Alison S. Deich, Bar No. 1572878
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W. Suite 500, East Tower Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com

*Attorneys for Plaintiffs*