Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

THOMPSON
Plaintiff(s)

v.

TRUMP et al
Defendant(s)

Civil Action: 21-cv-00400-APM

**RE:** WARBOYS LLC
ENRIQUE TARRIO

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 5/1/2021, and an affidavit on behalf of the plaintiff having been filed, it is this 22nd day of September, 2021 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ Erica Garmendez
Deputy Clerk