IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENNIE G. THOMPSON, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DONALD J. TRUMP, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 1:21-CV-00400-APM<br><br>JURY TRIAL REQUESTED |

### ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS WARBOYS LLC AND ENRIQUE TARRIO

Upon consideration of the Plaintiffs' Motion for Default Judgment Against Defendants Warboys LLC and Enrique Tarrio, the entire record herein, the Plaintiffs having satisfied the procedural requirements of a default motion, and for good cause shown, it is this _____ day of _____, 2021, hereby

**ORDERED** that the Plaintiffs' Motion for Default Judgment Against Defendants Warboys LLC and Enrique Tarrio is **GRANTED**. It is

**FURTHER ORDERED** that the Court's judgment on damages owed by Defendants Warboys LLC and Enrique Tarrio to the Plaintiffs shall be stayed until such time as the Plaintiffs have had an opportunity to present evidence of the harm for which they are entitled to relief for a sum certain.

_____
**Judge Amit P. Mehta**
**United States District Judge**

## CERTIFICATE OF SERVICE

I certify that on October 29, 2021, a copy of the foregoing was filed with the Clerk using the Court's CM/ECF system, which will send a copy to all counsel of record.

Joseph M. Sellers
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Fifth Floor  Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com
