| | |
|---|---|
| VERONICA ESCOBAR,                              )<br>  in her personal capacity,                        )<br>HON. PRAMILA JAYAPAL,                     )<br>  in her personal capacity,                        )<br>HON. HENRY C. JOHNSON, JR.,            )<br>  in his personal capacity,                         )<br>HON. MARCIA C. KAPTUR,                    )<br>  in her personal capacity,                        )<br>HON. BARBARA J. LEE,                          )<br>  in her personal capacity,                        )<br>HON. JERROLD NADLER,                       )<br>  in his personal capacity,                         )<br>HON. MAXINE WATERS,                         )<br>  in her personal capacity, and                 )<br>HON. BONNIE M. WATSON COLEMAN,)<br>  in her personal capacity                        )<br>                                                                 )<br>        Plaintiffs,                                          )<br>v.                                                               )<br>                                                                 )<br>DONALD J. TRUMP,                                )<br>  solely in his personal, capacity,              )<br>RUDOLPH W. GIULIANI,                        )<br>OATH KEEPERS,                                      )<br>PROUD BOYS INTERNATIONAL, L.L.C.)<br>WARBOYS LLC, and                               )<br>ENRIQUE TARRIO                                   )<br>                                                                 )<br>        Defendants.                                      )<br>_____ ) | Civil Case No. 1:21-CV-400-AP<br>Honorable Amit P. Mehta<br>**[PROPOSED] ORDER** |

<div style="display: flex;">
<div>

Janette Louard (*pro hac vice*
 *motion to befiled*)
Anthony P. Ashton, Bar No. MD0096
Anna Kathryn Barnes, Bar No. 1719493
 (*motion for admission pending*)
Attorneys for Plaintiffs
NAACP Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

Joseph M. Sellers, Bar No. 318410
Brian Corman, Bar No. 1008635
Alison S. Deich, Bar No. 1572878
 (*motion foradmission pending*)
Attorneys for Plaintiffs
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, EastTower
Washington, DC 20005
(202) 408-4600
FAX: (202) 408-4699
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com
adeich@cohenmilstein.com

</div>
<div>

Kerry Lee Morgan, 424566
Pentiuk, Couvreur & Kobiljak, P.C.
Attorneys for Defendant
Oath Keepers, Only
2915 Biddle Street
Suite 200
Wyandotte, MI 48192
(734) 281-7100
Kmorgan@pck-law.com

</div>
</div>

_____/

# [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, OATH KEEPERS, ONLY

This matter is before the Court on the Motion to Withdraw as Counsel for Defendant, Oath Keepers, Only, and for the reasons stated therein, it is this 11th day of November, 2021 hereby,

ORDERED that the Motion to Withdraw is granted; and it is further

ORDERED that Defendant Oath Keepers retain new counsel and Appearance of counsel be filed within thirty (30) days of this order.

IT IS SO ORDERED.

Date: _____                    _____
                                            UNITED STATES DISTRICT JUDGE