UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BENNIE G. THOMPSON, et al.**

    **Plaintiffs,**

    v.     **Case No: 1:21-cv-00400-APM**

**DONALD J. TRUMP, et al.**

    **Defendants.**

### NOTICE OF APPEARANCE

The Clerk is hereby notified that the undersigned, J. Daniel Hull, appears on behalf of Enrique Tarrio in the above-styled action.

    Respectfully submitted,

    COUNSEL FOR DEFENDANT
    ENRIQUE TARRIO

Dated: December 20, 2021      By: /s/ John Daniel Hull
    J. DANIEL HULL
    DC Bar No. 323006; California Bar No. 222862
    HULL MCGUIRE PC
    1420 N Street, N.W.
    Washington, D.C.  20005
    619-895-8336
    jdhull@hullmcguire.com