# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENNIE G. THOMSPON et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP et al.,<br><br>    Defendants. | Case No. 21-cv-00400 (APM) |
| ERIC SWALWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP et al.,<br><br>    Defendants. | Case No. 21-cv-00586 (APM) |
| JAMES BLASSINGAME &<br>    SIDNEY HEMBY,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP,<br><br>    Defendant. | Case No. 21-cv-00858 (APM) |

## **ORDER**

The oral argument scheduled in these matters for January 10, 2022, shall be organized and proceed by subject matter as follows:

1. Presidential immunity/Article III standing (15 minutes per side)

2. Pleading of § 1985(1) claim (including statutory standing) (15 minutes per side)

3. First Amendment defense (15 minutes per side)

4. Pleading of common law/D.C. Code offenses (10 minutes per side)

5. Defendant Rep. Mo Brooks's Westfall Act certification request (10 minutes per side, including the United States)

The time designations noted above are collective across all three cases (to the extent applicable), not per party per case. The court encourages each side, where appropriate, to designate a lead counsel on a particular topic. Although the court will not strictly limit time to a designated lead counsel, other counsel shall avoid repeating arguments already presented.

Dated: January 5, 2022

Amit P. Mehta
United States District Court Judge