AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| BENNIE G. THOMPSON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-00400-APM |
| DONALD J. TRUMP, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OATH KEEPERS, INC.

Date:   01/08/2022

_____
*Attorney's signature*

Jonathon A. Moseley
*Printed name and bar number*

5765-F Burke Centre Parkway #337
Burke, Virginia 22015
*Address*

Contact@JonMoseleycom / Moseley391@gmail.com
*E-mail address*

(703) 656-1230
*Telephone number*

(703) 997-0937
*FAX number*