UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BENNIE G. THOMPSON, et al.

    Plaintiffs,

    v.                                        Case No: 1:21-cv-00400-APM

DONALD J. TRUMP, et al.

    Defendants.

## MOTION TO SET ASIDE ENTRY OF DEFAULT

Defendant Henry Tarrio, by undersigned counsel, pursuant to Rule 55(c), Fed. R. Civ. P., respectfully moves the Court to direct the Clerk to set aside the default entered against him on September 22, 2021, and states:

According to the docket, defendant Tarrio in his personal capacity was served in Miami, Florida with the summons and complaint in this matter on May 1, 2021 (ECF No. 17). He did not answer, plead or otherwise respond by his deadline of May 22 (ECF No. 18). Some months later, on September 7, Tarrio traveled from Miami and reported to the DC Jail to serve a five-month sentence for burning an allegedly stolen Black Lives Matter banner on December 12, 2020 and for a firearms misdemeanor. He is scheduled for release from the DC Jail in the next 12 days and no later than January 21, 2022.

In a minute order of November 1, 2021, the Court, upon plaintiff's motion for default judgment (ECF No. 48), granted that motion in part. It directed the Clerk to enter a default (but not default judgment) under Rule 55(a), Fed. R. Civ. P., against Tarrio, apparently effective September 22, 2021 (ECF No. 47). The Court also stated that it "will defer entry of a default judgment, including any final determination as to an amount of damages, until a future date." *Id.* As reflected by the minute order, district courts generally prefer disputes to be adjudicated on the merits. Rule 55 distinguishes between entries of defaults and default judgments, and setting aside an entry of default for good cause under Rule 55(c) is guided by a more lenient standard than setting aside a default judgment under Rule 60(b).

For a year, from December 2020 until December 2021, Tarrio had no legal representation in connection with any January 6-related matters in which he has been a defendant except for his criminal defense counsel in the District of Columbia Superior Court prosecution which resulted in his current incarceration. In December of 2021, Tarrio began engaging the undersigned and his firm to represent him in various January 6-related matters in the District of Columbia. The undersigned entered his appearance in this action for Tarrio in his personal capacity on December 20.

Tarrio has no recollection of being personally served with the summons and complaint in this action in Miami on May 1. To be sure, he has been sued in several lawsuits since December of 2020. However, he was unaware that he missed the deadline to respond to the complaint in this action or that a default had been entered until December 2021. Again, Tarrio will be released from the DC Jail by January 21. Once released, and to the extent his resources allow, Tarrio seeks to participate as a defendant in this case and several others like it both to protect his rights and to add to the record of those cases.

Accordingly, and for good cause shown, defendant Henry Tarrio requests that the Court direct the Clerk to set aside the default and further direct Tarrio to answer the complaint by a date that the Court deems reasonable. In the instant case, Tarrio does _not_ intend to file a motion to dismiss under Rule 12.

Respectfully submitted,

COUNSEL FOR DEFENDANT HENRY TARRIO

Dated: January 9, 2022

By: /s/ John Daniel Hull
J. DANIEL HULL
DC Bar No. 323006; California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C. 20005
619-895-8336
202-429-6520
jdhull@hullmcguire.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 9, 2022 he served a true and correct copy of the foregoing defendant Henry Tarrio's Motion to Set Aside Entry of Default upon all counsel of record via the Electronic Case Filing (ECF) system.

> By: _/s/ John Daniel Hull_
> JOHN DANIEL HULL
> DC Bar No. 323006; California Bar No. 222862
> HULL MCGUIRE PC
> 1420 N Street, N.W.
> Washington, D.C.  20005
> 619-895-8336
> 202-429-6520
> jdhull@hullmcguire.com