## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. BENNIE G. THOMPSON,<br> *in his personal capacity*, *Et al.*<br><br>                    Plaintiffs,<br>       v.<br><br>DONALD J. TRUMP,  *"solely in his personal capacity"*<br><br>                    Defendants. | Civil Action No. 1:21-cv-00400-APM<br><br>*responding to the*<br>AMENDED COMPLAINT<br><br>Plaintiffs Requested Trial by Jury |

### DEFENDANT OATH KEEPER'S MOTION FOR LEAVE TO FILE DEFENDANT OATH KEEPER'S SUPLEMENTAL EXHIBIT IN SUPPORT OF THE OATH KEEPERS' MOTION TO DISMISS

Defendant OATH KEEPERS, Inc. respectfully submits the attached Supplemental Exhibits and objections in support of its Special Motion to Dismiss the Amended Complaint as it pertains to the OATH KEEPERS, Inc. and moves the Court to consider these exhibits before reaching a decision upon the OATH KEEPERS, Inc. Motion to Dismiss.

Dated:  January 11, 2022                      Respectfully submitted, OATH KEEPERS, Inc.
                                                                            *By Counsel*


                                                                 /s/  Jonathon Moseley
                                                                Jonathon A. Moseley, Esq., VSB #41058
                                                                <u>Mailing address only:</u>
                                                                5765-F Burke Centre Parkway, PMB #337
                                                                Telephone:  (703) 656-1230
                                                                Fax: (703) 997-0937
                                                                Telephone:  (703) 656-1230
                                                                Fax: (703) 997-0937
                                                                Contact@JonMoseley.com
                                                                Moseley391@gmail.com


### CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s), and also mailed a copy to the following by first class U.S. mail, postage prepaid, one single copy to each law firm for distribution internally to all counsel involved from that law firm, to:

>Mr. Joseph M. Sellers, Esq., Bar No. 318410
>Mr. Brian Corman, Esq., Bar No. 1008635
>Ms. Alison S. Deich, Esq., Bar No. 1572878
>(application for admission to be filed)
>COHEN MILSTEIN SELLERS & TOLL PLLC
>1100 New York Avenue, N.W. Suite 500, East Tower Washington, DC 20005
>Telephone: (202) 408-4600
>Facsimile: (202) 408-4699
>jsellers@cohenmilstein.com
>bcorman@cohenmilstein.com
>adeich@cohenmilstein.com
>   *Attorneys for Plaintiffs*
>
>
>**John Daniel Hull, IV**
>HULL MCGUIRE PC
>1420 N Street, NW
>Washington, DC 20005
>202-429-6520
>412-261-2627 (fax)
>jdhull@hullmcguire.com
>
>
>Ms. Janette Louard, Esq.
> (*pro hac vice* motion to be filed)
>Mr. Anthony P. Ashton, Esq., Bar No. MD0096
>Office of General Counsel
>National Association for the Advancment
>       of Colored People ("NAACP")
>4805 Mount Hope Drive
>Baltimore, Maryland 21215
>Telephone: (410) 580-5777
>jlouard@naacpnet.org
>aashton@naacpnet.org
>       *Attorneys for Plaintiffs*
>
>Mr. Jesse R Binnall, Esq.
>BINNALL LAW GROUP

2

717 King Street, Suite 200
Alexandria, Virginia 22314
Telephone: (703) 888-1943
Facsimile: (703) 888-1930
Email: jesse@binnall.com
*Attorneys for Defendant*
*Donald J. Trump*

Mr. Joseph D. Sibley, IV, Esq.
CAMARA & SIBLEY, LLP
1108 Lavaca Street, Suite 110263
Austin, Texas 78701
*Attorneys for Defendant*
*Rudolph W. Guiliani*

Mr. Kerry Lee Morgan, Esq.
CONSUMER LAW GROUP, P.C.
20601 Sumner
Redford, Michigan 48240-1064
Telephone: (313) 477-0180
Facsimile: (734) 281-2524
Email: kmorganesq@aol.com
*Former Attorneys for Defendant*
*Oath Keepers*

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jonathon Moseley