# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BENNIE G. THOMPSON, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-CV-00400-APM |
| ) | |
| DONALD J. TRUMP, *et al.* ) | |
| ) | JURY TRIAL REQUESTED |
| Defendants. ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANT HENRY TARRIO'S MOTION TO SET ASIDE ENTRY OF DEFAULT**

Plaintiffs have no objection to the Court setting aside the entry of default against Defendant Henry Tarrio, as Plaintiffs welcome the opportunity to adjudicate their claims against him on the merits. Plaintiffs request that the Court set a date certain by which Mr. Tarrio must answer the Complaint, and that Mr. Tarrio be foreclosed from filing a motion to dismiss, as the period for filing such a motion has passed, and the Court has held a hearing on the motions to dismiss that were timely filed.

Dated: January 14, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Janette McCarthy-Wallace* | */s/ Joseph M. Sellers* |
| Janette McCarthy-Wallace (*pro hac vice* motion pending) | Joseph M. Sellers, Bar No. 318410 |
| Anthony P. Ashton, Bar No. MD25220 | Brian Corman, Bar No. 1008635 |
| Anna Kathryn Barnes, Bar No. 1719493 | Alison S. Deich, Bar No. 1572878 |
| NAACP | COHEN MILSTEIN SELLERS & TOLL PLLC |
| Office of General Counsel | 1100 New York Avenue, N.W., Fifth Floor |
| 4805 Mount Hope Drive | Washington, DC 20005 |
| Baltimore, MD 21215 | Telephone: (202) 408-4600 |
| Telephone: (410) 580-5777 | Facsimile: (202) 408-4699 |
| | jsellers@cohenmilstein.com |

| | |
|---|---|
| jlouard@naacpnet.org | bcorman@cohenmilstein.com |
| aashton@naacpnet.org | adeich@cohenmilstein.com |

Robert B. McDuff (admitted pro hac vice)
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
601-259-8484
rbm@mcdufflaw.com

## CERTIFICATE OF SERVICE

I certify that on January 14, 2022, a copy of the foregoing was filed with the Clerk using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Joseph M. Sellers*
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com