AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| The Hon. Bennie G. Thompson, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  21-cv-00400-APM |
| Donald J. Trump, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs.

Date:  01/14/2022

/s/ Anna Kathryn Barnes
*Attorney's signature*

Anna Kathryn Barnes, Bar No. 1719493
*Printed name and bar number*
NAACP
Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215

*Address*

abarnes@naacpnet.org
*E-mail address*

(410) 580-5777
*Telephone number*

*FAX number*