## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BENNIE G. THOMPSON, et al.,

    Plaintiffs,                                 Case No: 1:21-cv-400-APM

    v.

DONALD J. TRUMP, et al.,

    Defendants.

### NOTICE OF INTENTION TO JOIN MOTIONS TO DISMISS

Defendant Henry Tarrio, by undersigned counsel, as directed by the minute order of January 18, 2022, notifies the Court that, to the extent applicable to him on issues of law, Tarrio intends to join the two pending motions to dismiss filed in this action at ECF No. 21 (Giuliani) and ECF No. 22 (Trump). He does not ask to join the motion to dismiss at ECF No. 20 (Oathkeepers). Further, Tarrio does not anticipate otherwise supplementing either the Giuliani or Trump motions in any other respect unless in the future by way of new case authority. Finally, Tarrio would ask that this Notice effectuate his joinder in ECF No. 21 and ECF No. 22 or that the Court otherwise direct him to file a short motion to accomplish that.

                                                       Respectfully submitted,

                                                       COUNSEL FOR HENRY TARRIO

Dated: January 25, 2022                  By: /s/ *J. Daniel Hull*
                                                 JOHN DANIEL HULL
                                                 DC Bar No. 323006
                                                 HULL MCGUIRE PC
                                                 1420 N Street, N.W.
                                                 Washington, D.C.  20005
                                                 (202) 429-6520
                                                 jdhull@hullmcguire.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 25, 2022 he served a true and correct copy of the foregoing Notice of Intention to Join Motions to Dismiss upon all counsel of record via the Electronic Case Filing (ECF) system.

By: /s/ *J. Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C.  20005
(202) 429-6520
jdhull@hullmcguire.com