IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. BENNIE G. THOMPSON,<br> *in his personal capacity*, *Et al.*<br><br>              Plaintiffs,<br>     v.<br><br>DONALD J. TRUMP,  *"solely in his personal capacity"*<br><br>              Defendants. | Civil Action No. 1:21-cv-00400-APM<br><br>*responding to the*<br>AMENDED COMPLAINT<br><br>Plaintiffs Requested Trial by Jury |

## MOTION FOR WITHDRAWAL OF JONATHON MOSELEY
## FROM REPRESENTING DEFENDANT OATH KEEPERS, LLC

COMES NOW JONATHON MOSELEY, as counsel for the Defendant Oath Keepers, LLC, and hereby moves the Court for an Order of withdrawal of counsel from this civil lawsuit, and for his grounds files his companion Memorandum of Law.

Dated:  July 13, 2022                            Respectfully submitted, JONATHON MOSELEY


 /s/  Jonathon Moseley
Jonathon A. Moseley, Esq., VSB #41058
Mailing address only:
5765-F Burke Centre Parkway, PMB #337
Telephone:  (703) 656-1230
Fax: (703) 997-0937
Contact@JonMoseley.com
Moseley391@gmail.com


**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s), and also mailed a copy to the following by first class

U.S. mail, postage prepaid, one single copy to each law firm for distribution internally to all counsel involved from that law firm, to:

>Mr. Joseph M. Sellers, Esq., Bar No. 318410
>Mr. Brian Corman, Esq., Bar No. 1008635
>Ms. Alison S. Deich, Esq., Bar No. 1572878
>(application for admission to be filed)
>COHEN MILSTEIN SELLERS & TOLL PLLC
>1100 New York Avenue, N.W. Suite 500, East Tower Washington, DC 20005
>Telephone: (202) 408-4600
>Facsimile: (202) 408-4699
>jsellers@cohenmilstein.com
>bcorman@cohenmilstein.com
>adeich@cohenmilstein.com
>   *Attorneys for Plaintiffs*

**John Daniel Hull, IV**
HULL MCGUIRE PC
1420 N Street, NW
Washington, DC 20005
202-429-6520
412-261-2627 (fax)
jdhull@hullmcguire.com

Ms. Janette Louard, Esq.
 (*pro hac vice* motion to be filed)
Mr. Anthony P. Ashton, Esq., Bar No. MD0096
Office of General Counsel
National Association for the Advancment
        of Colored People ("NAACP")
4805 Mount Hope Drive
Baltimore, Maryland 21215
Telephone: (410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
        *Attorneys for Plaintiffs*

Mr. Jesse R Binnall, Esq.
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Telephone:  (703) 888-1943

2

Facsimile:   (703) 888-1930
Email:  jesse@binnall.com
    *Attorneys for Defendant*
    *Donald J. Trump*

Mr. Joseph D. Sibley, IV, Esq.
CAMARA & SIBLEY, LLP
1108 Lavaca Street, Suite 110263
Austin, Texas 78701
    *Attorneys for Defendant*
    *Rudolph W. Guiliani*

  /s/  Jonathon Moseley