IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. BENNIE G. THOMPSON, *in his personal capacity*, *Et al.* <br><br> Plaintiffs, <br> v. <br><br> DONALD J. TRUMP, *"solely in his personal capacity"* <br><br> Defendants. | Civil Action No. 1:21-cv-00400-APM <br><br> *responding to the* <br> AMENDED COMPLAINT <br><br> Plaintiffs Requested Trial by Jury |

**MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR WITHDRAWAL OF DEFENDANTS' COUNSEL  JONATHON
MOSELEY FOR DEFENDANT OATH KEEPERS, LLC**

COMES NOW JONATHON MOSELEY, as counsel for the Defendant Oath Keepers, LLC, and hereby moves the Court for an Order of withdrawal of counsel from this civil lawsuit, and for his grounds states as follows:

1. Neither a corporation or Limited Liability Company (LLC) (and some other entities) are permitted in this Court or probably any court throughout the nation to appear *pro se* but must be represented by counsel.

2. The prior attorney for the Oath Keepers, LLC, filed a very good Motion to Dismiss but then withdrew for lack of being paid.

3. Jonathon Moseley entered his appearance in January 2022, explicitly explaining at the time that this was far from ideal while also representing an individual member of the Oath Keepers in the criminal case of *USA v. Rhodes, et al.*, and making clear that he intended his participation to be temporary to make sure that the prior Motion to

   Dismiss filed by attorney Kerry Morgan was not overlooked or treated as abandoned, and that Moseley expected to find a replacement longer term for this case.

4. Counsel Jonathon Moseley has worked vastly harder than the casual observer might believe to find alternate counsel for the Oath Keepers, LLC in this lawsuit, even up to this very week responding to a random inquiry of an attorney looking to help somehow, so that Jonathon Moseley can withdraw.

5. This District by its Local Rules provides an easy and efficient way for an attorney to withdraw when a co-counsel remains in the case.

6. Here, however, Moseley has asked anyone who will listen if they would be willing to cover this civil lawsuit but so far has found no one.

7. Therefore, the mechanism of withdrawing in favor of remaining co-counsel is not available, but a motion to be decided by this Court seems to be required.

8. In Moseley's experience and observation it is not at all unusual for a judge to deny a motion to withdraw from representing a corporation or LLC until that entity is represented by counsel.

9. Here there are of course other circumstances, but that still leaves this litigation pending (although on interlocutory appeal by other Defendants on issues that largely are different from the Oath Keepers' defenses) without being able to proceed if an LLC has no attorney in the case.

10. Moseley, although the District of Columbia is a separate jurisdiction, is currently, temporarily suspended in this jurisdiction awaiting appeal and cannot of course continue in representing Oath Keepers, LLC.

11. Moseley has had to ignore inquiries and notices from the Court of Appeals.

12. However, the effect of leaving no counsel representing an LLC may have consequences delaying or derailing the progress of the case.  Fortunately, ironically, the interlocutory appeal may offer time for this to be resolved without affecting the progress of the case at the trial level, but perhaps not.

13. Perhaps this public record might alert attorneys to the possibility of stepping up and stepping in and taking over the representation.

14. Moseley suspects that many potential attorneys might not be thinking about the ability of attorneys from other States to be admitted *pro hac vice* here in this District, although that ought not to be a mystery, just something they might not be thinking of.

15. The likelihood of working without getting paid may also be a deterrent that Moseley emphasizes is not a commentary on the merits of the Defendant's case or position.

16. Moseley has encouraged the creation of another legal defense fund, the Patriot's Legal Defense Fund, Inc. at www.PatriotsLegalDefense.org to try to solve this problem and arrange funding to cover civil defense for this Defendant and others.

17. Furthermore, the Defendant Oath Keepers, LLC, although led in its executive power by leader Stewart Rhodes, has been tremendously unresponsive and disorganized. Despite briefing Board of Directors members, apparently an entirely new Board, in January 2022, promises of responses, information, decisions, and cooperation have not resulted in any action that would allow counsel to proceed beyond Kerry Morgan's previously-filed Motion to Dismiss in this case.

18. Moreover, the Oath Keepers leader to whom Stewart Rhodes gave his power of attorney has now suffered two strokes and apparently now a heart attack over the last 3 months and is back in the hospital and inaccessible for any business items, certainly

anything stressful.

19. To the extent possible, Moseley has notified anyone he can contact many months ago of his need to withdraw, even as far back as February 2022.

20. Moseley made it clear to Stewart Rhodes, the founder and leader of the Oath Keepers, in early January 2022 (before Stewart Rhodes was arrested while Moseley was on the phone with him) that Moseley was helping out only temporarily and wanted Stewart Rhodes to find another attorney for the LLC because of Moseley's representation of Kelly Meggs at the time, both in substance and in workload.

WHEREFORE, Jonathon Moseley, requests that the Court enter an order formalizing the withdrawal of Mr. Jonathon Moseley as civil counsel for the Oath Keepers, LLC, even though this may cause complications of having an LLC unrepresented by any attorney. It is hoped that this difficulty will only be in the short term and it can be remedied soon.

Dated:  July 13, 2022                    Respectfully submitted, JONATHON MOSELEY

/s/  Jonathon Moseley
Jonathon A. Moseley, Esq., VSB #41058
Mailing address only:
5765-F Burke Centre Parkway, PMB #337
Telephone:  (703) 656-1230
Fax: (703) 997-0937
Contact@JonMoseley.com
Moseley391@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant(s), and also mailed a copy to the following by first class U.S. mail, postage prepaid, one single copy to each law firm for distribution internally to all counsel involved from that law firm, to:

Mr. Joseph M. Sellers, Esq., Bar No. 318410

Mr. Brian Corman, Esq., Bar No. 1008635
Ms. Alison S. Deich, Esq., Bar No. 1572878
(application for admission to be filed)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W. Suite 500, East
Tower Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com
adeich@cohenmilstein.com
    *Attorneys for Plaintiffs*


**John Daniel Hull, IV**
HULL MCGUIRE PC
1420 N Street, NW
Washington, DC 20005
202-429-6520
412-261-2627 (fax)
jdhull@hullmcguire.com


Ms. Janette Louard, Esq.
 (*pro hac vice* motion to be filed)
Mr. Anthony P. Ashton, Esq., Bar No. MD0096
Office of General Counsel
National Association for the Advancment
    of Colored People ("NAACP")
4805 Mount Hope Drive
Baltimore, Maryland 21215
Telephone: (410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
    *Attorneys for Plaintiffs*

Mr. Jesse R Binnall, Esq.
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Telephone: (703) 888-1943
Facsimile: (703) 888-1930
Email: jesse@binnall.com
    *Attorneys for Defendant*
    *Donald J. Trump*

Mr. Joseph D. Sibley, IV, Esq.
CAMARA & SIBLEY, LLP
1108 Lavaca Street, Suite 110263
Austin, Texas 78701
    *Attorneys for Defendant*
    *Rudolph W. Guiliani*

Mr. Kerry Lee Morgan, Esq.
CONSUMER LAW GROUP, P.C.
20601 Sumner
Redford, Michigan 48240-1064
Telephone:  (313) 477-0180
Facsimile:   (734) 281-2524
Email:  kmorganesq@aol.com
    *Former Attorneys for Defendant*
    *Oath Keepers*

          /s/  Jonathon Moseley

6