# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HON. BENNIE G. THOMPSON,<br>*in his personal capacity*, *Et al.* | Civil Action No. 1:21-cv-00400-APM |
| Plaintiffs,<br>v. | *responding to the*<br>AMENDED COMPLAINT |
| DONALD J. TRUMP, *"solely in his personal capacity"*<br>Defendants. | Plaintiffs Requested Trial by Jury |

## PROPOSED ORDER GRANTING WITHDRAWAL OF DEFENDANTS' COUNSEL JONATHON MOSELEY FOR DEFENDANT OATH KEEPERS, LLC

THIS MATTER comes before the Court upon the Motion of counsel for Defendant Oath Keepers, LLC to withdraw form this civil lawsuit.

IT APPEARING to the Court that withdrawal of counsel Jonathon Moseley is proper,

NOW THEREFORE it is hereby ADJUGED, ORDERED and DECREED that

1. Jonathon Moseley is removed from representing the Defendant Oath Keepers, LLC in this case, and that

2. Defendant Oath Keepers, LLC shall file with the Court and by copy to Plaintiff's counsel contact information and/or arrange new legal representation by _____.

3.

ENTERED this ____ day of _____, 2022.

_____
Judge