IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES BLASSINGAME and SIDNEY HEMBY,<br><br>                Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP,<br><br>                Defendant. | Civil Action No. 1:21-cv-858-APM<br>Judge Amit P. Mehta |
| HON. BENNIE G. THOMPSON, *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                Defendants. | Civil Action No. 1:21-cv-400-APM<br>Judge Amit P. Mehta |
| HON. ERIC SWALWELL,<br><br>                Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                Defendants. | Civil Action No. 1:21-cv-586-APM<br>Judge Amit P. Mehta |

**NOTICE OF WITHDRAWAL**

Pursuant to Local Civil Rule 83.6(b) the undersigned, Hayden Johnson, respectfully notices the withdrawal of his appearance as counsel to Amicus Campaign Legal Center Action in the above

1

captioned matter. Amicus will continue to be represented by all other Campaign Legal Center Action counsel who have entered appearances in this matter.

Date: February 13, 2024

        Respectfully submitted,

        */s/ Hayden Johnson*
        Hayden Johnson

        CAMPAIGN LEGAL CENTER ACTION
        Paul M. Smith (D.C. Bar No. 358870)
        Adav Noti (D.C. Bar No. 490714)
        Mark P. Gaber (D.C. Bar No. 988077)
        Jonathan Diaz (D.C. Bar No. 1613558)
        Hayden Johnson (D.C. Bar No. 1671830)
        1101 14th Street, NW, St. 400
        Washington, D.C. 20005
        (212) 736-2000

        *Counsel for Amicus Curiae*
        *Campaign Legal Center Action*