# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 22-5069**  **September Term, 2023**
FILED ON: DECEMBER 1, 2023

JAMES BLASSINGAME AND SIDNEY HEMBY,
   APPELLEES

v.

DONALD J. TRUMP,
   APPELLANT

---

Consolidated with 22-7030, 22-7031

Appeals from the United States District Court
for the District of Columbia
(No. 1:21-cv-00858)
(No. 1:21-cv-00586)
(No. 1:21-cv-00400)

---

Before: SRINIVASAN, *Chief Judge*, KATSAS, *Circuit Judge*, and ROGERS, *Senior Circuit Judge*.

### JUDGMENT

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's denial of Appellant's motion to dismiss the claims against him on the grounds of presidential immunity be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

       **FOR THE COURT:**
       Mark J. Langer, Clerk

   BY: /s/

       Daniel J. Reidy
       Deputy Clerk

Date: December 1, 2023

Opinion for the court filed by Chief Judge Srinivasan.
Concurring opinion filed by Circuit Judge Katsas.
Opinion concurring in part filed by Senior Circuit Judge Rogers.