# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Bennie G. Thompson, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-00400-APM |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant Donald J. Trump.

Date:    02/22/2024

/s/ David A. Warrington
*Attorney's signature*

David A. Warrington (DC Bar No. 1616846)
*Printed name and bar number*

DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314

*Address*

dwarrington@dhillonlaw.com
*E-mail address*

(703) 574-1206
*Telephone number*

(415) 520-6593
*FAX number*