AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Bennie G. Thompson, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-00400-APM |
| Donald J. Trump, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Donald J. Trump.

Date:   02/22/2024

/s/ Jonathan Shaw
*Attorney's signature*

Jonathan Shaw (D.C. Bar No. 446249)
*Printed name and bar number*

Dhillon Law Group
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
*Address*

jshaw@dhillonlaw.com
*E-mail address*

(703) 748-2266
*Telephone number*

*FAX number*