AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Bennie G. Thompson, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00400-APM |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Donald J. Trump.

Date: 02/22/2024

/s/ Gary Lawkowski
*Attorney's signature*

Gary Lawkowski (VA125)
*Printed name and bar number*

Dhillon Law Group
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
*Address*

glawkowski@dhillonlaw.com
*E-mail address*

(703) 574-1654
*Telephone number*

*FAX number*