**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HON. BENNIE G. THOMPSON, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-CV-00400-APM |
| ) | |
| DONALD J. TRUMP, *et al.* ) | |
| ) | JURY TRIAL REQUESTED |
| Defendants. ) | |
| ) | |

**MOTION TO CHANGE CAPTION**

This case is currently captioned *Thompson v. Trump, et al.* because Representative Bennie G. Thompson was the first plaintiff to file suit in this matter. To avoid the appearance of a conflict of interest, however, Representative Thompson voluntarily dismissed his claims after he was appointed to chair the House Select Committee to Investigate the January 6th Attack on the United States Capitol.[1] The remaining Plaintiffs therefore request that the caption in this matter be changed to *Barbara J. Lee, et al v. Donald Trump, et al.*, consistent with the caption that was used while this case was before the United States Court of Appeals for the District of Columbia Circuit.[2]

Dated: February 23, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Janette McCarthy-Wallace* | */s/ Joseph M. Sellers* |
| Janette McCarthy-Wallace, Bar No. Bar No. OH066257 | Joseph M. Sellers, Bar No. 318410 |
| Anthony P. Ashton, Bar No. MD25220 | Brian Corman, Bar No. 1008635 |
| Anna Kathryn Barnes, Bar No. 1719493 | Alison S. Deich, Bar No. 1572878 |
| NAACP | COHEN MILSTEIN SELLERS & TOLL PLLC |
| Office of General Counsel | 1100 New York Avenue, N.W., Fifth Floor |
| 4805 Mount Hope Drive | Washington, DC 20005 |
| Baltimore, MD 21215 | Telephone: (202) 408-4600 |
| Telephone: (410) 580-5777 | Facsimile: (202) 408-4699 |
| jlouard@naacpnet.org | jsellers@cohenmilstein.com |
| aashton@naacpnet.org | bcorman@cohenmilstein.com |
| abarnes@naacpnet.org | adeich@cohenmilstein.com |

Robert B. McDuff (admitted pro hac vice)
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
601-259-8484
rbm@mcdufflaw.com

---

[1] *See* Notice of Voluntary Dismissal, *Thompson v. Trump*, No. 1:21-cv-00400 (D.D.C. July 20, 2021), ECF No. 39.

[2] *See Lee v. Trump*, No. 22-7031 (D.C. Cir.).

1

## CERTIFICATE OF SERVICE

I certify that on February 23, 2024, a copy of the foregoing was filed with the Clerk using the Court's CM/ECF system, which will send a copy to all counsel of record.

Joseph M. Sellers
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W. Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com
