AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Barbara J. Lee, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-400-APM |
| Donald J. Trump, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Michael Fortune, Jason Deroche, Governor Latson, Byron Evans, Conrad Smith, Danny McElroy, Melissa Marshall, and Reginald Cleveland        .

Date:   02/29/2024                    /s/ Edward G. Caspar
                                                          *Attorney's signature*

                                              Edward G. Caspar (D.C. Bar No. 1644168 )
                                                    *Printed name and bar number*
                                              Lawyers' Committee for Civil Rights Under Law
                                                         1500 K Street NW, Suite 900
                                                            Washington, DC 20005

                                                                    *Address*

                                                    ecaspar@lawyerscommittee.org
                                                               *E-mail address*

                                                              (202) 662-8390
                                                            *Telephone number*

                                                              (202) 783-0857
                                                                *FAX number*