# Exhibit 1

March 3, 2024

<u>Plaintiffs' Proposed Stipulations of Fact</u>

## I.   Trump Tweets

1.   During the period from January 1, 2020 through and including January 8, 2021, the Twitter account @realDonaldTrump belonged to Defendant Donald J. Trump ("Trump") in his personal capacity. (Smith Amended Complaint at 51)

2.   During the period from January 1, 2020 through and including January 8, 2021, Trump had access to and control of the Twitter account @realDonaldTrump. (Smith Amended Complaint at 51)

3.   At no point during the period from January 1, 2020 through and including January 8, 2021 did the Twitter account @realDonaldTrump belong to the Executive Office of the President or any other branch, division, office, agency, or instrumentality of the United States. (Smith Amended Complaint at 51)

4.   On April 17, 2020, Trump's personal Twitter account posted: "LIBERATE MICHIGAN." (Smith Amended Complaint at 57)

5.   On April 18, 2020, Trump's personal Twitter account posted that protestors at the Michigan State Capitol were "very good people" and that Governor Whitmer should "make a deal" with them. (Smith Amended Complaint at 57)

6.   On May 28, 2020, Trump's personal Twitter account posted: "MAIL-IN VOTING WILL LEAD TO MASSIVE FRAUD AND ABUSE. IT WILL ALSO LEAD TO THE END OF OUR GREAT REPUBLICAN PARTY. WE CAN NEVER LET THIS TRAGEDY BEFALL OUR NATION. BIG MAIL-IN VICTORY IN TEXAS COURT TODAY. CONGRATS!!!" (Smith Amended Complaint at 51)

7.   On June 22, 2020, Trump's personal Twitter account posted: "RIGGED 2020 ELECTION: MILLIONS OF MAIL -IN BALLOTS WILL BE PRINTED BY FOREIGN COUNTRIES, AND OTHERS. IT WILL BE THE SCANDAL OF OUR TIMES!" (Smith Amended Complaint at 51)

8.   On June 22, 2020, Trump's personal Twitter account posted: "Mail-In Ballot fraud found in many elections. People are just now seeing how bad, dishonest and slow it is. Election results could be delayed for months. No more big

election night answers? 1% not even counted in 2016. Ridiculous! Just a formula for RIGGING an Election...." (Smith Amended Complaint at 52)

9.    In October 2020, a group of vehicles surrounded a Biden campaign bus and a car driving immediately behind it on an interstate highway in Texas. One of the vehicles physically bumped into a car behind the campaign bus. On October 31, 2020, Trump's personal Twitter account posted about the incident referenced above concerning the Biden campaign bus, "In my opinion, these patriots did nothing wrong." and, alongside a video of the incident, "I LOVE TEXAS!" (Smith Amended Complaint at 56)

10.    On November 4, 2020, Trump's personal Twitter account posted: "We are up BIG, but they are trying to STEAL the Election. We will never let them do it. Votes cannot be cast after the Polls are closed!" (Blassingame Amended Complaint at 17)

11.    On November 4, 2020, Trump's personal Twitter account posted: "They are finding Biden votes all over the place — in Pennsylvania, Wisconsin, and Michigan. So bad for our Country!" (Smith Amended Complaint at 69)

12.    On November 14, 2020, Trump's personal Twitter account posted: "Heartwarming to see all of the tremendous support out there, especially the organic Rallies that are springing up all over the Country, including a big one on Saturday in D.C. I may even try to stop by and say hello.  This Election was Rigged, from Dominion all the way up & down." (Blassingame Amended Complaint at 23)

13.    On November 14, 2020, Trump's personal Twitter account posted: "Now it is learned that the horrendous Dominion Voting System was used in Arizona (and big in Nevada). No wonder the result was a very close loss!" (Smith Amended Complaint at 75)

14.    On November 14, 2020, Trump's personal Twitter account re-posted a photo of the Million MAGA March posted by Dan Scavino with the caption: "People are not going to stand for having this Election stolen from them by a privately owned Radical Left company, Dominion, and many other reasons!" (Blassingame Amended Complaint at 25; Smith Amended Complaint at 71)

