```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA


BARBARA J. LEE, ET AL.,              )
                                     )
          Plaintiffs,                )
                                     )     CV No. 21-400
       vs.                           )     Washington, D.C.
                                     )     March 12, 2024
DONALD J. TRUMP, ET AL.,             )     2:30 p.m.
                                     )
          Defendants.                )
_____)



     TRANSCRIPT OF JOINT STATUS CONFERENCE PROCEEDINGS
         BEFORE THE HONORABLE AMIT P. MEHTA
              UNITED STATES DISTRICT JUDGE

APPEARANCES:

For Lee Plaintiffs:            Joseph M. Sellers
                               COHEN MILSTEIN
                               SELLERS & TOLL PLLC
                               1100 New York Avenue, NW
                               Suite 500 East Tower
                               Washington, D.C. 20005
                               (202) 408-4604
                               Email:
                               jsellers@cohenmilstein.com
```

APPEARANCES CONTINUED:

For Smith Plaintiffs:            Edward G. Caspar
                                 LAWYERS' COMMITTEE FOR
                                 CIVIL RIGHTS UNDER LAW
                                 1500 K Street NW
                                 Suite 900
                                 Washington, D.C. 20005
                                 (202) 662-8318
                                 Email:
                                 ecaspar@lawyerscommittee.org


For Plaintiff
James Blassingame:               Kristy Parker
                                 PROTECT DEMOCRACY
                                 2020 Pennsylvania Avenue NW
                                 Suite 163
                                 Washington, D.C. 20006
                                 (202) 579-4582
                                 Email:
                                 kristy.parker
                                 @protectdemocracy.org

APPEARANCES CONTINUED:

For Plaintiff
Eric Swalwell
and Sandra Garza:                Philip C. Andonian
                                 CALEB ANDONIAN PLLC
                                 1100 H Street, N.W.
                                 Suite 315
                                 Washington, D.C. 20005
                                 (202) 953-9850
                                 Email: phil@calebandonian.com

                                 Matthew G. Kaiser
                                 KAISER PLLC
                                 1099 14th Street NW
                                 8th Floor West
                                 Washington, D.C. 20005
                                 (202) 640-2850
                                 Email: mkaiser@kaiserlaw.com

                                 Mark Steven Zaid
                                 LAW OFFICES OF
                                 MARK S. ZAID, P.C.
                                 1250 Connecticut Avenue, NW
                                 Suite 700
                                 Washington, D.C. 20036
                                 (202) 454-2809
                                 Email: Mark@MarkZaid.com

APPEARANCES CONTINUED:

For Plaintiffs
Blassingame and Hemby:          Patrick A. Malone
                                PATRICK MALONE
                                & ASSOCIATES, P.C.
                                1310 L Street, NW
                                Suite 800
                                Washington, D.C. 20005
                                (202) 742-1500
                                Email:
                                pmalone@patrickmalonelaw.com


For Defendant
Donald J. Trump:                David Alan Warrington
                                Jonathan Mark Shaw
                                Gary Lawkowski
                                Jonathan Mark Shaw
                                DHILLON LAW GROUP, INC.
                                2121 Eisenhower Avenue
                                Suite 608
                                Alexandria, VA 22314
                                (703) 574-1206
                                Email:
                                DWarrington@dhillonlaw.com

                                Jesse R. Binnall
                                BINNALL LAW GROUP
                                717 King Street
                                Suite 200
                                Alexandria, VA 22314
                                (703) 888-1943
                                Email: jesse@binnall.com

Court Reporter:                 William P. Zaremba
                                Registered Merit Reporter
                                Certified Realtime Reporter
                                Official Court Reporter
                                E. Barrett Prettyman CH
                                333 Constitution Avenue, NW
                                Washington, D.C. 20001
                                (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

1                    P R O C E E D I N G S

2              COURTROOM DEPUTY:  All rise.  This Honorable Court

3    is now in session.  The Honorable Judge Amit P. Mehta

4    presiding.

5              Please be seated and come to order.

6              THE COURT:  Please be seated, everyone.

7              COURTROOM DEPUTY:  This is Civil Action 21-400,

8    Civil Action 23-038, Civil Action 21-586, Civil Action

9    21-858, Civil Action 21-2265; Barbara Lee, et al., versus

10   Donald Trump; Sandra Garza versus Donald Trump, et al.;

11   Eric Swalwell versus Donald Trump; James Blassingame,

12   et al., versus Donald Trump; and Conrad Smith, et al.,

13   versus Donald Trump, et al.

14             Counsel, please approach the podium and state your

15   appearances for the record.

16             MR. SELLERS:  Good afternoon, Your Honor.

17   Joseph Sellers representing the plaintiffs in the Lee versus

18   Trump case.

19             THE COURT:  Mr. Sellers.

20             MR. CASPAR:  Good afternoon, Your Honor.

21   Edward Caspar for the plaintiffs in Smith versus Trump.

22             THE COURT:  Mr. Caspar.

23             MR. MALONE:  Good afternoon, Your Honor.

24   Patrick Malone for the Blassingame plaintiffs.

25             And with me is Kristy Parker for Blassingame.

```
 1              THE COURT:  Mr. Malone.

 2              MR. ANDONIAN:  Good afternoon, Your Honor.

 3    Phil Andonian on both the Swalwell and Garza matters.

 4              I'm joined in the courtroom by my colleague

 5    Matthew Kaiser, and my colleague Mark Zaid on the Zoom.

 6              THE COURT:  Mr. Andonian, welcome.

 7              Okay.  Mr. Warrington?

 8              MR. WARRINGTON:  Good afternoon, Your Honor.

 9    David Warrington for President Trump, along with my

10    colleagues from Dhillon Law, Jonathan Shaw and Gary

11    Lawkowski, and Mr. Jesse Binnall from the Binnall Law Group.

12              THE COURT:  Welcome back, everyone.

13              Okay.  So just to reset the table here, we were

14    together a few weeks ago to talk about steps forward.  I had

15    urged the parties to sort of meet and confer and try and

16    hammer out a framework which might include stipulations of

17    fact, and then I asked the parties to sort of report in a

18    Joint Status Report, which I have received and reviewed last

19    week.

20              The upshot is, at least the defense is not

21    prepared, for various reasons, to agree to any stipulations

22    at this point, and so we're sort of kind of back to where we

23    were, it seems to me, two weeks ago.

24              Let me just start with you, Mr. Warrington.

25              I guess what I take away from your submission is,
```

1  I guess, two things:

2          One is, you obviously believe, and I don't think

3  it's without foundation, that any admissions at this point

4  or even unsworn representations, would implicate Fifth

5  Amendment issues, one.  And, two, that, because of that, you

6  think these proceedings ought to be stayed.  And, I suppose,

7  three, you do think there's some additional discovery that

8  could proceed involving third parties.

9          I guess what I'm still uncertain about is what

10 that looks like to you; in other words, I still don't have a

11 sense of what you think the discovery is that you will need.

12 And, you know, there were some sort of general suggestions

13 about, you know, subpoenaing records from agencies and the

14 like last time, but it's still not clear to me exactly what

15 precisely you think you need to get done in terms of

16 discovery and what's needed from third parties that wouldn't

17 infringe upon any Fifth Amendment privileges.

18         MR. WARRINGTON:  Your Honor, I think,

19 specifically, I'll take one example, and we kind of

20 highlighted it in our Status Report, the Twitter account,

21 many of the proposed stipulations.

22         And I want to be clear with the Court:  We took a

23 long time looking at this issue and, in good faith, tried to

24 figure out if there was some way we could come to an

25 accommodation.

1          The intervening sort of, I'll call it, development

2     was the fact that the Supreme Court took the immunity

3     question in the criminal case, and it's highly -- or it's

4     precisely within the gambit of the question presented in

5     that case is:  Official acts.  So likely that ruling in that

6     case is going to come down to give some guidance as to what

7     an official act is, and that's the issue we're teed up here

8     in the immunity question in the civil case.  So what I'm

9     talking about with regard to the Twitter account, I think

10    we'd need information from who had access to it, who

11    controlled it, how was it used.

12         The National Archives has records related to the

13    Twitter account.  The Second Circuit has said that that's --

14    you know, the Twitter account under certain circumstances is

15    an official government avenue of speech.  So those are the

16    kinds of things that I think with regard to the Twitter

17    account we tried to highlight as an example of one of the

18    areas of inquiry we would conduct on discovery.

