IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | No. 1:21-cv-2265-APM, consolidated with <br> No. 1:21-cv-400-APM |

**MOTION FOR ADMISSION OF ATTORNEY BABAK GHAFARZADE
TO APPEAR *PRO HAC VICE* FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.2(c), Movant Edward G. Caspar respectfully moves this Court for permission for Babak Ghafarzade to appear *pro hac vice* as counsel for Plaintiffs in this matter. This motion is supported by the attached Declaration of Mr. Ghafarzade. As set forth in Mr. Ghafarzade's declaration, he is admitted in, and an active member in good standing of, the New York Bar and has been retained as counsel by Plaintiffs to represent them in this matter. Movant is an active and sponsoring member of the Bar of this Court. Plaintiffs thus respectfully request that this Motion be granted so that Mr. Ghafarzade may attend and participate in all matters on behalf of Plaintiffs in this litigation.

Dated:   March 16, 2024                    Respectfully submitted,

By:   */s/* Edward G. Caspar
Edward G. Caspar, D.C. Bar No. 1644168
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, DC 20005
Tel: 202-662-8390
ecaspar@lawyerscommittee.com

**CERTIFICATE OF SERVICE**

I certify that on March 16, 2024, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record.

Dated: March 16, 2024                                    /s/ Edward G. Caspar
                                                                            Edward G. Caspar