UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE, et al., )<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>)<br>DONALD J. TRUMP, et al., )<br>)<br>*Defendants.* )<br>) | Case No. 1:21-cv-00400 (APM) |

# MOTION FOR STAY

Pursuant to Federal Rule of Civil Procedure 7, Defendant Donald J. Trump ("President Trump") respectfully moves for this Court to stay all proceedings in these consolidated case as they relate to him for the duration of the criminal proceedings in *United States v. Donald J. Trump*, Case No. 1:23-cr-00257, and any appeal thereafter. President Trump submits the accompanying Statement of Points and Authorities in Support of this Motion. President Trump understands that Plaintiffs oppose this Motion.

Dated: March 19, 2024

Respectfully submitted,

/s/ David A. Warrington
David A. Warrington (D.C. Bar No. 1616846)
Jonathan M. Shaw (D.C. Bar No. 446249)
Gary M. Lawkowski (D.D.C. Bar ID VA125)
DHILLON LAW GROUP, INC.
2121 Eisenhower Ave, Suite 608
Alexandria, Virginia 22314
Tel: (703) 574-1206
Fax: (415) 520-6593

                                                           dwarrington@dhillonlaw.com
                                                           jshaw@dhllonlaw.com
                                                           glawkowski@dhillonlaw.com
                                                           *Attorneys for Donald J. Trump*