UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-00400 (APM) |
| ) | |
| DONALD J. TRUMP, et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

### [PROPOSED] ORDER

Upon consideration of Defendant Donald J. Trump's ("President Trump") Motion for Stay and the arguments in support of and in opposition thereto, and because this Court finds good cause, it is hereby:

**ORDERED** that President Trump's Motion to Stay is **GRANTED**.

The Court hereby stays further proceedings in these matters as they related to President Trump until such time as the criminal matter in *United States v. Donald J. Trump*, Case No. 1:23-cr-00257, is fully resolved, including all appeals.

**SO ORDERED**.


Date: _____            _____
                                                                 The Honorable Amit P. Mehta
                                                                 United States District Judge