UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARBARA J. LEE, et al.,

    **Plaintiffs**,

    v.                                     Case No: 1:21-cv-00400 (APM)

DONALD J. TRUMP, et al.,

    **Defendants**.

## MOTION TO JOIN ECF NO. 90

Under Fed. R. Civ. P. 7(b), defendant Henry Tarrio, by undersigned counsel, moves to join defendant Donald Trump's March 19, 2024, motion for stay (ECF No. 90). While no official act immunity issue or other Trump defense in the cases discussed in ECF No. 90 currently directly affect him, Mr. Tarrio moves to join the motion both in the interest of judicial economy and in any other applicable respect. Therefore, and for good cause shown, Tarrio respectfully requests that this Motion to Join ECF No. 90 be granted.

Respectfully submitted,

Dated: March 20, 2024                        By: */s/ J. Daniel Hull*
                                                     JOHN DANIEL HULL
                                                     D.C. Bar No. 323006
                                                     California Bar No. 222862
                                                     HULL MCGUIRE PC
                                                     1420 N Street, N.W.
                                                     Washington, D.C. 20005
                                                     (202) 429-6520 office / (619) 895-8336 cell
                                                     jdhull@hullmcguire.com

                                                     FOR HENRY TARRIO

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 20, 2024, he served the foregoing Motion to Join ECF No. 90 upon all counsel of record via the Electronic Case Filing (ECF) system.

By: */s/ J. Daniel Hull*
JOHN DANIEL HULL
D.C. Bar No. 323006
California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C. 20005
(202) 429-6520 office
(619) 895-8336 cell
jdhull@hullmcguire.com