AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Barbara J. Lee, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-00400-APM |
| Donald J. Trump, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Michael Fortune, Jason DeRoche, Governor Latson, Byron Evans, Conrad Smith, Danny McElroy, Melissa Marshall, and Reginald Cleveland.

Date:   03/26/2024

/s/ Marc P. Epstein
*Attorney's signature*

Marc P. Epstein (D.C. Bar No. 90003967)
*Printed name and bar number*

Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005

*Address*

mepstein@lawyerscommittee.org
*E-mail address*

(202) 662-8318
*Telephone number*

(202) 783-0857
*FAX number*