IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE, *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>           Defendants. | Case No. 1:21-cv-00400 (APM) |

**DECLARATION OF MARC P. EPSTEIN IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STAY
IMMUNITY DISCOVERY**

I, Marc P. Epstein, hereby declare as follows:

1.       I am over the age of eighteen years, and I am competent to testify as to the matters asserted herein.

2.       I am an attorney licensed in the District of Columbia and serve as Senior Counsel for the Lawyers' Committee for Civil Rights Under Law. I am one of the attorneys representing Capitol Police Officer Plaintiffs Conrad Smith, Danny McElroy, Bryon Evans, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland in *Smith v. Trump*, No. 1:21-cv-02265-APM. The statements contained in this Declaration are based on my first-hand knowledge of and involvement in this case.

3.       I submit this declaration in support of Plaintiffs' opposition to Defendant Donald J. Trump's Motion to Stay Immunity Discovery.

4.       Attached as **Exhibit 1** is a true and correct copy of excerpts from the February 23, 2024 Joint Status Conference in *Lee v. Trump*, No. 1:21-cv-00400-APM.

1

5.       Attached as **Exhibit 2** is a true and correct copy of excerpts from the March 12, 2024 Joint Status Conference in *Lee v. Trump*, No. 1:21-cv-00400-APM.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2024.

/s/ *Marc P. Epstein*
Marc P. Epstein
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW
Suite 900
Washington, D.C. 20005
(202) 662-8318
mepstein@lawyerscommittee.org