IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Case No. 1:23-cv-00400 (APM) |

### [PROPOSED] ORDER

Upon consideration of Defendant Donald J. Trump's Motion to Stay and the arguments in support of and in opposition thereto, it is hereby:

**ORDERED** that Defendant Trump's Motion to Stay is **DENIED**. It is further **ORDERED** that Defendant Trump will:

1. Answer the complaints in the consolidated actions to the extent they bear on his immunity defense; and

2. Provide Plaintiffs with a detailed description of the basis for his immunity defense, with identities of witnesses and documents now known to his counsel, and whether (and why) limited discovery is required.

**SO ORDERED.**

Date: _____                         _____
                                              The Honorable Amit P. Mehta
                                              United States District Judge