AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| BARBARA J. LEE, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00400 (APM) |
| DONALD J. TRUMP, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs: Smith, McElroy, Evans, Latson, Marshall, Fortune, DeRoche, and Cleveland. I previously appeared *pro hac vice* in *Smith v. Trump, et al.,* 1:21-cv-2265-APM. *See* ECF No. 172.

Date: 03/29/2024

*Attorney's signature*

Elizabeth H. Snow (pro hac vice)
*Printed name and bar number*
Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104

*Address*

esnow@selendygay.com
*E-mail address*

(212) 390-9000
*Telephone number*

(212) 390-9399
*FAX number*