IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CONRAD SMITH, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

Defendants.

No. 1:21-cv-02265-APM, consolidated with
No. 1:21-cv-400-APM

JOINT CASE STATUS REPORT

Pursuant to the Court's February 21, 2024 Minute Entry, Plaintiffs Conrad Smith, Danny McElroy, Byron Evans, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland (together, "Plaintiffs"), and Defendants Donald J. Trump For President, Inc., Make America Great Again PAC, Enrique Tarrio, and Joseph R. Biggs[1] submit this Joint Case Status Report regarding the status of discovery since February 21, 2024.[2]

A.    Party Discovery

1.    Plaintiffs' Discovery Requests

On March 6, 2024, Plaintiffs served their Second Set of Requests for Production and their Second Set of Interrogatories on Defendants Donald J. Trump For President, Inc. and Make

---

[1] Plaintiffs sent a draft of this report to all appearing Defendants. Defendants Felipe Antonio Martinez, Derek Kinnison, Ethan Nordean, Erik Scott Warner, Alan Hostetter, Russell Taylor, Ronald Mele, Thomas E. Caldwell, Dominic J. Pezzola, Stewart Rhodes, and Kelly Meggs did not contribute to this report.

[2] The status of discovery as of February 16, 2024 is set forth in the Joint Case Status Report filed on that date. ECF No. 271.

America Great Again PAC. Plaintiffs will continue to meet and confer with Defendants regarding their discovery requests. The parties do not need the Court's guidance at this time.

### 2.      Defendants' Discovery Requests

Plaintiffs have made five productions of documents to Defendants, on August 1, 2023, September 21, 2023, October 19, 2023, December 4, 2023, and February 26, 2024.

### B.      Deposition Planning

Plaintiffs plan to start noticing depositions and will likely need to exceed the ten-deposition limit under Fed. R. Civ. P. 30(a)(2)(A)(i). Plaintiffs intend to discuss this with Defendants and will seek relief if necessary. Plaintiffs will coordinate with the plaintiffs in *District of Columbia v. Proud Boys International, LLC, et al.* and the other plaintiffs in the cases consolidated under *Lee, et al. v. Trump, et al.* to coordinate depositions so that overlapping deponents are not deposed more than once.

### C.      Third-Party Discovery

Plaintiffs have received productions from third-parties Kylie and Amy Kremer, Jason Miller, Mark Meadows, Cassidy Hutchinson, Ivanka Trump, Jared Kushner, Michael Lindell, Donald J. Trump, Jr., Eric Trump, Kimberly Guilfoyle, Christina Bobb, Jim Jordan, Kevin McCarthy, Kayleigh McEnany, Bill Stepien, and Save America PAC. Plaintiffs shared the productions from Kylie and Amy Kremer, Jason Miller, and Mark Meadows on July 26, 2023. Plaintiffs shared the productions from Cassidy Hutchinson and the first productions from Ivanka Trump and Jared Kushner on November 1, 2023. Plaintiffs shared the productions from Michael Lindell, Donald J. Trump, Jr., Eric Trump, Kimberly Guilfoyle, Christina Bobb, Jim Jordan, Kevin McCarthy, and the second productions from Ivanka Trump and Jared Kushner on February 28, 2024. Plaintiffs will share the productions from Kayleigh McEnany, Bill Stepien, Save America PAC, and the second productions from Donald J. Trump, Jr. and Eric Trump shortly.

Donald J. Trump, Jr., Eric Trump, and Kimberly Guilfoyle have represented to Plaintiffs that additional productions may be forthcoming. Plaintiffs will continue to send any third-party productions to defendants.

On March 19, 2024, Plaintiffs notified counsel of record in *Smith* that Plaintiffs were serving *Touhy* requests on the U.S. Department of Justice, U.S. Department of Defense, U.S. Department of Homeland Security, and the White House.

Dated:    March 29, 2024                    Respectfully submitted,

                                        By:    _/s/_____ _Joshua S. Margolin_____
                                               Faith E. Gay, *pro hac vice*
                                               Joshua S. Margolin, *pro hac vice*
                                               Babak Ghafarzade, *pro hac vice*
                                               Elizabeth H. Snow, *pro hac vice*
                                               Esther D. Ness, *pro hac vice*
                                               SELENDY GAY PLLC
                                               1290 Avenue of the Americas
                                               New York, NY  10104
                                               Tel: 212-390-9000
                                               fgay@selendygay.com
                                               jmargolin@selendygay.com
                                               bghafarzade@selendygay.com
                                               esnow@selendygay.com
                                               eness@selendygay.com

                                               _/s/_____ _Edward G. Caspar_____
                                               Jon Greenbaum, D.C. Bar No. 489887
                                               Edward G. Caspar, D.C. Bar No. 1644168
                                               Marc P. Epstein, D.C. Bar No. 90003967
                                               LAWYERS' COMMITTEE FOR
                                               CIVIL RIGHTS UNDER LAW
                                               1500 K Street N.W. Suite 900
                                               Washington, DC  20005
                                               Tel: 202-662-8390
                                               jgreenbaum@lawyerscommittee.org
                                               ecaspar@lawyerscommittee.com
                                               mepstein@lawyerscommittee.org

                                               _/s/_____ _William J. Blechman_____
                                               William J. Blechman, *pro hac vice*
                                               Elizabeth B. Honkonen, *pro hac vice*
                                               Anna T. Neill, *pro hac vice*
                                               KENNY NACHWALTER, P.A.
                                               Four Seasons Tower – Suite 1100
                                               1441 Brickell Avenue
                                               Miami, FL 33131
                                               Tel: 305-373-1000
                                               wblechman@knpa.com
                                               ehonkonen@knpa.com
                                               aneill@knpa.com

                                               *Attorneys for Plaintiffs Conrad Smith, et al.*

4

By:    _/s/     Jason Caldwell Greaves_
        Jesse R. Binnall
        Jason Caldwell Greaves
        BINNALL LAW GROUP
        717 King Street Suite 200
        Alexandria, VA 22314
        Tel: 703-888-1943
        jesse@binnall.com
        jason@binnall.com

        *Attorneys for Defendants Donald J. Trump For President, Inc. and Make America Great Again PAC*

By:    _/s/     John Daniel Hull, IV_
        John Daniel Hull, IV
        HULL MCGUIRE PC
        1420 N Street, NW
        Washington, DC 20005
        Tel: 202-429-6520
        jdhull@hullmcguire.com

        *Attorney for Defendants Enrique Tarrio and Joseph Biggs*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on March 29, 2024, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs are serving the remaining Defendants via first class mail or other permitted means.

Dated: March 29, 2024

By: _____/s/ *Joshua S. Margolin*_____

Joshua S. Margolin