IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-00400 (APM) |

**[PROPOSED] ORDER**

Upon consideration of Defendant Enrique Tarrio's Motion to Join Defendant Donald J. Trump's Motion to Stay and the arguments in support of and in opposition thereto, it is hereby:

**ORDERED** that Defendant Tarrio's Motion is **DENIED**.

**SO ORDERED.**

_____
Hon. Amit P. Mehta
UNITED STATES DISTRICT JUDGE

Dated: _____