AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Barbara J. Lee, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-00400-APM |
| Donald J. Trump, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: James Blassingame & Sidney Hemby (Case No. 21-cv-858-APM); Briana Kirkland (Case No. 22-cv-34-APM); Marcus J. Moore (Case No. 22-cv-10-AMP); and Bobby Tabron & Dedivine Carter (Case No. 22-cv-11-AMP).

Date:   04/04/2024

/s/ Patrick A. Malone
*Attorney's signature*

Patrick A. Malone, Esq., Bar No. 397142
*Printed name and bar number*

Patrick Malone & Associates, P.C.
1310 L Street, NW, Suite 800
Washington, DC 20005
*Address*

pmalone@patrickmalonelaw.com
*E-mail address*

(202) 742-1500
*Telephone number*

(202) 742-1515
*FAX number*