IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 1:21-cv-02265-APM, consolidated with No. 1:21-cv-400-APM |

**JOINT STATUS REPORT BY DEFENDANT RUSSELL TAYLOR AND
ALL PLAINTIFFS IN *SMITH v. TRUMP***

　　　Pursuant to the Court's March 8, 2024 Minute Order, Defendant Russell Taylor and all Plaintiffs in *Smith v. Trump*, Case No. 1:21-cv-02265-APM, submit this Joint Status Report concerning the status of a settlement between those parties. The parties have agreed to a resolution of the litigation between them before Mr. Taylor's sentencing in his criminal case, No. 1:21-cr-392-RCL, if the parties satisfy the terms of their settlement agreement. Sentencing has been set for May 3, 2024. The parties propose to provide an additional joint report or a stipulation of discontinuance to the Court by May 10, 2024. Should the Court require further information, the parties would request that they be permitted to discuss the matter directly with the Court.

Dated:  April 11, 2024

　/s/　 Dyke E. Huish　　　　　
Dyke Huish
The Law Office of Dyke Huish
26161 Marguerite Parkway
Suite B
Mission Viejo, California 92692
949-837-8600
huishlaw@mac.com

　/s/　　 Marc P. Epstein　　　　
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Marc P. Epstein, D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, DC  20005
Tel: 202-662-8390
ecaspar@lawyerscommittee.com

dbrody@lawyerscommittee.org
mepstein@lawyerscommittee.org

Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Babak Ghafarzade, *pro hac vice*
Elizabeth H. Snow, *pro hac vice*
Esther D. Ness, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
bghafarzade@selendygay.com
esnow@selendygay.com
eness@selendygay.com

William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

*Attorneys for Plaintiffs Conrad Smith, et al.*

## CERTIFICATE OF SERVICE

I certify that on April 11, 2024, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs are serving the remaining Defendants via first class mail or other permitted means.

Dated:  April 11, 2024    By:  */s/ Marc P. Epstein*
                               Marc P. Epstein