UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>) Case No. 1:21-cv-00400 (APM)<br>)<br>)<br>)<br>)<br>) |

UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE PROTECTIVE ORDER AND FOR DEFENDANT TO PROVIDE
PLAINTIFFS WITH DESCRIPTION OF IMMUNITY DEFENSE

On April 18, 2024, the Court denied defendant Donald J. Trump's ("President Trump") request for a stay, ordered the parties to submit a protective order by Friday, April 26, 2024, and ordered President Trump to provide to the plaintiffs a "detailed description of the basis for his immunity defense" by May 1, 2024. ECF No. 106.

Since Monday, April 15, 2024, President Trump has been on trial in the Supreme Court of the State of New York for the County of New York in the case *People of the State of New York v. Donald J. Trump*, Ind. No. 71543-23. President Trump has been present for each day of trial, by order of that court, and has been working with his defense team in that matter as trial proceeds.

Concurrently, President Trump and his legal team have been working and preparing for the Thursday, April 25, 2024, oral argument in the United States Supreme Court in *Trump v. United States*, No. 23-939 (S. Ct. Feb. 28, 2024).

Given the significant time demands on President Trump and his defense

1

counsel in the New York trial and Supreme Court argument, President Trump respectfully requests a two-week extension to the deadline for the parties to submit the proposed protective order and for him to provide the description of the basis for his immunity defense to the plaintiffs so that the parties shall submit a proposed protective order by May 10, 2024, and for President Trump to provide the Plaintiffs the required description of the basis for his immunity defense by May 15, 2024.

Counsel for President Trump has conferred with counsel for Plaintiffs and the Plaintiffs do not oppose the relief requested in this motion on the condition that no further time extensions are provided for production of these materials and that, in the interim, plaintiffs may proceed to propound their opening discovery related to the Defendant's claim to immunity.

Dated: April 22, 2024					Respectfully submitted,


							/s/ David A. Warrington
							David A. Warrington
							Jonathan M. Shaw
							Gary M. Lawkowski
							DHILLON LAW GROUP, INC.
							2121 Eisenhower Ave, Suite 608
							Alexandria, Virginia 22314
							Tel: (703) 574-1206
							Fax: (415) 520-6593
							dwarrington@dhillonlaw.com
							jshaw@dhllonlaw.com
							glawkowski@dhillonlaw.com
							*Attorneys for Donald J. Trump*

							Jesse R. Binnall (VA022)
							THE BINNALL LAW GROUP, PLLC
							717 King Street, Suite 200
							Alexandria, Virginia 22314

Tel: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2024, I served a true and correct copy of the foregoing on all parties of record by filing it with the Clerk of the Court via the CM/ECF system, which will provide electronic notice to all attorneys of record.

Dated: April 22, 2024

/s/ David A. Warrington