UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>    *Defendants*. | Case No. 1:21-cv-00400 (APM) |

### [PROPOSED] ORDER

This matter is before the Court on Defendant Donald J. Trump's Unopposed Motion for Extension of Time to File Protective Order and for Defendant to Provide Plaintiffs with Description of Immunity Defense ("Motion"). For the reasons stated in the Motion and for good cause shown, the Motion is GRANTED.

It is hereby ORDERED that the Parties shall file a proposed protective order by May 10, 2024, and the Defendant shall provide the Plaintiffs the required description of the basis for his immunity defense by May 15, 2024, that no further time extensions will be provided for production of these materials and that, in the interim, Plaintiffs may proceed to propound their opening discovery related to the Defendant's claim to immunity.

Dated: _____          _____
                                                                    Amit P. Mehta
                                                                    United States District Judge