UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BARBARA J. LEE, et al., | ) | Case No. 21-cv-00400 (APM) |
| Plaintiffs, | ) ) | Consolidated Member Cases: |
| v. | ) ) | 21-cv-00586 (APM) 21-cv-00858 (APM) 21-cv-02265 (APM) 22-cv-00010 (APM) 22-cv-00011 (APM) |
| DONALD J. TRUMP, et al., | ) | 22-cv-00034 (APM) 23-cv-00038 (APM) |
| Defendants. | ) |  |

## ORDER

Having considered the parties' respective positions, the deadline for immunity-related discovery shall be September 11, 2024. The court will not grant any extension of time absent a concrete showing of good cause, to include demonstrating diligence in seeking to obtain discovery.

The parties shall file a Joint Status Report by May 29, 2024, and every 30 days thereafter, which updates the court on the progress of discovery.

No party may file a motion concerning discovery absent leave of court. In the event a dispute arises, the parties shall contact chambers to schedule an oral hearing to attempt to resolve the dispute.

The court expresses no opinion on Defendant Trump's assertion that the January 6 Committee's final report should not be viewed as "evidence." Jt. Status Rpt., ECF No. 108, at 3.

If the parties wish a resolution of that dispute before the close of discovery, they should propose a briefing schedule.

Dated: April 29, 2024

Amit P. Mehta
United States District Judge