# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>      *Defendants*. | Case No. 21-cv-00400 (APM)<br><br>(lead case) |
| ERIC SWALWELL,<br><br>      *Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>      *Defendants*. | Case No. 21-cv-00586 (APM)<br><br>(consolidated case) |
| JAMES BLASSINGAME *et. al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>      *Defendant*. | Case No. 21-cv-00858 (APM)<br><br>(consolidated case) |
| CONRAD SMITH *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>      *Defendants*. | Case No. 21-cv-02265 (APM)<br><br>(consolidated case) |

| | |
|---|---|
| MARCUS J. MOORE *et al.*,<br><br>      *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP,<br><br>      *Defendant*. | Case No. 22-cv-00010 (APM)<br><br>(consolidated case) |
| BOBBY TABRON *et al.*,<br><br>      *Plaintiff*,<br><br>    v.<br><br>DONALD J. TRUMP,<br><br>      *Defendants*. | Case No. 22-cv-00011 (APM)<br><br>(consolidated case) |
| BRIANA KIRKLAND,<br><br>      *Plaintiff*,<br><br>    v.<br><br>DONALD J. TRUMP,<br><br>      *Defendant*. | Case No. 22-cv-00034 (APM)<br><br>(consolidated case) |
| SANDRA GARZA,<br><br>      *Plaintiff*,<br><br>    v.<br><br>DONALD J. TRUMP *et al.*,<br><br>      *Defendants*. | Case No. 23-cv-00038 (APM)<br><br>(consolidated case) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PARTIES' PROPOSED PROTECTIVE ORDER**

      On April 18, 2024, this Court ordered the Parties to the above consolidated actions to submit by April 26, 2024, a proposed protective order governing discovery

2

with Defendant Trump. On April 23, 2024, the Court granted Defendant Trump's unopposed motion for extension of time to file the proposed protective order, allowing the Parties until May 10, 2024. Since then, the Parties have been conferring in good faith on the specifics of the protective order to be proposed. Due to the schedules of the counsel for the various parties in these consolidated cases, the Parties seek a brief extension of time in which to complete the draft protective order. The Parties therefore ask the Court to permit them until Tuesday, May 14, 2024, to submit the proposed protective order.

Undersigned counsel has conferred with counsel for Trump and counsel for the Plaintiffs in these consolidated cases, and this motion is unopposed.

Dated: May 10, 2024

/s/ Edward G. Caspar
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Marc P. Epstein D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, DC  20005
Tel: 202-662-8390
ecaspar@lawyerscommittee.com
dbrody@lawyerscommittee.org
mepstein@lawyerscommittee.org

Faith E. Gay, pro hac vice
Joshua S. Margolin, *pro hac vice*
Claire O'Brien, *pro hac vice*
Elizabeth H. Snow, *pro hac vice*

        Esther D. Ness, *pro hac vic*
        Babak Ghafarzade, *pro hac vice*
        SELENDY GAY ELSBERG PLLC
        1290 Avenue of the Americas
        New York, NY  10104
        Tel: 212-390-9000
        fgay@selendygay.com
        jmargolin@selendygay.com
        cobrien@selendygay.com
        esnow@selendygay.com
        eness@selendygay.com
        bghafarzade@selendygay.com

        William J. Blechman, *pro hac vice*
        Elizabeth B. Honkonen, *pro hac vice*
        KENNY NACHWALTER, P.A.
        Four Seasons Tower – Suite 1100
        1441 Brickell Avenue
        Miami, FL 33131
        Tel: 305-373-1000
        wblechman@knpa.com
        ehonkonen@knpa.com

        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on May 10, 2024, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs are serving the remaining Defendants via first class mail or other permitted means.

Dated:   May 10, 2024                              */s/ Edward G. Caspar*
                                                                Edward G. Caspar