**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BARBARA J. LEE *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br> *Defendants*. | Case No. 21-cv-00400 (APM) <br><br> (lead case) |
| ERIC SWALWELL, <br><br> *Plaintiff*, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br> *Defendants*. | Case No. 21-cv-00586 (APM) <br><br> (consolidated case) |
| JAMES BLASSINGAME *et. al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, <br><br> *Defendant*. | Case No. 21-cv-00858 (APM) <br><br> (consolidated case) |
| CONRAD SMITH *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br> *Defendants*. | Case No. 21-cv-02265 (APM) <br><br> (consolidated case) |
| MARCUS J. MOORE *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, <br><br> *Defendant*. | Case No. 22-cv-00010 (APM) <br><br> (consolidated case) |

| | |
|---|---|
| BOBBY TABRON *et al.*,<br>    *Plaintiff,*<br>v.<br>DONALD J. TRUMP,<br>    *Defendants.* | Case No. 22-cv-00011 (APM)<br>(consolidated case) |
| BRIANA KIRKLAND,<br>    *Plaintiff,*<br>v.<br>DONALD J. TRUMP,<br>    *Defendant.* | Case No. 22-cv-00034 (APM)<br>(consolidated case) |
| SANDRA GARZA,<br>    *Plaintiff,*<br>v.<br>DONALD J. TRUMP *et al.*,<br>    *Defendants.* | Case No. 23-cv-00038 (APM)<br>(consolidated case) |

## JOINT STATUS REPORT

The parties report that immunity-related discovery is proceeding cooperatively with no need for Court intervention at this time. More specifically, on May 31, 2024, Former President Trump provided responses and objections to Plaintiffs' first set of requests for admission and interrogatories. On June 10, 2024, former President Trump sent his first set of interrogatories and first set of requests for productions to Plaintiffs. On May 21, 2024, and subsequently on June 18, 2024, former President Trump served Rule 45 subpoenas on third-party federal witnesses, who have not yet responded. On June 20, 2024, Plaintiffs served their second set of requests for admission. On June 24, 2024, Plaintiffs issued Rule 45 subpoenas to several witnesses and are in the process of serving them. Finally, the parties have been discussing deposition procedures.

2

Respectfully submitted,

| | |
|---|---|
| */s/ Joseph M. Sellers* | /s/ *David A. Warrington* |
| Joseph M. Sellers, Bar No. 318410 | David A. Warrington |
| Brian Corman, Bar No. 1008635 | D.C. Bar No. 1616846 |
| Alison S. Deich, Bar No. 1572878 | Jonathan M. Shaw |
| COHEN MILSTEIN SELLERS & TOLL PLLC | D.C. Bar No. 446249 |
| | Gary M. Lawkowski |
| 1100 New York Avenue N.W. Fifth Floor | D.C. Bar No. 1781747 |
| Washington, D.C. 20005 | DHILLON LAW GROUP, INC. |
| Telephone: 202-408-4600 | 2121 Eisenhower Ave, Suite 402 |
| Facsimile: 202-408-4699 | Alexandria, Virginia 22314 |
| jsellers@cohenmilstein.com | Telephone: (703) 574-1206 |
| bcorman@cohenmilstein.com | Facsimile: (415) 520-6593 |
| adeich@cohenmilstein.com | dwarrington@dhillonlaw.com |
| | jshaw@dhllonlaw.com |
| Janette McCarthy-Wallace, Bar No. OH066257 | glawkowski@dhillonlaw.com |
| Anthony P. Ashton, Bar No. MD25220 | Jesse R. Binnall VA022 |
| Anna Kathryn Barnes Barry, | BINNALL LAW GROUP, PLLC |
| D.C. Bar No. 1719493 | 717 King Street, Suite 200 |
| NAACP | Alexandria, VA 22314 |
| Office of General Counsel | Telephone: (703) 888-1943 |
| 4805 Mount Hope Drive | Facsimile: (703) 888-1930 |
| Baltimore, MD 21215 | jesse@binnall.com |
| Telephone: 410-580-5777 | |
| jlouard@naacpnet.org | *Attorneys for Defendant Donald J. Trump* |
| aashton@naacpnet.org | |
| abarnes@naacpnet.org | |

