# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br> *Defendants*. | Case No. 21-cv-00400 (APM) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.6(b), the undersigned, Anna Kathryn Barry, respectfully notices the withdrawal of her appearance as counsel to all Plaintiffs in the above captioned matter. Ms. Barry has accepted a new position and will be leaving her employment with the National Association for the Advancement of Colored People (NAACP).

Plaintiffs will continue to be represented in this action by their other counsel of record.

Dated: July 17, 2024         /s/ *Anna Kathryn Barnes Barry*

Janette McCarthy-Wallace, Bar No. OH066257
Anthony P. Ashton, Bar No. MD25220
Anna Kathryn Barnes Barry,
D.C. Bar No. 1719493
NAACP
Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: 410-580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

Joseph M. Sellers, Bar No. 318410
Brian Corman, Bar No. 1008635

                Alison S. Deich, Bar No. 1572878
                COHEN MILSTEIN SELLERS & TOLL PLLC
                1100 New York Avenue N.W. Fifth Floor
                Washington, D.C. 20005
                Telephone: 202-408-4600
                Facsimile: 202-408-4699
                jsellers@cohenmilstein.com
                bcorman@cohenmilstein.com
                adeich@cohenmilstein.com

*Attorneys for Plaintiffs Barbara J. Lee, et al.*