**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BARBARA J. LEE *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br> *Defendants*. | Case No. 21-cv-00400 (APM) <br><br> (lead case) |
| ERIC SWALWELL, <br><br> *Plaintiff*, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br> *Defendants*. | Case No. 21-cv-00586 (APM) <br><br> (consolidated case) |
| JAMES BLASSINGAME *et. al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, <br><br> *Defendant*. | Case No. 21-cv-00858 (APM) <br><br> (consolidated case) |
| CONRAD SMITH *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br> *Defendants*. | Case No. 21-cv-02265 (APM) <br><br> (consolidated case) |
| MARCUS J. MOORE *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, <br><br> *Defendant*. | Case No. 22-cv-00010 (APM) <br><br> (consolidated case) |

1

| | |
|---|---|
| BOBBY TABRON *et al.*, <br>   *Plaintiff*, <br> v. <br> DONALD J. TRUMP, <br>   *Defendants*. | Case No. 22-cv-00011 (APM) <br> (consolidated case) |
| BRIANA KIRKLAND, <br>   *Plaintiff*, <br> v. <br> DONALD J. TRUMP, <br>   *Defendant*. | Case No. 22-cv-00034 (APM) <br> (consolidated case) |
| SANDRA GARZA, <br>   *Plaintiff*, <br> v. <br> DONALD J. TRUMP *et al.*, <br>   *Defendants*. | Case No. 23-cv-00038 (APM) <br> (consolidated case) |

## **JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated August 6, 2024, Defendant Donald J. Trump ("Defendant") and the U.S. Secret Service respectfully submit the following status report:

1. The federal government was unaware of Defendant's subpoena until Defendant raised the issue during the hearing on August 6, 2024.

2. After the hearing, counsel for Defendant provided a copy of the subpoena to undersigned counsel for the government, who in turn alerted the U.S. Secret Service. On August 6, 2024, the Secret Service agreed to provide Defendant with an initial response on August 13, 2024, which the Secret Service has now provided.

3. The Secret Service's response stated that the subpoena was overbroad and that Defendant had failed to submit a *Touhy* request or otherwise comply with its *Touhy* regulations.

4. Defendant has stated that it intends to pursue documents from the Secret Service and will promptly submit a *Touhy* request along with an appropriately narrowed subpoena in response to the objections identified by the Secret Service.

5. Because the subpoena's place of compliance was listed as Alexandria, Virginia, the U.S. Attorney's Office for the Eastern District of Virginia is assisting the U.S. Secret Service with its response to the subpoena, and any litigation concerning the subpoena would need to occur in the Eastern District of Virginia.

\* \* \*

Dated:  August 13, 2024

Respectfully submitted,

/s/ Gary Lawkowski
Gary M. Lawkowski
DDC ID VA 125
David A. Warrington
D.C. Bar No. 1616846
Jonathan M. Shaw
D.C. Bar No. 446249
DHILLON LAW GROUP, INC.
2121 Eisenhower Ave, Suite 402
Alexandria, Virginia 22314
Telephone: (703) 574-1206
Facsimile: (415) 520-6593
glawkowski@dhillonlaw.com
dwarrington@dhillonlaw.com
jshaw@dhllonlaw.com

Jesse R. Binnall VA022
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, VA  22314
Telephone: (703) 888-1943
Facsimile: (703) 888-1930
jesse@binnall.com

*Attorneys for Defendant Donald J. Trump*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:         /s/ Douglas C. Dreier
     DOUGLAS C. DREIER, D.C. Bar #1020234
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2551

*Attorneys for the United States of America*

4