**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BARBARA J. LEE *et al.*,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP *et al.*,<br>*Defendants*. | Case No. 21-cv-00400 (APM)<br>(lead case) |
| ERIC SWALWELL,<br>*Plaintiff*,<br>v.<br>DONALD J. TRUMP *et al.*,<br>*Defendants*. | Case No. 21-cv-00586 (APM)<br>(consolidated case) |
| JAMES BLASSINGAME *et. al.*,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP,<br>*Defendant*. | Case No. 21-cv-00858 (APM)<br>(consolidated case) |
| CONRAD SMITH *et al.*,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP *et al.*,<br>*Defendants*. | Case No. 21-cv-02265 (APM)<br>(consolidated case) |
| MARCUS J. MOORE *et al.*,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP,<br>*Defendant*. | Case No. 22-cv-00010 (APM)<br>(consolidated case) |

| | |
|---|---|
| BOBBY TABRON *et al.*,<br>*Plaintiff*,<br>v.<br>DONALD J. TRUMP,<br>*Defendants*. | Case No. 22-cv-00011 (APM)<br>(consolidated case) |
| BRIANA KIRKLAND,<br>*Plaintiff*,<br>v.<br>DONALD J. TRUMP,<br>*Defendant*. | Case No. 22-cv-00034 (APM)<br>(consolidated case) |
| SANDRA GARZA,<br>*Plaintiff*,<br>v.<br>DONALD J. TRUMP *et al.*,<br>*Defendants*. | Case No. 23-cv-00038 (APM)<br>(consolidated case) |

**JOINT STATUS REPORT**

The parties report that immunity-related discovery is proceeding cooperatively.

**PLAINTIFFS' REPORT:**

1. Plaintiffs have received several productions related to their Rule 45 subpoenas issued to non-party witnesses and anticipate receiving all outstanding Rule 45-related productions within the next few weeks. Plaintiffs have noticed third-party depositions and are in ongoing discussions with third-party counsel about the dates of their compliance.

2. Both sides continued to address various discovery requests, as well as responses and objections thereto.

3. On August 23, 2024, Plaintiffs sent their final list of intended deponents or declarants to Defendant Trump pursuant to the Court's August 6, 2024 Minute Order. This followed the Parties' exchange of their initial lists of intended deponents or declarants on August 13, 2024. Defendant Trump's counsel informed Plaintiffs' counsel by telephone on

August 27, 2024 that it did not have any additional declarants or deponents to the list provided to Plaintiffs' counsel on August 13, 2024.

No new declarants or deponents should be allowed for this stage of the litigation, other than the opportunity to depose any of the identified declarants once the parties disclose their declarations.

So that the parties may have a meaningful opportunity to depose any declarants, the Parties should be directed to exchange on or before September 11, 2024, any and all final declarations that they may use in adjudicating the immunity issue.

Further, the Parties should be directed that by September 16, 2024, they identify any declarants whom they seek to depose.

Thereafter, the Parties should be directed to conduct those depositions by September 30, 2024. Plaintiffs suggest that any summary judgment briefing on the issue of immunity begin very shortly thereafter.

National Archives and Record Administration (NARA) document production: To facilitate the timely completion of this discovery, and without waiving any objections to whether Defendant has any basis for withholding materials he received in response to a third-party subpoena, Plaintiffs propose that counsel for the defendant only produce materials related to the following:

1. The 2020 Trump Campaign
2. Allegations of election interference
3. The 2020 Presidential election
4. Any efforts to inquire into or challenge the results of the 2020 Presidential election
5. The January 6, 2021 rally, its funding, permitting, speakers, promotion and organization

Apart from any depositions the parties may conduct of declarants once their declarations are exchanged, or of witnesses whose appearances cannot be secured before

September 11, 2024, the discovery bearing on the immunity issue in this litigation should conclude by September 11, 2024. Plaintiffs continue to believe that Defendant Trump and all Plaintiffs can achieve this completion by the current deadline. [1]

**DEFENDANT TRUMP'S REPORT:**

President Trump's counsel received the detailed proposals contained in Plaintiffs' section of this report at 4:46 p.m. today and has, therefore, not had time to consider them or discuss them with their client. We will respond to them promptly once we have had the chance to do so. As a general matter, however, we believe that given the status of document discovery to date, Plaintiffs are overly optimistic about the prospects of finishing immunity discovery by September 11. But we do believe that it is likely that a 30-day extension of that date would suffice.

The four pieces of additional information that we can provide are as follows:

1. To clarify Plaintiffs' item number 3 above, on the August 27, 2024 call between counsel, counsel for President Trump confirmed that they had not added to the list of potential deponents since the original list exchange on August 13, 2024, but that President Trump may have an additional potential deponent and that they would inform the Plaintiffs shortly. We have subsequently identified this individual to Plaintiffs and it is someone from whom the Plaintiffs have already received documents through discovery in this case.
2. The Metropolitan Police Department produced one document in response to our subpoena within a few hours of the Court's contacting the Department and claims that it has completed its production. We have asked for a declaration certifying that this small production contained all documents located following a reasonable search and internal counsel for the Department

[1] It should be noted that, while Plaintiffs submitted to the defendant their draft of the status report this afternoon, they vetted the proposals set forth in their status report on a telephone call they initiated yesterday.

said that she would "see what I can provide" and just moments ago (at 5:06 p.m.) emailed to request a call to discuss the issue;

3. The Secret Service informed us today that it "is aiming to make a production" by September 16, 2024; and

4. The Department of the Interior informed us yesterday that it anticipates "providing all remaining documents by August 30."

