**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BARBARA J. LEE *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br> *Defendants*. | Case No. 21-cv-00400 (APM) <br><br> (lead case) |
| ERIC SWALWELL, <br><br> *Plaintiff*, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br> *Defendants*. | Case No. 21-cv-00586 (APM) <br><br> (consolidated case) |
| JAMES BLASSINGAME *et. al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, <br><br> *Defendant*. | Case No. 21-cv-00858 (APM) <br><br> (consolidated case) |
| CONRAD SMITH *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br> *Defendants*. | Case No. 21-cv-02265 (APM) <br><br> (consolidated case) |
| MARCUS J. MOORE *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, <br><br> *Defendant*. | Case No. 22-cv-00010 (APM) <br><br> (consolidated case) |

| | |
|---|---|
| BOBBY TABRON *et al.*,<br><br>　　　　　　*Plaintiff*,<br><br>　　v.<br><br>DONALD J. TRUMP,<br><br>　　　　　　*Defendants*. | Case No. 22-cv-00011 (APM)<br><br>(consolidated case) |
| BRIANA KIRKLAND,<br><br>　　　　　　*Plaintiff*,<br><br>　　v.<br><br>DONALD J. TRUMP,<br><br>　　　　　　*Defendant*. | Case No. 22-cv-00034 (APM)<br><br>(consolidated case) |
| SANDRA GARZA,<br><br>　　　　　　*Plaintiff*,<br><br>　　v.<br><br>DONALD J. TRUMP *et al.*,<br><br>　　　　　　*Defendants*. | Case No. 23-cv-00038 (APM)<br><br>(consolidated case) |

## JOINT STATUS REPORT

The parties report that immunity-related discovery is proceeding cooperatively.

**Defendant Trump's Report**

President Trump provides the following information in response this Court's August 29, 2024, Minute Order:

(1) By implementing the review protocol discussed between the parties and outlined in Plaintiffs' section of the August 28, 2024, Joint Status Report, Counsel for President Trump has been able to significantly expedite review of the NARA production. More specifically, we have completed review of NARA's first production of documents for relevance and privilege and have provided 40,279 pages of non-privileged materials within those categories to Plaintiffs' counsel. We are reviewing the second (and final) tranche of NARA's production (comprising 224,316 pages) and

1

hope to produce the non-privileged documents within the agreed categories within the next week.

(2)     Counsel for President Trump has received documents provided by the D.C. Metropolitan Police Department and made those documents available to Plaintiffs. After the filing of the August 28 Joint Status Report, it became clear that MPD had not conducted a complete search in response to our subpoena. MPD subsequently provided the fruits of an earlier FOIA production—with some overlap with our subpoena—that added a substantial volume of responsive materials intermixed with many irrelevant materials. In addition, counsel for MPD has informed us that MPD is running searches run on its computer system to identify responsive documents that would not have been identified in the FOIA process and expects to be in position to produce the results of those searches within three weeks. As soon as we receive those additional documents we will provide them to counsel for Plaintiffs.

(3)     Counsel for President Trump has not yet received any documents from the United States Secret Service in response to our *Touhy* request. Per an August 28, 2024, communication, Secret Service anticipates producing documents—subject to objections—on September 16, 2024.

(4)     Counsel for President Trump has received documents produced by the United States Department of the Interior in response to our *Touhy* request and made those documents available to counsel for Plaintiffs. That production contained an additional 5,454 pages of documents in addition to FOIA documents previously identified by the Department of the Interior. Counsel for President Trump does not anticipate receiving any additional documents from the Department of the Interior and is satisfied that the Department has produced all responsive documents.

(5)     Counsel for President Trump does not object in principle to the procedure for exchanging declarations on a date certain and then having a set time period for depositions of declarants to precede briefing on immunity. We do, however, think that the particular dates that Plaintiffs have proposed should be adjusted. President Trump has given Plaintiffs' counsel the

names of five persons whose declarations he may rely on in support of his immunity motion. Plaintiffs' counsel have already subpoenaed documents from all of them. Because, as described above, document discovery is not yet complete, President Trump cannot say definitively that those five comprise the full universe of those whose testimony he will rely on, but it is highly unlikely that his list would expand significantly beyond them. By contrast, Plaintiffs have listed eleven individuals and two corporate entities as potential immunity witnesses.

Accordingly, to allow document discovery to finish and to allow sufficient time for preparation of the declarations—which with respect to the declarants identified by President Trump will either be done by, or at least vetted by, counsel for each of these individuals—we propose that the date for the exchange of declarations be made September 30, 2024, and that the parties be given four weeks to serve subpoenas on third-party witnesses (whose own schedules, as well as that of their counsels, will need to be taken into consideration) and conduct depositions of any persons whose declarations are actually provided by that date—potentially eighteen depositions. As noted above, plaintiffs have identified thirteen potential witnesses (including two corporate entities), and President Trump has identified five. Immunity discovery would thus close on October 28, 2024.

**Plaintiffs' Report:**

Plaintiffs do not oppose the extension of the discovery deadline sought by Defendant Trump that would close the period for immunity-related discovery on October 28, 2024.

Plaintiffs also do not oppose Defendant Trump's requested extension that the parties exchange any and all final declarations that the parties may use in adjudicating the immunity issue on September 30, 2024. Plaintiffs add that an exception to this deadline should be allowed only for declarants swearing solely to the foundation of summary judgment exhibits.

