UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

CAPITAL DISTRICT 208

8 AUG 2024 PM 2 L

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 20001 $ 000.69
02 7W
0008034592 AUG 08 2024

Undeliverable. Commercial Mail
Receiving Agent. No Authorization
To Receive Mail for This Addressee

OATH KEEPERS
Stewart Rhodes
30 E. Hwy 377
Suite 110-285
Granbury, TX 7604

RECEIVED
Mail Room

AUG 23 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

NIXIE        750    CC 1        2208/15/24
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

AKB