LET THIS BE FILED

Signature: A.F.
Date: 9/30/24

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>    *Defendants*. | Case No. 21-cv-00400 (APM)<br><br>(lead case) |
| ERIC SWALWELL,<br><br>    *Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>    *Defendants*. | Case No. 21-cv-00586 (APM)<br><br>(consolidated case) |
| JAMES BLASSINGAME *et. al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>    *Defendant*. | Case No. 21-cv-00858 (APM)<br><br>(consolidated case) |
| CONRAD SMITH *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>    *Defendants*. | Case No. 21-cv-02265 (APM)<br><br>(consolidated case) |
| MARCUS J. MOORE *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>    *Defendant*. | Case No. 22-cv-00010 (APM)<br><br>(consolidated case) |

| | |
|---|---|
| BOBBY TABRON *et al.*, <br><br>                  *Plaintiff*, <br>v. <br>DONALD J. TRUMP, <br><br>                  *Defendants*. | Case No. 23-cv-00011 (APM) <br><br>(consolidated case) |
| BRIANA KIRKLAND, <br><br>                  *Plaintiff*, <br>v. <br>DONALD J. TRUMP, <br><br>                  *Defendant*. | Case No. 22-cv-00034 (APM) <br><br>(consolidated case) |
| SANDRA GARZA, <br><br>                  *Plaintiff*, <br>v. <br>DONALD J. TRUMP *et al.*, <br><br>                  *Defendants*. | Case No. 23-cv-00038 (APM) <br><br>(consolidated case) |

## AGREEMENT TO BE BOUND BY STIPULATED PROTECTIVE ORDER

My full name is <u>Jessica Marie Watkins #26050-509</u>. My address is <u>P.O. Box 5000 Tallahassee, FL 32314, FCI Tallahassee</u>. I hereby acknowledge that I am to have access to information designated in these Actions as CONFIDENTIAL or ATTORNEYS' EYES ONLY material, as permitted by the terms of the Parties' Stipulated Protective Order, in the above captioned action. I certify my understanding that such information has been provided to me pursuant to the terms and restrictions of the Stipulated Protective Order entered on <u>August 8th</u>, 2024, under paragraph 3 (Protection of Designated Material) thereof, and that I have been given a copy of and have read said Stipulated Protective Order and agree to be bound by the terms thereof. I further agree to subject myself to the

jurisdiction of the United States District Court for the District of Columbia regarding resolution of any matter pertaining to said Stipulated Protective Order.

I declare under penalty of perjury under the laws of the United States of America and the District of Columbia that the foregoing is true and correct.

Dated: 18 Sep 24

Signature: /s/ Jessica M Watkins

Print Name: Watkins, Jessica M