UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE, et al., )<br>)<br>    *Plaintiffs*, )<br>)<br>v. )<br>)<br>DONALD J. TRUMP, et al., )<br>)<br>    *Defendants*. )<br>) | Case No. 1:21-cv-00400 |

## MOTION TO RECONSIDER

Pursuant to Federal Rule of Civil Procedure 7 and this Court's Local Rule 7, Defendant Donald J. Trump ("President Trump") respectfully moves this Court to reconsider its Order dated October 16, 2024, regarding Plaintiffs' number of permitted interrogatories (Dkt. No. 126) and relieve President Trump from the obligation to respond to any additional interrogatories in this immunity discovery phase of these consolidated cases.

Dated: October 20, 2024

Respectfully submitted,

/s/ David A. Warrington
David A. Warrington
Jonathan M. Shaw
Gary M. Lawkowski
DHILLON LAW GROUP, INC.
2121 Eisenhower Ave, Suite 608
Alexandria, Virginia 22314
Tel: (703) 574-1206
Fax: (415) 520-6593
dwarrington@dhillonlaw.com
jshaw@dhllonlaw.com

1

glawkowski@dhillonlaw.com
*Attorneys for Donald J. Trump*

Jesse R. Binnall (VA022)
THE BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel:  (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com

2

## CERTIFICATE OF SERVICE

I certify that on October 20, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record. I further certify that in accordance with local rule LCvR 7 (m), the parties have met and conferred on the subject of this motion and are unable to resolve this issue without intervention of the Court.

/s/ David A. Warrington
David A. Warrington
*Attorney for Donald J. Trump*
