**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BARBARA J. LEE *et al.*,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP *et al.*,<br>*Defendants*. | Case No. 21-cv-00400 (APM)<br>(lead case) |
| ERIC SWALWELL,<br>*Plaintiff*,<br>v.<br>DONALD J. TRUMP *et al.*,<br>*Defendants*. | Case No. 21-cv-00586 (APM)<br>(consolidated case) |
| JAMES BLASSINGAME *et. al.*,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP,<br>*Defendant*. | Case No. 21-cv-00858 (APM)<br>(consolidated case) |
| CONRAD SMITH *et al.*,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP *et al.*,<br>*Defendants*. | Case No. 21-cv-02265 (APM)<br>(consolidated case) |
| MARCUS J. MOORE *et al.*,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP,<br>*Defendant*. | Case No. 22-cv-00010 (APM)<br>(consolidated case) |

| | |
|---|---|
| BOBBY TABRON *et al.*,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP,<br>*Defendant*. | Case No. 22-cv-00011 (APM)<br>(consolidated case) |
| BRIANA KIRKLAND,<br>*Plaintiff*,<br>v.<br>DONALD J. TRUMP,<br>*Defendant*. | Case No. 22-cv-00034 (APM)<br>(consolidated case) |
| SANDRA GARZA,<br>*Plaintiff*,<br>v.<br>DONALD J. TRUMP *et al.*,<br>*Defendants*. | Case No. 23-cv-00038 (APM)<br>(consolidated case) |

**JOINT MOTION TO EXTEND THIRD-PARTY DEPOSITION DEADLINES**

WHEREAS, the current deadline for the completion of immunity-related discovery is October 28, 2024, *see* Minute Order entered September 9, 2024;

WHEREAS, the parties collectively wish to depose three third-party witnesses who are actively involved in the 2024 presidential election;

WHEREAS, those witnesses have represented that they will be unable to sit for depositions until the 2024 election has been concluded;

The parties respectfully request that the Court extend the deadline for taking immunity-related depositions to December 4, 2024 (while leaving the October 28 discovery deadline intact for all other intents and purposes).

Dated: October 24, 2024

Respectfully submitted,

s/ *Joseph Sellers*
Joseph M. Sellers, Bar No. 318410
Brian Corman, Bar No. 1008635
Alison S. Deich, Bar No. 1572878
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue N.W. Fifth Floor
Washington, D.C. 20005
Telephone: 202-408-4600
Facsimile: 202-408-4699
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com
adeich@cohenmilstein.com

Janette McCarthy-Wallace, Bar No. OH066257
Anthony P. Ashton, Bar No. MD25220
Anna Kathryn Barnes Barry,
D.C. Bar No.1719493
NAACP Office of
General Counsel
4805 Mount Hope
Drive Baltimore, MD
21215
Telephone: 410-580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

*Attorneys for Plaintiffs Barbara J. Lee, et al.*

/s/ Matthew Kaiser
Matthew Kaiser, D.C. Bar No. 486272
Sarah Fink, D.C. Bar No. 166663
KAISER PLLC
1099 Fourteenth Street N.W.
8th Floor Washington, D.C. 20005
Telephone: 202-640-2850
mkaiser@kaiserlaw.com
sfink@kaiserlaw.com

Philip Andonian, D.C. Bar No. 490792
Joseph Caleb, D.C. Bar No. 495383
CALEBANDONIAN PLLC

*/s/ David Warrington*
David A. Warrington, D.C. Bar No. 1616846
Jonathan M. Shaw, D.C. Bar No. 446249
Gary M. Lawkowski, D.C. Bar No. 1781747 DHILLON LAW GROUP, INC.
2121 Eisenhower Ave, Suite 402
Alexandria, Virginia 22314
Telephone: (703) 574-1206
Facsimile: (415) 520-6593
dwarrington@dhillonlaw.com
jshaw@dhllonlaw.com
glawkowski@dhillonlaw.com

Jesse R. Binnall VA022
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Telephone: (703) 888-1943
Facsimile: (703) 888-1930
jesse@binnall.com

*Attorneys for Defendant Donald J. Trump*

1100 H Street N.W. Suite 315
Washington, D.C. 20005
Telephone: 202-953-9850
phil@calebandonian.com
joe@calebandonian.com

*Attorneys for Plaintiff Eric Swalwell*

/s/ Patrick Malone
Patrick A. Malone, Bar No. 397142
Daniel Scialpi, Bar No. 997556
(application for admission forthcoming)
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street N.W. Suite 800
Washington, D.C. 20005
Telephone: 202-742-1500
Facsimile: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com

Cameron Kistler, Bar No. 1008922
Kristy Parker, Bar No. 1542111
Erica Newland, Bar No. MD0141
UNITED TO PROTECT DEMOCRACY
2020 Pennsylvania Avenue N.W. #163
Washington, D.C. 20006
Telephone: 202-579-4582
cameron.kistler@protectdemocracy.org
kristy.parker@protectdemocracy.org
erica.newland@protectdemocracy.org

Genevieve C. Nadeau, Bar No. 979410
UNITED TO PROTECT DEMOCRACY
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: 202-579-4582
genevieve.nadeau@protectdemocracy.org

*Attorneys for Plaintiffs James Blassingame and Sidney Hemby*

/s/ Edward Caspar
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Marc P. Epstein, D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR

CIVIL RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, D.C. 20005
Telephone: 202-662-8390
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
mepstein@lawyerscommittee.org

Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Claire O'Brien, *pro hac vice*
Elizabeth H. Snow, *pro hac vice*
Babak Ghafarzade, *pro hac vice*
Esther D. Ness, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
cobrien@selendygay.com
esnow@selendygay.com
bghafarzade@selendygay.com
eness@selendygay.com

William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Telephone: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

*Attorneys for Plaintiffs Conrad Smith, et al.*

/s/ Mark Zaid
Mark S. Zaid, Esq., D.C. Bar No. 440532
Bradley P. Moss, Esq., D.C. Bar No. 975905
MARK S. ZAID, P.C.
1250 Connecticut Avenue N.W. Suite 700
Washington, D.C. 20036
Telephone: 202-498-0011
Facsimile: 202-330-5610
Mark@MarkZaid.com
Brad@MarkZaid.com

Matthew Kaiser, D.C. Bar No. 486272
Noah Brozinsky, D.C. Bar No. 1655789
KAISER PLLC
1099 Fourteenth Street N.W. 8th Floor
Washington, D.C. 20005
Telephone: 202-640-2850
mkaiser@kaiserlaw.com
nbrozinsky@kaiserlaw.com

Philip Andonian, D.C. Bar No. 490792 Joseph
Caleb, D.C. Bar No. 495383
CALEBANDONIAN PLLC
1100 H Street N.W. Suite 315
Washington, D.C. 20005
Telephone: 202-953-9850
phil@calebandonian.com
joe@calebandonian.com

*Attorneys for Plaintiff Sandra Garza*

/s/ Patrick Malone
Patrick A. Malone, Bar No. 397142
Daniel Scialpi, Bar No. 997556
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street N.W. Suite 800
Washington, D.C. 20005
Telephone: 202-742-1500
Facsimile: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com

*Attorneys for Plaintiffs Marcus J. Moore et al.; Bobby Tabron et al.; and Briana Kirkland*

**CERTIFICATE OF SERVICE**

I certify that on October 24, 2024, a true and correct copy of "Joint Motion to Extend Third-Party Deposition Deadlines" was served on counsel of record by the Clerk of the Court through the CM/ECF system.

*/s/ Joseph M. Sellers*