**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BARBARA J. LEE *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP *et al.*,<br><br>    *Defendants*. | Case No. 21-cv-00400 (APM)<br><br>(lead case) |
| ERIC SWALWELL,<br><br>    *Plaintiff*,<br><br>    v.<br><br>DONALD J. TRUMP *et al.*,<br><br>    *Defendants*. | Case No. 21-cv-00586 (APM)<br><br>(consolidated case) |
| JAMES BLASSINGAME *et. al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP,<br><br>    *Defendant*. | Case No. 21-cv-00858 (APM)<br><br>(consolidated case) |
| CONRAD SMITH *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP *et al.*,<br><br>    *Defendants*. | Case No. 21-cv-02265 (APM)<br><br>(consolidated case) |
| MARCUS J. MOORE *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP,<br><br>    *Defendant*. | Case No. 22-cv-00010 (APM)<br><br>(consolidated case) |

BOBBY TABRON *et al.*,

               *Plaintiffs*,

       v.

DONALD J. TRUMP,

               *Defendant*.

Case No. 22-cv-00011 (APM)

(consolidated case)

---

BRIANA KIRKLAND,

               *Plaintiff*,

       v.

DONALD J. TRUMP,

               *Defendant*.

Case No. 22-cv-00034 (APM)

(consolidated case)

---

SANDRA GARZA,

               *Plaintiff*,

       v.

DONALD J. TRUMP *et al*.,

               *Defendants*.

Case No. 23-cv-00038 (APM)

(consolidated case)

## **[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Motion to Extend Third-Party Deposition Deadlines, and finding good cause, it is hereby:

**ORDERED** that the Parties' Joint Motion is **GRANTED**.

Accordingly, the Parties may take immunity-related depositions until December 4, 2024, while the October 28, 2024, discovery deadline remains intact for all other intents and purposes.

**SO ORDERED.**

Date: _____

                                       _____

                                       The Honorable Amit P. Mehta
                                       United States District Judge