**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BARBARA J. LEE *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>      *Defendants*. | Case No. 21-cv-00400 (APM)<br><br>(lead case) |
| ERIC SWALWELL,<br><br>      *Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>      *Defendants*. | Case No. 21-cv-00586 (APM)<br><br>(consolidated case) |
| JAMES BLASSINGAME *et. al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>      *Defendant*. | Case No. 21-cv-00858 (APM)<br><br>(consolidated case) |
| CONRAD SMITH *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>      *Defendants*. | Case No. 21-cv-02265 (APM)<br><br>(consolidated case) |
| MARCUS J. MOORE *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>      *Defendant*. | Case No. 22-cv-00010 (APM)<br><br>(consolidated case) |

| | |
|---|---|
| BOBBY TABRON *et al.*,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP,<br><br>   *Defendant*. | Case No. 22-cv-00011 (APM)<br><br>(consolidated case) |
| BRIANA KIRKLAND,<br><br>   *Plaintiff*,<br><br>  v.<br><br>DONALD J. TRUMP,<br><br>   *Defendant*. | Case No. 22-cv-00034 (APM)<br><br>(consolidated case) |
| SANDRA GARZA,<br><br>   *Plaintiff*,<br><br>  v.<br><br>DONALD J. TRUMP *et al.*,<br><br>   *Defendants*. | Case No. 23-cv-00038 (APM)<br><br>(consolidated case) |

## **ORDER**

Upon consideration of the Parties' Joint Motion to Extend Third-Party Deposition Deadlines, and finding good cause, it is hereby:

**ORDERED** that the Parties' Joint Motion is **GRANTED**.

Accordingly, the Parties may take immunity-related depositions until December 4, 2024, while the October 28, 2024, discovery deadline remains intact for all other intents and purposes. The post-discovery conference scheduled for October 31, 2024, is hereby vacated and reset to December 6, 2024, at 2:15 p.m.

Amit Mehta
Digitally signed by Amit Mehta
Date: 2024.10.25 07:23:05 -04'00'

The Honorable Amit P. Mehta
United States District Judge