**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BARBARA J. LEE, et. al.,** *Plaintiffs,* v. **DONALD J. TRUMP, et. al.,** *Defendants.* | **Case No. 21-cv-00400-APM** Consolidated with Case Nos. 21-cv-00586-APM 21-cv-00858-APM 21-cv-02265-APM 22-cv-00010-APM 22-cv-00011-APM 22-cv-00034-APM 23-cv-00038-APM |

**NOTICE OF APPEARANCE**

Third-party deponent, Daniel J. Scavino, Jr., respectfully requests the Clerk of the Court enter the appearance of Stanley E. Woodward, Jr. as his counsel of record.

Dated: December 1, 2024

Respectfully submitted,

*/s/ Stanley E. Woodward, Jr.*

Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest, Suite 350
Washington, DC 20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Daniel J. Scavino, Jr.*

**CERTIFICATE OF SERVICE**

On December 1, 2024, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically transmitted to all counsel of record via CM/ECF.

*/s/ Stanley E. Woodward, Jr.*

Stanley E. Woodward, Jr. (D.C. Bar No. 997320)