# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE, et al. | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Case No. 1:21-cv-00400-APM |
| DONALD J. TRUMP, et al | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF WITHDRAWAL

Consistent with Local Rule of Civil Procedure 83.6, Gary Lawkowski of Dhillon Law Group, 2121 Eisenhower Avenue, Suite 608, Alexandria, VA 22314, hereby withdraws as attorney of record for Defendant Donald J. Trump. Defendant Donald J. Trump will continue to be represented in this matter by Jonathan Shaw.

Dated: January 17, 2025              Respectfully submitted,

/s/*Gary Lawkowski*
Gary Lawkowski
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
Telephone: 703-574-1654
GLawkowski@Dhillonlaw.com

/s/ Jonathan Shaw
Jonathan Shaw
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Telephone: 240-383-8758
JShaw@Dhillonlaw.com

I hereby consent to the above withdrawal of attorney.

_____/s/*Jonathan Shaw*
Donald J. Trump