UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br> Defendants. | Case No. 21-cv-00400 (APM) <br><br> *Consolidated Cases:* <br> *21-cv-00586 (APM)* <br> *21-cv-00858 (APM)* <br> *21-cv-02265 (APM)* <br> *22-cv-00010 (APM)* <br> *22-cv-00011 (APM)* <br> *22-cv-00034 (APM)* <br> *23-cv-00038 (APM)* |

**PRESIDENT DONALD J. TRUMP'S MOTION FOR SUMMARY JUDGMENT**

Defendant President Donald J. Trump moves this Court for summary judgment based on the doctrine of absolute presidential immunity.

In support of this motion, President Trump submits the accompanying memorandum, which is fully incorporated herein. For these foregoing reasons, as well as those contained in the accompanying memorandum, Defendant President Trump moves that the Court grant his motion.

January 24, 2025

Respectfully submitted,

/s/     *Jonathan M. Shaw*
Jonathan M. Shaw
D.C. Bar No. 446249
Gerald A. Urbanek, Jr.
VA Bar No. 95043
DHILLON LAW GROUP, INC.
2121 Eisenhower Ave, Suite 402
Alexandria, Virginia 22314
Telephone: (703) 574-1206
Facsimile: (415) 520-6593
jshaw@dhillonlaw.com

gurbanek@dhillonlaw.com

Jesse R. Binnall, VA022
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia  22314
Telephone: (703) 888-1943
Facsimile: (703) 888-1930
jesse@binnall.com

Scott Gessler*
GESSLER BLUE LAW
7350 E. Progress Place, Suite 100
Greenwood Village, Colorado 80111
Telephone: (720) 839-6637
sgessler@gesslerblue.com

*Attorneys for Defendant*
*President Donald J. Trump*


* pro hac vice forthcoming

CERTIFICATE OF SERVICE

I certify that on January 24, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/   *Jonathan M. Shaw*
Jonathan M. Shaw
D.C. Bar No. 446249

*Attorney for Defendant*
*President Donald J. Trump*