PRESIDENT DONALD J. TRUMP'S
MOTION FOR SUMMARY JUDGMENT
January 24, 2025

# EXHIBIT 23

*Lee, et al., v. Trump, et al.*
No. 1:21-cv-00400 (APM)

| | |
|---|---|
| **From:** | Stanwich, John |
| **To:** | justin@eventstrategiesinc.com |
| **Cc:** | Richardson, Marisa; Dailey, Amy; Mendelson, Lisa |
| **Subject:** | Re: [EXTERNAL] Request for Consideration |
| **Date:** | Friday, January 1, 2021 9:52:23 PM |
| **Attachments:** | NCR_Evaluation_of_Visual_Impact_Analysis_for_the_National_Mall_2018.pdf |

Justin:

Thank you very much for your message and for taking time to provide your explanation of the reasons you have enumerated for requesting an exception to President's Park long standing practice of not allowing the placement of event structures within the White House to Jefferson Memorial vista sight line.  The attached July 2018 *Evaluation of Visual Impact Analysis for Permitted Temporary Structures on the National Mall* produced by the NPS National Capital Area, Resource Stewardship and Science Cultural Resources Division articulates the basis for President's Park's standing policy for protecting the vista established in the 1934-35 Olmsted Plan from the encroachment of structures.  See particularly page 11 of the report.  This articulation is the basis for the park's long-standing practice of not allowing event structures to be placed within the 150-foot-wide vista sight line from the White House to the Jefferson Memorial.  This long-established practice is something very important to maintaining the historic and aesthetic integrity of the cultural landscape in President's Park South.

However, in your email you have articulated some compelling reasons as to why there is a very unique set of circumstances that provide a basis for a variance in this very special case. Tantamount to this is the very unusual circumstance of the visual intrusion resulting from the construction of the White House perimeter fence replacement.  This once in over a half century fence replacement project on the south side of the White House provides the very unusual basis for the park to make an exception to its long-standing park policy.  The wooden construction fence that encloses the project area along the fence line impairs views to the White House from the Ellipse.  This impairment is further aggravated the farther away from the central axis one stands.  As a central theme of your event is to connect it to the White House and the Presidency the construction fence in the view shed poses a significant visual impairment to your spectators and detracts from the visual message you are working to achieve.  Allowing your set up to be placed in the vista would provide the most direct and least impaired visual connection between your event site set up and the White House Grounds than would be the case if your set up had to be outside the vista sight line.  Furthermore, as you indicate options of placement in other areas of the Ellipse are further limited due to the existing site set up from the National Christmas Tree Lighting event site and the location of the GSA steam lines that traverse the Ellipse.

Therefore, I can extend your event an exception to the vista sight line policy.  However, I hope you will work with our NPS staff to reduce as much as possible the visual impact to the vista

DOI_TOUHY_004862

sight line.  Once again, thank you for your cooperation in helping us to understand the particulars of your event and we look forward to working with you and your team in making this a very successful event.

Please feel free to circle back if you have any questions or I can be of any assistance.

Best regards,
John


_____

**John Stanwich**
**National Park Service Liaison to the White House**
**voice:  (202) 219-0322**
**cell:     (202) 438-1200**

---

**From:** justin@eventstrategiesinc.com <justin@eventstrategiesinc.com>
**Sent:** Friday, January 1, 2021 8:10 PM
**To:** Stanwich, John <John_Stanwich@nps.gov>
**Cc:** Richardson, Marisa <Marisa_Richardson@nps.gov>; Dailey, Amy <Amy_Dailey@nps.gov>
**Subject:** [EXTERNAL] Request for Consideration

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Superintendent Stanwich-
My name is Justin Caporale and I am representing Event Strategies, Inc. who is working with Women for America First to produce their event on the Ellipse on January 6th (permit # 21-0278). I am reaching out to request permission to build out our event site in the center of southern quadrant of the Ellipse.
I am aware that there are limitations when it comes to the line-of-sight vista that stretches across the center of the Ellipse and runs from the Truman Balcony to the Jefferson Memorial. I have the greatest respect for the National Park Service and the preservation of our parks and understand that there is a long-standing practice to keep the clear the line-of-sight vista clear from obstruction. In our case, I do believe there is great value in being able to use the space designated in the vista line that includes the preservation of the Ellipse.
From a production standpoint, having our event directly in the center of the Ellipse will lend itself to a more organized event by creating a clear and straight shot pathway for our production trucks to move onto the Ellipse and load and unload. Once the main infrastructure is built out our event will

be afforded symmetry that will ultimately lead to a well-organized event that allows guests to have clear and concise egress options.
I understand that there is a concern with preventing damage to the steamline that runs underneath the Ellipse. In seeking permission to build our event setup within the Vista Sight Line we will be able to keep our infrastructure to the southern edge of the steamline which will eliminate any potential damage or obstruction to the steamline track system. That will allow the integrity of the steamline system to remain uncompromised.

The permission we are seeking would include placing the main mobile stage, press riser, and two LED screens within the designated area. The footprint of the stage and LED screen would measure approx. 155'. The press riser would be built 100' in front of the stage and the press riser would ultimately disappear under the cover of attendee's and members of the press.

In addition to the production concerns, we feel it is important to use the line-of-sight vista to properly display the majestic views of the White House in the way it was intended to be viewed. The permit holder has hosted multiple events around the District highlighting locations that are central to democracy. The White House represents the pinnacle of democracy and for this event specifically it would provide an unprecedented backdrop for a monumental event.
In addition to the reasons mentioned above, there is also unprecedented construction being performed on the White House perimeter fence line that prohibits direct line of sight from an angled position. In working through our diagrams we were unable to identify a clear line of sight from a side angle without having to place our infrastructure over the steamline tracks – which may cause damage.

The guidance provided that prohibits a stage and press riser being placed in the line-of-sight vista I would like to take any steps necessary to be afforded consideration and approval for an exemption. We will have many individuals who will be attending this event who may never get the opportunity to have this experience again. In addition to the live event audience, there will be a large press presence that will be broadcasting our event to millions at home – as an event producer I truly believe it is important to highlight our parks and all their beauty. Allowing us to setup in the Vista Sight Line will provide memorable and impressive photos and videos that will be worthy of the White House and President's Park.

I am attaching a current copy of the site layout that shows the setup that pushes to the western edge of the line-of-sight vista. With your approval our site layout would shift to the east approx. 75' to obtain a true center position. Our production team will work diligently and closely with National Park Service to identify any additional backstage components that can be moved outside of the line-of-sight vista.

I understand the unprecedented approval I am seeking and truly appreciate your consideration. Given the combination of the White House Fence construction, the Christmas Tree setup, the limited timeframe, and the large number of guests expected I do feel that we are in a unique situation where an exception could be granted, and the site shifted to true center at the direction of the National Park Service.

We begin laying the protective floor covering tomorrow morning at 7am. Thank you for your time and consideration.

Respectfully,

---
**Justin Caporale**
direct/text: 315-794-7950
[www.eventstrategiesinc.com](www.eventstrategiesinc.com)

*CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Event Strategies, Inc.*