PRESIDENT DONALD J. TRUMP'S
MOTION FOR SUMMARY JUDGMENT
January 24, 2025

# EXHIBIT 38

*Lee, et al., v. Trump, et al.*
No. 1:21-cv-00400 (APM)

