PRESIDENT DONALD J. TRUMP'S
MOTION FOR SUMMARY JUDGMENT
January 24, 2025

# EXHIBIT 42

*Lee, et al., v. Trump, et al.*
No. 1:21-cv-00400 (APM)

For Attorney's Eyes Only: Not for Distribution

| From: | Dansky Bari, Dominique A. EOP/WHO |
|---|---|
| Sent: | Wednesday, January 6, 2021 10:44 PM UTC |
| To: | Dansky Bari, Dominique A. EOP/WHO |
| Subject: | Remarks by President Trump at a Save America Rally |

THE WHITE HOUSE

Office of the Press Secretary
_____

Internal Transcript                                    January 6,
2021

REMARKS BY PRESIDENT TRUMP
AT A SAVE AMERICA RALLY

The Ellipse
Washington, D.C.

12:00 P.M. EST

    THE PRESIDENT:  (Inaudible.)  (Microphone turned off.)
The media will not show the magnitude of this crowd.  Even I,
when I turned on today, I looked and I saw thousands of people
here, but you don't see hundreds of thousands of people behind
you because they don't want to show that.  We have hundreds of
thousands of people here, and I just want them to be
recognized by the fake news media.  Turn your cameras, please,
and show what's really happening out here, because these
people are not going to take it any longer.  They're not going
to take it any longer.

    Go ahead, turn your cameras please.  Would you show?
They came from all over the world actually, but they came from
all over our country.

    I just really want to see what they do.  I just want to
see how they covered.  I've never seen anything like it.  But
it would be really great if we could be covered fairly by the
media.  The media is the biggest problem we have, as far as
I'm concerned.  Single biggest problem.  (Applause.)  The fake

NARA_PROD_097096

For Attorney's Eyes Only: Not for Distribution

news and the big tech.  Big tech is now coming into their own.  We beat them four years ago.  We surprised them; we took them by surprise.  And this year, they rigged an election. They rigged it like they've never rigged an election before. And, by the way, last night they didn't do a bad job either, if you notice.

I'm honest -- and I just -- again, I want to thank you. It's just a great honor to have this kind of crowd and to be before you and hundreds of thousands of American patriots who are committed to the honesty of our elections and the integrity of our glorious republic.

All of us here today do not want to see our election victory stolen by emboldened radical-left Democrats -- which is what they're doing -- and stolen by the fake news media. That's what they've done and what they're doing.  We will never give up.  We will never concede.  It doesn't happen. You don't concede when there's theft involved.  (Applause.)

Our country has had enough.  We will not take it anymore, and that's what this is all about.  And to use a favorite term that all of you people really came up with: We will stop the steal.  (Applause.)

Today I will lay out just some of the evidence proving that we won this election, and we won it by a landslide.  This was not a close election.  You know, I say sometimes jokingly, but there's no joke about it: I've been in two elections; I won them both, and the second one I won much bigger than the first.  Okay?  (Applause.)

Almost 75 million people voted for our campaign -- the most of any incumbent president, by far, in the history of our country.  Twelve million more people than four years ago. (Applause.)  And I was told by the real pollsters -- we do have real pollsters.  They know that we were going to do well and we were going to win.  What I was told: If I went from 63 million, which we had four years ago, to 66 million, there was no chance of losing.  Well, we didn't go to 66; we went to 75 million.  (Applause.)  And they say we lost.  We didn't lose.

And, by the way, does anybody believe that Joe had 80 million votes?  Does anybody believe that?

AUDIENCE:  No!

For Attorney's Eyes Only: Not for Distribution

THE PRESIDENT:  He had 80 million computer votes.  It's a disgrace.  There's never been anything like that.  You could take third-world countries.  Just take a look.  Take third-world countries: Their elections are more honest than what we've been going through in this country.  It's a disgrace.  It's a disgrace.

Even when you look at last night, they're all running around like chickens with their heads cut off, with boxes.  And nobody knows what the hell is going on.  There's never been anything like this.  We will not let them silence your voices.  We're not going to let it happen.  (Applause.)  Not going to let it happen.

AUDIENCE:  Fight for Trump!  Fight for Trump!  Fight for Trump!

THE PRESIDENT:  Thank you.  And I'd love to have, if those tens of thousands of people would be allowed -- the military, the Secret Service -- and we want to thank you.  And the police and law enforcement.  Great.  You're doing a great job.  (Applause.)  But I'd love it if they could be allowed to come up here with us.  Is that possible?  Can you just let them come up, please?

And, Rudy, you did a great job.  He's got guts.  You know what?  He's got guts.  Unlike a lot of people in the Republican Party, he's got guts.  He fights.  He fights.  And I'll tell you, thank you very much, John.  Fantastic job.  I watched.  That's a tough act to follow, those two.  John is one of the most brilliant lawyers in the country, and he looked at this and he said, "What an absolute disgrace that this can be happening to our Constitution."  And he looked at Mike Pence -- and I hope Mike is going to do the right thing.  I hope so.  I hope so.  Because if Mike Pence does the right thing, we win the election.  All he has to do -- all -- this is -- this is from the number one, or certainly one of the top, constitutional lawyers in our country.  He has the absolute right to do it.

We're supposed to protect our country, support our country, support our Constitution, and protect our Constitution.

States want to revote.  The states got defrauded.  They were given false information.  They voted on it.  Now they want to recertify.  They want it back.  All Vice President

NARA_PROD_097098

For Attorney's Eyes Only: Not for distribution

Pence has to do is send it back to the states to recertify, and we become president, and you are the happiest people. (Applause.)

And I actually -- I just spoke to Mike. I said, "Mike that doesn't take courage. What takes courage is to do nothing." That takes courage. And then we're stuck with a president who lost the election by a lot, and we have to live with that for four more years. We're just not going to let that happen.

Many of you have traveled from all across the nation to be here, and I want to thank you for the extraordinary love. That's what it is. There's been movement like this ever, ever. (Applause.) For the extraordinary love for this amazing country --

AUDIENCE: We love Trump! We love Trump! We love Trump!

THE PRESIDENT: -- and this amazing movement. Thank you.

AUDIENCE: We love Trump! We love Trump! We love Trump!

THE PRESIDENT: By the way, this goes all the way back past the Washington Monument. Do you believe this? Look at this. (Applause.) That is -- unfortunately gave -- they gave the press the prime seats. I can't stand that. (Laughter.) No, but you look at that, behind. I wish they'd flip those cameras and look behind you. That is the most amazing sight. When they make a mistake, you get to see it on television. Amazing. Amazing. All the way back.

And don't worry, we will not take the name off the Washington Monument. We will not. (Applause.) Cancel culture. You know, they wanted to get rid of the Jefferson Memorial -- either take it down or just put somebody else in there. I don't think that's going to happen. It damn well better not.

Although, with this administration -- if this happens -- it could happen -- you'll see some really bad things happen. They'll knock out Lincoln too, by the way. They've been taking his statue down. But then we signed a little law: You hurt our monuments, you hurt our heroes, you go to jail for 10

NARA_PROD_097099

For Attorney's Eyes Only: Not for distribution

years.  And everything stopped.  Do you notice that?  It
stopped.  It all stopped.  (Applause.)

