PRESIDENT DONALD J. TRUMP'S
MOTION FOR SUMMARY JUDGMENT
January 24, 2025

# EXHIBIT 45

*Lee, et al., v. Trump, et al.*
No. 1:21-cv-00400 (APM)

For Attorney's Eyes Only: Not for distribution

| | |
|---|---|
| **From:** | Staff Secretary |
| **Sent:** | Wednesday, January 6, 2021 12:59 AM UTC |
| **To:** | Hicks, Hope C. EOP/WHO; Short, Marc T. EOP/OVP; Philbin, Patrick F. EOP/WHO; Rollins, Brooke L. EOP/WHO; Vought, Russell T. EOP/OMB; Jack, Brian T. EOP/WHO; cjh@who.eop.gov; Herschmann, Eric D. EOP/WHO; Hoelscher, Douglas L. EOP/WHO; Hahn, Julia A. EOP/WHO; Pottinger, Matthew F. EOP/WHO; John.C.Fleming@who.eop.gov; Gilmartin, Kayleigh M. EOP/WHO; Swonger, Amy H. EOP/WHO; Meadows, Mark R. EOP/WHO; Kushner, Jared C. EOP/WHO; imt@who.eop.gov; Eliza.C.Thurston@who.eop.gov; Pataki, Tim A. EOP/WHO; Katherine.E.Kline@who.eop.gov; Eisenberg, John A. EOP/WHO; Benjamin.D.Williamson@who.eop.gov; Liddell, Christopher P. EOP/WHO |
| **CC:** | Staff Secretary |
| **BCC:** | Brooke, Francis J. Jr. EOP/WHO; Radford, Julie T. EOP/WHO; Willey, Paige F. EOP/WHO |
| **Subject:** | For Review:  Draft Save America March POTUS Remarks |
| **Attachments:** | Save America March.docx |

Attached for your review are draft POTUS remarks for the Save America March tomorrow.

Please provide any edits or comments **by 8 am tomorrow (Wednesday)**.

Thank you,
Staff Secretary

NARA_PROD_040299

For Attorney's Eyes Only: Not for Distribution

| | |
|---|---|
| **From:** | Swonger, Amy H. EOP/WHO |
| **Sent:** | Wednesday, January 6, 2021 12:59 AM UTC |
| **To:** | Leong, Rachel M. EOP/WHO |
| **Subject:** | FW: For Review: Draft Save America March POTUS Remarks |
| **Attachments:** | Save America March.docx |

**From:** Staff Secretary
**Sent:** Tuesday, January 5, 2021 7:59:42 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** DL Chief of Staff Office; Meadows, Mark R. EOP/WHO; Hahn, Julia A. EOP/WHO; Gilmartin, Kayleigh M. EOP/WHO; Liddell, Christopher P. EOP/WHO; Eisenberg, John A. EOP/WHO; Philbin, Patrick F. EOP/WHO; Hicks, Hope C. EOP/WHO; Herschmann, Eric D. EOP/WHO; Kushner, Jared C. EOP/WHO; imt@who.eop.gov; Jack, Brian T. EOP/WHO; Rollins, Brooke L. EOP/WHO; Short, Marc T. EOP/OVP; Pataki, Tim A. EOP/WHO; Swonger, Amy H. EOP/WHO; Hoelscher, Douglas L. EOP/WHO; Pottinger, Matthew F. EOP/WHO; Vought, Russell T. EOP/OMB
**Cc:** Staff Secretary
**Subject:** For Review: Draft Save America March POTUS Remarks

Attached for your review are draft POTUS remarks for the Save America March tomorrow.

Please provide any edits or comments **by 8 am tomorrow (Wednesday)**.


