# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 21-cv-00400 (APM) |
| DONALD J. TRUMP *et al.*, | (lead case) |
| *Defendants*. | |
| ERIC SWALWELL, | |
| *Plaintiff*, | |
| v. | Case No. 21-cv-00586 (APM) |
| DONALD J. TRUMP *et al.*, | (consolidated case) |
| *Defendants*. | |
| JAMES BLASSINGAME *et. al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 21-cv-00858 (APM) |
| DONALD J. TRUMP, | (consolidated case) |
| *Defendant*. | |
| CONRAD SMITH *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 21-cv-02265 (APM) |
| DONALD J. TRUMP *et al.*, | (consolidated case) |
| *Defendants*. | |
| MARCUS J. MOORE *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 22-cv-00010 (APM) |
| DONALD J. TRUMP, | (consolidated case) |
| *Defendant*. | |

BOBBY TABRON *et al.*,

          *Plaintiff*,

     v.

DONALD J. TRUMP,

          *Defendants*.

Case No. 22-cv-00011 (APM)

(consolidated case)

---

BRIANA KIRKLAND,

          *Plaintiff*,

     v.

DONALD J. TRUMP,

          *Defendant*.

Case No. 22-cv-00034 (APM)

(consolidated case)

---

SANDRA GARZA,

          *Plaintiff*,

     v.

DONALD J. TRUMP *et al*.,

          *Defendants*.

Case No. 23-cv-00038 (APM)

(consolidated case)

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT TRUMP'S MOTION TO RECONSIDER DENIAL OF HIS MOTION TO DISMISS

Pursuant to Federal Civil Rule 6(b)(1)(A), Plaintiffs move this Court for an extension of time for the parties to file their respective responses to Defendant Trump's Motion for Reconsideration of the Denial of His Motion to Dismiss ("Motion for Reconsideration"). Plaintiffs request that their response to the Motion for Reconsideration be due on the same date as their opposition to Defendant Trump's Motion for Summary Judgment, which is due on February 28, 2025, and that Defendant Trump's reply in support of his Motion for Reconsideration be due on the same date as his summary judgment reply, which is due on April 4, 2025.

On December 31, 2024, the Court entered a Minute Order setting forth the schedule for summary judgment briefing on the question of presidential immunity. On January 24, 2025, in addition to his Motion for Summary Judgment, Defendant Trump filed a Motion to Reconsider

Denial of His Motion to Dismiss on First Amendment Grounds. ECF No. 145. The December 31

Minute Order entered by the Court solely contemplates summary judgment briefing and does not

include a briefing schedule with respect to Defendant Trump's Motion for Reconsideration. To align

with the response periods allotted under the summary judgment briefing schedule, the parties have

agreed to an extension of time for Plaintiffs to respond to the Motion for Reconsideration up to and

including February 28, 2025, and for Defendant Trump to file his reply pursuant to the Motion for

Reconsideration up to and including April 4, 2025. Defendant Trump consents to this motion.


 Dated:  January 28, 2024                                        Respectfully submitted,

  */s/ Joseph Sellers*                                             */s/ Jonathan M. Shaw*
 Joseph M. Sellers, Bar No. 318410                 Jonathan M. Shaw, D.C. Bar No. 446249
 Brian Corman, Bar No. 1008635                     Gary M. Lawkowski, D.C. Bar No.
 Alison S. Deich, Bar No. 1572878                  1781747 DHILLON LAW GROUP, INC.
 COHEN MILSTEIN SELLERS & TOLL             2121 Eisenhower Ave, Suite 402
 PLLC                                              Alexandria, Virginia 22314
 1100 New York Avenue N.W. Fifth Floor             Telephone: (703) 574-1206
 Washington, D.C. 20005                            Facsimile: (415) 520-6593
 Telephone: 202-408-4600                           dwarrington@dhillonlaw.com
 Facsimile: 202-408-4699                           jshaw@dhllonlaw.com
 jsellers@cohenmilstein.com                        glawkowski@dhillonlaw.com
 bcorman@cohenmilstein.com
 adeich@cohenmilstein.com

  Janette McCarthy-Wallace, Bar No.                 Jesse R. Binnall VA022
  OH066257 Anthony P. Ashton, Bar No.               BINNALL LAW GROUP,
  MD25220                                           PLLC
  Anna Kathryn Barnes Barry,                        717 King Street, Suite 200
  D.C. Bar No.                                      Alexandria, VA  22314
  1719493 NAACP                                     Telephone: (703) 888-1943
  Office of General                                 Facsimile: (703) 888-
  Counsel 4805 Mount                                1930
  Hope Drive Baltimore,                             jesse@binnall.com
  MD 21215
  Telephone: 410-580-
  5777                                              *Attorneys for Defendant Donald J. Trump*
  jlouard@naacpnet.org
  aashton@naacpnet.org
  abarnes@naacpnet.org

