# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE *et al.*, <br><br>    *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br>    *Defendants*. | Case No. 21-cv-00400 (APM) <br><br> (lead case) |
| ERIC SWALWELL, <br><br>    *Plaintiff*, <br><br> v. <br><br> DONALD J. TRUMP *et al*., <br><br>    *Defendants*. | Case No. 21-cv-00586 (APM) <br><br> (consolidated case) |
| JAMES BLASSINGAME *et. al.*, <br><br>    *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, <br><br>    *Defendant*. | Case No. 21-cv-00858 (APM) <br><br> (consolidated case) |
| CONRAD SMITH *et al*., <br><br>    *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP *et al*., <br><br>    *Defendants*. | Case No. 21-cv-02265 (APM) <br><br> (consolidated case) |
| MARCUS J. MOORE *et al.*, <br><br>    *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, <br><br>    *Defendant*. | Case No. 22-cv-00010 (APM) <br><br> (consolidated case) |

| | |
|---|---|
| BOBBY TABRON *et al.*,<br>   *Plaintiff*,<br> v.<br>DONALD J. TRUMP,<br>   *Defendants*. | Case No. 22-cv-00011 (APM)<br>(consolidated case) |
| BRIANA KIRKLAND,<br>   *Plaintiff*,<br> v.<br>DONALD J. TRUMP,<br>   *Defendant*. | Case No. 22-cv-00034 (APM)<br>(consolidated case) |
| SANDRA GARZA,<br>   *Plaintiff*,<br> v.<br>DONALD J. TRUMP *et al.*,<br>   *Defendants*. | Case No. 23-cv-00038 (APM)<br>(consolidated case) |

## **ORDER**

This matter is before the Court on Plaintiffs' Consent Motion for an Extension of Time to Respond to Defendant Trump's Motion to Reconsider Denial of His Motion to Dismiss ("Motion"). For the reasons stated in the Motion and for good cause shown, the Motion is GRANTED and Plaintiffs shall file their response to Defendant Trump's Motion for Reconsideration by no later than February 28, 2025, and Defendant Trump shall file his reply in support of the Motion for Reconsideration no later than April 4, 2025.

Date: February 7, 2025

                      The Honorable Amit P. Mehta
                      United States District Judge