# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE *et al.*, | |
| *Plaintiffs,* | Case No. 21-cv-00400 (APM) |
| v. | (lead case) |
| DONALD J. TRUMP *et al.*, | |
| *Defendants.* | |
| ERIC SWALWELL, | |
| *Plaintiff,* | Case No. 21-cv-00586 (APM) |
| v. | (consolidated case) |
| DONALD J. TRUMP *et al.*, | |
| *Defendants.* | |
| JAMES BLASSINGAME *et al.*, | |
| *Plaintiffs,* | Case No. 21-cv-00858 (APM) |
| v. | (consolidated case) |
| DONALD J. TRUMP, | |
| *Defendant.* | |
| CONRAD SMITH *et al.*, | |
| *Plaintiffs,* | Case No. 21-cv-02265 (APM) |
| v. | (consolidated case) |
| DONALD J. TRUMP *et al.*, | |
| *Defendants.* | |

| | |
|---|---|
| MARCUS J. MOORE *et al.*,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP,<br><br>        *Defendant*. | Case No. 22-cv-00010 (APM)<br><br>(consolidated case) |
| BOBBY TABRON *et al.*,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP,<br><br>        *Defendant*. | Case No. 22-cv-00011 (APM)<br><br>(consolidated case) |
| BRIANA KIRKLAND,<br><br>        *Plaintiff*,<br><br>    v.<br><br>DONALD J. TRUMP,<br><br>        *Defendant*. | Case No. 22-cv-00034 (APM)<br><br>(consolidated case) |
| SANDRA GARZA,<br><br>        *Plaintiff*,<br><br>    v.<br><br>DONALD J. TRUMP *et al.*,<br><br>        *Defendants*. | Case No. 22-cv-00038 (APM)<br><br>(consolidated case) |

**<u>REDACTED - DECLARATION OF EDWARD G. CASPAR IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANT DONALD J. TRUMP'S MOTION
FOR SUMMARY JUDGMENT (DKT. 144)</u>**

I, Edward G. Caspar, hereby declare as follows:

1.  I am over the age of eighteen years, and I am competent to testify as to the matters asserted herein.

2.  I am an attorney licensed in the District of Columbia and serve as Acting Co-Chief Counsel for the Lawyers' Committee for Civil Rights Under Law. I am one of the attorneys representing Capitol Police Officer Plaintiffs Conrad Smith, Danny McElroy, Governor Latson, Melissa Marshall, Michael Fortune, Jason DeRoche, and Reginald Cleveland ("Plaintiffs") in the above-captioned litigation. The statements contained in this Declaration are based on my first-hand knowledge of and involvement in this case.

3.  Attached as Exhibit 50 is a true and correct copy of the Petition for Writ of Certiorari filed in *Trump v. Knight First Amend. Inst. at Columbia Univ.*, 141 S. Ct. 1220 (2021) dated August 20, 2020.

4.  Attached as Exhibit 51 is a true and correct copy of the Reply Brief for Appellants filed in *Trump v. Knight First Amend. Inst. at Columbia Univ.*, 928 F.3d 226 (2d Cir. 2019) dated October 26, 2018.

5.  Attached as Exhibit 52 is a true and correct copy of an email sent from "News Alerts" with the subject line " ███████████████████ " dated January 21, 2021, produced by NARA in this action and beginning with Bates stamp NARA_PROD_069146.

6.  Attached as Exhibit 53 is a true and correct copy of an email sent from "News Alerts" with the subject line " ███████████████████ " dated December 20, 2020, produced by NARA in this action and beginning with Bates stamp NARA_PROD_095762.

7.  Attached as Exhibit 54 is a true and correct copy of an email sent from "News Alerts" with the subject line "███████████████████████" dated October 31, 2020, produced by NARA in this action and beginning with Bates stamp NARA_PROD_095498.

8.  Attached as Exhibit 55 is a true and correct copy of an email sent from "News Alerts" with the subject line "██████████████████" dated October 25, 2020, produced by NARA in this action and beginning with Bates stamp NARA_PROD_095841.

9.  Attached as Exhibit 56 is a true and correct copy of Defendant Donald J. Trump's Responses to Plaintiffs' First Set of Requests for Admissions dated May 31, 2024.

10. Attached as Exhibit 57 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's deposition of Stephen Miller dated April 14, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00049381.

11. Attached as Exhibit 58 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's deposition of Ross Worthington dated February 15, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00061187.

12. Attached as Exhibit 59 is a true and correct copy of a certified transcript of Defendant Donald Trump's rally speech in Dalton, Georgia dated January 4, 2021.

13. Attached as Exhibit 60 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's deposition of Caroline Wren dated December 17, 2021, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00051125.

14. Attached as Exhibit 61 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's interview of Kristin Davis dated August 2, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00069107.

15. Attached as Exhibit 62 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's interview of Donald John Trump, Jr. dated May 3, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00032613.

