# Exhibit 56

PUBLIC VERSION - ORIGINAL FILED PROVISIONALLY UNDER SEAL