# Exhibit 57

1

2

3

4       SELECT COMMITTEE TO INVESTIGATE THE

5       JANUARY 6TH ATTACK ON THE U.S. CAPITOL,

6       U.S. HOUSE OF REPRESENTATIVES,

7       WASHINGTON, D.C.

8

9

10

11      DEPOSITION OF:    STEPHEN MILLER

12

13

14

15                                   Thursday, April 14, 2022

16

17                                   Washington, D.C.

18

19

20              The deposition in the above matter was held via Webex, commencing at 10:02

21      a.m.

22              Present:    Representatives Luria, Aguilar, Schiff, Lofgren, and Murphy.

PLAINTIFFS_00049381

2

1

2      Appearances:

3

4

5      For the SELECT COMMITTEE TO INVESTIGATE

6      THE JANUARY 6TH ATTACK ON THE U.S. CAPITOL:

7

8      ███████████ STAFF ASSOCIATE

9      ███████████, INVESTIGATIVE COUNSEL

10     ███████████, SENIOR INVESTIGATIVE COUNSEL

11     ███████████ CHIEF INVESTIGATIVE COUNSEL

12     ███████████, INVESTIGATIVE COUNSEL

13     ███████████, CHIEF CLERK

14     ███████████, PARLIAMENTARIAN

15     ███████████, INVESTIGATIVE COUNSEL

16     ███████████, INVESTIGATIVE COUNSEL

17     ███████████, PROFESSIONAL STAFF MEMBER

18     ███████████, OF COUNSEL TO THE VICE CHAIR

19                        -

20     For THE WITNESS:

21

22     JOHN ROWLEY

23     BOB DRISCOLL

24     ALFRED CARRY

1

2          Mr. ▆▆▆.    We will go on the record.    It's 10:03 a.m. on April 14, 2022, and

3    this is the deposition of Mr. Stephen Miller conducted by the House Select Committee to

4    Investigate the January 6th Attack on the United States Capitol pursuant to House

5    resolution 503.

6          At this time, I'd ask the witness, Mr. Miller, to please state your full name and spell

7    your last name for the record.

8          The Witness.    Stephen Miller, M-i-l-l-e-r.

9          Mr. ▆▆▆.    And this will be a staff-led interview.    My name is ▆▆▆▆▆▆▆.

10   I'm a senior investigative counsel for the select committee.    With me in the room is, as I

11   introduced earlier before we went on the record, ▆▆▆▆▆▆▆▆▆▆, an investigative counsel

12   for the committee, and ▆▆▆ -- excuse me, ▆▆▆▆▆▆▆▆▆, professional staff member for

13   the committee.

14         We do have other staff who have joined us on the platform, the Webex platform,

15   including other investigative counsel, as well as our chief clerk and others.

16         As you can see on that platform, too, we do have the official reporters, one of

17   whom will be taking the official record of this deposition at a time and it may change, but

18   there's only one taking the official record at a time.

19         Members, of course, are permitted to join the deposition, and if they do so, I will

20   let you know and announce their presence.    If they have any questions, I'll turn over the

21   questioning to them.

22         I understand that you have counsel with you today, and if you could have counsel

23   introduce themselves and spell your last names as well.

24         Mr. Rowley.    Good morning.    John Rowley, R-o-w-l-e-y, counsel for Mr. Miller.

25         Mr. Driscoll.    Bob Driscoll, D-r-i-s-c-o-l-l, also counsel for Mr. Miller.    And just for

PLAINTIFFS_00049383

4

1       the record, we're at the offices of McGlinchey Stafford in Washington.

2              Mr. <u>Carry.</u>   And good morning.    Alfred Carry on behalf of Mr. Miller.    My last

3       name, C-a-r-r-y.

4              Mr. ███████.   Okay.   And just to confirm, you are permitted to have your

5       attorneys, but there's nobody else who's allowed to join.    So I'd just ask if there's

6       anybody else in the room with you, Mr. Miller, or with you, Mr. Rowley, to identify

7       themselves.

