# Exhibit 58

1

2

3

4       SELECT COMMITTEE TO INVESTIGATE THE

5       JANUARY 6TH ATTACK ON THE U.S. CAPITOL,

6       U.S. HOUSE OF REPRESENTATIVES,

7       WASHINGTON, D.C.

8

9

10

11      DEPOSITION OF:    ROSS WORTHINGTON

12

13

14

15                                  Tuesday, February 15, 2022

16

17                                  Washington, D.C.

18

19

20              The deposition in the above matter was held via Webex, commencing at 10:03

21      a.m.

22              Present:    Representatives Aguilar and Murphy.

PLAINTIFFS_00061187

1    <u>Appearances:</u>

2

3

4    For the SELECT COMMITTEE TO INVESTIGATE

5    THE JANUARY 6TH ATTACK ON THE U.S. CAPITOL:

6

7    ████████████ STAFF ASSOCIATE

8    ████████████, PROFESSIONAL STAFF MEMBER

9    ███████████ SENIOR INVESTIGATIVE COUNSEL

10   ██████████ CHIEF INVESTIGATIVE COUNSEL

11   ██████████ SENIOR COUNSELOR TO THE VICE CHAIR

12   ██████████, CHIEF CLERK

13   ██████████ PROFESSIONAL STAFF MEMBER

14   ██████████ INVESTIGATIVE COUNSEL

15   ██████████ SENIOR INVESTIGATIVE COUNSEL

16   ████████████ SENIOR PROFESSIONAL STAFF MEMBER

17   ██████████ OF COUNSEL TO THE VICE CHIAR

18

19

20   For ROSS WORTHINGTON:

21

22   JOHN BURLINGAME

23   DAN DELNERO

24   JAMES EVANS

1

2                    ▨▨▨▨▨   So I'll just go on the record here at 10:03 a.m., and say good

3    morning.

4              This is a deposition of Ross Worthington conducted by the House Select

5    Committee to Investigate the January 6th Attack on the United States Capitol pursuant to

6    House Resolution 503.

7              Mr. Worthington, thank you for joining us by Webex.

8              If could please just state your full name and spell your last name for the record.

9              The <u>Witness.</u>    Ross Worthington, W-o-r-t-h-i-n-g-t-o-n.

10             ▨▨▨▨▨   Thank you.

11             And if you could please raise your right hand, we'll swear you in for the

12   deposition.

13             The <u>Reporter.</u>    Do you swear or affirm the testimony you're about to provide in

14   this deposition, under penalty of perjury, shall be the truth, the whole truth, and nothing

15   but the truth?

16             The <u>Witness.</u>    I do.

17             ▨▨▨▨▨   Thank you, Mr. Worthington.

18             This will be a staff-led deposition, but members of the committee, of course, may

19   join and choose to ask questions.    And I'll note for the record that Mrs. Murphy is with

20   us this morning.

21             Thank you for joining us.

22             My name is ▨▨▨▨▨   I'm a senior investigative counsel.    And joining me

23   here in the room where I am are, to my left, is ▨▨▨▨▨ who is chief investigative

24   counsel.    To my right is ▨▨▨▨▨, who is a senior investigative counsel.    And to

25   ▨▨▨▨▨ right is ▨▨▨▨▨ who is an investigative counsel.

1      Also joining us by Webex is ███████ a senior investigative counsel, and then

2  various staff and the court reporters.

3      Now, we'll follow the House deposition rules that we provided you and your

4  attorneys as part of the subpoena package, and under those rules, you are permitted to

5  have an attorney or attorneys with you today.    And I see that you are in the room with

6  one of your attorneys, Mr. Burlingame.

7      So at this time, Mr. Burlingame, can you please introduce yourself and your

8  colleagues and spell your names for the record.

9      Mr. Burlingame.   Sure, happy to.    My name is John Burlingame,

10  B-u-r-l-i-n-g-a-m-e, representing Mr. Worthington.    With me in the room are my

11  colleagues, also representing Mr. Worthington, James Randolph Evans, E-v-a-n-s, and

12  Daniel Delnero, D-e-l-n-e-r-o.

13      And ████████, as we discussed beforehand, as part of this deposition, I'd

14  appreciate making part of the record my February 9th, 2022, letter to you and

15      ████████

16      ████████ We'll do that.    We'll mark it as exhibit 69.    It will be part of the

17  record.    Thank you.

18      So before we begin, Mr. Worthington, we'll go over a few ground rules.

19      There is an official reporter, as you've now seen, transcribing the record of the

20  deposition, as well as a video is being taken of the deposition.    It's being recorded.

21      The reporter is also joining us by Webex.    And for her benefit and the benefit of

22  the record, if you could please wait before you begin answering each question until the

23  question is complete, and we will do the same and wait until you're done responding

24  before asking the next question.

25      Similarly, the reporter can't record nonverbal responses such as shaking your

1    head.     And so if we ask a question, if you shake or nod your head, excuse us, but we'll

2    ask you to and say yes or no or otherwise explain.     Okay?

3          Additionally, if you refer to a name that we're not familiar with or an acronym, we

4    may ask you to spell that, and that's only for the benefit of the reporter and the record.

5          The Witness.     Okay.

6          ███████████     We ask that you provide complete answers based on your best

7    recollection.     If the question is not clear, just ask us and we'll do our best to rephrase so

8    it is clear for you.     If you don't know the answer, just say so.

9          If you need a break, whether for comfort or to confer with Mr. Burlingame and his

10    colleagues in private, just let us know.     We're happy to accommodate.     You can go off

11    camera, you can turn off your microphone and go on mute, and we'll give you the time

12    that you need to confer or just take the break.

13          My estimation of this, it will likely take a few hours for us to get through the

14    deposition.     So we'll try to take breaks roughly every hour or so if you're amenable, and

15    if you want to keep going, we're happy to do that as well.     But just let us know.

