# Exhibit 59

1

2

3

4

5

6                   TRANSCRIPT OF DALTON RALLY

7

8           AUDIO OF DONALD TRUMP'S RALLY SPEECH

9           IN DALTON, GEORGIA ON JANUARY 4, 2021

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 1

```
 1              CROWD:  USA, USA, USA, USA, USA, USA, USA, USA.
 2              PRESIDENT TRUMP:  Well, I want to thank you very
 3    much.  Hello, Georgia -- by the way, there's no way we
 4    lost Georgia.  There's no way.  A rigged -- that was a
 5    rigged election, but we're still fighting it and you'll
 6    see what's going to happen.  We'll talk about it and -- I
 7    just want to thank you.  This is some crowd.
 8              You know, Biden was here today, also.  They had
 9    14 people and three cars.  No, there was no way.
10              And I just want to thank you.  You know, I've had
11    two elections.  I won both of them.  It's amazing.  And I
12    actually did much better on the second one.
13              It's great to be back in this incredible state,
14    the home of hardworking patriots who believe in God,
15    family and country.  Tomorrow each of you is going to vote
16    in one of the most important runoff elections in the
17    history of our country -- frankly, forget about runoff --
18    one of the most important elections, really.  It's really
19    not runoff, it's elections, because it's a biggie.
20              Our country's depending on you.  The whole world
21    is watching the people of Georgia tomorrow, and you've got
22    to swamp them because everything's so crooked around.
23              I mean, not -- and not here.  They were saying,
24    oh, he's complaining about Georgia.  No, no, I'm
25    complaining about eight different states, and I think
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1   we're going to win them all.
 2           You're going to get everyone you know, you're
 3   going to show up at the polls in record numbers.  You got
 4   to swamp them, and together we're going to defeat the
 5   Democrat extremists and deliver a thundering victory to
 6   David Perdue.  Where's David?  David, David.  We love our
 7   David.  I know David so well.  He's respected and loved by
 8   everyone.  And someone that has really been a star in
 9   Washington, Kelly Loeffler.  Where is Kelly?  Where is our
10   Kelly?  What a job you've done.  Thank you.
11           I will tell you about Kelly.
12           CROWD:  Fight for Trump, fight for Trump, fight
13   for Trump, fight for Trump, fight for Trump, fight for
14   Trump, fight for Trump, fight for Trump.
15           PRESIDENT TRUMP:  Kelly fights for me, David
16   fights for me -- that I can tell you.
17           And I will also say, you know, the Republicans --
18   you have to understand, for the people that don't fight --
19   not for me, fighting for us -- because we have a lot of
20   corrupt things that happen when they don't fight.
21           One thing I've learned about Republicans, they
22   have some difficulties, but you know a difficulty that
23   they don't have?  They never forget.  They never forget.
24           And people are going to find that out because we
25   have to go and we have to go all the way and that's what's
```

Page 3

1    happening.  And you watch what happens over the next

2    couple of weeks.  You watch what's going to come out.

3         Watch what's going to be revealed.  You watch.

4         And I have to tell you that the stakes of this

5    election could not be higher.  You vote tomorrow.  You

6    want to go out tomorrow.  People want to go out.  They

7    don't want to do the ballot thing, don't want to do it

8    unless it's the other side, in which case they just print

9    them out.  They don't want to do it.

10        They want to go and vote.  And make sure your

11   vote is counted.  Make sure they don't let you say, I'm

12   sorry, somebody else has already voted for you.

13        Your vote tomorrow will decide which party

14   controls the United States Senate.  The radical Democrats

15   are trying to capture Georgia's Senate seats so they can

16   wield unchecked, unrestrained, absolute power over every

17   aspect of your lives.

18        If the liberal Democrats take the Senate and the

19   White House -- and they're not taking this White House.

20   We're going to fight like hell, I'll tell you right now.

21        You know, I was telling Kelly before, you can

22   lose and that's acceptable.  You lose, you lose, you go --

23   and you go wherever you're going and you go and say, maybe

24   I'll do it again sometime or maybe I won't or I'll get

25   back to life, but when you win in a landslide and they

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1  steal it and it's rigged, it's not acceptable.

2         Not acceptable.

3         Then you have a country that would be run -- if

4  these two don't win and if we don't take the presidency,

5  you have a country that would be run by Schumer, Pelosi,

6  and Biden.  The people of Georgia will be at the mercy of

7  the left-wing socialists, communists, Marxists -- and

8  that's where it's going.  You know, we don't like to use

9  the word "communist."

10         How about the press?  Look at them back there.

11  Look at all of them.  How about the press?  That's a lot

12  of press.  Oh, boy.  That's a lot of press.

13         But, you know, they've gone silent now.  They

14  have a new thing.  They used to fight me left, right --

15  I'd go, they'd go.  You know, you'd fight, I'd win, they'd

16  win -- who knows who wins?  But people would hear.

17         Now they don't want to talk about it.  Unless

18  they can say something bad about you, they don't want to

19  talk about it.

20         So if we talk about certain subjects, as you've

21  been watching over the last six months, all of a sudden

22  they were getting clobbered, so they went stone cold

23  silent.  Big tech, the fake news media, they go silent

24  anymore.  They don't talk about it, and that is the

25  beginning of communism.  That's exactly what happens.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1              Because I think they hate our country and they
 2    despise Georgia values, and I think a lot of you despise
 3    them.
 4              As you know, there's nothing the radical
 5    Democrats will not do to get power that they so
 6    desperately crave -- even the outright stealing of
 7    elections, like they're trying to do with us.
 8              We're not going to let it happen.
 9              Over the past -- and I hope Mike Pence comes
10    through for us, I have to tell you.  I hope that our great
11    vice president -- our great vice president comes through
12    for us.  He's a great guy.
13              Of course, if he doesn't come through, I won't
14    like him quite as much.  No, Mike is a great guy.  He's a
15    wonderful man and a smart man and a man that I like a lot,
16    but he's going to have a lot to say about it.  And he --
17    you know, one thing with him, you're going to get straight
18    shots.  He's going to call it straight.
19              Over the past few weeks we've demonstrated that
20    we won the election in a landslide.  Almost 75 million
21    people voted for me -- the most of any incumbent president
22    in the history of our country.  We won over 11 million --
23    close to 12 million more votes than 2016; one of the
24    largest -- actually, the single largest increase in the
25    history of our country.
```

Page 6

1              No person that won went to a second term or went
2      through an election where he got nearly 12 million votes.
3      Nope.  It never happened before.  Never happened before.
4              We made historic gains among African-Americans,
5      Hispanic-Americans, Asian-Americans, and we won the
6      largest share of non-white vote of any Republican
7      president in 60 years.
8              We also won 18 out of 19 bellwether counties.
9              Now, when you win just a few bellwether counties,
10     you always win the election.  We won 18 out of 19.  That's
11     a record.  And they said we didn't win.
12             We won 25 of 26 toss-up House races, and I think
13     we have one that we're waiting for, right?  Did you see
14     the one in -- hello, Mike.  How are you, Mike?
15             Did you see the one in New York where Claudia,
16     good woman -- they keep finding votes.  They keep finding
17     votes.  She's up by 18.  Oh, we just found 19 votes.
18             That's the same kind of stuff.
19             Democrats were projected to gain 15 House seats
20     and instead -- and Kevin McCarthy gives us the credit.
21             Good man.  Very good man.
22             My coattails, we swept our Republican House
23     candidates to victory and we have a couple of great ones
24     with us tonight, and the Democrats lost 14 seats.
25             It was supposed to be the other way around.

                                                        Page  7

1            And when that happens, no president loses, unless

2    they play games.  You don't lose, they play games.

3            The fact is we won the presidential election, we

4    won it big and we're going to win tomorrow.  We're going

5    to win it really big.  We have to.  We have to.

6            People have no idea how important that is.

7            Tonight, our mission here in Georgia is to make

8    sure the radical left cannot rob you of your voice and

9    your votes in Washington.  You can't lose these two

10   people.  And I really know them well.  They're the most

11   respected people, they're great people and they really do

12   have a voice and they love their state and they love their

13   country.

14           The Democrats are trying to steal the White

15   House.  You cannot let them.  You just can't let them

16   steal the U.S. Senate.  You can't let it happen.

17           You can't let it happen.

18           David and Kelly are running against the most

19   extreme liberal candidates in the history of your state --

20   probably in the history of our country -- Jon Ossoff and

21   Raphael Warnock.  Well, you know I beat Ossoff once,

22   running against a very fine woman, Karen, who you know,

23   and he was at 57 and I got involved and we drove him down

24   to 49 and then he ended up in a runoff and she ended up

25   winning.  Now I have to beat him a second time, and this

Page 8

1    is going to be -- hopefully easy -- because when you know

2    what he stands for, when you know what Warnock stands for,

3    it really should be easy:  Cast deciding votes to rubber

4    stamp the agenda of AOC and Bernie Sanders.  Crazy Bernie.

5            Stacey Abrams.  What's with this Stacey Abrams?

6    You know, your governor -- your governor and your

7    secretary of state, they're petrified of Stacey Abrams.

8            What's that all about?

9            Did you see this consent decree they signed with

10   signature verification?  You can forget about it.  What

11   they have done to your state -- I think most people have

12   no idea what they've done to your state.  That consent

13   decree and these two people -- I don't know.  They say

14   they're -- they say they're Republicans.

15           I really don't think they are.  They can't be.

16           Like, if we want to have a special session --

17   because your legislature's excellent, they want to have a

18   special -- why wouldn't they let us have a special

19   session?

20           If they want to check signatures in Fulton

21   County, not in Cobb County.  We didn't ask for Cobb

22   County.  They said, we'll do Cobb first and then we'll do

23   Fulton.  They do Cobb, then they never get to Fulton.

24           Why wouldn't they do that?  Why wouldn't they do

25   that?  That's a positive thing.

Page 9

```
 1              Anyway, the Democrats want to turn America --
 2    I'll be here in about a year-and-a-half, campaigning
 3    against your governor, I guarantee you that.
 4              I shouldn't say this.  I shouldn't say this
 5    because I just don't want you to tell anybody outside of
 6    this room, other than the millions of people now, but I
 7    endorsed him.  He was in last place and I endorsed him, he
 8    went to first place very -- like immediately, and then he
 9    won the primary and then I gave him a couple of rallies --
10    which I don't like doing for other people.
11              I was telling Kelly, I don't do rallies for other
12    people, I do them for me, right?  Not that easy, a crowd
13    like this.  They say over 25,000 people over what?
14              Over a couple of days' notice.
15              Is everybody glad you're here, right?  I think
16    so.  There is no place like a Trump rally, but you know
17    what?  This is a Kelly rally and a David rally.
18              And I wouldn't do it unless I loved them both.  I
19    wouldn't do it.  But I'm going to be here in a
20    year-and-a-half and I'm going to be campaigning against
21    your governor and your crazy secretary of state, that I
22    can tell you.
23              You have great candidates.  They want to turn --
24    the Democrats do -- America into Venezuela, with no jobs,
25    no prosperity, no rights, no freedom, no future for you
```

Page 10

```
 1    and your family.  Here is exactly what the radical left
 2    will do if they win this runoff election, which we can't
 3    let them do tomorrow.  Tomorrow's a big day.
 4            I guess we have to get over a million votes
 5    tomorrow, right, Kelly?  Over a million.  All right.
 6            That's a lot of votes, Kelly, but we'll do it.
 7            And the one thing I know, if they win, I'll get
 8    no credit, and if they lose they're going to blame Trump,
 9    these people.  And Kelly won't let that happen.  Please
10    win tomorrow.  You're going to win so big, it's going to
11    be -- great story.  It's a great story, a very important
12    story for our country -- long beyond Georgia for our
13    country, it's such a big story.
14            They'll massively raise your taxes on the middle
15    class to pay for socialism.
16            The U.S. military, which we rebuilt -- we've
17    totally rebuilt the U.S. military, much of it coming right
18    out of Georgia.  We built it right out of Georgia, a lot
19    of it.  You have incredible contractors in Georgia,
20    military contractors, and they got plenty of our money.
21    Spent $2.5 trillion.  When I took over the military, it
22    was absolutely a mess.  It was depleted.  Now it's the
23    opposite of depleted.
24            The U.S. military will be gutted and military
25    families across the street and all over the state will be
```

Page 11

```
 1    betrayed.  Their benefits and opportunities will be
 2    slashed.  Fort Benning, Fort Gordon and other Georgia
 3    military institutions will be the first on the chopping
 4    block.
 5           And by the way, they'll be forced to change the
 6    names of the bases where generations of American patriots
 7    trained to win two World Wars.  I don't know, Fort
 8    Benning.  Let's see.  Give me a couple of names.  I could
 9    give you some.  I don't want to give them the credit, but
10    you'll name them.  You'll name them after other people.
11           Fort Trump.  Yeah, how about that?  I like that.
12           Yeah, let's change the name.  Let's change it.
13           Kelly, let's change it.  If they name it "Trump,"
14    let's change it.  No, now they're going to go back and
15    say, he wants to have Fort Benning changed to "Trump."
16    Watch.  They'll say, he's asking, he's begging for Fort
17    Benning to be changed to "Trump."  No, no, I don't want
18    that.
19           The Democrats will surrender the entire U.S.
20    manufacturing industry to China.  You notice they never
21    criticize China, right?  They never crit -- It's Russia,
22    Russia, Russia.  I saw it today again, Russia, Russia.
23    Oh, Russia.  Here we go.  That was another great scam.
24           I've been involved in the two greatest scams in
25    American history -- the Russian hoax and now they are
```

Page 12

```
 1   trying to steal an election from us, and we won not by a
 2   little bit, we won in numbers like nobody's seen before.
 3           If Ossoff and Warnock are elected, they will
 4   immediately throw -- and you know what's going to
 5   happen -- they'll throw open American borders and allow
 6   tens of millions of illegal immigrants to pour into our
 7   country from every corner of the globe.  Your schools,
 8   your hospitals and your communities will be overwhelmed.
 9           And the wall, the wall, the wall.  Remember,
10   we'll build the wall.  We're going to build the wall.  And
11   that's right, Mexico is paying for the wall -- if I were
12   here, they would be, because we were going to charge them
13   a nice fee right at the entry points, and they were paying
14   for the wall.  They paid for 28,000 troops along the wall
15   and along the border, which we don't need so much anymore,
16   but we built almost 500 miles of wall and they want to rip
17   down the wall.  They want to rip down.  It's why the
18   numbers have been so great.
19           But now everyone's coming back up because they
20   think this guy's going to win, and if he wins, it's going
21   to be everything that they could dream for -- dream of.
22           And you know, we want to help other people, but
23   we can't afford to do it.  We can't afford to do it.
24           So, they're coming up now, the caravans.
25   Remember the caravans?  The caravans are starting to form.
```

Page 13

1              Here they come.

2              But let's keep this thing going.  We have great

3     support in Congress.  We have good support in the Senate.

4     I wouldn't say great.  Could be better.  But people will

5     remember the people that don't support us.

6              If they win this race, Democrats will implement

7     nationwide catch and release.  You know what that is?  You

8     catch a criminal and you take his name, you say, you're

9     released into our country.  I ended it.  You're released.

10    Come back in four years.  We're going to take you to

11    court.  So far nobody's ever shown up.

12             I mean, literally they almost don't show up.

13             And turn our -- that's when I had the big debate

14    with Biden.  They come back for court.  I said, no, they

15    don't.  I turned out to be right.

16             Did they apologize?  I don't think so.

17             And turn our entire country into one giant

18    sanctuary for criminal aliens, setting loose tens of

19    thousands of dangerous offenders and putting MS13 gang

20    members straight into your children's schools.

21             And you know, we've removed thousands and

22    thousands of MS13 gang members.  And I want to thank ICE

23    and I want to thank Border Patrol and I want to thank our

24    great law enforcement.  Incredible people.

25             They're incredible.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1            And the people that understand those values are
 2   Kelly and David.  They understand those values.  You're
 3   with our law enforcement, right?  A hundred percent.  I
 4   don't have to ask her that.
 5            They'll allow heroin, cocaine, fentanyl, and
 6   other deadly drugs to flood across our borders again and
 7   poison our youth.
 8            They'll take away your healthcare.  They'll
 9   eliminate private insurance.  We have 180 million people
10   that love their private insurance.  You can forget about
11   it.  And you'll lose your doctor.
12            Remember President Obama said, you can keep your
13   doctor, you can keep your plan.  Guess what?  He said it
14   28 times.  That was a lie.  That was a lie.  That turned
15   out to be a big, great scam lie.
16            And remember, I got rid of the individual
17   mandate, the most unpopular thing in Obamacare, fighting a
18   lot of different fronts -- which really doesn't make it
19   Obamacare anymore, by the way.
20            They'll resume the war on Christians and attack
21   Catholic organizations like Little Sisters of the Poor.
22            They will ban voter ID.  We want voter ID.  Is
23   that so much to ask?  And institute universal, unsolicited
24   mail-in balloting in every state.
25            They will never be -- I'll tell you this:  If we
```

Page 15

```
 1   don't do something fast, there will never be another fair
 2   election in America.  You know, We're known for elections
 3   and now we're being laughed out all over the world about
 4   this last election, and you've got to swarm it tomorrow.
 5            Now, the good thing about tomorrow, it's one
 6   state, so you have a lot of eyeballs watching.  It's
 7   tougher than when you have 50 states and they do it to
 8   various -- various states.
 9            I've never seen anything like it.
10            You know, I was leading in Pennsylvania by
11   hundreds of thousands of votes.  All of a sudden I was
12   tied.  I said, what happened?
13            They'll make Washington DC and other liberal
14   places the 51st, 52nd, 53rd states of the union,
15   guaranteeing the radical left a permanent majority of the
16   U.S. Senate and the House and the electoral college.  It
17   will make it, really, a one-party country, and the party
18   will be the wrong party.
19            They will pack the Supreme Court with crazed
20   extremists.  And I'm not happy with the Supreme Court.
21   They are not stepping up to the plate.  They're not
22   stepping up.
23            How about that?  We don't have -- look at the
24   Supreme Court:  President of the United States, I want to
25   file suit, I want to do -- and they say, sir, you can't --
```

Page 16

1    you really can't do that.  Why?  So they have legal

2    reasons, complex legal reasons.  It's wrong.

