# Exhibit 68

PUBLIC VERSION - ORIGINAL FILED
PROVISIONALLY UNDER SEAL