# Exhibit 69

PUBLIC VERSION - ORIGINAL FILED PROVISIONALLY UNDER SEAL