# Exhibit 74

**Messages exported from: Kylie Jane Kremer (+**███████████**)**
**With: Justin Caporale (**████████████**)**
11/1/20, 12:00 AM to 1/8/21, 11:59 PM
PDF created with Decipher TextMessage (deciphertools.com)

**1/6/21, 7:55 AM (Delivered 1/6/21, 8:13 AM)**
Kylie Jane Kremer (+███████

> Please come backstage

*Message sent originally as iMessage and failed. Re-sent later as SMS.*

**1/6/21, 7:55 AM (Delivered 1/6/21, 8:13 AM)**
Kylie Jane Kremer (+███████

> Where are your

*Message sent originally as iMessage and failed. Re-sent later as SMS.*

**1/5/21, 11:29 AM (Viewed 1/5/21, 11:35 AM)**
Justin Caporale ███████

has the new permit been approved

**1/5/21, 11:00 AM**
Kylie Jane Kremer (+███████

**1/4/21, 5:41 PM**
Kylie Jane Kremer (+███████

> I was speaking with her and had to go to start the show

**1/4/21, 5:39 PM**
Justin Caporale ███████

did katrina finalize it?

**1/4/21, 5:38 PM**
Kylie Jane Kremer (+███████

> Marisa needs the ROS

**1/4/21, 5:36 PM**
Kylie Jane Kremer (+███████

> Lol ok

**1/4/21, 5:36 PM**
Justin Caporale ███████

██████████████████  ███████

**1/4/21, 5:36 PM**
Kylie Jane Kremer (+███████

> And can I say it's historic where it's being held because it hasn't been done since the 1800s or no?

**1/4/21, 5:33 PM**
Justin Caporale ███████

yes that one

**1/4/21, 5:32 PM**
Kylie Jane Kremer (+███████

> Or this one?

**1/4/21, 5:32 PM**
Kylie Jane Kremer (+███████

**1/4/21, 5:32 PM**
Kylie Jane Kremer (+███████

> Ok do you have one??

1

KKremer5153

**1/4/21, 5:32 PM**

Justin Caporale (███████)

let's hold it doesn't look great in that picture

**1/4/21, 5:32 PM**
Kylie Jane Kremer (+███████)

But can I?

**1/4/21, 5:31 PM**
Kylie Jane Kremer (+███████)

Lol

**1/4/21, 5:31 PM**

Justin Caporale (███████)

the mud is not flattering

**1/4/21, 5:31 PM**
Kylie Jane Kremer (+███████)

Bannon wants to show it if possible?

**1/4/21, 5:30 PM**
Kylie Jane Kremer (+███████)

**1/4/21, 5:30 PM**
Kylie Jane Kremer (+███████)

Can this shot be pushed out

**1/4/21, 5:01 PM**
Kylie Jane Kremer (+███████)

Asked what else we need new

**1/4/21, 5:01 PM**
Kylie Jane Kremer (+███████)

Submitted

**1/4/21, 4:58 PM (Viewed 1/4/21, 5:00 PM)**

Justin Caporale (███████)

pls lmk when permit update is submitted

**1/4/21, 4:06 PM**
Kylie Jane Kremer (+███████)

**1/4/21, 6:05 AM (Viewed 1/4/21, 8:44 AM)**

Justin Caporale (███████)

morning. yes will send shortly when i get down to the site.

**1/3/21, 9:36 PM**
Kylie Jane Kremer (+███████)

Can you send me the budget plz

**1/3/21, 6:36 PM (Viewed 1/3/21, 6:37 PM)**

Justin Caporale (███████)

i have not. she'll be here tho.

**1/3/21, 6:30 PM**
Kylie Jane Kremer (+███████)

I was going to ask Christl and it's just continued slipping my mind

**1/3/21, 6:29 PM**
Kylie Jane Kremer (+███████)

Did we ever ask about having vendors for merch?

