# Exhibit 79

🇺🇸 An official website of the United States government Here's how you know

Menu

# Select data type

**DATA TYPE**

| Processed | Raw |

This data *has been* categorized and coded by the FEC. The FEC's multi-step process can take days (for electronic filings) or weeks (for paper filings).

## Edit filters(9)

**SPENDER NAME OR ID**

*Limit 10 spender names or IDs*

- ■ MAKE AMERICA GREAT AGAIN PAC (C00580100)

**RECIPIENT NAME OR ID**

*Limit 10 recipient names or IDs*

- ■ "Event strategies inc"
- ■ "ESI"
- ■ "Salem Strategies"

**REPORT TIME PERIOD**

- ■ 2021–2022

Feedback

☐

■ 2019–2020

■ 2017–2018

■ 2015–2016

More

**DISBURSEMENT DATE RANGE**

Beginning: 01/01/2015 - Ending: 01/06/2021

**Recipient details**

**Disbursement details**

**Spender committee type**

# Disbursements

Viewing **89** filtered results for:      Clear all filters

Data type: processed      MAKE AMERICA GREAT AGAIN PAC (C00580100)

2021–2022   or   2019–2020   or   2017–2018   or   2015–2016

01/01/2015 - 01/06/2021      "Event strategies inc"   or   "ESI"   or   "Salem Strategies"

| Spender | Recipient | State | Description | Disbursement date | Amount |
|---|---|---|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC. | EVENT STRATEGIES, INC. | VA | AUDIO VISUAL SERVICES | 12/15/2020 | $57,485.00 |
| DONALD J. TRUMP FOR PRESIDENT, INC. | SALEM STRATEGIES LLC | VA | TRAVEL REIMBURSEMENT: SEE ITEMIZATIONS IF REQUIRED | 11/04/2020 | $19,689.96 |
| DONALD J. | EVENT | | | | |

Results per page: 100

Showing 1 to 89 of 89 entries

| About | Privacy and security policy | No FEAR Act | FOIA |
| --- | --- | --- | --- |
| Careers | Plain language | Open government | OpenFEC API |
| Press | Accessibility statement | Protected Voices | GitHub repository |
| Contact | Strategy, budget and performance | USA.gov | Release notes |
| | | Inspector General | FEC.gov status |

Browse Disbursements | FEC

**Federal Election Commission**

This information is produced and disseminated at U.S. taxpayer expense.

Sign up for FECMail

https://www.fec.gov/...n_period=2018&two_year_transaction_period=2016&min_date=01%2F01%2F2015&max_date=01%2F06%2F2021[2/22/2025 11:29:21 AM]