# Exhibit 100

PUBLIC VERSION - ORIGINAL FILED
PROVISIONALLY UNDER SEAL