# Exhibit 103

PUBLIC VERSION - ORIGINAL FILED PROVISIONALLY UNDER SEAL