# Exhibit 112

## Re: [EXTERNAL]Re: Electors

**Kenneth Chesebro** <kenchesebro@msn.com>
Mon 1/4/2021 11:55 PM
To: Mike Roman <mroman@donaldtrump.com>

Oh, then better for me to get both first

Get Outlook for iOS

---

**From:** Mike Roman <mroman@donaldtrump.com>
**Sent:** Monday, January 4, 2021 11:54:06 PM
**To:** Kenneth Chesebro <kenchesebro@msn.com>
**Subject:** Re: [EXTERNAL]Re: Electors

It will be 2 separate people. I'm working on it.

MR

---

**From:** Kenneth Chesebro <kenchesebro@msn.com>
**Sent:** Monday, January 4, 2021 11:51:54 PM
**To:** Mike Roman <mroman@donaldtrump.com>
**Subject:** Re: [EXTERNAL]Re: Electors

Key is to get the certificates to DC ASAP, and have staffers available to get them in. Just tell me when to be at dca, and who to take them to.

But if staffer flying them is reliable, maybe safer to have him or her do final delivery

Get Outlook for iOS

---

**From:** Kenneth Chesebro <kenchesebro@msn.com>
**Sent:** Monday, January 4, 2021 11:49:40 PM
**To:** Mike Roman <mroman@donaldtrump.com>
**Subject:** Re: [EXTERNAL]Re: Electors

We don't have Wisconsin?)

Get Outlook for iOS

---

**From:** Mike Roman <mroman@donaldtrump.com>
**Sent:** Monday, January 4, 2021 11:49:07 PM
**To:** Kenneth Chesebro <kenchesebro@msn.com>
**Subject:** Re: [EXTERNAL]Re: Electors

You need Michigan and Wisconsin. So you'll be picking up 2

MR

PLAINTIFFS_00073020

**From:** Kenneth Chesebro <kenchesebro@msn.com>
**Sent:** Monday, January 4, 2021 11:42:26 PM
**To:** Mike Roman <mroman@donaldtrump.com>
**Subject:** Re: [EXTERNAL]Re: Electors

Well, as long as a staffer for one of the 11 senators, and a Pence staffer, are both available at 10, and the capitol is open, that would be fine. Just don't want to wait until morning of 6th

Get [Outlook for iOS](#)

---

**From:** Mike Roman <mroman@donaldtrump.com>
**Sent:** Monday, January 4, 2021 11:37:28 PM
**To:** Kenneth Chesebro <kenchesebro@msn.com>
**Subject:** Re: [EXTERNAL]Re: Electors

There are a few from MKE that get in approx 21:00 also.

MR

---

**From:** Kenneth Chesebro <kenchesebro@msn.com>
**Sent:** Monday, January 4, 2021 11:31:40 PM
**To:** Mike Roman <mroman@donaldtrump.com>
**Subject:** Re: [EXTERNAL]Re: Electors


If this timing falls, through, there's a United flight from O'Hare at 6:15 p.m., going nonstop to DCA, arriving 9:03 p.m.

I would be willing to meet the courier at DCA and then take the documents to the staffer at the capitol; it's just a bit late for the staffer.

Ken

---

**From:** Kenneth Chesebro <kenchesebro@msn.com>
**Sent:** Monday, January 4, 2021 11:30 PM
**To:** Mike Roman <mroman@donaldtrump.com>
**Subject:** Re: [EXTERNAL]Re: Electors

For this to work, staffer should leave for O'Hare by 8 a.m. or so.

---

**From:** Kenneth Chesebro <kenchesebro@msn.com>
**Sent:** Monday, January 4, 2021 11:29 PM

PLAINTIFFS_00073021

**To:** Mike Roman <mroman@donaldtrump.com>
**Subject:** Re: [EXTERNAL]Re: Electors

Just have a staffer leave with them early morning, drive to O'Hare, park, and fly to Reagan National.

Take the JetBlue at 11:30 a.m., connecting through Boston, and arriving at DCA at 5:39.

I will be at DCA and get the documents, and meanwhile Troupis or someone else should tell me which Ron Johnson staffer to meet, and where, about 7 p.m.

The staffer should then take the documents to Pence's office in the Capitol, where there should be someone waiting for them.

