# Exhibit 149

PUBLIC VERSION - ORIGINAL FILED PROVISIONALLY UNDER SEAL