# Exhibit 180

**Message**

**From:** Mark Meadows [████████]
**Sent:** 12/6/2020 4:39:40 PM
**To:** Jason Miller [jmiller@donaldtrump.com]
**Subject:** Re: [EXTERNAL]2020-11-20 Chesebro memo on real deadline2.pdf

Got it

Sent from my iPhone

> On Dec 6, 2020, at 4:36 PM, Jason Miller <jmiller@donaldtrump.com> wrote:
>
> Nope, we need the meeting/call - was just letting you know we'd been working the PR angle.
>
> Free to talk whenever you are tomorrow, Chief.
>
>> On Dec 6, 2020, at 4:34 PM, Mark Meadows <████████> wrote:
>>
>> If you are on it then never mind the meeting. We just need to have someone coordinating the electors for states
>>
>> Sent from my iPhone
>>
>>> On Dec 6, 2020, at 4:18 PM, Jason Miller <jmiller@donaldtrump.com> wrote:
>>>
>>> You bet. So you know, Justin and I did on-background calls on this very subject with Maria, Levin, Chuck Todd and Margaret Brennan yesterday (I might be missing 1-2 others).
>>>
>>> Justin - we should just do a national press call tightly focused on this tomorrow, no?
>>>
>>> JM
>>>
>>>> On Dec 6, 2020, at 4:11 PM, Mark Meadows <████████> wrote:
>>>>
>>>> Let's have a discussion about this tomorrow
>>>>
>>>> Sent from my iPhone



Confidential

MM003769
PLAINTIFFS_00003603

<2020-11-20 Chesebro memo on real deadline2.pdf>

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.

Confidential

MM003770
PLAINTIFFS_00003604