# Exhibit 181

Re: WISCONSIN - Re: [EXTERNAL]Re: 2020-11-20 Chesebro memo on real deadline2.pdf

Kenneth Chesebro <kenchesebro@msn.com>
Wed 12/9/2020 6:29 PM
To: Olson, Joseph L (13465) <JLOLSON@michaelbest.com>
Cc: Judge Troupis <judgetroupis@gmail.com>;George Burnett <gb@lcojlaw.com>

In case they delete the CNN.com essay by Van Jones and Larry Lessig.

Archive.is:
https://archive.is/v2Q6d

Google Drive:
https://drive.google.com/file/d/1areOB1Mi06UAe7Y4zltFeNk_CwUB-lvH/view?usp=sharing



Why Pennsylvania should take its time counting votes (opinion) - CNN.pdf
drive.google.com

---

**From:** Kenneth Chesebro <kenchesebro@msn.com>
**Sent:** Wednesday, December 9, 2020 6:24 PM
**To:** Olson, Joseph L (13465) <JLOLSON@michaelbest.com>
**Cc:** Judge Troupis <judgetroupis@gmail.com>; George Burnett <gb@lcojlaw.com>
**Subject:** Re: WISCONSIN - Re: [EXTERNAL]Re: 2020-11-20 Chesebro memo on real deadline2.pdf

Not sure what to make of this, but given Jim's comment that word of the plan to have electors vote on Dec. 14 is circulating, **I'm thinking that the liberals who run the "Take Care" blog which I've cited in my memos, on the Hawaii 1960 incident, may have taken down their blog for now, hoping to keep their analysis from being used against Biden**!

Or it could be an unrelated glitch.

Here's the url, which doesn't seem to work:

https://takecareblog.com/blog/how-to-decide-a-very-close-election-for-presidential-electors-part-2

But fortunately, Google cache has a copy (as of Dec. 3):

https://webcache.googleusercontent.com/search?q=cache:_So5dwrfGvsJ:https://takecareblog.com/blog/how-to-decide-a-very-close-election-for-presidential-electors-part-2+&cd=1&hl=en&ct=clnk&gl=us

Google Cache will probably disappear in a few days, so in the event this isn't a temporary glitch with the website, and they actually are trying to "memory hole" this, I've permanently archived the cache here:
https://archive.is/v2Q6d


Also here (PDF):
https://drive.google.com/file/d/1Kt5RUjVFKmbB_01IFiJcBvctryKMZ5zp/view?usp=sharing

How To Decide A Very Close Election For Presidential Electors: Part 2 | Take Care.pdf
drive.google.com

Ken

---

**From:** Kenneth Chesebro <kenchesebro@msn.com>
**Sent:** Wednesday, December 9, 2020 1:58 PM
**To:** Olson, Joseph L (13465) <JLOLSON@michaelbest.com>
**Cc:** Judge Troupis <judgetroupis@gmail.com>; George Burnett <gb@lcojlaw.com>
**Subject:** Re: WISCONSIN - Re: [EXTERNAL]Re: 2020-11-20 Chesebro memo on real deadline2.pdf

I know there's a lot going on, but someone in the White House, Pence's Senate office (he's the President of the Senate, where there's a copy of everything) needs to supply PDFs asap of the electoral votes submitted in 2016 from all 6 States.

That's all we need as to form.

Also, someone from White House or campaign should give us lists of all electors (including any alternates) from the election in all 6 states -- the actual electors we claim were elected.

Ken

---

**From:** Olson, Joseph L (13465) <JLOLSON@michaelbest.com>
**Sent:** Wednesday, December 9, 2020 1:16 PM
**To:** Kenneth Chesebro <kenchesebro@msn.com>
**Cc:** Judge Troupis <judgetroupis@gmail.com>; George Burnett <gb@lcojlaw.com>
**Subject:** Re: WISCONSIN - Re: [EXTERNAL]Re: 2020-11-20 Chesebro memo on real deadline2.pdf

Chaz and Mark Jefferson already mocked one up. I'll send to this group.

Sent from my iPhone

On Dec 9, 2020, at 12:02 PM, Kenneth Chesebro <kenchesebro@msn.com> wrote:


Oh, you mean the actual papers the electors sign. I see.

I will do a memo on specifics of each state.

But we need an attorney to be our main contact who is in touch with the lead elector and whatever legislators or party operatives who did the paperwork 4 years ago.

What I need ASAP is a list of our electors in each state and copies of the certificates sent in 4 years ago. Pence as president of senate has the latter.

Get Outlook for iOS<https://eur04.safelinks.protection.outlook.com/?url=https%3A%2F%2Faka.ms%2Fo0ukef&amp;data=04%7C01%7C%7C60d2cdcf1ece424fcfae08d89c6e813c%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C637431345709720024%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&amp;sdata=RrrJpsybMVtk87mfDelGe%2B03swEivwZlzGlnUGlTi18%3D&amp;reserved=0>

_____
From: Judge Troupis <judgetroupis@gmail.com>
Sent: Wednesday, December 9, 2020 12:48:27 PM
To: Kenneth Chesebro <kenchesebro@msn.com>
Cc: Joe Olson <jlolson@michaelbest.com>; George Burnett <GB@lcojlaw.com>
Subject: Re: WISCONSIN - Re: [EXTERNAL]Re: 2020-11-20 Chesebro memo on real deadline2.pdf

Ken,
I think what they want is us to draft the ballot for them to vote with, the mailing instructions, words for the meeting, timing of meeting, where the meeting must take place etc. So that they each do it exactly right under the Federal law or state law if it is different.
Jim

On Wed, Dec 9, 2020 at 11:40 AM Kenneth Chesebro <kenchesebro@msn.com<mailto:kenchesebro@msn.com>> wrote:
Oh, absolutely!!!

