# Exhibit 182



10:31

Done

JT

# Jim Troupis

**call** | video | mail | **info**

Send My Current Location

Share My Location

Show in Shared with You  🟢

Content shared in this conversation will appear in selected apps. Pins will always show. Learn more...

Hide Alerts  ⚪

Send Read Receipts  🟢

**Links**                                See All

Jesse Watters...

**Jonathan Turley**
twitter.com

Timeline: False Alternate Slat...
justsecurity.org

PLAINTIFFS_0007920

10:35

< 240    JT    Jim >

Dec 6, 2020, 9:22 PM

Thanks. I will soon get Memo and will get it in.

Jim, I am about to send you a 6-page memo on having all Trump electors in all 6 contested states vote Dec 14. I think Justin Clark should have it ASAP. Okay if I copy him on my email to you? That way you're not endorsing it — though I'm confident it's valuable input.

Dec 7, 2020, 8:25 AM

Ken Plese send me yet again your additions to Laches. I fear folks in Milwaukee have badly dropped the ball.

Oh, yeah.

Just sent

You must be exhausted

Subject

Text Message

PLAINTIFFS_0072949

10:35

< 240    JT
Jim >

You must be exhausted

Dec 7, 2020, 4:49 PM

Jim, can you send my Dec 6 memo to Justin Clark, or okay me sending it to Bill Bock, so he can send it to Clark and others? Messaging on Jan 6 as real date is key. Fed case has much better shot if Bill can note Jan 6 is real date.

Just emailed memo to you again

I have sent it to the White House this afternoon. The real decision makers.

Great.

I also gave it to Reince so he might talk with the President

Do the people in the WH understand how Pence could

Subject

Text Message

  

10:35

240

JT

Jim

Do the people in the WH understand how Pence could use his position as President of the Senate to at least for a time stop the count at 12-to-0 in Trump's favor and force the Dems to face the argument that the Electoral Count Act is in at least some respects unconstitutional? I can sketch that for you in an email so you can run it by then, and then follow with a memo if warranted. I guess Pence is playing things cautiously, but there is a very defensible, technical way he could throw a wrench in the count to buy more time.

Dec 8, 2020, 8:49 AM

Wow. Given evidence that China might have been involved in rigging the election I'd love to see a debate in Jan in which this video is played.

 

Subject

Text Message 

PLAINTIFFS_0072951