# Exhibit 184

 Gmail                                             David Shafer  David Shafer Email Address

## URGENT -- National Trump-Pence campaign asked me to contact you to coordinate Dec. 14 voting by Georgia electors

**Kenneth Chesebro** <kenchesebro@msn.com>                    Thu, Dec 10, 2020 at 11:44 PM
To: David Shafer Email Address
Cc: "treasurer@gagop.com" <treasurer@gagop.com>, "carolynfishergop@gmail.com" <carolynfishergop@gmail.com>, "assistanttreasurer@gagop.com" <assistanttreasurer@gagop.com>

Mr. Shafer,

This follows up on my e-mail of earlier today, with an update, and with draft documents that may be of use.

I spoke this evening with Mayor Guiliani, who is focused on doing everything possible to ensure that that all the Trump-Pence electors vote on Dec. 14. He is hopeful that the Georgia electors will go along with this strategy.

As background, I attach **my Nov. 18 memo** sketching the upside of this strategy, and, **my Dec. 9 memo** on the practical logistics, including the issues raised by state-law provisions regarding the Electoral College.

Also attached is a draft of the Certificate that might be used on Dec. 14, along with forms to use in filling vacancies, if any might arise. I drafted these documents based in part on the Electoral College documents filed by Georgia in 2016 (copy here).

Also attached is a draft memo that could be mailed with the Certificates.

In terms of logistics, what's key is for the electors to assemble at the appointed time, and each personally sign the six (6) duplicate originals, and enclose each of them in an internal envelope, which will be tightly sealed, and labeled outside something like:

**"ELECTORAL VOTES OF THE STATE OF GEORGIA
FOR PRESIDENT AND VICE PRESIDENT OF THE UNITED STATES."**

This is the envelope that will then be opened only by the President of the Senate on January 6.

Then, the four mailing envelopes would be addressed with the addresses I've listed in the memo.

Pretty simple!

Note: the items I've listed on the memo as sent by Registered Mail need to be sent by **REGISTERED** (not certified) mail, which is required by the statute. Certified mail didn't exist in the 1940s when the relevant statute was enacted. The Bush team almost messed up on this in 2000!

Please don't hesitate to contact me, 24/7, at [redacted], if I can be of any help.

Ken

P.S.: I am copying on this e-mail two more electors who are GA GOP officers, as I realize you must be juggling a great deal, and might not be able to personally respond within a short timeframe.

---

**From:** Kenneth Chesebro
**Sent:** Thursday, December 10, 2020 5:55 PM
**To:** David Shafer Email Address
**Cc:** treasurer@gagop.com <treasurer@gagop.com>
**Subject:** URGENT -- National Trump-Pence campaign asked me to contact you to coordinate Dec. 14 voting by Georgia electors

AUTHENTICATED U.S. GOVERNMENT INFORMATION GPO
Document ID: 108754-0001 000004
Confidential                                                                    PLAINTIFFS_00002578

Mr. Shafer,

I'm one of the lawyers handling the state-court litigation in Wisconsin where, as you may have heard, we plan to have the Trump-Pence electors cast their votes on Monday, Dec. 14.

Confidentially, so you can understand how we're messaging it, below is a draft press release, which would be released only after we file papers in the WI Supreme Court (following an expected loss in the lower court), which we expect to do Saturday.

**Several people with the Trump campaign,** including Justin Clark and Nick Trainer, supplied your contact info and **asked me to help coordinate with the other 5 contested States,** to help with logistics of the electors in other States hopefully joining in casting their votes on Monday.

I'd appreciate if you or someone else on your Georgia team could get in touch with me as soon as possible. I have two memos explaining the rationale for the electors voting on Monday, and I am preparing drafts of the documents that the electors in Georgia could sign to effect their votes, in case that would be helpful as a start.

Call or write anytime, night or day.

Sincerely,

Ken Chesebro

Kenneth Chesebro

kenchesebro@msn.com
(Admitted in CA, FL, IL, MA, NJ, NY, and TX)

https://www.linkedin.com/in/ken-chesebro

xxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**Proposed Jim Troupis Statement on Electors' Meeting**

As the legal proceedings arising from the November 3 presidential election continue to work their way through the Wisconsin court system, I have advised the Republican Party of Wisconsin to convene a separate Republican electors' meeting and have the Trump-Pence electors cast their votes at the Wisconsin State Capitol on December 14.

Of course, there is precedent for such a meeting. Democrat electors pledged to John F. Kennedy convened in Hawaii in 1960, at the same time as Republicans, even though the Governor had certified Richard Nixon

as the winner. In the end, the State's electoral votes were awarded to President Kennedy, even though he did not win the state until 11 days after his electors cast their votes.

The legitimacy and good sense of two sets of electors meeting on December 14 to cast competing votes for President and Vice President, with the conflict to be later sorted out by the courts and Congress, was pointed out by prominent Democrat activists Larry Lessig and Van Jones in an essay published last month on CNN.com.

Given that the results in Wisconsin are still in doubt, with legal arguments that have yet to be decided, just as the Democrat electors met in Hawaii in 1960 while awaiting a final resolution of that State's vote, so too the Republican electors should meet this year on December 14 as we await a final resolution in Wisconsin.

4 attachments

- 2020-11-18 Chesebro memo on real deadline -- streamlined dec 10.pdf
  81K
- 2020-12-09 Chesebro memo on Dec 14 requirements for electoral votes.pdf
  76K
- GA -- Dec 10 -- draft of certificate of Georgia Trump-Pence electors.docx
  19K
- GA -- Dec 10 draft of cover memo to be enclosed with certificates.docx
  15K

Document ID: 108754.0001 000006
Confidential
PLAINTIFFS_00002580