# Exhibit 185

**From:** Thomas W King III
**Subject:** Fwd: PA electoral votes -- draft Certificates & cover memo
**Date:** December 10, 2020 at 11:03 PM
**To:** Vonne Andring, Lawrence Tabas, Lawrence Tabas

REDACTED

Get Outlook for iOS

**From:** Kenneth Chesebro
**Sent:** Thursday, December 10, 2020 10:03 PM
**To:** Thomas W King III
**Subject:** Re: PA electoral votes -- draft Certificates & cover memo

Mr. King,

Attached are the Certificates (with papers for filling in vacancies), I've drafted relevant to Pennsylvania, plus a cover memo that could be mailed with the Certificates.

In terms of logistics, what's key is for the electors to assemble at the appointed time, and each personally sign the six (6) duplicate originals, make a copy of one of them (to convert to a PDF to circulate), and enclose each of them in an internal envelope, which will be tightly sealed, and labeled outside something like:

"ELECTORAL VOTES OF THE COMMONWEALTH OF PENNSYLVANIA
FOR PRESIDENT AND VICE PRESIDENT OF THE UNITED STATES."

This is the envelope that will then be opened only by the President of the Senate on January 6.

Then, the four mailing envelopes would be addressed with the addresses I've listed in the memo.

Pretty simple!

Note: the items I've listed on the memo as sent by Registered Mail need to be sent by REGISTERED (not certified) mail. Certified mail didn't exist in the 1940s when the relevant statute was enacted. The Bush team almost messed up on this in 2000!

I talked with evening with Mayor Guiliani. He understands the potential hurdle posed by the statute requiring that Gov. Wolf give notice to any substitute electors, and he indicated he will make efforts to encourage all 20 Pennsylvania electors to do what they can to make it to the meeting.

But, as a precaution, I've taken the liberty of drafting papers to use to fill in vacancies, and give notice to Governor Wolf, at the end of the Certificate draft. No downside to trying to fill the vacancies, if one or more electors are unable to make it!

Ken


Kenneth Chesebro
25 Northern Avenue, # 1509
Boston, MA 02210

(Admitted in CA, FL, IL, MA, NJ, NY, and TX)

https://www.linkedin.com/in/ken-chesebro


**From:** Kenneth Chesebro
**Sent:** Thursday, December 10, 2020 7:04 PM
**To:**
**Subject:** PA electoral votes -- the 2 m...





Hello, here are the 2 memos I just mentioned:

Nov. 18, laying out the basic rationale for the electors voting on Dec. 14; and

Dec. 9, with more on the logistics, including in Pennsylvania.

Within an hour I should be finished with a draft Certificate which the 20 electors would sign, a cover memo with the addresses to which the 6 duplicate original Certificates would be sent, and forms for filling vacancies & alerting the Governor of the substitutions.

One quick question, though: was the PA GOP required to identify the 20 electors previously? If not, perhaps you could simply list only those who can show up Monday.

Ken

PA -- Dec 10 --      PA -- Dec 10
draft of...rs.docx   draft of...s.docx

Confidential

PLAINTIFFS_00002697