# Exhibit 186

Re: [EXTERNAL]Re: Electors

Justin Clark <jclark@donaldtrump.com>
Thu 12/10/2020 12:12 PM
To:Kenneth Chesebro <kenchesebro@msn.com>
Cc:Boris Epshteyn <bepshteyn@donaldtrump.com>;Matthew Morgan <mmorgan@donaldtrump.com>

The RNC regional political directors

On Dec 10, 2020, at 12:06 PM, Kenneth Chesebro <kenchesebro@msn.com> wrote:

Hi, "RPD"?

FYI, half an hour ago I spoke to Greg Safsten in Arizona, to explain to him the logic of the electors voting.

I will shortly write him and send him the attached background materials -- my Dec. 9 memo on logistics, and also a streamlined, sanitized version of my Nov. 18 memo (I've removed early refererences to Wisconsin, and privileged discussion of legal strategy), and also have added a few hyperlinks).

I attach that sanitized memo.

These 2 memos should be enough to get state officials up to speed on the rationale for electors voting on Monday, without divulging anything that perhaps should be kept more guarded (such as some of the ideas in my Dec. 6 memo).

Should I copy all of you on my e-mail to Greg?

Ken

**From:** Justin Clark <jclark@donaldtrump.com>
**Sent:** Thursday, December 10, 2020 11:26 AM
**To:** Kenneth Chesebro <kenchesebro@msn.com>; Boris Epshteyn <bepshteyn@donaldtrump.com>; Matthew Morgan <mmorgan@donaldtrump.com>
**Subject:** Fwd: [EXTERNAL]Re: Electors

+ Matt Morgan and Nick Trainer.

Nick has been working with the RPD's on these folks. He can send the list.

Begin forwarded message:

**From:** Kenneth Chesebro <kenchesebro@msn.com>
**Date:** December 10, 2020 at 10:45:40 AM EST
**To:** Boris Epshteyn <bepshteyn@donaldtrump.com>, Justin Clark <jclark@donaldtrump.com>
**Cc:** Judge Troupis <judgetroupis@gmail.com>
**Subject: [EXTERNAL]Re: Electors**

Mr. Epshteyn and Mr. Clark:

I'm following up on Jim's e-mail.

Attached is a memo I sent Jim yesterday, summarizing what needs to be done in each of the 6 contested States in order to perfect the electoral votes, so Trump and Pence have at least a theoretical possibilty of flipping the States in Congress beginning January 6 (if the electors don't vote on Dec. 14, the most that could be obtained is subtracting the electoral votes from Biden's column).

What we need, so paperwork can be prepared, **as soon as possible** is a 100% accurate list of all the Trump-Pence electors that were on the ballot in the other 5 States besides WI.

Once I have that, I can prepare Word files for each State that can be a first draft of what the electors will sign, and of what cover letters they use to mail the signed certificates to the four places they must go (under federal law).

Of course, it would be preferable if someone in each of the 5 States could handle the paperwork, but I am happy to do drafts so people will have something to start with if it helps.

Anyone in the States involved who needs a handy benchmark can look up the certificates signed 4 years ago, on the National Archives website, here:

https://www.archives.gov/electoral-college/2016

Also attached as a draft of what the WI electors will sign.

Thanks for any help you can provide, though I realize everyone is juggling a lot 24/7!

Ken


Kenneth Chesebro
25 Northern Avenue, # 1509
Boston, MA  02210
(617) 895-6196
kenchesebro@msn.com
(Admitted in CA, FL, IL, MA, NJ, NY, and TX)

https://www.linkedin.com/in/ken-chesebro

---

**From:** Judge Troupis <judgetroupis@gmail.com>
**Sent:** Thursday, December 10, 2020 10:06 AM
**To:** Kenneth Chesebro <kenchesebro@msn.com>
**Cc:** Boris Epshteyn <bepshteyn@donaldtrump.com>; Justin Clark <jclark@donaldtrump.com>
**Subject:** Electors

Ken,
Please talk directly with Boris and others on the Electors. I will have no time today given our hearing.
I would suggest Boris/Justin Clarke set a conference call among the lawyers/others who will handle it in their respective States where you can walk them through what they must do. There is not time for multiple calls.
Thanks
Jim

Sent from my iPhone

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.
<2020-11-18 Chesebro memo on real deadline -- streamlined dec 10.pdf>
<2020-12-09 Chesebro memo on Dec 14 requirements for electoral votes.pdf>

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.