# Exhibit 195

**From:** Tim Murtaugh[tmurtaugh@donaldtrump.com]
**Sent:** Thur 10/15/2020 7:03:34 PM (UTC)
**To:** Lerman, Rachel[Rachel.Lerman@washpost.com]
**Subject:** Re: [EXTERNAL]WashPost inquiry, suspended tweet

It was our main campaign account @TeamTrump.

---

**From:** Lerman, Rachel <Rachel.Lerman@washpost.com>
**Sent:** Thursday, October 15, 2020 2:59:23 PM
**To:** Tim Murtaugh <tmurtaugh@donaldtrump.com>
**Subject:** Re: [EXTERNAL]WashPost inquiry, suspended tweet

Thanks Tim. Just so I'm clear, it was the campaign's account that was locked, not the president's right?

—

Rachel Lerman
Washington Post technology reporter
360-931-9679

---

**From:** Tim Murtaugh <tmurtaugh@donaldtrump.com>
**Sent:** Thursday, October 15, 2020 11:51 AM
**To:** Lerman, Rachel <Rachel.Lerman@washpost.com>
**Subject:** RE: [EXTERNAL]WashPost inquiry, suspended tweet

**CAUTION: EXTERNAL SENDER**

You can attribute to me:

"This is election interference, plain and simple. For Twitter to lock the main account of the campaign of the President of the United States is a breathtaking level of political meddling and nothing short of an attempt to rig the election. Joe Biden's Silicon Valley pals are aggressively blocking negative news stories about their guy and preventing voters from accessing important information. This is like something from communist China or Cuba, not the United States of America."

---

**From:** Lerman, Rachel <Rachel.Lerman@washpost.com>
**Sent:** Thursday, October 15, 2020 2:47 PM
**To:** Tim Murtaugh <tmurtaugh@donaldtrump.com>
**Subject:** [EXTERNAL]WashPost inquiry, suspended tweet

Hi Tim,

I'm writing a story today about how the President shares campaign videos that later get

removed because of Twitter policy violations. I know there was a campaign tweet yesterday that Twitter told the campaign it needed to remove. Any comment here I can include?

Thank you,
Rachel

—

Rachel Lerman
Washington Post technology reporter
360-931-9679

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.