# Exhibit 201

Message (Digitally Signed)

**From:**

**Sent:**     1/6/2021 2:49:08 PM

**To:**

**CC:**

**Subject:**    Re: CSD Activity Log #2

**Attachments:**  smime.p7s

As of 0930 hours there are approximately close to 25,000 + people between The Ellipse Site at UD Post <u>215 on Constitution Ave.</u> and the Washington Monument. Members of the crowd are wearing body armor, carrying radio equipment and possibly OC spray and/or plastic riot shields. CSD teams will continue to monitor all crowds in the area of the White House zone.

Sent from my iPhone


On Jan 6, 2021, at 7:58 AM, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:


Good morning, at this time there are approximately 10,000 plus in line waiting to go through the Main Magnetometers for the POTUS Ellipse Site at UD▮▮▮▮▮ on Constitution Ave. Some members of the crowd are wearing ballistic helmets, body armor carrying radio equipment and military grade backpacks. CSD teams will continue to monitor all crowds in the area of the White House zone. No civil disobedience at this time.

Counter Surveillance Division