15.    On November 14, 2020, Trump's personal Twitter account re-posted a video of the Millions MAGA March posted by Dan Scavino with the caption: "We Will WIN!" (Blassingame Amended Complaint at 25)

16.   On December 10, 2020, Trump's personal Twitter account posted: "People are upset, and they have a right to be. Georgia not only supported Trump in 2016, but now. This is the only State in the Deep South that went for Biden? Have they lost their minds? This is going to escalate dramatically. This is a very dangerous moment in our history...." (Smith Amended Complaint at 71)

17.   On December 12, 2020, a "Stop the Steal" / Million MAGA March was held in Washington, D.C. (Blassingame Complaint at 27) (https://www.cbsnews.com/news/trump-supporters-gather-washington-dc-million-maga-march/).  That day, Trump's personal Twitter account posted, in support of the rally: "WE HAVE JUST BEGUN TO FIGHT." (Lee Amended Complaint at 54; Blassingame Amended Complaint at 27; Smith Amended Complaint at 81)

18.   On December 15, 2020, Trump's personal Twitter account retweeted Lin Wood (@LinWood), who stated, referring to Georgia Governor Kemp and Secretary of State Raffensperger: "They will soon be going to jail." (Smith Amended Complaint at 70)

19.   On December 19, 2020, Trump's personal Twitter account posted: "Peter Navarro releases 36-page report alleging election fraud 'more than sufficient' to swing victory to Trump. washex.am/3nwaBCe A great post by Peter. Statistically impossible to have lost the 2020 election.  Big protest in D.C. on January 6th.  Be there, will be wild!" (Lee Amended Complaint at 55; Blassingame Amended Complaint at 32; Smith Amended Complaint at 87)

20.   On December 26, 2020, Trump's personal Twitter account posted: "The 'Justice' Department and the FBI have done nothing about the 2020 Presidential Election Voter Fraud, the biggest SCAM in our nation's history, despite overwhelming evidence. They should be ashamed. History will remember. Never give up. See everyone in D.C. on January 6th." (Smith Amended Complaint at 88)

21.   On December 27, 2020, Trump's personal Twitter account posted: "See you in Washington, DC, on January 6th. Don't miss it. Information to follow!" (Smith Amended Complaint at 88)

22.   On December 27, 2020, Trump's personal Twitter account posted: "If Vice President @Mike_Pence comes through for us, we will win the Presidency. Many States want to decertify the mistake they made in certifying incorrect

& even fraudulent numbers in a process NOT approved by their State Legislatures (which it must be). Mike can send it back!" (Smith Amended Complaint at 111)

23.   On December 30, 2020, Trump's personal Twitter account posted: "JANUARY SIXTH, SEE YOU IN DC!" (Smith Amended Complaint at 88)

24.   On January 1, 2021, Trump's personal Twitter account posted: "The BIG Protest Rally in Washington, D.C., will take place at 11 A.M. on January 6th. Location details to follow.  StopTheSteal!" (Blassingame Amended Complaint at 36; Smith Amended Complaint at 88)

25.   On January 1, 2021, Trump's personal Twitter account retweeted a tweet from the chair of the Women for America First, an organizer of the "Save America" rally, stating: "The calvary [sic.] is coming, Mr. President!"  and with Trump tweeting "A great honor!" (Lee Amended Complaint at 67; Smith Amended Complaint at 95)

26.   On January 5, 2021, Trump's personal Twitter account posted: "The Vice President has the power to reject fraudulently chosen electors." (Blassingame Amended Complaint at 38)

27.   On January 5, 2021, Trump's personal Twitter account posted: "Washington is being inundated with people who don't want to see an election victory stolen by emboldened Radical Left Democrats. Our Country has had enough, they won't take it anymore!  We hear you (and love you) from the Oval Office. MAKE AMERICA GREAT AGAIN!" (Smith Amended Complaint at 110)

28.   On January 5, 2021, Trump's personal Twitter account posted: "I hope the Democrats, and even more importantly, the weak and ineffective RINO section of the Republican Party, are looking at the thousands of people pouring into D.C. They won't stand for a landslide election victory to be stolen." (Smith Amended Complaint at 110)

29.   On January 6, 2021, Trump's personal Twitter account posted: "States want to correct their votes, which they now know were based on irregularities and fraud, plus corrupt process never received legislative approval.  All Mike Pence has to do is send them back to the States, AND WE WIN.  Do it Mike, this is a time for extreme courage!" (Lee Amended Complaint at 75; Blassingame Amended Complaint at 38)

30.     On January 6, 2021, Trump's personal Twitter account posted: "The States want to redo their votes. They found out they voted on a FRAUD. Legislatures never approved. Let them do it. BE STRONG!"