19         Same thing with the President's participation at

20    the January 6th rally.  How did that come about?  I know the

21    plaintiffs have said, well, the January 6th report contains

22    all of that.  I can -- that is not a complete record.  And

23    obviously since it is something that's loaded with hearsay,

24    as the Court recognized at the last hearing, we would get to

25    probe beyond that, so we'd want to take discovery of people

1    that were involved in that.

2           Some of those people may still be working in the

3    White House, government staff that facilitate the

4    President's appearance at that event.  Those are the sorts

5    of things that I envision.  And as I offered before, to lay

6    that out in sort of broad context.  But going so far as to

7    stipulate as to specific facts, that's where the problem

8    comes in.

9           And I think there was a way forward when we were

10   standing up here last time that I proposed, which would be

11   similar to discovery in any other case, because it's done

12   sort of out in the open.  We'd send the third-party

13   subpoena, they'd get a copy of the third-party subpoena.

14   They'd send a third-party subpoena.  We'd see what each

15   other was doing.  So there's nothing -- there's no hiding

16   the ball there.  It's just that's the process that I think

17   would give them the visibility on what we were trying to do.

18           THE COURT:  I mean, do you think you would be in a

19   position to answer a simple interrogatory that asks:

20   Please explain your theory of why you believe

21   President Trump was acting in an official capacity with

22   respect to the acts alleged in the case?

23           MR. WARRINGTON:  No, not with the current pending

24   criminal case.

25           And I would also say that that question really

1    couldn't be answered in the context of that official act

2    question being precisely before the Supreme Court, because

3    whatever the Court says on that issue is likely going to

4    shape a defense or a response to that question.

5             THE COURT:  I guess my reaction is twofold; one

6    it's -- maybe.  I don't know what the Court is going to do;

7    none of us have a crystal ball.

8             MR. WARRINGTON:  None of us do.

9             THE COURT:  They could theoretically say, we don't

10   need to reach the question of what's an official act or

11   isn't, because there is no official acts immunity from

12   criminal prosecution.  That's one possibility.

13            But at least as of now, we've got what the Circuit

14   has said.  So we've got pretty clear demarcations from the

15   Circuit about how they view things, and maybe the

16   Supreme Court will agree or disagree.  So we already have a

17   framework.

18            Look, I think the other issue here is that it's

19   difficult to move it all forward.  And I think the

20   plaintiffs are right about this.  And I think you would

21   hopefully agree, to -- for them to be in a position to sort

22   of defend against what you are preparing to argue without

23   actually providing some framework or thinking.

24            I mean, just as any party who would be bearing the

25   burden on any particular issue would have to explain the

```
 1   facts that support whatever position they're advancing in an
 2   interrogatory response, for example, you know, it seems to
 3   me the same ought to apply here and -- because otherwise,
 4   I'm not sure what guidance they have in terms of thinking
 5   about discovery for their purposes.  So I'm not -- you know,
 6   help me figure out a way to work through that logjam.
 7              MR. WARRINGTON:  Well, Your Honor, absent the
 8   criminal proceeding, I would not have anything to dispute
 9   with sort of what your framework is.
10              But the fact that that criminal proceeding is
11   pending, counsels for a stay in this case.  And that's what
12   we've asked for is a briefing schedule to argue that the
13   discovery should be stayed as to President Trump, and that
14   would include the immunity to discovery at this time, too.
15              So if we were to answer an interrogatory about
16   what's the basis of our defense with regard to official act
17   immunity in the civil context, that certainly goes to the
18   facts that, I think, would be relevant in the criminal case.
19   And that's what the cases counsel against, and counsel has
20   reasons to grant the stay.
21              And the Court, as this Court has done in numerous
22   instances while other parallel criminal proceedings are
23   going on, granted a stay for those very purposes.
24              So that's why I can't stand here and say yes,
25   I can answer that question.
```

1          THE COURT:  A couple questions; I guess one

2   observation, one question.

3          I mean, I understood that you all were going to

4   file something sooner than what you've proposed in your

5   Status Report.  So we can talk about that in a moment.

6          But, secondly, you haven't articulated to me, at

7   least in the Status Report, how long you would be seeking a

8   stay.

9          You mentioned the Georgia case, for example; that

10  case isn't even set for trial yet.

11         So do you have any sense of what you'll be asking

12  for when you do ask?

13         MR. WARRINGTON:  I would say the stay would have

14  to be at least concurrent with the criminal matter that's on

15  these particular facts and these issues most -- sorry to

16  say, the Special Counsel's case.

17         THE COURT:  They overlap completely, at least the

18  Special Counsel's case, I think, essentially is co-extensive

19  in many respects.

20         And then the Georgia case is essentially a piece

21  of what these folks have alleged and what the Special

22  Prosecutor's alleged.

23         MR. WARRINGTON:  I'm less concerned about the

24  Georgia case than I am about the Special Counsel's case.

25  And I think that the Special Counsel's case has a likelihood

1   of being over quicker just --

2              THE COURT:  You may have more insight on this than

3   the rest of us.

4              MR. WARRINGTON:  I don't claim to have any extra

5   insight, but it seems to me that that would be moving along

6   quicker than what I've observed in Georgia.

7              THE COURT:  Right.

8              MR. WARRINGTON:  But that's why we -- and

9   certainly if the Court decides -- wants us to brief the stay

10  quicker, we're happy to do that.

11             We think it's -- the stay is the appropriate

12  mechanism here.  Unfortunately, I don't -- none of us

13  control the other case, but we do believe that it warrants a

14  stay for all the reasons that we've stated previously.

15             THE COURT:  Okay.  Thanks, Mr. Warrington.

16             So, Mr. Sellers, I guess the first question for

17  you -- and I don't mean to preempt whatever else you'd like

18  to say, and that is, given the posture we're in, how do we

19  get through this without at least me resolving the stay

20  issue first?

21             Because it seems to me that what you really care

22  about is getting a position from them, and that would either

23  mean actually getting a position or an invocation of the

24  Fifth, and the Fifth could only be invoked if I denied their

25  stay.  So it seems to me to be kind of a threshold question

1   that I would need to grapple with, but I'm happy to hear

2   your thoughts.

3           MR. SELLERS:  Yeah.

4           Your Honor, I think in the end, we come to the

5   conclusion that you were positing, but let me just make a

6   few observations before then.

7           First of all, as the Court is aware, the

8   D.C. Circuit ruled in the appeals from this case.  And

9   President Trump declined to seek review in that case, so we

10  are left with the D.C. Circuit decision as controlling

11  precedent here.

12          None of us knows what the Supreme Court may do

13  with respect to the criminal indictment immunity issue.  As

14  you know, in another Court in this building, the Court ruled

15  that there was no immunity available from a criminal

16  indictment, and D.C. Circuit unanimously held that same way.

17  So, you know, we -- I think the criminal case in our view

18  has a parallel track.  I don't necessarily think -- we

19  necessarily think it will necessarily involve the issues

20  here.

21          The example that counsel gave in their -- in the

22  Status Report is, I think, particularly telling, because we

23  simply ask them to stipulate that the particular Twitter

24  statements, where it came from, President Trump's private

25  account.

1          They responded by saying something about the

2     Second Circuit ruling as to whether that was a partially

3     official account and the like.

4          That's the argument that goes to the merits of the

5     issues of whether it's an official action or not.  It's not

6     the question factually.  It's hard to see how there's much

7     dispute that that came from President Trump's private

8     Twitter account.

9          So there is definitely discovery that we think can

10    be done.  And I thought the Court's proposal that we proceed

11    with these stipulations was a very valuable suggestion.  As

12    you know, we proceeded down that path and ultimately

13    couldn't make any progress.

14          So if there's -- if ultimately we're going to be

15    stymied by any ability to get -- and I'd say one final

16    thing, which is:  We're not convinced that there will be

17    need for much discovery eventually, as there's a lot of

18    material out there.  And before anybody should undertake

19    discovery, we think there ought to be some careful

20    examination of what's publicly available from the

21    January 6th Commission and other places.

22          This case has been here for three years, I know

23    you're aware of that, and so, you know, our clients really

24    want to move this ahead as quickly as possible.  If it's

25    necessary to have a ruling on the stay motion, we'd ask that

1    the Court set an expedited briefing schedule and attend to a

2    ruling as quickly as it can.