*Attorneys for Plaintiffs Barbara J. Lee, et al.*

*/s/ Matthew Kaiser*
Matthew Kaiser, D.C. Bar No. 486272
Sarah Fink, D.C. Bar No. 166663
KAISER PLLC
1099 Fourteenth Street N.W. 8th Floor
Washington, D.C. 20005
Telephone: 202-640-2850
mkaiser@kaiserlaw.com
sfink@kaiserlaw.com

Philip Andonian, D.C. Bar No. 490792
Joseph Caleb, D.C. Bar No. 495383
CALEBANDONIAN PLLC
1100 H Street N.W. Suite 315
Washington, D.C. 20005
Telephone: 202-953-9850
phil@calebandonian.com
joe@calebandonian.com

*Attorneys for Plaintiff Eric Swalwell*

*/s/ Patrick A. Malone*
Patrick A. Malone, Bar No. 397142
Daniel Scialpi, Bar No. 997556
(application for admission forthcoming)
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street N.W. Suite 800
Washington, D.C. 20005
Telephone: 202-742-1500
Facsimile: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com

Cameron Kistler, Bar No. 1008922
Kristy Parker, Bar No. 1542111
Erica Newland (Bar No. MD0141)
UNITED TO PROTECT DEMOCRACY
2020 Pennsylvania Avenue N.W. #163
Washington, D.C. 20006
Telephone: 202-579-4582
cameron.kistler@protectdemocracy.org
kristy.parker@protectdemocracy.org
erica.newland@protectdemocracy.org

Genevieve C. Nadeau, Bar No. 979410
UNITED TO PROTECT DEMOCRACY
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: 202-579-4582
genevieve.nadeau@protectdemocracy.org

*Attorneys for Plaintiffs James Blassingame and Sidney Hemby*

<u>*/s/ Edward G. Caspar*</u>
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Marc P. Epstein, D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, D.C. 20005
Telephone: 202-662-8390
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
mepstein@lawyerscommittee.org

Faith E. Gay, pro hac vice
Joshua S. Margolin, pro hac vice
Claire O'Brien, pro hac vice
Elizabeth H. Snow, pro hac vice
Babak Ghafarzade, pro hac vice
Esther D. Ness, pro hac vice
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
cobrien@selendygay.com
esnow@selendygay.com
bghafarzade@selendygay.com
eness@selendygay.com

William J. Blechman, pro hac vice
Elizabeth B. Honkonen, pro hac vice
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Telephone: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

*Attorneys for Plaintiffs Conrad Smith, et al.*

6

*/s/ Mark S. Zaid*
Mark S. Zaid, Esq., D.C. Bar No. 440532
Bradley P. Moss, Esq., D.C. Bar No. 975905
MARK S. ZAID, P.C.
1250 Connecticut Avenue N.W. Suite 700
Washington, D.C. 20036
Telephone: 202-498-0011
Facsimile: 202-330-5610
Mark@MarkZaid.com
Brad@MarkZaid.com

Matthew Kaiser, D.C. Bar No. 486272
Noah Brozinsky, D.C. Bar No. 1655789
KAISER PLLC
1099 Fourteenth Street N.W. 8th Floor
Washington, D.C. 20005
Telephone: 202-640-2850
mkaiser@kaiserlaw.com
nbrozinsky@kaiserlaw.com

Philip Andonian, D.C. Bar No. 490792
Joseph Caleb, D.C. Bar No. 495383
CALEBANDONIAN PLLC
1100 H Street N.W. Suite 315
Washington, D.C. 20005
Telephone: 202-953-9850
phil@calebandonian.com
joe@calebandonian.com

*Attorneys for Plaintiff Sandra Garza*

*/s/ Patrick A. Malone*
Patrick A. Malone, Bar No. 397142
Daniel Scialpi, Bar No. 997556
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street N.W. Suite 800
Washington, D.C. 20005
Telephone: 202-742-1500
Facsimile: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com

*Attorneys for Plaintiffs Marcus J. Moore et al.;*
*Bobby Tabron et al.; and Briana Kirkland*