Dated: August 28, 2024

Respectfully submitted,

s/ *Joseph Sellers*
Joseph M. Sellers, Bar No. 318410
Brian Corman, Bar No. 1008635
Alison S. Deich, Bar No. 1572878
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue N.W. Fifth Floor
Washington, D.C. 20005
Telephone: 202-408-4600
Facsimile: 202-408-4699
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com
adeich@cohenmilstein.com

Janette McCarthy-Wallace, Bar No. OH066257
Anthony P. Ashton, Bar No. MD25220
Anna Kathryn Barnes Barry, D.C. Bar No. 1719493
NAACP Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: 410-580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

*Attorneys for Plaintiffs Barbara J. Lee, et al.*

*/s/ David Warrington*
David A. Warrington, D.C. Bar No. 1616846
Jonathan M. Shaw, D.C. Bar No. 446249
Gary M. Lawkowski, D.C. Bar No. 1781747
DHILLON LAW GROUP, INC.
2121 Eisenhower Ave, Suite 402
Alexandria, Virginia 22314
Telephone: (703) 574-1206
Facsimile: (415) 520-6593
dwarrington@dhillonlaw.com
jshaw@dhllonlaw.com
glawkowski@dhillonlaw.com

Jesse R. Binnall VA022
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Telephone: (703) 888-1943
Facsimile: (703) 888-1930
jesse@binnall.com

*Attorneys for Defendant Donald J. Trump*

/s/ Matthew Kaiser
Matthew Kaiser, D.C. Bar No. 486272
Sarah Fink, D.C. Bar No. 166663
KAISER PLLC
1099 Fourteenth Street N.W.
8th Floor Washington, D.C. 20005
Telephone: 202-640-2850
mkaiser@kaiserlaw.com
sfink@kaiserlaw.com

Philip Andonian, D.C. Bar No. 490792
Joseph Caleb, D.C. Bar No. 495383
CALEBANDONIAN PLLC
1100 H Street N.W. Suite 315
Washington, D.C. 20005
Telephone: 202-953-9850
phil@calebandonian.com
joe@calebandonian.com

*Attorneys for Plaintiff Eric Swalwell*

/s/ Patrick Malone
Patrick A. Malone, Bar No. 397142
Daniel Scialpi, Bar No. 997556
(application for admission forthcoming)
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street N.W. Suite 800
Washington, D.C. 20005
Telephone: 202-742-1500
Facsimile: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com

Cameron Kistler, Bar No. 1008922
Kristy Parker, Bar No. 1542111
Erica Newland (Bar No. MD0141)
UNITED TO PROTECT DEMOCRACY
2020 Pennsylvania Avenue N.W. #163
Washington, D.C. 20006
Telephone: 202-579-4582
cameron.kistler@protectdemocracy.org
kristy.parker@protectdemocracy.org
erica.newland@protectdemocracy.org

Genevieve C. Nadeau, Bar No. 979410
UNITED TO PROTECT DEMOCRACY
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: 202-579-4582
genevieve.nadeau@protectdemocracy.org

*Attorneys for Plaintiffs James Blassingame and Sidney Hemby*

/s/ Edward Caspar
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Marc P. Epstein, D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, D.C. 20005
Telephone: 202-662-8390
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
mepstein@lawyerscommittee.org

Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Claire O'Brien, *pro hac vice*
Elizabeth H. Snow, *pro hac vice*
Babak Ghafarzade, *pro hac vice*
Esther D. Ness, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
cobrien@selendygay.com
esnow@selendygay.com
bghafarzade@selendygay.com
eness@selendygay.com

William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Telephone: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

*Attorneys for Plaintiffs Conrad Smith, et al.*

/s/ Mark Zaid
Mark S. Zaid, Esq., D.C. Bar No. 440532
Bradley P. Moss, Esq., D.C. Bar No. 975905
MARK S. ZAID, P.C.
1250 Connecticut Avenue N.W. Suite 700
Washington, D.C. 20036
Telephone: 202-498-0011
Facsimile: 202-330-5610
Mark@MarkZaid.com
Brad@MarkZaid.com

Matthew Kaiser, D.C. Bar No. 486272
Noah Brozinsky, D.C. Bar No. 1655789
KAISER PLLC
1099 Fourteenth Street N.W. 8th Floor
Washington, D.C. 20005
Telephone: 202-640-2850
mkaiser@kaiserlaw.com
nbrozinsky@kaiserlaw.com

Philip Andonian, D.C. Bar No. 490792 Joseph
Caleb, D.C. Bar No. 495383
CALEBANDONIAN PLLC
1100 H Street N.W. Suite 315
Washington, D.C. 20005
Telephone: 202-953-9850
phil@calebandonian.com
joe@calebandonian.com

*Attorneys for Plaintiff Sandra Garza*

/s/ Patrick Malone
Patrick A. Malone, Bar No. 397142
Daniel Scialpi, Bar No. 997556
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street N.W. Suite 800
Washington, D.C. 20005
Telephone: 202-742-1500
Facsimile: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com

*Attorneys for Plaintiffs Marcus J. Moore et al.; Bobby Tabron et al.; and Briana Kirkland*