Dated: September 5, 2024                                    Respectfully submitted,

s/ *Joseph Sellers*                                                        /s/ *David Warrington*
Joseph M. Sellers, Bar No. 318410                    David A. Warrington, D.C. Bar No.

Brian Corman, Bar No. 1008635
Alison S. Deich, Bar No. 1572878
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue N.W. Fifth Floor
Washington, D.C. 20005
Telephone: 202-408-4600
Facsimile: 202-408-4699
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com
adeich@cohenmilstein.com

Janette McCarthy-Wallace, Bar No. OH066257
Anthony P. Ashton, Bar No. MD25220
Anna Kathryn Barnes Barry, D.C. Bar No. 1719493
NAACP Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: 410-580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

*Attorneys for Plaintiffs Barbara J. Lee, et al.*

/s/ Matthew Kaiser
Matthew Kaiser, D.C. Bar No. 486272
Sarah Fink, D.C. Bar No. 166663
KAISER PLLC
1099 Fourteenth Street N.W.
8th Floor Washington, D.C. 20005
Telephone: 202-640-2850
mkaiser@kaiserlaw.com
sfink@kaiserlaw.com

Philip Andonian, D.C. Bar No. 490792
Joseph Caleb, D.C. Bar No. 495383
CALEBANDONIAN PLLC
1100 H Street N.W. Suite 315
Washington, D.C. 20005
Telephone: 202-953-9850
phil@calebandonian.com

1616846
Jonathan M. Shaw, D.C. Bar No. 446249
Gary M. Lawkowski, D.C. Bar No. 1781747
DHILLON LAW GROUP, INC.
2121 Eisenhower Ave, Suite 402
Alexandria, Virginia 22314
Telephone: (703) 574-1206
Facsimile: (415) 520-6593
dwarrington@dhillonlaw.com
jshaw@dhllonlaw.com
glawkowski@dhillonlaw.com

Jesse R. Binnall VA022
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Telephone: (703) 888-1943
Facsimile: (703) 888-1930
jesse@binnall.com

*Attorneys for Defendant Donald J. Trump*

4

joe@calebandonian.com

*Attorneys for Plaintiff Eric Swalwell*

/s/ Patrick Malone
Patrick A. Malone, Bar No. 397142
Daniel Scialpi, Bar No. 997556
(application for admission forthcoming)
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street N.W. Suite 800
Washington, D.C. 20005
Telephone: 202-742-1500
Facsimile: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com

Cameron Kistler, Bar No. 1008922
Kristy Parker, Bar No. 1542111
Erica Newland (Bar No. MD0141)
UNITED TO PROTECT DEMOCRACY
2020 Pennsylvania Avenue N.W. #163
Washington, D.C. 20006
Telephone: 202-579-4582
cameron.kistler@protectdemocracy.org
kristy.parker@protectdemocracy.org
erica.newland@protectdemocracy.org


Genevieve C. Nadeau, Bar No. 979410
UNITED TO PROTECT DEMOCRACY
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: 202-579-4582
genevieve.nadeau@protectdemocracy.org

*Attorneys for Plaintiffs James Blassingame and Sidney Hemby*

/s/ Edward Caspar
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Marc P. Epstein, D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, D.C. 20005
Telephone: 202-662-8390

ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
mepstein@lawyerscommittee.org

Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Claire O'Brien, *pro hac vice*
Elizabeth H. Snow, *pro hac vice*
Babak Ghafarzade, *pro hac vice*
Esther D. Ness, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
cobrien@selendygay.com
esnow@selendygay.com
bghafarzade@selendygay.com
eness@selendygay.com

William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Telephone: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

*Attorneys for Plaintiffs Conrad Smith, et al.*

/s/ Mark Zaid
Mark S. Zaid, Esq., D.C. Bar No. 440532
Bradley P. Moss, Esq., D.C. Bar No. 975905
MARK S. ZAID, P.C.
1250 Connecticut Avenue N.W. Suite 700
Washington, D.C. 20036
Telephone: 202-498-0011
Facsimile: 202-330-5610
Mark@MarkZaid.com
Brad@MarkZaid.com

Matthew Kaiser, D.C. Bar No. 486272
Noah Brozinsky, D.C. Bar No. 1655789
KAISER PLLC

1099 Fourteenth Street N.W. 8th Floor
Washington, D.C. 20005
Telephone: 202-640-2850
mkaiser@kaiserlaw.com
nbrozinsky@kaiserlaw.com

Philip Andonian, D.C. Bar No. 490792 Joseph
Caleb, D.C. Bar No. 495383
CALEBANDONIAN PLLC
1100 H Street N.W. Suite 315
Washington, D.C. 20005
Telephone: 202-953-9850
phil@calebandonian.com
joe@calebandonian.com

*Attorneys for Plaintiff Sandra Garza*

/s/ Patrick Malone
Patrick A. Malone, Bar No. 397142
Daniel Scialpi, Bar No. 997556
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street N.W. Suite 800
Washington, D.C. 20005
Telephone: 202-742-1500
Facsimile: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com

*Attorneys for Plaintiffs Marcus J. Moore et al.; Bobby Tabron et al.; and Briana Kirkland*