     And they could use Rudy back in New York City.
(Applause.)  Rudy, they could use you.  Your city is going to
hell.  They want Rudy Giuliani back in New York.  We'll get a
little younger version of Rudy.  Is that okay, Rudy?

     We're gathered together in the heart of our nation's
capital for one very, very basic and simple reason: to save
our democracy.  (Applause.)

     You know, most candidates on election evening -- and, of
course, this thing goes on so long, they still don't have any
idea what the votes are.  We still have congressional seats
under review.  They have no idea.  They've totally lost
control.  They've used the pandemic as a way of defrauding the
people in a proper election.

     AUDIENCE:  Booo --

     THE PRESIDENT:  But, you know -- you know when you see
this and when you see what's happening, number one, they all
say, "Sir, we'll never let it happen again."  I said, "That's
good, but what about eight weeks ago?"  You know, they try and
get you to go.  They say, "Sir, in four years, you're
guaranteed."  I said, "I'm not interested right now.  Do me a
favor: Go back eight weeks.  I want to go back eight weeks.
Let's go back eight week."  (Applause.)  We want to go back
and we want to get this right, because we're going to have
somebody in there that should not be in there, and our country
will be destroyed, and we're not going to stand for that.
(Applause.)

     For years, Democrats have gotten away with election
fraud.  And weak Republicans -- and that's what they are.
There's so many weak Republicans.  And we have great ones: Jim
Jordan and some of these guys; they're out there fighting.
The House guys are fighting.  But it's -- it's incredible.
Many of the Republicans, I helped them get in.  I helped them
get elected.  I helped Mitch get elected.  I helped.  I could
name 24 of them, let's say.  I won't bore you with it.

     And then, all of a sudden, you have something like this,
and it's like, "Oh, gee, maybe I'll talk to the President
sometime later."  No, it's amazing.  They're weak
Republicans.  They're pathetic Republicans.  And that's what

For Attorney's Eyes Only: Not for Distribution

happens.  If this happened to the Democrats, there'd be hell all over the country going on.  There'd be hell all over the country.

But just remember this: You're stronger.  You're smarter.  You've got more going than anybody.  And they try and demean everybody having to do with us, and you're the real people.  You're the people that built this nation.  You're not the people that tore down our nation.  (Applause.)

The weak Republicans -- and that's it.  I really believe it.  I think I'm going to use the term "the weak Republicans."  You got a lot of them.  And you got a lot of great ones, but you got a lot of weak ones.  They've turned a blind eye, even as Democrats enacted policies that chipped away our jobs, weakened our military, threw open our borders, and put America last.

Did you see the other day where Joe Biden said, "I want to get rid of the America First policy"?  What's that all about?  Get rid of -- how do you say, "I want to get rid of America First"?  Even if you're going to do it, don't talk about it.  Right?  (Laughter.)  Unbelievable, what we have to go through.  What we have to go through.

And you have to get your people to fight.  And if they don't fight, we have to primary the hell out of the ones that don't fight.  (Applause.)  You primary them.  We're going to -- we're going to let you know who they are.  I can already tell you, frankly.

But this year, using the pretext of the China virus and the scam of mail-in ballots, Democrats attempted the most brazen and outrageous election theft -- and there's never been anything like this; it's a pure theft -- in American history.  Everybody knows it.  That election -- our election was over at 10 o'clock in the evening.  We're leading Pennsylvania, Michigan, Georgia, every -- by hundreds of thousands of votes.  And then late in the evening or early in the morning, *boom*, these explosions of bullshit.  (Applause.)  And all of a sudden -- all of a sudden, it started to happen.

AUDIENCE:  Stop the steal!  Stop the steal!  Stop the steal!

Bullshit!  Bullshit!  Bullshit!

For Attorney's Eyes Only: Not for Distribution

THE PRESIDENT:  Don't forget when Romney got beat. Romney -- oiy.  Did you see his -- I wonder if he enjoyed his flight in last night.  (Applause.)

But when Romney got beaten, you know, he stands up like your more typical: "Well, I'd like to congratulate the victor."  The victor?  Who is the victor, Mitt?  "I'd like to congratulate."  They don't go and look at the facts.  Now, I don't know, he got -- he got slaughtered, probably.  Maybe it was okay.  Maybe it was -- but that's what happened.  But we look at the facts, and our election was so corrupt that in the history of this country we've never seen anything like it. You can go all the way back.

You know, America is blessed with elections.  All over the world, they talk about our elections.  You know what the world says about us now?  They said we don't have free and fair elections.  And you know what else?  We don't have a free and fair press.  Our media is not free.  It's not fair.

AUDIENCE:  Booo --

THE PRESIDENT:  It's suppresses thought.  It suppresses speech.  And it's become the enemy of the people.  It's become the enemy of the people.  It's a -- it's the biggest problem we have in this country.  No third-world countries would even attempt to do what we caught them doing.  And you'll hear about that in just a few minutes.

Republicans are -- (applause) -- Republicans are constantly fighting like a boxer with his hands tied behind his back.  It's like a boxer.  And we want to be so nice.  We want to be so respectful of everybody, including bad people. And we're going to have to fight much harder.

And Mike Pence is going to have to come through for us. And if he doesn't, that will be a sad day for our country because you're sworn to uphold our Constitution.  (Applause.) Now it is up to Congress to confront this egregious assault on our democracy.  And after this, we're going to walk down -- and I'll be there with you -- we're going to walk down -- (applause) -- we're going to walk down -- anyone you want, but I think right here we're going to walk down to the Capitol. (Applause.)

And we're going to cheer on our brave senators and congressmen and women.  And we're probably not going to be cheering so much for some of them -- (laughter) -- because

NARA_PROD_097102

For Attorney's Eyes Only: Not for distribution

you'll never take back our country with weakness.  You have to
show strength, and you have to be strong.

    We have come to demand that Congress do the right thing
and only count the electors who have been lawfully slated --
lawfully slated.  I know that everyone here will soon be
marching over to the Capitol building to peacefully and
patriotically make your voices heard.

    Today, we will see whether Republicans stand strong for
integrity of our elections, but whether or not they stand
strong for our country.  Our country.

    Our country has been under siege for a long time, far
longer than this four-year period.  We've set it on a much
straighter course, a much -- and we -- I thought, you know,
four more years.  I thought it would be easy.  We created the
greatest economy in history.  We rebuilt our military.  We get
you the biggest tax cuts in history.  Right?  We got you the
biggest regulation cuts.  There's no President, whether it's
four years, eight years, or in one case more, got anywhere
near the regulation cuts.  It used to take 20 years to get a
highway approved; now we're down to two.  I want to get it
down to one, but we're down to two.  And it may get rejected
for environmental or safety reasons, but we got it down, the
safety.

    We created Space Force.  We re- -- look at what we did.
Our military has been totally rebuilt.  So we create Space
Force, which by and of itself is a major achievement for an
administration.  And with us, it's one of so many different
things.