Thank you,
Staff Secretary

NARA_PROD_040300

For Attorney's Eyes Only: Not for Distribution

| | |
|---|---|
| **From:** | Rollins, Brooke L. EOP/WHO |
| **Sent:** | Wednesday, January 6, 2021 12:59 AM UTC |
| **To:** | Smith, Steven M. EOP/WHO; Parry, Preston J. EOP/WHO |
| **Subject:** | FW: For Review:  Draft Save America March POTUS Remarks |
| **Attachments:** | Save America March.docx |

**From:** Staff Secretary
**Sent:** Tuesday, January 5, 2021 7:59:42 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** DL Chief of Staff Office; Meadows, Mark R. EOP/WHO; Hahn, Julia A. EOP/WHO; Gilmartin, Kayleigh M. EOP/WHO; Liddell, Christopher P. EOP/WHO; Eisenberg, John A. EOP/WHO; Philbin, Patrick F. EOP/WHO; Hicks, Hope C. EOP/WHO; Herschmann, Eric D. EOP/WHO; Kushner, Jared C. EOP/WHO; imt@who.eop.gov; Jack, Brian T. EOP/WHO; Rollins, Brooke L. EOP/WHO; Short, Marc T. EOP/OVP; Pataki, Tim A. EOP/WHO; Swonger, Amy H. EOP/WHO; Hoelscher, Douglas L. EOP/WHO; Pottinger, Matthew F. EOP/WHO; Vought, Russell T. EOP/OMB
**Cc:** Staff Secretary
**Subject:** For Review: Draft Save America March POTUS Remarks

Attached for your review are draft POTUS remarks for the Save America March tomorrow.

Please provide any edits or comments **by 8 am tomorrow (Wednesday)**.


Thank you,
Staff Secretary

For Attorney's Eyes Only: Not for distribution

| | |
|---|---|
| **From:** | Liddell, Christopher P. EOP/WHO |
| **Sent:** | Wednesday, January 6, 2021 12:59 AM UTC |
| **To:** | Butterfield, Nicholas W. EOP/WHO |
| **Subject:** | FW: For Review:  Draft Save America March POTUS Remarks |
| **Attachments:** | Save America March.docx |

**From:** Staff Secretary
**Sent:** Tuesday, January 5, 2021 7:59:42 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** DL Chief of Staff Office; Meadows, Mark R. EOP/WHO; Hahn, Julia A. EOP/WHO; Gilmartin, Kayleigh M. EOP/WHO; Liddell, Christopher P. EOP/WHO; Eisenberg, John A. EOP/WHO; Philbin, Patrick F. EOP/WHO; Hicks, Hope C. EOP/WHO; Herschmann, Eric D. EOP/WHO; Kushner, Jared C. EOP/WHO; imt@who.eop.gov; Jack, Brian T. EOP/WHO; Rollins, Brooke L. EOP/WHO; Short, Marc T. EOP/OVP; Pataki, Tim A. EOP/WHO; Swonger, Amy H. EOP/WHO; Hoelscher, Douglas L. EOP/WHO; Pottinger, Matthew F. EOP/WHO; Vought, Russell T. EOP/OMB
**Cc:** Staff Secretary
**Subject:** For Review: Draft Save America March POTUS Remarks

Attached for your review are draft POTUS remarks for the Save America March tomorrow.

Please provide any edits or comments **by 8 am tomorrow (Wednesday)**.


Thank you,
Staff Secretary

For Attorney's Eyes Only: Not for Distribution

| | |
|---|---|
| **From:** | Willey, Paige F. EOP/WHO |
| **Sent:** | Wednesday, January 6, 2021 4:51 AM UTC |
| **To:** | Gabriel, Robert Jr. EOP/WHO |
| **Subject:** | Fwd: For Review:  Draft Save America March POTUS Remarks |
| **Attachments:** | Save America March.docx |

People will want to hear "make America great again"
Is there anyway to add something like... "the corrupt politicians and bureaucrats who sold your birthright to foreign countries and special interests do not deserve your vote, your money, or your respect. They will never honor our country the way you do with your devotion to what is true and right. YOU are the American patriots who love this country and you were born to fight to MAKE AMERICA GREAT AGAIN."