*Attorneys for Plaintiffs Barbara J. Lee, et al.*

*/s/ Matthew Kaiser*
Matthew Kaiser, D.C. Bar No. 486272
Sarah Fink, D.C. Bar No. 166663
KAISER PLLC
1099 Fourteenth Street N.W.
8th Floor Washington, D.C. 20005
Telephone: 202-640-2850
mkaiser@kaiserlaw.com
sfink@kaiserlaw.com

Philip Andonian, D.C. Bar No. 490792
Joseph Caleb, D.C. Bar No. 495383
CALEBANDONIAN PLLC
1100 H Street N.W. Suite 315
Washington, D.C. 20005
Telephone: 202-953-9850
phil@calebandonian.com
joe@calebandonian.com

*Attorneys for Plaintiff Eric Swalwell*

*/s/ Patrick Malone*
Patrick A. Malone, Bar No. 397142
Daniel Scialpi, Bar No. 997556
(application for admission forthcoming)
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street N.W. Suite 800
Washington, D.C. 20005
Telephone: 202-742-1500
Facsimile: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com

Cameron Kistler, Bar No. 1008922
Kristy Parker, Bar No. 1542111
Erica Newland (Bar No. MD0141)
UNITED TO PROTECT DEMOCRACY
2020 Pennsylvania Avenue N.W. #163
Washington, D.C. 20006
Telephone: 202-579-4582
cameron.kistler@protectdemocracy.org
kristy.parker@protectdemocracy.org
erica.newland@protectdemocracy.org

Genevieve C. Nadeau, Bar No. 979410
UNITED TO PROTECT DEMOCRACY
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: 202-579-4582
genevieve.nadeau@protectdemocracy.org

*Attorneys for Plaintiffs James Blassingame
and Sidney Hemby*

*/s/ Edward Caspar*
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Marc P. Epstein, D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, D.C. 20005
Telephone: 202-662-8390
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
mepstein@lawyerscommittee.org

Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Claire O'Brien, *pro hac vice*
Elizabeth H. Snow, *pro hac vice*
Babak Ghafarzade, *pro hac vice*
Esther D. Ness, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
cobrien@selendygay.com
esnow@selendygay.com
bghafarzade@selendygay.com
eness@selendygay.com

William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131

Telephone: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

*Attorneys for Plaintiffs Conrad Smith, et al.*

*/s/ Mark Zaid*
Mark S. Zaid, Esq., D.C. Bar No. 440532
Bradley P. Moss, Esq., D.C. Bar No. 975905
MARK S. ZAID, P.C.
1250 Connecticut Avenue N.W. Suite 700
Washington, D.C. 20036
Telephone: 202-498-0011
Facsimile: 202-330-5610
Mark@MarkZaid.com
Brad@MarkZaid.com

Matthew Kaiser, D.C. Bar No. 486272
Noah Brozinsky, D.C. Bar No. 1655789
KAISER PLLC
1099 Fourteenth Street N.W. 8th Floor
Washington, D.C. 20005
Telephone: 202-640-2850
mkaiser@kaiserlaw.com
nbrozinsky@kaiserlaw.com

Philip Andonian, D.C. Bar No. 490792 Joseph
Caleb, D.C. Bar No. 495383
CALEBANDONIAN PLLC
1100 H Street N.W. Suite 315
Washington, D.C. 20005
Telephone: 202-953-9850
phil@calebandonian.com
joe@calebandonian.com

*Attorneys for Plaintiff Sandra Garza*

*/s/ Patrick Malone*
Patrick A. Malone, Bar No. 397142
Daniel Scialpi, Bar No. 997556
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street N.W. Suite 800
Washington, D.C. 20005
Telephone: 202-742-1500
Facsimile: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com

*Attorneys for Plaintiffs Marcus J. Moore et*
*al.; Bobby Tabron et al.; and Briana Kirkland*

## CERTIFICATE OF SERVICE

I certify that on January 28, 2025, a true and correct copy of "Joint Motion to Extend Third-Party Deposition Deadlines" was served on counsel of record by the Clerk of the Court through the CM/ECF system.

*/s/  Joseph M. Sellers*