16. Attached as Exhibit 63 is a true and correct copy of the results of a search of FEC disbursement records for disbursements from Make America Great Again PAC to ten individuals between January 1, 2015 and March 1, 2021 dated February 22, 2025.

17. Attached as Exhibit 64 is a true and correct copy of a search of FEC disbursement records for disbursements from Make America Great Again PAC to ten individuals between January 1, 2015 and March 1, 2021, the results of which are documented in the spreadsheet provided at Exhibit 63 dated February 22, 2025.

18. Attached as Exhibit 65 is a true and correct copy of Defendant Donald J. Trump's Responses to Plaintiffs' Third Set of Requests for Admissions dated August 30, 2024.

19. Attached as Exhibit 66 is a true and correct copy of the results of a search of FEC disbursement records for disbursements from Make America Great Again PAC between November 1, 2020 and March 31, 2021, dated February 22, 2024, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00070028.

20. Attached as Exhibit 67 is a true and correct copy of a search of FEC disbursement records for disbursements from Make America Great Again PAC between November 1, 2020 and

March 31, 2021, dated February 22, 2024, the results of which are documented in the spreadsheet provided at Exhibit 66 (PLAINTIFFS_00070028).

21. Attached as Exhibit 68 is a true and correct copy of emails between Justin Caporale and Dan Scavino with the subject line "███████████████████████████████" dated January 3, 2021, produced by Dan Scavino in this action and beginning with Bates stamp SCAVINO_SMITH_000026.

22. Attached as Exhibit 69 is a true and correct copy of emails between Justin Caporale, Dan Scavino, Mike Hahn, Gary Coby, and Hannah Salem with the subject line "█ ███████████████████████ dated January 3, 2021, produced by Dan Scavino in this action and beginning with Bates stamp SCAVINO_SMITH_000030.

23. Attached as Exhibit 70 is a true and correct copy of the results of a search of FEC disbursement records for disbursements from Make America Great Again PAC to "Event Strategies Inc" and/or "ESI" between January 1, 2015 and March 1, 2021 dated February 22, 2025.

24. Attached as Exhibit 71 is a true and correct copy of a search of FEC disbursement records for disbursements from Make America Great Again PAC to "Event Strategies Inc" and/or "ESI" between January 1, 2015 and March 1, 2021, the results of which are documented in the spreadsheet provided at Exhibit 70 dated February 22, 2025.

25. Attached as Exhibit 72 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's deposition of Justin Caporale dated March 1, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00062118.

26. Attached as Exhibit 73 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's interview of Kylie Kremer dated January 12, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00051747.

27. Attached as Exhibit 74 is a true and correct copy of text messages between Justin Caporale and Kylie Kremer dated January 6, 2021, produced by Kylie Kremer in this action and beginning with Bates stamp KKremer5153.

28. Attached as Exhibit 75 is a true and correct copy of emails between Sean Dollman and Megan Powers with the subject line "Re: Charter Plane for Approval | PBI - IAD | 1/1/21" dated January 1, 2021, produced by Donald J Trump for President in this action and beginning with Bates stamp DJTFP0080926.

29. Attached as Exhibit 76 is a true and correct copy of the LinkedIn profile of Megan Powers Small dated November 16, 2024, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00072871.

30. Attached as Exhibit 77 is a true and correct copy of an email from Jared Small to Tim Unes with the subject line "PEG Quote for Johnstown, PA - 10/13 POTUS Hangar Rally" dated October 10, 2020, produced by Donald J Trump for President in this action and beginning with Bates stamp DJTFP0099791.

31. Attached as Exhibit 78 is a true and correct copy of the results of a search of FEC disbursement records for disbursements from Make America Great Again PAC to "Salem Strategies" between January 1, 2015 and March 1, 2021 dated February 22, 2025.

32. Attached as Exhibit 79 is a true and correct copy of the search of FEC disbursement records for disbursements from Make America Great Again PAC to "Salem Strategies" between

January 1, 2015 and March 1, 2021, dated February 22, 2025, the results of which are documented in the spreadsheet provided at Exhibit 78.

33. Attached as Exhibit 80 is a true and correct copy of emails between Justin Caporale, Ali Alexander, Caroline Wren, Maggie Mulvaney, Cassidy Kofoed, Kyra Schaefer, and Megan Powers with the subject line "██████████████████████████" dated January 5, 2021, produced by Event Strategies Inc. in this action and beginning with Bates stamp ESI_01_000243.

34. Attached as Exhibit 81 is a true and correct copy of text messages between Caroline Wren and Tim Enlow dated January 5, 2021, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00001459.

35. Attached as Exhibit 82 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's deposition of Kimberly Guilfoyle dated April 18, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00050805.

36. Attached as Exhibit 83 is a true and correct copy of text messages between Justin Caporale and Caroline Wren  dated January 8, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00001382.