8              Mr. <u>Rowley.</u>   We're all in the same location at the McGlinchey law firm.     There's

9       no one else in the room beyond the people that have just been identified.

10             Mr. ███████.   Okay.   And just to confirm, this isn't being transmitted beyond the

11      people on this platform, correct, or recorded on your end?

12             Mr. <u>Rowley.</u>   Correct.

13             Mr. ███████   Very good.    Then just as a few ground rules I'd like to go over

14      before we get started, as I mentioned, there's an official reporter who's transcribing the

15      record of this deposition, and you and your attorney will have an opportunity to review

16      the transcript and suggest any corrections before it's finalized.    But because it is being

17      taken down by an official recorder, they can only take down verbal responses, so please

18      respond in full verbal responses.    They can't take things like shaking your head or

19      making any kind of gestures.

20             Mr. <u>Rowley.</u>   Mr. ███████, one clarification.    You asked about recording on our

21      end, and I answered affirmative.    We are recording this as you are.    I want to make

22      sure the record is clear about that and that there's no misunderstanding.

23             Mr. ███████.   Okay.   Mr. Rowley, that's actually not permitted under the

24      deposition rules for the House.    I'm happy to go off the record and discuss that with you

25      if you'd like.    That is exactly why we ask the question.

1          Mr. <u>Rowley.</u>   Well, let's have a quick discussion off the record then.

2          Mr. ▮▮▮▮.   Okay.   Let's go off the record.

3          [Discussion off the record.]

4          Mr. ▮▮▮▮.   So let's go back on the record.   It's 10:13 on April 14th.   We're

5    resuming the deposition of Mr. Stephen Miller.   We just had an off-the-record

6    conversation.   I do want to confirm with you, Mr. Rowley, that you or no one else will be

7    recording this deposition from your side?

8          Mr. <u>Rowley.</u>   That's correct.   We had a discussion about the rules that

9    accompanied the service of the subpoena.   You provided me with your interpretation of

10   the rules.   I told you that I disagree.   I do not believe that the rules as provided to us

11   prohibit recording a conversation or the deposition on this end.

12          Nevertheless, I indicated to you that Mr. Miller intends to be fully cooperative

13   today, and because that is your interpretation, we will agree not to record the deposition.

14   We would, however, at some point in time, very much like to see the transcript and, if

15   necessary, your recording of the deposition.

16          Mr. ▮▮▮▮.   And we will make the transcript available for your and Mr. Miller's

17   review after, and enable you to make any suggested corrections as appropriate.   And

18   we'll be in touch with you after the deposition is concluded about that, Mr. Rowley.   So I

19   appreciate -- your objection is noted, and I appreciate you confirming that this will not be

20   recorded on your end.

21          At this time, I would ask the reporter to administer the oath to Mr. Miller.

22          The <u>Reporter.</u>   Do you solemnly declare and affirm under the penalty of perjury

23   that the testimony you are about to give will be the truth, the whole truth, and nothing

24   but the truth?

25          The <u>Witness.</u>   Yes.

1          Mr. ███████.    Okay.    So Mr. Miller, as you know, you're under oath, meaning

2    that any knowing false statement you make during this deposition can constitute perjury

3    as well as violation of 18 United States Code section 1001 or other provisions for

4    providing false statements to Congress.    Do you understand that?

5          The <u>Witness.</u>    Yes.

6          Mr. ███████.    So part of that is to make sure that you understand the questions

7    that I ask.    I'd much rather you answer a question that you understand rather than

8    answer a question that's not clear to you.    So if at any point you need clarification,

9    please ask me and I'd be happy to clarify the question for you.

10         Similarly, if you don't know the answer to a question, you can certainly say that

11   you don't know, or that you don't recall, and we'd prefer you say that than trying to think

12   of something other than that.    But you are under oath, so if you do recall something, it's

13   important that you tell us that.