16          Throughout the deposition, we'll be directing your attention to exhibits.     These

17    are exhibits we provided by Dropbox last night, most of which came from your

18    production, which we appreciate.

19          But what we'll do is have a colleague show the exhibits on screen, and hopefully

20    you're able to see them, and we can zoom in as you see fit to focus on particular parts.

21          So we'll try that out right now and see if you can see it with exhibit 1.

22          Are you able to see that, Mr. Worthington?

23          The Witness.     I am.

24          ███████     Okay.     And so for the record, exhibit 1, that is a subpoena to you

25    issued by the select committee and pursuant to which you're appearing here today and

1     produce documents.

2          So as we go on with our questions, you may only refuse to answer a question to

3     preserve a privilege recognized by the select committee.     If you refuse to answer a

4     question based on a privilege, we may either proceed with the deposition or seek a ruling

5     from the chairman of the committee.     And if the chairman overrules such an objection,

6     you are required to answer.

7          I also want to remind you, as we do all witnesses, that it is unlawful to deliberately

8     provide false information to Congress.

9          And since this deposition is under oath, providing false information could result in

10    criminal penalties, to include for perjury and/or providing false statements.

11         Is that all clear?

12         The Witness.     Yes.

13         █████████     Any questions or issues we should address before we proceed?

14         The Witness.     No.

15         █████████     Thank you.

16                              EXAMINATION

17                    BY █████████

18    Q     Mr. Worthington, how old are you?

19    A     I'm 33 years old.

20    Q     And what is your current occupation?

21    A     I am a -- I have a consulting firm.

22    Q     And is it right that you served in President Trump's administration for some

23    period of years?

24    A     Yes, I served in the administration.

25    Q     What year did you join, and what was your role when you joined?

1    A    I joined in 2017, and I helped set up the speechwriting shop.

2    Q    Prior to joining the administration, what had been your last occupation or

3    job before that?

4    A    Before going to the White House, I worked for Newt Gingrich.

5    Q    In a speechwriting capacity?

6    A    I worked for Newt in a writing capacity.

7    Q    And how long -- is it right that you stayed in the Trump White House to the

8    end, through January of 2021?

9    A    I was there through January 20th.

10    Q    And throughout that time, did you remain in the speechwriting office, so to

11    speak, for all 4 years?

12    A    Yeah, I was in the speechwriting office for the whole time.

13    Q    And what was your title, or titles, throughout your tenure in the White

14    House?

15    A    At first my title was special assistant to the President and adviser for policy,

16    strategy, and speechwriting.    And at some point, I became deputy assistant to the

17    President and adviser for policy, strategy, and speechwriting.

18    Q    And were those the last titles you had up and through January of 2021 when

19    you left?

20    A    That was the last title I had, yeah.

21    Q    Okay.    Now, was there a particular name or official name for the office for

22    speechwriting?    I don't know if there is, but was there a way you would refer to it?

23    A    Well, I think we called it the speechwriting office.    Technically,

24    organizationally, the speechwriting office was part of the office for the senior adviser for

25    policy.

1    to go in.

2        Q    Okay.    And just to give you a sense of where we are, Mr. Worthington, I'd

3    like to just take a few minutes to talk about, if it makes sense, the standard process for

4    speechwriting that you worked under.    And then I'll pass it off to ▓▓▓▓▓, who will

5    take over, kind of focusing on the timeframe of November, roughly, of 2020 up through

6    January 6th.    And then I'll come back into the picture, okay?

7        A    Okay.

8        Q    So again just to frame that, though, it would be helpful to talk on the front

9    end about the standard process.

10        A    Okay.

11        Q    I'm going to come at it with no experience having done speechwriting, so

12    just work with me here to try to understand what your job was like.

13            So when it came to any particular speech, how would assignments be given to you

14    in your office?    How would those come down to you?

15        A    We generally found out about speeches by -- I mean, there were several

16    ways.    We attended scheduling meetings, either Vince or I would attend a scheduling

17    meeting, and we would track speeches as people were considering whether to have

18    them.    And sometimes they would happen and sometimes they wouldn't.    And then

19    other times we would find out from various components that a speech had been

20    scheduled.

21        Q    And in terms of the direction you would be given, when you knew a speech

22    was going to take place or believed it was going to take place, what sort of direction

23    would be provided to the office of speechwriting about the themes or the facts or

24    direction for how to draft it?    How would that work?

25        A    You're talking about in general over the course of the administration?

1     Q     Right.   Just as a general matter, how that process would work.

2     A     We would generally solicit input from whoever we interpreted to be the

3     equities involved in that speech and try to understand what they were trying to

4     accomplish.   And then we would try to help them get a draft that would be what we

5     thought the President wanted to say, provided what those people had in mind.

6     Q     And was it typical at the beginning of this process to have input from the

7     President about what he wanted to say, or would that typically come later in the process

8     in terms of his input into the drafting?

9     A     I would say it varied depending on the speech how much input we got.    But

10    as a general matter, the President liked to review a draft.

11    Q     In terms of gathering facts, if it was going to be a factual speech, how would

12    the office go about doing that?

13    A     We would -- a couple ways.    To gather facts, we would often solicit facts

14    and arguments, et cetera, from other -- from whatever equities were involved in the

15    speech, what a component had, for instance.

16    And then, depending on how fulsome that was, we would sometimes have our

17    researchers also pull together what they thought was appropriate with some input from

18    us.

19    Q     And then if researchers pulled together facts, if what you got from the

20    equities partners weren't as fulsome, would the facts that the researchers pulled together

21    go through a vetting process for accuracy with the equities partners, or how would that

22    work?

23    A     Well, as you're probably familiar, there's a staff secretary process in the

24    White House.    So for every speech, every component gets a circulation of the draft of

25    that speech.    And as part of that process, the comms staff also had a research team that

PLAINTIFFS_00061198

1    would do -- that would generally do a fact-check.