3         If you're the President of the United States and

4    you get defrauded out of an election, you should be able

5    to file a suit, but we can't do that.

6         They say, sir, you don't have standing.  How

7    about that?  I'm the president, seven states -- you know,

8    I was winning by a lot, and then all of a sudden I was

9    losing by a little tiny bit -- just a little.  They can

10   only go so far.  They had no idea we were going to do the

11   kind of numbers, so that printing press was really moving.

12        And they say, I don't have standing to bring a

13   suit.  What kind of a legal system is that?  But the

14   Supreme Court has let us down, so far.  Who knows?  Maybe

15   they'll come back.  Maybe they'll come back.

16        They'll pack the Supreme Court with crazed

17   extremists.  Then there'll be saying, you know, I should

18   have done something about this, when they start having 24,

19   25, 26 justices, and they want to have the justices rotate

20   to the lowest courts.  So they'll rotate.  These nine

21   justices will have a great time rotating.

22        But they're bent on destroying our constitution

23   and overthrowing America's founding.  If the left wins

24   these Senate seats, they will abolish the Senate.  You

25   know this.  The filibuster, they will knock it out.  I've

Page 17

```
 1   been saying -- to be honest with you, for a long time --
 2   they're going to do that, at some point they're going to
 3   do that, and why don't we do it first?  I said it.
 4        If they're going to do it, you might as well do
 5   it first, and now everybody said, you were right.  But you
 6   know what?  I want to be wrong, because I want these two
 7   to win, because if they win, we don't want to do it.
 8        It's a bad thing for our country.
 9        But that would give them the power to ram through
10   every deluded piece of left-wing legislation that they've
11   ever wanted, that they've ever dreamt up.
12        Your religious liberty will be gone.
13        Your Second Amendment will be gone.
14        Your borders and great new wall will be gone.
15        Your police departments will be gone as we know
16   them, and your life savings will be gone.  We'll be like a
17   large-scale version of so many other countries that you
18   look at that are poverty.
19        America as you know it will be over and it will
20   never, I believe, be able to come back again.  It will be
21   too far gone.  Your vote tomorrow could lose, and it could
22   be your last chance to save the America that we love.
23        That's why I'm here.  I don't want to do rallies
24   for other people, I told you.  I'm here because of that,
25   because of David and Kelly.
```

Page 18

```
 1           The far left wants to destroy our country,
 2    demolish our history, and erase everything that we hold
 3    dear.  This could be the most important vote you will ever
 4    cast for the rest of your life.  It really could be.
 5           This is so important.  I mean, think of it.  It's
 6    so important.  It's amazing, actually, that in one state
 7    you have two races simultaneously.  I don't think a thing
 8    like that's ever happened before.
 9           If you don't show up, the radical Democrats will
10    win.  A lot of people say, oh, well, Trump, maybe he wants
11    it that way.  No.  You know what I want?  I want a great
12    country.  I want these two very special people to be
13    elected.
14           And I want to be clear.  You know, if those of
15    you that know how badly screwed we got, I want to be clear
16    that we can't let that happen again.  We can't let that
17    happen again.  We're going to come back, and I really
18    believe we're going to take what they did to us in
19    November 3rd, we're going to take it back.
20           But these two people, they can't go through this.
21    They can't go through it.  If you don't go and vote, the
22    socialists, the Marxists will be in charge of our country.
23    If you don't fight to save your country with everything
24    you have, you're not going to have a country left.
25           I love this state.  This state's been very good
```

Page 19

```
 1    to me.  We've had a lot of victories in this state -- just
 2    had one on November 3rd, actually -- and I love the people
 3    of this state.  We can't let that happen.  The damage they
 4    do will be permanent and will be irreversible.
 5              Can't let it happen.
 6              Nothing and no one will be able to stop them.
 7    These Senate seats are truly the last line of defense.
 8              Now, I must preface that by saying -- because
 9    they'll say, he just conceded.  No, no, I don't concede.
10              So Kelly, if I might add, I think we're going to
11    win, in which case we'll be the last line of defense.
12              It's called veto, veto, veto, veto.
13              So tomorrow, you must get out and vote for David
14    Perdue and Kelly Loeffler.
15              Over the last four years, David Perdue has been
16    one of our greatest allies and strongest defenders in
17    Washington.  He's a great gentlemen.  David was a critical
18    vote in the right to pass the largest package of tax cuts
19    and reforms in American history.  We did that together.
20    We got it done, launching an incredible economic boom.
21    The greatest tax cuts in the history of our country --
22    think of it -- and the greatest restrictions.  We were so
23    restricted, we couldn't breathe in this country.
24              That's one of the big -- I think it might have
25    been more important, in many ways, than the tax cuts.  You
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1  would know that, being one of the great businessmen of our

2  world, right?  I think it was maybe more important.

3       When Georgia needed a strong voice in Washington

4  after Hurricane Michael -- remember Hurricane Michael?

5  And I was down here with David -- but David Perdue led the

6  charge to get the workers and farmers of your state the

7  relief you deserved.  He said, sir, can we get a billion

8  dollars?  And I said, we're going to get it, David, and we

9  got it very fast.  And there was no mechanism to get it.

10 You got hit with a hurricane like you have never seen

11 before, came in from a location that is just very unique.

12      It was a horrible thing.  I was here for a long

13 time with David, and he worked and his kin -- you know,

14 his kin, the great Sonny Perdue, our Department of

15 Agriculture, our Secretary of Agriculture, was fantastic

16 also, but we worked very hard and we got the farmers and

17 the businesses the money that they had to have, and now

18 they're thriving.

19      David has also been one of the most courageous

20 advocates fighting for an immigration system that defends

21 American workers, American wages, American families, and

22 American jobs.  He led the effort in Congress to build the

23 wall -- that's right -- and Kelly helped on that.  She's a

24 little bit newer to the Senate, but she helped a lot.

25 Those last moments, you were there.  Without you, it

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    wouldn't have happened, actually.

2            Cracked down on deadly sanctuary cities, end

3    chain migration and institute unparalleled protection for

4    our great citizens.

5            He fought to help us replaced NAFTA disaster with

6    the brand new USMCA.  They said it couldn't be done.  A

7    giant victory for Georgia, for workers, and for farmers

8    all over our country.  NAFTA was the worst trade deal

9    probably ever signed.  And that maybe has to exclude some

10   of the crazy deals and things they did with China.

11           He voted to confirm nearly 300 federal judges.

12   We have a record on federal judges and three Supreme Court

13   justices, which is a tremendous thing.  We have almost 300

14   federal judges committed to interpreting our Constitution

15   as written.

16           No one fights harder for the people of Georgia

17   than David Perdue.  David's opponent, Jon Ossoff, is an

18   unhinged radical leftist.  He's not a senator.  He's not a

19   senator.  That's not a senator.

20           Ossoff said that he's very proud to be endorsed

21   by socialist, crazy Bernie Sanders.  He's weak on China.

22   He promoted Chinese propaganda and then he failed to

23   disclose his business ties to the Chinese Communist Party.

24           Other than that, he's a wonderful guy, right?

25           Ossoff supports the largest tax hike in American

Page 22

```
 1   history.  If they get in, Warnock and Ossoff, if they get
 2   in, you're going to have the largest tax increase that
 3   you've ever had.  It'll be the largest tax increase in the
 4   history of our country.  For what?  The Green New Deal.
 5   Let's rip down a building because its windows are too big.
 6   Let's build a building with no windows -- among many other
 7   things.  He supports the insane Green New Deal, which
 8   would crush middle-class parents trying to raise a family.
 9          He will support the socialist takeover of
10   American healthcare, which will lead to rationing poverty
11   and death.
12          Ossoff also backed the radical left-wing crusade
13   to defund police.  The last summer, he proudly joined the
14   anti-police mob.  He didn't like the police.  He doesn't
15   like our police.  We love our police.  Slandering our
16   brave men and women in blue.
17          If you vote for Jon Ossoff, he will attack our
18   heroes, He will destroy our economy, and he will betray
19   you and your family, and it'll happen very quickly.
20          That's why you must vote, and really importantly,
21   get out tomorrow, vote for David Perdue.  He's a great
22   gentleman.  He loves you.
23          Georgia has another fantastic champion in Senator
24   Kelly Loeffler.  Kelly is a staunch defender of our
25   incredible military.  I'm so proud of our military.  She
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    supports the wall, and she always stands with the heroes
2    of law enforcement, ICE and Border Patrol.  I hated it,
3    Kelly, when we got ballots in from the military with
4    "Trump" all over it, and they got thrown into a river.
5    You saw that.  They threw ballots into a river from the
6    military with my name all over it:  We want Trump -- boom,
7    goes into the river.  That was just one of many instances
8    of problem.
9         Kelly is also a committed protector of your
10   Second Amendment rights.  With Kelly's vote, we confirmed
11   our third new Supreme Court Justice Amy Coney Barrett.
12        Working with David, Kelly helped rescue the US
13   economy from the China virus, passing nearly $4 trillion
14   in economic relief, saving over 1.5 million Georgia jobs,
15   and rescuing countless small businesses all across your
16   state -- businesses that now are doing really well.
17        And, you know, we also came up with a vaccine.
18   Nobody else would have done that.  They would have done
19   that in 10 years.
20        Kelly and David also both strongly support my
21   efforts to provide $2,000 stimulus checks to hardworking
22   Americans across Georgia and across the nation -- and my
23   reasoning is simple.  I mean, we're conservative with
24   money, but my reasoning is simple:  You didn't cause this
25   problem.  This problem was caused by China.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1          Kelly is running against a hard left extremist

2     named Raphael Warnock.  Warnock is the most radical and

3     dangerous left-wing candidate ever to seek this office,

4     and certainly in the state of Georgia, and he does not

5     have your values.  Warnock has publicly declared his

6     support for socialism, and he once welcomed the

7     anti-American communist dictator, Fidel Castro to his

8     church.  He wanted him here.  He liked Castro.  Thought

9     Castro was a nice guy.

10          Warnock said that, quote, nobody can serve both

11     God and the military.  A vicious smear against thousands

12     of patriotic service members across the state of Georgia.

13          He wants to abolish cash bail.  You see how

14     that's working in New York City, right?  It's not working

15     too well.  He has called for, quote, opening up the jails,

16     and he slandered our police offices as gangsters, thugs,

17     and bullies.

18          The choice for the voters of Georgia could not be

19     more clear.  Jon Ossoff and Raphael Warnock are fringe

20     extremists who would wreck everything Georgia patriots

21     hold dear to their hearts.

22          Kelly Loeffler and David Perdue share your

23     values, and you know that.  They share your values like

24     nobody shares your values.  I can tell you, they share

25     your values.  They want to defend your interests, and they

                                              Page 25

1    will always put America first.

2            Did you see the other day -- what a great name,

3    America First -- they announced they don't want to do the

4    America First policy.  How crazy?  Even if you're not

5    going to do it, which is basically protect us -- we come

6    first, right?  But even -- and that includes financially,

7    and every other way -- even if you don't believe it, you

8    don't say, we're going to end America First.  They want to

9    end America First.

10            Kelly, I'd love you to just come up and say a few

11    words.  Would that be okay?  Kelly.

12            KELLY LOEFFLER:  Hello, Georgia.  Thank you,

13    Georgia.  I have an announcement, Georgia.  On

14    January 6th, I will object to the electoral college votes.

15    That's right.  That's right.  Thank you.  We're going to

16    get this done.  All right, Georgia.

17            But I have a very important question for you:

18    Are you ready to show America that Georgia's a red state?

19            That's right.  That's right.

20            Look, this president fought for us, we're

21    fighting for him.  He put America first.  He put the

22    American worker first.  Thank you, Mr. President.

23            He stood with our men and women of law

24    enforcement.  He restored our military.

25            My opponent, radical liberal Raphael Warnock, he

1   attacked our police, our military.  He spoke out against

2   Israel, evangelicals, small businesses.

3          Georgia, we have to hold the line.  You have to

4   get out and vote tomorrow.  Georgia, we are the firewall

5   to socialism.  We have to get it done.  I love you guys.

6   Thank you.  God bless you.  God bless Georgia.  Thank you.

7          PRESIDENT TRUMP:  We love you.  Thank you.  Thank

8   you, Kelly.  That was nice.  I'm glad I invited her up.

9          Kelly, I'm glad I invited you up.  That was

10  great.  Thank you, Kelly.  That was so great.

11         CROWD:  God bless you, God bless you.  Fight for

12  Trump, fight for Trump, fight for Trump, fight for Trump,

13  fight for Trump, fight for Trump, fight for Trump.

14         PRESIDENT TRUMP:  Thank you.  Thank you.  You

15  know, it really is, it's fight for our country.  It's

16  really fight for our country, not fight for Trump.  It's

17  fight for our country, because that's what we're fighting

18  for.

19         Also joining us tonight are Georgia

20  representatives, Marjorie Taylor Greene.  I love Marjorie

21  Taylor Greene.  Where are you?  Come up here.  Kelly wants

22  you to come up here.  Don't mess with her.  Don't mess

23  with her.

24         MARJORIE TAYLOR GREENE:  Hello, northwest

25  Georgia.  All right, let me tell you something:  I am so

Page  27

1   fired up to hear Senator Kelly Loeffler, she's going to

2   object on January 6th.  Yeah.  This is why I believe in

3   her.  You see, when you have a strong senator, Kelly

4   Loeffler from Georgia, fighting for you and fighting for

5   your president and protecting your vote, this is why you

6   have to turn out tomorrow, right?

7           Yes.  We have to save our Senate seats.  We have

8   to save America and stop socialism.  This is the last

9   line.  We aren't going to hand over our Senate seats to a

10  pastor who preaches abortion from the pulpit.  No.  He's

11  preaching murder of God's creation in the womb, holding a

12  Bible in his hand.

13          If anything, go out there and vote for the unborn

14  tomorrow, right?  We've had enough.  We're not going to

15  let Georgia go to two radical socialists.  No.  I need you

16  all to go out there and vote.  Our district has to show

17  up.  We've got to stop this attack, stop our senate seats

18  from being handed over to these radicals, and we're going

19  to fight for President Trump on January 6th.

20          God bless Georgia, God bless America.

21          Let's do this.

22          CROWD:  USA, USA, USA, USA, USA, USA, USA, USA,

23  USA, USA, USA.

24          PRESIDENT TRUMP:  I also want to introduce two

25  great warriors, friends of mine, Andrew Clyde and Jody

Page  28

```
 1   Hice.  Jody, thank you.  Thank you, Andrew.  Thank you
 2   very much.  Great job.
 3        We have another friend of ours, South Carolina
 4   Senator Lindsey Graham.  And Mike Lee is here too, but I'm
 5   a little angry at him today.  Where's Mike Lee?  Where is
 6   he?  I'm a little angry at you today, but that's all
 7   right.  State Representative Vernon Jones.  What a great
 8   guy he is.  A great man.  And an early supporter of mine,
 9   who's also on the ballot tomorrow, Public Service
10   Commissioner Bubba McDonald.  Bubba, you're going to do
11   great.
12        CROWD:  Bubba, Bubba, Bubba, Bubba, Bubba, Bubba,
13   Bubba, Bubba.
14        PRESIDENT TRUMP:  Great guy.  Thank you, Bubba.
15   Thank you.  Good luck tomorrow.  You'll do well.
16        Georgia Republican party chairman David Shafer,
17   and he's fighting.  He's out there.  He is fighting.  He
18   is fighting.  By the way, I also want to say hello to --
19   Kelly's husband is one of the great entrepreneurs in our
20   country.  He's respected by everybody.  He's a tough guy,
21   but he is a sweetheart, and he loves your state.  I just
22   want to say hello.  Do you mind?  Okay.  He doesn't want
23   that.  He doesn't want it, but I will tell you, he's
24   respected as a businessman, respected by everybody, and
25   gives tremendous amounts of money to charity and
```

Page 29

1    everything else.  Thank you very much.

2           Also a friend of mine and, you know, I don't know

3    what it is.  I'm not so good with the bikes.  You know, I

4    sort of say, maybe I stay away from it a little bit, but

5    Chris Cox is Bikers for Trump, and he's the founder, and

6    he had more people show up for me.  Whenever I saw -- I'd

7    go to places, I'd have 2-, 3-, 4,000 bikes, and Secret

8    Service would go crazy.  I'd say, no, I'm so happy.  And

9    they wouldn't do it for any other reason, they just wanted

10   to protect their future president -- this was before I

11   won -- they were with me.  For whatever reason, bikers

12   like me, and I like them.  Chris Cox -- wherever you are,

13   Chris Cox.  Where is Chris?  Right?  I don't know why the

14   bikers like me, Chris, but they do, but I like you guys a

15   lot, and you're great.  We go to speeches and we'd be

16   packed and we couldn't even get them -- they didn't even

17   want to be inside.  They stood outside, and they were

18   protecting their president, when I became president.