2

KKremer5154

**1/2/21, 8:06 PM**
Kylie Jane Kremer (+█████████)

https://youtu.be/FcRulT_3w1g
(Sent with URL)

**1/2/21, 8:06 PM**
Kylie Jane Kremer (+█████████)

**1/2/21, 8:06 PM**
Kylie Jane Kremer (+█████████)

**1/2/21, 8:06 PM**
Kylie Jane Kremer (+█████████)

**1/2/21, 6:28 PM**
Kylie Jane Kremer (+█████████)

**1/2/21, 3:33 PM**
Kylie Jane Kremer (+█████████)

Ok 👍

**1/2/21, 3:33 PM**
Justin Caporale (█████████)

nah please keep it close to the vest for now. just so ppl don't come down and poke around

**1/2/21, 3:24 PM**
Kylie Jane Kremer (+█████████)

Do you care if I send this video out with the flooring being laid

**12/31/20, 4:06 PM**
Kylie Jane Kremer (+█████████)

I just realized today is New Years eve haha I thought it was the 30th! Geeze

**12/31/20, 4:06 PM**
Kylie Jane Kremer (+█████████)

I think we are good on everything. Let me know changes to Bennys video so I can get him working on that

**12/31/20, 4:05 PM**
Kylie Jane Kremer (+█████████)

Okay, thank you!

**12/31/20, 4:05 PM**
Justin Caporale (█████████)

yes but i included it in the documentation package too

**12/31/20, 4:05 PM**
Kylie Jane Kremer (+█████████)

Then should I send over to marisa?

**12/31/20, 4:05 PM**
Kylie Jane Kremer (+█████████)

ok

**12/31/20, 4:04 PM (Viewed 12/31/20, 4:05 PM)**
Justin Caporale (█████████)

you can sign it and i'll pay it.

**12/31/20, 4:04 PM**
Kylie Jane Kremer (+█████████)

Do I need to sign the contract with GW medical or is that going under your company?

3

KKremer5155

**12/31/20, 11:28 AM**
Kylie Jane Kremer (+

Have medical meeting at noon

**12/30/20, 5:54 PM**
Kylie Jane Kremer (+

I sent amended permit... they close at 4pm in person. I told her I would hand deliver it tomorrow if a hard copy was needed but hopefully that should be enough to continue working in that direction.

**12/30/20, 5:53 PM**
Justin Caporale (

copy i will send you what i have in 25 min or so.

**12/30/20, 5:52 PM**
Kylie Jane Kremer (+

I am not sure my email is sending on the plane. I have 4 min to land.

I responded to your email about fire and safety and the others. Those are require site plans so I am not able to develop those without that information

**12/30/20, 12:04 AM (Viewed 12/30/20, 12:05 AM)**
Justin Caporale (

it's my pleasure. happy we're working together on this. it will be monumental.

**12/30/20, 12:03 AM**
Kylie Jane Kremer (+

Thank you for everything

**12/30/20, 12:03 AM**
Kylie Jane Kremer (+

Kk just wanted to make sure we were on the same page with that

**12/29/20, 11:58 PM (Viewed 12/30/20, 12:03 AM)**
Justin Caporale (

might want to incorporate it day of to keep all energy focused on the main event.

**12/29/20, 11:56 PM**
Kylie Jane Kremer (+

Is it possible to do a Tuesday night event at Freedom plaza that's a revival/prayer thing the night before? Or are we wanting to incorporate that on the day of at some point

**12/29/20, 11:55 PM**
Justin Caporale (

okay cool.

**12/29/20, 11:54 PM**
Kylie Jane Kremer (+

It's the presidential inaugural committee. I believe they have released it now. It's been the same with each event, totally normal. NPS knows they aren't using it but just have to confirm they are releasing it before they allow moving forward on these calls.

I was sending over to you the email from earlier to know what they are expecting on the web meeting call with all the agencies. Obviously the ellipse has now been added to that and the additional things Amy spoke about today.

**12/29/20, 11:52 PM**
Justin Caporale (

i would hold on to freedom plaza btw. just in case. but what was that email saying PIC had it?