Make sure everyone has my e-mail and #, 617-895-6196.

Ken

---

**From:** Mike Roman <mroman@donaldtrump.com>
**Sent:** Monday, January 4, 2021 11:24 PM
**To:** Kenneth Chesebro <kenchesebro@msn.com>
**Subject:** Re: [EXTERNAL]Re: Electors

Can we charter a flight? The only available commercial from MKE to DCA arrives at 2130 tomorrow night.

MR

---

**From:** Mike Roman <mroman@donaldtrump.com>
**Sent:** Monday, January 4, 2021 23:17
**To:** Kenneth Chesebro; Matthew Morgan
**Subject:** Re: [EXTERNAL]Re: Electors

They will be coming from Wisconsin.

MR

---

**From:** Kenneth Chesebro <kenchesebro@msn.com>
**Sent:** Monday, January 4, 2021 8:50:47 PM
**To:** Matthew Morgan <mmorgan@donaldtrump.com>; Mike Roman <mroman@donaldtrump.com>
**Subject:** Re: [EXTERNAL]Re: Electors

Mike, I recommend you write Jim Troupis and have him check immediately with Ron Johnson and see if the courier can deliver the documents to a Johnson staff member, who will then take it to Pence's Senate office.

PLAINTIFFS_00073022

Mike, where are the documents? They should be in DC ASAP. Have them delivered to me at Trump International, Room 306, tomorrow morning if that works for a the most sure way to get them here — I could then get them to the Senate staffer.

Get Outlook for iOS

---

**From:** Matthew Morgan <mmorgan@donaldtrump.com>
**Sent:** Monday, January 4, 2021 8:41:23 PM
**To:** Mike Roman <mroman@donaldtrump.com>; Kenneth Chesebro <kenchesebro@msn.com>
**Subject:** Re: [EXTERNAL]Re: Electors

Mike and Ken,

You may need to rethink the backup plan. As I thought about this more, a courier will not be able to access the Capitol to deliver a sealed package. You will probably need to enlist the help of a legislator who can deliver to the appropriate place(s). I strongly recommend you guys discuss a revised delivery plan with Rudy to make sure this gets done the way he wants.

Matt

---

**From:** Mike Roman <mroman@donaldtrump.com>
**Date:** Monday, January 4, 2021 at 5:40 PM
**To:** Matthew Morgan <mmorgan@donaldtrump.com>, Kenneth Chesebro <kenchesebro@msn.com>
**Subject:** Re: [EXTERNAL]Re: Electors

Hey Matt,

All are confirmed except Michigan which is currently "in transit" (it was mailed 15 Dec). The latest update was posted this morning and stated the packages for the Senate President and Archivist were at the DC sorting facility. I am prepared to have an original duplicate sent via courier tomorrow.

MR

---

**From:** Matthew Morgan <mmorgan@donaldtrump.com>
**Sent:** Monday, January 4, 2021 4:55:01 PM
**To:** Kenneth Chesebro <kenchesebro@msn.com>; Mike Roman <mroman@donaldtrump.com>
**Subject:** Re: [EXTERNAL]Re: Electors

Mike,

Ken says that you are in charge of the delivery of Elector slates. The Campaign held a surrogate briefing call earlier today where there was discussion of the Trump Elector slates. Have you been able to confirm that all of the slates have been received by Congress for consideration?

Thank you,

Matt

---

**From:** Kenneth Chesebro <kenchesebro@msn.com>
**Date:** Monday, January 4, 2021 at 3:40 PM

**To:** Matthew Morgan <mmorgan@donaldtrump.com>
**Subject:** Re: [EXTERNAL]Re: Electors

Mike Roman is the guy on top of this.

The only concern is Michigan, and he executed a backup plan on that after checking with me.

I would check with him for the latest.

Get Outlook for iOS

---

**From:** Matthew Morgan <mmorgan@donaldtrump.com>
**Sent:** Monday, January 4, 2021 3:30:47 PM
**To:** Kenneth Chesebro <kenchesebro@msn.com>
**Subject:** Re: [EXTERNAL]Re: Electors

Ken,

The Campaign just held a surrogate briefing call where there was discussion of the Trump Elector slates. Have you been able to confirm that all of the slates have been received by Congress for consideration?