Just have Rudy or someone tell the other states to send me a draft of either the next thing they plan to file, and where they want to insert a paragraph and footnote on timing, and I can adapt our material to suit!

Or, if they want to file some sort of notice just updating the court, that's fine too.

Bottom line is to get across that Trump and pence concur with Wisconsin wec, and Ginsburg, and Tribe, that Jan 6 is real deadline. Will force other side to take a position.

Tribe is crowing about safe harbor. It'd be nice if Trump or at least Ellis would retweet this:

https://eur04.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2Fbadgerpundit%2Fstatus%2F1336387791383638018%3Fs%3D21&amp;data=04%7C01%7C%7C60d2cdcf1ece424fcfae08d89c6e813c%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C637431345709730019%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&amp;sdata=VoZlFtqYLhGe%2B5hQSNt%2Fjbzeu7HLO8ZJGpxRfS6D%2Fs0%3D&amp;reserved=0<https://eur04.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2Fbadgerpundit%2Fstatus%2F1336387791383638018%3Fs%3D21&amp;data=04%7C01%7C%7C60d2cdcf1ece424fcfae08d89c6e813c%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C637431345709730019%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&amp;sdata=VoZlFtqYLhGe%2B5hQSNt%2Fjbzeu7HLO8ZJGpxRfS6D%2Fs0%3D&amp;reserved=0>

Get Outlook for iOS<https://eur04.safelinks.protection.outlook.com/?url=https%3A%2F%2Faka.ms%2Fo0ukef&amp;data=04%7C01%7C%7C60d2cdcf1ece424fcfae08d89c6e813c%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C637431345709730019%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&amp;sdata=PU5TGoM0YrWjpLFmUwlvnLclVnJqYBzsQWVYED5eUeE%3D&amp;reserved=0>

_____

From: Judge Troupis <judgetroupis@gmail.com<mailto:judgetroupis@gmail.com>>
Sent: Wednesday, December 9, 2020 12:20:15 PM
To: Kenneth Chesebro <kenchesebro@msn.com<mailto:kenchesebro@msn.com>>; Joe Olson <jlolson@michaelbest.com<mailto:jlolson@michaelbest.com>>; George Burnett <GB@lcojlaw.com<mailto:GB@lcojlaw.com>>
Subject: Fwd: WISCONSIN - Re: [EXTERNAL]Re: 2020-11-20 Chesebro memo on real deadline2.pdf

Ken and All,
For reasons that may be obvious--we do not want this screwed up as that could doom our S. Crt. case--KEN--would you be able to do this for the other States? Joe--or you?
Jim T.

---------- Forwarded message ---------
From: Boris Epshteyn <bepshteyn@donaldtrump.com<mailto:bepshteyn@donaldtrump.com>>
Date: Wed, Dec 9, 2020 at 11:17 AM
Subject: WISCONSIN - Re: [EXTERNAL]Re: 2020-11-20 Chesebro memo on real deadline2.pdf
To: Judge Troupis <judgetroupis@gmail.com<mailto:judgetroupis@gmail.com>>, Christina Bobb <christina@cgbstrategies.com<mailto:christina@cgbstrategies.com>>


Judge, hope all is well! Question per Mayor - do you think you could prepare a sample elector ballot for Wisconsin?

If the answer is yes, how would you feel about preparing same sample ballots for PA, Georgia, Michigan, AZ, Nevada and New Mexico?

If that's difficult, we can have counsels in those states do it.

Thank you!

Best,


Boris Epshteyn

Strategic Advisor

Donald J. Trump for President, Inc.

Cell: (609) 529 - 9982<tel:(609)%20529%20-%209982>

--
Please Note: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use.

On Dec 7, 2020, at 8:52 PM, Judge Troupis <judgetroupis@gmail.com<mailto:judgetroupis@gmail.com>> wrote:


Boris,
Here are two memo's I had prepared for me on appointing a second slate of electors in Wisconsin. There is no need for the legislators to act. The second slate just shows up at noon on Monday and votes and then transmits the results. It is up to Pence on Jan 6 to open them.
'Our strategy, which we believe is replicable in all 6 contested states, is for the electors to meet and vote so that an interim decision by a Court to certify Trump the winner can be executed on by the Court ordering the Governor to issue whatever is required to name the electors. The key nationally would be for all six states to do it so the election remains in doubt until January. But, if you let the 14th pass without Trump electors meeting and voting and transmitting, no Court can change the outcome. You must have electors meet and vote and transmit on the 14th.

Important: NOTE that Van Jones at CNN agrees with this because he intended to have the Democrats do exactly what we are talking about had they not been certified in PA. (There is a link to the article.) This is not just a Republican fantasy. Van Jones and I believe Larry Tribe at Harvard have both opined and come to the same conclusion.

Of course, before you get out a limb with this I would ask you make sure to have other attorneys or friendly professors review our work here and confirm that what we are planning to do is not without support.

If you take it further, you will want to have a discussion with, or have others review this, with Ken Chesebro on our team.

I hope Rudy is ok. Give him my best.

Jim

On Mon, Dec 7, 2020 at 7:24 PM Boris Epshteyn <bepshteyn@donaldtrump.com<mailto:bepshteyn@donaldtrump.com>> wrote:




Best,



Boris Epshteyn


Strategic Advisor


Donald J. Trump for President, Inc.


Cell: (609) 529 - 9982<tel:(609)%20529%20-%209982>

--
Please Note: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use.
CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.
<2020-11-18 Chesebro memo on real deadline.pdf>
<2020-12-06 Chesebro memo on Trump electors voting on Dec 14.pdf>
CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the

individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.

Email Disclaimer

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately and delete the original message and any copy of it from your computer system. If you have any questions concerning this message, please contact the sender.

===========================