31.     On January 6, 2021, Trump's personal Twitter account posted: "If Vice President @Mike_Pence comes through for us, we will win the Presidency. Many States want to decertify the mistake they made in certifying incorrect & even fraudulent numbers in a process NOT approved by their State Legislatures (which it must be). Mike can send it back!" (Blassingame Amended Complaint at 38)

32.     On January 6, 2021, Trump's personal Twitter account posted: "Get smart Republicans. FIGHT!" (Blassingame Amended Complaint at 45)

33.     At 1:49 pm, on January 6, 2021, after he had returned to the White House, Trump's personal Twitter account posted a video of his Ellipse speech. (Lee Amended Complaint at 106; Blassingame Amended Complaint at 79)

34.     At 2:24 pm on January 6, 2021, Trump's personal Twitter account posted: "Mike Pence didn't have the courage to do what should have been done to protect our Country and our Constitution, giving States a chance to certify a corrected set of facts, not the fraudulent or inaccurate ones which they were asked to previously certify.  USA demands the truth!" (Blassingame Amended Complaint at 116)

35.     At 4:17 pm., on January 6, 2021, Trump's personal Twitter account posted a recorded video.  In the video, Trump said "Go home. We love you. You're very special." (Blassingame Amended Complaint at 125; Smith Amended Complaint at 150)

36.     At 6:01 pm on January 6, 20221, Trump's personal Twitter account posted: "There are the things and events that happen when a sacred landslide election victory is so unceremoniously & viciously stripped away from great patriots who have been badly & unfairly treated for so long.  Go home with love & peace.  Remember this day forever!" (Lee Amended Complaint at 140; Blassingame Amended Complaint at 127; Smith Amended Complaint at 150)

## II.   Trump Public Statements

37.   On August 17, 2020, at an event in Oshkosh, Wisconsin, Defendant Trump said that "the only way we're going to lose this election is if this election is rigged."  Soon thereafter, he insisted that "[t]he only way they can take this election from us is if this is a rigged election." (Lee Amended Complaint at 33) (https://thehill.com/homenews/administration/512424-trump-the-only-way-we-are-going-to-lose-this-election-is-if-the/)

38.   On September 23, 2020, Brian Karem, a reporter for Playboy magazine asked Trump whether he would "commit here today for a peaceful transferal of power after the November election," and told Trump that "people are rioting." Trump responded, "I know." (Smith Amended Complaint at 54) (https://www.nytimes.com/2020/09/23/us/politics/Trump-power-transfer-2020-election.html)

39.   During a presidential debate moderated by Chris Wallace on September 29, 2020, Trump said "Proud Boys, stand back and stand by." (Lee Amended Complaint at 30; Blassingame Amended Complaint at 14; Smith Amended Complaint at 58)

40.   During a presidential debate moderated by Chris Wallace on September 29, 2020, Trump was asked whether he would urge his supporters to "stay calm" and "not to engage in any civil unrest." Trump then said, "If it's a fair election I am 100% on board.  But if I see tens of thousands of ballots being manipulated, I can't go along with that." (Blassingame Amended Complaint at 15)

41.   On November 5, 2020, Trump stated at a press conference: "If you count the legal votes, I easily win. If you count the illegal votes, they can try to steal the election from us." (Blassingame Amended Complaint at 19; Swalwell Complaint at 33; Smith Amended Complaint at 62) (https://www.c-span.org/video/?477858-1/president-trump-challenges-latest-election-results-claims-voter-fraud)