3         But we just maintain that there are facets of this

4    fact gathering that we think could be undertaken.  And one

5    of them is the example you proposed, but it may be more

6    efficient to rule on the stay motion -- request.  And then

7    if the Court grants a stay, so be it.  And if the Court

8    denies it, then that no longer encumbers us in discussing

9    how to proceed with the fact gathering here.

10        THE COURT:  I guess I should have shared one more

11   observation with Mr. Warrington, and that is, I mean, I did

12   look through the proposed stipulations, and it wasn't --

13   I would readily concede that some of them would necessarily

14   implicate a potential Fifth Amendment privilege, but not

15   all.

16        You know, there are some, for example, facts

17   surrounding who funded the January 6th rally, who organized

18   it, et cetera.  It's not clear to me that those really do

19   implicate any Fifth Amendment privileges, and those --

20   frankly, those kind of facts really are central to moving

21   this forward, it seems to me.  And so whether, you know, how

22   we do this and -- remains to be seen, I think.

23        But one possibility is that if third-party-type

24   discovery goes forward, you know, that could include some

25   number of interrogatories directed to the defendant that, at

1   least at first blush, might not indicate a Fifth Amendment

2   privilege, but I'll just throw that out there as an

3   additional step that we can think about.

4           MR. SELLERS:  Well -- sorry, didn't mean to

5   interrupt you.

6           THE COURT:  Go ahead.

7           MR. SELLERS:  If the Court were to deny the stay

8   request, we can take up the issue of whether there's certain

9   discrete discovery requests that they may legitimately claim

10  could implicate a Fifth Amendment interest.  And if there's

11  a dispute, we can bring it to the Court's attention, but we

12  can't even get there.

13          THE COURT:  Right.

14          MR. SELLERS:  And until we get past this issue

15  about the implications of the Supreme Court decision and

16  anything else they want to assert, I'm not sure we're going

17  to make a lot of progress.

18          We read the authority in this area as requiring a

19  pretty particularized showing to justify this kind of broad

20  stay, and we don't see any basis that they've offered so far

21  that would justify it.  So we think that may be where we're

22  left.

23          THE COURT:  I mean, we may need, once the briefing

24  is filed, to have a conversation about this.

25          But I guess, Mr. Sellers, are you disputing that

1  discovery here directed at Mr. Trump would not implicate

2  Fifth Amendment interests?

3         MR. SELLERS:  Well, if you're asking, when you say

4  "directed at President Trump," do you mean a deposition of

5  President Trump?

6         THE COURT:  I mean, anything, whether it's

7  interrogatories, requests for admissions, deposition, any of

8  those three that would require some responses under oath.

9         MR. SELLERS:  Yes.

10         I mean, I think it's hard to see how some -- at

11  least some of the stipulations we proposed will necessarily

12  cause him to implicate potentially Fifth Amendment

13  interests.

14         I don't -- I guess we don't agree that any sworn

15  statement by President Trump would necessarily implicate

16  Fifth Amendment interests.  I think it would have to be

17  taken up in a -- specifically, and we may argue about

18  whether they will inevitably have that effect.

19         THE COURT:  Right, right.

20         That's all contextual, which is fair, but, you

21  know, the allegations here are essentially co-extensive with

22  what the Special Counsel has alleged.

23         MR. SELLERS:  In some respects.

24         And let me just say that, keeping in mind that the

25  issue we're dealing with right now is immunity, not with the

1    issue of ultimate liability.  I know there's overlap, but

2    there are some differences.

3                THE COURT:  Okay.  All right.

4                Anyone else wish to be heard?

5                Mr. Caspar?

6                MR. CASPAR:  Edward Caspar for the plaintiffs in

7    Smith versus Trump.

8                And I should say that we have online

9    William Blechman, counsel for the plaintiffs, and

10   Marc Epstein here in the courtroom, also counsel for

11   plaintiffs.

12               Your Honor, I would just like to address maybe one

13   misperception about what's before the Supreme Court.

14               The issue of what acts are official and what are

15   not actually is not before the Supreme Court.  The

16   Supreme Court took that out when it revised the issue before

17   the Court.  So it assumes that the acts under consideration

18   before the Supreme Court are official acts and then it poses

19   the question of whether there's immunity from criminal

20   liability for those official acts.

21               But that opinion from the Supreme Court, when it

22   comes down, isn't going to shed any light on whether acts

23   can be official or not official.  So that's not -- we have a

24   D.C. Circuit opinion on that and other case law, but that's

25   not before the Supreme Court.

1          And I would just urge the Court on the question of

2    the stay, I think Your Honor is correct that that just has

3    to be resolved before we can move forward.

4          I want to note that Defendant Trump mentioned his

5    desire to file a motion for the stay two weeks ago when we

6    had a status conference, and he still hasn't done it.  So

7    we'd ask that the Court order it to be made without further

8    delay.  Thank you, Your Honor.

9          THE COURT:  Thank you.

10         All right.  Anyone else on the plaintiffs' side

11   wish to be heard?  Okay.

12         Mr. Warrington, anything else from you?

13         MR. WARRINGTON:  No, Your Honor.

14         THE COURT:  All right.

15         I think we're all in vigorous agreement that we

16   need to resolve the stay issue first; that is, without

17   prejudice to either side, commencing whatever third-party

18   discovery you think you'd like to take, as that really is

19   not -- that really is not what is the sticking point.

20         So, Mr. Warrington, can you have something on file

21   by next Tuesday?  That's a week from today?

22         MR. WARRINGTON:  Yes, Your Honor.

23         THE COURT:  Okay.

24         Mr. Sellers, how long do you want for your

25   opposition?

```
 1                    MR. SELLERS:  I think a week, Your Honor, would
 2      suffice.  We could file by the 19th.
 3                    THE COURT:  Well, he's filing by the 19th, so
 4      you'll file by the --
 5                    MR. SELLERS:  I'm sorry, seven days later.
 6                    THE COURT:  Okay.  The 26th.
 7                    And then I'll just ask for a reply brief, if you'd
 8      like to file one, by April 2nd.
 9                    MR. WARRINGTON:  April 2nd.  Thank you,
10      Your Honor.
11                    THE COURT:  All right.
12                    So that's how we'll proceed.
13                    Is there anything else we need to discuss while
14      we're all together?
15                    MR. SELLERS:  Not for the plaintiffs.
16                    MR. WARRINGTON:  Nothing for the defendant.
17                    THE COURT:  Okay.  All right.  Thank you, all,
18      very much.  Look forward to your filings.
19                    COURTROOM DEPUTY:  All rise.
20                    This court is adjourned.
21                    (Proceedings concluded at 3:00 p.m.)
22
23
24
25
```

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.

Date:__March 12, 2024_____    
                                          William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [3]** 5/2 5/7 21/19

**MR. ANDONIAN: [1]** 6/2

**MR. CASPAR: [2]** 5/20 19/6

**MR. MALONE: [1]** 5/23

**MR. SELLERS: [11]** 5/16 14/3 17/4 17/7 17/14 18/3 18/9 18/23 21/1 21/5 21/15

**MR. WARRINGTON: [13]** 6/8 7/18 9/23 10/8 11/7 12/13 12/23 13/4 13/8 20/13 20/22 21/9 21/16

**THE COURT: [28]**

**0**

**038 [1]** 5/8

**1**

**1099 [1]** 3/8
**1100 [2]** 1/13 3/4
**12 [2]** 1/5 22/7
**1206 [1]** 4/12
**1250 [1]** 3/12
**1310 [1]** 4/4
**14th [1]** 3/8
**1500 [2]** 2/3 4/5
**163 [1]** 2/9
**1943 [1]** 4/17
**19th [2]** 21/2 21/3

**2**

**200 [1]** 4/16
**20001 [1]** 4/21
**20005 [5]** 1/14 2/4 3/5 3/9 4/5
**20006 [1]** 2/10
**20036 [1]** 3/13
**202 [8]** 1/15 2/5 2/10 3/5 3/9 3/14 4/5 4/22
**2020 [1]** 2/9
**2024 [2]** 1/5 22/7
**21-2265 [1]** 5/9
**21-400 [2]** 1/4 5/7
**21-586 [1]** 5/8
**21-858 [1]** 5/9
**2121 [1]** 4/11
**22314 [2]** 4/12 4/16
**2265 [1]** 5/9
**23-038 [1]** 5/8
**26th [1]** 21/6
**2809 [1]** 3/14
**2850 [1]** 3/9
**2:30 [1]** 1/6
**2nd [2]** 21/8 21/9