    Right to Try.  Everybody know about Right to Try.  We did
things that nobody ever thought possible.  We took care of our
vets.  Our vets -- the VA now has the highest rating, 91
percent -- the highest rating that it's had from the
beginning.  Ninety-one percent approval rating.  Always, you
watched the VA -- it was on television every night -- people
living in a horrible, horrible manner.  We got that done.

    We got Accountability done.  We got it so that now, at
the VA, you don't have to wait for four weeks, six weeks,
eight weeks, four months to see a doctor.  If you can't get a
doctor, you go outside, you get the doctor.  You have them
taken care of.  And we pay the doctor.  And we've not only
made life wonderful for so many people; we've saved tremendous

For Attorney's Eyes Only: Not for Distribution

amounts of money -- far secondarily, but we've saved a lot of money.

And now we have the right to fire bad people in the VA. We had 9,000 people that treated our veterans horribly. In primetime, they would not have treated our veterans badly. But they treated our veterans horribly.

And we have what's called the Account- -- the VA Accountability Act. And the Accountability says: If we see somebody in there that doesn't treat our vets well, or they steal, they rob, they do things badly, we say "Joe, you're fired. Get out of here." (Applause.) Before, you couldn't do that. You couldn't do that before.

So we've taken care of things. We've done things like nobody has ever thought possible. And that's part of the reason that many people don't like us -- because we've done too much. But we've done it quickly.

And we were going to sit home and watch a big victory. And everybody had us down for a victory. It was going to be great. And now we're out here fighting. I said to somebody I was going to take a few days and relax after our big electoral victory. Ten o'clock, it was over. But I was going to take a few days. And I can say this: Since our election, I believe -- which was such a catastrophe when I watched.

And even these guys knew what happened. They know what happened. They're saying, "Wow, Pennsylvania is insurmountable. Wow." Wisconsin -- look at the big leads we had. Right? Even though the press said, "We lose Wisconsin by 17 points"; even though the press said, "Ohio is going to be close," we set a record. "Florida is going to be close." We set a record. "Texas is going to be close. Texas is going to be close." We set a record. And we set a record with Hispanic, with the black community. (Applause.) We set a record with everybody.

Today, we see a very important event, though. Because right over there, right there, we see the event going to take place, and I'm going to be watching because history is going to be made. We're going to see whether or not we have great and courageous leaders, or whether or not we have leaders that should be ashamed of themselves.

NARA_PROD_097104

For Attorney's Eyes Only: Not for distribution

Throughout history, throughout eternity, they'll be ashamed.  And you know what?  If they do the wrong thing, we should never, ever forget that they did.  Never forget.  We should never, ever forget.

With only three of the seven states in question, we win the presidency of the United States.  And, by the way, it's much more important today than it was 24 hours ago because -- and don't -- I spoke to David Perdue -- what a great person -- and Kelly Loeffler, two great people.  But it was a setup.  And, you know, I said, "We have no backline anymore."  The only backline, the only line of demarcation, the only line that we have is the veto of the President of the United States.  So this is now, what we're doing, a far more important election than it was two days ago.

I want to thank the more than 140 members of the House; those are warriors.  They're over there working like you've never seen before -- studying, talking.  Actually, going all the way back, studying the roots of the Constitution because they know we have the right to send a bad vote that was illegally gotten.  They gave these people bad things to vote for, and they voted, because what did they know?  And then, when they found out a few weeks later -- again, it took them four years to devise this (inaudible).

And the only unhappy person in the United States, single most unhappy, is Hillary Clinton, because she said, "Why didn't you do this for me four years ago?"  (Laughter.)  "Why didn't you do this for me four years ago?  Change the votes -- 10,000 in Michigan.  You could have changed the whole thing."  But she's not too happy.  You notice you -- you don't see her anymore.  What happened?  Where is Hillary?  Where is she?

But I want to thank all of those congressmen and women.  I also want to thank our 13 most courageous members of the U.S. Senate: Senator Ted Cruz, Senator Ron Johnson, Senator Josh Hawley, Kelly Loeffler.  And Kelly Loeffler, I'll tell you, she has been -- she's been so great.  She works so hard.  So let's give her and David a little special hand, because it was rigged against them.  Let's give her and David.

Kelly Loeffler, David Perdue -- they fought a good race.  They never had a shot.  That equipment should never have been allowed to be used.  And I was telling these people, "Don't let them use this stuff."  Marsha Blackburn, terrific person.  Mike Braun -- Indiana.  Steve Daines, great guy.  Bill

For Attorney's Eyes Only: Not for Distribution

Hagerty.  John Kennedy.  James Lankford.  Cynthia Lummis.
Tommy Tuberville -- the coach.  And Roger Marshall.  We want
to thank them.  Senators who have stepped up, we want to thank
them.  (Applause.)

I actually think though it takes, again, more courage not
to step up, and I think a lot of those people are going to
find that out.  And you better start looking at your
leadership because your leadership has led you down the tubes,
you know.  "We don't want to give $2,000 to people.  We want
to give them $600."  "Oh, great."  How does that play,
politically?  Pretty good?  And this has nothing to do with
politics, but how does it play, politically?

China destroyed these people.  We didn't destroy them.
China destroyed them.  Totally destroyed them.  "We want to
give them $600."  And they just wouldn't change.  I said,
"Give them $2,000.  We'll pay it back.  We'll pay it back
fast.  You already owe $26 trillion.  Give them a couple of
bucks.  Let them live.  Give them a couple of bucks."
(Applause.)

And some of the people here disagree with me on that, but
I -- I just say, look, you got to let people live.  And how
does that play, though?  Okay?  Number one, it's the right
thing to do.  But how does that play, politically?  I think
it's the primary reason -- one of the primary reasons.  The
other was just pure cheating.  That was the primary -- super
primary reason.  But you can't do that.  You got to use your
head.

As you know, the media has constantly asserted the
outrageous lie that there was no evidence of widespread
fraud.  Do you ever see these people?  "While there is no
evidence of fraud…"  Oh, really?  Well, I'm going to read you
pages.  I hope you don't get bored listening to it.  Promise -
- don't get bored listening to it, all those hundreds of
thousands of people back there.  Move them up, please.  Yeah.
All they -- all these people, don't get bored.  Don't get
angry at me because you're going to get bored because it's so
much.

The American people do not believe the corrupt fake news
anymore.  They have ruined their reputation.  (Applause.)
But, you know, it used to be that they'd argue with me.  I'd

For Attorney's Eyes Only: Not for Distribution

fight so -- I'd fight, they'd fight, I'd fight, they'd fight -- boom, boom.  You'd believe me.  You'd believe them. Somebody comes out.  You know, they had their point of view; I had my point of view.  But you'd have an argument.

Now what they do is they go silent.  It's called "suppression."  And that's what happens in a communist country.  That's what they do: They suppress.  You don't fight with them anymore, unless it's a bad story.  If they have a little bad story about me, they make it 10 times worse, and it's a major headline.