Sent from my iPhone

Begin forwarded message:

> **From:** Staff Secretary <staffsecretary@who.eop.gov>
> **Date:** January 5, 2021 at 7:59:44 PM EST
> **To:** DL Chief of Staff Office <DLChiefofStaffOffice@who.eop.gov>, "Meadows, Mark R. EOP/WHO" <mrmcos@who.eop.gov>, "Hahn, Julia A. EOP/WHO" <Julia.A.Hahn@who.eop.gov>, "Gilmartin, Kayleigh M. EOP/WHO" <Kayleigh.McEnany@who.eop.gov>, "Liddell, Christopher P. EOP/WHO" <Christopher.P.Liddell@who.eop.gov>, "Eisenberg, John A. EOP/WHO" <John.A.Eisenberg@who.eop.gov>, "Philbin, Patrick F. EOP/WHO" <Patrick.F.Philbin@who.eop.gov>, "Hicks, Hope C. EOP/WHO" <Hope@who.eop.gov>, "Herschmann, Eric D. EOP/WHO" <Eric.D.Herschmann@who.eop.gov>, "Kushner, Jared C. EOP/WHO" <jck@who.eop.gov>, imt@who.eop.gov, "Jack, Brian T. EOP/WHO" <Brian.T.Jack@who.eop.gov>, "Rollins, Brooke L. EOP/WHO" <Brooke.L.Rollins@who.eop.gov>, "Short, Marc T. EOP/OVP" <Marc.T.Short@ovp.eop.gov>, "Pataki, Tim A. EOP/WHO" <Timothy.A.Pataki@who.eop.gov>, "Swonger, Amy H. EOP/WHO" <Amy.H.Swonger@who.eop.gov>, "Hoelscher, Douglas L. EOP/WHO" <Douglas.L.Hoelscher@who.eop.gov>, "Pottinger, Matthew F. EOP/WHO" <MPottinger@who.eop.gov>, "Vought, Russell T. EOP/OMB" <Russell.T.Vought@omb.eop.gov>
> **Cc:** Staff Secretary <staffsecretary@who.eop.gov>
> **Subject: For Review:  Draft Save America March POTUS Remarks**
>
>
> Attached for your review are draft POTUS remarks for the Save America March tomorrow.
>
> Please provide any edits or comments **by 8 am tomorrow (Wednesday)**.
>
> Thank you,

NARA_PROD_040303

For Attorney's Eyes Only: Not for Distribution

Staff Secretary

NARA_PROD_040304

For Attorney's Eyes Only: Not for Distribution

| | |
|---|---|
| **From:** | Gabriel, Robert Jr. EOP/WHO |
| **Sent:** | Wednesday, January 6, 2021 2:30 PM UTC |
| **To:** | rg1940@nyu.edu |
| **Subject:** | Save America March.docx |
| **Attachments:** | Save America March.docx |

For Attorney's Eyes Only: Not for Distribution

| | |
|---|---|
| **From:** | Gabriel, Robert Jr. EOP/WHO |
| **Sent:** | Wednesday, January 6, 2021 2:34 PM UTC |
| **To:** | robert.gabriel@stern.nyu.edu |
| **Subject:** | Save America March.docx |
| **Attachments:** | Save America March.docx |

For Attorney's Eyes Only: Not for Distribution

| | |
|---|---|
| **From:** | Cheperdak, Alison M. EOP/WHO |
| **Sent:** | Wednesday, January 6, 2021 2:46 PM UTC |
| **To:** | Gabriel Perez |
| **CC:** | Gabriel, Robert Jr. EOP/WHO; Torrens, Evan B. EOP/OA; Haley, Vincent M. EOP/WHO; Miller, Stephen EOP/WHO; Perez, Gabriel E. EOP/OA; Staff Secretary; Worthington, Ross P. EOP/WHO |
| **Subject:** | TP - Save America Remarks |
| **Attachments:** | Save America March 2021.01.06.docx |

Gabe – Attached are the remarks for today's Save America event.  Please confirm receipt.  Thanks!