37. Attached as Exhibit 84 is a true and correct copy of emails between Megan Powers, Justin Caporale, Kiran Menon, members of Women for America First, the National Parks Service, and the Metropolitan Police Department with the subject line "██████████████████ ██████████████████████" dated January 5, 2021, produced by Megan Powers in this action and beginning with Bates stamp Powers_01_000350.

38. Attached as Exhibit 85 is a true and correct copy of an email from Kylie Kremer to Katrina Pierson with the subject line "Fwd: Credential and Stage Proofs" dated December 31, 2020, produced by Katrina Pierson in this action and beginning with Bates stamp KPierson0042.

39. Attached as Exhibit 86 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's interview of Katrina Pierson dated March 25, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00063922.

40. Attached as Exhibit 87 is a true and correct copy of text messages between Kylie Kremmer, Amy Kremer, Jennifer Hulsey, and Katrina Pierson dated January 6, 2021, produced by Kylie Kremer in this action and beginning with Bates stamp KKremer4453.

41. Attached as Exhibit 88 is a true and correct copy of excerpts of text messages between Katrina Pierson and Amy Kremer, Kylie Kremer, Jennifer Hulsey, Scott Graves, Caroline Wren, and Justin Caporale dated January 2, 2021, produced by Katrina Pierson in this action and beginning with Bates stamp KPierson0201.

42. Attached as Exhibit 89 is a true and correct copy of an emails between Megan Powers, Justin Caporale, and Kiran Menon with the subject line "███████████ ████" dated January 4, 2021, produced by Megan Powers in this action and beginning with Bates stamp Powers_01_000277.

43. Attached as Exhibit 90 is a true and correct copy of text messages between Kylie Kremer, Jennifer Hulsey, Katrina Pierson, and Megan Powers dated January 5, 2021, produced by Kylie Kremer in this action and beginning with Bates stamp KKremer3390.

44. Attached as Exhibit 91 is a true and correct copy of an email from Kylie Kremer to Megan Powers with the subject line "Re: Save America Rally Speaker List Draft 1" dated

December 31, 2020, produced by Kylie Kremer in this action and beginning with Bates stamp KKremer2395.

45. Attached as Exhibit 92 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's deposition of Taylor Budowich dated December 22, 2021, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00017163.

46. Attached as Exhibit 93 is a true and correct copy of text messages between Taylor Budowich and Justin Caporale dated January 1, 2021, produced by Justin Caporale in this action and beginning with Bates stamp Caporale_02_003363.

47. Attached as Exhibit 94 is a true and correct copy of emails between Sean Dollman and Justin Caporale with the subject line "Re: Invoice | Caporale, December 2020" dated December 30, 2020, produced by Donald J Trump for President in this action and beginning with Bates stamp DJTFP0094408.

48. Attached as Exhibit 95 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's deposition of Dustin Stockton dated December 14, 2021, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00017670.

49. Attached as Exhibit 96 is a true and correct copy of text messages between Kylie Kremer and Mike Lindell dated January  7, 2021, produced by Kylie Kremer in this action and beginning with Bates stamp KKremer5447.

50. Attached as Exhibit 97 is a true and correct copy of text messages from Kimberly Guilfoyle to Katrina Pierson and Caroline Wren dated December 27, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00001889.

51. Attached as Exhibit 98 is a true and correct copy of email from Mike Hahn to Joseph Karwacki, Ryann McEnany, Sean Dollman, and Gary Coby with the subject line "Jan. 6" dated December 30, 2020, produced by Donald J Trump for President in this action and beginning with Bates stamp DJTFP0093816.

52. Attached as Exhibit 99 is a true and correct copy of an email from Ali Pardo to Jason Miller, Sean Dollman, and Tim Murtaugh with the subject line "Following up- Chelsea Parella" dated December 29, 2020, produced by Donald J Trump for President in this action and beginning with Bates stamp DJTFP0093842.

53. Attached as Exhibit 100 is a true and correct copy of excerpts of the transcript of the deposition of Justin Clark in this action dated November 19, 2024.

54. Attached as Exhibit 101 is a true and correct copy of emails between Mike Hahn and Sean Dollman with the subject line "Re: Social Media Team Roles" dated December 16, 2020, produced by Donald J Trump for President in this action and beginning with Bates stamp DJTFP0093818.

55. Attached as Exhibit 102 is a true and correct copy of the LinkedIn profile of Mike Hahn dated December 27, 2024, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00072911.

56. Attached as Exhibit 103 is a true and correct copy of an email from Jason Miller to Dan Scarvino with the subject line "██████████████" dated December 30, 2020, produced by Dan Scavino in this action and beginning with Bates stamp SCAVINO_SMITH_000042.

57. Attached as Exhibit 104 is a true and correct copy of the LinkedIn profile of Ryann McEnany dated January 8, 2025, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00072914.

58. Attached as Exhibit 105 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's interview of Sean Ray Dollman dated June 29, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00038886.