14         You may only refuse to answer a question to preserve a privilege that's recognized

15   by the select committee.    If you refuse to answer a question based on a privilege, the

16   staff may either proceed with the deposition or seek a ruling from the chair on the

17   objection.    And if the chair overrules an objection, you'd be required to answer that

18   question.    Do you understand everything we've just gone over, Mr. Miller?

19         The <u>Witness.</u>    Well, I mean to understand those instructions, but you may

20   proceed.    Thank you.

21         Mr. ███████.    Well, I need to make sure --

22         The <u>Witness.</u>    I'm not an attorney, so I'm not really in a position to tell you what I

23   do or don't understand about executive privilege.

24         Mr. ███████.    Sure.    And I'm not going to get into the legal contours of that.

25   I'm just asking if you understand those instructions.

PLAINTIFFS_00049386

1    President, did you work directly with Mr. Trump, then the candidate?

2    A    I did.

3    Q    When you joined the administration, when Mr. Trump took office, what was

4    your job title?

5    A    My job title was senior adviser to the President for policy.     That is what it

6    would -- that is what I believe it would read on my commission.

7    Q    Did that ever change?

8    A    No.

9    Q    What about your responsibilities, when you joined the White House, when

10    Mr. Trump took office, what were your responsibilities and how did those evolve

11    throughout the administration?

12    A    Well, now you're talking -- now you're talking about, you know, 4 years, so,

13    again, I'll just try to answer it briefly, and you can feel free to follow up if you'd like.     I

14    would say that my responsibilities were to -- again, similar to the campaign, to provide

15    advice and counsel on matters of policy running the gamut, you know, it could be any

16    particular issue, and, you know, from healthcare to homeland security to education policy

17    and many others, and then also to work on the communication of those policies, and then

18    also on the speechwriting process as well too.

19    Q    Did you have any formal or informal role on Mr. Trump's 2020 presidential

20    campaign?

21    A    I would -- I would have to be in the campaign to characterize that, because

22    I'm just not sure -- I'm not sure how to split all those hairs when you're dealing with an

23    incumbent President.     I would just state that I was the senior adviser to the President,

24    and so, I was working on the campaign certainly.

25    Q    You mentioned being involved in the speechwriting team.     I understand,

1     but I don't want to put any words in your mouth, Mr. Miller, that you were kind of the

2     head speechwriter leading the speechwriting team, is that a fair characterization, and

3     specifically for the period of, again, October 2020 through January of 2021?

4          A    The speechwriting office reported to me.

5          Q    Now, who was part of that speechwriting office for that period, October

6     through January?

7          A    It would be a number of people.    I don't want to offend anybody by trying

8     to recall all their names off the top of my head.

9          Q    Well, I understand that Mr. Vince Haley, Mr. Ross Worthington, Mr. Robert

10    Gabriel and others were a part of that office.    Is that right?

11         A    Well, a little imprecise there.    The -- Robert Gabriel was the director of the

12    office of the senior adviser, and so his role and responsibilities were to support me in an

13    administrative capacity with the administration of my whole office and not just the

14    speechwriting function.

15         Q    Okay.    He did have some role assisting the speechwriting process though in

16    some fashion?

17         A    I'm not saying that he didn't, I was just offering that clarification for the

18    record.

19         Q    What about the others I mentioned, Mr. Haley and Mr. Worthington, they

20    were part of the speechwriting team?

21         A    Correct.

22         Q    So if you could, just generally, tell us the process for preparing presidential

23    remarks.    How would you first learn of the need to prepare a speech for the President?

24         Mr. Rowley.    ███, at this point, I'm going to interpose an objection.    We've

25    advised you that we -- that Mr. Miller is not going to discuss any conversations that he

1          A     Both.

2          Q     You said both?

3          A     Yes.

4          Q     So it was one of the purposes then to --

5          A     Support for election reform, meaning that the -- in that case, right, the

6    President was talking about -- about the -- about the Electoral Count Act.    But then also

7    in that speech he talked about voter ID and citizenship verification, et cetera.    So that's

8    what I mean by both.

9               But it was an attempt at rhetorical persuasion in the tradition of the presidential

10   voting call.