2        Q      I see.    So in terms of drafting the speech, when you would get the

3    assignment, how would that be delegated within the office?    Would you or Mr. Haley

4    take primary responsibility?    Or how would that work?

5        A      I would say how we assigned speeches really depended on the speech.    In

6    general, speeches would be assigned to a writer and they would do a draft, and then we

7    would edit it.

8        Q      And the nuts and bolts of editing, would you use -- because, again, it will

9    come up in talking about some of the speeches -- would you use a live editing platform,

10   like Google Docs, where people are going in and can change it at the time, or would you

11   keep version control?    How would that work?

12       A      For official speeches, we drafted them on our official computers.

13       Q      I see.    And so just versions through that, they wouldn't be live edited in

14   Google Docs or something to that effect, for official speeches?

15       A      In general, no, we didn't, no, we didn't use that.

16       Q      And so you've talked about the staff secretary review process.    Before it got

17   to that process, Mr. Worthington, would you take drafts up to Mr. Miller for his review, or

18   how would that work generally?

19       A      We, as part of the editing process, we would -- yeah, we would generally

20   send a speech or physically go over a speech with Stephen before the circulation.

21       Q      And then once it went through the staff secretary process, would it come

22   back to you to finalize a speech, or what happened after that, as a general matter?

23       A      As a general matter, once we got a circulation back, we -- either Vince or me

24   or Stephen -- or Vince or I or Stephen, and sometimes a collectivity of the three of us,

25   would adjudicate the edits, or make any follow-ups with certain components to

1    understand what their feedback was.

2        Q        And once that process was adjudicated and finalized, where would the draft

3    speech go from there?

4        A        After the circulation, the speech -- and sometimes during the circulation as

5    well -- the speech would be delivered by, generally, staff secretary to the President -- or

6    to the President's office.

7        Q        How would you get feedback from the President on speeches as a general

8    matter?    In person?    Handwritten notes?    Delivered through somebody else?    How

9    would that work?

10       A        The President provided feedback and edits to drafts, sometimes handwritten

11   on the printout, sometimes verbally, sometimes through others, like telling someone to

12   tell us something.

13       Q        Okay.    So it just depended on the speech and the circumstances, no routine

14   practice?

15       A        Well, what I've described, that was the routine practice.

16       Q        Sure.

17       A        Yeah.

18       Q        Okay.    In terms of, would you be involved with the office of speechwriting

19   in helping the President practice his speeches if he did practice them?

20       A        To the extent that the President practiced speeches, sometimes I would be

21   present.

22       Q        And on the day that the President would deliver a speech, would you -- was

23   it the practice of the office of speechwriting to have someone there at the delivery or be

24   involved on the day of, or how would that work?

25       A        We generally tried to have someone from speechwriting at the delivery of

1    every speech.

2        Q    And for what purpose?

3        A    The reason we had people there, I mean, many reasons, to hear how it went,

4    in case he had last-minute edits.    I mean, it's just -- that was our job.

5        Q    In terms of a teleprompter, would the President often use a teleprompter to

6    deliver his remarks?

7        A    The President often used a teleprompter.

8        Q    Was it the responsibility of the office of speechwriting to run the

9    teleprompter, or was that another office?

10        A    The teleprompter operation, there was a teleprompter operator, yeah.

11        Q    Within your office or within the Office of Advance, or how did that work,

12    whatever office it was?

13        A    I don't know exactly what office the teleprompter operator reported to.    I

14    didn't think of him as working for me.    I thought of him as working for the President, but

15    we were colleagues.

16        Q    Understood.

17            And so you referred earlier to how this process worked for what you called official

18    speeches.    That's what you've been describing?

19        A    Yes.    Everything I've said is generally how we approached official speeches.

20        Q    All right.    And I'll just use the opposite of that for, I guess, unofficial

21    speeches, or how do you draw the line between what's an official and, say, an unofficial

22    speech?    And how would your process differ for unofficial?

23        A    For political speeches, we understood from the White House counsel's office

24    that commissioned officers of the President were allowed to work on official speeches.

25    So generally the people who would do that would be me and Vince and Stephen,

1     although there were other commissioned writers who would sometimes help.

2          Q     For political speeches, you're saying?

3          A     Correct.

4          Q     Okay.     And in terms of your process, was your process different for political

5     speeches, and if so, how?

6          A     I would say in general, as a general matter, for political speeches, there was

7     less interest of various White House components, yeah, to provide input.     So generally

8     political speeches were rallies.

9          Q     Still would you involve Mr. Miller in the review process?     He'd be looking at

10    the drafts before they were finalized and escalated to the President?

11         A     Miller would always go over speech drafts.

12         Q     And so for the 2020 reelection campaign, and understanding for political

13    speeches or rallies there were fewer components within the White House who would

14    review, who within the campaign, as a general matter, would review the speeches you

15    would draft, if anyone?

16         A     I would say that for the campaign we would get feedback sometimes from

17    Jason Miller, maybe Tim Murtaugh.     Those are the names that stick out.

18         Q     And would the researchers and other speechwriters on your staff, were they

19    also able to assist and help you with that process for political speeches?

20         A     The researchers would -- some of the researchers would volunteer to help

21    with political speeches, yeah.

22         Q     And in terms of the use of government devices versus personal devices, for

23    the political speeches, was it your practice to use -- you could use your personal devices,

24    computer and your phone?

25         A     We tried to -- for political speeches, we would generally try drafting on our

PLAINTIFFS_00061202

1    personal devices, to not use government resources.

2        There comes a point where we understood from the White House counsel's office

3    that things need to be transferred for them to do the staff secretary circulation and that

4    type of thing.    It would happen for any speech, whether it's political or official.    And at

5    that point, they would generally be moved up to the White House systems.