19           I never felt safer in my life.  Thank you.

20           That's true.

21           Another man who's respected by everybody, a

22   friend of mine, David McIntosh, Club for Growth.  David --

23   David, thank you, David.  Respected by everybody.

24           And I want to thank Don Jr.  Did he do a good job

25   tonight?  I watched.  Where is Don?  Don is great.  Hello,

Page 30

1    Don.  They love our Don, but he's working hard, and I want

2    to thank Don and Kimberly Guilfoyle, who has been

3    incredible.

4         And I also came with somebody who people like a

5    lot, people like her a lot.  I don't know.  She doesn't

6    really like the concept of running for office.  She says,

7    what do I need it for, dad.  Ivanka.  Where is Ivanka?

8    Come on, come, come.  Should we get Ivanka up?  Yes,

9    right?  Come on up here, honey.

10         IVANKA TRUMP:  Hello, Georgia.  It is so

11    incredible to be back here with so many amazing,

12    hardworking Georgia families who are fighting for our

13    children's future, each one of you.

14         And it's so great to be back in Georgia with this

15    warrior, my father, the people's president.  He is a

16    tireless -- a tireless champion for all of you, and he

17    will never stop fighting.

18         And by his side are two amazing senators that we

19    have to send back to the Senate and send a resounding

20    message that patriotism is alive and well in Georgia and

21    Georgia is going to keep freedom alive in America.

22         Please vote.  Thank you.  God bless you.  God

23    bless Georgia and God bless America, and God bless our

24    president.

25         PRESIDENT TRUMP:  Thank you, Ivanka.  Thanks,

Page 31

```
 1    Don, Kimberly -- everybody.  Thank you all.
 2          Tomorrow our entire nation is counting on the
 3    people of Georgia -- in a way the world is counting on the
 4    people of Georgia.  The fate of our country is at stake.
 5    It's in your hands.  You must deliver a Republican victory
 6    so big that the Democrats can't steal it or cheat it away.
 7          We have all -- they'll be trying, though, I'll
 8    tell you that.  We have all seen what our opponents are
 9    capable of doing.  I ran two elections.  I won both of
10    them.  Second one, much more successful than the first.
11          But we can't let this happen any longer.  On
12    election night, we were leading by so much.  We're not
13    going to have that tomorrow.  We're not going to have that
14    tomorrow night, where you're leading and then all of a
15    sudden, boom, it's gone like magic.
16          We won Florida and Ohio in record numbers.  We
17    won Iowa by 8.2 percent.  Nobody's ever won those three
18    States and lost.  Never happened before.  It's almost
19    impossible, unless people do a lot of -- either get very
20    lucky or they cheat.
21          We were up 293,000 votes in Michigan, 112,000
22    votes in Washington.  In Wisconsin we were way up, 356,000
23    votes -- in Georgia, 356,000, and 700,000 votes in
24    Pennsylvania.  It was over.
25          I should have run up to the podium and said,
```

Page 32

1    thank you very much for this wonderful victory.  Then

2    maybe they wouldn't have had time to close those booths,

3    right?  The counting rooms, and do what they did.

4           But then it all started to disappear -- and I

5    tell this story because we can't let this happen tomorrow,

6    Kelly.  So keep your eyes open.

7           Since the election, we have put forth

8    indisputable evidence documenting the rampant fraud --

9    which will be announced on Wednesday, as you know.

10          And I want to thank Senator Josh Hawley and Ted

11   Cruz and all of the incredible senators that have stepped

12   up to fight, because they've seen what happens.  They know

13   it's a fraud -- and not just here, you know.

14          I watched some of the people on Fox -- I had no

15   choice.  I had no choice.  I had to.  I didn't have enough

16   channels.  And they said, why is he fighting for Georgia?

17   It's not enough.  No, I need three.  I'm fighting in

18   eight, actually, but six, and we're going to win them all.

19          But they said -- they said why -- one of the

20   people, a very fine woman, actually -- but she said, why

21   is he fighting Georgia?  It doesn't get him there.  I

22   said, no, but Georgia and Pennsylvania and one other get

23   me there.  And we have six, and maybe eight, if you look

24   at them, and we were leading all of them by a lot until,

25   like a miracle, it started to quickly disappear.

                                                   Page 33

```
 1              Right here in Georgia there were tens of
 2     thousands of illegal votes cast and counted.  You know
 3     that.  And here are just a few examples -- watch this for
 4     tomorrow:  We were up 10,315 ballots were cast by
 5     individuals whose name and date of birth matches a Georgia
 6     resident who died in 2020, prior to the election, and your
 7     wacky secretary of state said two people.  Two people.
 8              Now, I don't know how many people are on that
 9     list, but it's a lot of people.
10              2,506 ballots were cast by individuals whose name
11     and date of birth matches an incarcerated felon in a
12     Georgia prison.  Maybe they aren't all there, but they did
13     a lot of work.  They paid a lot of money to a lot of
14     people, I can tell you that.
15              4,502 illegal ballots were cast by individuals
16     who do not appear on the state's voter rolls.  Well,
17     that's sort of strange.
18              18,325 illegal ballots were cast by individuals
19     who registered to vote using an address listed as vacant,
20     according to the postal service.
21              At least 86,880 ballots were cast by people whose
22     registrations were illegally backdated.
23              Oh, I can't believe that happened.
24              66,000 votes -- you have to understand, we're
25     down by a little more than 11,000.  So every one of these
```

Page 34

1   is determinative.

2           66,000 votes in Georgia were cast by people under

3   the legal voting age.

4           At least 15,000 ballots were cast by individuals

5   who moved out of the state prior to the November 3rd

6   election -- and maybe they moved back in.  I don't know.

7   I mean, I can't tell.  They moved out -- ah, let's go

8   back.  Usually takes a little time, right, you know?  We

9   moved out.  Let's go back, darling.

10          Georgia's absentee ballot rejection rate went

11  from an average of 3 percent in 2016, and then went down

12  very low, to almost zero.  Now, think of it, almost zero.

13          If you multiply that out -- and this is with

14  many, many more ballots pouring in -- went to almost zero.

15          48 out of 159 counties in Georgia rejected no

16  ballots at all.  These absentee ballot rejection rates

17  prove that the tens of thousands of illegitimate ballots

18  were counted.  There were more absentee ballots in 2020

19  than ever before, by far, but magically far fewer ballots

20  were rejected.  This alone is more than enough to swing

21  the election to us, this one thing.

22          I'm going over individual.

23          In all of the swing states -- now they'll check

24  this out, and that's fine, but you take a look at it.

25          Officials egregiously violated State laws in

Page 35

1    order to solicit, facilitate and promote cheating and

2    theft on a scale never seen before.  These crooked and

3    incompetent officials suspended signature verification.

4         I said, I want you to go to Fulton County to

5    check the signatures, because hundreds of thousands of

6    ballots came in.  I want you to check the signature to see

7    if it compares to somebody that lived there two years,

8    four years or six years ago.  They don't want to do it,

9    the secretary of state and your incompetent governor --

10   although he thinks I've been a great president.

11        They illegally flooded their states with absentee

12   ballots and they deployed hundreds of elicit ballot drop

13   boxes in corrupt Democrat-run cities, among many other

14   flagrant violations of law.  They put these drop boxes

15   there, and in a number of cases they'd be gone for three

16   days.  They'd take them up and where are they?  Where are

17   they?  They were gone.

18        Georgia's secretary of state agreed to a

19   litigation settlement, which is something that nobody's

20   ever seen one like this.  I want to just tell you that

21   Stacey Abrams took him to the cleaners.  That drastically

22   and illegally changed the state's election procedures.

23   They never got the mandated approval from your state

24   legislature -- who, by the way, you have some great people

25   in your legislature -- some great, great people who agree

Page 36

```
 1   with what we're saying, and even more so.
 2          But think of it.  They never got the approval.
 3   You have to, by law, under the Constitution, you can't
 4   just do these deals and not get the approval, and your
 5   secretary of state -- or whoever it was -- made this
 6   horrible consent decree -- horrible -- which got rid of so
 7   much safety.  It's a disgraceful thing.
 8          And it was only approved by your local
 9   politicians -- him -- and local judges.  You can't do
10   that.  You have to have your state legislators do it.
11          That's true with all states.
12          Tens of thousands of votes are missing.  We go
13   all over the world telling people how to run their
14   elections and we don't even know how to run ours.
15          The most unhappy person right now, anywhere in
16   the United States, is Hillary Clinton because she's asking
17   the Democrat party, why the hell didn't you do this for
18   me?
19          CROWD:  Lock her up, lock her up, lock her up.
20          PRESIDENT TRUMP:  True.  Why didn't you do it for
21   me?
22          CROWD:  Lock her up, lock her up, lock her up.
23          PRESIDENT TRUMP:  Why the hell didn't you?  You
24   notice how quiet she's been?  I shouldn't have said that.
25   Now tonight she'll -- but you notice how quiet?  She's
```

Page 37

```
 1    furious, because she said, don't forget, I won Michigan by
 2    10,000 votes.  We did much better, as I said, this time.
 3    Much, much better.  But I won Michigan from her by 10,000
 4    votes.  I won Wisconsin by a small -- you know, I mean,
 5    they could have done that one and not get caught.  We
 6    caught 'em.  We caught 'em.
 7            And I say to people like Mike Lee that here, and
 8    Lindsey, I say, if they got approved and verified -- they
 9    use the word "verified" -- votes that are fraudulent and
10    then we find out after -- because you can't do it that
11    quickly -- it doesn't go that quickly.  It's a lot of work
12    and a lot of votes and a lot of people -- and then we find
13    out that they were frauds -- like in one state where you
14    had -- let's say you lost by 25,000 votes.  They verify
15    it, and that's supposed to be the end.  But shortly
16    thereafter, we find out that we actually won the state by
17    250,000 votes.  Does that mean that that state, plus
18    others, adds up to being your president?
19            I don't think it should.  I don't think it
20    should.  I don't think that Kelly feels it should.  I
21    don't think that Marjorie feels it should.
22            In Wisconsin, over 90,000 ballots were illegally
23    harvested -- can't do that, not allowed to -- through
24    so-called human drop boxes, and over 500 illegal unmanned
25    drop boxes were put out statewide.
```

                                                        Page 38

1             In addition, over 170,000 absentee votes were

2     counted that are blatantly illegal under Wisconsin law and

3     should never have been included in the tally.

4             By the way, I lost the -- it was razor thin.

5             There's 170,000 votes.

6             The margin in Wisconsin is only 20,000 votes, so

7     this issue alone would have won that state for us many

8     times over.  We were leading at 10:00 o'clock in the

9     evening by a lot.

10             In Pennsylvania, there were 205,000 more ballots

11     cast than there were voters.  How do you get around that

12     one?  Which remains completely unexplained.  You have

13     great senators and representatives there, and nobody can

14     explain it, but think of that.

15             And in other places too.  You had more ballots

16     than you had voters.  You had more votes -- think of it --

17     than you had voters, by a lot.

18             In addition, Democrats, state supreme court

19     judges and Democrat secretary of state effectively

20     abolished the signature verification process right here.

21     They counted ballots cast after deadlines and they allowed

22     ballots to be illegally fixed in Democrat controlled

23     areas.  And I say this because you can't let this happen

24     tomorrow, and I hope all the politicians are listening.

25             There's an unexplained 400,000 vote discrepancy

Page 39

1    between the number of mail-in ballots in Pennsylvania sent

2    out, reported on November 2nd, 2020, and the number

3    reported on November 4th.  They can't explain it.  400,000

4    previously unreported mail-in ballots magically appeared.

5    They couldn't explain it.  And all of a sudden they just

6    happened to find 400,000.  That's a lot of people.

7    Amazing.  And the Pennsylvania legislature is not happy.

8            Pennsylvania also had an estimated 8,000 dead

9    voters.  55,000 ballots received back before they were

10   even sent.  How about that?  The ballots were received,

11   but they weren't sent yet.  Oh, get them out fast, please.

12           Many more with no mail date and 14,000 ballots

13   illegally cast by out of state voters.  Those are the

14   numbers and those are the numbers we got from them, so

15   they can't say, oh, the numbers aren't so good.

16           In Clark County, Nevada, over 130,000 ballots --

17   this is far -- just so you know, all these numbers, these

18   are far more than we need -- were processed on machines

19   where the signature matching threshold was intentionally

20   lowered to a level that you could sign your name, "Santa

21   Claus," and it wouldn't pick it up.  Didn't pick up

22   anything.

23           More than 42,000 people in Nevada double voted.

24           That's more than we needed, by far.

25           In Arizona, more than 36,000 votes were cast by

Page 40

1    noncitizens, and there were 11,000 more ballots than there

2    were voters.  It seems to be a trait, doesn't it?

3          This was like at the Super Bowl, where you have

4    15 cameras and they'd say camera number 4, you're on;

5    camera number 3, you're on.

6          In Michigan, according to one analyst, over

7    35,000 ballots listed no address, over 13 ballots were

8    cast by nonresidents and an estimated 17,000 ballots were

9    cast by dead people.  Some dead people, by the way, also

10   requested an application.  It's true.  Those are the ones

11   that really bother me.  They not only vote, but they

12   request an application.  That's a double.

13         In addition, there is the highly troubling matter

14   of Dominion voting machines -- and I want you to watch

15   this very carefully tomorrow, everybody.  You have to

16   watch it carefully.

17         I want to read you from a letter from Georgia

18   State Senator William Ligon.  You know who he is, right?

19         Highly respected guy.

20         Dear Mr. President, as chairman of the Georgia

21   Senate Judiciary Committee on Elections, I request that

22   you immediately send an outside team of cyber experts to

23   investigate potential hacking and other irregularities

24   associated with Dominion Voting Systems' scanners, ballot

25   marking devices, ballots, polling pads used in the 2020

Page 41

1    general election in Georgia.

2            You don't hear this from your secretary of state

3    and you don't hear this from your governor.  And you do

4    have a great legislature, I have to tell you, but the

5    governor won't let them hold a session to decertify.

6            On December 30th, 2020, the Committee held a

7    hearing investigating potential fraud and other

8    irregularities during Georgia's 2020 general election.

9            The Committee first unanimously approved a report

10   dated December 17th, 2020, discussing a myriad of voting

11   irregularities and potential fraud in Georgia's 2020

12   general election, discussed in an earlier hearing held on

13   December 3rd.

14           Notably, the Committee stated in the executive

15   summary that the November 3rd, 2020, general election was

16   chaotic, and reported results must be viewed as

17   untrustworthy.  They are untrustworthy, despite the line

18   of crap that you hear from these people that represent

19   you.  I don't know where they come from.

20           The Committee then heard -- and this is from one

21   of your most highly respected political representatives --

22   the Committee then heard additional testimony concerning

23   voting irregularities during the 2020 general election,

24   including testimony and a realtime test demonstrating

25   serious irregularities with Dominion's voting machines.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1              Three events discussed at this hearing stand out

2      and require a forensic audit of the Dominion voting

3      machines in Georgia to be immediately conducted.

4              The governor will not let us do it.  We've been

5      asking them now since November 4th, the day after the

6      election.  He won't let us do it.  Why won't he let us do

7      it?  There's only one reason I can think of.

8              First, the Dominion voting machines employed in

9      Fulton County -- that's the home of Stacey -- had an

10     astounding 93.67 error rate -- 93.67 error rate -- in the

11     scanning of ballots, requiring a review panel to

12     adjudicate or determine the voter's intent.

13             So they're going to a voter intent.  What did the

14     voter mean by this vote?  Somebody votes for Trump.  You

15     know, I think that voter meant something other.  He

16     doesn't want Trump.  Let's just switch it around.  Think

17     of that.  They're trying to determine the voter's intent

18     in over 106,000 ballots out of a total of 113,000 ballots.

19             This is from your representative -- highly

20     respected.  The national average for such an error rate is

21     far less than 1.2 percent.  So, that was 93 percent.

22             The source of this astronomical error rate must

23     be identified to determine if these machines were set up,

24     were designated to allow for a third party to disregard

25     the actual ballot cast by the registered voter.

Page 43

1          This is what I have.  There was no way.  Look at
2     this crowd we have here.  Biden came here, he had nobody.
3          Gallup -- Gallup.  You know, the Gallup poll?
4     They did a -- I don't say this braggingly -- the most
5     admired man in the world or the country.  I don't say it.
6          I say it for a different reason.
7          So, I came in first, Obama came in second and
8     Biden came in way low.  Then I say and they say and people
9     have said, how is it possible that a guy who got
10    80 million votes can't get any votes for the most admired
11    man?  You know why?  Because he didn't come in first,
12    that's why.
13         Second -- again, from this very respected
14    political leader -- second, there is clear evidence that
15    tens of thousands of votes were switched from President
16    Trump to former Vice President Biden in several counties
17    throughout Georgia.
18         For example, in Bibb County -- anybody live in
19    Bibb County?  Bibb, Bibb, B-I-B-B -- President Trump was
20    reported to have 29,391 votes at 9:11 p.m., while
21    simultaneously former Vice President Joe Biden was
22    reported to have 17,218.
23         Minutes later at the next update, these vote
24    numbers switched, with President Trump now having 17,000,
25    and Biden now having 29,391.  That was a switch of over

                                              Page 44

 1   12,000 votes.  It was like a miracle.