4

KKremer5156

**12/29/20, 11:26 PM**
Kylie Jane Kremer (+

Okay perfect. Whatever we need to do, we will get done. Just want to let you do your thing and not get in your way, so please just let me know if you need anything at all. I can get our team working on whatever is needed right away.

**12/29/20, 11:24 PM**
Kylie Jane Kremer (+

**12/29/20, 11:24 PM**
Kylie Jane Kremer (+

Just so you have

**12/29/20, 11:24 PM**

Justin Caporale (

i'll call you before we hop on the teams call tomorrow and sync up. we're in a fairly good spot. i'm working thru the details that nps is looking for.

**12/29/20, 11:23 PM**
Kylie Jane Kremer (+

Is there anything you need from me before tomorrow's call? Are we letting go of freedom plaza or are we doing a plan for there as well?

**12/29/20, 6:24 PM**
Kylie Jane Kremer (+

Amy_dailey@nps.gov

**12/29/20, 6:09 PM**

Justin Caporale (

doom and gloom

**12/29/20, 6:06 PM**
Kylie Jane Kremer (+

This lady 😳 oh lord

**12/29/20, 4:58 PM**
Kylie Jane Kremer (+

Just so you have

**12/29/20, 4:58 PM**
Kylie Jane Kremer (+

**12/29/20, 4:58 PM**

Justin Caporale (

k

**12/29/20, 4:58 PM**
Kylie Jane Kremer (+

I have her cell number. I can patch you in. She is leaving for a physical therapy appointment

**12/29/20, 4:58 PM**

Justin Caporale (

ok. lmk a call in number and i'll be on.

**12/29/20, 4:57 PM**
Kylie Jane Kremer (+

6pm

**12/29/20, 4:22 PM (Viewed 12/29/20, 4:24 PM)**

Justin Caporale (

530/6?

5

KKremer5157

**12/29/20, 4:02 PM**
Kylie Jane Kremer (+███████)

What time can you? Was surprised when she just called me

**12/29/20, 4:02 PM**
Kylie Jane Kremer (+███████)

I will reschedule

**12/29/20, 4:02 PM**
Kylie Jane Kremer (+███████)

Ok

**12/29/20, 4:01 PM (Viewed 12/29/20, 4:02 PM)**

Justin Caporale (███████)

i'm on a walk thru at the site with my tech team

**12/29/20, 4:00 PM**
Kylie Jane Kremer (+███████)

Can you jump on a call with NPS with me in 5 min?

**12/29/20, 3:06 PM**
Kylie Jane Kremer (+███████)

On the phone with them

**12/29/20, 3:06 PM**
Kylie Jane Kremer (+███████)

E street is closed

**12/29/20, 3:04 PM**
Kylie Jane Kremer (+███████)

E street

**12/29/20, 3:03 PM**
Kylie Jane Kremer (+███████)

They said we won't get it in the NE because of the Christmas tree

**12/29/20, 3:03 PM**
Kylie Jane Kremer (+███████)

Hold on

**12/29/20, 3:03 PM**
Kylie Jane Kremer (+███████)

Never mind. They had the date wrong

**12/29/20, 3:00 PM**

Justin Caporale (███████)

tell him to stand by. it's JSOC?

**12/29/20, 1:37 PM**

Justin Caporale (███████)

thank you!

**12/29/20, 1:35 PM**
Kylie Jane Kremer (+███████)

🄄🄂

**12/29/20, 1:35 PM**
Kylie Jane Kremer (+███████)

Permit on its way in person

6

KKremer5158

**12/29/20, 12:13 PM**
Kylie Jane Kremer (+███████)

Resending

**12/29/20, 12:13 PM**

Justin Caporale (███████)

there was nothing attached to the email.

**12/29/20, 12:12 PM (Delivered 12/29/20, 12:13 PM)**
Kylie Jane Kremer (+███████)

Waiting on Yoder or Ron.

Sent you the permit. Can you give a once over

**12/29/20, 11:56 AM**

Justin Caporale (███████)

justin@eventstrategiesinc.com

**12/29/20, 11:56 AM**
Kylie Jane Kremer (+███████)

What is your email? Thought I had it but not coming up.