Thank you,

Matt

---

**From:** Kenneth Chesebro <kenchesebro@msn.com>
**Date:** Friday, December 11, 2020 at 10:16 AM
**To:** Joshua Findlay <jfindlay@donaldtrump.com>, Justin Clark <jclark@donaldtrump.com>
**Cc:** Matthew Morgan <mmorgan@donaldtrump.com>, Jason Miller <jmiller@donaldtrump.com>, Nick Trainer <ntrainer@donaldtrump.com>, Boris Epshteyn <bepshteyn@donaldtrump.com>
**Subject:** Re: [EXTERNAL]Re: Electors

Osh,

Oh, great -- thanks for the clarification.

PA sounds difficult. But I wouldn't worry too much if some of the original electors can't make it.

Realistically, if PA's electoral votes ended up being awarded to Trump & Pence due to a Supreme Court ruling and/or legislative action, I would not want to be the person arguing in Congress that several of the electoral votes have to be disregarded because the Governor of the opposite party refused on Dec. 14 to carry out his ministerial duty to sign a draft letter that was handed to him, giving formal notice to the duly appointed electors.

I will now look at all the documents you've sent, though I assume they'll also be reviewed by people in each state.

Ken

---

**From:** Joshua Findlay <jfindlay@donaldtrump.com>
**Sent:** Friday, December 11, 2020 10:06 AM
**To:** Kenneth Chesebro <kenchesebro@msn.com>; Justin Clark <jclark@donaldtrump.com>
**Cc:** Matthew Morgan <mmorgan@donaldtrump.com>; Jason Miller <jmiller@donaldtrump.com>; Nick Trainer

<ntrainer@donaldtrump.com>; Boris Epshteyn <bepshteyn@donaldtrump.com>
**Subject:** Re: [EXTERNAL]Re: Electors

Hi Ken,

It is my understanding from Rudy's team that you are now running point on this. I am happy to hand off what has been done so far. Below is the elector update for the litigation states. I have also attached drafts of voting instructions, ballots, and Certificates of Vote for each state. These documents will need to be reviewed to make sure they conform to state and federal law.

Arizona
Regional Political Director Brian Seitchik is coordinating Arizona. The campaign has spoken with AZGOP Chairwoman Kelli Ward and she is taking the lead on getting electors to the capitol on Monday. Currently, all electors but one are confirmed, and the last elector is trying to move travel plans so he can attend. There are legislators that want to support voting by putting out a statement on Monday. Chairman Ward would like someone to call her Executive Director tomorrow to discuss details for Monday.

Georgia
Regional Political Director Brian Barrett is coordinating Georgia. GAGOP Chairman David Shafer and ED Stewart Bragg are looped in on the event, they but are not taking a lead in whipping electors. The whole Georgia team is so occupied with the Senate race, that we have not yet gotten much action from them other than to commit to hold the vote.

Michigan
Regional Political Director Jon Black is coordinating Michigan. The Michigan Republican Party is making calls to whip the electors. So far the response has been moderate, as some electors do not see the point in holding a vote. Some electors will not likely appear on Monday, but we do not know how many yet. Jon Black would like to hold a call with the campaign and the electors in Michigan to discuss ASAP.

Nevada
Regional Political Director Jeremy Hughes is coordinating Nevada. The NVGOP has committed to holding the vote on Monday and all electors are committed to attend. They will also have alternate electors attend in case anyone does not appear.

Pennsylvania
Regional Political Director Jon Black is coordinating Pennsylvania. Pennsylvania has been the most challenging state so far, with Black reporting that as many as a quarter to a third of the electors may not appear on Monday. The PAGOP Chairman is an elector and he left the state today. Black desperately wants to hold a call with the PA electors and the campaign to convey the importance of this action ASAP.

Wisconsin
Regional Political Director Clayton Henson is coordinating Wisconsin. Wisconsin appears to be the most organized state so far. All of the electors are planning on meeting on Monday at the capitol to cast their votes according to law. Nonetheless, Clayton would like to hold a call with the electors and the campaign today if possible just to make sure everyone is coordinated.

Thanks,

Josh

PLAINTIFFS_00073025

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.

PLAINTIFFS_00073026