42.   On November 26, Trump told reporters during a Thanksgiving Day press conference that Georgia Secretary of State Raffensperger was "an enemy of the people." (Smith Amended Complaint at 73) (https://www.c-span.org/video/?478850-1/president-Trump-thanksgiving-day-remarks)

43. At a December 5, 2020 rally for the Georgia Senate runoff race in Valdosta, Georgia, Trump said "Hundreds of thousands more than we needed were cast in every state, we are talking about, not only here, but Michigan, Pennsylvania…" (Smith Amended Complaint at 74) (https://www.c-span.org/video/?506972-1/president-Trump-campaigns-us-senate-runoffs-georgia)

44. At a January 4, 2021 rally in Dalton, Georgia, Donald Trump said, "If the liberal Democrats take the senate and the white house . . . we're gonna fight like hell I'll tell you right now," and "The Democrats are trying to steal the white house. You cannot let them, you just can't let them…" (Smith Amended Complaint at 96) (Trump: We'll 'fight like hell' to keep White House (usatoday.com))

45. When questioned about the attackers in a March 2021 interview with Carol Leonnig and Philip Rucker, Trump stated, "Personally, what I wanted is what they wanted." (Smith Amended Complaint at 154)

## III.   Trump Lawsuits and Contacts to State Officials

46. Trump, through his agents Rudy Giuliani, Kurt Hilber, Jenna Ellis, and other attorneys, filed over 60 lawsuits in his personal capacity as a candidate challenging election results. (Lee Amended Complaint at 36; Swalwell Complaint at 60; Smith Amended Complaint at 64); *See, e.g.,* Trump Mot. to Intervene 3*, Texas v. Pennsylvania,* No. 22O155 (U.S. 2020) (cited in *Blassingame v. Trump*, 87 F.4th 1, 4 (D.C. Cir. 2023)

47. On November 25, 2020, Trump participated by phone in a Pennsylvania State Republican Senate policy hearing and told those on the call: "This election has to be turned around" and stated that he had won the election in Pennsylvania "by a lot." (Swalwell Complaint at 45)

48. In November 2020, bipartisan election officials in Wayne County, Michigan unanimously certified the election results for President Biden. Thereafter, Trump asked two Republican members of the election board to withdraw their certification of the election results.. (Swalwell Complaint at 38)

49. Trump next contacted Michigan Senate Majority Leader Mike Shirkey and Speaker of the Michigan House of Representatives Lee Chatfield. Trump

likewise told them to cast aside Michigan's election results and subsequently met with them for the same purpose.. (Swalwell Complaint at 39)

50. Trump contacted Pennsylvania State Senate Majority Leader Kim Ward and Pennsylvania Speaker of the House of Representatives Brian Cutler. Trump told Senator Ward, "There was fraud in the voting." (Swalwell Complaint at 44)

51. In December 2020, Trump called Georgia Governor Brian Kemp and asked him to hold a special session of the legislature to appoint electors who would cast electoral votes for Trump. (Swalwell Complaint at 51)

52. In December 2020, Trump called the Chief Investigator for the Georgia Bureau of Investigations, which was conducting an audit of signatures on absentee ballots. Trump asked the investigator to "find the fraud" and told him that he would be a "national hero" if he was successful in doing so. (Swalwell Complaint at 52)

53. On January 2, 2021, Trump called Georgia Secretary of State Brad Raffensperger. Trump campaign attorneys Cleta Mitchell and Rudolph Giuliani were present on the call. (Blassingame Amended Complaint at 29)

54. Trump said the following things to Raffensperger (stipulate to statements on call): https://www.cnn.com/2021/01/03/politics/trump-brad-raffensperger-phone-call-transcript/index.html (Blassingame Amended Complaint at 29; Swalwell Complaint at 53)

## IV. Ellipse "Save America Rally" Planning and Funding

55. The National Park Service issued a permit to Women for America First for a rally at the Ellipse to be held on January 6, 2021. The Activity Overview stated: "Women for America First will conduct a first amendment rally 'March for Trump' to demand transparency and protect election integrity. The rally will feature speakers from Women for America First, Congressional Representatives, Roger Stone, Julio Gonazalez, Rudy Giuliani, Diamond and Silk. Women for America First will not conduct an organized march from the Ellipse at the conclusion of the rally.  Some participants may leave to attend rallies at the United States Capitol to hear the results of Congressional certification of the Electoral College Count."