**3**

**315 [1]** 3/4
**3249 [1]** 4/22
**333 [1]** 4/21
**354-3249 [1]** 4/21
**3:00 [1]** 1/6

**4**

**400 [2]** 1/4 5/7
**408-4604 [1]** 1/15
**454-2809 [1]** 3/14
**4582 [1]** 2/10
**4604 [1]** 1/15

**5**

**500 [1]** 1/14
**574-1206 [1]** 4/12
**579-4582 [1]** 2/10
**586 [1]** 5/8

**6**

**608 [1]** 4/11
**640-2850 [1]** 3/9
**662-8318 [1]** 2/5
**6th [4]** 8/20 8/21 15/21 16/17

**7**

**700 [1]** 3/13
**703 [2]** 4/12 4/17
**717 [1]** 4/15
**742-1500 [1]** 4/5

**8**

**800 [1]** 4/4
**8318 [1]** 2/5
**858 [1]** 5/9
**888-1943 [1]** 4/17
**8th [1]** 3/8

**9**

**900 [1]** 2/4
**953-9850 [1]** 3/5
**9850 [1]** 3/5

**A**

**ability [1]** 15/15
**about [19]** 6/14 7/9 7/13 8/9 8/20 10/15 10/20 11/5 11/15 12/5 12/23 12/24 13/22 15/1 17/3 17/15 17/24 18/17 19/13
**above [1]** 22/4
**above-titled [1]** 22/4
**absent [1]** 11/7
**access [1]** 8/10
**accommodation [1]** 7/25
**account [8]** 7/20 8/9 8/13 8/14 8/17 14/25 15/3 15/8
**act [4]** 8/7 10/1 10/10 11/16
**acting [1]** 9/21
**action [6]** 5/7 5/8 5/8 5/8 5/9 15/5
**acts [8]** 8/5 9/22 10/11 19/14 19/17 19/18 19/20 19/22
**actually [1]** 10/23 13/23 19/15
**additional [2]** 7/7 17/3
**address [1]** 19/12
**adjourned [1]** 21/20

**admissions [1]** 18/7
**advancing [1]** 11/1
**afternoon [5]** 5/16 5/20 5/23 6/2 6/8
**against [1]** 10/22 11/19
**agencies [1]** 7/13
**ago [3]** 6/14 6/23 20/5
**agree [4]** 6/21 10/16 10/21 18/14
**agreement [1]** 20/15
**ahead [2]** 15/24 17/6
**aided [1]** 4/23
**al [7]** 1/3 1/6 5/9 5/10 5/12 5/12 5/13
**Alan [1]** 4/8
**Alexandria [2]** 4/12 4/16
**all [17]** 5/2 8/22 10/19 12/3 13/14 14/7 16/15 18/20 19/3 20/10 20/14 20/15 21/11 21/14 21/17 21/17 21/24 21/17
**All right [3]** 19/3 20/10 21/11
**allegations [1]** 18/21
**alleged [4]** 9/22 12/21 12/22 18/22
**along [2]** 6/9 13/5
**already [1]** 10/16
**also [2]** 9/25 19/10
**am [1]** 12/24
**Amendment [9]** 7/5 7/17 16/14 16/19 17/1 17/10 18/2 18/12 18/16
**AMIT [2]** 1/9 5/3
**Andonian [4]** 3/3 3/3 6/3 6/6
**another [1]** 14/14
**answer [3]** 9/19 11/15 11/25
**answered [1]** 10/1
**any [15]** 6/21 7/3 7/17 9/11 10/24 10/25 12/11 13/4 15/13 15/16 15/19 17/20 18/7 18/14 19/22
**anybody [1]** 15/18
**Anyone [2]** 19/4 20/10
**anything [5]** 11/8 17/16 18/6 20/12 21/13
**appeals [1]** 14/8
**appearance [1]** 9/4
**appearances [5]** 1/11 1/19 2/12 3/15 5/15
**apply [1]** 11/3
**approach [1]** 5/14
**appropriate [1]** 13/11
**April [2]** 21/8 21/9
**Archives [1]** 8/12
**are [15]** 8/15 9/14 10/20 10/22 11/22 14/10 16/3 16/16 16/20 17/25 18/21 19/2 19/14 19/14 19/18
**area [1]** 17/18
**areas [1]** 8/18
**argue [3]** 10/22 11/24 18/17

**arguments [1]** 20/20
**articulated [1]** 12/6
**as [23]**
**ask [5]** 12/12 14/23 15/25 20/7 21/7
**asked [2]** 6/17 11/12
**asking [2]** 12/11 18/3
**asks [1]** 9/19
**assert [1]** 17/16
**ASSOCIATES [1]** 4/3
**assumes [1]** 19/17
**attend [1]** 16/1
**attention [1]** 17/11
**authority [1]** 17/18
**available [2]** 14/15 15/20
**avenue [6]** 1/13 2/9 3/12 4/11 4/21 8/15
**aware [2]** 14/7 15/23
**away [1]** 6/25

**B**

**back [2]** 6/12 6/22
**ball [2]** 9/16 10/7
**BARBARA [2]** 1/3 5/9
**Barrett [1]** 4/20
**basis [2]** 11/16 17/20
**be [33]**
**bearing [1]** 10/24
**because [7]** 7/5 9/11 10/2 10/11 11/3 13/21 14/22
**been [1]** 15/22
**before [11]** 1/9 9/5 10/2 14/6 15/18 19/13 19/15 19/16 19/18 19/25 20/3
**being [2]** 10/2 13/1
**believe [3]** 7/2 9/20 13/13
**beyond [1]** 14/8
**Binnall [4]** 4/14 4/15 6/11 6/11
**binnall.com [1]** 4/17
**Blassingame [5]** 2/8 4/2 5/11 5/24 5/25
**Blechman [1]** 19/9
**blush [1]** 17/1
**both [1]** 6/3
**brief [2]** 13/9 21/7
**briefing [5]** 11/12 16/1 17/23
**bring [1]** 17/11
**broad [2]** 9/6 17/19
**building [1]** 14/14
**burden [1]** 10/25

**C**

**CALEB [1]** 3/3
**calebandonian.com [1]** 3/6
**call [1]** 8/1
**came [2]** 14/24 15/7
**can [11]** 8/22 11/25 12/5 15/9 16/2 17/3 17/8 17/11 19/23 20/3 20/20
**can't [2]** 11/24 17/12

**capacity [1]** 9/21
**care [1]** 13/21
**careful [1]** 15/19
**case [24]**
**cases [1]** 11/19
**Caspar [5]** 2/2 5/21 5/22 19/5 19/6
**cause [1]** 18/12
**central [1]** 16/20
**certain [2]** 8/14 17/8
**certainly [2]** 11/17 13/9
**Certified [1]** 4/19
**certify [1]** 22/2
**cetera [1]** 16/18
**CH [1]** 4/20
**Circuit [8]** 8/13 10/13 10/15 14/8 14/10 14/16 15/2 19/24
**circumstances [1]** 8/14
**civil [8]** 2/3 5/7 5/8 5/8 5/8 5/9 8/8 11/17
**claim [2]** 13/4 17/9
**clear [4]** 7/14 7/22 10/14 16/18
**clients [1]** 15/23
**co [2]** 12/18 18/21
**co-extensive [2]** 12/18 18/21
**COHEN [1]** 1/12
**cohenmilstein.com [1]** 1/16
**colleague [1]** 6/4 6/5
**colleagues [1]** 6/10
**COLUMBIA [1]** 1/1
**come [2]** 5/5 7/24 8/6 8/20 14/4
**comes [2]** 9/8 19/22
**commencing [1]** 20/17
**Commission [1]** 15/21
**COMMITTEE [1]** 2/2
**complete [1]** 8/22
**completely [1]** 12/17
**computer [1]** 4/23
**computer-aided [1]** 4/23
**concede [1]** 16/13
**concerned [1]** 12/23
**concluded [1]** 21/21
**conclusion [1]** 14/5
**concurrent [1]** 12/14
**conduct [1]** 8/18
**confer [1]** 6/15
**conference [2]** 1/9 20/6
**Connecticut [1]** 3/12
**Conrad [1]** 5/12
**consideration [1]** 19/17
**Constitution [1]** 4/21
**contains [1]** 8/21
**context [3]** 9/6 10/1 11/17
**contextual [1]** 18/20
**CONTINUED [3]** 2/1 3/1 4/1
**control [1]** 13/13
**controlled [1]** 8/11