But Hunter Biden -- they don't talk about him.  What happened to Hunter?  Where's Hunter?  Where is Hunter?  They don't talk about him.  Now watch: All the sets will go off. Well, they can't do that because they get good ratings. (Laughs.)  The ratings are too good.

No, where is Hunter?  You know?  And how come Joe was allowed to give a billion dollars of money to get rid of the prosecutor in Ukraine?  How does that happen?  I'd ask you that question: How does that happen?  Can you imagine if I said that?  If I said that, it would be a whole different ballgame.

And how come Hunter gets three and a half million dollars from the mayor of Moscow's wife; and gets hundreds of thousands of dollars to sit in an energy board, even though he admits he has no knowledge of energy; and millions of dollars up front?  And how come they go into China and they leave with billions of dollars to manage?  "Have you managed money before?"  "No, I haven't."  "Oh, that's good.  Here's about $3 billion."  (Laughter.)

No, they don't talk about that.  No, we have a corrupt media.  They've gone silent.  They've gone dead.  I now realize how good it was if you go back 10 years.  I realize how good -- even though I didn't necessarily love them, I realized how good -- it was like a cleansing motion, right? But we don't have that anymore.  We don't have a fair media anymore.  It's suppression, and you have to be very careful with that.  And they've lost all credibility in this country.

We will not be intimidated into accepting the hoaxes and the lies that we've been forced to believe.  Over the past

For Attorney's Eyes Only: Not for Distribution

several weeks, we've amassed overwhelming evidence about a fake election.  This is the presidential election.  Last night was a little bit better because of the fact that we had a lot of eyes watching one specific state, but they cheated like hell anyway.

You have one of the dumbest governors in the United States.  (Laughter.)  And, you know, when I endorsed him at -- I didn't know this guy -- at the request of David Perdue -- he said, "A friend of mine is running for governor, what's-his-name."  And you know the rest.  He was in fourth place, fifth place -- I don't know.  He was way -- he was doing poorly.  I endorsed him.  He went like a rocket ship, and he won.

And then I had to beat Stacey Abrams with this guy, Brian Kemp.  I had to beat Stacey Abrams.  And I had to beat Oprah -- used to be a friend of mine.  You know, I was on her last show -- her last week.  She picked the five outstanding people.  I don't think she thinks that anymore.  Once I ran for President, I didn't notice there were too many calls coming in from Oprah.  Believe it or not, she used to like me.  But I was one of the five outstanding people.

And I had a campaign against Michelle Obama and Barack Hussein Obama against Stacey.

AUDIENCE:  Booo --

THE PRESIDENT:  And I had Brian Kemp.  He weighs 130 pounds.  He said he played offensive line in football.  I'm trying to figure that out.  I'm still trying to figure out. (Laughter.)  He said that the other night: "I was an offensive lineman."  I'm saying, "Really?  That must have been a very small team."  (Laughter.)

But I look at that and I look at what's happened, and he turned out to be a disaster.  This stuff happens.  You know -- look, I'm not happy with the Supreme Court.  They love to rule against me.  I picked three people.  I fought like hell for them.  One, in particular, I fought.  They all said, "Sir, cut him loose.  He's killing us."  Senators -- you know, very loyal senators.  They're very loyal people.  "Sir, cut him loose.  He's killing us, sir.  Cut him loose, sir."  I must have gotten half of the senators.

For Attorney's Eyes Only: Not for Distribution

I said, "No, I can't do that.  It's unfair to him and it's unfair to the family.  He didn't do anything wrong.  They made up stories.  They're all made-up stories.  He didn't do anything wrong."  "Cut him loose, sir."  I said, "No, I won't do that."  We got him through.

And you know what?  They couldn't give a damn.  They couldn't give a damn.  Let him rule the right way, but it almost seems that they're all going out of their way to hurt all of us and to hurt our country -- to hurt our country.

You know, I read a story in one of the newspapers recently how I control the three Supreme Court justices; I control them; they're puppets.  I read it about Bill Barr -- that he's my personal attorney, that he'll do anything for me.  And I said, "You know, it really is genius, because what they do is that -- and it makes it really impossible for them to ever give you a victory, because all of a sudden, Bill Barr changed, if you hadn't noticed.  I like Bill Barr, but he changed, because he didn't want to be considered my "personal attorney."

And the Supreme Court, they rule me against me so much.  You know why?  Because the story is -- I haven't spoken to any of them -- any of them -- since, virtually, they got in.  But the story is that they're my puppet, right?  That they're puppets.  And now they -- the only way they can get out of that -- because that hate that; it's not good on the social circuit.  And the only way they get out is to rule against Trump.  "So let's rule against Trump."  And they do that.  So I want to congratulate them.

But it shows you the media's genius.  In fact, probably, if I was the media, I'd do it the same way.  I hate to say it.  But we got to get them straightened out.

Today, for the sake of our democracy, for the sake of our Constitution, and for the sake of our children, we lay out the case of the entire world to hear.  Do you want to hear it?

AUDIENCE:  Yeah!

THE PRESIDENT:  In every single swing state, local officials, state officials, almost all Democrats made illegal and unconstitutional changes to election procedures without

For Attorney's Eyes Only: Not for Distribution

the mandated approvals by the state legislatures; that these
changes pave the way for fraud on a scale never seen before.
And I think we can go a long way outside of our country when I
say that.

So, just in a nutshell, you can't make a change on voting
for a federal election unless the state legislature approves
it.  No judge can undo it.  Nobody can do it.  Only a
legislature.

So, as an example, in Pennsylvania or whatever, you have
a Republican legislature, you have a Democrat mayor, and you
have a lot of Democrats all over the place.  They go to the
legislature, the legislature laughs at them, says, "We're not
going to do that."  They say, "Thank you very much."  Then
they go and make the changes themselves.  They do it anyway.
And that's totally illegal.  That's totally illegal.  You
can't do that.

In Pennsylvania, the Democrat secretary of state and the
Democrat state supreme court justices illegally abolished the
signature verification requirements just 11 days prior to the
election.  So think of what they did: No longer is there
signature verification.  "Oh, that's okay."  We want voter ID,
by the way.  But no longer is there signature verification.
Eleven days before the election, they say, "We don't want
it."  You know why they don't want to?  Because they want to
cheat.  That's the only reason.

Who would even think of that?  We don't want to verify a
signature?  There were over 205,000 more ballots counted in
Pennsylvania.  Now, think of this: You had 205,000 more
ballots than you had voters.  That means you had 200- -- where
did they come from?  You know where they came from?
Somebody's imagination.  Whatever they needed.  So, in
Pennsylvania, you had 205,000 more votes than you had voters.
And it's -- the number is actually much greater than that
now.  That was as of a week ago.  And this is a mathematical
impossibility, unless you want to say it's a total fraud.  So,
Pennsylvania was defrauded.

Over 8,000 ballots in Pennsylvania were cast by people
whose names and dates of birth match individuals who died in
2020 and prior to the election.  Think of that: dead people.
Lots of dead people.  Thousands.  And some dead people
actually requested an application.  That bothers me even
more.  (Laughter.)  Not only are they voting; they want an

For Attorney's Eyes Only: Not for Distribution

application to vote.  One of them was 29 years ago died.  It's
incredible.