**Alison M. Cheperdak**
Assistant Staff Secretary
o. 202.456.1453
c. 202.881.6460

For Attorney's Eyes Only: Not for Distribution

| | |
|---|---|
| **From:** | Worthington, Ross P. EOP/WHO |
| **Sent:** | Wednesday, January 6, 2021 2:46 PM UTC |
| **To:** | Toland, Scott R. EOP/WHO |
| **Subject:** | |
| **Attachments:** | Save America March.docx |

For Attorney's Eyes Only: Not for Distribution

---

| | |
|---|---|
| **From:** | Worthington, Ross P. EOP/WHO |
| **Sent:** | Wednesday, January 6, 2021 2:47 PM UTC |
| **To:** | Cheperdak, Alison M. EOP/WHO; Gabriel Perez |
| **CC:** | Gabriel, Robert Jr. EOP/WHO; Torrens, Evan B. EOP/OA; Haley, Vincent M. EOP/WHO; Miller, Stephen EOP/WHO; Perez, Gabriel E. EOP/OA; Staff Secretary |
| **Subject:** | RE: TP - Save America Remarks |
| **Attachments:** | Save America March.docx |

Here is the latest – minor changes

---

**From:** Cheperdak, Alison M. EOP/WHO <Alison.M.Cheperdak@who.eop.gov>
**Sent:** Wednesday, January 6, 2021 9:46 AM
**To:** Gabriel Perez <potusprompter@gmail.com>
**Cc:** Perez, Gabriel E. EOP/OA <Gabriel.E.Perez2@oa.eop.gov>; Torrens, Evan B. EOP/OA <Evan.B.Torrens@oa.eop.gov>; Gabriel, Robert Jr. EOP/WHO <Robert.Gabriel@who.eop.gov>; Haley, Vincent M. EOP/WHO <Vincent.M.Haley@who.eop.gov>; Worthington, Ross P. EOP/WHO <Ross.P.Worthington@who.eop.gov>; Staff Secretary <staffsecretary@who.eop.gov>; Miller, Stephen EOP/WHO <Stephen.Miller@who.eop.gov>
**Subject:** TP - Save America Remarks

Gabe – Attached are the remarks for today's Save America event.  Please confirm receipt.  Thanks!

**Alison M. Cheperdak**
Assistant Staff Secretary
o. 202.456.1453
c. 202.881.6460

For Attorney's Eyes Only: Not for Distribution

| | |
|---|---|
| **From:** | Worthington, Ross P. EOP/WHO |
| **Sent:** | Wednesday, January 6, 2021 2:49 PM UTC |
| **To:** | Toland, Scott R. EOP/WHO |
| **Subject:** | use this version -- please deliver ASAP |
| **Attachments:** | Save America March.docx |

For Attorney's Eyes Only: Not for Distribution

| From: | Worthington, Ross P. EOP/WHO |
|---|---|
| Sent: | Wednesday, January 6, 2021 2:49 PM UTC |
| To: | Cheperdak, Alison M. EOP/WHO; Gabriel Perez |
| CC: | Gabriel, Robert Jr. EOP/WHO; Torrens, Evan B. EOP/OA; Haley, Vincent M. EOP/WHO; Miller, Stephen EOP/WHO; Perez, Gabriel E. EOP/OA; Staff Secretary |
| Subject: | RE: TP - Save America Remarks |
| Attachments: | Save America March.docx |

We just got updated recognitions – use this version.

---

**From:** Worthington, Ross P. EOP/WHO
**Sent:** Wednesday, January 6, 2021 9:47 AM
**To:** Cheperdak, Alison M. EOP/WHO <Alison.M.Cheperdak@who.eop.gov>; Gabriel Perez <potusprompter@gmail.com>
**Cc:** Perez, Gabriel E. EOP/OA <Gabriel.E.Perez2@oa.eop.gov>; Torrens, Evan B. EOP/OA <Evan.B.Torrens@oa.eop.gov>; Gabriel, Robert Jr. EOP/WHO <Robert.Gabriel@who.eop.gov>; Haley, Vincent M. EOP/WHO <Vincent.M.Haley@who.eop.gov>; Staff Secretary <staffsecretary@who.eop.gov>; Miller, Stephen EOP/WHO <Stephen.Miller@who.eop.gov>
**Subject:** RE: TP - Save America Remarks