59. Attached as Exhibit 106 is a true and correct copy of Defendant Donald J. Trump's Responses to Plaintiffs' Fifth Set of Requests for Admissions dated October 14, 2024.

60. Attached as Exhibit 107 is a true and correct copy of an invoice from Harris Sikes Media LLC to "Donald J Trump for President Inc." dated December 22, 2020, produced by Donald J Trump for President in this action and beginning with Bates stamp DJTFP0104023.

61. Attached as Exhibit 108 is a true and correct copy of an email from Kylie Kremer to Marisa Richardson, Jennifer Hulsey, and Amy Kremer with the subject line "NPS Required Documentation - Ellipse 01062021.docx" dated December 30, 2020, produced by Kylie Kremer in this action and beginning with Bates stamp KKremer2316.

62. Attached as Exhibit 109 is a true and correct copy of Twitter posts by @JasonMillerinDC, reposting Twitter posts of @TeamTrump, dated January 3, 2021, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00070057.

63. Attached as Exhibit 110 is a true and correct copy of the search results for "Women for America First" in the FEC's records of "Candidate and Committee Profiles" dated February 5, 2025.

64. Attached as Exhibit 111 is a true and correct copy of Defendant Donald J. Trump's Responses to Plaintiffs' Second Set of Requests for Admissions dated July 22, 2024.

65. Attached as Exhibit 112 is a true and correct copy of emails between Kenneth Chesebro and Mike Roman with the subject line "Re: [EXTERNAL] Re: Electors" dated January 4, 2021, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00073020.

66. Attached as Exhibit 113 is a true and correct copy of a video published by Bloomberg QuickTake on YouTube, titled "LIVE: Trump Delivers Remarks at the 'Save America Rally' in Washington, D.C." dated January 6, 2021, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00070090.

67. Attached as Exhibit 114 is a true and correct copy of a Twitter post by @GovenorHobbs dated November 30, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00069940.

68. Attached as Exhibit 115 is a true and correct copy of excerpts of the final report of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol dated December 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00044152.

69. Attached as Exhibit 116 is a true and correct copy of an announcement from the Georgia Secretary of State, Brad Raffensperger, titled "Historic First Statewide Audit of Paper Ballots Upholds Result of Presidential Race" dated November 19, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00070053.

70. Attached as Exhibit 117 is a true and correct copy of an announcement from the Michigan Department of State, titled "False claims from Ronna McDaniel have no merit" dated

November 6, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00070049.

71. Attached as Exhibit 118 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's interview of William Barr dated June 2, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00036733.

72. Attached as Exhibit 119 is a true and correct copy of the Supreme Court's order in *Texas v. Pennsylvania*, No. 22O155  dated December 11, 2020.

73. Attached as Exhibit 120 is a true and correct copy of excerpts of the transcript from the Hearing before the House Select Committee to Investigate the January 6th Attack on the Capitol dated June 23, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00071760.

74. Attached as Exhibit 121 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's deposition of Robert Gabriel dated April 6, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00064559.

75. Attached as Exhibit 122 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's deposition of Vincent Haley dated April 12, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00063794.

76. Attached as Exhibit 123 is a true and correct copy of a document titled "Save America March" with edits in tracked changes produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00003566.

77. Attached as Exhibit 124 is a true and correct copy of an email from Vincent Haley to Vince Haley with the subject line "  " dated January 6, 2021, produced by Vincent Haley in this action and beginning with Bates stamp VMH-00000182.

78. Attached as Exhibit 125 is a true and correct copy of a White House document titled " ███████ ████████████████████████████████████████ " dated February 19, 2020, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097767.

79. Attached as Exhibit 126 is a true and correct copy of a White House document titled "████████████████████████████████████████████ ██████ " dated September 21, 2018, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097724.

80. Attached as Exhibit 127 is a true and correct copy of a White House document titled "███ ████████████████████████████████████████████████ " dated October 9, 2018, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097729.

81. Attached as Exhibit 128 is a true and correct copy of a White House document titled "███████████████████████████ " dated October 24, 2018, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097733.

82. Attached as Exhibit 129 is a true and correct copy of a White House document titled "████████████████████████ " dated November 1, 2018, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097737.

83. Attached as Exhibit 130 is a true and correct copy of a White House document titled "███████████████████████████" dated November 4, 2018, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097741.

84. Attached as Exhibit 131 is a true and correct copy of a White House document titled "███████████████████████" dated November 5, 2018, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097745.

85. Attached as Exhibit 132 is a true and correct copy of a White House document titled "███ ██████████████████████████████████████" dated April  27, 2019, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097752.

86. Attached as Exhibit 133 is a true and correct copy of a White House document titled "███ █████████████████████████████████████" dated October 10, 2019, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097756.

87. Attached as Exhibit 134 is a true and correct copy of a White House document titled "███ ████████████████████████████████████" dated October 17, 2019, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097760.