11         Q     And how much did that persuasion have to do with encouraging Members of

12   Congress not to certify the 2020 electoral results?

13         A     I think that the audience for the speech was both the general American

14   public for them to hear the facts concerning election, and then also for Members of

15   Congress and their staffs to, likewise, hear a discussion or presentation on the facts and

16   concerns regarding the election.

17         Q     Okay.    So why don't we pull up exhibits 40, and we can start looking at

18   some of the language and drafts that come through.

19               BY MR. ██████:

20         Q     Before we do that, how do you know that was the President's purpose for

21   the speech on January the 6th?

22         A     I have -- I will answer the question this way:    I've had the privilege of

23   working with the President as a candidate, the President, as a former President for 6

24   years now.    I have worked on speeches in the country's highest moments, and some of

25   its most challenging times.    I don't claim to know the President as well as, perhaps, his

1    own children but I do know the man and I know him well.    I've been deeply honored by

2    the opportunity to have gotten to know the 45th President.

3          It is a radical impossibility.    It's extreme and as outlandish as any you can dream

4    up or imagine to think that -- that any of us, the President, myself, any White House

5    employee at any level of the government -- would have wanted anything other than a day

6    of peace and harmony.

7          Q      Did he tell you his purpose for that speech?

8          A      I think it was -- it was understood.    I don't think it had to be said.    I mean, I

9    think that the -- you know, it was a rally.    Like I said, we had already done one in

10    Georgia.    We did other speeches, not necessarily in rally context, maybe in press

11    conference settings.    But it didn't have to be said.    It was blindingly obvious that the

12    purpose of the speech was to build support for the election contest.

13          Q      Understood that you're saying it didn't have to be said.    But was it said?

14    Did the President tell you his purpose for the speech on January 6th?

15          A      As I stated earlier, you know, we're not going into those conversations

16    regardless, but it's --

17          Q      Are you objecting to that on executive privilege grounds?

18          A      Well, I'll let my lawyers decide how they want me to answer that question.

19          Why don't you ask the question again?

20          Q      Yeah, did the President tell you his purpose for the speech on January the

21    6th?

22          Mr. Rowley.    Counsel, we've made it clear that we object to any conversations

23    that Mr. Miller may have had with President Trump.

24          Mr. ▮▮▮▮.    Is that an executive privilege assertion, Mr. Rowley?

25          Mr. Rowley.    That is, yes.

1          Mr. ████.    And just for the record because, again, this may be something that

2    we take up for the chairman for a ruling, but for the record, we understand from many

3    witnesses that this was not an official function.     This was not related to the President's

4    Article II official -- any capacity that he would exercise under Article II of the Constitution

5    as President of the United States, but rather as a candidate and a person participating in

6    an otherwise public event and does not implicate that.

7          But we will note the objection and we will move on.

8          The Witness.     And I, you know, I would note the speech does contain a lot of

9    material about matters of public legislation and public import and the administration of

10   the law and the faithful execution of the law.

11         But I understand that I'm not here to persuade you, although I would find of

12   anyone would need to be so persuaded.     But I can assure you that any suggestion,

13   insinuation, implication, or conspiracy that the speech served any purpose other than to

14   promote a better understanding of the subjects in the speech is ludicrous.

15         Mr. ████.    Thank you, Mr. ████.

16              BY MR. ████:

17   Q     Could we pull up exhibit 40 then, please?

18         Mr. Miller, exhibit 40, I don't have to explain it.     I'm not sure if this was explained

19   earlier.    But on some of these email stamps, they're in UTC time, and this is one of those

20   where you have to subtract 5 hours from the timestamp on it.

21         So this was sent on January 5th at 3:30 p.m. from Mr. Worthington to yourself,

22   cc'ing Mr. Haley.     And it's attaching a document entitled, "Stop the Steal Rally."

23         We'll scroll down to the draft which is the attachment on page 1.     Is this the first

24   draft of the January 6th speech that you saw on January 5th?

25   A     What time was it sent at?