6        Q    The staff secretary review process, that also applied for the political

7    speeches, just as a general matter?

8        A    As a general matter, the staff secretary process reviewed all speeches.

9        Q    And the again, nuts and bolts of drafting, for the political speeches, it sounds

10   like at least sometimes you might use Google Docs or kind of a live editing format,

11   whereas you might not do that for the official speeches.    Is that fair?

12       A    I would say we generally would use Google Docs for political speeches and

13   not for official speeches.

14       Q    This is little bit off in that I was going through just the process of you

15   collecting documents before ████████ comes in, which won't take long.

16        But I'll stop here to see if anybody has any questions about the standard operating

17   procedure.

18        ██████████    Yeah.    Could I?    Just a couple things ██████ before you turn it

19   over.

20            BY ██████████:

21       Q    Mr. Worthington, just a couple more questions about intra-White House

22   coordination.

23        You mentioned research, for example, would sometimes fact-check speeches.

24   Was that a sort of formal part of the process, or did you only circulate something to the

25   folks in research if there was a specific question that you needed to answer?

1    A    We had our own researchers who fact-checked everything, and White House

2    comms had their own researchers fact-check everything.

3    Q    I see.    And so did every official speech go through sort of both of those

4    channels, your own internal speechwriting researchers to check the accuracy of the facts

5    and then there was a second look from communications research?

6    A    The idea would be that there was two looks at it, correct.

7    Q    I see.    Okay.

8    How about coordination with the press secretary and her operation?    Was there

9    any coordination at all with the folks that were working on sort of the earned media

10    strategy or responding to press requests?

11    A    We would occasionally talk to people in press.    I wouldn't say it was a

12    constant practice.

13    Q    Okay.    Were there meetings sort of regularly at which you and the

14    speechwriting team would talk about sort of things upcoming with the press folks, or with

15    research, or with the digital team?    I'm just trying to get a sense of sort of messaging,

16    writ large, and whether that was coordinated.

17    A    There would be, on a regular basis, scheduling meetings, I believe, where all

18    components -- or most components would be represented.    And that would be how we

19    would generally get an idea of what people had in mind and how they saw different

20    events.

21    Q    Okay.    I appreciate that.    It sounds like that was more logistical, though,

22    than substantive.    In other words, was there a sort of, okay, we're going to start talking

23    about, election fraud, for example -- I think ████████ going to get into the post-election

24    period -- and we're going to do it through press, and we're going to do it through digital,

25    and we're going to give three speeches on it?

1     communications, speechwriting -- all ultimately reported up to the chief of staff?     He

2     was sort of in charge of all of these various intra-White House components?

3           A     I don't know if I could speak to that as a general matter.     That's sort of my

4     understanding of what the role of the chief of staff is, but I don't have really much beyond

5     that.

6           Q     Well, just what was your understanding as to sort of -- you said you reported

7     to Mr. Miller.     Who did he report to?

8           A     I thought it was -- yeah, Miller reported to the chief of staff and the

9     President.

10          Q     Okay.     And then lastly, you mentioned that you got advice from the White

11    House counsel about the permissible boundaries of the Hatch Act, is that right, was the

12    White House counsel's office your source of information about those regulations?

13          A     Yes, we had advice from the White House counsel about the Hatch Act.

14          Q     Okay.     And how did that -- what form did that take?     Was that just sort of

15    a training when you were onboarded, or was that sort of an ongoing consultation, hey,

16    can I do this, or, I've been asked to do that?     How did that work?

17          A     I believe there was a briefing early on, but then as needed we would ask

18    them questions.

19          Q     Okay.     So there was a process by which, Mr. Worthington, you could raise a

20    question if it arose, a fact-specific question, and get advice from somebody in the White

21    House counsel's office?

22          A     Yes.     We could solicit input from the White House counsel's office.     And,

23    in addition, they were on every circulation of every speech.

24          Q     Yeah.     I guess I'm just -- ███████ again, is going to get into the -- sort of

25    the campaign or post-election period.

1          Were there times when you went to the White House counsel with a specific

2    request, or you had an issue arise about something political and needed their advice?

3          A     As I recall, our questions to the White House counsel were generally more

4    process-oriented.

5          Q     What do you mean process-oriented?

6          A     Just about using our personal computers and things like that would be the

7    type of question we would try to check with them.

8          Q     Okay.    Were there other lines you needed to draw when you were working

9    on political speeches, as opposed to official speeches, other than the use of a personal

10   device, like time spent, hours of the day, anything like that?

11         A     I don't recall anything in particular, aside -- for commissioned officers -- aside

12   from trying to not use -- to minimize the use of government resources, except when really

13   necessary for -- in order to support the President in his capacity.

14         Q     Yeah.    Okay.    So generally, the only thing you would do differently, if it

15   was a political speech, would be the use of your personal email or device?    There were

16   no other ways in which you differentiated that work?

17         A     I would say I thought of political speeches as political.

18         Q     How did that manifest in terms of how you approached your work on that

19   particular speech if it was political?    Is it just the same as every other, or were there

20   other things you did differently?

21         A     I don't know.    I think generally the process for doing a political speech was

22   similar in terms of, like, writing a speech.

23         Q     So you could write a political speech at 10 in the morning from your desk in

24   the White House?    You could do anything you needed to do for a political speech other

25   than not use a White House device?

A I don't remember specific instructions in terms of the time of day. But, yeah, just in general, what I remember doing was using my personal device. I think I would even generally use my personal hotspot. Sometimes -- often I would do it at home or at night. But there would be times when Vince and I would be together at the office.

Q I see. Okay. And, Mr. Worthington, did you have, like, two computers in your office, like, your White House computer on one side of your desk and your personal computer on the other? Or were you using the same actual machine, just different accounts, right, like email or -- accounts?