 2          Third, during this hearing, a presenter

 3   demonstrated that a Dominion poll could be hacked into in

 4   realtime because it was connected to the internet.

 5          Now, anything connected to the internet, that's

 6   not good, but this demonstration proved that these

 7   machines could allow votes to be siphoned off or added

 8   during the voting process because they're connected to the

 9   internet.  Cybersecurity experts agree that voting

10   machines should not be connected to the internet at any

11   time and in any way, shape or form.

12          Did you see that during the hearing?  This guy

13   sitting there, well, can you connect into the machines?

14          Yes.  How do you do that?  Within about 25

15   seconds, he controlled the internet.

16          Former Vice President Biden led Georgia by only

17   11,779 votes.  Every one of the things I told you about,

18   almost, is more votes than what we're talking about.

19          The crime that was committed in this state is

20   immeasurable.  An immediate forensic audit of an

21   appropriate sampling of Dominion's voting machines and

22   related equipment is critical to determine the level of

23   illegal fraudulent ballots improperly counted in Georgia

24   during the 2020 general election and during tomorrow's

25   race.  You've got to be very careful.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1          And let me also quickly read a letter from Mark

2    Finchem, chairman of the Arizona House, a very respected

3    man, Federal Relations Committee:  Dear Mr. President,

4    subsequent to the election, members of the legislature

5    were inundated with complaints from constituents relating

6    to the intensity of the general election, and the

7    integrity more important than anything else, and the

8    accuracy of canvassed results.

9          In many instances, constituents reported that

10   their earlier in-person ballots may not have been

11   correctly processed or tabulated in Maricopa County

12   officials.

13         Members of the legislature have conducted two

14   public hearings in recent weeks, during which significant

15   evidence of fraudulent and illegal voting in Arizona has

16   been demonstrated through expert and eyewitness testimony.

17         For example, in Pima County and Maricopa County,

18   it appears that 143,000 illegal votes were actually

19   injected into the ballot system.  Think of that.

20         No, but think of this.  Also -- you know, the

21   press won't report this -- they're probably turning off,

22   oh, we don't like this.  They don't like this.  They don't

23   want to talk about numbers.  They talked about my phone

24   call.  They don't like my phone call.  Everyone loved my

25   phone call.  They don't like talking about numbers,

Page 46

 1    because nobody knew the numbers were so egregious.

 2            Also, an expert mathematician concluded that the

 3    only explanation for the actual voting results in Arizona

 4    is that 100 percent -- think of this -- 130 percent of

 5    Democrats voted for candidate Biden and a negative 30

 6    percent voted for President Trump.

 7            Now, think of that.  In order to get to the

 8    numbers, 130 percent of the voters -- that's a little

 9    tough to get, okay?  Had to vote for him, and minus 30 had

10    to vote for me, and that gets you to a 100 percent.

11            And, nobody has a 100 percent voting.

12            For all of these people who think it's too late,

13    does that mean that we're forced to approve a fraudulent

14    election or an election with massive irregularities?

15            I don't think so.  I don't think so.

16            I want to thank those two great political

17    leaders -- but we have many other letters just like that.

18            Same thing.  Hundreds of thousands of votes are

19    missing.  The only way to combat the Democrat fraud is to

20    flood your polling places with a historic tidal wave of

21    Republican voters tomorrow, because at a certain point,

22    the machines are going to explode.  They almost did with

23    me -- unfortunately, they didn't quite get there, but

24    we'll figure that out.

25            And I just want Mike Lee to listen to this when

Page 47

1     I'm talking, because you know what?  We need his vote.

2          This election is your chance to stand up to the

3     corrupt Democrat machine and show them that the American

4     people are still in charge.

5          CROWD:  Yeah.

6          PRESIDENT TRUMP:  With your help over the last

7     four years, we built the greatest political movement in

8     the history of our country.  There's never been anything

9     like this.  Kelly, when did I say we'll do this?  Like two

10    days ago, three days ago, right?  And look at this.  And

11    we love you all for being here.  We really do.  I'm glad

12    the weather's good.  We love you all.

13         But there's never been a movement like this.  You

14    know, I say it all the time, and the politicians, the lame

15    stream media, as I call them affectionately, if that

16    weren't true they'd say, that's wrong.  There's never been

17    a movement like this.  I mean, you have people that won

18    one state, and they become world famous for the rest of

19    their lives.  You have people that came in second in

20    New Hampshire and their wealth -- we won everything, and

21    we won it now a second time.  Hate to bore you with that

22    expression, but we won it now a second time.

23         And I don't want to win it a third time, I really

24    want to win it the second time.  It's a lot of...

25         Somebody came up to me today, Kelly, and they

                                                    Page 48

1    said, sir, you're way up.  In four years, nobody can come

2    close to me.  I said, I'm not interested in four years,

3    I'm interested in like eight weeks ago.  Four years.  Four

4    years is a long time.  It's actually two and two, you

5    know?  We'll take back the House for Kevin and Marjorie,

6    Jody -- we'll bring back the House, right?

7            We'll bring back the House.

8            CROWD:  Four more years, four more years, four

9    more years, four more years, four more years, four more

10   years, four more years, four more years, four more years.

11           PRESIDENT TRUMP:  No, if we didn't win, I'd be

12   all upset.  Of course, if I didn't win, you probably

13   wouldn't want me, you know, in all fairness.

14           The big difference between losing and winning and

15   having it stolen.

16           No, but they talk about for years, sir, you have

17   it made.  Nobody can come close, and I say, nope, we're

18   going to -- we go this way first.

19           And I think we're going to do it, I really

20   believe, because there's no way we could have won every

21   single state -- and for Fox, not one state.  This is one

22   of many.  We win every state and they're going to have

23   this guy be president, and he can't speak.  He can't talk.

24           Already we've achieved more than anyone thought

25   possible, and we are just getting started.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1          And honestly, it's you.  It's amazing what

2    happened.  I don't even know why the hell I say let's have

3    a rally.  We have a rally and thousands and thousands of

4    people.

5          Honestly, there's never been -- I'll go out on

6    the extreme -- there's never been anything like this in

7    the history of our country.

8          And the election is over, the presidential

9    election, and we have a big one tomorrow, but there's

10   never been anything like this in the history of our

11   country.

12         Our economy is coming back.  It's roaring back.

13   Our stock market is an all-time high.  Who would have

14   thought that?  We're rounding the turn because of what we

15   did with the vaccines, and nobody else would have done it.

16         It would have taken so long.

17         The economy boomed at 33.4 percent last quarter.

18   That's the fastest rate ever recorded, and we're talking

19   about pandemic -- during a pandemic.  We've already

20   slashed the unemployment rate in half.

21         And for decades our politicians spent trillions

22   of dollars rebuilding foreign nations, fighting foreign

23   wars and defending foreign borders.  You know, we're

24   bringing many of our great troops home.  I mean, I hate to

25   say it, but got to do it.  We've been in Afghanistan for

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1   19 years.  I think that's enough.  I think that's enough.
 2           We've got a lot of -- very few left, and very
 3   proud.  Nothing worse than going to Dover and meeting the
 4   parents of our great warriors that have fallen; our great
 5   warriors coming home so badly wounded or dead, and on
 6   countries that many of you have never even heard about.
 7           So, we bring our soldiers home.  We've been
 8   incredible warriors.  We can beat anybody.  Nobody has our
 9   equipment, nobody has our military, nobody has our people.
10           But we aren't over there to be policemen.  We're
11   not over there to be policing.  They're warriors, they're
12   fighters, and that's what we want them for.  That's what
13   we have to have them for.
14           But we brought a lot of them home.  We are
15   finally protecting our nation, rebuilding our cities and
16   we're bringing our jobs, our factories and our troops back
17   to the USA where they belong.
18           But everything that we've achieved together is on
19   the line tomorrow.  Our fight to take back our country
20   from the big donors, the big media and the horrendous big
21   tech giants that our politicians -- not these two
22   politicians -- are afraid to attack.
23           Section 230 -- we have to get rid of Section 230
24   politicians or you're not going to have a country very
25   long, taking away all your rights.
```

Page 51

1            If you want to send a message to the powerful

2     forces that are trying to control your country, you must

3     get out and vote tomorrow for David Perdue and Kelly

4     Loeffler.

5            With your help, we're going to continue our

6     mission to save America and we're going to continue our

7     mission of America First.  It's very simple.

8            Each of us here tonight is united by the same

9     core vision and the same timeless American values.  We

10    love our country.  Together, we believe that faith and

11    family, not government and bureaucracy, are the center of

12    American life.

13           We will defend the right to life, religious

14    liberty, free speech and the right to keep and bear

15    arms -- which they want to take away from you.

16           And we will always support the heroes of law

17    enforcement.  We will maintain America's unrivaled

18    military might and we will preserve peace through

19    strength.

20           You know when I first got elected, and before I

21    got elected in 2015 and 2016, before they were in debates

22    and everyone said, oh, he's going to cause wars, he's

23    going to cause wars.  I think I'm the only president in

24    many, many decades that didn't get into a war, right?

25           Remember North Korea was going to be a tremendous

Page 52

```
 1    nuclear fight and all this.  What happened with that?  I
 2    got along very well with Kim Jong-Un.  I don't think that
 3    Joe's going to, based on what I've heard, but I got along
 4    very well with him.
 5             And, you know, people say, whatever happened with
 6    North Korea?  We got along well.
 7             But, you know, they all said that with my
 8    personality, I'll be in a big war very soon -- within the
 9    first two weeks, right?  What happened?  What happened?
10             And they don't want to mess with us either, that
11    I can tell you.
12             David and Kelly will protect Social Security and
13    Medicare, and they will always protect patients with
14    pre-existing conditions.
15             We will stop the radical indoctrination of our
16    students and restore patriotic education to our schools.
17             We will teach our children to love our country,
18    honor our history and always respect our great American
19    flag.
20             And, we will live by the words of our national
21    motto, In God We Trust, and it will stay that way.
22             From Atlanta to Augusta, to Savannah, to
23    Columbus, from Athens -- and I want to say hello to
24    Herschel Walker, Athens -- Herschel, 10.2 yards a carry
25    for a while.  He made a lot of quarterbacks look very
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1   good.  We love Herschel -- to right here in Dalton,

2   Georgia, we inherit the legacy of generations of American

3   Patriots who gave their blood, sweat and tears to defend

4   our country and to defend our freedom.

5          We stand on the shoulders of American heroes who

6   crossed the oceans, settled the continent, tamed the

7   wilderness, laid down the railroads, raised up the great

8   skyscrapers that won two world wars, defeated fascism and

9   communism, and made America into the single greatest

10   nation in the history of the world, and the best is yet to

11   come.

12          And proud citizens like you helped build this

13   country, and together we are taking back our country.

14          Our fight to drain the Washington swamp and

15   reclaim America's destiny and dignity has only just begun.

16          We will not bend, we will not break, we will not

17   yield.  We will never give in, we will never give up, we

18   will never back down.  We will never, ever surrender

19   because we are Americans and we are from Georgia, and our

20   hearts bleed red, white and blue.

21          We are one movement, one people, one family, and

22   one glorious nation under God, and together with the

23   incredible people of Georgia, we have made America

24   powerful again -- our military.  We have made America

25   wealthy again -- our stock market.  We have made America

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    strong again -- look at that arm, look at that.

2          We have made America proud again.  We're proud of

3    our country.  We have made America safe again, and we will

4    make America great again.

5          Go get 'em, David, go get 'em, Kelly, go get 'em

6    tomorrow.

7          (End of recording.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1                    C E R T I F I C A T E

 2

 3

 4          I, TERRI NESTORE, Certified Shorthand Reporter/

 5     Transcriptionist, do hereby certify that I was authorized

 6     to transcribe the foregoing recorded proceeding, and that

 7     the transcript is a true and accurate transcription, to

 8     the best of my ability, taken while listening to the

 9     provided recording.

10          I further certify that I am not of counsel or

11     attorney for either or any of the parties to said

12     proceedings, nor in any way interested in the events of

13     this cause, and that I am not related to any of the

14     parties thereto.