Maybe the service not properly pulling from Google in the desert

**12/28/20, 4:46 PM (Viewed 12/28/20, 4:47 PM)**

Justin Caporale (███████)

just got a call back they need a little longer to get us the best number.

**12/28/20, 4:08 PM**
Kylie Jane Kremer (+███████)

Thank you!

**12/28/20, 4:08 PM**

Justin Caporale (███████)

waiting on a number will get back to you asap.

**12/28/20, 3:55 PM**
Kylie Jane Kremer (+███████)

https://www.nps.gov/nama/planyourvisit/upload/Demostration-of-Special-Event-on-Parkland-Application-10-941-Compliant.pdf
(Sent with URL)

**12/28/20, 3:55 PM**
Kylie Jane Kremer (+███████)

**12/28/20, 3:55 PM**
Kylie Jane Kremer (+███████)

**12/28/20, 3:55 PM**
Kylie Jane Kremer (+███████)

**12/28/20, 3:55 PM**
Kylie Jane Kremer (+███████)

**12/28/20, 3:55 PM**
Kylie Jane Kremer (+███████)

About to call you to discuss something regarding covid with the application

7

KKremer5159

**12/27/20, 1:11 PM**
Kylie Jane Kremer (+███████)

> Perfect. I am in a meeting right now.... I will call you once I wrap up. Thank you Justin!

**12/27/20, 1:05 PM (Viewed 12/27/20, 1:11 PM)**
Justin Caporale (███████)

hey. i will be available for the rest of the day/night if you have time to catch up and talk about the 6th.

**12/26/20, 5:34 PM**
Kylie Jane Kremer (+███████)

> Merry Christmas!

**12/26/20, 5:34 PM**
Kylie Jane Kremer (+███████)

> Perfect. Thank you Justin!!

**12/26/20, 4:56 PM**
Justin Caporale (███████)

no worries. got it. let's catch up tomorrow, if that's okay and we'll nail down the details for your event on the 6th.

**12/26/20, 4:49 PM**
Kylie Jane Kremer (+███████)

> I apologize for bothering you on the Saturday after Christmas.
>
> Just wanted to touch base with you and let you know that Cindy Chafian is no longer affiliated with Women for America First effective immediately. Our event in DC is still happening on January 6th and wanted to confirm you still as a vendor.

**12/26/20, 4:32 PM (Viewed 12/26/20, 4:40 PM)**
Justin Caporale (███████)

hey. i'm sorry. i'm at a family function for the evening. i won't be available for a bit.

**12/26/20, 4:31 PM**
Kylie Jane Kremer (+███████)

> Please call me. It's urgent regarding our January 6th event. Thank you!

**12/11/20, 5:04 PM (Viewed 12/11/20, 5:11 PM)**
Justin Caporale (███████)

hey i'm up near the white tent on the plaza when you arrive.

**12/11/20, 3:46 PM**
Kylie Jane Kremer (+███████)

> change**

**12/11/20, 3:46 PM**
Kylie Jane Kremer (+███████)

> And I let her know of the time chanfe

**12/11/20, 3:46 PM**
Kylie Jane Kremer (+███████)

> Yes

**12/11/20, 3:42 PM (Viewed 12/11/20, 3:46 PM)**
Justin Caporale (███████)

just to confirm. are you with cindy too? i was going to meet her at 4 so wanted to make sure.

**12/11/20, 2:46 PM**
Kylie Jane Kremer (+███████)

> Yes! Perfect

8

KKremer5160

**12/11/20, 2:46 PM**

Justin Caporale (▮▮▮▮▮▮▮)

yes no problem. meeting on the plaza?

**12/11/20, 2:40 PM**

Kylie Jane Kremer (+▮▮▮▮▮▮▮)

Hey Justin! It's Kylie Jane Kremer. Anyway we can push the meeting back to 5pm? Our eta is 4:44

119 total messages and 0 total images.

KKremer5161