(https://www.documentcloud.org/documents/20458554-nps-permit) (Smith Amended Complaint at 84)

56. The permit issued by the National Parks Service for the "Save America Rally" on January 6, 2021 on the Ellipse was not issued to the White House or any other federal government entity. (Smith Amended Complaint at 84)

57. Women For America First furnished its own marshals and volunteers for the "Save America Rally." (Documents produced by Kylie Kremer [KKremer0556])

58. Justin Caporale was listed as "production vendor" on the permit issued to Women for American First for the rally at the Ellipse to be held on January 6, 2021. (https://www.documentcloud.org/documents/20458554-nps-permit)

59. Caporale was a contract employee for Event Strategies, Inc. at the time of the January 6, 2021 "Save America Rally." (Deposition of J. Caporale, Select Committee (pg. 12) [REL00000096])

60. Caporale is a former Donald J. Trump for President, Inc. employee and was listed on campaign payrolls as of November 30, 2020. (FEC Data)

61. Caporale was listed as a "project manager" on National Parks Service paperwork for the January 6, 2021 "Save America Rally" permit application. (Deposition of J. Caporale, Select Committee (pg. 14) [REL00000096])

62. Caporale was identified by Women For America First in the permit application to the National Park Service for the "Save America Rally." (Documents produced by Kylie Kremer [KKremer2372])

63. Tim Unes was listed as a "stage manager" on the permit issued to Women for American First for a rally at the Ellipse to be held on January 6, 2021. (https://www.documentcloud.org/documents/20458554-nps-permit)

64. Unes was employed by Event Strategies, Inc. at the time of the January 6 "Save America Rally." (https://www.documentcloud.org/documents/20458554-nps-permit)

65. Unes was a Trump campaign aide.

66. Taylor Budowich worked with Caroline Wren to fundraise for the January 6, 2021 "Save America Rally." (Deposition of T. Budowich, Select Committee (pg. 18 [REL00000033])

67. Budowich was a senior adviser to Donald J. Trump for President, Inc. until November 15, 2020, where he assisted with campaign finance issues. (Deposition of T. Budowich, Select Committee (pg. 14) [REL00000033])

68. Caroline Wren was employed by Donald J. Trump for President, Inc. from March to November 2020 and advised the campaign on finance issues. (Deposition of C. Wren, Select Committee (pg. 8) [REL00000049])

69. On December 27, 2020, Caroline Wren reached out to Kylie Kremer of Women For America First to determine who was in charge of the January 6 event and to coordinate fundraising. (Deposition of C. Wren, Select Committee (pg. 80) [REL00000049])

70. Caroline Wren arranged for payment of $30,000 each to Kimberly Guilfoyle and Donald Trump, Jr. to speak at the January 6 "Save America Rally" event. (Deposition of C. Wren, Select Committee (pg. 194) [REL00000049])

71. Guilfoyle was a senior advisor to Donald Trump for President, Inc and the fundraising chair of the Trump Victory Committee. (Smith Amended Complaint at 85)

72. The permit for the rally listed the Campaign's director of finance operations as the "VIP Lead" for the rally. (Swalwell Complaint at 97)

73. Trump and his campaign proposed that the rally include a march to the Capitol. (Lee Amended Complaint at 69)

74. On December 15, 2020, the Trump Campaign made payments to Event Strategies, Inc. (Blassingame Amended Complaint at 30; Swalwell Complaint at 97)

75. Trump's 2020 campaign, along with its joint fundraising committees, made more than $3.5 million in direct payments to people and firms involved in the January 6, 2021 rally. (Lee Amended Complaint at 22; Blassingame Amended Complaint at 39) (https://www.opensecrets.org/news/2021/02/jan-6-protests-trump-operation-paid-3p5mil)

76. Campaign records show more than 40 separate payments totaling over a million dollars from "Donald J. Trump for President, Inc." to "Event Strategies, Inc." This includes payments made in December 2020. (Smith Amended Complaint at 84; see also FEC Data)