**C**

controlling [1]  14/10
conversation [1]  17/24
convinced [1]  15/16
copy [1]  9/13
correct [2]  20/2 22/3
could [8]  7/8 7/24 10/9
  13/24 16/4 16/24 17/10
  21/2
couldn't [2]  10/1 15/13
counsel [7]  5/14 11/19
  11/19 14/21 18/22 19/9
  19/10
Counsel's [4]  12/16
  12/18 12/24 12/25
counsels [1]  11/11
couple [1]  12/1
court [33]
Court's [2]  15/10 17/11
courtroom [2]  6/4
  19/10
criminal [12]  8/3 9/24
  10/12 11/8 11/10 11/18
  11/22 12/14 14/13
  14/15 14/17 19/19
CRR [2]  22/2 22/8
crystal [1]  10/7
current [1]  9/23
CV [1]  1/4

**D**

D.C [9]  1/5 1/14 2/4
  2/10 3/5 3/9 3/13 4/5
  4/21
D.C. [4]  14/8 14/10
  14/16 19/24
D.C. Circuit [4]  14/8
  14/10 14/16 19/24
Date [1]  22/7
David [2]  4/8 6/9
days [1]  21/5
dealing [1]  18/25
decides [1]  13/9
decision [2]  14/10
  17/15
declined [1]  14/9
defend [1]  10/22
defendant [4]  4/8
  16/25 20/4 21/16
Defendants [1]  1/7
defense [3]  6/20 10/4
  11/16
definitely [1]  15/9
delay [1]  20/8
demarcations [1]
  10/14
DEMOCRACY [1]  2/8
denied [1]  13/24
denies [1]  16/8
deny [1]  17/7
deposition [2]  18/4
  18/7
desire [1]  20/5
development [1]  8/1
DHILLON [2]  4/10 6/10
dhillonlaw.com [1]
  4/13
did [2]  8/20 16/11

**differences** [1]  19/2
difficult [1]  10/19
directed [3]  16/25 18/1
  18/4
disagree [1]  10/16
discovery [16]  7/7 7/11
  7/16 8/18 8/25 9/11
  11/5 11/13 11/14 15/9
  15/17 15/19 16/24 17/9
  18/1 20/18
discrete [1]  17/9
discuss [1]  21/13
discussing [1]  16/8
dispute [3]  11/8 15/7
  17/11
disputing [1]  17/25
DISTRICT [3]  1/1 1/1
  1/10
do [15]  7/7 9/17 9/18
  10/6 10/8 12/11 12/12
  13/10 13/13 13/18
  14/12 16/18 16/22 18/4
  20/24
do you have [1]  12/11
doing [1]  9/15
don't [11]  7/2 7/10 10/6
  10/9 13/4 13/12 13/17
  14/18 17/20 18/14
  18/14
DONALD [7]  1/6 4/8
  5/10 5/10 5/11 5/12
  5/13
Donald Trump [5]  5/9
  5/10 5/11 5/12 5/13
done [5]  7/15 9/11
  11/21 15/10 20/6
down [3]  8/6 15/12
  19/22
DWarrington [1]  4/13

**E**

each [1]  9/14
East [1]  1/14
ecaspar [1]  2/6
Edward [3]  2/2 5/21
  19/6
Edward Caspar [1]
  5/21
effect [1]  18/18
efficient [1]  16/6
Eisenhower [1]  4/11
either [2]  13/22 20/17
else [6]  13/17 17/16
  19/4 20/10 20/12 21/13
Email [9]  1/15 2/5 2/11
  3/6 3/10 3/14 4/6 4/13
  4/17
encumbers [1]  16/8
end [1]  14/4
envision [1]  9/5
Epstein [1]  19/10
Eric [2]  3/2 5/11
Eric Swalwell [1]  5/11
essentially [3]  12/18
  12/20 18/21
et [8]  1/3 1/6 5/9 5/10
  5/12 5/12 5/13 16/18

et cetera [1]  16/18
even [3]  7/4 12/10
  17/12
event [1]  9/4
eventually [1]  15/17
everyone [2]  5/6 6/12
exactly [1]  7/14
examination [1]  15/20
example [7]  7/19 8/17
  11/2 12/9 14/21 16/5
  16/16
expedited [1]  16/1
explain [2]  9/20 10/25
extensive [2]  12/18
  18/21
extra [1]  13/4

**F**

facets [1]  16/3
facilitate [1]  9/3
fact [5]  6/17 8/2 11/10
  16/4 16/9
facts [6]  9/7 11/1 11/18
  12/15 16/16 16/20
factually [1]  15/6
fair [1]  18/20
faith [1]  7/23
far [2]  9/6 17/20
few [2]  6/14 14/6
Fifth [11]  7/4 7/17
  13/24 13/24 16/14
  16/19 17/1 17/10 18/2
  18/12 18/16
Fifth Amendment [6]
  16/19 17/1 17/10 18/2
  18/12 18/16
figure [2]  7/24 11/6
file [6]  12/4 20/5 20/20
  21/2 21/4 21/8
filed [1]  17/24
filing [1]  21/3
filings [1]  21/18
final [1]  15/15
first [5]  13/16 13/20
  14/7 17/1 20/16
Floor [1]  3/8
folks [1]  12/21
foregoing [1]  22/3
forward [2]  6/14 9/9
  10/19 16/21 16/24 20/3
  21/18
foundation [1]  7/3
framework [4]  6/16
  10/17 10/23 11/9
frankly [1]  16/20
funded [1]  16/17
further [1]  20/7

**G**

gambit [1]  8/4
Gary [2]  4/9 6/10
Garza [3]  3/3 5/10 6/3
gathering [2]  16/4 16/9
gave [1]  14/21
general [1]  7/12
Georgia [4]  12/9 12/20
  12/24 13/6

get [7]  6/22 6/24 11/1
  13/19 15/15 17/12
  17/14
getting [2]  13/22 13/23
give [2]  8/6 9/17
given [1]  13/18
Go [1]  17/6
Go ahead [1]  17/6
goes [3]  11/17 15/4
  16/24
going [9]  8/6 9/6 10/3
  10/6 11/23 12/3 15/14
  17/16 19/22
good [5]  5/16 5/20
  5/23 6/2 6/8 7/23
got [2]  10/13 10/14
government [2]  8/15
  9/3
grant [1]  11/20
granted [1]  11/23
grants [1]  16/7
grapple [1]  14/1
GROUP [3]  4/10 4/15
  6/11
guess [9]  6/25 7/1 7/9
  10/5 12/1 13/16 16/10
  17/25 18/14
guidance [2]  8/6 11/4

**H**

had [3]  6/14 8/10 20/6
hammer [1]  6/16
happy [2]  13/10 14/1
hard [2]  15/6 18/10
has [10]  8/12 8/13
  10/14 11/19 11/21
  12/25 14/18 15/22
  18/22 20/2
hasn't [1]  20/6
have [21]  6/18 7/10
  8/21 10/7 10/16 10/25
  11/4 11/8 12/11 12/13
  12/21 13/2 13/4 15/25
  16/10 17/24 18/16
  18/18 19/8 19/23 20/20
haven't [1]  12/6
he [1]  20/6
he's [1]  21/3
hear [1]  11/6
heard [2]  19/4 20/11
hearing [1]  8/24
hearsay [1]  8/23
held [1]  14/16
help [1]  11/6
Hemby [1]  4/2
here [14]  6/13 8/7 9/10
  10/18 11/3 11/24 13/12
  14/11 14/20 15/22 16/9
  18/1 18/21 19/10
hiding [1]  9/15
highlight [1]  8/17
highlighted [1]  7/20
highly [1]  8/3
him [1]  18/12
his [1]  20/4
Honor [15]  5/16 5/20
  5/23 6/2 6/8 7/18 11/7
  14/4 19/12 20/2 20/8

**HONORABLE** [3]  1/9
  5/2 5/3
hopefully [1]  10/21
House [1]  9/3
how [8]  8/11 8/20
  10/15 12/7 13/18 15/6
  16/9 16/21 18/10 20/24
  21/12