Over 14,000 ballots were cast by out-of-state voters.  So
these are voters that don't live in the state.  And, by the
way, these numbers are what they call "outcome determinative,"
meaning these numbers far surpass -- I lost by a very little
bit.  These numbers are massive.  Massive.

More than 10,000 votes in Pennsylvania were illegally
counted, even though they were received after Election Day.
In other words, they were received after Election Day.  Let's
count them anyway.  And what they did in many cases is they
did fraud, they took the date and they moved it back so that
it no longer is after Election Day.

And more than 60,000 ballots in Pennsylvania were
reported received back -- they got back -- before they were
ever supposedly mailed out.  In other words, you got the
ballot back before you mailed it, which is also logically and
logistically impossible.  Right?  Think of that one: You got
the ballot back.  "Let's send the ballots."  "Oh, they've
already been sent."  But we got the ballot back before they
were sent.  I don't think that's too good.  Right?

Twenty-five thousand ballots in Pennsylvania were
requested by nursing home residents, all in a single giant
batch -- not legal -- indicating an enormous illegal ballot
harvesting operation.  You're not allowed to do it.  It's
against the law.

The day before the election, the state of Pennsylvania
reported the number of absentee ballots that had been sent
out, yet this number was suddenly and drastically increased by
400,000 people.  It was increased -- nobody knows where it
came from -- by 400,000 ballots one day after the election.
It remains totally unexplained.  They said, "Well, we can't
figure that."  Now, that's many, many times what it would take
to overthrow the state.  Just that one element.  Four hundred
thousand ballots appeared from nowhere right after the
election.

By the way, Pennsylvania has now seen all of this.  They
didn't know because it was so quick.  They had a vote.  They
voted.  But now they see all this stuff; it's all come to
light.  Doesn't happen that fast.  And they want to re-certify
their votes.  They want to recertify.  But the only way that

NARA_PROD_097111

For Attorney's Eyes Only: Not for distribution

can happen is if Mike Pence agrees to send it back.
(Applause.)  Mike Pence has to agree to send it back.

    AUDIENCE:  Send it back!  Send it back!  Send it back!

    THE PRESIDENT:  And many people in Congress want it sent
back.  And think of what you're doing: Let's say you don't do
it.  Somebody says, "Well we have to obey the Constitution,"
and you are, because you're protecting our country and you're
protecting the Constitution, so you are.  But think of what
happens.  Let's say they're stiffs and they're stupid people,
and they say, "Well, we really have no choice," even though
Pennsylvania and other states want to redo their votes.  They
want to see the numbers.  They already have the numbers.  It'd
go very quickly.  And they want to redo.  Their legislature --
because many of these votes were taken, as I said, because it
wasn't approved by their legislature.  You know?  That in
itself is illegal.  And then you have the scam.  And that's
all in the things that we're talking about.

    But think of this: If you don't do that, that means you
will have a President of the United States for four years,
with his wonderful son -- you will have a President who lost
all of these states.  Or you will have a President, to put it
another way, who was voted on by a bunch of stupid people who
lost all of these states.  You will have an illegitimate
President.  That's what you'll have.  And we can't let that
happen.

    These are the facts that you won't hear from the fake
news media.  It's all part of the suppression effort.  They
don't want to talk about it.  They don't want to talk about
it.

    In fact, when I started talking about that, I guarantee
you, a lot of the television sets and a lot of those cameras
went off.  And that's a lot of cameras back there.  But a lot
of them went off.

    AUDIENCE:  Booo --

    THE PRESIDENT:  But these are the things you don't hear
about.  You don't hear it those -- what you just heard.  And
I'm going to go over a few more states.  But you don't hear it
by the people who want to deceive you and demoralize you and
control you -- big tech, media -- just like the suppression
polls that said we're "going to lose Wisconsin by 17 points."

For Attorney's Eyes Only: Not for Distribution

Well, we won Wisconsin.  They don't have it that way, because they lost just by a little sliver.  But they had me down the day before -- Washington Post-ABC poll down 17 points.  I called up a real pollster; I said, "What is that?"  "Sir, that's called a suppression poll.  I think you're going to win Wisconsin, sir."  I said, "But why don't they make it four or five points?"  Because then people vote.  But when you down 17, they say, "Hey, I'm not going to waste my time.  I love the President but there's no way."  Despite that -- despite that, we won Wisconsin.  It's going to see -- I mean, you'll see.  (Applause.)

But that's called suppression because a lot of people, when they see that -- it's very interesting: This pollster said, "Sir, if you're down three, four, five, people vote.  When you go down 17, they say, 'Let's save -- let's go and have dinner and let's watch the presidential defeat tonight on television, darling.'"

And just like the radical left tries to blacklist you on social media, every time I put out a tweet, that's -- even if it's totally correct -- totally correct -- I get a flag.  I get a flag.  And they also don't let you get out.  You know, on Twitter, it's very hard to come onto my account.  It's very hard to get out a message.  They don't let the message get out nearly like they should.  But I've had many people say, "I can't get on your Twitter."  I don't care about Twitter.  Twitter is bad news.  They're all bad news.  But you know what?  If you want to -- if you want to get out a message, and if you want to go through big-tech social media, they are really -- if you're a conservative, if you're Republican, if you have a big voice -- I guess they call it "shadow ban."  Right?  Shadow ban.  They shadow-ban you.  And it should be illegal.

I've been telling these Republicans, "Get rid of Section 230."  (Applause.)  And for some reason, Mitch and the group, they don't want to put it in there.  And they don't realize that that's going to be the end of the Republican Party as we know it.  But it's never going to be the end of us.  Never.  Let them get out.  Let -- let the weak ones get out.  This is a time for strength.

They also want to indoctrinate your children in school by teaching them things that aren't so.  They want to indoctrinate your children.  It's all part of the comprehensive assault on our democracy, and the American

NARA_PROD_097113

For Attorney's Eyes Only: Not for Distribution

people are finally standing up and saying "no."  This crowd
is, again, a testament to it.  I did no advertising.  I did
nothing.

    You do have some groups that are big supporters.  I want
to thank that, Amy and everybody.  We have some incredible
supporters.  Incredible.  But we didn't do anything.  This
just happened.

    Two months ago, we had a massive crowd come down to
Washington.  I said, "What are they there for?"  "Sir, they're
there for you."  We have nothing to do with it.  These groups
are for- -- they're forming all over the United States.  And
we got to remember: In a year from now, you're going to start
working on Congress.  And we got to get rid of the weak
Congress people, the ones that aren't any good, the Liz
Cheneys of the world.  We got to get rid of them.  We got to
get rid.

    You know, she never wants a soldier brought home.  Twenty
-- I brought a lot of our soldiers home.  I don't know.  Some
might like it.  They're in countries that nobody even knows
the name; nobody knows where they are.  They're dying.
They're great, but they're dying.  They're losing their arms,
their legs, their face.  I brought them back home -- largely,
back home -- Afghanistan, Iraq.  Remember I used to say in the
old days, "Don't go in Iraq, but if you go in, keep the oil."
We didn't keep the oil.  So stupid.  So stupid, these people.