Here is the latest – minor changes

---

**From:** Cheperdak, Alison M. EOP/WHO <Alison.M.Cheperdak@who.eop.gov>
**Sent:** Wednesday, January 6, 2021 9:46 AM
**To:** Gabriel Perez <potusprompter@gmail.com>
**Cc:** Perez, Gabriel E. EOP/OA <Gabriel.E.Perez2@oa.eop.gov>; Torrens, Evan B. EOP/OA <Evan.B.Torrens@oa.eop.gov>; Gabriel, Robert Jr. EOP/WHO <Robert.Gabriel@who.eop.gov>; Haley, Vincent M. EOP/WHO <Vincent.M.Haley@who.eop.gov>; Worthington, Ross P. EOP/WHO <Ross.P.Worthington@who.eop.gov>; Staff Secretary <staffsecretary@who.eop.gov>; Miller, Stephen EOP/WHO <Stephen.Miller@who.eop.gov>
**Subject:** TP - Save America Remarks

Gabe – Attached are the remarks for today's Save America event.  Please confirm receipt.  Thanks!

**Alison M. Cheperdak**
Assistant Staff Secretary
o. 202.456.1453
c. 202.881.6460

For Attorney's Eyes Only: Not for Distribution

| | |
|---|---|
| **From:** | Miller, Stephen EOP/WHO |
| **Sent:** | Wednesday, January 6, 2021 3:22 PM UTC |
| **To:** | Gabriel, Robert Jr. EOP/WHO; Haley, Vincent M. EOP/WHO; Worthington, Ross P. EOP/WHO |
| **Subject:** | EDITS |
| **Attachments:** | Save America March.docx |
| **Importance:** | High |

Start inputting these changes asap.

NARA_PROD_040446

For Attorney's Eyes Only: Not for Distribution

| From: | Miller, Stephen EOP/WHO |
|---|---|
| Sent: | Wednesday, January 6, 2021 3:22 PM UTC |
| To: | Gabriel, Robert Jr. EOP/WHO; Haley, Vincent M. EOP/WHO; Worthington, Ross P. EOP/WHO |
| Subject: | RE: EDITS |
| Attachments: | Save America March.docx |

Then have a new version with red highlights marking POTUS edits sent back to him ASAP as well.

---

**From:** Miller, Stephen EOP/WHO
**Sent:** Wednesday, January 6, 2021 10:22 AM
**To:** Worthington, Ross P. EOP/WHO (Ross.P.Worthington@who.eop.gov)
<Ross.P.Worthington@who.eop.gov>; Haley, Vincent M. EOP/WHO (Vincent.M.Haley@who.eop.gov)
<Vincent.M.Haley@who.eop.gov>; Gabriel, Robert EOP/WHO (Robert.Gabriel@who.eop.gov)
<Robert.Gabriel@who.eop.gov>
**Subject:** EDITS
**Importance:** High

Start inputting these changes asap.

NARA_PROD_040447

For Attorney's Eyes Only: Not for Distribution

| | |
|---|---|
| **From:** | Worthington, Ross P. EOP/WHO |
| **Sent:** | Wednesday, January 6, 2021 3:32 PM UTC |
| **To:** | Gabriel, Robert Jr. EOP/WHO; Haley, Vincent M. EOP/WHO; Miller, Stephen EOP/WHO |
| **Subject:** | RE: EDITS |
| **Attachments:** | Save America March (002).docx |

Attached.

---

**From:** Worthington, Ross P. EOP/WHO
**Sent:** Wednesday, January 6, 2021 10:32 AM
**To:** Miller, Stephen EOP/WHO <Stephen.Miller@who.eop.gov>; Haley, Vincent M. EOP/WHO
<Vincent.M.Haley@who.eop.gov>; Gabriel, Robert Jr. EOP/WHO <Robert.Gabriel@who.eop.gov>
**Subject:** RE: EDITS

Comments addressed and a few typos fixed.

---

**From:** Miller, Stephen EOP/WHO <Stephen.Miller@who.eop.gov>
**Sent:** Wednesday, January 6, 2021 10:23 AM
**To:** Worthington, Ross P. EOP/WHO <Ross.P.Worthington@who.eop.gov>; Haley, Vincent M. EOP/WHO
<Vincent.M.Haley@who.eop.gov>; Gabriel, Robert Jr. EOP/WHO <Robert.Gabriel@who.eop.gov>
**Subject:** RE: EDITS

Then have a new version with red highlights marking POTUS edits sent back to him ASAP as well.