88. Attached as Exhibit 135 is a true and correct copy of a White House document titled "███████████████████████████████" dated September 16, 2019, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097763.

89. Attached as Exhibit 136 is a true and correct copy of a White House document titled "████████████████████████" dated September 14, 2020, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097771.

90. Attached as Exhibit 137 is a true and correct copy of a White House document titled "███████████████████████████" dated September 17, 2020, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097779.

91. Attached as Exhibit 138 is a true and correct copy of a White House document titled "███████████████████████████" dated September 25, 2020, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097781.

92. Attached as Exhibit 139 is a true and correct copy of a White House document titled "██████████████████████" dated September 25, 2020, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097783.

93. Attached as Exhibit 140 is a true and correct copy of a White House document titled "███ ██████████████████████████████████" dated May 8, 2019, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097794.

94. Attached as Exhibit 141 is a true and correct copy of a White House document titled "███ ████████████████████████████████" dated October 11, 2019, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097798.

95. Attached as Exhibit 142 is a true and correct copy of a White House document titled "███ █████████████████████████████████" dated November 6, 2019, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097802.

96. Attached as Exhibit 143 is a true and correct copy of a White House document titled "███ ████████████████████████████████" dated November 14, 2019, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097805.

97. Attached as Exhibit 144 is a true and correct copy of a White House document titled "███████████████████████████" dated September 30, 2020, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097820.

98. Attached as Exhibit 145 is a true and correct copy of a White House document titled "███ ████████████████████████████" dated November 26, 2019, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097809.

99. Attached as Exhibit 146 is a true and correct copy of a White House document titled "███ ████████████████████████" dated January 14, 2020, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097816.

100. Attached as Exhibit 147 is a true and correct copy of a White House document titled "██████████████████████████████████████" dated June 11, 2019, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097789.

101. Attached as Exhibit 148 is a true and correct copy of a White House document titled "████████████████████████████████████ ███████████" dated December 7, 2019, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097812.

102. Attached as Exhibit 149 is a true and correct copy of a White House document titled "████████████████████████████████████ ███████████" dated April 2, 2019, produced by NARA in this action and beginning with Bates stamp NARA_PROD_097749.

103. Attached as Exhibit 150 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's

deposition of Pasquale Anthony "Pat" Cipollone dated July 8, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00059116.

104.    Attached as Exhibit 151 is a true and correct copy of a Twitter post by @TeamTrump dated January 6, 2021, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00072844.

105.    Attached as Exhibit 152 is a true and correct copy of an Instagram post by @TeamTrump dated January 6, 2021, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00072876.

106.    Attached as Exhibit 153 is a true and correct copy of a Twitter post by @realDonaldTrump dated May 31, 2019.

107.    Attached as Exhibit 154 is a true and correct copy of a news report from C-SPAN titled, *President Trump Speaks at 2020 Republican National Convention* dated August 27, 2020.

108.    Attached as Exhibit 155 is a true and correct copy of the Complaint filed in *Knight First Amend. Inst. at Columbia Univ. v. Trump*, Case No. 1:17-cv-05205-NRB (S.D.N.Y) dated July 11, 2017.

109.    Attached as Exhibit 156 is a true and correct copy of *Biden v. Knight First Amend. Inst. at Columbia Univ.*, 141 S. Ct. 1220 (2021 Apr. 5, 2021).

110.    Attached as Exhibit 157 is a true and correct copy of the Reply Brief for the Petitioners in *Trump v. Knight First Amend. Inst. at Columbia Univ.*, No. 20-197 (U.S.) dated October 2020.

111.    Attached as Exhibit 158 is a true and correct copy of the "Archived Social Media" webpage of the National Archives' Donald J. Trump Presidential Library dated October

22, 2024, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00070029.

112.     Attached as Exhibit 159 is a true and correct copy of a Twitter post by @realDonaldTrump dated July 30, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00069916.

113.     Attached as Exhibit 160 is a true and correct copy of an article published in The Hill, titled *Trump: "The only way we're going to lose this election is if the election is rigged"* dated August 17, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00069917.

114.     Attached as Exhibit 161 is a true and correct copy of the transcript of Donald J. Trump's speech at the 2020 Republic National Committee convention dated August 24, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00012698.

115.     Attached as Exhibit 162 is a true and correct copy of the transcript of Donald J. Trump's "Remarks on the 2020 Election" on CSPAN dated November 4, 2020, produced by Donald J Trump for President in this action and beginning with Bates stamp DJTFP0043202.

116.     Attached as Exhibit 163 is a true and correct copy of Defendant Donald J. Trump's Responses to Plaintiffs' Fourth Set of Requests for Admissions dated October 14, 2024.

117.     Attached as Exhibit 164 is a true and correct copy of a Twitter post by @realDonaldTrump dated a Twitter post by @realDonaldTrump  14, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00069937.