A No. I didn't have -- I had my personal laptop, which I would only generally bring in if I needed it for some particular reason.

But as a general matter, I wasn't generally working on political speeches on work computers, again, unless at the last minute.

Q Yeah. Okay.

[redacted] All right. That's all I have. I know [redacted] going to get into more of the post-election stuff.

[redacted] I'll just cover the document issue, Mr. Worthington. And we're running up on having gone 40 minutes, so maybe when I'm done we take a break and then we'll start with [redacted] How about that? Okay?

Mr. Burlingame. Sounds good.

[redacted] But thanks for working through this with us.

BY [redacted]

Q And so as [redacted] was talking about -- and I'll preface this by saying, John, as a team of experts, we've interfaced with them, they're all -- they're great. So I'm not going to ask you technical questions about the document collection but just about

1      your process and making sure that the things were searched that needed to be.

2              Was your, the laptop you talked about, did you make sure that that could be

3      searched for anything responsive to the subpoena?

4              A     Are you talking about my personal laptop?

5              Q     Yes.   Yes.

6              A     That laptop actually -- my personal laptop died sometime last spring, and I

7      gave it to them.    But it was a Chromebook, so everything was on the cloud.

8              Q     Understood.    Okay.    And so it sounds, like, then, what was on the cloud

9      available in your Google account was able to be searched by your attorneys?    You

10     provided it to them so they could look for responsive documents?

11             A     My understanding is that everything on the cloud was, yeah, available.

12             Q     Okay.    And we've seen a Gmail account that you have.    Was that the

13     personal email account you would use, through Gmail?

14             A     My personal account is a Gmail account.

15             Q     And then also cell phone, just ending in the last four digits of ████, is that

16     right?

17             A     Yes.

18             Q     And it sounds -- from what we've seen, it looks like your lawyers were also

19     provided with your phone to search for anything responsive within it?

20             A     My lawyers had my phone.

21             Q     Okay.

22             A     Yes.

23             Q     There's reference in I think at least one of your text messages, as is normal

24     for folks we've talked to, to the use of the app Signal, at least on occasion.    Is Signal

25     something you would use back in November of 2020 through January of 2021 that you

1    us.

2         Mr. Burlingame.    Thank you very much.

3         ████████    And for the record, that's ████████ speaking.

4         So my question was just going to be, do you recall how you came into possession

5    of that document?

6         Mr. Burlingame.    Well, they're putting it on the screen.    So wait until you see

7    the document and then answer.

8         ████████    If it's going to take a while, then we can come back to this question

9    later.

10        ████████    So, just for the record, when it's shown on the screen, Mr.

11   Burlingame, we'll refer to it as exhibit 70, and we'll make it part of the record.

12        Mr. Burlingame.    Thank you.

13        ████████    Sure thing.

14        ████████    Have you found it?    Okay.

15        So it's a, you know, multipage document.    I don't know if it's worth scrolling -- it's

16   a multipage document.    I don't know if it's helpful for you to have us scroll through the

17   whole thing.

18        My question was simply, where did you get that document?

19        Mr. Burlingame.    Can you just keep scrolling?    We won't read it word for word

20   unless the witness wants to, but --

21        The Witness.    I mean, I believe, you know, Chris Miller did a draft of a book

22   proposal.

23        ████████    Okay.    Did you assist with it?

24        The Witness.    I did help advise Chris on his book proposal.

25        Q    Did you write any of it?

1        A     I may have written parts of that.     My memory is that Chris wrote a bunch,

2    and I and others helped him clean it up and --

3               ██████████     Okay.     I don't have anything else.

4               ██████████     Oh, you're good.

5               ██████████     Yes.

6               ██████████     All right.     Well, it seems like we can move on to the January 6th

7    speech.     Happy to just get into it, ████ and Mr. Worthington, or we can take a 5-minute

8    break.     Up to you.

9          Mr. Burlingame.     Let's get into it.

10         The Witness.     Actually, I would like to go to the bathroom actually.

11         Mr. Burlingame.     We will take a 5-minute break.

12               ██████████     I'm glad I asked.

13    So we'll go off the record at 2:37.     We'll just come back at 2:45; okay.

14         Mr. Burlingame.     All right.

15         [Recess.]

16               ██████████     We'll go back on the record at 2:42 p.m.

17               BY ██████████ :

18         Q     And, Mr. Worthington, as I said before we broke, we'll just move now into

19    the speech on January 6th.     And, when I say that, just so there's not any confusion, I

20    mean the speech at the Ellipse that the President delivered.     And I see you shaking your

21    head, so thank you.

22         Can you just describe for us, what was -- in a general manner, what was your

23    responsibility for that speech on January 6th?     Were you the lead drafter, or just how

24    would you characterize your role?

25         A     I would say that I was one of the people that helped draft it.

1    Q    Who had the pen primarily within the speech-writing office on the speech?

2    Mr. Burlingame.    At what point in time?

3    ██████████    I mean, there was only a day and then until the next -- so far as I can

4    tell.    We'll talk about it roughly.    But, within the speech-writing office, who amongst

5    you and your colleagues had the pen primarily on the draft of that speech?

6    Mr. Burlingame.    Thank you.

7    The Witness.    I would say that Vince and I were collectively responsible for

8    producing the first draft.

9    BY ██████████:

10    Q    When did you first, yourself, become aware of the event on January 6th as

11    something on the President's calendar?    Do you remember?

12    A    Um, I believe I maybe first became aware of it when he tweeted it.    Did he

13    tweet about it?

14    Q    He did.    If we look at exhibit 17, we can show you -- it's just a selection of

15    President Trump's tweets, and when it goes up, we'll focus on page 1.

16    His first tweet I'll represent to you is right there on page 1, which was on

17    December 19th of 2020, when he references in the last part of this tweet that:    Big

18    protest in D.C. on January 6th.    Be there, will be wild.