15

16

17     Dated this 24th day of February, 2025.

18

19

20

21

22          TERRI NESTORE, CSR 5614, RPR, CRR

23

24

25

                                              Page 56
```

**[1.2 - abrams]**

**1**

**1.2**  43:21
**1.5**  24:14
**10**  24:19
**10,000**  38:2,3
**10,315**  34:4
**10.2**  53:24
**100**  47:4,10,11
**106,000**  43:18
**10:00**  39:8
**11**  6:22
**11,000**  34:25
  41:1
**11,779**  45:17
**112,000**  32:21
**113,000**  43:18
**12**  6:23 7:2
**12,000**  45:1
**13**  41:7
**130**  47:4,8
**130,000**  40:16
**14**  2:9 7:24
**14,000**  40:12
**143,000**  46:18
**15**  7:19 41:4
**15,000**  35:4
**159**  35:15
**17,000**  41:8
  44:24
**17,218**  44:22
**170,000**  39:1,5
**17th**  42:10
**18**  7:8,10,17
**18,325**  34:18

**180**  15:9
**19**  7:8,10,17
  51:1

**2**

**2**  30:7
**2,000**  24:21
**2,506**  34:10
**2.5**  11:21
**20,000**  39:6
**2015**  52:21
**2016**  6:23
  35:11 52:21
**2020**  34:6
  35:18 40:2
  41:25 42:6,8
  42:10,11,15,23
  45:24
**2021**  1:9
**2025**  56:17
**205,000**  39:10
**230**  51:23,23
**24**  17:18
**24th**  56:17
**25**  7:12 17:19
  45:14
**25,000**  10:13
  38:14
**250,000**  38:17
**26**  7:12 17:19
**28**  15:14
**28,000**  13:14
**29,391**  44:20,25
**293,000**  32:21
**2nd**  40:2

**3**

**3**  30:7 35:11
  41:5
**30**  47:5,9
**300**  22:11,13
**30th**  42:6
**33.4**  50:17
**35,000**  41:7
**356,000**  32:22
  32:23
**36,000**  40:25
**3rd**  19:19 20:2
  35:5 42:13,15

**4**

**4**  1:9 24:13
  41:4
**4,000**  30:7
**4,502**  34:15
**400,000**  39:25
  40:3,6
**42,000**  40:23
**48**  35:15
**49**  8:24
**4th**  40:3 43:5

**5**

**50**  16:7
**500**  13:16
  38:24
**51st**  16:14
**52nd**  16:14
**53rd**  16:14
**55,000**  40:9
**5614**  56:22

**57**  8:23

**6**

**60**  7:7
**66,000**  34:24
  35:2
**6th**  26:14 28:2
  28:19

**7**

**700,000**  32:23
**75**  6:20
**7709**  56:21

**8**

**8,000**  40:8
**8.2**  32:17
**80**  44:10
**86,880**  34:21

**9**

**90,000**  38:22
**93**  43:21
**93.67**  43:10,10
**9:11**  44:20

**a**

**ability**  56:8
**able**  17:4 18:20
  20:6
**abolish**  17:24
  25:13
**abolished**
  39:20
**abortion**  28:10
**abrams**  9:5,5,7
  36:21

Page 1

**[absentee - attack]**

| | | | |
|---|---|---|---|
| **absentee** 35:10 35:16,18 36:11 39:1 | **affectionately** 48:15 | 52:7 54:9,23 54:24,25 55:2 55:3,4 | **apologize** 14:16 |
| **absolute** 4:16 | **afford** 13:23,23 | **america's** | **appear** 34:16 |
| **absolutely** 11:22 | **afghanistan** 50:25 | 17:23 52:17 54:15 | **appeared** 40:4 |
| **acceptable** 4:22 5:1,2 | **afraid** 51:22 | **american** 12:6 12:25 13:5 | **appears** 46:18 |
| **accuracy** 46:8 | **african** 7:4 | 20:19 21:21,21 | **application** 41:10,12 |
| **accurate** 56:7 | **age** 35:3 | 21:21,22 22:25 | **appropriate** 45:21 |
| **achieved** 49:24 51:18 | **agenda** 9:4 | 23:10 25:7 26:22 48:3 | **approval** 36:23 37:2,4 |
| **actual** 43:25 47:3 | **ago** 36:8 48:10 48:10 49:3 | 52:9,12 53:18 54:2,5 | **approve** 47:13 |
| **actually** 2:12 6:24 19:6 20:2 | **agree** 36:25 45:9 | **americans** 7:4 7:5,5 24:22 | **approved** 37:8 38:8 42:9 |
| 22:1 33:18,20 38:16 46:18 49:4 | **agreed** 36:18 | 54:19 | **areas** 39:23 |
| **add** 20:10 | **agriculture** 21:15,15 | **amounts** 29:25 | **arizona** 40:25 46:2,15 47:3 |
| **added** 45:7 | **ah** 35:7 | **amy** 24:11 | **arm** 55:1 |
| **addition** 39:1 39:18 41:13 | **aliens** 14:18 | **analyst** 41:6 | **arms** 52:15 |
| **additional** 42:22 | **alive** 31:20,21 | **andrew** 28:25 29:1 | **asian** 7:5 |
| **address** 34:19 41:7 | **allies** 20:16 | **angry** 29:5,6 | **asking** 12:16 37:16 43:5 |
| **adds** 38:18 | **allow** 13:5 15:5 43:24 45:7 | **announced** 26:3 33:9 | **aspect** 4:17 |
| **adjudicate** 43:12 | **allowed** 38:23 39:21 | **announcement** 26:13 | **associated** 41:24 |
| **admired** 44:5 44:10 | **amazing** 2:11 19:6 31:11,18 | **anti** 23:14 25:7 | **astounding** 43:10 |
| **advocates** 21:20 | 40:7 50:1 | **anybody** 10:5 44:18 51:8 | **astronomical** 43:22 |
| | **amendment** 18:13 24:10 | **anymore** 5:24 13:15 15:19 | **athens** 53:23 53:24 |
| | **america** 10:1 10:24 16:2 | **anyway** 10:1 | **atlanta** 53:22 |
| | 18:19,22 26:1 26:3,4,8,9,18 | **aoc** 9:4 | **attack** 15:20 23:17 28:17 51:22 |
| | 26:21 28:8,20 31:21,23 52:6 | | |

**[attacked - bubba]**

| | | | |
|---|---|---|---|
| **attacked** 27:1 | **ballots** 24:3,5 | **bent** 17:22 | **bless** 27:6,6,11 |
| **attorney** 56:11 | 34:4,10,15,18 | **bernie** 9:4,4 | 27:11 28:20,20 |
| **audio** 1:8 | 34:21 35:4,14 | 22:21 | 31:22,23,23,23 |
| **audit** 43:2 | 35:16,17,18,19 | **best** 54:10 56:8 | **block** 12:4 |
| 45:20 | 36:6,12 38:22 | **betray** 23:18 | **blood** 54:3 |
| **augusta** 53:22 | 39:10,15,21,22 | **betrayed** 12:1 | **blue** 23:16 |
| **authorized** | 40:1,4,9,10,12 | **better** 2:12 | 54:20 |
| 56:5 | 40:16 41:1,7,7 | 14:4 38:2,3 | **boom** 20:20 |
| **average** 35:11 | 41:8,25 43:11 | **beyond** 11:12 | 24:6 32:15 |
| 43:20 | 43:18,18 45:23 | **bibb** 44:18,19 | **boomed** 50:17 |

**b**

| | | | |
|---|---|---|---|
| | 46:10 | 44:19,19 | **booths** 33:2 |
| **b** 44:19,19,19 | **ban** 15:22 | **bible** 28:12 | **border** 13:15 |
| **back** 2:13 4:25 | **barrett** 24:11 | **biden** 2:8 5:6 | 14:23 24:2 |
| 5:10 12:14 | **based** 53:3 | 14:14 44:2,8 | **borders** 13:5 |
| 13:19 14:10,14 | **bases** 12:6 | 44:16,21,25 | 15:6 18:14 |
| 17:15,15 18:20 | **basically** 26:5 | 45:16 47:5 | 50:23 |
| 19:17,19 31:11 | **bear** 52:14 | **big** 5:23 8:4,5 | **bore** 48:21 |
| 31:14,19 35:6 | **beat** 8:21,25 | 11:3,10,13 | **bother** 41:11 |
| 35:8,9 40:9 | 51:8 | 14:13 15:15 | **bowl** 41:3 |
| 49:5,6,7 50:12 | **begging** 12:16 | 20:24 23:5 | **boxes** 36:13,14 |
| 50:12 51:16,19 | **beginning** 5:25 | 32:6 49:14 | 38:24,25 |
| 54:13,18 | **begun** 54:15 | 50:9 51:20,20 | **boy** 5:12 |
| **backdated** | **believe** 2:14 | 51:20 53:8 | **braggingly** |
| 34:22 | 18:20 19:18 | **biggie** 2:19 | 44:4 |
| **backed** 23:12 | 26:7 28:2 | **bikers** 30:5,11 | **brand** 22:6 |
| **bad** 5:18 18:8 | 34:23 49:20 | 30:14 | **brave** 23:16 |
| **badly** 19:15 | 52:10 | **bikes** 30:3,7 | **break** 54:16 |
| 51:5 | **bellwether** 7:8 | **billion** 21:7 | **breathe** 20:23 |
| **bail** 25:13 | 7:9 | **birth** 34:5,11 | **bring** 17:12 |
| **ballot** 4:7 29:9 | **belong** 51:17 | **bit** 13:2 17:9 | 49:6,7 51:7 |
| 35:10,16 36:12 | **bend** 54:16 | 21:24 30:4 | **bringing** 50:24 |
| 41:24 43:25 | **benefits** 12:1 | **blame** 11:8 | 51:16 |
| 46:19 | **benning** 12:2,8 | **blatantly** 39:2 | **brought** 51:14 |
| **balloting** 15:24 | 12:15,17 | **bleed** 54:20 | **bubba** 29:10,10 |
| | | | 29:12,12,12,12 |

Page 3

**[bubba - come]**

29:12,12,13,13
29:14
**build** 13:10,10
21:22 23:6
54:12
**building** 23:5,6
**built** 11:18
13:16 48:7
**bullies** 25:17
**bureaucracy**
52:11
**business** 22:23
**businesses**
21:17 24:15,16
27:2
**businessman**
29:24
**businessmen**
21:1

**c**

**c** 56:1,1
**call** 6:18 46:24
46:24,25 48:15
**called** 20:12
25:15 38:24
**camera** 41:4,5
**cameras** 41:4
**campaigning**
10:2,20
**candidate** 25:3
47:5
**candidates**
7:23 8:19
10:23

**canvassed** 46:8
**capable** 32:9
**capture** 4:15
**caravans** 13:24
13:25,25
**careful** 45:25
**carefully** 41:15
41:16
**carolina** 29:3
**carry** 53:24
**cars** 2:9
**case** 4:8 20:11
**cases** 36:15
**cash** 25:13
**cast** 9:3 19:4
34:2,4,10,15,18
34:21 35:2,4
39:11,21 40:13
40:25 41:8,9
43:25
**castro** 25:7,8,9
**catch** 14:7,8
**catholic** 15:21
**caught** 38:5,6,6
**cause** 24:24
52:22,23 56:13
**caused** 24:25
**center** 52:11
**certain** 5:20
47:21
**certainly** 25:4
**certified** 56:4
**certify** 56:5,10
**chain** 22:3

**chairman**
29:16 41:20
46:2
**champion**
23:23 31:16
**chance** 18:22
48:2
**change** 12:5,12
12:12,13,14
**changed** 12:15
12:17 36:22
**channels** 33:16
**chaotic** 42:16
**charge** 13:12
19:22 21:6
48:4
**charity** 29:25
**cheat** 32:6,20
**cheating** 36:1
**check** 9:20
35:23 36:5,6
**checks** 24:21
**children** 53:17
**children's**
14:20 31:13
**china** 12:20,21
22:10,21 24:13
24:25
**chinese** 22:22
22:23
**choice** 25:18
33:15,15
**chopping** 12:3
**chris** 30:5,12
30:13,13,14

**christians**
15:20
**church** 25:8
**cities** 22:2
36:13 51:15
**citizens** 22:4
54:12
**city** 25:14
**clark** 40:16
**class** 11:15
23:8
**claudia** 7:15
**claus** 40:21
**cleaners** 36:21
**clear** 19:14,15
25:19 44:14
**clinton** 37:16
**clobbered** 5:22
**close** 6:23 33:2
49:2,17
**club** 30:22
**clyde** 28:25
**coattails** 7:22
**cobb** 9:21,21
9:22,23
**cocaine** 15:5
**cold** 5:22
**college** 16:16
26:14
**columbus**
53:23
**combat** 47:19
**come** 4:2 6:13
14:1,10,14
17:15,15 18:20

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[come - critical]**

19:17 26:5,10
27:21,22 31:8
31:8,8,9 42:19
44:11 49:1,17
54:11
**comes** 6:9,11
**coming** 11:17
13:19,24 50:12
51:5
**commissioner**
29:10
**committed**
22:14 24:9
45:19
**committee**
41:21 42:6,9
42:14,20,22
46:3
**communism**
5:25 54:9
**communist** 5:9
22:23 25:7
**communists**
5:7
**communities**
13:8
**compares** 36:7
**complaining**
2:24,25
**complaints**
46:5
**completely**
39:12
**complex** 17:2

**concede** 20:9
**conceded** 20:9
**concept** 31:6
**concerning**
42:22
**concluded** 47:2
**conditions**
53:14
**conducted** 43:3
46:13
**coney** 24:11
**confirm** 22:11
**confirmed**
24:10
**congress** 14:3
21:22
**connect** 45:13
**connected** 45:4
45:5,8,10
**consent** 9:9,12
37:6
**conservative**
24:23
**constituents**
46:5,9
**constitution**
17:22 22:14
37:3
**continent** 54:6
**continue** 52:5,6
**contractors**
11:19,20
**control** 52:2
**controlled**
39:22 45:15

**controls** 4:14
**core** 52:9
**corner** 13:7
**correctly** 46:11
**corrupt** 3:20
36:13 48:3
**counsel** 56:10
**counted** 4:11
34:2 35:18
39:2,21 45:23
**counties** 7:8,9
35:15 44:16
**counting** 32:2,3
33:3
**countless** 24:15
**countries** 18:17
51:6
**country** 2:15
2:17 5:3,5 6:1
6:22,25 8:13
8:20 11:12,13
13:7 14:9,17
16:17 18:8
19:1,12,22,23
19:24 20:21,23
22:8 23:4
27:15,16,17
29:20 32:4
44:5 48:8 50:7
50:11 51:19,24
52:2,10 53:17
54:4,13,13
55:3
**country's** 2:20

**county** 9:21,21
9:22 36:4
40:16 43:9
44:18,19 46:11
46:17,17
**couple** 4:2 7:23
10:9,14 12:8
**courageous**
21:19
**course** 6:13
49:12
**court** 14:11,14
16:19,20,24
17:14,16 22:12
24:11 39:18
**courts** 17:20
**cox** 30:5,12,13
**cracked** 22:2
**crap** 42:18
**crave** 6:6
**crazed** 16:19
17:16
**crazy** 9:4 10:21
22:10,21 26:4
30:8
**creation** 28:11
**credit** 7:20 11:8
12:9
**crime** 45:19
**criminal** 14:8
14:18
**crit** 12:21
**critical** 20:17
45:22

Page 5

**[criticize - difficulties]**

**criticize**  12:21
**crooked**  2:22
  36:2
**crossed**  54:6
**crowd**  2:1,7
  3:12 10:12
  27:11 28:22
  29:12 37:19,22
  44:2 48:5 49:8
**crr**  56:22
**crusade**  23:12
**crush**  23:8
**cruz**  33:11
**csr**  56:22
**cuts**  20:18,21
  20:25
**cyber**  41:22
**cybersecurity**
  45:9

**d**

**dad**  31:7
**dalton**  1:6,9
  54:1
**damage**  20:3
**dangerous**
  14:19 25:3
**darling**  35:9
**date**  34:5,11
  40:12
**dated**  42:10
  56:17
**david**  3:6,6,6,6
  3:7,7,15 8:18
  10:17 15:2
  18:25 20:13,15

20:17 21:5,5,8
  21:13,19 22:17
  23:21 24:12,20
  25:22 29:16
  30:22,22,23,23
  52:3 53:12
  55:5
**david's**  22:17
**day**  11:3 26:2
  43:5 56:17
**days**  10:14
  36:16 48:10,10
**dc**  16:13
**dead**  40:8 41:9
  41:9 51:5
**deadlines**  39:21
**deadly**  15:6
  22:2
**deal**  22:8 23:4
  23:7
**deals**  22:10
  37:4
**dear**  19:3 25:21
  41:20 46:3
**death**  23:11
**debate**  14:13
**debates**  52:21
**decades**  50:21
  52:24
**december**  42:6
  42:10,13
**decertify**  42:5
**decide**  4:13
**deciding**  9:3

**declared**  25:5
**decree**  9:9,13
  37:6
**defeat**  3:4
**defeated**  54:8
**defend**  25:25
  52:13 54:3,4
**defender**  23:24
**defenders**
  20:16
**defending**
  50:23
**defends**  21:20
**defense**  20:7,11
**defrauded**  17:4
**defund**  23:13
**deliver**  3:5 32:5
**deluded**  18:10
**democrat**  3:5
  36:13 37:17
  39:19,22 47:19
  48:3
**democrats**  4:14
  4:18 6:5 7:19
  7:24 8:14 10:1
  10:24 12:19
  14:6 19:9 32:6
  39:18 47:5
**demolish**  19:2
**demonstrated**
  6:19 45:3
  46:16
**demonstrating**
  42:24

**demonstration**
  45:6
**department**
  21:14
**departments**
  18:15
**depending**  2:20
**depleted**  11:22
  11:23
**deployed**  36:12
**deserved**  21:7
**designated**
  43:24
**desperately**  6:6
**despise**  6:2,2
**despite**  42:17
**destiny**  54:15
**destroy**  19:1
  23:18