77. Private donors funded the "Save America Rally." (*See*, *e.g.*, Deposition of C. Wren, Select Committee (pg. 57) [REL00000049]; Interview of K. Pierson, Select Committee (pg. 31) [REL00000163]; Deposition of K. Kremer, Select Committee (pg. 141-42) [REL00000062])

78. "Event Strategies, Inc." was listed on the National Parks Service permit obtained for the "Save America Rally" by Women For America First, held on January 6, 2021 at the Ellipse. ("Save America Rally"). (Smith Amended Complaint at 84)

## V.   Events of January 6

79. Thousands of people gathered near the Ellipse to hear Trump speak on January 6, 2024 (https://www.latimes.com/politics/story/2022-01-05/by-the-numbers-jan-6-anniversary)

80. Donald Trump, Jr. spoke at the "Save America Rally" on January 6, 2021. (https://www.youtube.com/watch?v=ht20eDYmLXU (YouTube video of full "Save America Rally"))

81. On January 6, 2021, Donald Trump, Jr., was not an employee of the federal government.

82. Lara Trump, spoke at the "Save America Rally" on January 6, 2021. (https://www.youtube.com/watch?v=ht20eDYmLXU (YouTube video of full "Save America Rally"))

83. Lara Trump was a senior advisor to Donald J. Trump for President, Inc.

84. Eric Trump spoke at the "Save America Rally" on January 6, 2021. (https://www.youtube.com/watch?v=ht20eDYmLXU (YouTube video of full "Save America Rally"))

85.  On January 6, 2021, Eric Trump was not an employee of the federal government.

86.  John Eastman, spoke at the "Save America Rally" on January 6, 2021. (https://www.youtube.com/watch?v=ht20eDYmLXU (YouTube video of full "Save America Rally"))

87.  John Eastman was an attorney employed by Trump in his personal capacity.

88.  At the rally, Giuliani spoke immediately before Trump. (https://www.youtube.com/watch?v=ht20eDYmLXU (YouTube video of full "Save America Rally"))

89.  Rudy Giuliani was an attorney employed by Trump in his personal capacity.

90.  Trump was the final speaker at the "Save America Rally." (https://www.youtube.com/watch?v=ht20eDYmLXU (YouTube video of full "Save America Rally"))

91.  Trump took the Ellipse stage at noon on January 6, 2021, and spoke to the assembled crowd for one hour and fifteen minutes. (https://www.youtube.com/watch?v=ht20eDYmLXU (YouTube video of full "Save America Rally"))

92.  Stipulations to statements made at rally (https://www.youtube.com/watch?v=ht20eDYmLXU (YouTube video of full "Save America Rally"); Lee Amended Complaint at 82-89; Blassingame Amended Complaint at 60; Swalwell Complaint at 121-128; Smith Amended Complaint at 115)

93.  Trump was present for and listened to the other speeches at the rally. (Swalwell Complaint at 103-120)

94.  Kevin McCarthy phoned Trump at the White House during the Capitol riots and asked Trump to call off the crowd that had entered the Capitol. Trump told McCarthy, "Well, Kevin, I guess these people are more upset about the election than you are." (Lee Amended Complaint at 123; Blassingame Amended Complaint at 114; Smith Amended Complaint at 148; Select Committee Report, Executive Summary at n.501, Select Committee Interview of Mick Mulvaney [REL00000020])

95.   During the events of the afternoon of January 6,, Giuliani called members of Congress seeking to delay the tally of the Electoral College ballots. (Lee Amended Complaint 138)

96.   During these calls, Giuliani was Trump's personal attorney and counsel of record in multiple lawsuits following the November election. Giuliani has at all times represented Trump solely in Trump's personal capacity. (Lee Amended Complaint 139)

97.   At approximately 7 pm, on January 6, 2021, Trump campaign attorney Rudolph Giuliani left a voicemail intended for Senator Tommy Tuberville that asked him to "slow down" the vote certification "so that we can get ourselves into tomorrow." (Blassingame Amended Complaint at 128)