**I**

I am [1]  12/24
I can [2]  8/22 11/25
I can't [1]  11/24
I did [1]  16/11
I don't [6]  7/2 10/6 13/4
  13/12 14/18 18/14
I guess [9]  6/25 7/1 7/9
  10/5 12/1 13/16 16/10
  17/25 18/14
I have [1]  16/10
I know [3]  8/20 15/22
  19/1
I mean [5]  9/18 12/3
  16/11 17/23 18/10
I should [1]  16/10
I think [20]  7/18 8/9
  8/16 9/9 9/16 10/18
  10/19 10/20 11/18
  12/18 12/25 14/4 14/17
  14/22 16/12 18/10
  18/16 20/2 20/15 21/1
I thought [1]  15/10
I want [2]  7/22 20/4
I would [1]  16/13
I'd [1]  15/15
I'll [4]  7/19 8/1 17/2
  21/7
I'm [9]  6/4 7/9 8/8 11/4
  11/5 12/23 14/1 17/16
  21/5
I'm not [1]  11/5
I'm not sure [1]  11/4
I'm sorry [1]  21/5
I've [1]  13/6
immunity [9]  8/2 8/8
  10/11 11/14 11/17
  14/13 14/15 18/25
  19/19
implicate [7]  7/4 16/14
  16/19 17/10 18/1 18/12
  18/15
implications [1]  17/15
INC [1]  4/10
include [3]  6/16 11/14
  16/24
indicate [1]  17/1
indictment [2]  14/13
  14/16
inevitably [1]  18/18
information [1]  18/8
infringe [1]  7/17
inquiry [1]  8/18
insight [2]  13/2 13/5
instances [1]  11/22
interest [1]  17/10
interests [3]  18/2
  18/13 18/16

**I**

**interrogatories [2]** 16/25 18/7
**interrogatory [3]** 9/19 11/2 11/15
**interrupt [1]** 17/5
**intervening [1]** 8/1
**invocation [1]** 13/23
**invoked [1]** 13/24
**involve [1]** 14/19
**involved [1]** 9/1
**involving [1]** 7/8
**is [47]**
**Is there [1]** 21/13
**isn't [3]** 10/11 12/10 19/22
**issue [14]** 7/23 8/7 10/3 10/18 10/25 13/20 14/13 17/8 17/14 18/25 19/1 19/14 19/16 20/16
**issues [4]** 7/5 12/15 14/19 15/5
**it [31]**
**it's [16]** 7/3 7/14 8/3 8/3 9/1 9/16 10/6 10/18 13/11 15/5 15/5 15/6 15/24 16/18 18/6 18/10

**J**

**James [2]** 2/8 5/11
**January [4]** 8/20 8/21 15/21 16/17
**January 6th [4]** 8/20 8/21 15/21 16/17
**jesse [3]** 4/14 4/17 6/11
**joined [1]** 6/4
**JOINT [2]** 1/9 6/18
**Jonathan [4]** 4/9 4/10 6/10
**Joseph [2]** 1/12 5/17
**Joseph Sellers [1]** 5/17
**jsellers [1]** 1/16
**JUDGE [2]** 1/10 5/3
**just [13]** 6/13 6/24 9/16 10/24 13/1 14/5 16/3 17/2 18/24 19/12 20/1 20/2 21/7
**justify [2]** 17/19 17/21

**K**

**Kaiser [3]** 3/7 3/7 6/5
**kaiserlaw.com [1]** 3/10
**keeping [1]** 18/24
**kind [5]** 6/22 7/19 13/25 16/20 17/19
**kinds [1]** 8/16
**King [1]** 4/15
**know [17]** 7/12 7/13 8/14 8/20 10/6 11/2 11/5 14/14 14/17 15/12 15/22 15/23 16/16 16/21 16/24 18/21 19/1
**knows [1]** 14/12
**Kristy [2]** 2/8 5/25
**kristy.parker [1]** 2/11

**last [4]** 6/18 7/14 8/24 9/10
**later [1]** 21/5
**law [7]** 2/3 3/11 4/10 4/15 6/10 6/11 19/24
**Lawkowski [2]** 4/9 6/11
**LAWYERS' [1]** 2/2
**lawyerscommittee.org [1]** 2/6
**lay [1]** 9/5
**least [8]** 6/20 10/13 12/7 12/14 12/17 13/19 17/1 18/11
**LEE [4]** 1/3 1/12 5/9 5/17
**left [2]** 14/10 17/22
**legitimately [1]** 17/9
**less [1]** 12/23
**let [3]** 6/24 14/5 18/24
**liability [2]** 19/1 19/20
**light [1]** 19/22
**like [7]** 7/10 7/14 13/17 15/3 19/12 20/18 21/8
**likelihood [1]** 12/25
**likely [2]** 8/5 10/3
**loaded [1]** 8/23
**logjam [1]** 11/6
**long [3]** 7/23 12/7 20/24
**longer [1]** 16/8
**look [3]** 10/18 16/12 21/18
**looking [1]** 7/23
**looks [1]** 7/10
**lot [2]** 15/17 17/17

**M**

**made [1]** 20/7
**maintain [1]** 16/3
**make [3]** 14/5 15/13 17/17
**Malone [4]** 4/2 4/3 5/24 6/1
**many [2]** 7/21 12/19
**Marc [1]** 19/10
**Marc Epstein [1]** 19/10
**March [2]** 1/5 22/7
**Mark [6]** 3/11 3/12 3/14 4/9 4/10 6/5
**MarkZaid.com [1]** 3/14
**material [1]** 15/18
**matter [2]** 12/14 22/4
**matters [1]** 6/3
**Matthew [2]** 3/7 6/5
**may [8]** 9/2 13/2 14/12 16/5 17/9 17/21 17/23 18/17
**maybe [3]** 10/6 10/15 19/12
**me [15]** 5/25 6/23 6/24 7/14 11/3 11/6 12/6 13/5 13/19 13/21 13/25 14/5 16/18 16/21 18/24
**mean [11]** 9/18 10/24 12/3 13/17 13/23 16/11 17/4 17/23 18/4 18/6

**mechanical [1]** 4/23
**mechanism [1]** 13/12
**meet [1]** 6/15
**MEHTA [1]** 1/9 5/3
**mentioned [2]** 12/9 20/4
**Merit [1]** 4/19
**merits [1]** 15/4
**might [2]** 6/16 17/1
**MILSTEIN [1]** 1/12
**mind [1]** 18/24
**misperception [1]** 19/13
**mkaiser [1]** 3/10
**moment [1]** 12/1
**more [3]** 13/2 16/5 16/10
**most [1]** 12/15
**motion [3]** 15/25 16/6 20/5
**move [1]** 10/19 15/24 20/3
**moving [2]** 13/5 16/20
**Mr. [16]** 5/19 5/22 6/1 6/6 6/7 6/11 6/24 13/15 13/16 16/11 17/25 18/1 19/5 20/12 20/20 20/24
**Mr. Andonian [1]** 6/6
**Mr. Caspar [2]** 5/22 19/5
**Mr. Jesse [1]** 6/11
**Mr. Malone [1]** 6/1
**Mr. Sellers [4]** 5/19 13/16 17/25 20/24
**Mr. Trump [1]** 18/1
**Mr. Warrington [6]** 6/7 6/24 13/15 16/11 20/12 20/20
**much [3]** 15/6 15/17 21/18
**my [4]** 6/4 6/5 6/9 10/5

**N**

**N.W [1]** 3/4
**National [1]** 8/12
**necessarily [6]** 14/18 14/19 14/19 16/13 18/11 18/15
**necessary [1]** 15/25
**need [9]** 7/11 7/15 8/10 10/10 14/1 15/17 17/23 20/16 21/13
**needed [1]** 7/16
**New [1]** 1/13
**next [1]** 20/7
**no [7]** 1/4 9/15 9/23 10/11 14/15 16/8 20/13
**none [4]** 10/7 10/8 13/12 14/12
**not [24]**
**note [1]** 20/4
**nothing [2]** 9/15 21/16
**now [5]** 5/3 10/13 18/25
**number [1]** 16/25
**numerous [1]** 11/21
**NW [7]** 1/13 2/3 2/9 3/8