    And Iraq has billions and billions of dollars now in the
bank.  And what did we do?  We get nothing.  We never get.
But we do, actually.  We kept the oil here.  We -- we did
good.  We got rid of the ISIS caliphate.  We got rid of plenty
of different things that everybody knows.  And the rebuilding
of our military in three years, people said it couldn't be
done.  And it was all made in the USA.  All made in the USA.
Best equipment in the world.

    In Wisconsin, corrupt Democrat-run cities deployed more
than 500 illegal, unmanned, unsecured drop boxes, which
collected a minimum of 91,000 unlawful votes.  It was razor
thin -- the loss.  This one thing alone is much more than we
would need, but there are many things.

    They have these lock boxes, and, you know, they'd pick
them up and they'd disappear for two days.  People would say,

For Attorney's Eyes Only: Not for distribution

"Where's that box?  They've disappeared."  Nobody even knew where the hell it was.

In addition, over 170,000 absentee votes were counted in Wisconsin without a valid absentee ballot application.  So they had a vote, but they had no application, and that's illegal in Wisconsin -- meaning those votes were blatantly done in opposition to state law.  And they came 100 percent from Democrat areas such as Milwaukee and Madison.  A hundred percent.

In Madison, 17,000 votes were deposited in so-called "human drop boxes." -- you know what that is, right? -- where operatives stuffed thousands of unsecured ballots into duffel bags on park benches across the city, in complete defiance of cease-and-desist letters from state legislature.  Your state legislature said, "Don't do it."  They're the only ones that could approve it.  They gave tens of thousands of votes.  They came in in duffel bags.  Where the hell did they come from?

According to eyewitness testimony, Postal Service workers in Wisconsin were also instructed to illegally backdate approximately 100,000 ballots.  The margin of difference in Wisconsin was less than 20,000 votes.  Each one of these things alone wins us the state.  Great state.  We love the state.  We won the state.

In Georgia, your secretary of state, who I can't believe this guy is a Republi- -- he loves recording telephone conversations.  You know, that was a -- I thought it was a great conversation, personally.  So did a lot of other -- people loved that conversation because it says what's going on.  These people are crooked.  They're 100 percent, in my opinion, one of the most corrupt between your governor and your secretary of state.  And now you have it again last night.  Just take a look at what happened.  What a mess.

And the Democrat Party operatives entered into an illegal and unconstitution- -- unconstitutional settlement agreement that drastically weakened signature verification and other election security procedures.  Stacey Abrams -- she took them to lunch.  And I beat her, two years ago, with a bad candidate -- Brian Kemp.  But they took -- the Democrats took the Republicans to lunch, because the secretary of state had no clue what the hell was happening, unless he did have a clue.  That's interesting.  Maybe he was with the other side.

NARA_PROD_097115

For Attorney's Eyes Only: Not for Distribution

But we've been trying to get verifications of signatures in Fulton County.  They won't let us do it.  The only reason they won't is because we'll find things in the hundreds of thousands.  Why wouldn't they let us verify signatures in Fulton County, which is known for being very corrupt?  They won't do it.  They go to some other county, where you would live.  I said, "That's not the problem.  The problem is Fulton County, home of Stacey Abrams."  She did a good job.  I congratulate her.  But it was done in such a way that we can't let this stuff happen.  We won't have a country if it happens.

As a result, Georgia's absensee [sic] ballot rejection rate was more than 10 times lower than previous levels because the criteria was so off.  Forty-eight counties in Georgia, with thousands and thousands of votes, rejected zero ballots.  There wasn't one ballot.  In other words, in a year in which more mail-in ballots were sent than ever before and more people were voting by mail for the first time, the rejection rate was drastically lower than it had ever been before.  The only way this can be explained is if tens of thousands of illegitimate votes were added to the tally.  That's the only way you could explain it.  By the way, you're talking about tens of thousands.

If Georgia had merely rejected the same number of unlawful ballots as in other years, there should have been approximately 45,000 ballots rejected, far more than what we needed to win -- just over 11,000.  They should find those votes.  They should absolutely find that.  Just over 11,000 votes -- that's all we need.  They defrauded us out of a win in Georgia, and we're not going to forget it.

There's only one reason the Democrats could possibly want to eliminate signature matching, oppose voter ID, and stop citizenship confirmation.  "Are you a citizenship?"  You're not allowed to ask that question -- because they want to steal the election.  The radical left knows exactly what they're doing.  They're ruthless, and it's time that somebody did something about it.

And, Mike Pence, I hope you're going to stand up for the good of our Constitution and for the good of our country.  (Applause.)  And if you're not, I'm going to be very disappointed in you, I will tell you right now.  I'm not hearing good stories.

NARA_PROD_097116

For Attorney's Eyes Only: Not for Distribution

In Fulton County, Republican poll watchers rejected, in some cases, physically from the room under the false pretense of a pipe burst. "Water main burst. Everybody, leave." Which we now know was a total lie.

Then election officials pulled boxes -- Democrats -- and suitcases of ballots out from under a table. You all saw it on television -- totally fraudulent -- and illegally scanned them for nearly two hours totally unsupervised. Tens of thousands of votes. This act coincided with a mysterious vote dump of up to 100,000 votes for Joe Biden, almost none for Trump. Oh, that sounds fair. That was at 1:34 a.m.

The Georgia secretary of state and pathetic governor of Georgia have re- -- although he says I'm a great President. You know, I -- I, sort of, maybe have to change. He said the other day, "Yes, I know. I disagree with the President, but he's been a great President." Oh, good, thank you. Thank you very much.

AUDIENCE MEMBER: Brian Kemp!

THE PRESIDENT: Because of him and others -- yeah, Brian Kemp; vote him the hell out of office, please. (Applause.) Boy, his rates are so low. You know, his approval rating now -- I think it just reached a record low.

They rejected five separate appeals for an independent and comprehensive audit of signatures in Fulton County. Even without an audit, the number of fraudulent ballots that we've identified across the state is staggering. Over 10,300 ballots in Georgia were cast by individuals whose names and dates of birth match Georgia residents who died in 2020 and prior to the election.

Over 10,300 ballots in Georgia were cast by individuals whose names and dates of birth match Georgia residents who died in 2020 and prior to the election.

More than 2,500 ballots were cast by individuals whose names and dates of birth match incarcerated felons in Georgia prison -- people who are not allowed to vote. More than 4,500 illegal ballots were cast by individuals who do not appear on the state's own voter rolls. Over 18,000 illegal ballots were cast by individuals who registered to vote using an address listed as "vacant," according to the Postal Service. At least 88,000 ballots in Georgia were cast by people whose

For Attorney's Eyes Only: Not for Distribution

registrations were illegally backdated.  Sixty-six thousand
votes -- each one of these is far more than we need -- sixty-
six thousand votes in Georgia were cast by individuals under
the legal voting age, and at least 15,000 ballots were cast by
individuals who moved out of the state prior to November 3rd
election.  They say they moved right back.  They moved right
back.  Oh, they moved out; they move right back.  Okay.  They
missed Georgia that -- that much.  I do.  I love Georgia.  But
it's a corrupt system.