---

**From:** Miller, Stephen EOP/WHO
**Sent:** Wednesday, January 6, 2021 10:22 AM
**To:** Worthington, Ross P. EOP/WHO (Ross.P.Worthington@who.eop.gov)
<Ross.P.Worthington@who.eop.gov>; Haley, Vincent M. EOP/WHO (Vincent.M.Haley@who.eop.gov)
<Vincent.M.Haley@who.eop.gov>; Gabriel, Robert EOP/WHO (Robert.Gabriel@who.eop.gov)
<Robert.Gabriel@who.eop.gov>
**Subject:** EDITS
**Importance:** High

Start inputting these changes asap.

For Attorney's Eyes Only: Not for Distribution

| | |
|---|---|
| **From:** | Worthington, Ross P. EOP/WHO |
| **Sent:** | Wednesday, January 6, 2021 3:33 PM UTC |
| **To:** | Gabriel, Robert Jr. EOP/WHO; Haley, Vincent M. EOP/WHO; Miller, Stephen EOP/WHO |
| **Subject:** | RE: EDITS |
| **Attachments:** | Save America March (002).docx |

Reattached with red

---

**From:** Worthington, Ross P. EOP/WHO
**Sent:** Wednesday, January 6, 2021 10:32 AM
**To:** Miller, Stephen EOP/WHO <Stephen.Miller@who.eop.gov>; Haley, Vincent M. EOP/WHO
<Vincent.M.Haley@who.eop.gov>; Gabriel, Robert Jr. EOP/WHO <Robert.Gabriel@who.eop.gov>
**Subject:** RE: EDITS

Attached.

---

**From:** Worthington, Ross P. EOP/WHO
**Sent:** Wednesday, January 6, 2021 10:32 AM
**To:** Miller, Stephen EOP/WHO <Stephen.Miller@who.eop.gov>; Haley, Vincent M. EOP/WHO
<Vincent.M.Haley@who.eop.gov>; Gabriel, Robert Jr. EOP/WHO <Robert.Gabriel@who.eop.gov>
**Subject:** RE: EDITS

Comments addressed and a few typos fixed.

---

**From:** Miller, Stephen EOP/WHO <Stephen.Miller@who.eop.gov>
**Sent:** Wednesday, January 6, 2021 10:23 AM
**To:** Worthington, Ross P. EOP/WHO <Ross.P.Worthington@who.eop.gov>; Haley, Vincent M. EOP/WHO
<Vincent.M.Haley@who.eop.gov>; Gabriel, Robert Jr. EOP/WHO <Robert.Gabriel@who.eop.gov>
**Subject:** RE: EDITS

Then have a new version with red highlights marking POTUS edits sent back to him ASAP as well.

---

**From:** Miller, Stephen EOP/WHO
**Sent:** Wednesday, January 6, 2021 10:22 AM
**To:** Worthington, Ross P. EOP/WHO (Ross.P.Worthington@who.eop.gov)
<Ross.P.Worthington@who.eop.gov>; Haley, Vincent M. EOP/WHO (Vincent.M.Haley@who.eop.gov)
<Vincent.M.Haley@who.eop.gov>; Gabriel, Robert EOP/WHO (Robert.Gabriel@who.eop.gov)
<Robert.Gabriel@who.eop.gov>
**Subject:** EDITS
**Importance:** High

Start inputting these changes asap.