118.     Attached as Exhibit 165 is a true and correct copy of a Twitter post by @realDonaldTrump dated November 29, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00069939.

119.     Attached as Exhibit 166 is a true and correct copy of a Twitter post by @realDonaldTrump  dated November 29, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00069938.

120.     Attached as Exhibit 167 is a true and correct copy of a Twitter post by @realDonaldTrump  dated December 21, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00069946.

121.     Attached as Exhibit 168 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's deposition of Rudolph Giuliani dated May 20, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00015586.

122.     Attached as Exhibit 169 is a true and correct copy of a Twitter post by @RudyGiuliani dated January 5, 2021, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00069904.

123.     Attached as Exhibit 170 is a true and correct copy of a Twitter post by @realDonaldTrump dated January 5, 2021, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00069952.

124.     Attached as Exhibit 171 is a true and correct copy of a statement from Donald J. Trump issued by the press office for the Donald J. Trump for President campaign dated January 5, 2021, produced by Donald J Trump for President in this action and beginning with Bates stamp DJTFP0095157.

125.    Attached as Exhibit 172 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's deposition of Kenneth Chesebro dated October 26, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00043285.

126.    Attached as Exhibit 173 is a true and correct copy of a memorandum from Kenneth Chesebro to James Troupis with the subject line "Statutory Requirements for December 14 Electoral Votes" dated December 9, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00003257.

127.    Attached as Exhibit 174 is a true and correct copy of a memorandum from Kenneth Chesebro to James Troupis with the subject line "Important That All Trump-Pence Electors Vote on December 14" dated December 6, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00070979.

128.    Attached as Exhibit 175 is a true and correct copy of excerpts of the transcript from the plea hearing in *Georgia v. Chesebro*, 23SC188947 (Ga. Sup. Ct.) dated October 20, 2023.

129.    Attached as Exhibit 176 is a true and correct copy of excerpts of United States House of Representatives Resolution No. 117-216 dated December 13, 2021.

130.    Attached as Exhibit 177 is a true and correct copy of Donald J. Trump's Emergency Petition to Bypass Court of Appeals with Motion to Accept Opening Brief in *Trump v. Biden*, No. 2020AP2038 (Wis.) dated December 11, 2020.

131.    Attached as Exhibit 178 is a true and correct copy of a press release issued by the Republican Party of Pennsylvania titled "Republican Electors Cast Procedural Vote" dated

December 14, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00070066.

132.     Attached as Exhibit 179 is a true and correct copy of an email from James Troupis to Justin Clark and Kenneth Chesebro sharing an attachment titled "Electors Date of selection may be January not December" dated November 25, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00072880.

133.     Attached as Exhibit 180 is a true and correct copy of emails between Mark Meadows and Jason Miller with the subject line "Re: [EXTERNAL]2020-11-20 Chesebro mem on real deadline2.pdf" dated December 6, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00003603.

134.     Attached as Exhibit 181 is a true and correct copy of emails between Kenneth Chesebro, Joseph L Olson, James Troupis, and George Burnett with the subject line "Wisconsin - Re: [EXTERNAL] Re: 2020-11-20 Chesebro memo on real deadline2.pdf" dated December 9, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00069894.

135.     Attached as Exhibit 182 is a true and correct copy of excerpts of text messages between Kenneth Chesebro and James Troupis dated December 7, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00072920.

136.     Attached as Exhibit 183 is a true and correct copy of emails between Kenneth Chesebro and Greg Safsten with the subject line "Re: Dec. 14 vote by Arizona Trump-Pence electors -- background materials" dated December 11, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00004240.

137.     Attached as Exhibit 184 is a true and correct copy of emails between Kenneth Chesebro and David Shafer with the subject line "URGENT -- National Trump-Pence campaign asked me to contact you to coordinate Dec. 14 voting by Georgia electors" dated December 10, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00002578.

138.     Attached as Exhibit 185 is a true and correct copy of email from Thomas W King III to Vonne Andring and Lawrence Tabas with the subject line "FWD: PA electoral votes -- draft Certificates & cover memo" dated December 10, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00002696.

139.     Attached as Exhibit 186 is a true and correct copy of emails between Justin Clark, Kenneth Chesebro, Boris Epshteyn, and Matthew Morgan with the subject line "Re: [EXTERNAL] Re: Electors" dated December 10, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00069901.

140.     Attached as Exhibit 187 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's interview of Ronna McDaniel dated June 1, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00039051.

141.     Attached as Exhibit 188 is a true and correct copy of emails between Jim DeGraffenreid, Kenneth Chesebro, and Jesse Binnall with the subject line "Re: URGENT -- Trump-Pence campaign asked me to contact you to coordinate Dec. 14 voting by Nevada electors" dated December 11, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00073027.

142.     Attached as Exhibit 189 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's interview of Cassidy Hutchinson dated March 7, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00014724.