19    Is this what you're referring to as the first time you remember hearing about it?

20    A    Well, that doesn't say that he's going to speak there, so -- I don't remember.

21    Q    Okay.    Well, I'll tell you -- no.    Go ahead.

22    A    Yeah.    No, I -- I don't remember this specific tweet, but I vaguely remember

23    becoming aware of the event by tweet.

24    Q    Fair enough.

25    Were you in the Washington, D.C., area during the holidays, you know, between

1    roughly Christmastime and New Year's?     Did you say stay in the area, or did you go

2    somewhere else?

3         A     I went to Mexico after Christmas.

4         Q     And do you remember what day you got back?

5         A     Um, I think I came back like -- I don't remember the exact day, but the 2nd,

6    3rd maybe.     It was after New Year's.

7         Q     Sure.     If we work back from January 6th, which was a Wednesday,

8    January 2nd was the Saturday, the 3rd was Sunday, and the first date of the regular work

9    week was January 4th, a Monday.

10         Do you think your first day back at the office was on January 4th, that Monday,

11    after getting back from Mexico?

12         A     Um, that sounds probable, but it could have been the next day.

13         Q     In terms of when you first heard about it, do you think you first heard about

14    the event -- the President's tweet about attending the January 6th rally before you left for

15    Mexico, while you were there, or after you got back?     Do you remember?

16         A     I don't really remember.

17         Q     When then were you and Vince assigned the responsibility of writing the

18    speech?     Do you remember?     Was it while you were in Mexico, or after you got back?

19         A     I certainly think I was aware of the speech while I was in Mexico, the need to

20    do it.     Um, I don't -- yeah, I don't remember the exact time that I became aware that the

21    President was speaking there and that we needed to do a speech.

22         Q     Who told you that you needed to do a speech that you remember, the first

23    time?

24         A     Um, I don't recall.     I'm not even sure that someone told me.     I mean, I

25    may have just found out that he was speaking and --

1    got it through your official White House account?

2         A    I don't recall whether it was ever emailed to me at all.

3         Q    You had it in hard copy?

4         A    I don't remember exactly what form.    It may have been emailed to

5    someone else.    It may have been a hard copy.

6         Q    But you definitely recall seeing it yourself; you put eyes on it?

7         A    I don't know if I -- I don't know if I went through it; but I believe that we

8    received it in some fashion, yeah.

9         Q    Because, if the President wanted it incorporated, you had to have the

10   document to look at as you drafted the speech, I imagine?

11        A    Um, well, I -- we certainly had the document.    Um, I -- my memory is that

12   we gave it to our researcher to confirm that everything that was in that document was in

13   the speech or, you know, the things that he thought to make sure it was comprehensive.

14        Q    And was this researcher you're referring to Mr. Bock?

15        A    Yeah, Will was our researcher.

16        Q    So that was Ms. Michael.    Did she tell you anything else about what the

17   President wanted said in his speech?

18        A    I think what I just said was the message, to my memory.

19        Q    The next person you mentioned was Nick Luna.    What did he tell you about

20   what the President wanted to say in his speech on January 6th?

21        A    I think Luna may have just followed up about the document with Rudy in

22   some capacity.

23        Q    What does that mean?

24        A    I think he may have called about it.    I remember him talking to Vince, I

25   think.

PLAINTIFFS_00061300

1     Q     Called to talk about what concerning the document?

2     A     Just to report the message.

3     Q     The message that it needed to be incorporated into the speech?

4     A     The message that, yeah, the President -- that there was a document from

5     Rudy that the President wanted incorporated.

6     Q     And then you said you spoke to Mark Meadows about the speech.    And

7     what did Mr. Meadows convey to you about what the President wanted in the speech on

8     January 6th?

9     A     I believe the message that we got from Meadows was that he

10    wanted -- similar message, that the President wanted it to be sort of like a comprehensive

11    list.

12    Q     And, to what end, Mr. Worthington?    A comprehensive list of complaints,

13    but for what purpose?    What was the intent behind the speech, as you understood it?

14    A     I understood the speech to be his last, you know, rally and -- yeah.

15    Q     And the way you have described the difference between events, I take it this

16    January 6th speech was a political event?

17    A     I thought of it that way -- I mean, it was unclear.    I thought of it that way at

18    the time.

19    Q     Certainly you used your personal devices to work on the event consistent

20    with a political event?    Is that right?

21    A     Yes, that's correct.

22    Q     And you said it was his last -- that is, President Trump's last rally, but rally for

23    what purpose?    Again, what did you understand was happening on January 6th?

24    A     Well, what I understood was happening, which I believe I heard from Max

25    Miller, was that there was a preexisting event that day of people who were coming to

1    protest, or whatever, and that the President had agreed to speak to them.

2          Q    And did you understand that Congress would be meeting that day to certify

3    the electoral college vote?

4          A    Yeah, I think I was aware that that's what the event was about.

5          Q    And did you -- on January 4th, as you're referring to the rally and you're

6    drafting this speech, did you have an understanding of what the Vice President, Vice

7    President Pence, intended to do on January 6th, or was that still an open question as you

8    were drafting the speech?

9          A    I don't recall even being keyed in on that issue.    I mean, I think I was aware

10   from media reports that there were people talking about various theories, but I don't

11   remember on January 4th even being cued in on that.

12         Q    And did anybody tell you before you started drafting or while you were

13   drafting to specifically mention the Vice President and whether he would or would not

14   certify the votes of the electoral college?

15         A    No, I don't believe so.

16         Q    Now, did you have an understanding as you were drafting when in the day

17   President Trump would be speaking; before, during, or after Congress would be in session

18   on January 6th?

19         A    I don't recall thinking about the issue of when Congress ran its session

20   compared to when his speech was.