**destroying**
  17:22
**determinative**
  35:1
**determine**
  43:12,17,23
  45:22
**devices**  41:25
**dictator**  25:7
**died**  34:6
**difference**
  49:14
**different**  2:25
  15:18 44:6
**difficulties**  3:22

Page 6

**[difficulty - excellent]**

**difficulty**  3:22
**dignity**  54:15
**disappear**  33:4
  33:25
**disaster**  22:5
**disclose**  22:23
**discrepancy**
  39:25
**discussed**  42:12
  43:1
**discussing**
  42:10
**disgraceful**
  37:7
**disregard**
  43:24
**district**  28:16
**doctor**  15:11,13
**documenting**
  33:8
**doing**  10:10
  24:16 32:9
**dollars**  21:8
  50:22
**dominion**
  41:14,24 43:2
  43:8 45:3
**dominion's**
  42:25 45:21
**don**  30:24,25
  30:25 31:1,1,2
  32:1
**donald**  1:8
**donors**  51:20

**double**  40:23
  41:12
**dover**  51:3
**drain**  54:14
**drastically**
  36:21
**dream**  13:21,21
**dreamt**  18:11
**drop**  36:12,14
  38:24,25
**drove**  8:23
**drugs**  15:6

**e**

**e**  56:1,1
**earlier**  42:12
  46:10
**early**  29:8
**easy**  9:1,3
  10:12
**economic**  20:20
  24:14
**economy**  23:18
  24:13 50:12,17
**education**
  53:16
**effectively**
  39:19
**effort**  21:22
**efforts**  24:21
**egregious**  47:1
**egregiously**
  35:25
**eight**  2:25
  33:18,23 49:3

**either**  32:19
  53:10 56:11
**elected**  13:3
  19:13 52:20,21
**election**  2:5 4:5
  6:20 7:2,10 8:3
  11:2 13:1 16:2
  16:4 17:4
  32:12 33:7
  34:6 35:6,21
  36:22 42:1,8
  42:12,15,23
  43:6 45:24
  46:4,6 47:14
  47:14 48:2
  50:8,9
**elections**  2:11
  2:16,18,19 6:7
  16:2 32:9
  37:14 41:21
**electoral**  16:16
  26:14
**elicit**  36:12
**eliminate**  15:9
**em**  38:6,6 55:5
  55:5,5
**employed**  43:8
**ended**  8:24,24
  14:9
**endorsed**  10:7
  10:7 22:20
**enforcement**
  14:24 15:3
  24:2 26:24
  52:17

**entire**  12:19
  14:17 32:2
**entrepreneurs**
  29:19
**entry**  13:13
**equipment**
  45:22 51:9
**erase**  19:2
**error**  43:10,10
  43:20,22
**estimated**  40:8
  41:8
**evangelicals**
  27:2
**evening**  39:9
**events**  43:1
  56:12
**everybody**
  10:15 18:5
  29:20,24 30:21
  30:23 32:1
  41:15
**everyone's**
  13:19
**everything's**
  2:22
**evidence**  33:8
  44:14 46:15
**exactly**  5:25
  11:1
**example**  44:18
  46:17
**examples**  34:3
**excellent**  9:17

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[exclude - four]

| | | | |
|---|---|---|---|
| exclude  22:9 | fallen  51:4 | 4:20 5:14,15 | 44:11 49:18 |
| executive  42:14 | families  11:25 | 19:23 27:11,12 | 52:7,20 53:9 |
| existing  53:14 | 21:21 31:12 | 27:12,12,13,13 | fixed  39:22 |
| expert  46:16 | family  2:15 | 27:13,15,16,16 | flag  53:19 |
| 47:2 | 11:1 23:8,19 | 27:17 28:19 | flagrant  36:14 |
| experts  41:22 | 52:11 54:21 | 33:12 51:19 | flood  15:6 |
| 45:9 | famous  48:18 | 53:1 54:14 | 47:20 |
| explain  39:14 | fantastic  21:15 | fighters  51:12 | flooded  36:11 |
| 40:3,5 | 23:23 | fighting  2:5 | florida  32:16 |
| explanation | far  14:11 17:10 | 3:19 15:17 | forced  12:5 |
| 47:3 | 17:14 18:21 | 21:20 26:21 | 47:13 |
| explode  47:22 | 19:1 35:19,19 | 27:17 28:4,4 | forces  52:2 |
| expression | 40:17,18,24 | 29:17,17,18 | foregoing  56:6 |
| 48:22 | 43:21 | 31:12,17 33:16 | foreign  50:22 |
| extreme  8:19 | farmers  21:6 | 33:17,21 50:22 | 50:22,23 |
| 50:6 | 21:16 22:7 | fights  3:15,16 | forensic  43:2 |
| extremist  25:1 | fascism  54:8 | 22:16 | 45:20 |
| extremists  3:5 | fast  16:1 21:9 | figure  47:24 | forget  2:17 |
| 16:20 17:17 | 40:11 | file  16:25 17:5 | 3:23,23 9:10 |
| 25:20 | fastest  50:18 | filibuster  17:25 | 15:10 38:1 |
| eyeballs  16:6 | fate  32:4 | finally  51:15 | form  13:25 |
| eyes  33:6 | father  31:15 | financially  26:6 | 45:11 |
| eyewitness | february  56:17 | finchem  46:2 | former  44:16 |
| 46:16 | federal  22:11 | find  3:24 38:10 | 44:21 45:16 |
| **f** | 22:12,14 46:3 | 38:12,16 40:6 | fort  12:2,2,7,11 |
| f  56:1 | fee  13:13 | finding  7:16,16 | 12:15,16 |
| facilitate  36:1 | feels  38:20,21 | fine  8:22 33:20 | forth  33:7 |
| fact  8:3 | felon  34:11 | 35:24 | fought  22:5 |
| factories  51:16 | felt  30:19 | fired  28:1 | 26:20 |
| failed  22:22 | fentanyl  15:5 | firewall  27:4 | found  7:17 |
| fair  16:1 | fewer  35:19 | first  9:22 10:8 | founder  30:5 |
| fairness  49:13 | fidel  25:7 | 12:3 18:3,5 | founding  17:23 |
| faith  52:10 | fight  3:12,12,12 | 26:1,3,4,6,8,9 | four  14:10 |
| fake  5:23 | 3:13,13,13,14 | 26:21,22 32:10 | 20:15 36:8 |
| | 3:14,18,20 | 42:9 43:8 44:7 | 48:7 49:1,2,3,3 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[four - great]**

49:8,8,8,9,9,9
49:10,10,10
**fox** 33:14 49:21
**frankly** 2:17
**fraud** 33:8,13
42:7,11 47:19
**frauds** 38:13
**fraudulent**
38:9 45:23
46:15 47:13
**free** 52:14
**freedom** 10:25
31:21 54:4
**friend** 29:3
30:2,22
**friends** 28:25
**fringe** 25:19
**fronts** 15:18
**fulton** 9:20,23
9:23 36:4 43:9
**furious** 38:1
**further** 56:10
**future** 10:25
30:10 31:13

**g**

**gain** 7:19
**gains** 7:4
**gallup** 44:3,3,3
**games** 8:2,2
**gang** 14:19,22
**gangsters**
25:16
**general** 42:1,8
42:12,15,23
45:24 46:6

**generations**
12:6 54:2
**gentleman**
23:22
**gentlemen**
20:17
**georgia** 1:9 2:3
2:4,21,24 5:6
6:2 8:7 11:12
11:18,18,19
12:2 21:3 22:7
22:16 23:23
24:14,22 25:4
25:12,18,20
26:12,13,13,16
27:3,4,6,19,25
28:4,15,20
29:16 31:10,12
31:14,20,21,23
32:3,4,23
33:16,21,22
34:1,5,12 35:2
35:15 41:17,20
42:1 43:3
44:17 45:16,23
54:2,19,23
**georgia's** 4:15
26:18 35:10
36:18 42:8,11
**getting** 5:22
49:25
**giant** 14:17
22:7
**giants** 51:21

**give** 12:8,9,9
18:9 54:17,17
**gives** 7:20
29:25
**glad** 10:15 27:8
27:9 48:11
**globe** 13:7
**glorious** 54:22
**go** 3:25,25 4:6
4:6,10,22,23,23
5:15,15,23
12:14,23 17:10
19:20,21,21
28:13,15,16
30:7,8,15 35:7
35:9 36:4
37:12 38:11
49:18 50:5
55:5,5,5
**god** 2:14 25:11
27:6,6,11,11
28:20,20 31:22
31:22,23,23
53:21 54:22
**god's** 28:11
**goes** 24:7
**going** 2:6,15
3:1,2,3,4,24 4:2
4:3,20,23 5:8
6:8,16,17,18
8:4,4 9:1 10:19
10:20 11:8,10
11:10 12:14
13:4,10,12,20
13:20 14:2,10

17:10 18:2,2,4
19:17,18,19,24
20:10 21:8
23:2 26:5,8,15
28:1,9,14,18
29:10 31:21
32:13,13 33:18
35:22 43:13
47:22 49:18,19
49:22 51:3,24
52:5,6,22,23,25
53:3
**good** 7:16,21
7:21 14:3 16:5
19:25 29:15
30:3,24 40:15
45:6 48:12
54:1
**gordon** 12:2
**government**
52:11
**governor** 9:6,6
10:3,21 36:9
42:3,5 43:4
**graham** 29:4
**great** 2:13 6:10
6:11,12,14
7:23 8:11
10:23 11:11,11
12:23 13:18
14:2,4,24
15:15 17:21
18:14 19:11
20:17 21:1,14
22:4 23:21

**[great - house]**

26:2 27:10,10
28:25 29:2,7,8
29:11,14,19
30:15,25 31:14
36:10,24,25,25
39:13 42:4
47:16 50:24
51:4,4 53:18
54:7 55:4
**greatest**  12:24
20:16,21,22
48:7 54:9
**green**  23:4,7
**greene**  27:20
27:21,24
**growth**  30:22
**guarantee**  10:3
**guaranteeing**
16:15
**guess**  11:4
15:13
**guilfoyle**  31:2
**gutted**  11:24
**guy**  6:12,14
22:24 25:9
29:8,14,20
41:19 44:9
45:12 49:23
**guy's**  13:20
**guys**  27:5 30:14

**h**

**hacked**  45:3
**hacking**  41:23
**half**  10:2,20
50:20

**hampshire**
48:20
**hand**  28:9,12
**handed**  28:18
**hands**  32:5
**happen**  2:6
3:20 6:8 8:16
8:17 11:9 13:5
19:16,17 20:3
20:5 23:19
32:11 33:5
39:23
**happened**  7:3,3
16:12 19:8
22:1 32:18
34:23 40:6
50:2 53:1,5,9,9
**happening**  4:1
**happens**  4:1
5:25 8:1 33:12
**happy**  16:20
30:8 40:7
**hard**  21:16
25:1 31:1
**harder**  22:16
**hardworking**
2:14 24:21
31:12
**harvested**
38:23
**hate**  6:1 48:21
50:24
**hated**  24:2
**hawley**  33:10

**healthcare**  15:8
23:10
**hear**  5:16 28:1
42:2,3,18
**heard**  42:20,22
51:6 53:3
**hearing**  42:7,12
43:1 45:2,12
**hearings**  46:14
**hearts**  25:21
54:20
**held**  42:6,12
**hell**  4:20 37:17
37:23 50:2
**hello**  2:3 7:14
26:12 27:24
29:18,22 30:25
31:10 53:23
**help**  13:22 22:5
48:6 52:5
**helped**  21:23
21:24 24:12
54:12
**heroes**  23:18
24:1 52:16
54:5
**heroin**  15:5
**herschel**  53:24
53:24 54:1
**hice**  29:1
**high**  50:13
**higher**  4:5
**highly**  41:13,19
42:21 43:19

**hike**  22:25
**hillary**  37:16
**hispanic**  7:5
**historic**  7:4
47:20
**history**  2:17
6:22,25 8:19
8:20 12:25
19:2 20:19,21
23:1,4 48:8
50:7,10 53:18
54:10
**hit**  21:10
**hoax**  12:25
**hold**  19:2 25:21
27:3 42:5
**holding**  28:11
**home**  2:14 43:9
50:24 51:5,7
51:14
**honest**  18:1
**honestly**  50:1,5
**honey**  31:9
**honor**  53:18
**hope**  6:9,10
39:24
**hopefully**  9:1
**horrendous**
51:20
**horrible**  21:12
37:6,6
**hospitals**  13:8
**house**  4:19,19
7:12,19,22
8:15 16:16

Page 10

**[house - josh]**

46:2 49:5,6,7
**human** 38:24
**hundred** 15:3
**hundreds**
  16:11 36:5,12
  47:18
**hurricane** 21:4
  21:4,10
**husband** 29:19

**i**

**ice** 14:22 24:2
**idea** 8:6 9:12
  17:10
**identified**
  43:23
**illegal** 13:6
  34:2,15,18
  38:24 39:2
  45:23 46:15,18
**illegally** 34:22
  36:11,22 38:22
  39:22 40:13
**illegitimate**
  35:17
**immeasurable**
  45:20
**immediate**
  45:20
**immediately**
  10:8 13:4
  41:22 43:3
**immigrants**
  13:6
**immigration**
  21:20

**implement** 14:6
**important** 2:16
  2:18 8:6 11:11
  19:3,5,6 20:25
  21:2 26:17
  46:7
**importantly**
  23:20
**impossible**
  32:19
**improperly**
  45:23
**incarcerated**
  34:11
**included** 39:3
**includes** 26:6
**including** 42:24
**incompetent**
  36:3,9
**increase** 6:24
  23:2,3
**incredible** 2:13
  11:19 14:24,25
  20:20 23:25
  31:3,11 33:11
  51:8 54:23
**incumbent**
  6:21
**indisputable**
  33:8
**individual**
  15:16 35:22
**individuals**
  34:5,10,15,18
  35:4

**indoctrination**
  53:15
**industry** 12:20
**inherit** 54:2
**injected** 46:19
**insane** 23:7
**inside** 30:17
**instances** 24:7
  46:9
**institute** 15:23
  22:3
**institutions**
  12:3
**insurance** 15:9
  15:10
**integrity** 46:7
**intensity** 46:6
**intent** 43:12,13
  43:17
**intentionally**
  40:19
**interested** 49:2
  49:3 56:12
**interests** 25:25
**internet** 45:4,5
  45:9,10,15
**interpreting**
  22:14
**introduce**
  28:24
**inundated** 46:5
**investigate**
  41:23
**investigating**
  42:7

**invited** 27:8,9
**involved** 8:23
  12:24
**iowa** 32:17
**irregularities**
  41:23 42:8,11
  42:23,25 47:14
**irreversible**
  20:4
**israel** 27:2
**issue** 39:7
**it'll** 23:3,19
**ivanka** 31:7,7,8
  31:10,25

**j**

**jails** 25:15
**january** 1:9
  26:14 28:2,19
**job** 3:10 29:2
  30:24
**jobs** 10:24
  21:22 24:14
  51:16
**jody** 28:25 29:1
  49:6
**joe** 44:21
**joe's** 53:3
**joined** 23:13
**joining** 27:19
**jon** 8:20 22:17
  23:17 25:19
**jones** 29:7
**jong** 53:2
**josh** 33:10

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[jr - line]**

| | | | |
|---|---|---|---|
| **jr** 30:24 | **kin** 21:13,14 | **l** | **leftist** 22:18 |
| **judges** 22:11 | **kind** 7:18 17:11 | | **legacy** 54:2 |
| 22:12,14 37:9 | 17:13 | **laid** 54:7 | **legal** 17:1,2,13 |
| 39:19 | **knew** 47:1 | **lame** 48:14 | 35:3 |
| **judiciary** 41:21 | **knock** 17:25 | **landslide** 4:25 | **legislation** |
| **justice** 24:11 | **know** 2:8,10 | 6:20 | 18:10 |
| **justices** 17:19 | 3:2,7,17,22 | **large** 18:17 | **legislators** |
| 17:19,21 22:13 | 4:21 5:8,13,15 | **largest** 6:24,24 | 37:10 |

**k**

| | | | |
|---|---|---|---|
| **karen** 8:22 | 6:4,17 8:10,21 | 7:6 20:18 | **legislature** |
| **keep** 7:16,16 | 8:22 9:1,2,6,13 | 22:25 23:2,3 | 36:24,25 40:7 |
| 14:2 15:12,13 | 10:16 11:7 | **late** 47:12 | 42:4 46:4,13 |
| 31:21 33:6 | 12:7 13:4,22 | **laughed** 16:3 | **legislature's** |
| 52:14 | 14:7,21 16:2 | **launching** | 9:17 |
| **kelly** 3:9,9,10 | 16:10 17:7,17 | 20:20 | **letter** 41:17 |
| 3:11,15 4:21 | 17:25 18:6,15 | **law** 14:24 15:3 | 46:1 |
| 8:18 10:11,17 | 18:19 19:11,14 | 24:2 26:23 | **letters** 47:17 |
| 11:5,6,9 12:13 | 19:15 21:1,13 | 36:14 37:3 | **level** 40:20 |
| 15:2 18:25 | 24:17 25:23 | 39:2 52:16 | 45:22 |
| 20:10,14 21:23 | 27:15 30:2,2,3 | **laws** 35:25 | **liberal** 4:18 |
| 23:24,24 24:3 | 30:13 31:5 | **lead** 23:10 | 8:19 16:13 |
| 24:9,12,20 | 33:9,12,13 | **leader** 44:14 | 26:25 |
| 25:1,22 26:10 | 34:2,8 35:6,8 | **leaders** 47:17 | **liberty** 18:12 |
| 26:11,12 27:8 | 37:14 38:4 | **leading** 16:10 | 52:14 |
| 27:9,10,21 | 40:17 41:18 | 32:12,14 33:24 | **lie** 15:14,14,15 |
| 28:1,3 33:6 | 42:19 43:15 | 39:8 | **life** 4:25 18:16 |
| 38:20 48:9,25 | 44:3,11 46:20 | **learned** 3:21 | 19:4 30:19 |
| 52:3 53:12 | 48:1,14 49:5 | **led** 21:5,22 | 52:12,13 |
| 55:5 | 49:13 50:2,23 | 45:16 | **ligon** 41:18 |
| **kelly's** 24:10 | 52:20 53:5,7 | **lee** 29:4,5 38:7 | **liked** 25:8 |
| 29:19 | **known** 16:2 | 47:25 | **lindsey** 29:4 |