**O**

**oath [1]** 18/8
**observation [2]** 12/2 16/11
**observations [1]** 14/6
**observed [1]** 13/6
**obviously [2]** 7/2 8/23
**offered [2]** 9/5 17/20
**OFFICES [1]** 3/11
**official [16]** 4/20 8/5 8/7 8/15 9/21 10/1 10/10 10/11 11/16 15/3 15/5 19/14 19/18 19/20 19/23 19/23
**Okay [8]** 6/7 6/13 13/15 19/3 20/11 20/23 21/6 21/17
**once [1]** 17/23
**one [14]** 7/2 7/5 7/19 8/17 10/5 10/12 12/1 12/2 15/15 16/4 16/10 16/23 19/12 21/8
**online [1]** 19/8
**only [1]** 13/24
**open [1]** 9/12
**opinion [1]** 19/21 19/24
**opposition [1]** 20/25
**order [2]** 5/5 20/7
**organized [1]** 16/17
**other [8]** 7/10 9/11 9/15 10/18 11/22 13/13 15/21 19/24
**otherwise [1]** 11/3
**ought [1]** 7/6 11/3 15/19
**our [4]** 7/20 11/16 14/17 15/23
**out [8]** 6/16 7/24 9/6 9/12 11/6 15/18 17/2 19/16
**over [1]** 13/1
**overlap [2]** 12/17 19/1

**P**

**P.C [2]** 3/12 4/3
**p.m [2]** 1/6 21/21
**parallel [1]** 11/22 14/18
**Parker [2]** 2/8 5/25
**partially [1]** 15/2
**participation [1]** 8/19
**particular [3]** 10/25 12/15 14/23
**particularized [1]** 17/19
**particularly [1]** 14/22
**parties [4]** 6/15 6/17 7/8 7/16
**party [6]** 9/12 9/13 9/14 10/24 16/23 20/17
**past [1]** 17/14
**path [1]** 15/1
**Patrick [3]** 4/2 4/3 5/24
**Patrick Malone [1]** 5/24
**patrickmalonelaw.com [1]** 4/6

**pending [2]** 9/23 11/11
**Pennsylvania [1]** 2/9
**people [2]** 8/25 9/2
**phil [2]** 3/6 6/3
**Phil Andonian [1]** 6/3
**Philip [1]** 3/3
**piece [1]** 12/20
**places [1]** 15/21
**Plaintiff [2]** 2/7 3/2
**plaintiffs [13]** 1/4 1/12 2/2 4/2 5/17 5/21 5/24 8/21 10/20 19/6 19/9 19/11 21/15
**plaintiffs' [1]** 20/10
**please [4]** 5/5 5/6 5/14 9/20
**Please explain [1]** 9/20
**PLLC [3]** 1/13 3/3 3/7
**pmalone [1]** 4/6
**podium [1]** 5/14
**point [3]** 6/22 7/3 20/19
**poses [1]** 19/18
**positing [1]** 14/5
**position [5]** 9/19 10/21 11/1 13/22 13/23
**possibility [2]** 10/12 16/23
**possible [1]** 15/24
**posture [1]** 13/18
**potential [1]** 16/14
**potentially [1]** 18/12
**precedent [1]** 14/11
**precisely [3]** 7/15 8/4 10/2
**preempt [1]** 13/17
**prejudice [1]** 20/17
**prepared [1]** 6/21
**preparing [1]** 10/22
**presented [1]** 8/4
**President [6]** 6/9 9/21 11/13 14/9 14/24 15/7 18/4 18/5 18/15
**President Trump [5]** 9/21 11/13 14/9 18/5 18/15
**President Trump's [2]** 14/24 15/7
**President's [2]** 8/19 9/4
**presiding [1]** 5/4
**pretty [2]** 10/14 17/19
**Prettyman [1]** 4/20
**previously [1]** 13/14
**private [2]** 14/24 15/7
**privilege [2]** 16/14 17/2
**privileges [2]** 7/17 16/19
**probe [1]** 8/25
**problem [1]** 9/7
**proceed [4]** 7/8 15/10 16/9 21/12
**proceeded [1]** 15/12
**proceeding [2]** 11/8 11/10
**proceedings [6]** 1/9 4/23 7/6 11/22 21/21 22/4

**P**

process [1] 9/16
produced [1] 4/23
progress [2] 15/13
17/17
proposal [1] 15/10
proposed [6] 7/21 9/10
12/4 16/5 16/12 18/11
prosecution [1] 10/12
Prosecutor's [1] 12/22
PROTECT [1] 2/8
protectdemocracy.org
[1] 2/12
providing [1] 15/20
publicly [1] 15/20
purposes [2] 11/5
11/23

**Q**

question [14] 8/3 8/4
8/8 9/25 10/2 10/4
10/10 11/25 12/2 13/16
13/25 15/6 19/19 20/1
questions [1] 12/1
quicker [3] 13/1 13/6
13/10
quickly [2] 15/24 16/2

**R**

rally [2] 8/20 16/17
reach [1] 10/10
reaction [1] 10/5
read [1] 17/18
readily [1] 16/13
really [7] 9/25 13/21
15/23 16/18 16/20
20/18 20/19
Realtime [1] 4/19
reasons [3] 6/21 11/20
13/14
received [1] 6/18
recognized [1] 8/24
record [3] 5/15 8/22
22/3
recorded [1] 4/23
records [2] 7/13 8/12
regard [3] 8/9 8/16
11/16
Registered [1] 4/19
related [1] 8/12
relevant [1] 11/18
remains [1] 16/22
reply [1] 21/7
report [7] 6/17 6/18
7/20 8/21 12/5 12/7
14/22
Reporter [4] 4/18 4/19
4/19 4/20
representations [1]
7/4
representing [1] 5/17
request [2] 16/6 17/8
requests [2] 17/9 18/7
require [1] 18/8
requiring [1] 17/18
reset [1] 6/13
resolve [1] 20/16
resolved [1] 20/3

reading APM 1/19
respect [2] 9/22 14/13
respects [2] 12/19
18/23
responded [1] 15/1
response [2] 10/4 11/2
responses [1] 18/8
rest [1] 13/3
review [1] 14/9
reviewed [1] 6/18
revised [1] 19/16
right [11] 10/20 13/7
17/13 18/19 18/19
18/25 19/3 20/10 20/14
21/11 21/17
RIGHTS [1] 2/3
rise [2] 5/2 21/19
RMR [2] 22/2 22/8
rule [1] 16/6
ruled [2] 14/8 14/14
ruling [4] 8/5 15/2
15/25 16/2

**S**

said [3] 8/13 8/21
10/14
same [3] 8/19 11/3
14/16
Sandra [2] 3/3 5/10
say [10] 9/25 10/9
11/24 12/13 12/16
13/18 15/15 18/3 18/24
19/8
saying [1] 15/1
says [1] 10/3
schedule [2] 11/12
16/1
seated [2] 5/5 5/6
Second [2] 8/13 15/2
Second Circuit [2]
8/13 15/2
secondly [1] 12/6
see [4] 9/14 15/6 17/20
18/10
seek [1] 14/9
seeking [1] 12/7
seems [6] 6/23 11/2
13/5 13/21 13/25 16/21
seen [1] 16/22
Sellers [7] 1/12 1/13
5/17 5/19 13/16 17/25
20/24
send [2] 9/12 9/14
sense [2] 7/11 12/11
session [1] 5/3
set [2] 12/10 16/1
seven [1] 21/5
shape [1] 10/4
shared [1] 10/10
Shaw [3] 4/9 4/10 6/10
shed [1] 19/22
should [4] 11/13 15/18
16/10 19/8
showing [1] 17/19
side [2] 20/10 20/17
similar [1] 9/11
simple [1] 9/19
simply [1] 14/23