     Despite all of this, the margin in Georgia is only 11,779
votes.  Each and every one of these issues is enough to give
us a victory in Georgia -- a big, beautiful victory.

     Make no mistake: This election was stolen from you, from
me, and from the country.  And not a single swing state has
conducted a comprehensive audit to remove the illegal
ballots.  This should absolutely occur in every single
contested state before the election is certified.

     In the state of Arizona, over 36,000 ballots were
illegally cast by non-citizens.  Two thousand ballots were
returned with no address.  More than 22,000 ballots were
returned before they were ever supposedly mailed out.  "They
returned, but we haven't mailed them yet."  Eleven thousand
six hundred more ballots and votes were counted, more than
there were actual voters.  You see that?  So you have more
votes, again, than you have voters.

     One hundred and fifty thousand people registered in
Mayacopa [sic] County after the registration deadline.  A
hundred and three thousand ballots in the county were sent for
electronic adjudication with no Republican observers.

     In Clark County, Nevada, the accuracy settings on
signature verification machines were purposely lowered before
they were used to count over 130,000 ballots.  If you signed
your name as "Santa Claus," it would go through.  There were
also more than 42,000 double votes in Nevada.  Over 150,000
people were hurt so badly by what took place.  And 1,500
ballots were cast by individuals whose names and dates of
birth match Nevada residents who died in 2020, prior to
November 3rd election.  More than 8,000 votes were cast by
individuals who had no address and probably didn't live
there.  The margin in Nevada is down at a very low number.
Any of these things would have taken care of the situation.

NARA_PROD_097118

For Attorney's Eyes Only: Not for Distribution

We would have won Nevada also.  Every one of these we're going
over we win.

     In Michigan -- quickly -- the secretary of state, a real
great one, flooded the state with unsolicited mail-in ballot
applications sent to every person on the rolls in direct
violation of state law.  More than 17,000 Michigan ballots
were cast by individuals whose names and dates of birth match
people who were deceased.

     In Wayne County -- that's a great one; that's Detroit --
174,000 ballots were counted without being tied to an actual
registered voter.  Nobody knows where they came from.  Also,
in Wayne County, poll watchers observed canvassers rescanning
batches of ballots over and over again -- up to three or four
or five times.

     In Detroit, turnout was 139 percent of registered
voters.  Think of that.  So you had a 139 percent of the
people in Detroit voting.  This is in Michigan -- Detroit,
Michigan.  A career employee of the Detroit -- City of Detroit
testified, under penalty of perjury, that she witnessed city
workers coaching voters to vote straight Democrat while
accompanying them to watch who they voted for.  When a
Republican came in, they wouldn't talk to them.  The same
worker was instructed not to ask for any voter ID and not to
attempt to validate any signatures if they were Democrats.

     She also told to illegally -- and was told -- backdate
ballots received after the deadline and reports that thousands
and thousands of ballots were improperly backdated.  That's
Michigan.  Four witnesses have testified, under penalty of
perjury, that after officials in Detroit announced the last
votes had been counted, tens of thousands of additional
ballots arrived without required envelopes.  Every single one
was for a Democrat.  I got no votes.

     At 6:31 a.m. in the early morning hours after voting had
ended, Michigan suddenly reported 147,000 votes.  An
astounding 94 percent went to Joe Biden, who campaigned
brilliantly from his basement.  (Laughter.)  Only a couple of
percentage points went to Trump.  Such gigantic and one-sided
vote dumps were only observed in a few swing states, and they
were observed in the states where it was necessary.

     You know what's interesting?  President Obama beat Biden
in every state -- other than the swing states, where Biden

For Attorney's Eyes Only: Not for Distribution

killed him -- but the swing states were the ones that
mattered.  They were always just enough to push Joe Biden
barely into the lead.  We were ahead by a lot, and within the
number of hours, we were losing by a little.

    In addition, there is the highly troubling matter of
Dominion Voting Systems.

    AUDIENCE:  Booo --

    THE PRESIDENT:  In one Michigan County alone, 6,000 votes
were switched from Trump to Biden.  And the same systems are
used in the majority of states in our country.  Senator
William Ligon, a great gentleman, chairman of Georgia's Senate
Judiciary Subcommittee -- Senator Ligon, highly respected --
on Elections, has written a letter describing his concerns
with Dominion in Georgia.

    He wrote, and I quote, "The Dominion voting machines
employed in Fulton County had an astronomical and astounding
93.67 percent error rate."  That's only wrong 93 percent of
the time.  "In the scanning of ballots requiring a review
panel to 'adjudicate' or 'determine' the voter's" interest "in
over 106,000 ballots out of a total" of 113,000.  Think of it,
you go in and you vote, and then they tell people who you're
supposed to be voting for.  They make up whatever they want.
Nobody has ever even heard of -- they adjudicate your vote.
They say, "Well we don't think Trump wants to vote for Trump.
We think he wants to vote for Biden.  Put it down for Biden."

    "The national average for such an error rate is far less
than 1[.2] percent."  And yet, you're at 93 percent.  "The
source of this astronomical error rate must be identified to
determine if these machines were set up or" destroyed "to
allow for a third party to disregard the actual ballot cast by
the registered voter."

    The letter continues, "There is clear evidence that tens
of thousands of votes were switched from President Trump to
former Vice President Biden in several counties in Georgia.
For example, in Bibb County, President Trump was reported to
have 29,391 votes at 9:11 pm Eastern [time] while
simultaneously… Vice-President Joe Biden was reported to have
[17,218] 17,213… Minutes later" -- just minutes -- "at the
next update, these vote numbers switched with President Trump"
-- going way down to 17,000 and Biden going way up to 29,391.

For Attorney's Eyes Only: Not for Distribution

And that was very quick.  "A 12,173 vote switch…[all in] Mr. Biden's favor."

So, I mean, I could go on and on about this fraud that took place in every state.  And all of these legislatures want this back.  I don't want to do it to you because I love you and it's freezing out here -- (laughter) -- but I could just go on forever.  I could tell you this --

AUDIENCE:  We love you!  We love you!  We love you!

THE PRESIDENT:  So, when you hear -- when you hear, "While there is no evidence to prove any wrongdoing," this is the most fraudulent thing anybody -- this is a criminal enterprise.  This is a criminal enterprise.  And the press will say -- and I'm sure they won't put any of that on there because that's no good.  And do you ever see, "While there is no evidence to back President Trump's assertion" -- I could go on for another hour reading this stuff to you and telling you about it.  There's never been anything like it.

Think about it, Detroit had more votes than it had voters, Pennsylvania had 205,000 more votes than it had more -- but you don't have to go any -- that's -- between that -- I think that's almost better than dead people, if you think. Right?  More votes than they had voters.  And many other states also.