For Attorney's Eyes Only: Not for Distribution

| | |
|---|---|
| **From:** | Worthington, Ross P. EOP/WHO |
| **Sent:** | Wednesday, January 6, 2021 3:35 PM UTC |
| **To:** | Porter, Madison F. EOP/WHO |
| **CC:** | Gabriel, Robert Jr. EOP/WHO; Haley, Vincent M. EOP/WHO; Miller, Stephen EOP/WHO; Staff Secretary |
| **Subject:** | Redeliver ASAP with red |
| **Attachments:** | Save America March (002).docx |

For Attorney's Eyes Only: Not for Distribution

| | |
|---|---|
| **From:** | Porter, Madison F. EOP/WHO |
| **Sent:** | Wednesday, January 6, 2021 4:17 PM UTC |
| **To:** | Cheperdak, Alison M. EOP/WHO |
| **Subject:** | |
| **Attachments:** | Save America March (002).docx |

Madison F. Porter
Associate Staff Secretary
Cell: 202.881.7436

For Attorney's Eyes Only: Not for Distribution

| | |
|---|---|
| **From:** | Gabriel, Robert Jr. EOP/WHO |
| **Sent:** | Wednesday, January 6, 2021 4:47 PM UTC |
| **To:** | Porter, Madison F. EOP/WHO |
| **Subject:** | |
| **Attachments:** | 210106 Save America March.docx |

For Attorney's Eyes Only: Not for Distribution

| | |
|---|---|
| **From:** | Gabriel, Robert Jr. EOP/WHO |
| **Sent:** | Wednesday, January 6, 2021 4:48 PM UTC |
| **To:** | rg1940@nyu.edu |
| **Subject:** | |
| **Attachments:** | 210106 Save America March.docx |

NARA_PROD_040453

For Attorney's Eyes Only: Not for Distribution

| | |
|---|---|
| **From:** | Porter, Madison F. EOP/WHO |
| **Sent:** | Wednesday, January 6, 2021 4:52 PM UTC |
| **To:** | Sands, Amy P. EOP/WHO |
| **CC:** | Staff Secretary |
| **Subject:** | Re: POTUS Prepared Remarks |
| **Attachments:** | 210106 Save America March.docx |

Latest as of now.


Sent from my iPhone


On Jan 6, 2021, at 10:48 AM, Sands, Amy P. EOP/WHO <Amy_P_Sands@who.eop.gov> wrote:


Please send prepared remarks for this morning's speech.

Thanks,
Amy

NARA_PROD_040454

For Attorney's Eyes Only: Not for Distribution

| | |
|---|---|
| **From:** | Sands, Amy P. EOP/WHO |
| **Sent:** | Wednesday, January 6, 2021 5:02 PM UTC |
| **To:** | Nicole.L.Orphanides@who.eop.gov; Olga.N.Castro@who.eop.gov; dominique_a_danskybari@who.eop.gov; Amy_P_Sands@who.eop.gov; Colin.R.Miller@who.eop.gov |
| **Subject:** | FW: POTUS Prepared Remarks |
| **Attachments:** | 210106 Save America March.docx |

**From:** Porter, Madison F. EOP/WHO <Madison.F.Porter@who.eop.gov>
**Sent:** Wednesday, January 6, 2021 11:52 AM
**To:** Sands, Amy P. EOP/WHO <Amy_P_Sands@who.eop.gov>
**Cc:** Staff Secretary <staffsecretary@who.eop.gov>
**Subject:** Re: POTUS Prepared Remarks

Latest as of now.

Sent from my iPhone

On Jan 6, 2021, at 10:48 AM, Sands, Amy P. EOP/WHO <Amy_P_Sands@who.eop.gov> wrote:

Please send prepared remarks for this morning's speech.

Thanks,
Amy

For Attorney's Eyes Only: Not for Distribution

| | |
|---|---|
| **From:** | Gabriel, Robert Jr. EOP/WHO |
| **Sent:** | Wednesday, January 6, 2021 6:25 PM UTC |
| **To:** | Scavino, Dan J. EOP/WHO; Miller, Stephen EOP/WHO |
| **Subject:** | Final draft attached |
| **Attachments:** | 210106 Save America March.docx |

NARA_PROD_040456

For Attorney's Eyes Only: Not for Distribution

| | |
|---|---|
| **From:** | Dansky Bari, Dominique A. EOP/WHO |
| **Sent:** | Wednesday, January 6, 2021 9:37 PM UTC |
| **To:** | Sands, Amy P. EOP/WHO |
| **Subject:** | Ellipse Rally 1-6 **three stars** |
| **Attachments:** | Ellipse Rally 1-6.doc |