143.     Attached as Exhibit 190 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's interview of Judson Deere dated March 3, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00024812.

144.     Attached as Exhibit 191 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's interview of Bryan Cutler dated May 31, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00041894.

145.     Attached as Exhibit 192 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's deposition of Molly Michael dated March 24, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00029109.

146.     Attached as Exhibit 193 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's interview of Michael Shirkey dated June 8, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00040602.

147.     Attached as Exhibit 194 is a true and correct copy of a Twitter post by @TeamTrump dated January 3, 2021, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00069949.

148.      Attached as Exhibit 195 is a true and correct copy of emails between Tim Murtaugh and Rachel Lerman with the subject line "Re: [EXTERNAL]WashPost Inquiry, suspended tweet" dated October 15, 2020, produced by Donald J Trump for President in this action and beginning with Bates stamp DJTFP0100711.

149.      Attached as Exhibit 196 is a true and correct copy of "Donald J. Trump for President Campaign, Inc.'s Objections to Plaintiff's Second Set of Interrogatories" dated June 5, 2024.

150.      Attached as Exhibit 197 is a true and correct copy of transcript of Donald J. Trump's January 2, 2021 call with Georgia's Secretary of State, Brad Raffensperger, published by CNN, dated January 3, 2021, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00012802.

151.      Attached as Exhibit 198 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's deposition of Cleta Mitchell dated May 18, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00014580.

152.      Attached as Exhibit 199 is a true and correct copy of the Notice of Voluntary Dismissal Without Prejudice filed in *Trump v. Raffensperger*, No. 2020CV343255 (Ga. Sup. Ct.) dated January 7, 2021.

153.      Attached as Exhibit 200 is a true and correct copy of the "Motion of Donald J. Trump, President of the United States, to Intervene in His Personal Capacity as Candidate for Re-Election" in *Texas v. Pennsylvania*, No. 22O155 (U.S.) dated December 9, 2020.

154.    Attached as Exhibit 201 is a true and correct copy of emails with the subject line "Re: CDS Activity Log #2" dated January 6, 2021, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00003477.

155.    Attached as Exhibit 202 is a true and correct copy of an email from Kylie Kremer to Marisa Richardson and Jennifer Hulsey with the subject line "WFAF permit increase" dated January 4, 2021, produced by Kylie Kremer in this action and beginning with Bates stamp KKremer0590.

156.    Attached as Exhibit 203 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's interview of Amy Kremer dated February 18, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00024656.

157.    Attached as Exhibit 204 is a true and correct copy of emails between Cindy Chafian and Deborah Deas with the subject line "[EXTERNAL] Re: Status of application - Women for America First (21-0212)" dated December 19, 2020, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00001205.

158.    Attached as Exhibit 205 is a true and correct copy of the document titled "Fancelli Budget & Trip Plan" dated January 4, 2021, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00001857.

159.    Attached as Exhibit 206 is a true and correct copy of emails between Kylie Kremer and Jack Daly with the subject line "Re: I would love to have this creative parked on an LP tied to my anecdote acct asap" dated January 3, 2021, produced by Kylie Kremer in this action and beginning with Bates stamp KKremer2509.

160.    Attached as Exhibit 207 is a true and correct copy of text messages between Kylie Kremer and Heather Childers dated December 19, 2020, produced by Kylie Kremer in this action and beginning with Bates stamp KKremer1350.

161.    Attached as Exhibit 208 is a true and correct copy of email from Kylie Kremer to Dustin Stockton, James Lyle, Amy Kremer, and Jennifer Lawrence with the subject line "January 6th Graphic for DC" dated December 21, 2020, produced by Kylie Kremer in this action and beginning with Bates stamp KKremer1927.

162.    Attached as Exhibit 209 is a true and correct copy of email from Kylie Kremer to Scott Graves and Amy Kremer with the subject line "Map for MFT Part 2 Tour" dated December 21, 2020, produced by Kylie Kremer in this action and beginning with Bates stamp KKremer1931.

163.    Attached as Exhibit 210 is a true and correct copy of still images from a YouTube video posted by @DonaldJTrumpforPresident titled "JAN. 6!" dated January 2, 2021, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00072845.

164.    Attached as Exhibit 211 is a true and correct copy of a YouTube video posted by @DonaldJTrumpforPresident dated January 2, 2021, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00072864.

165.    Attached as Exhibit 212 is a true and correct copy of a Twitter post by @TeamTrump dated January 3, 2021, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00069948.

166.     Attached as Exhibit 213 is a true and correct copy of a Twitter post by @realDonaldTrump dated January 3, 2021, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00069951.

167.     Attached as Exhibit 214 is a true and correct copy of "Donald J. Trump for President, Inc.'s Responses and Objections to Plaintiff's First Set of Interrogatories" dated July 10, 2023.

168.     Attached as Exhibit 215 is a true and correct copy of a Twitter post by @TeamTrump dated January 6, 2021, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00072843.