1          ██████████     And this tab had in it two text messages.     I'm just going to focus

2     your attention on this particular one, the first one in exhibit 3, which maybe you can see

3     on the screen.

4          Mr. Burlingame.     I have a hard copy of exhibit 3 in front of the witness.

5          ██████████     Great.

6          BY ██████████:

7          Q     And so this message is -- it's an outgoing from you to what looks to be

8     Patrick MacDonnell and Kash Patel.     The first name is K-a-s-h [inaudible].

9          A     Yes.

10          Q     And I understand that Mr. Patel is a friend of yours from your time serving

11     together in the administration?

12          A     Yes.

13          Q     And the date and time of this message is, it's listed here as January 2nd,

14     2021, at 4:03 p.m.     So if you just back out the 5 hours, because this is at UTC, it's January

15     2nd at 11 a.m.     And you say to them, "Just want to make sure you give the draft the

16     once over."

17          Do you know what draft you're referring to in that text message?

18          A     My memory is that it may be the Medal of Freedom remarks for Devin

19     Nunes, possibly.     I don't know when Jim Jordan's Medal of Freedom was, but I think it

20     was Devin Nunes' Medal of Freedom.

21          Q     Okay.     So just wanted to make sure.     So not the draft of the January 6th

22     speech.     That's why we asked.

23          A     Correct.

24          Q     So I think what'd be helpful is, we're just going to go through the iterations

25     of the draft, Mr. Worthington.     And so what we've done from a process point and what

1    we produced and have labeled as exhibits is the drafts that you sent or received of the

2    January 6th speech, but then we ran red lines to compare them as best we could.    All

3    right?

4         And then we'll show you those, and we'll walk through the things that were taken

5    out or added.    Okay?

6         The first draft that we have that you produced is at exhibit 43.    And just for the

7    benefit of Mr. Burlingame, that's Bates number 2641.

8         Mr. Burlingame.    Thank you.

9              BY ████████████:

10    Q    And in terms of the date and time, as we've talked about, Mr. Worthington,

11    if an email -- the top email in a chain produced from your account is going to be in UTC, so

12    you subtract 5 hours.    And so this email is sent from you to Mr. Bock on January 5th of

13    2021 at 12:55 p.m.

14         This is the first draft we have from what you produced.    To your knowledge, is

15    this the first draft that you would have sent to anybody else?    Would you have had a

16    draft anywhere else that you were working on?

17    A    I think everything I produced is everything that I have.    I think it seems

18    probable that that was an early draft.    I don't know if it was -- you know, Google Docs,

19    you don't have, like, draft, draft, draft, revised.

20    Q    Fair enough.    But given that in your view at the time was a political event,

21    you would've been working on this speech on your -- in Google Docs on your personal

22    computer.    Is that right?

23    A    I believe that's correct.

24    Q    Now, this -- I'm just going to walk through this initial draft.

25         And do you happen to have this in hard copy, Mr. Burlingame, for

1       Mr. Worthington?

2              Mr. Burlingame.    Let me check.    I can certainly get it.

3       I do not appear to that have one with me in hard copy.

4              ▆▆▆▆▆▆▆    Okay.

5              Mr. Burlingame.    You want to see if you can pull it?

6              ▆▆▆▆▆▆▆▆    As we walk through this, it might help if we took a break anyway,

7       since we're at 3:09.

8              And if, Mr. Worthington, if you just review this speech, and I'll say a few things

9       before maybe we take the break, because then as we track the red lines, it's easier to talk

10      about because you'll know from a baseline what was in this initial draft and then we could

11      compare going forward.

12             But rather than have you read it on the screen as we sit here, if we took a 10- or

13      15-minute break, that might be helpful.    Okay?

14             Mr. Burlingame.    Is there other -- I'm sorry, ▆▆▆▆    Are there other documents

15      that you want to be sure we have in hard copy format for this line of questioning?

16             ▆▆▆▆▆▆    No.    I think this will work because, again, with the red lines, we can

17      walk through and point to things more easily on the initial draft.

18             Mr. Burlingame.    Sure.

19             ▆▆▆▆▆▆▆    And so I'll just ask you to look for a few things, Mr. Worthington, in

20      this draft -- or the absence of things -- and then when we come back, we can ask about

21      those.

22             Mr. Burlingame.    All right.

23             ▆▆▆▆▆▆▆    But if you can just review this in this draft, exhibit 43, for any

24      mention of Vice President Pence.    If you could also look to see whether there's any

25      discussion of the attendees at the rally themselves stopping the steal, and I use that term

1    the President wanted, you know, you talked about how when you would draft speeches,

2    you have to -- you're doing it as a speech that the President would want.

3         Was it Mr. Stephen Miller who would be the one who would generally convey to

4    you and Mr. Haley what the President wanted?    Was he the conduit for that as a general

5    matter?

6         A    As a general matter, there were many ways.

7         Q    Okay.    It sounds, then, at least Mr. Miller was one of those ways then?

8         A    Yeah.    Stephen would sometimes -- yeah.

9         Q    And then continuing on in that same exhibit, 55, again, not many line edits,

10    but you get to another comment on page 5, right there where it says, you know, "Get the

11    exact number," which is a reference to what the margin in the Georgia vote was.    In this

12    draft, it says:    Only 11,000 votes.    And, again, the comment says:    Get the exact

13    number.

14         And if you could just continue through the rest of the document, you'll see there

15    are no further comments like that, just, again, a handful of line edits here and there.

16         And so, as you sit there, Mr. Worthington, you don't remember whether you

17    personally inputted these changes and addressed those comments?

18         A    Well, I believe that most of the changes that are input in terms of the

19    comments, I think I may have merged in -- yeah, the two comments there, I think I have

20    may have addressed them.