| **kevin** 7:20 49:5 | **knows** 5:16 | **left** 5:7,14 8:8 | 38:8 |
| **kim** 53:2 | 17:14 | 11:1 16:15 | **line** 20:7,11 |
| **kimberly** 31:2 | **korea** 52:25 | 17:23 18:10 | 27:3 28:9 |
| 32:1 | 53:6 | 19:1,24 23:12 | 42:17 51:19 |
| | | 25:1,3 51:2 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[list - mechanism]**

| | | | |
|---|---|---|---|
| **list**  34:9 | **loose**  14:18 | **low**  35:12 44:8 | **margin**  39:6 |
| **listed**  34:19 | **lose**  4:22,22,22 | **lowered**  40:20 | **maricopa** |
| 41:7 | 8:2,9 11:8 | **lowest**  17:20 | 46:11,17 |
| **listen**  47:25 | 15:11 18:21 | **luck**  29:15 | **marjorie**  27:20 |
| **listening**  39:24 | **loses**  8:1 | **lucky**  32:20 | 27:20,24 38:21 |
| 56:8 | **losing**  17:9 | **m** | 49:5 |
| **literally**  14:12 | 49:14 | **machine**  48:3 | **mark**  46:1 |
| **litigation**  36:19 | **lost**  2:4 7:24 | **machines**  40:18 | **market**  50:13 |
| **little**  13:2 15:21 | 32:18 38:14 | 41:14 42:25 | 54:25 |
| 17:9,9 21:24 | 39:4 | 43:3,8,23 45:7 | **marking**  41:25 |
| 29:5,6 30:4 | **lot**  3:19 5:11,12 | 45:10,13,21 | **marxists**  5:7 |
| 34:25 35:8 | 6:2,15,16 11:6 | 47:22 | 19:22 |
| 47:8 | 11:18 15:18 | **made**  7:4 37:5 | **massive**  47:14 |
| **live**  44:18 | 16:6 17:8 | 49:17 53:25 | **massively** |
| 53:20 | 19:10 20:1 | 54:9,23,24,25 | 11:14 |
| **lived**  36:7 | 21:24 30:15 | 55:2,3 | **matches**  34:5 |
| **lives**  4:17 48:19 | 31:5,5 32:19 | **magic**  32:15 | 34:11 |
| **local**  37:8,9 | 33:24 34:9,13 | **magically** | **matching**  40:19 |
| **location**  21:11 | 34:13,13 38:11 | 35:19 40:4 | **mathematician** |
| **lock**  37:19,19 | 38:12,12 39:9 | **mail**  15:24 40:1 | 47:2 |
| 37:19,22,22,22 | 39:17 40:6 | 40:4,12 | **matter**  41:13 |
| **loeffler**  3:9 | 48:24 51:2,14 | **maintain**  52:17 | **mccarthy**  7:20 |
| 20:14 23:24 | 53:25 | **majority**  16:15 | **mcdonald** |
| 25:22 26:12 | **love**  3:6 8:12,12 | **make**  4:10,11 | 29:10 |
| 28:1,4 52:4 | 15:10 18:22 | 8:7 15:18 | **mcintosh**  30:22 |
| **long**  11:12 18:1 | 19:25 20:2 | 16:13,17 55:4 | **mean**  2:23 |
| 21:12 49:4 | 23:15 26:10 | **man**  6:15,15,15 | 14:12 19:5 |
| 50:16 51:25 | 27:5,7,20 31:1 | 7:21,21 29:8 | 24:23 35:7 |
| **longer**  32:11 | 48:11,12 52:10 | 30:21 44:5,11 | 38:4,17 43:14 |
| **look**  5:10,11 | 53:17 54:1 | 46:3 | 47:13 48:17 |
| 16:23 18:18 | **loved**  3:7 10:18 | **mandate**  15:17 | 50:24 |
| 26:20 33:23 | 46:24 | **mandated** | **meant**  43:15 |
| 35:24 44:1 | **loves**  23:22 | 36:23 | **mechanism** |
| 48:10 53:25 | 29:21 | **manufacturing** | 21:9 |
| 55:1,1 | | 12:20 | |

**[media - numbers]**

**media** 5:23
  48:15 51:20
**medicare** 53:13
**meeting** 51:3
**members** 14:20
  14:22 25:12
  46:4,13
**men** 23:16
  26:23
**mercy** 5:6
**mess** 11:22
  27:22,22 53:10
**message** 31:20
  52:1
**mexico** 13:11
**michael** 21:4,4
**michigan** 32:21
  38:1,3 41:6
**middle** 11:14
  23:8
**migration** 22:3
**mike** 6:9,14
  7:14,14 29:4,5
  38:7 47:25
**miles** 13:16
**military** 11:16
  11:17,20,21,24
  11:24 12:3
  23:25,25 24:3
  24:6 25:11
  26:24 27:1
  51:9 52:18
  54:24
**million** 6:20,22
  6:23 7:2 11:4,5

15:9 24:14
  44:10
**millions** 10:6
  13:6
**mind** 29:22
**mine** 28:25
  29:8 30:2,22
**minus** 47:9
**minutes** 44:23
**miracle** 33:25
  45:1
**missing** 37:12
  47:19
**mission** 8:7
  52:6,7
**mob** 23:14
**moments** 21:25
**money** 11:20
  21:17 24:24
  29:25 34:13
**months** 5:21
**motto** 53:21
**moved** 35:5,6,7
  35:9
**movement** 48:7
  48:13,17 54:21
**moving** 17:11
**ms13** 14:19,22
**multiply** 35:13
**murder** 28:11
**myriad** 42:10

**n**

**nafta** 22:5,8
**name** 12:10,10
  12:12,13 14:8

24:6 26:2 34:5
  34:10 40:20
**named** 25:2
**names** 12:6,8
**nation** 24:22
  32:2 51:15
  54:10,22
**national** 43:20
  53:20
**nations** 50:22
**nationwide**
  14:7
**nearly** 7:2
  22:11 24:13
**need** 13:15
  28:15 31:7
  33:17 40:18
  48:1
**needed** 21:3
  40:24
**negative** 47:5
**nestore** 56:4,22
**nevada** 40:16
  40:23
**never** 3:23,23
  7:3,3 9:23
  12:20,21 15:25
  16:1,9 18:20
  21:10 30:19
  31:17 32:18
  36:2,23 37:2
  39:3 48:8,13
  48:16 50:5,6
  50:10 51:6
  54:17,17,18,18

**new** 5:14 7:15
  18:14 22:6
  23:4,7 24:11
  25:14 48:20
**newer** 21:24
**news** 5:23
**nice** 13:13 25:9
  27:8
**night** 32:12,14
**nine** 17:20
**nobody's** 13:2
  14:11 32:17
  36:19
**non** 7:6
**noncitizens**
  41:1
**nonresidents**
  41:8
**nope** 7:3 49:17
**north** 52:25
  53:6
**northwest**
  27:24
**notably** 42:14
**notice** 10:14
  12:20 37:24,25
**november**
  19:19 20:2
  35:5 40:2,3
  42:15 43:5
**nuclear** 53:1
**number** 36:15
  40:1,2 41:4,5
**numbers** 3:3
  13:2,18 17:11

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[numbers - pick]**

| | | | |
|---|---|---|---|
| 32:16 40:14,14 | **opposite** 11:23 | **pass** 20:18 | 22:16 30:6 |
| 40:15,17 44:24 | **order** 36:1 47:7 | **passing** 24:13 | 31:4,5 32:3,4 |
| 46:23,25 47:1 | **organizations** | **past** 6:9,19 | 32:19 33:14,20 |
| 47:8 | 15:21 | **pastor** 28:10 | 34:7,7,8,9,14 |

**o**

**o'clock** 39:8
**obama** 15:12
　44:7
**obamacare**
　15:17,19
**object** 26:14
　28:2
**oceans** 54:6
**offenders** 14:19
**office** 25:3 31:6
**offices** 25:16
**officials** 35:25
　36:3 46:12
**oh** 2:24 5:12
　7:17 12:23
　19:10 34:23
　40:11,15 46:22
　52:22
**ohio** 32:16
**okay** 26:11
　29:22 47:9
**once** 8:21 25:6
**ones** 7:23 41:10
**open** 13:5 33:6
**opening** 25:15
**opponent** 22:17
　26:25
**opponents** 32:8
**opportunities**
　12:1

**ossoff** 8:20,21
　13:3 22:17,20
　22:25 23:1,12
　23:17 25:19
**outright** 6:6
**outside** 10:5
　30:17 41:22
**overthrowing**
　17:23
**overwhelmed**
　13:8

**p**

**p.m.** 44:20
**pack** 16:19
　17:16
**package** 20:18
**packed** 30:16
**pads** 41:25
**paid** 13:14
　34:13
**pandemic**
　50:19,19
**panel** 43:11
**parents** 23:8
　51:4
**parties** 56:11
　56:14
**party** 4:13
　16:17,17,18
　22:23 29:16
　37:17 43:24

**patients** 53:13
**patriotic** 25:12
　53:16
**patriotism**
　31:20
**patriots** 2:14
　12:6 25:20
　54:3
**patrol** 14:23
　24:2
**pay** 11:15
**paying** 13:11
　13:13
**peace** 52:18
**pelosi** 5:5
**pence** 6:9
**pennsylvania**
　16:10 32:24
　33:22 39:10
　40:1,7,8
**people** 2:9,21
　3:18,24 4:6 5:6
　5:16 6:21 8:6
　8:10,11,11
　9:11,13 10:6
　10:10,12,13
　11:9 12:10
　13:22 14:4,5
　14:24 15:1,9
　18:24 19:10,12
　19:20 20:2

34:21 35:2
36:24,25 37:13
38:7,12 40:6
40:23 41:9,9
42:18 44:8
47:12 48:4,17
48:19 50:4
51:9 53:5
54:21,23
**people's** 31:15
**percent** 15:3
　32:17 35:11
　43:21,21 47:4
　47:4,6,8,10,11
　50:17
**perdue** 3:6
　20:14,15 21:5
　21:14 22:17
　23:21 25:22
　52:3
**permanent**
　16:15 20:4
**person** 7:1
　37:15 46:10
**personality**
　53:8
**petrified** 9:7
**phone** 46:23,24
　46:25
**pick** 40:21,21

**[piece - quarterbacks]**

| | | | |
|---|---|---|---|
| **piece** 18:10 | **polling** 41:25 | 31:25 36:10 | **projected** 7:19 |
| **pima** 46:17 | 47:20 | 37:20,23 38:18 | **promote** 36:1 |
| **place** 10:7,8,16 | **polls** 3:3 | 41:20 44:15,16 | **promoted** |
| **places** 16:14 | **poor** 15:21 | 44:19,21,24 | 22:22 |
| 30:7 39:15 | **positive** 9:25 | 45:16 46:3 | **propaganda** |
| 47:20 | **possible** 44:9 | 47:6 48:6 | 22:22 |
| **plan** 15:13 | 49:25 | 49:11,23 52:23 | **prosperity** |
| **plate** 16:21 | **postal** 34:20 | **presidential** | 10:25 |
| **play** 8:2,2 | **potential** 41:23 | 8:3 50:8 | **protect** 26:5 |
| **please** 11:9 | 42:7,11 | **press** 5:10,11 | 30:10 53:12,13 |
| 31:22 40:11 | **pour** 13:6 | 5:12,12 17:11 | **protecting** 28:5 |
| **plenty** 11:20 | **pouring** 35:14 | 46:21 | 30:18 51:15 |
| **plus** 38:17 | **poverty** 18:18 | **previously** 40:4 | **protection** 22:3 |
| **podium** 32:25 | 23:10 | **primary** 10:9 | **protector** 24:9 |
| **point** 18:2 | **power** 4:16 6:5 | **print** 4:8 | **proud** 22:20 |
| 47:21 | 18:9 | **printing** 17:11 | 23:25 51:3 |
| **points** 13:13 | **powerful** 52:1 | **prior** 34:6 35:5 | 54:12 55:2,2 |
| **poison** 15:7 | 54:24 | **prison** 34:12 | **proudly** 23:13 |
| **police** 18:15 | **pre** 53:14 | **private** 15:9,10 | **prove** 35:17 |
| 23:13,14,14,15 | **preaches** 28:10 | **probably** 8:20 | **proved** 45:6 |
| 23:15 25:16 | **preaching** | 22:9 46:21 | **provide** 24:21 |
| 27:1 | 28:11 | 49:12 | **provided** 56:9 |
| **policemen** | **preface** 20:8 | **problem** 24:8 | **public** 29:9 |
| 51:10 | **presenter** 45:2 | 24:25,25 | 46:14 |
| **policing** 51:11 | **preserve** 52:18 | **procedures** | **publicly** 25:5 |
| **policy** 26:4 | **presidency** 5:4 | 36:22 | **pulpit** 28:10 |
| **political** 42:21 | **president** 2:2 | **proceeding** | **put** 26:1,21,21 |
| 44:14 47:16 | 3:15 6:11,11 | 56:6 | 33:7 36:14 |
| 48:7 | 6:21 7:7 8:1 | **proceedings** | 38:25 |
| **politicians** 37:9 | 15:12 16:24 | 56:12 | **putting** 14:19 |
| 39:24 48:14 | 17:3,7 26:20 | **process** 39:20 | **q** |
| 50:21 51:21,22 | 26:22 27:7,14 | 45:8 | **quarter** 50:17 |
| 51:24 | 28:5,19,24 | **processed** | **quarterbacks** |
| **poll** 44:3 45:3 | 29:14 30:10,18 | 40:18 46:11 | 53:25 |
| | 30:18 31:15,24 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[question - restricted]**

| | | | |
|---|---|---|---|
| **question** 26:17 | 50:18,20 | **red** 26:18 54:20 | **representative** |
| **quickly** 23:19 | **rates** 35:16 | **reforms** 20:19 | 29:7 43:19 |
| 33:25 38:11,11 | **rationing** 23:10 | **registered** | **representatives** |
| 46:1 | **razor** 39:4 | 34:19 43:25 | 27:20 39:13 |
| **quiet** 37:24,25 | **read** 41:17 46:1 | **registrations** | 42:21 |
| **quite** 6:14 | **ready** 26:18 | 34:22 | **republican** 7:6 |
| 47:23 | **really** 2:18,18 | **rejected** 35:15 | 7:22 29:16 |
| **quote** 25:10,15 | 3:8 8:5,10,11 | 35:20 | 32:5 47:21 |

| | |
|---|---|
| **r** | |

| | | | |
|---|---|---|---|
| | 9:3,15 15:18 | **rejection** 35:10 | **republicans** |
| **r** 56:1 | 16:17 17:1,11 | 35:16 | 3:17,21 9:14 |
| **race** 14:6 45:25 | 19:4,17 23:20 | **related** 45:22 | **request** 41:12 |
| **races** 7:12 19:7 | 24:16 27:15,16 | 56:13 | 41:21 |
| **radical** 4:14 6:4 | 31:6 41:11 | **relating** 46:5 | **requested** |
| 8:8 11:1 16:15 | 48:11,23 49:19 | **relations** 46:3 | 41:10 |
| 19:9 22:18 | **realtime** 42:24 | **release** 14:7 | **require** 43:2 |
| 23:12 25:2 | 45:4 | **released** 14:9,9 | **requiring** |
| 26:25 28:15 | **reason** 30:9,11 | **relief** 21:7 | 43:11 |
| 53:15 | 43:7 44:6 | 24:14 | **rescue** 24:12 |
| **radicals** 28:18 | **reasoning** | **religious** 18:12 | **rescuing** 24:15 |
| **railroads** 54:7 | 24:23,24 | 52:13 | **resident** 34:6 |
| **raise** 11:14 | **reasons** 17:2,2 | **remains** 39:12 | **resounding** |
| 23:8 | **rebuilding** | **remember** 13:9 | 31:19 |
| **raised** 54:7 | 50:22 51:15 | 13:25 14:5 | **respect** 53:18 |
| **rallies** 10:9,11 | **rebuilt** 11:16 | 15:12,16 21:4 | **respected** 3:7 |
| 18:23 | 11:17 | 52:25 | 8:11 29:20,24 |
| **rally** 1:6,8 | **received** 40:9 | **removed** 14:21 | 29:24 30:21,23 |
| 10:16,17,17 | 40:10 | **replaced** 22:5 | 41:19 42:21 |
| 50:3,3 | **recent** 46:14 | **report** 42:9 | 43:20 44:13 |
| **ram** 18:9 | **reclaim** 54:15 | 46:21 | 46:2 |
| **rampant** 33:8 | **record** 3:3 7:11 | **reported** 40:2,3 | **rest** 19:4 48:18 |
| **ran** 32:9 | 22:12 32:16 | 42:16 44:20,22 | **restore** 53:16 |
| **raphael** 8:21 | **recorded** 50:18 | 46:9 | **restored** 26:24 |
| 25:2,19 26:25 | 56:6 | **reporter** 56:4 | **restricted** |
| **rate** 35:10 | **recording** 55:7 | **represent** | 20:23 |
| 43:10,10,20,22 | 56:9 | 42:18 | |

Page 17

[restrictions - setting]

restrictions
20:22
results  42:16
46:8 47:3
resume  15:20
revealed  4:3
review  43:11
rid  15:16 37:6
51:23
rigged  2:4,5 5:1
right  4:20 5:14
7:13 10:12,15
11:5,5,17,18
12:21 13:11,13
14:15 15:3
18:5 20:18
21:2,3 22:24
25:14 26:6,15
26:15,16,19,19
27:25 28:6,14
29:7 30:13
31:9 33:3 34:1
35:8 37:15
39:20 41:18
48:10 49:6
52:13,14,24
53:9 54:1
rights  10:25
24:10 51:25
rip  13:16,17
23:5
river  24:4,5,7
roaring  50:12
rob  8:8

rolls  34:16
room  10:6
rooms  33:3
rotate  17:19,20
rotating  17:21
rounding  50:14
rpr  56:22
rubber  9:3
run  5:3,5 32:25
36:13 37:13,14
running  8:18
8:22 25:1 31:6
runoff  2:16,17
2:19 8:24 11:2
russia  12:21,22
12:22,22,22,23
russian  12:25

s

safe  55:3
safer  30:19
safety  37:7
sampling  45:21
sanctuary
14:18 22:2
sanders  9:4
22:21
santa  40:20
savannah
53:22
save  18:22
19:23 28:7,8
52:6
saving  24:14
savings  18:16

saw  12:22 24:5
30:6
saying  2:23
17:17 18:1
20:8 37:1
says  31:6
scale  18:17