small [3] 1/8 2/23
Smith [4] 2/2 5/12 5/21
19/7
so [32]
some [15] 7/7 7/12
7/24 8/6 9/2 10/23
15/19 16/13 16/16
16/24 18/8 18/10 18/11
18/23 19/2
something [4] 8/23
12/4 15/1 20/20
sooner [1] 12/4
sorry [3] 12/15 17/4
21/5
sort [9] 6/15 6/17 6/22
7/12 8/1 9/6 9/12 10/21
11/9
sorts [1] 15/15
Special [6] 12/16 12/18
12/21 12/24 12/25
18/22
specific [1] 9/7
specifically [2] 7/19
18/17
speech [1] 8/15
staff [1] 9/3
stand [1] 11/24
standing [1] 9/10
start [1] 6/24
state [1] 5/14
stated [1] 13/14
statement [1] 18/15
statements [1] 14/24
STATES [2] 1/1 1/10
status [7] 1/9 6/18 7/20
12/5 12/7 14/22 20/6
stay [18] 11/11 11/20
11/23 12/8 12/13 13/9
13/11 13/14 13/19
13/25 15/25 16/6 16/7
17/7 17/20 20/2 20/5
20/16
stayed [2] 7/6 11/13
stenography [1] 4/23
step [1] 17/3
steps [1] 6/14
Steven [1] 3/11
sticking [1] 20/19
still [5] 7/9 7/10 7/14
9/2 20/6
stipulate [2] 9/7 14/23
stipulations [6] 6/16
6/21 7/21 15/11 16/12
18/11
Street [5] 2/3 3/4 3/8
4/4 4/15
stymied [1] 15/15
submission [1] 6/25
subpoena [3] 9/13
9/13 9/14
subpoenaing [1] 7/13
suffice [1] 21/2
suggestion [1] 15/11
suggestions [1] 7/12
Suite [8] 1/14 2/4 2/9
3/4 3/13 4/4 4/11 4/16
support [1] 11/1
suppose [1] 7/6

supplemental [2] 9/19
10/16 14/12 17/15
19/13 19/15 19/16
19/18 19/21 19/25
Supreme Court [11]
8/2 10/2 10/16 14/12
17/15 19/13 19/15
19/16 19/18 19/21
19/25
sure [2] 11/4 17/16
surrounding [1] 16/17
Swalwell [3] 3/2 5/11
6/3
sworn [1] 18/14

**T**

table [1] 6/13
take [5] 6/25 7/19 8/25
17/8 20/18
taken [1] 18/17
talk [2] 6/14 12/5
talking [1] 8/9
teed [1] 8/7
telling [1] 14/22
terms [2] 7/15 11/4
than [4] 12/4 12/24
13/2 13/6
Thank [4] 20/8 20/9
21/9 21/17
Thank you [3] 20/8
20/9 21/9
Thanks [1] 13/15
that [105]
that's [17] 8/7 8/13
8/23 9/7 9/16 10/12
10/11 11/19 11/24
12/14 13/8 15/4 18/20
19/23 19/24 20/21
21/12
their [3] 11/5 13/24
14/21
them [6] 9/17 10/21
13/22 14/23 16/5 16/13
then [7] 6/17 12/20
14/6 16/6 16/8 19/18
21/7
theoretically [1] 10/9
theory [1] 9/20
there [16] 7/12 7/24 9/9
9/16 10/11 14/15 15/9
15/16 15/18 15/19 16/3
16/16 17/2 17/12 19/2
21/13
there's [10] 7/7 9/15
9/15 15/6 15/14 15/17
17/8 17/10 19/1 19/19
these [5] 7/6 12/15
12/15 12/21 15/11
they [8] 10/9 10/15
11/4 12/17 15/1 17/9
17/16 18/18
they'd [2] 9/13 9/14
they're [1] 11/1
they've [1] 10/9
thing [2] 8/19 15/16
things [4] 7/1 8/16 9/5
10/15
think [35]

thinking [2] 10/23 11/4
third [7] 7/8 7/16 9/12
9/13 9/14 16/23 20/17
third-party [4] 9/12
9/13 9/14 20/17
third-party-type [1]
16/23
this [23]
This is Civil [1] 5/7
those [9] 8/15 9/2 9/4
11/23 16/18 16/19
16/20 18/8 19/20
thought [1] 15/10
thoughts [1] 14/2
three [3] 7/7 15/22 18/8
threshold [1] 13/25
through [3] 11/6 13/19
16/12
throw [1] 17/2
time [4] 7/14 7/23 9/10
11/14
titled [1] 22/4
today [1] 20/21
together [2] 6/14 21/14
TOLL [1] 1/13
too [1] 11/14
took [3] 7/22 8/2 19/16
Tower [1] 1/14
track [1] 14/18
transcript [3] 1/9 4/23
22/3
transcription [1] 4/23
trial [1] 12/10
tried [2] 7/23 8/17
TRUMP [19] 1/6 4/8
5/10 5/10 5/11 5/12
5/13 5/18 5/21 6/9 9/21
11/13 14/9 18/1 18/4
18/5 18/15 19/7 20/4
Trump's [2] 14/24 15/7
try [1] 6/15
trying [1] 9/17
Tuesday [1] 20/21
Twitter [7] 7/20 8/9
8/13 8/14 8/16 14/23
15/8
two [4] 6/23 7/1 7/5
20/5
twofold [1] 10/5
type [1] 16/23

**U**

ultimate [1] 19/1
ultimately [2] 15/12
15/14
unanimously [1] 14/16
uncertain [1] 7/9
under [4] 2/3 8/14 18/8
19/17
understood [1] 12/3
undertake [1] 15/13
undertaken [1] 16/4
Unfortunately [1]
13/12
UNITED [2] 1/1 1/10
unsworn [1] 7/4
until [1] 17/14
up [4] 8/7 9/10 17/8

**U**

up... [1] 18/17
upon [1] 7/17
upshot [1] 6/20
urge [1] 20/1
urged [1] 6/15
us [7] 10/7 10/8 13/3
13/9 13/12 14/12 16/8
used [1] 8/11

**V**

VA [2] 4/12 4/16
valuable [1] 15/11
various [1] 6/21
versus [8] 5/9 5/10
5/11 5/12 5/13 5/17
5/21 19/7
very [3] 11/23 15/11
21/18
view [2] 10/15 14/17
vigorous [1] 20/15
visibility [1] 9/17
vs [1] 1/5

**W**

want [6] 7/22 8/25
15/24 17/16 20/4 20/24
wants [1] 13/9
warrants [1] 13/13
Warrington [8] 4/8 6/7
6/9 6/24 13/15 16/11
20/12 20/20
was [9] 7/24 8/2 8/11
9/9 9/15 9/21 14/15
15/2 15/11
Washington [9] 1/5
1/14 2/4 2/10 3/5 3/9
3/13 4/5 4/21
wasn't [1] 16/12
way [4] 7/24 9/9 11/6
14/16
we [49]
we'd [6] 8/10 8/25 9/12
9/14 15/25 20/7
we'll [1] 21/12
we're [11] 6/22 8/7
13/10 13/18 15/14
15/16 17/16 17/21
18/25 20/15 21/14
we've [4] 10/13 10/14
11/12 13/14
week [3] 6/19 20/21
21/1
weeks [3] 6/14 6/23
20/5
welcome [2] 6/6 6/12
well [5] 8/21 11/7 17/4
18/3 21/3
were [10] 6/13 6/23
7/12 9/1 9/9 9/17 11/15
12/3 14/5 17/7
West [1] 3/8
what [27]
what's [5] 7/16 10/10
11/16 15/20 19/13
whatever [4] 10/3 11/1
13/17 20/17
when [6] 9/9 12/12

where [4] 6/22 9/7
14/24 17/21
whether [8] 15/2 15/5
16/21 17/8 18/6 18/18
19/19 19/22
which [5] 6/16 6/18
9/10 15/16 18/20
while [2] 11/22 21/13
White [1] 9/3
White House [1] 9/3
who [5] 8/10 8/10
10/24 16/17 16/17
why [3] 9/20 11/24
13/8
will [6] 7/11 10/16
14/19 15/16 18/11
18/18
William [4] 4/18 19/9
22/2 22/8
William Blechman [1]
19/9
wish [2] 19/4 20/11
within [1] 8/4
without [5] 7/3 10/22
13/19 20/7 20/16
words [1] 7/10
work [1] 11/6
working [1] 9/2
would [29]
wouldn't [1] 7/16

**Y**

Yeah [1] 14/3
years [1] 15/22
yes [3] 11/24 18/9
20/22
yet [1] 12/10
York [1] 1/13
you [50]
you'd [3] 13/17 20/18
21/7
you'll [2] 12/11 21/4
you're [2] 15/23 18/3
you've [1] 12/4
your [23]
Your Honor [14] 5/16
5/23 6/2 6/8 7/18 11/7
14/4 19/12 20/2 20/8
20/13 20/22 21/1 21/10

**Z**

Zaid [3] 3/11 3/12 6/5
Zaremba [3] 4/18 22/2
22/8
Zoom [1] 6/5