It's a disgrace that the United States of America -- tens of millions of people are allowed to go vote without so much as even showing identification.  In no state is there any question or effort made to verify the identity, citizenship, residency, or eligibility of the votes cast.  The Republicans have to get tougher.  You're not going to have a Republican Party if you don't get tougher.  They want to play so straight.  They want to play so -- "Sir, yes, the United States -- the Constitution doesn't allow me to send them back to their states."  Well, I'd say, "Yes, it does, because the Constitution says you have to protect our country, and you have to protect our Constitution."  And you can't vote on fraud.  And fraud breaks up everything, doesn't it?  When you catch somebody in a fraud, you're allowed to go by very different rules.

So I hope Mike has the courage to do what he has to do. And I hope he doesn't listen to the RINOs and the stupid people that he's listening to.

For Attorney's Eyes Only: Not for Distribution

It is also widely understood that the voter rolls are crammed full of non-citizens, felons, and people who have moved out of state and individuals who are otherwise ineligible to vote.  Yet, Democrats oppose every effort to clean up their voter rolls.  They don't want to clean them up.  They are loaded.

And how many people here know other people that, when the hundreds of thousands and then millions of ballots got sent out, got three, four, five, six, and I heard one who got seven ballots.  And then they say, "You didn't quite make it, sir."  We won -- we won in a landslide.  This was a landslide.  (Applause.)

They said, "It's not American to challenge the election."  This is the most corrupt election in the history -- maybe of the world.  You know, you could go third-world countries, but I don't think they had hundreds of thousands of votes and they don't have voters for them.  I mean, no matter where you go, nobody would think this.

In fact, it's so egregious, it's so bad that a lot of people don't even believe it.  It's so crazy that people don't even believe it.  It can't be true.  So they don't believe it.

This is not just a matter of domestic politics.  This is a matter of national security.  So today, in addition to challenging the certification of the election, I'm calling on Congress and the state legislators to quickly pass sweeping election reforms.  And you better do it before we have no country left.  (Applause.)

Today is not the end.  It's just the beginning.  (Applause.)  With your help, over the last four years, we built the greatest political movement in the history of our country and nobody even challenges that.  I say that over and over and I never get challenged by the fake news, and they challenge almost everything we say.

But our fight against the big donors, big media, big tech, and others is just getting started.  This is the greatest in history.  There's never been a movement like that.  You look back; they're all the way to the Washington Monument.  It's hard to believe.

NARA_PROD_097122

For Attorney's Eyes Only: Not for Distribution

We must stop the steal and then we must ensure that such outrageous election fraud never happens again. It can never be allowed to happen again. But we're going forward. We'll take care of going forward. We got to take care of going back. Don't let them talk, "Okay, well, we promise…" I've had a lot of people -- "Sir, you're at 96 percent for four years." I said, "I'm not interested right now. I'm interested in -- right there."

With your help, we will finally pass powerful requirements for voter ID. (Applause.) You need an ID to cash a check. You need an ID to go to a bank, to buy alcohol, to drive a car. Every person should need to show an ID in order to cast your most important thing: a vote. (Applause.)

We will also require proof of American citizenship in order to vote in American elections. (Applause.) We just had a good victory in court on that one, actually. We will ban ballot harvesting and prohibit the use of unsecured drop boxes to commit rampant fraud. These drop boxes are fraudulent. They're frau- -- they get disa- -- they disappear. And then all of a sudden, they show up. It's fraudulent.

We will stop the practice of universal unsolicited mail-in balloting. We will clean up the voter rolls and ensure that every single person who casts a vote is a citizen of our country, a resident of the state in which they vote, and their vote is cast in a lawful and honest manner. (Applause.)

We will restore the vital civic tradition of in-person voting on Election Day so that voters can be fully informed when they make their choice.

We will finally hold big tech accountable. (Applause.) And if these people had courage and guts, they would get rid of Section 230 -- something that no other company, no other person in America in the world has. All of these tech monopolies are going to abuse their power and interfere in our elections, and it has to be stopped. And the Republicans have to get a lot tougher and so should the Democrats. They should be regulated, investigated, and brought to justice under the fullest extent of the law. They're totally breaking the law. (Applause.)

For Attorney's Eyes Only: Not for Distribution

Together, we will drain the Washington swamp and we will clean up the corruption in our nation's capital.  We have done a big job on it.  But you think it's easy?  It's a dirty business.  It's a dirty business.  You have a lot of bad people out there.

Despite everything we've been through, looking out all over this country and seeing fantastic crowds -- although this, I think, is our all-time record.  (Applause.)  I think you have 250,000 people -- 250,000.  Looking out at all the amazing patriots here today, I have never been more confident in our nation's future.

Well, I have to say, we have to be a little bit careful.  That's a nice statement, but we have to be a little careful with that statement.  If we allow this group of people to illegally take over a country -- because it's illegal when the votes are illegal, when the way they got there is illegal, when the states that vote are given false and fraudulent information.  We are the greatest country on Earth.  And we are headed and were headed in the right direction.

You know the wall is built.  We're doing record numbers at the wall.  Now they want to take down the wall.  "Let's let everyone flow in.  Let's let everybody flow in."  We did a great job on the wall.  Remember the wall?  They said it could never be done -- one of the largest infrastructure projects we've ever had in this country, and it's had a tremendous impact.  And we got rid of catch-and-release.  We got rid of all of the stuff that we had to live with.

But now the caravans -- they think Biden is getting in.  The caravans are forming again.  They want to come in again and rip off our country.  Can't let it happen.

As this enormous crowd shows, we have truth and justice on our side.  We have a deep and enduring love for America in our hearts.  We love our country.  We have overwhelming pride in this great country and we have it deep in our souls.

Together, we are determined to defend and preserve government of the people, by the people, and for the people.  (Applause.)  Our brightest days are before us.  Our greatest achievements still wait. I think one of our great achievements

For Attorney's Eyes Only: Not for Distribution

will be election security.  Because nobody until I came along had any idea how corrupt our elections were.

     And again, most people would stand there at nine o'clock in the evening and say, "I want to thank you very much."  And they go off to some other life.  But I said, "Something is wrong here.  Something is really wrong.  Can't have happened."  And we fight.  We fight like hell.  And if you don't fight like hell, you're not going to have a country anymore.

     Our exciting adventures and boldest endeavors have not yet begun.  My fellow Americans, for our movement, for our children, and for our beloved country -- and I say this despite all that's happened -- the best is yet to come. (Applause.)

     So we're going to -- we're going to walk down Pennsylvania Avenue -- I love Pennsylvania -- and we're going to the Capitol.  And we're going to try and give -- the Democrats are hopeless; they're never voting for anything, not even one vote.

     But we're going to try and give our Republicans -- the weak ones, because the strong ones don't need any of our help -- we're going to try and give them the kind of pride and boldness that they need to take back our country.

     So, let's walk down Pennsylvania Avenue.  I want to thank you all.  God bless you.  And God bless America.  Thank you all for being here.  This is incredible.  Thank you very much.  Thank you.

                    END                1:12 P.M. EST

NARA_PROD_097125