169.     Attached as Exhibit 216 is a true and correct copy of a Twitter post by @realDonaldTrump dated January 6, 2021, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00072842.

170.     Attached as Exhibit 217 is a true and correct copy of an Instagram post by @TeamTrump dated January 6, 2021, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00072878.

171.     Attached as Exhibit 218 is a true and correct copy of an email from Kylie Kremer to Marisa Richardson, Deborah Deas, Jennifer Husley, and Amy Kremer with the subject line "Re: [EXTERNAL] Women for America First Permit for Freedom Plaza on Jan 6th" dated December 29, 2020, produced by Kylie Kremer in this action and beginning with Bates stamp KKremer2222.

172.     Attached as Exhibit 219 is a true and correct copy of excerpts of text messages between Kylie Kremer and Jennifer Husley dated January 1, 2021, produced by Kylie Kremer in this action and beginning with Bates stamp KKremer4879.

173.     Attached as Exhibit 220 is a true and correct copy of excerpts of text messages between Kylie Kremer and Amy Kremer dated January 3, 2021, produced by Kylie Kremer in this action and beginning with Bates stamp KKremer5465.

174.     Attached as Exhibit 221 is a true and correct copy of text messages between Kylie Kremer, Amy Kremer, James Lyle, and Matt McClesky dated January 8, 2021, produced by Kylie Kremer in this action and beginning with Bates stamp KKremer4064.

175.     Attached as Exhibit 222 is a true and correct copy of an email from Kylie Kremer to Dustin Stockton with the subject line "Re: pdf" dated January 4, 2021, produced by Kylie Kremer in this action and beginning with Bates stamp KKremer0556.

176.     Attached as Exhibit 223 is a true and correct copy of an email from Kylie Kremer to Linda Davis with the subject line "Re: WFAF Room List" dated December 31, 2020, produced by Kylie Kremer in this action and beginning with Bates stamp KKremer2399.

177.     Attached as Exhibit 224 is a true and correct copy of an email from Kylie Kremer to Marisa Richardson, Jennifer Hulsey, and Michael Yoder with the subject line "WFAF Medical" dated December 31, 2020, produced by Kylie Kremer in this action and beginning with Bates stamp KKremer2417.

178.     Attached as Exhibit 225 is a true and correct copy of emails between Golf Cart Sales and Service and William Wilson with the subject line "Estimate from Golf Cart Sales and Service" dated January 6, 2021, produced by William Wilson in this action and beginning with Bates stamp WW00000066.

179.     Attached as Exhibit 226 is a true and correct copy of an email from Megan Powers to William Wilson with the subject line "2020.01.06_Expenses - Invitation to edit" dated

January 3, 2021, produced by William Wilson in this action and beginning with Bates stamp WW00000227.

180.    Attached as Exhibit 227 is a true and correct copy of spreadsheet referenced in email at Ex. 226 (WW00000227) dated January 3, 2021, produced by William Wilson in this action and beginning with Bates stamp WW00000228.

181.    Attached as Exhibit 228 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's deposition of Ali Alexander dated December 9, 2021, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00017340.

182.    Attached as Exhibit 229 is a true and correct copy of excerpts of the transcript of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol's interview of Hope Hicks dated October 25, 2022, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00058068.

183.    Attached as Exhibit 230 is a true and correct copy of an article published by BBC titled, *Capitol riots timeline: What happened on 6 January 2021?* dated August 1, 2023, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00070014.

184.    Attached as Exhibit 231 is a true and correct copy of an article published by the Washington Post titled, *Trump claims violence he inspired on Jan. 6 was Pence's fault* dated March 13, 2023, produced by Plaintiffs in this action and beginning with Bates stamp PLAINTIFFS_00070139.

185.    Attached as Exhibit 232 is a true and correct copy of text messages between Katrina Pierson and Cindy Chafian dated January 2, 2021, produced by Katrina Pierson in this action and beginning with Bates stamp KPIERSON0072.

186.    Attached as Exhibit 233 is a true and correct copy of email from Megan Powers to Katrina Pierson and Justin Caporale with the subject line "Re: JAN 6th ROS NAMES" dated January 4, 2021, produced by Katrina Pierson in this action and beginning with Bates stamp KPierson0065.

187.    Attached as Exhibit 234 is a true and correct copy of a public statement from Arizona House Speaker Rusty Bowers titled "Speaker Bowers Addresses Calls for the Legislature to Overturn 2020 Certified Election Results" dated December 4, 2020.

188.    Attached as Exhibit 235 is a true and correct copy of a signed declaration by William Barr dated August 28, 2024.

189.    Attached as Exhibit 236 is a true and correct copy of a signed declaration by Pasquale Anthony "Pat" Cipollone dated August 30, 2024

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2025


        */s/ Edward G. Caspar*

        Edward G. Caspar