21         Q    I think there were three.    It was about Texas, the great States of Texas and

22    Florida; there's the Detroit number; and then there's the Georgia.

23         And if you look at exhibit 56.

24         If you can bring that up.

25         This is not a document you produced, but, rather, it came from the Archives, and

1    it's stamped up in the upper left corner, P-R, and then it ends in the numbers 287.    And

2    this is the Save America March speech.    And what you can see is it's a redline, so

3    consistent with what Mr. Miller directed is keeping in red the President's edits and then

4    incorporating the comments.

5            As we go through, I'll show you, if we continue to go through and we get to

6    page 5 -- rather, page 4 -- I'm sorry.    It's page 4, and towards the bottom, the last bullet,

7    if you see there now, that exact number of Georgia votes is there, 11,779.    So that is one

8    of the comments is addressed.

9            And then you continue on to page 5; towards the bottom in red, you'll see the

10   Detroit comment.    It says:    In Detroit, turnout was 139 percent of registered voters.

11   So that addresses the second comment.

12           And, if you go to page 7, you'll see right there in the middle in red, We won the

13   great States of Texas and Florida, continuing on, so addressing the third comment.

14           So this document from the Archives appears to be -- tell me if you agree it appears

15   to be what was given back to the President with his edits and redline with the comments

16   addressed.    Is that fair?

17           A    I would say that's likely.

18           Q    Okay.    Now, who from the speech-writing team went down to the Ellipse

19   for the President's delivery of this speech?    Do you remember?

20           A    I believe Vince went to the Ellipse.

21           Q    Did you go down to the Ellipse?

22           A    Not that I remember, no.

23           Q    You don't remember if you went to the speech on the Ellipse one way or the

24   other?

25           A    I didn't attend the speech --

1      Q     Okay.

2      A     -- at the Ellipse.

3      Q     And looking at the last page of that exhibit 56, I want to make sure we see

4  this.    On the very last page, again, consistent with the last version you sent Mr. Miller,

5  this penultimate paragraph ends with:    Thank you again to every citizen here today and

6  all across the country for standing strong.    Now it is up to the men and women of

7  Congress to do the right thing by their conscience, by their country, and by our

8  Constitution.    And no mention of the President telling the rally goers to go to the Capitol

9  or otherwise commenting on them going to the Capitol.

10      Do you see that?

11      A     I see that.

12      Q     Okay.    And so did you -- if you didn't go to the Ellipse for the speech, were

13  you watching it live as the President delivered it?

14      A     I watched some of the speech from my office.

15      Q     What part of the speech did you watch from your office?

16      A     I don't remember specifically.

17      Q     Did you see him start the speech, begin it?

18      A     I think so.

19      Q     And why were you watching?

20      A     I mean, it was my habit to watch the President when he spoke in general.

21      Q     At what point did you stop watching?

22      A     At one point, I went up to -- higher in the EEOB to look out the window to

23  see the crowd.

24      Q     Did you then come back to your office to continue watching the speech?

25      A     I then went back to my office.

PLAINTIFFS_00061354

1  Q And did what there?

2  A I think I probably watched more of the speech, but I don't -- I think I may

3 have been in and out in terms of watching -- how much I was watching.

4  Q And, from the part or parts of the speech that you watched, what was your

5 reaction to what the President was actually saying in his speech versus what was in the

6 last draft of the speech?

7  A Um, I don't remember generically, other than that he was ad-libbing.

8  Q And so, to that point, if we look at exhibit 58. And this is not a document

9 that you produced but, rather, is an appendix of the President's speech that he gave that

10 day appended to a report of the Senate's Committee on Homeland Security and

11 Governmental Affairs.

12  And so, if you flip to page 2, you see where the speech starts. And so what we've

13 done is, in exhibit 59, we've created a redline. If you can turn to 59 -- between the final

14 remarks, the remarks that the President actually gave, and the last draft that went to him

15 with the inputs -- with the edits inputted in response to Mr. Miller's email.

16  So the blue text that you see in exhibit 59 is what was new from the President,

17 and strike-outs or deletions, things that he didn't say, would be in green.

18  And I'm not going to go through all of it, but as you said, your impression was that

19 he ad-libbed -- he did some ad-libbing? Is that right?

20  A Certainly I remember that from that day, and in general when the President

21 spoke, he ad-libbed.

22  Q Okay. All right.

23  Do you remember him from your time watching -- you can look at the speech, but

24 that he several times referred to Vice President Pence and what the President hoped he

25 would do during the Joint Session of Congress that day?

1        A    I remember that he referred to Pence.    I would have to look at the text of

2  the speech to see exactly how.

3        Q    That's fine.

4        And then we can look at page 5 of this exhibit, and starting in the middle where

5  the paragraph starts "Now."    So it's right there at the bottom if we can just scroll up a

6  little bit.

7        Do you see where it says, "Now, it is up to Congress"?

8        A    Yes.

9        Q    Okay.    I'm just going to read that.    It says:    Now, it is up to Congress to

10  confront this egregious assault on our democracy.    And, after this, we're going to walk

11  down, and I'll be there with you, we're going to walk down, we're going to walk down.

12  Anyone you want, but I think right here, we're going to walk down to the Capitol, and

13  we're going to cheer on our brave Senators and Congressmen and women, and we're

14  probably not going to be cheering so much for some of them because you'll never take

15  back our country with weakness.    You have to show strength, and you have to be strong.

16        The President's words about saying that he was going to walk with the rally goers

17  down to the Capitol, did that come as news to you?

18        A    Yeah.    I don't recall any discussion of the President walking to the Capitol.

19        Q    And then on --

20        A    In advance of the speech.

21        Q    Right.

22        And, similar to that, if we go to page 25 of the speech -- of the redline, I should

23  say.    And if you see right there, you know, we've talked about the end of the various

24  drafts and how at least the last few drafts, and certainly the last one that went to the

25  President, didn't have any mention of going to the Capitol at the end.    But here you see