36:2
scam  12:23
15:15
scams  12:24
scanners  41:24
scanning  43:11
schools  13:7
14:20 53:16
schumer  5:5
screwed  19:15
seats  4:15 7:19
7:24 17:24
20:7 28:7,9,17
second  2:12 7:1
8:25 18:13
24:10 32:10
44:7,13,14
48:19,21,22,24
seconds  45:15
secret  30:7
secretary  9:7
10:21 21:15
34:7 36:9,18
37:5 39:19
42:2
section  51:23
51:23

security  53:12
see  2:6 7:13,15
9:9 12:8 25:13
26:2 28:3 36:6
45:12
seek  25:3
seems  41:2
seen  13:2 16:9
21:10 32:8
33:12 36:2,20
senate  4:14,15
4:18 8:16 14:3
16:16 17:24,24
20:7 21:24
28:7,9,17
31:19 41:21
senator  22:18
22:19,19 23:23
28:1,3 29:4
33:10 41:18
senators  31:18
33:11 39:13
send  31:19,19
41:22 52:1
sent  40:1,10,11
serious  42:25
serve  25:10
service  25:12
29:9 30:8
34:20
session  9:16,19
42:5
set  43:23
setting  14:18

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[settled - stone]**

| | | | |
|---|---|---|---|
| settled 54:6 | simultaneously | sonny 21:14 | 19:6,25 20:1,3 |
| settlement | 19:7 44:21 | soon 53:8 | 21:6 24:16 |
| 36:19 | single 6:24 | sorry 4:12 | 25:4,12 26:18 |
| seven 17:7 | 49:21 54:9 | sort 30:4 34:17 | 29:7,21 34:7 |
| several 44:16 | siphoned 45:7 | source 43:22 | 35:5,25 36:9 |
| shafer 29:16 | sir 16:25 17:6 | south 29:3 | 36:18,23 37:5 |
| shape 45:11 | 21:7 49:1,16 | speak 49:23 | 37:10 38:13,16 |
| share 7:6 25:22 | sisters 15:21 | special 9:16,18 | 38:17 39:7,18 |
| 25:23,24 | sitting 45:13 | 9:18 19:12 | 39:19 40:13 |
| shares 25:24 | six 5:21 33:18 | speech 1:8 | 41:18 42:2 |
| she'll 37:25 | 33:23 36:8 | 52:14 | 45:19 48:18 |
| shorthand 56:4 | skyscrapers | speeches 30:15 | 49:21,21,22 |
| shortly 38:15 | 54:8 | spent 11:21 | state's 19:25 |
| shots 6:18 | slandered | 50:21 | 34:16 36:22 |
| shoulders 54:5 | 25:16 | spoke 27:1 | stated 42:14 |
| show 3:3 14:12 | slandering | stacey 9:5,5,7 | states 2:25 4:14 |
| 19:9 26:18 | 23:15 | 36:21 43:9 | 16:7,8,14,24 |
| 28:16 30:6 | slashed 12:2 | stake 32:4 | 17:3,7 32:18 |
| 48:3 | 50:20 | stakes 4:4 | 35:23 36:11 |
| shown 14:11 | small 24:15 | stamp 9:4 | 37:11,16 |
| side 4:8 31:18 | 27:2 38:4 | stand 43:1 48:2 | statewide 38:25 |
| sign 40:20 | smart 6:15 | 54:5 | staunch 23:24 |
| signature 9:10 | smear 25:11 | standing 17:6 | stay 30:4 53:21 |
| 36:3,6 39:20 | social 53:12 | 17:12 | steal 5:1 8:14 |
| 40:19 56:21 | socialism 11:15 | stands 9:2,2 | 8:16 13:1 32:6 |
| signatures 9:20 | 25:6 27:5 28:8 | 24:1 | stealing 6:6 |
| 36:5 | socialist 22:21 | star 3:8 | stepped 33:11 |
| signed 9:9 22:9 | 23:9 | start 17:18 | stepping 16:21 |
| significant | socialists 5:7 | started 33:4,25 | 16:22 |
| 46:14 | 19:22 28:15 | 49:25 | stimulus 24:21 |
| silent 5:13,23 | soldiers 51:7 | starting 13:25 | stock 50:13 |
| 5:23 | solicit 36:1 | state 2:13 8:12 | 54:25 |
| simple 24:23,24 | somebody 4:12 | 8:19 9:7,11,12 | stolen 49:15 |
| 52:7 | 31:4 36:7 | 10:21 11:25 | stone 5:22 |
| | 43:14 48:25 | 15:24 16:6 | |

**[stood - things]**

| | | | |
|---|---|---|---|
| **stood** 26:23 30:17 | 52:16 | **take** 4:18 5:4 14:8,10 15:8 | 42:4 53:11 |
| **stop** 20:6 28:8 28:17,17 31:17 53:15 | **supporter** 29:8 **supports** 22:25 23:7 24:1 | 19:18,19 35:24 36:16 49:5 51:19 52:15 | **telling** 4:21 10:11 37:13 |
| **story** 11:11,11 11:12,13 33:5 | **supposed** 7:25 38:15 | **taken** 50:16 56:8 | **tens** 13:6 14:18 34:1 35:17 37:12 44:15 |
| **straight** 6:17 6:18 14:20 | **supreme** 16:19 16:20,24 17:14 17:16 22:12 | **takeover** 23:9 **takes** 35:8 | **term** 7:1 **terri** 56:4,22 |
| **strange** 34:17 | 24:11 39:18 | **talk** 2:6 5:17,19 5:20,24 46:23 | **test** 42:24 |
| **stream** 48:15 | **sure** 4:10,11 8:8 | 49:16,23 | **testimony** 42:22,24 46:16 |
| **street** 11:25 | **surrender** 12:19 54:18 | **talked** 46:23 **talking** 45:18 | **thank** 2:2,7,10 3:10 14:22,23 |
| **strength** 52:19 **strong** 21:3 28:3 55:1 | **suspended** 36:3 | 46:25 48:1 50:18 | 14:23 26:12,15 26:22 27:6,6,7 |
| **strongest** 20:16 | **swamp** 2:22 3:4 54:14 | **tally** 39:3 | 27:7,10,14,14 29:1,1,1,14,15 |
| **strongly** 24:20 | **swarm** 16:4 | **tamed** 54:6 | 30:1,19,23,24 |
| **students** 53:16 | **sweat** 54:3 | **tax** 20:18,21,25 22:25 23:2,3 | 31:2,22,25 32:1 33:1,10 |
| **stuff** 7:18 **subjects** 5:20 | **sweetheart** 29:21 | **taxes** 11:14 | 47:16 |
| **subsequent** 46:4 | **swept** 7:22 | **taylor** 27:20,21 27:24 | **thanks** 31:25 **theft** 36:2 |
| **successful** 32:10 | **swing** 35:20,23 **switch** 43:16 44:25 | **teach** 53:17 **team** 41:22 | **thereto** 56:14 **thin** 39:4 |
| **sudden** 5:21 16:11 17:8 32:15 40:5 | **switched** 44:15 44:24 | **tears** 54:3 **tech** 5:23 51:21 | **thing** 3:21 4:7 5:14 6:17 9:25 |
| **suit** 16:25 17:5 17:13 | **system** 17:13 21:20 46:19 | **ted** 33:10 **tell** 3:11,16 4:4 | 11:7 14:2 15:17 16:5 |
| **summary** 42:15 | **systems** 41:24 | 4:20 6:10 10:5 10:22 15:25 | 18:8 19:7 21:12 22:13 |
| **summer** 23:13 **super** 41:3 | **t** | 25:24 27:25 29:23 32:8 | 35:21 37:7 47:18 |
| **support** 14:3,3 14:5 23:9 24:20 25:6 | **t** 56:1,1 **tabulated** 46:11 | 33:5 34:14 35:7 36:20 | **things** 3:20 22:10 23:7 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[things - turned]**

45:17
**think** 2:25 6:1
6:2 7:12 9:11
9:15 10:15
13:20 14:16
19:5,7 20:10
20:22,24 21:2
35:12 37:2
38:19,19,20,21
39:14,16 43:7
43:15,16 46:19
46:20 47:4,7
47:12,15,15
49:19 51:1,1
52:23 53:2
**thinks** 36:10
**third** 24:11
43:24 45:2
48:23
**thought** 25:8
49:24 50:14
**thousands**
14:19,21,22
16:11 25:11
34:2 35:17
36:5 37:12
44:15 47:18
50:3,3
**three** 2:9 22:12
32:17 33:17
36:15 43:1
48:10
**threshold**
40:19

**threw** 24:5
**thriving** 21:18
**throw** 13:4,5
**thrown** 24:4
**thugs** 25:16
**thundering** 3:5
**tidal** 47:20
**tied** 16:12
**ties** 22:23
**time** 8:25 17:21
18:1 21:13
33:2 35:8 38:2
45:11 48:14,21
48:22,23,24
49:4 50:13
**timeless** 52:9
**times** 15:14
39:8
**tiny** 17:9
**tireless** 31:16
31:16
**today** 2:8 12:22
29:5,6 48:25
**together** 3:4
20:19 51:18
52:10 54:13,22
**told** 18:24
45:17
**tomorrow** 2:15
2:21 4:5,6,13
8:4 11:3,5,10
16:4,5 18:21
20:13 23:21
27:4 28:6,14
29:9,15 32:2

32:13,14 33:5
34:4 39:24
41:15 47:21
50:9 51:19
52:3 55:6
**tomorrow's**
11:3 45:24
**tonight** 7:24
8:7 27:19
30:25 37:25
52:8
**took** 11:21
36:21
**toss** 7:12
**total** 43:18
**totally** 11:17
**tough** 29:20
47:9
**tougher** 16:7
**trade** 22:8
**trained** 12:7
**trait** 41:2
**transcribe** 56:6
**transcript** 1:6
56:7
**transcription**
56:7
**transcriptionist**
56:5
**tremendous**
22:13 29:25
52:25
**trillion** 11:21
24:13

**trillions** 50:21
**troops** 13:14
50:24 51:16
**troubling** 41:13
**true** 30:20
37:11,20 41:10
48:16 56:7
**truly** 20:7
**trump** 2:2 3:12
3:12,13,13,13
3:14,14,14,15
10:16 11:8
12:11,13,15,17
19:10 24:4,6
27:7,12,12,12
27:12,13,13,13
27:14,16 28:19
28:24 29:14
30:5 31:10,25
37:20,23 43:14
43:16 44:16,19
44:24 47:6
48:6 49:11
**trump's** 1:8
**trust** 53:21
**trying** 4:15 6:7
8:14 13:1 23:8
32:7 43:17
52:2
**turn** 10:1,23
14:13,17 28:6
50:14
**turned** 14:15
15:14

Page 21

**[turning - votes]**

| | | | |
|---|---|---|---|
| **turning** 46:21 | **union** 16:14 | **v** | **vote** 2:15 4:5 |
| **two** 2:11 5:4 | **unique** 21:11 | | 4:10,11,13 7:6 |
| 8:9 9:13 12:7 | **united** 4:14 | **vacant** 34:19 | 18:21 19:3,21 |
| 12:24 18:6 | 16:24 17:3 | **vaccine** 24:17 | 20:13,18 23:17 |
| 19:7,12,20 | 37:16 52:8 | **vaccines** 50:15 | 23:20,21 24:10 |
| 28:15,24 31:18 | **universal** 15:23 | **values** 6:2 15:1 | 27:4 28:5,13 |
| 32:9 34:7,7 | **unmanned** | 15:2 25:5,23 | 28:16 31:22 |
| 36:7 46:13 | 38:24 | 25:23,24,25 | 34:19 39:25 |
| 47:16 48:9 | **unparalleled** | 52:9 | 41:11 43:14 |
| 49:4,4 51:21 | 22:3 | **various** 16:8,8 | 44:23 47:9,10 |
| 53:9 54:8 | **unpopular** | **venezuela** | 48:1 52:3 |
| **u** | 15:17 | 10:24 | **voted** 4:12 6:21 |
| **u.s.** 8:16 11:16 | **unreported** | **verification** | 22:11 40:23 |
| 11:17,24 12:19 | 40:4 | 9:10 36:3 | 47:5,6 |
| 16:16 | **unrestrained** | 39:20 | **voter** 15:22,22 |
| **un** 53:2 | 4:16 | **verified** 38:8,9 | 34:16 43:13,14 |
| **unanimously** | **unrivaled** | **verify** 38:14 | 43:15,25 |
| 42:9 | 52:17 | **vernon** 29:7 | **voter's** 43:12 |
| **unborn** 28:13 | **unsolicited** | **version** 18:17 | 43:17 |
| **unchecked** 4:16 | 15:23 | **veto** 20:12,12 | **voters** 25:18 |
| **under** 35:2 | **untrustworthy** | 20:12,12 | 39:11,16,17 |
| 37:3 39:2 | 42:17,17 | **vice** 6:11,11 | 40:9,13 41:2 |
| 54:22 | **update** 44:23 | 44:16,21 45:16 | 47:8,21 |
| **understand** | **upset** 49:12 | **vicious** 25:11 | **votes** 6:23 7:2 |
| 3:18 15:1,2 | **usa** 2:1,1,1,1,1 | **victories** 20:1 | 7:16,17,17 8:9 |
| 34:24 | 2:1,1,1 28:22 | **victory** 3:5 7:23 | 9:3 11:4,6 |
| **unemployment** | 28:22,22,22,22 | 22:7 32:5 33:1 | 16:11 26:14 |
| 50:20 | 28:22,22,22,23 | **viewed** 42:16 | 32:21,22,23,23 |
| **unexplained** | 28:23,23 51:17 | **violated** 35:25 | 34:2,24 35:2 |
| 39:12,25 | **use** 5:8 38:9 | **violations** | 37:12 38:2,4,9 |
| **unfortunately** | **used** 5:14 41:25 | 36:14 | 38:12,14,17 |
| 47:23 | **using** 34:19 | **virus** 24:13 | 39:1,5,6,16 |
| **unhappy** 37:15 | **usmca** 22:6 | **vision** 52:9 | 40:25 43:14 |
| **unhinged** 22:18 | **usually** 35:8 | **voice** 8:8,12 | 44:10,10,15,20 |
| | | 21:3 | 45:1,7,17,18 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[votes - word]**

| | | | |
|---|---|---|---|
| 46:18 47:18 | 48:24 49:13 | 26:7 29:18 | 7:10,11 8:4,5 |
| **voting** 35:3 | 51:12 52:1,15 | 32:3,22 36:24 | 11:2,7,10,10 |
| 41:14,24 42:10 | 53:10,23 | 39:4 41:9 44:1 | 12:7 13:20 |
| 42:23,25 43:2 | **wanted** 18:11 | 44:8 45:11 | 14:6 18:7,7 |
| 43:8 45:8,9,21 | 25:8 30:9 | 47:19 49:1,18 | 19:10 20:11 |
| 46:15 47:3,11 | **wants** 12:15 | 49:20 53:21 | 33:18 48:23,24 |
| **w** | 19:1,10 25:13 | 56:12 | 49:11,12,22 |
| **wacky** 34:7 | 27:21 | **ways** 20:25 | **windows** 23:5,6 |
| **wages** 21:21 | **war** 15:20 | **we've** 6:19 | **wing** 5:7 18:10 |
| **waiting** 7:13 | 52:24 53:8 | 11:16 14:21 | 23:12 25:3 |
| **walker** 53:24 | **warnock** 8:21 | 20:1 28:14,17 | **winning** 8:25 |
| **wall** 13:9,9,9 | 9:2 13:3 23:1 | 43:4 49:24 | 17:8 49:14 |
| 13:10,10,11,14 | 25:2,2,5,10,19 | 50:19,25 51:2 | **wins** 5:16 13:20 |
| 13:14,16,17 | 26:25 | 51:7,18 | 17:23 |
| 18:14 21:23 | **warrior** 31:15 | **weak** 22:21 | **wisconsin** |
| 24:1 | **warriors** 28:25 | **wealth** 48:20 | 32:22 38:4,22 |
| **want** 2:2,7,10 | 51:4,5,8,11 | **wealthy** 54:25 | 39:2,6 |
| 4:6,6,7,7,9,10 | **wars** 12:7 | **weather's** | **woman** 7:16 |
| 5:17,18 9:16 | 50:23 52:22,23 | 48:12 | 8:22 33:20 |
| 9:17,20 10:1,5 | 54:8 | **wednesday** | **womb** 28:11 |
| 10:23 12:9,17 | **washington** 3:9 | 33:9 | **women** 23:16 |
| 13:16,17,22 | 8:9 16:13 | **weeks** 4:2 6:19 | 26:23 |
| 14:22,23,23 | 20:17 21:3 | 46:14 49:3 | **won** 2:11 6:20 |
| 15:22 16:24,25 | 32:22 54:14 | 53:9 | 6:22 7:1,5,8,10 |
| 17:19 18:6,6,7 | **watch** 4:1,2,3,3 | **welcomed** 25:6 | 7:12 8:3,4 10:9 |
| 18:23 19:11,11 | 12:16 34:3 | **went** 5:22 7:1,1 | 13:1,2 30:11 |
| 19:12,14,15 | 41:14,16 | 10:8 35:10,11 | 32:9,16,17,17 |
| 24:6 25:25 | **watched** 30:25 | 35:14 | 38:1,3,4,16 |
| 26:3,8 28:24 | 33:14 | **white** 4:19,19 | 39:7 48:17,20 |
| 29:18,22,22,23 | **watching** 2:21 | 7:6 8:14 54:20 | 48:21,22 49:20 |
| 30:17,24 31:1 | 5:21 16:6 | **wield** 4:16 | 54:8 |
| 33:10 36:4,6,8 | **wave** 47:20 | **wilderness** 54:7 | **wonderful** 6:15 |
| 36:20 41:14,17 | **way** 2:3,3,4,9 | **william** 41:18 | 22:24 33:1 |
| 43:16 46:23 | 3:25 7:25 12:5 | **win** 3:1 4:25 | **word** 5:9 38:9 |
| 47:16,25 48:23 | 15:19 19:11 | 5:4,15,16 7:9 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[words - zero]**

| | |
|---|---|
| **words**  26:11 | **yield**  54:17 |
| 53:20 | **york**  7:15 25:14 |
| **work**  34:13 | **youth**  15:7 |
| 38:11 | **z** |
| **worked**  21:13 | **zero**  35:12,12 |
| 21:16 | 35:14 |
| **worker**  26:22 | |
| **workers**  21:6 | |
| 21:21 22:7 | |
| **working**  24:12 | |
| 25:14,14 31:1 | |
| **world**  2:20 | |
| 12:7 16:3 21:2 | |
| 32:3 37:13 | |
| 44:5 48:18 | |
| 54:8,10 | |
| **worse**  51:3 | |
| **worst**  22:8 | |
| **wounded**  51:5 | |
| **wreck**  25:20 | |
| **written**  22:15 | |
| **wrong**  16:18 | |
| 17:2 18:6 | |
| 48:16 | |
| **y** | |
| **yards**  53:24 | |
| **yeah**  12:11,12 | |
| 28:2 48:5 | |
| **year**  10:2,20 | |
| **years**  7:7 14:10 | |
| 20:15 24:19 | |
| 36:7,8,8 48:7 | |
| 49:1,2,3,4,8,8,9 | |
| 49:9,9,10,10,10 | |
| 49:10,16 51:1 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127