# Exhibit 221

**Messages exported from: Kylie Jane Kremer (+**█████████**)**
**With: Group Chat: Mommagrizzly [Chairman, Women For Trump] (**████████**     James Lyle (**███████**     Matt McCleskey**
11/1/20, 12:00 AM to 1/8/21, 11:59 PM
PDF created with Decipher TextMessage (deciphertools.com)

**1/8/21, 7:07 PM (Viewed 1/8/21, 7:09 PM)**

Charles Bowman ██████

Ok, check it now. Should be back 🔄

**1/8/21, 6:54 PM (Viewed 1/8/21, 6:56 PM)**

Dustin Stockton ███████

This is in anticipation of declassification

**1/8/21, 6:53 PM (Viewed 1/8/21, 6:56 PM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Parler has been shut down

**1/8/21, 6:45 PM (Viewed 1/8/21, 6:50 PM)**

Jennifer Lawerence ████████

Cheesecake Factory

**1/8/21, 6:44 PM (Viewed 1/8/21, 6:50 PM)**

Jennifer Lawerence ████████

If you are in DC and want dinner text me (Jen) your order

**1/8/21, 6:22 PM (Viewed 1/8/21, 6:32 PM)**

Dustin Stockton ███████

I don't know how long I'll be allowed on social media. I would be honored to have you join me at mission.substack.com

**1/8/21, 6:16 PM (Viewed 1/8/21, 6:17 PM)**

Dustin Stockton ███████

Loved "Safe travels, Jeff!! Thanks for the tips on taking photos ... they're all the difference now. Great working with you.

Be safe, brother! #CaliBoys "

**1/8/21, 4:56 PM (Viewed 1/8/21, 4:58 PM)**

Jeff Rainforth ████████

Liked "Safe travels, Jeff!! Thanks for the tips on taking photos ... they're all the difference now. Great working with you.

Be safe, brother! #CaliBoys "

**1/8/21, 4:55 PM (Viewed 1/8/21, 4:56 PM)**

Trey Nutall ████████

Safe travels, Jeff!! Thanks for the tips on taking photos ... they're all the difference now. Great working with you.

Be safe, brother! #CaliBoys

**1/8/21, 4:54 PM (Viewed 1/8/21, 4:56 PM)**

Jeff Rainforth ████████

Laughed at "Jeff, whatever you do, don't sing the national anthem on boars at the gate. You'll be removed from the aircraft. "

**1/8/21, 4:53 PM (Viewed 1/8/21, 4:56 PM)**

Jeff Rainforth ████████

Liked "Safe travels bud!"

**1/8/21, 4:53 PM (Viewed 1/8/21, 4:56 PM)**

Jeff Rainforth ████████

Liked "Safe Travels. Great working with you!"

KKremer4064

**1/8/21, 4:53 PM (Viewed 1/8/21, 4:56 PM)**

Vinny ▮▮▮▮▮

Board **

**1/8/21, 4:53 PM (Viewed 1/8/21, 4:56 PM)**

Vinny ▮▮▮▮▮

Jeff, whatever you do, don't sing the national anthem on boars at the gate. You'll be removed from the aircraft.

**1/8/21, 4:52 PM (Viewed 1/8/21, 4:56 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

Safe travels bud!

**1/8/21, 4:52 PM (Viewed 1/8/21, 4:56 PM)**

Greg Kurbatroff ▮▮▮

Safe Travels. Great working with you!

**1/8/21, 4:52 PM (Viewed 1/8/21, 4:56 PM)**

Bay Cagle ▮▮▮

Loved "Great working with everyone! I'm Cali bound! Stay motivated! 🍾🔫🇺🇸😎"

**1/8/21, 4:52 PM (Viewed 1/8/21, 4:56 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

Loved "Great working with everyone! I'm Cali bound! Stay motivated! 🍾🔫🇺🇸😎"

**1/8/21, 4:52 PM (Viewed 1/8/21, 4:56 PM)**

Jeff Rainforth ▮▮▮▮

Great working with everyone! I'm Cali bound! Stay motivated! 🍾🔫🇺🇸😎

**1/8/21, 2:42 PM (Viewed 1/8/21, 2:43 PM)**

Vinny ▮▮▮▮

As an Aitline Captain, and Amy being a former Lead Flight Attendant, we both know that is not the announcement that should've been made by the Captain. He lacks the prerequisite "people skills" to handle this type of scenario. Airlines have lost all sense of customer service skills. Under a biden administration, the entire nation will be disrespected in a similar fashion.

Our fight for survival must and will continue!

KKremer4065

**1/8/21, 2:40 PM**

Pastor Greg Locke [TN] ███████

Holy moly. That's crazy.

**1/8/21, 2:39 PM**

Keri (Morgan) Warner ███████

**1/8/21, 2:39 PM**

Keri (Morgan) Warner ███████

People chanting usa usa and fight for trump during taxing and pilot now threatened everyone to behave

**1/8/21, 1:59 PM**

Charles Bowman ███████

Loved "https://youtu.be/fAo-rWoTJug"

**1/8/21, 1:55 PM (Viewed 1/8/21, 1:56 PM)**

Vinny ███████

**1/8/21, 1:55 PM (Viewed 1/8/21, 1:56 PM)**

Vinny ███████

**1/8/21, 1:55 PM (Viewed 1/8/21, 1:56 PM)**

Vinny ███████

**1/8/21, 1:55 PM (Viewed 1/8/21, 1:56 PM)**

Vinny ███████

https://youtu.be/fAo-rWoTJug
(Sent with URL)

**1/8/21, 1:55 PM (Viewed 1/8/21, 1:56 PM)**

Vinny ███████

I've heard GITMO has some new bed space available...

**1/8/21, 1:21 PM**

Kylie Jane Kremer (+███████

Wow

**1/8/21, 1:21 PM**

James Lyle ███████

Loved a movie

**1/8/21, 1:20 PM (Viewed 1/8/21, 1:21 PM)**

Keri (Morgan) Warner ███████

Lindsey Graham at DCA

**1/8/21, 1:20 PM (Viewed 1/8/21, 1:21 PM)**

Keri (Morgan) Warner ███████

**1/8/21, 10:48 AM (Viewed 1/8/21, 10:51 AM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Liked "I gave receipts to Kylie when we were in DC on 12 "

**1/8/21, 10:47 AM (Viewed 1/8/21, 10:51 AM)**

Ray March ███████

I phone wires for Don. $47

**1/8/21, 10:47 AM (Viewed 1/8/21, 10:51 AM)**

Ray March ███████

I gave receipts to Kylie when we were in DC on 12

3

KKremer4066

1/8/21, 10:46 AM (Viewed 1/8/21, 10:51 AM)

Mommagrizzly [Chairman, Women For Trump] ███████

*wire transfer

1/8/21, 10:45 AM (Viewed 1/8/21, 10:51 AM)

Mommagrizzly [Chairman, Women For Trump] ███████

All,
If you have any expenses you need yo be reimbursed, you need to get them to me today.

I cannot reimburse without actual receipts, so please send me the receipts as well as an
itemized list with total amount.

I also need the following information to send a wore transfer:

Name:
Address:
Bank Name:
Bank Address:
Bank Routing Number:
Bank Account Number:

1/8/21, 8:25 AM (Viewed 1/8/21, 10:27 AM)

Mommagrizzly [Chairman, Women For Trump] ███████

Loved "Trump Train is home finally. Thank you to my new family! This fight has only begun..."

1/8/21, 8:13 AM (Viewed 1/8/21, 10:27 AM)

Vinny ███████

Trump Train is home finally. Thank you to my new family! This fight has only begun...

1/7/21, 11:12 PM (Viewed 1/7/21, 11:28 PM)

Vinny ███████

https://t.co/csX07ZVWGe
(Sent with URL)

1/7/21, 9:59 PM (Viewed 1/7/21, 10:02 PM)

James Lyle ███████

Loved "You all are amazing! If anyone needs a photographim at any point please don't
hesitate to reach out.

Jonathan Williams
███████████████"

1/7/21, 9:53 PM (Viewed 1/7/21, 10:02 PM)

Katie Cagle ███████

Loved "Goodnight all. "

1/7/21, 9:36 PM (Viewed 1/7/21, 9:44 PM)

Scott Johnston ███████

Loved "You all are amazing! If anyone needs a photographim at any point please don't
hesitate to reach out.

Jonathan Williams
███████████████"

1/7/21, 9:36 PM (Viewed 1/7/21, 9:44 PM)

Jonathan Williams ███████

You all are amazing! If anyone needs a photographim at any point please don't hesitate to
reach out.

Jonathan Williams
███████████████

1/7/21, 9:34 PM (Viewed 1/7/21, 9:35 PM)

Jennifer Lawerence ███████

My bag is in there

4

KKremer4067

Vinny ▮▮▮▮▮

**1/7/21, 9:34 PM**

Vinny ▮▮▮▮▮

**1/7/21, 9:34 PM**

Hold on...

Jeff Rainforth ▮▮▮▮▮

**1/7/21, 9:34 PM**

Liked "Goodnight all. "

Jeff Rainforth ▮▮▮▮▮

**1/7/21, 9:34 PM**

Laughed at "I am no longer impressed that Nicolas Cage stole the Declaration of Independence "

Jeff Rainforth ▮▮▮▮▮

**1/7/21, 9:34 PM**

Liked "All clear. "

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

**1/7/21, 9:33 PM (Viewed 1/7/21, 9:34 PM)**

Goodnight all.

Trey Nutall ▮▮▮▮▮

**1/7/21, 9:30 PM**

Liked "Thank you"

James Lyle ▮▮▮▮▮

**1/7/21, 9:29 PM (Viewed 1/7/21, 9:30 PM)**

I am no longer impressed that Nicolas Cage stole the Declaration of Independence

Keri (Morgan) Warner ▮▮▮▮▮

**1/7/21, 9:17 PM (Viewed 1/7/21, 9:19 PM)**

Thank you

Trey Nutall ▮▮▮▮▮

**1/7/21, 9:16 PM**

All clear.

Jeff Rainforth ▮▮▮▮▮

**1/7/21, 8:55 PM (Viewed 1/7/21, 8:56 PM)**

Possible bomb threat.

Vinny ▮▮▮▮▮

**1/7/21, 5:26 PM (Viewed 1/7/21, 5:29 PM)**

She said nothing of consequence. She made a blanket statement. "Peaceful transition" echoing Trump's earlier statement. Just when we think we know what's happened, POTUS pulls another rabbit out from his hat.

Fasten your seat belt!

Keri (Morgan) Warner ▮▮▮▮▮

**1/7/21, 5:24 PM (Viewed 1/7/21, 5:26 PM)**

Keri (Morgan) Warner ▮▮▮▮▮

**1/7/21, 5:24 PM (Viewed 1/7/21, 5:26 PM)**

https://twitter.com/whitehouse/status/1347306600462045185?s=21
(Sent with URL)

KKremer4068

**1/7/21, 1:05 PM (Viewed 1/7/21, 1:06 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Laughed at "Amy, do you have a Life Alert button? "

**1/7/21, 1:00 PM**

Jeff Rainforth ███████

Amy, do you have a Life Alert button?

**1/7/21, 12:59 PM**

Vinny ███████

Trump Train is in Virginia headed south

**1/7/21, 12:59 PM**

Pastor Greg Locke [TN] ███████

**1/7/21, 12:59 PM**

Pastor Greg Locke [TN] ███████

https://twitter.com/pastorlocke/status/1347237436502503428?s=21
(Sent with URL)

**1/7/21, 12:59 PM**

Jennifer Lawerence ███████

I can't

**1/7/21, 12:59 PM**

Jennifer Lawerence ███████

Hahahahaha

**1/7/21, 12:58 PM (Viewed 1/7/21, 12:59 PM)**

Keri (Morgan) Warner ███████

Sorry not in hotel someone help her haha

**1/7/21, 12:58 PM (Viewed 1/7/21, 12:59 PM)**

Keri (Morgan) Warner ███████

Laughed at "Someone pls come let me out of my bathroom. I'm locked in here"

**1/7/21, 12:57 PM (Viewed 1/7/21, 12:58 PM)**

Will Hulsey Hulsey ███████

Lol

**1/7/21, 12:56 PM (Viewed 1/7/21, 12:58 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Someone pls come let me out of my bathroom. I'm locked in here

**1/7/21, 12:37 PM (Viewed 1/7/21, 12:45 PM)**

James Lyle ███████

They need to come have them removed

**1/7/21, 12:20 PM (Viewed 1/7/21, 12:26 PM)**

Vinny ███████

From campaign advance:

███████ this is the gentleman's contact. He is on the way to the Willard now.

**1/7/21, 10:56 AM (Viewed 1/7/21, 11:02 AM)**

Dustin Stockton ███████

Loved an attachment

KKremer4069

**1/7/21, 10:56 AM (Viewed 1/7/21, 11:02 AM)**

Dustin Stockton ▬▬▬

Loved "Hey guys. Thanks so much for having me on the tour with y'all. It was an honor. Let me know how I can be of assistance in the future. Be blessed and Keep your gloves up, Pastor Brian Gibson"

**1/7/21, 10:55 AM (Viewed 1/7/21, 11:02 AM)**

Rebeckah Bennett ▬▬▬

Loved "It was a great blessing indeed. On my flight home now. God is still on the throne. Don't stop fighting. Love all of you. "

**1/7/21, 10:55 AM (Viewed 1/7/21, 11:02 AM)**

Bay Cagle ▬▬▬

Loved "It was a great blessing indeed. On my flight home now. God is still on the throne. Don't stop fighting. Love all of you. "

**1/7/21, 10:55 AM (Viewed 1/7/21, 11:02 AM)**

Bay Cagle ▬▬▬

Loved "Hey guys. Thanks so much for having me on the tour with y'all. It was an honor. Let me know how I can be of assistance in the future. Be blessed and Keep your gloves up, Pastor Brian Gibson"

**1/7/21, 10:55 AM (Viewed 1/7/21, 11:02 AM)**

Pastor Greg Locke [TN] ▬▬▬

It was a great blessing indeed. On my flight home now. God is still on the throne. Don't stop fighting. Love all of you.

**1/7/21, 10:54 AM (Viewed 1/7/21, 11:02 AM)**

Jonathan Williams ▬▬▬

Liked "Hey guys. Thanks so much for having me on the tour with y'all. It was an honor. Let me know how I can be of assistance in the future. Be blessed and Keep your gloves up, Pastor Brian Gibson"

**1/7/21, 10:54 AM (Viewed 1/7/21, 11:02 AM)**

Charles Bowman ▬▬▬

Loved "Hey guys. Thanks so much for having me on the tour with y'all. It was an honor. Let me know how I can be of assistance in the future. Be blessed and Keep your gloves up, Pastor Brian Gibson"

**1/7/21, 10:54 AM (Viewed 1/7/21, 11:02 AM)**

Pastor Greg Locke [TN] ▬▬▬

Liked "Hey guys. Thanks so much for having me on the tour with y'all. It was an honor. Let me know how I can be of assistance in the future. Be blessed and Keep your gloves up, Pastor Brian Gibson"

**1/7/21, 10:53 AM (Viewed 1/7/21, 11:02 AM)**

Trey Nutall ▬▬▬

Loved "Hey guys. Thanks so much for having me on the tour with y'all. It was an honor. Let me know how I can be of assistance in the future. Be blessed and Keep your gloves up, Pastor Brian Gibson"

**1/7/21, 10:53 AM (Viewed 1/7/21, 11:02 AM)**

Rebeckah Bennett ▬▬▬

Loved "Hey guys. Thanks so much for having me on the tour with y'all. It was an honor. Let me know how I can be of assistance in the future. Be blessed and Keep your gloves up, Pastor Brian Gibson"

**1/7/21, 10:53 AM (Viewed 1/7/21, 11:02 AM)**

Pastor Brian Gibson ▬▬▬

Hey guys. Thanks so much for having me on the tour with y'all. It was an honor. Let me know how I can be of assistance in the future. Be blessed and Keep your gloves up, Pastor Brian Gibson

KKremer4070

**1/7/21, 10:43 AM (Viewed 1/7/21, 11:02 AM)**

Dustin Stockton

Someone who reached out to Kylie/Bowman

**1/7/21, 10:42 AM (Viewed 1/7/21, 11:02 AM)**

Mommagrizzly [Chairman, Women For Trump]

By who?

**1/7/21, 10:42 AM (Viewed 1/7/21, 11:02 AM)**

Dustin Stockton

They were donated

**1/7/21, 10:41 AM (Viewed 1/7/21, 11:02 AM)**

Mommagrizzly [Chairman, Women For Trump]

😂😂😂
Who do these banners that say "not one step back" belong to?

**1/7/21, 9:21 AM (Viewed 1/7/21, 10:16 AM)**

Mommagrizzly [Chairman, Women For Trump]

I'm still missing one golf cart key.

Please check your pockets and make sure you don't have it with you.

The golf carts are being picked up at 11AM.

**1/7/21, 8:38 AM (Viewed 1/7/21, 8:50 AM)**

Mommagrizzly [Chairman, Women For Trump]

Loved "It was my pleasure. My family just grew by a couple dozen crazy, zany Deplorables....and I wouldn't have it any other way "

**1/7/21, 8:38 AM (Viewed 1/7/21, 8:50 AM)**

Vinny

It was my pleasure. My family just grew by a couple dozen crazy, zany Deplorables....and I wouldn't have it any other way

**1/7/21, 8:35 AM (Viewed 1/7/21, 8:50 AM)**

Mommagrizzly [Chairman, Women For Trump]

Thank you Vinny!

**1/7/21, 8:35 AM (Viewed 1/7/21, 8:50 AM)**

Mommagrizzly [Chairman, Women For Trump]

Liked "For some reason, the photo will not transmit.
John, Goft Cart Sales

**1/7/21, 8:35 AM (Viewed 1/7/21, 8:50 AM)**

Mommagrizzly [Chairman, Women For Trump]

Liked "Buongiorno! The Trump Train will be departing this morning for warmer weather. The golf cart company will be picking up the golf carts today. Here is the screen shot from the voicemail transcription for whoever will be coordinating. Thanks!"

**1/7/21, 8:35 AM (Viewed 1/7/21, 8:50 AM)**

Vinny

Arriving in DC between 11am-Noon

**1/7/21, 8:34 AM (Viewed 1/7/21, 8:50 AM)**

Vinny

For some reason, the photo will not transmit.
John, Goft Cart Sales

KKremer4071

**1/7/21, 8:33 AM (Viewed 1/7/21, 8:50 AM)**

Trey Nutall ███████

Liked "Buongiorno! The Trump Train will be departing this morning for warmer weather. The golf cart company will be picking up the golf carts today. Here is the screen shot from the voicemail transcription for whoever will be coordinating. Thanks!"

**1/7/21, 8:32 AM (Viewed 1/7/21, 8:50 AM)**

Bay Cagle ███████

Loved "Buongiorno! The Trump Train will be departing this morning for warmer weather. The golf cart company will be picking up the golf carts today. Here is the screen shot from the voicemail transcription for whoever will be coordinating. Thanks!"

**1/7/21, 8:32 AM (Viewed 1/7/21, 8:50 AM)**

Vinny ███████

Buongiorno! The Trump Train will be departing this morning for warmer weather. The golf cart company will be picking up the golf carts today. Here is the screen shot from the voicemail transcription for whoever will be coordinating. Thanks!

**1/7/21, 1:02 AM (Viewed 1/7/21, 1:48 AM)**

Dustin Stockton ███████

Loved "Please lower your voices. People are trying to sleep.

Night all.

Also, pls clean up after yourselves before you leave.

Night everyone. Thanks for being part of the team.❤#"

**1/7/21, 12:58 AM (Viewed 1/7/21, 1:48 AM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Please lower your voices. People are trying to sleep.

Night all.

Also, pls clean up after yourselves before you leave.

Night everyone. Thanks for being part of the team.❤#

**1/6/21, 10:59 PM (Viewed 1/6/21, 11:08 PM)**

Rebeckah Bennett ███████

**1/6/21, 10:59 PM (Viewed 1/6/21, 11:08 PM)**

Rebeckah Bennett ███████

**1/6/21, 10:59 PM (Viewed 1/6/21, 11:08 PM)**

Rebeckah Bennett ███████

**1/6/21, 10:59 PM (Viewed 1/6/21, 11:08 PM)**

Rebeckah Bennett ███████

**1/6/21, 10:59 PM (Viewed 1/6/21, 11:08 PM)**

Rebeckah Bennett ███████

https://nationsinaction.org/2021/01/press-release-voter-fraud/?fbclid=IwAR1Xc7uK0q-jPEGSRvaAF7O9M8nlK2Pr9Eh0GdnkYIHyoAbBpT0MU1CVYDs
(Sent with URL)

**1/6/21, 10:59 PM (Viewed 1/6/21, 11:08 PM)**

Rebeckah Bennett ███████

Nations in Action send the affidavits to the joint session today at 1:12pm then the Antifa sieges the White House. Coincidence, planned?

**1/6/21, 10:51 PM (Viewed 1/6/21, 11:08 PM)**

Pastor Brian Gibson ███████

I'm sorry. It's an embarrassment to Tn.

KKremer4072

**1/6/21, 10:51 PM (Viewed 1/6/21, 11:08 PM)**

Pastor Greg Locke [TN] ▇▇▇▇▇▇

I can't believe she gave in...

**1/6/21, 9:51 PM (Viewed 1/6/21, 9:57 PM)**

Matt McCleskey ▇▇▇▇▇▇

Emphasized "https://www.washingtontimes.com/news/2021/jan/6/xrvision-firm-claims-antifa-infiltrated-protesters/"

**1/6/21, 9:37 PM (Viewed 1/6/21, 9:46 PM)**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇▇▇

**1/6/21, 9:37 PM (Viewed 1/6/21, 9:46 PM)**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇▇▇

**1/6/21, 9:37 PM (Viewed 1/6/21, 9:46 PM)**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇▇▇

**1/6/21, 9:37 PM (Viewed 1/6/21, 9:46 PM)**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇▇▇

**1/6/21, 9:37 PM (Viewed 1/6/21, 9:46 PM)**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇▇▇

**1/6/21, 9:37 PM (Viewed 1/6/21, 9:46 PM)**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇▇▇

https://www.washingtontimes.com/news/2021/jan/6/xrvision-firm-claims-antifa-infiltrated-protesters/
(Sent with URL)

**1/6/21, 8:00 PM (Viewed 1/6/21, 8:05 PM)**

Jeff Rainforth ▇▇▇▇▇▇

Anyone grab a grey backpack with white splatter on it from under the bus? Has gifts & a drone in it.

**1/6/21, 7:45 PM (Viewed 1/6/21, 7:47 PM)**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇▇▇

Who has the golf cart keys?

**1/6/21, 7:43 PM (Viewed 1/6/21, 7:47 PM)**

Vinny ▇▇▇▇▇▇

The golf carts are being returned in the morning. We have 4 keys. We are missing 2 keys. If you have a golf cart key, please return it this evening to 610. Thanks

**1/6/21, 7:38 PM (Viewed 1/6/21, 7:42 PM)**

Will Hulsey Hulsey ▇▇▇▇▇▇

If anyone needs the screenshot

**1/6/21, 7:38 PM (Viewed 1/6/21, 7:42 PM)**

Will Hulsey Hulsey ▇▇▇▇▇▇

**1/6/21, 7:05 PM (Viewed 1/6/21, 7:06 PM)**

Jennifer Lawerence ▇▇▇▇▇▇

610

**1/6/21, 7:05 PM (Viewed 1/6/21, 7:06 PM)**

Jennifer Lawerence ▇▇▇▇▇▇

Food is here in the suite

**1/6/21, 7:00 PM (Viewed 1/6/21, 7:06 PM)**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇▇▇

KKremer4073

**1/6/21, 6:38 PM (Viewed 1/6/21, 6:40 PM)**

Don Thompson ████████

We need a clear path to victory from our leader DJT. Short of a clear plausible plan, defeat is upon us!

**1/6/21, 6:36 PM (Viewed 1/6/21, 6:40 PM)**

James Lyle ████████

True

**1/6/21, 6:35 PM (Viewed 1/6/21, 6:40 PM)**

Don Thompson ████████

**1/6/21, 5:56 PM (Viewed 1/6/21, 6:40 PM)**

James Lyle ████████

Sure

**1/6/21, 5:55 PM (Viewed 1/6/21, 6:40 PM)**

Jonathan Williams ████████

Can someone get this to the RSBN ladies?

**1/6/21, 5:53 PM (Viewed 1/6/21, 6:40 PM)**

Jonathan Williams ████████

**1/6/21, 5:53 PM (Viewed 1/6/21, 6:40 PM)**

Jonathan Williams ████████

**1/6/21, 5:53 PM (Viewed 1/6/21, 6:40 PM)**

Jonathan Williams ████████

**1/6/21, 5:53 PM (Viewed 1/6/21, 6:40 PM)**

Jonathan Williams ████████

https://www.dropbox.com/sh/mw8s6vjfnvq7ajs/AACjiw5kN5VQmhEgdst5tAx-a?dl=0
(Sent with URL)

**1/6/21, 5:53 PM (Viewed 1/6/21, 6:40 PM)**

Jonathan Williams ████████

Dropbox is updated:

**1/6/21, 5:39 PM (Viewed 1/6/21, 6:40 PM)**

Trey Nutall ████████

Loved "😀😀😀
We ordered dinner again tonight.

Sorry, but we forgot to take orders in the chaos of the event this morning, so we just ordered the same thing as last night. I figured that was better than not eating. Lol

Cheese & Charcuterie should be here at 6PM and dinner around 7PM."

**1/6/21, 5:39 PM (Viewed 1/6/21, 6:40 PM)**

Jennifer Lawerence ████████

Loved "I got it y'all! Jonathan, Bay, Jen, Greg & Kelli helped.

Greg and Kelli took it down to James."

**1/6/21, 5:36 PM (Viewed 1/6/21, 6:40 PM)**

Jonathan Williams ████████

Loved "😀😀😀
We ordered dinner again tonight.

Sorry, but we forgot to take orders in the chaos of the event this morning, so we just ordered the same thing as last night. I figured that was better than not eating. Lol

Cheese & Charcuterie should be here at 6PM and dinner around 7PM."

11

KKremer4074

**1/6/21, 5:36 PM (Viewed 1/6/21, 6:40 PM)**

Katie Cagle ▮▮▮▮

Loved "👏👏👏
We ordered dinner again tonight.

Sorry, but we forgot to take orders in the chaos of the event this morning, so we just ordered the same thing as last night. I figured that was better than not eating. Lol

Cheese & Charcuterie should be here at 6PM and dinner around 7PM."

**1/6/21, 5:35 PM (Viewed 1/6/21, 6:40 PM)**

Greg Kurbatroff ▮▮▮▮

Loved "👏👏👏
We ordered dinner again tonight.

Sorry, but we forgot to take orders in the chaos of the event this morning, so we just ordered the same thing as last night. I figured that was better than not eating. Lol

Cheese & Charcuterie should be here at 6PM and dinner around 7PM."

**1/6/21, 5:35 PM (Viewed 1/6/21, 6:40 PM)**

Pastor Brian Gibson ▮▮▮▮

Happy trails bus.  It's been fun!!!

**1/6/21, 5:35 PM (Viewed 1/6/21, 6:40 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

👏👏👏
We ordered dinner again tonight.

Sorry, but we forgot to take orders in the chaos of the event this morning, so we just ordered the same thing as last night. I figured that was better than not eating. Lol

Cheese & Charcuterie should be here at 6PM and dinner around 7PM.

**1/6/21, 5:34 PM (Viewed 1/6/21, 6:40 PM)**

James Lyle ▮▮▮▮

Loved "Happy Trails to the best drivers ever😁"

**1/6/21, 5:32 PM (Viewed 1/6/21, 6:40 PM)**

Bay Cagle ▮▮▮▮

Happy Trails to the best drivers ever😁

**1/6/21, 5:31 PM (Viewed 1/6/21, 6:40 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

😂😂😂

**1/6/21, 5:30 PM (Viewed 1/6/21, 6:40 PM)**

Austin Clark ▮▮▮▮

Bus is rolling out

**1/6/21, 5:30 PM (Viewed 1/6/21, 6:40 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

I got it y'all! Jonathan, Bay, Jen, Greg & Kelli helped.

Greg and Kelli took it down to James.

**1/6/21, 5:21 PM (Viewed 1/6/21, 6:40 PM)**

Jonathan Williams ▮▮▮▮

I can do it. I'm editing but can pause

**1/6/21, 5:20 PM (Viewed 1/6/21, 6:40 PM)**

James Lyle ▮▮▮▮

Anyone sitting on their ass will not be fed

12

KKremer4075

**1/6/21, 5:20 PM (Viewed 1/6/21, 6:40 PM)**

Pastor Greg Locke [TN] ████████

I can do whatever. I'm back at room. Just tell me what to do.

**1/6/21, 5:19 PM (Viewed 1/6/21, 6:40 PM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Hello????

**1/6/21, 5:18 PM (Viewed 1/6/21, 6:40 PM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Guys,
Can anyone take the wagon downstairs to load the stuff from the bus? Ray is trying to get out of town and James is asking for the wagon.

**1/6/21, 5:16 PM (Viewed 1/6/21, 6:40 PM)**

James Lyle ████████

Is anyone heading downstairs with cart

**1/6/21, 5:15 PM (Viewed 1/6/21, 6:40 PM)**

Scott Johnston ████████

Anyone else noticing on the news it's not kids from the basement who just don't want to take handouts but grandmothers wearing pearls and people of all walks of life that are at the Capital? Those are the scary people. 😂

**1/6/21, 5:13 PM (Viewed 1/6/21, 6:40 PM)**

James Lyle ████████

Laughed at "Got to find more antifa I thought you said 1 body "

**1/6/21, 5:12 PM (Viewed 1/6/21, 6:40 PM)**

James Lyle ████████

To help move stuff from the bus upstairs

**1/6/21, 5:12 PM (Viewed 1/6/21, 6:40 PM)**

Jennifer Lawerence ████████

Got to find more antifa I thought you said 1 body

**1/6/21, 5:12 PM (Viewed 1/6/21, 6:40 PM)**

Jonathan Williams ████████

ALIVE!

**1/6/21, 5:12 PM (Viewed 1/6/21, 6:40 PM)**

Jonathan Williams ████████

👁👁👁

**1/6/21, 5:12 PM (Viewed 1/6/21, 6:40 PM)**

Jennifer Lawerence (8458001█52)

What?!?

**1/6/21, 5:11 PM (Viewed 1/6/21, 6:40 PM)**

James Lyle ████████

Please come back with cart and 2+ bodies

**1/6/21, 3:54 PM (Viewed 1/6/21, 3:56 PM)**

Mommagrizzly [Chairman, Women For Trump] ████████

**1/6/21, 3:54 PM (Viewed 1/6/21, 3:56 PM)**

Mommagrizzly [Chairman, Women For Trump] ████████

https://twitter.com/america1stwomen/status/1346922953653551105?s=21
(Sent with URL)

KKremer4076

**1/6/21, 3:54 PM (Viewed 1/6/21, 3:56 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Pls RT this far and wide

**1/6/21, 3:39 PM**

Vinny ███████

**1/6/21, 3:31 PM**

Kylie Jane Kremer (+███████

Pls RT

**1/6/21, 3:31 PM**

Kylie Jane Kremer (+███████

**1/6/21, 3:31 PM**

Kylie Jane Kremer (+███████

**1/6/21, 3:31 PM**

Kylie Jane Kremer (+███████

**1/6/21, 3:31 PM**

Kylie Jane Kremer (+███████

https://twitter.com/kyliejanekremer/status/1346916672381341697?s=21
(Sent with URL)

**1/6/21, 3:29 PM (Viewed 1/6/21, 3:30 PM)**

Katie Cagle ███████

Hey, I think Janet took my jacket that says Katie. If you can bring it back to The Willard, that would be great. 😊

**1/6/21, 3:07 PM**

Kylie Jane Kremer (+███████

Your*

**1/6/21, 3:07 PM**

Kylie Jane Kremer (+███████

So grateful for all of your hard work today team! Today was historic and each one of you should be very proud of tour hard work!

**1/6/21, 3:05 PM**

Kylie Jane Kremer (+███████

Please be safe and make smart choices

**1/6/21, 2:50 PM (Viewed 1/6/21, 2:51 PM)**

Jennifer Lawerence ███████

Never mind

**1/6/21, 2:50 PM (Viewed 1/6/21, 2:51 PM)**

Jennifer Lawerence ███████

Jeff go live

**1/6/21, 2:50 PM (Viewed 1/6/21, 2:51 PM)**

Jennifer Lawerence ███████

Keep filming

**1/6/21, 2:49 PM (Viewed 1/6/21, 2:51 PM)**

Jennifer Lawerence ███████

Stay safe

**1/6/21, 2:49 PM (Viewed 1/6/21, 2:51 PM)**

Jennifer Lawerence ███████

Hell yes Jeff

KKremer4077

**1/6/21, 2:49 PM (Viewed 1/6/21, 2:51 PM)**

Jeff Rainforth ███████

We took capitol I'm filming

**1/6/21, 2:48 PM**

Kylie Jane Kremer (+ ███████

6pm curfew. Everyone needs to be back to the hotel

**1/6/21, 2:48 PM**

Will Hulsey Hulsey ███████

6pm curfew in dc per mayors orders

**1/6/21, 2:28 PM (Viewed 1/6/21, 2:35 PM)**

Trey Nutall ███████

Liked "I hope everyone is safe and back at the hotel!!"

**1/6/21, 2:25 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

I hope everyone is safe and back at the hotel!

**1/6/21, 2:19 PM (Viewed 1/6/21, 2:22 PM)**

Ray March ███████

Yes

**1/6/21, 2:18 PM**

Jonathan Williams ███████

I'm almost back. Thanks tho

**1/6/21, 2:18 PM**

Kylie Jane Kremer (+ ███████

Where are tou? We can send a golf cart

**1/6/21, 2:17 PM**

Jonathan Williams ███████

I'm walking back now

**1/6/21, 2:17 PM**

Kylie Jane Kremer (+ ███████

Is everyone back at the hotel?

**1/6/21, 2:08 PM (Viewed 1/6/21, 2:12 PM)**

Jonathan Williams ███████

**1/6/21, 2:08 PM (Viewed 1/6/21, 2:12 PM)**

Jonathan Williams ███████

**1/6/21, 2:08 PM (Viewed 1/6/21, 2:12 PM)**

Jonathan Williams ███████

**1/6/21, 2:08 PM (Viewed 1/6/21, 2:12 PM)**

Katie Cagle ███████

Liked "James has my key "

**1/6/21, 2:04 PM (Viewed 1/6/21, 2:12 PM)**

Ray March ███████

James has my key

**1/6/21, 2:03 PM (Viewed 1/6/21, 2:12 PM)**

Katie Cagle ███████

Whenever someone gets back with bus keys, let me know. I left my makeup bag on there and I need it for something. No rush. Just when y'all get back.

KKremer4078

**1/6/21, 2:02 PM (Viewed 1/6/21, 2:12 PM)**

Katie Cagle ▪▪▪▪▪▪▪▪

♡

**1/6/21, 2:01 PM (Viewed 1/6/21, 2:12 PM)**

Jonathan Williams ▪▪▪▪▪▪

**1/6/21, 2:01 PM (Viewed 1/6/21, 2:12 PM)**

Jonathan Williams ▪▪▪▪▪▪

**1/6/21, 2:01 PM (Viewed 1/6/21, 2:12 PM)**

Jonathan Williams ▪▪▪▪▪▪

**1/6/21, 2:01 PM (Viewed 1/6/21, 2:12 PM)**

Jonathan Williams ▪▪▪▪▪▪

**1/6/21, 2:01 PM (Viewed 1/6/21, 2:12 PM)**

Jonathan Williams ▪▪▪▪▪▪

**1/6/21, 2:01 PM (Viewed 1/6/21, 2:12 PM)**

Jonathan Williams ▪▪▪▪▪▪

**1/6/21, 2:01 PM (Viewed 1/6/21, 2:12 PM)**

Jonathan Williams ▪▪▪▪▪▪

**1/6/21, 2:01 PM (Viewed 1/6/21, 2:12 PM)**

Jonathan Williams ▪▪▪▪▪▪

**1/6/21, 2:01 PM (Viewed 1/6/21, 2:12 PM)**

Jonathan Williams ▪▪▪▪▪▪

**1/6/21, 2:01 PM (Viewed 1/6/21, 2:12 PM)**

Jonathan Williams ▪▪▪▪▪▪

**1/6/21, 2:01 PM (Viewed 1/6/21, 2:12 PM)**

Jonathan Williams ▪▪▪▪▪▪

**1/6/21, 2:01 PM (Viewed 1/6/21, 2:12 PM)**

Jonathan Williams ▪▪▪▪▪▪

**1/6/21, 2:01 PM (Viewed 1/6/21, 2:12 PM)**

Jonathan Williams ▪▪▪▪▪▪

**1/6/21, 2:01 PM (Viewed 1/6/21, 2:12 PM)**

Jonathan Williams ▪▪▪▪▪▪

**1/6/21, 2:01 PM (Viewed 1/6/21, 2:12 PM)**

Jonathan Williams ▪▪▪▪▪▪

**1/6/21, 9:07 AM (Viewed 1/6/21, 9:32 AM)**

Keri (Morgan) Warner ▪▪▪▪▪▪▪

And diamond and silk row 7 center end behind Ray

**1/6/21, 9:06 AM (Viewed 1/6/21, 9:32 AM)**

Vinny ▪▪▪▪▪▪

Walking there now from the back.

**1/6/21, 9:06 AM (Viewed 1/6/21, 9:32 AM)**

Keri (Morgan) Warner ▪▪▪▪▪▪▪

Harris is in seating area already

KKremer4079

**1/6/21, 9:06 AM (Viewed 1/6/21, 9:32 AM)**

Vinny ▮▮▮▮▮

Ok

**1/6/21, 9:06 AM (Viewed 1/6/21, 9:32 AM)**

Greg Kurbatroff ▮▮▮▮▮

Yes

**1/6/21, 9:05 AM (Viewed 1/6/21, 9:32 AM)**

Keri (Morgan) Warner ▮▮▮▮▮

They havd seats on thr end 7th row center

**1/6/21, 9:05 AM (Viewed 1/6/21, 9:32 AM)**

Bay Cagle ▮▮▮▮▮

David Harris is up front near our seats

**1/6/21, 9:05 AM (Viewed 1/6/21, 9:32 AM)**

Vinny ▮▮▮▮▮

I have diamond and silk. We just went through security. Need to know exactly where to go now

**1/6/21, 9:03 AM (Viewed 1/6/21, 9:04 AM)**

Dustin Stockton ▮▮▮▮▮

Get David J Harris to Hulsey

**1/6/21, 9:03 AM**

Kylie Jane Kremer (+▮▮▮▮▮

Yes

Message not delivered.

**1/6/21, 8:57 AM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Yes

**1/6/21, 8:53 AM (Viewed 1/6/21, 9:01 AM)**

Dustin Stockton ▮▮▮▮▮

Is Amy at the stage?!?

**1/6/21, 8:46 AM (Viewed 1/6/21, 9:01 AM)**

Dustin Stockton ▮▮▮▮▮

Stop that shit

**1/6/21, 8:35 AM (Viewed 1/6/21, 8:42 AM)**

Greg Kurbatroff ▮▮▮▮▮

Not with me here!

**1/6/21, 8:33 AM**

Katie Cagle ▮▮▮▮▮

Disliked "Ali trying to rearrange our women for america seats ⊘"

**1/6/21, 8:27 AM (Viewed 1/6/21, 8:42 AM)**

Keri (Morgan) Warner ▮▮▮▮▮

Ali trying to rearrange our women for america seats ⊘

**1/6/21, 8:02 AM (Viewed 1/6/21, 8:03 AM)**

Jennifer Lawerence ▮▮▮▮▮

Get here you need to be here

**1/6/21, 8:02 AM**

Jennifer Lawerence ▮▮▮▮▮

Hey her

KKremer4080

Get here you need to be here

**1/6/21, 7:58 AM**

Keri (Morgan) Warner ▮▮▮▮▮▮

Got Lindell in I am at chairs w JLawrence Lindell etc we dony have credentials but got in

**1/6/21, 7:54 AM**

Pastor Brian Gibson ▮▮▮▮▮▮

Not him. One of our guys that came to serve.

**1/6/21, 7:54 AM**

Dustin Stockton ▮▮▮▮▮▮

Don't let him do it

**1/6/21, 7:54 AM**

Pastor Brian Gibson ▮▮▮▮▮▮

The Viking is handling it. We got you.

**1/6/21, 7:50 AM (Viewed 1/6/21, 7:55 AM)**

Dustin Stockton ▮▮▮▮▮▮

I don't know what to do but go myself

**1/6/21, 7:50 AM (Viewed 1/6/21, 7:55 AM)**

Dustin Stockton ▮▮▮▮▮▮

My Supreme Court volunteers from 8-10am appear to have bailed on me

**1/6/21, 7:42 AM**

Jonathan Williams ▮▮▮▮▮▮

If you're facing at the mags which side is the VIP entrance?

**1/6/21, 7:41 AM (Viewed 1/6/21, 7:55 AM)**

Vinny ▮▮▮▮▮▮

We need someone with eyes on Jennifer Hulsey ASAP

**1/6/21, 7:41 AM (Viewed 1/6/21, 7:55 AM)**

Keri (Morgan) Warner ▮▮▮▮▮▮

Yea I need Hulsey for credentials for this group with Mike

**1/6/21, 7:40 AM (Viewed 1/6/21, 7:55 AM)**

Dustin Stockton ▮▮▮▮▮▮

I can but probably won't be that helpful

**1/6/21, 7:40 AM (Viewed 1/6/21, 7:55 AM)**

Keri (Morgan) Warner ▮▮▮▮▮▮

I'm imwith Lindell can someone call me

**1/6/21, 7:37 AM (Viewed 1/6/21, 7:55 AM)**

Dustin Stockton ▮▮▮▮▮▮

Hulsey

**1/6/21, 7:36 AM (Viewed 1/6/21, 7:55 AM)**

Jeff Rainforth ▮▮▮▮▮▮

How do I get my vip pass

**1/6/21, 7:30 AM (Viewed 1/6/21, 7:34 AM)**

Jeff Rainforth ▮▮▮▮▮▮

Had to wait 10 minutes at checkpoint because I was rushed thru vip w/o pass. I still don't have one

KKremer4081

**1/6/21, 7:28 AM (Viewed 1/6/21, 7:34 AM)**

Mommagrizzly [Chairman, Women For Trump] ████

How do we tell the VIPs that info?

**1/6/21, 7:26 AM (Viewed 1/6/21, 7:34 AM)**

Keri (Morgan) Warner ████

Just spoke to her on the phone she said she is there.

**1/6/21, 7:26 AM (Viewed 1/6/21, 7:34 AM)**

Keri (Morgan) Warner ████

Everyone go to VIP entrance expedited or whatever its called and look for Jennifer Hulsey for authentic credentials.

**1/6/21, 7:13 AM (Viewed 1/6/21, 7:15 AM)**

Vinny ████

Do we have credentials to distribute to our team?

**1/6/21, 7:08 AM (Viewed 1/6/21, 7:10 AM)**

Jennifer Hulsey ████

Yes

**1/6/21, 7:08 AM (Viewed 1/6/21, 7:10 AM)**

Dustin Stockton ████

Yes

**1/6/21, 7:07 AM (Viewed 1/6/21, 7:10 AM)**

Keri (Morgan) Warner ████

Lots standing around in lobby, waiting to go over, should I just push the group to walk over now if they aren't elderly for golf cart?

**1/6/21, 7:05 AM (Viewed 1/6/21, 7:10 AM)**

Kayti Hulsey ████

Carts are on their way our

**1/6/21, 6:58 AM (Viewed 1/6/21, 7:00 AM)**

Vinny ████

DC Metro has shut down further use of golfcarts on Constitution Ave

**1/6/21, 6:57 AM (Viewed 1/6/21, 7:00 AM)**

Charles Bowman ████

monument entrance on constitution*

**1/6/21, 6:57 AM (Viewed 1/6/21, 7:00 AM)**

Charles Bowman ████

Go to the monument. They have the volunteers split into two groups. One is at constitution at head of monument. That's where vip processes. The other section of volunteers is at 17 & e. Kylie knows the situation there. Interesting lady being an issue.

**1/6/21, 6:56 AM (Viewed 1/6/21, 7:00 AM)**

Kayti Hulsey ████

Carts are headed back now to pick up more ppl

**1/6/21, 6:56 AM (Viewed 1/6/21, 7:00 AM)**

Kayti Hulsey ████

We found the VIP entrance

**1/6/21, 6:55 AM (Viewed 1/6/21, 7:00 AM)**

Jeff Rainforth ████

Yep. We just spent 15 minutes riding the carts. No idea how to get to the stage or vip area

KKremer4082

**1/6/21, 6:55 AM (Viewed 1/6/21, 7:00 AM)**

Mommagrizzly [Chairman, Women For Trump]

Our team?

**1/6/21, 6:55 AM (Viewed 1/6/21, 7:00 AM)**

Mommagrizzly [Chairman, Women For Trump] (7708780024)

What do you mean lost?

**1/6/21, 6:54 AM (Viewed 1/6/21, 7:00 AM)**

Jeff Rainforth

Everyone is lost

**1/6/21, 6:33 AM**

Dustin Stockton

So what do I tell my guys from Iowa?

**1/6/21, 6:32 AM**

Kylie Jane Kremer (+

Yes

**1/6/21, 6:32 AM**

James Lyle

I told Melissa Carone to take golf cart
She has had death threats

**1/6/21, 6:25 AM**

Kylie Jane Kremer (+

Only our core team and family gets on golf carts. The Cummings are taken on golf carts

**1/6/21, 6:24 AM**

Will Hulsey Hulsey

We are out front of hotel all drivers are waiting on Benny

**1/6/21, 6:24 AM**

Will Hulsey Hulsey

Where are you

**1/6/21, 6:24 AM**

Jeff Rainforth

No one is here

**1/6/21, 6:24 AM**

Will Hulsey Hulsey

Golf cart drivers are out front

**1/6/21, 6:23 AM (Viewed 1/6/21, 6:24 AM)**

Will Hulsey Hulsey

?

**1/6/21, 6:23 AM (Viewed 1/6/21, 6:24 AM)**

Jeff Rainforth

Group is waiting for golf cart drivers

**1/6/21, 5:48 AM**

Mommagrizzly [Chairman, Women For Trump]

Disliked "Not sure if ray is on this thread. Just passed the bus and there's F Antifa stickers on there. "

**1/6/21, 5:46 AM**

Jonathan Williams

Not sure if ray is on this thread. Just passed the bus and there's F Antifa stickers on there.

KKremer4083

1/6/21, 5:39 AM (Viewed 1/6/21, 5:43 AM)

Jennifer Hulsey ▓▓▓▓

I am

1/6/21, 5:39 AM (Viewed 1/6/21, 5:43 AM)

James Lyle ▓▓▓▓

I am

1/6/21, 5:39 AM (Viewed 1/6/21, 5:43 AM)

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓

Yes on jackets

1/6/21, 5:39 AM

Jennifer Lawerence ▓▓▓▓

Are we wearing Team jackets?

1/6/21, 5:11 AM (Viewed 1/6/21, 5:14 AM)

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓

Matt, can Scott wear your extra jacket?

1/6/21, 5:10 AM (Viewed 1/6/21, 5:14 AM)

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓

Yes, but there was an extra one

1/6/21, 5:10 AM (Viewed 1/6/21, 5:14 AM)

Dustin Stockton ▓▓▓▓

RSBN

1/6/21, 5:10 AM (Viewed 1/6/21, 5:14 AM)

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓

Y'all, who has the extra jacket that has the name Petry?

1/5/21, 9:58 PM

James Lyle ▓▓▓▓

Loved an image

1/5/21, 9:12 PM (Viewed 1/5/21, 9:13 PM)

Rebeckah Bennett ▓▓▓▓

Loved "6am suite 610"

1/5/21, 9:09 PM

Jeff Rainforth ▓▓▓▓

Liked "6am suite 610"

1/5/21, 9:09 PM

Kylie Jane Kremer (+▓▓▓▓

6am suite 610

1/5/21, 9:07 PM (Viewed 1/5/21, 9:09 PM)

Jeff Rainforth ▓▓▓▓

Going to bed soon. We have a time we're leaving for the WH event?

1/5/21, 8:49 PM (Viewed 1/5/21, 8:51 PM)

James Lyle ▓▓▓▓

1/5/21, 8:48 PM (Viewed 1/5/21, 8:51 PM)

Keri (Morgan) Warner ▓▓▓▓

Professional *

1/5/21, 8:48 PM (Viewed 1/5/21, 8:51 PM)

Keri (Morgan) Warner ▓▓▓▓

They are awesome we want blooper ones not profess

21

KKremer4084

1/5/21, 8:47 PM (Viewed 1/5/21, 8:51 PM)

James Lyle ▬▬▬▬

Look in Jonathan's Dropbox
Awesome photos there

1/5/21, 8:46 PM (Viewed 1/5/21, 8:51 PM)

Jonathan Williams ▬▬▬▬

Jennifer (not Lawrence) 😄 can you private message me please

1/5/21, 8:20 PM (Viewed 1/5/21, 8:21 PM)

Pastor Greg Locke [TN] ▬▬▬▬

What's the timestamp for in the morning?

1/5/21, 8:11 PM (Viewed 1/5/21, 8:12 PM)

Jeff Rainforth ▬▬▬▬

Haha. No. I was playing lol

1/5/21, 8:11 PM (Viewed 1/5/21, 8:12 PM)

Scott Johnston ▬▬▬▬

Pretty sure Jeff was being sarcastic.

1/5/21, 8:10 PM (Viewed 1/5/21, 8:12 PM)

Greg Kurbatroff ▬▬▬▬

Never mind

1/5/21, 8:09 PM

Greg Kurbatroff ▬▬▬▬

Need us to come down?

1/5/21, 8:09 PM

Greg Kurbatroff ▬▬▬▬

???

1/5/21, 8:09 PM

Jeff Rainforth ▬▬▬▬

Alex Jones just tried to fight me

1/5/21, 7:42 PM (Viewed 1/5/21, 7:44 PM)

Jennifer Lawerence (▬▬▬▬

?

1/5/21, 7:42 PM (Viewed 1/5/21, 7:44 PM)

Charles Bowman ▬▬▬▬

1/5/21, 7:40 PM (Viewed 1/5/21, 7:41 PM)

Scott Johnston ▬▬▬▬

1/5/21, 7:40 PM (Viewed 1/5/21, 7:41 PM)

Scott Johnston ▬▬▬▬

1/5/21, 7:40 PM (Viewed 1/5/21, 7:41 PM)

Scott Johnston ▬▬▬▬

1/5/21, 7:40 PM (Viewed 1/5/21, 7:41 PM)

Scott Johnston ▬▬▬▬

1/5/21, 7:40 PM (Viewed 1/5/21, 7:41 PM)

Scott Johnston ▬▬▬▬

1/5/21, 7:32 PM (Viewed 1/5/21, 7:34 PM)

Jeff Rainforth (▬▬▬▬

KKremer4085

**1/5/21, 7:31 PM (Viewed 1/5/21, 7:34 PM)**

Jeff Rainforth ███████████

**1/5/21, 7:30 PM (Viewed 1/5/21, 7:34 PM)**

Jeff Rainforth ███████████

**1/5/21, 7:30 PM (Viewed 1/5/21, 7:34 PM)**

Jeff Rainforth ███████████

**1/5/21, 7:30 PM (Viewed 1/5/21, 7:34 PM)**

Rebeckah Bennett ███████████

**1/5/21, 7:30 PM (Viewed 1/5/21, 7:34 PM)**

Rebeckah Bennett ███████████

**1/5/21, 7:30 PM (Viewed 1/5/21, 7:34 PM)**

Rebeckah Bennett ███████████

**1/5/21, 7:30 PM (Viewed 1/5/21, 7:34 PM)**

Rebeckah Bennett ███████████

**1/5/21, 7:30 PM (Viewed 1/5/21, 7:34 PM)**

Rebeckah Bennett ███████████

**1/5/21, 7:29 PM (Viewed 1/5/21, 7:34 PM)**

Dustin Stockton ███████████

**1/5/21, 7:29 PM (Viewed 1/5/21, 7:34 PM)**

Katie Cagle ███████████

Mine are saying not delivered so I've tried other pics. I give up.

**1/5/21, 7:28 PM**

Kylie Jane Kremer (+███████████

5 photos guys. Please.

**1/5/21, 7:27 PM**

Katie Cagle ███████████

My pics aren't coming through for some reason

**1/5/21, 7:27 PM**

Katie Cagle ███████████

**1/5/21, 7:27 PM**

Katie Cagle ███████████

**1/5/21, 7:27 PM**

Katie Cagle ███████████

**1/5/21, 7:26 PM (Viewed 1/5/21, 7:27 PM)**

Katie Cagle ███████████

**1/5/21, 7:26 PM (Viewed 1/5/21, 7:27 PM)**

Katie Cagle ███████████

**1/5/21, 7:21 PM (Viewed 1/5/21, 7:27 PM)**

Katie Cagle ███████████

**1/5/21, 7:21 PM (Viewed 1/5/21, 7:27 PM)**

Katie Cagle ███████████

KKremer4086

**1/5/21, 7:21 PM (Viewed 1/5/21, 7:27 PM)**
Katie Cagle ▬▬▬▬

**1/5/21, 7:21 PM (Viewed 1/5/21, 7:27 PM)**
Katie Cagle ▬▬▬▬

**1/5/21, 7:21 PM (Viewed 1/5/21, 7:27 PM)**
Katie Cagle ▬▬▬▬

**1/5/21, 7:21 PM (Viewed 1/5/21, 7:27 PM)**
Katie Cagle ▬▬▬▬

**1/5/21, 7:21 PM (Viewed 1/5/21, 7:27 PM)**
Katie Cagle ▬▬▬▬

**1/5/21, 7:21 PM (Viewed 1/5/21, 7:27 PM)**
Katie Cagle ▬▬▬▬

**1/5/21, 7:21 PM (Viewed 1/5/21, 7:27 PM)**
Katie Cagle ▬▬▬▬

**1/5/21, 7:20 PM**
Kylie Jane Kremer (+▬▬▬▬

> No videos

**1/5/21, 7:19 PM (Viewed 1/5/21, 7:20 PM)**
James Lyle ▬▬▬▬

I defer to Jonathan's awesome pics

**1/5/21, 7:18 PM (Viewed 1/5/21, 7:20 PM)**
James Lyle ▬▬▬▬

**1/5/21, 7:17 PM (Viewed 1/5/21, 7:20 PM)**
James Lyle ▬▬▬▬

**1/5/21, 7:16 PM (Viewed 1/5/21, 7:20 PM)**
James Lyle ▬▬▬▬

**1/5/21, 7:12 PM**
Kylie Jane Kremer (+▬▬▬▬

> I need your top 5 favorite photos you took from the bus tour in the next 15 min. Can be selfies, things you've posted, behind the scenes, etc.
>
> Cut off for submission 7:30pm.
>
> Please send them on this thread. No one responding with comments, likes, loves or anything else. Just photos.
>
> EXTREMELY IMPORTANT

**1/5/21, 4:42 PM (Viewed 1/5/21, 4:53 PM)**
Vinny ▬▬▬▬

Yes, the hearse met us in Houston

**1/5/21, 4:26 PM (Viewed 1/5/21, 4:53 PM)**
Bay Cagle ▬▬▬▬

There is a hearse out there

**1/5/21, 4:25 PM (Viewed 1/5/21, 4:53 PM)**
Jonathan Williams ▬▬▬▬

Was that a hearse?!

KKremer4087

**1/5/21, 4:25 PM (Viewed 1/5/21, 4:53 PM)**

Bay Cagle ▓▓▓▓▓▓

Yeah baby

**1/5/21, 4:24 PM (Viewed 1/5/21, 4:53 PM)**

Vinny ▓▓▓▓▓▓

**1/5/21, 3:45 PM**

Bay Cagle ▓▓▓▓▓▓

Liked "Bus is secured"

**1/5/21, 3:45 PM**

Vinny ▓▓▓▓▓▓

Bus is secured

**1/5/21, 3:44 PM (Viewed 1/5/21, 3:45 PM)**

Jonathan Williams ▓▓▓▓▓▓

I'm coming.

**1/5/21, 3:44 PM (Viewed 1/5/21, 3:45 PM)**

Jennifer Lawerence ▓▓▓▓▓▓

Be over as soon as possible

**1/5/21, 3:44 PM (Viewed 1/5/21, 3:45 PM)**

Vinny ▓▓▓▓▓▓

Jennifer, need something?

**1/5/21, 3:42 PM (Viewed 1/5/21, 3:43 PM)**

Jennifer Lawerence ▓▓▓▓▓▓

At the freeedom plaza stage

**1/5/21, 3:38 PM (Viewed 1/5/21, 3:42 PM)**

Vinny ▓▓▓▓▓▓

It's covered, Keri 😊

**1/5/21, 3:38 PM (Viewed 1/5/21, 3:42 PM)**

Keri (Morgan) Warner ▓▓▓▓▓▓

Sorry at the stage walk thru.

**1/5/21, 3:24 PM (Viewed 1/5/21, 3:25 PM)**

Greg Kurbatroff ▓▓▓▓▓▓

We need help unloading the bus!!!

**1/5/21, 3:23 PM (Viewed 1/5/21, 3:25 PM)**

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓▓▓

Team, I'm about to expand our group here, so please be mindful that new people will be on this thread. It is the easiest way for me to do the group.

**1/5/21, 2:43 PM (Viewed 1/5/21, 2:48 PM)**

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓▓▓

We need help unloading please

**1/5/21, 2:42 PM (Viewed 1/5/21, 2:48 PM)**

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓▓▓

The bus is arriving at the Willard

**1/5/21, 2:12 PM (Viewed 1/5/21, 2:13 PM)**

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓▓▓

KKremer4088

**1/5/21, 2:12 PM (Viewed 1/5/21, 2:13 PM)**

Mommagrizzly [Chairman, Women For Trump] █████████

https://twitter.com/amykremer/status/1346534053848215558?s=21
(Sent with URL)

**1/5/21, 2:12 PM (Viewed 1/5/21, 2:13 PM)**

Mommagrizzly [Chairman, Women For Trump] █████████

Team Trump has requested for us to share this everywhere.

**1/5/21, 2:11 PM (Viewed 1/5/21, 2:12 PM)**

Don Thompson █████████

**1/5/21, 1:59 PM (Viewed 1/5/21, 2:02 PM)**

Keri (Morgan) Warner █████████

Loved 🙋‍♀️♡♡♡
From my mom...she is on the way!"

**1/5/21, 1:56 PM (Viewed 1/5/21, 2:02 PM)**

Katie Cagle █████████

Loved an image

**1/5/21, 1:55 PM (Viewed 1/5/21, 2:02 PM)**

James Lyle █████████

Loved an image

**1/5/21, 1:55 PM (Viewed 1/5/21, 2:02 PM)**

Bay Cagle █████████

Loved 🙋‍♀️♡♡♡
From my mom...she is on the way!"

**1/5/21, 1:54 PM (Viewed 1/5/21, 2:02 PM)**

Mommagrizzly [Chairman, Women For Trump] █████████

♡♡♡
From my mom...she is on the way!

**1/5/21, 1:54 PM (Viewed 1/5/21, 2:02 PM)**

Keri (Morgan) Warner █████████

Thank you!

**1/5/21, 1:48 PM (Viewed 1/5/21, 2:02 PM)**

Mommagrizzly [Chairman, Women For Trump] █████████

Liked " Jerry wants steak fritz"

**1/5/21, 1:43 PM (Viewed 1/5/21, 2:02 PM)**

Jeff Rainforth █████████

Promo video - clips from the entire tour. Instagram length

**1/5/21, 1:38 PM (Viewed 1/5/21, 2:02 PM)**

Greg Kurbatroff █████████

Jerry wants steak fritz

**1/5/21, 1:22 PM**

Liz Willis █████████

60k watching now- women for AV- y'all want us to push this to ur fb page or no

**1/5/21, 1:22 PM**

Liz Willis █████████

**1/5/21, 1:22 PM**

Liz Willis █████████

KKremer4089

**1/5/21, 1:22 PM**

Liz Willis ▮▮▮▮▮

**1/5/21, 1:22 PM**

Liz Willis ▮▮▮▮▮

https://youtu.be/s5ScxwgOxAg
(Sent with URL)

**1/5/21, 1:07 PM (Viewed 1/5/21, 1:22 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Last call for dinner...

**1/5/21, 1:03 PM (Viewed 1/5/21, 1:22 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Emphasized "Bus is Rolling "

**1/5/21, 1:02 PM**

Bay Cagle ▮▮▮▮▮

Bus is Rolling

**1/5/21, 12:59 PM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Liked "Salmon please"

**1/5/21, 12:59 PM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Disliked "Salmon please"

**1/5/21, 12:59 PM**

Bay Cagle ▮▮▮▮▮

Liked "Trump Train is checking tire pressure. Please let me know when the bus is departing. Thanks "

**1/5/21, 12:59 PM**

Vinny ▮▮▮▮▮

Trump Train is checking tire pressure. Please let me know when the bus is departing. Thanks

**1/5/21, 12:39 PM (Viewed 1/5/21, 12:52 PM)**

Greg Kurbatroff ▮▮▮▮▮

Salmon please

**1/5/21, 11:41 AM (Viewed 1/5/21, 11:52 AM)**

Jonathan Williams ▮▮▮▮▮

Liked "Reminder:

Place your dinner order now if you haven't already."

**1/5/21, 11:33 AM (Viewed 1/5/21, 11:35 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Reminder:

Place your dinner order now if you haven't already.

**1/5/21, 11:19 AM (Viewed 1/5/21, 11:21 AM)**

Jeff Rainforth ▮▮▮▮▮

Bus is leaving

**1/5/21, 11:12 AM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Loved "Trump Train is in wash bay now"

KKremer4090

**1/5/21, 11:12 AM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮

Loved "Bus is coming out of the wash "

**1/5/21, 11:11 AM (Viewed 1/5/21, 11:12 AM)**

Vinny ▮▮▮

Trump Train is in wash bay now

**1/5/21, 11:10 AM (Viewed 1/5/21, 11:12 AM)**

Jonathan Williams ▮▮▮

Bus is coming out of the wash

**1/5/21, 10:18 AM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮

**1/5/21, 10:18 AM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮

https://forms.gle/9KM83SgQaMFrS54J8
(Sent with URL)

**1/5/21, 10:18 AM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮

🍴🍴🍴
Dinner Order for Tonight Jan 5th

Please place your order by 12 PM

Thank you!

**1/5/21, 10:16 AM (Viewed 1/5/21, 10:17 AM)**

Mommagrizzly [Chairman, Women For Trump] (7708780024)

Loved "We have arranged a police escort into DC
Please change address to 7th st and Pennsylvania NW
We will get our escort in from there
Thank you Vinnie!"

**1/5/21, 10:14 AM (Viewed 1/5/21, 10:17 AM)**

James Lyle ▮▮▮

We have arranged a police escort into DC
Please change address to 7th st and Pennsylvania NW
We will get our escort in from there
Thank you Vinnie!

**1/5/21, 9:54 AM (Viewed 1/5/21, 10:02 AM)**

Jonathan Williams ▮▮▮

Liked "Chill at truck stop. According to Ray. He will pick you up when done"

**1/5/21, 9:52 AM (Viewed 1/5/21, 10:02 AM)**

Greg Kurbatroff ▮▮▮

Chill at truck stop. According to Ray. He will pick you up when done

**1/5/21, 9:49 AM (Viewed 1/5/21, 10:02 AM)**

Jonathan Williams ▮▮▮

Are we chillin in the truck stop or do we go back to the bus?

**1/5/21, 9:48 AM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮

You can identify as anything you want.#

**1/5/21, 9:46 AM**

James Lyle ▮▮▮

Maybe Don found out her pronouns

KKremer4091

**1/5/21, 9:45 AM**

Mommagrizzly [Chairman, Women For Trump] ▬▬▬

**1/5/21, 9:45 AM**

Jeff Rainforth ▬▬▬

Laughed at an image

**1/5/21, 9:45 AM**

Mommagrizzly [Chairman, Women For Trump] ▬▬▬

**1/5/21, 9:44 AM (Viewed 1/5/21, 9:45 AM)**

Bay Cagle ▬▬▬

Loved "▣"Dude looks like a lady"🏃‍♂️"

**1/5/21, 9:44 AM (Viewed 1/5/21, 9:45 AM)**

Vinny ▬▬▬

▣"Dude looks like a lady"🏃‍♂️

**1/5/21, 9:43 AM (Viewed 1/5/21, 9:45 AM)**

Liz Willis ▬▬▬

Loved "Don just said "thank you, sir" to a lady at the truck stop. 😂😂😂😂"

**1/5/21, 9:43 AM (Viewed 1/5/21, 9:45 AM)**

Greg Kurbatroff ▬▬▬

Laughed at "Don just said "thank you, sir" to a lady at the truck stop. 😂😂😂😂"

**1/5/21, 9:40 AM (Viewed 1/5/21, 9:45 AM)**

Jeff Rainforth ▬▬▬

Don just said "thank you, sir" to a lady at the truck stop. 😂😂😂😂

**1/5/21, 9:20 AM**

Greg Kurbatroff ▬▬▬

Loved "I should have gotten a video!

It was awesome to see him fly up there and wake everyone up and then fall back to the caboose."

**1/5/21, 8:59 AM (Viewed 1/5/21, 9:05 AM)**

Mommagrizzly [Chairman, Women For Trump] ▬▬▬

**1/5/21, 8:59 AM (Viewed 1/5/21, 9:05 AM)**

Mommagrizzly [Chairman, Women For Trump] ▬▬▬

https://twitter.com/amykremer/status/1346455400145702914?s=21
(Sent with URL)

**1/5/21, 7:33 AM (Viewed 1/5/21, 7:47 AM)**

Jeff Rainforth ▬▬▬

Whoever's salad this is, the bus god killed it.

**1/5/21, 7:16 AM (Viewed 1/5/21, 7:17 AM)**

Rebeckah Bennett ▬▬▬

Loved "I should have gotten a video!

It was awesome to see him fly up there and wake everyone up and then fall back to the caboose."

**1/5/21, 7:16 AM (Viewed 1/5/21, 7:17 AM)**

Mommagrizzly [Chairman, Women For Trump] ▬▬▬

I should have gotten a video!

It was awesome to see him fly up there and wake everyone up and then fall back to the caboose.

KKremer4092

**1/5/21, 7:15 AM (Viewed 1/5/21, 7:17 AM)**

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓▓

Laughed at "Too early for that, Bennie. 😀"

**1/5/21, 7:15 AM (Viewed 1/5/21, 7:17 AM)**

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓▓

Loved "No apologies needed. I'm on it. "

**1/5/21, 7:12 AM (Viewed 1/5/21, 7:13 AM)**

Trey Nutall ▓▓▓▓▓

Too early for that, Bennie. 😀

**1/5/21, 6:24 AM (Viewed 1/5/21, 7:09 AM)**

Austin Clark ▓▓▓▓▓

No apologies needed. I'm on it.

**1/5/21, 6:22 AM (Viewed 1/5/21, 7:09 AM)**

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓▓

Sorry y'all, I got off that bus last night to check everyone into the hotel and get Maggie to the room so we could dinner...I had every intention of getting back on the bus to get my stuff and clean up that back room, but I never got back on the bus.

I worked on that VIP list until after 11PM.

My apologies for not cleaning up after myself. If someone will please throw the black boxes away and I will get everything else when I get back on the bus.

🙏🙏🙏

**1/5/21, 6:18 AM (Viewed 1/5/21, 7:09 AM)**

Jeff Rainforth ▓▓▓▓▓

Laughed at "Also, some of us aren't morning people, so if we have some grouches this morning, don't take it personally. 😂😂😂😂"

**1/5/21, 6:18 AM (Viewed 1/5/21, 7:09 AM)**

Jeff Rainforth ▓▓▓▓▓

Liked "Morning!
So proud of everyone on this team. You all have been absolutely amazing. We've had our ups and downs over the past several weeks, but we are almost there.

Now, we are about to be part of a pivotal and historic moment in our nation's history.

Thank you for taking this journey with Women for America First.

I love you all and am grateful for each of you.

Let's go save the Republic!"

**1/5/21, 6:18 AM (Viewed 1/5/21, 7:09 AM)**

Rebeckah Bennett ▓▓▓▓▓

Liked "We left Bennie "

**1/5/21, 6:18 AM (Viewed 1/5/21, 7:09 AM)**

Vinny ▓▓▓▓▓

Ok

**1/5/21, 6:17 AM (Viewed 1/5/21, 7:09 AM)**

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓▓

Just passed mm 6.6

**1/5/21, 6:17 AM (Viewed 1/5/21, 7:09 AM)**

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓▓

Liked "Trump Train is getting fuel.. let us know when you leave.. if you've left, let's us know the miles markers as you pass them. "

KKremer4093

**1/5/21, 6:17 AM (Viewed 1/5/21, 7:09 AM)**

Trey Nutall ▮▮▮▮▮

We left Bennie

**1/5/21, 6:14 AM (Viewed 1/5/21, 7:09 AM)**

Rebeckah Bennett ▮▮▮▮▮

Trump Train is getting fuel.. let us know when you leave.. if you've left, let's us know the miles markers as you pass them.

**1/5/21, 6:13 AM (Viewed 1/5/21, 7:09 AM)**

Rebeckah Bennett ▮▮▮▮▮

Loved an image

**1/5/21, 6:12 AM (Viewed 1/5/21, 7:09 AM)**

Rebeckah Bennett ▮▮▮▮▮

Loved an attachment

**1/5/21, 6:07 AM (Viewed 1/5/21, 7:09 AM)**

Katie Cagle ▮▮▮▮▮

I'll grab them from you later

**1/5/21, 6:07 AM (Viewed 1/5/21, 7:09 AM)**

Katie Cagle ▮▮▮▮▮

Liked "I have them in Maggie's bag."

**1/5/21, 6:07 AM (Viewed 1/5/21, 7:09 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

I have them in Maggie's bag.

**1/5/21, 6:05 AM (Viewed 1/5/21, 7:09 AM)**

Katie Cagle ▮▮▮▮▮

Has anyone seen my red Buc-ees cups? They were in a white plastic bag in the back of the bus

**1/5/21, 5:49 AM (Viewed 1/5/21, 7:09 AM)**

Trey Nutall ▮▮▮▮▮

Liked "FYI...
I am going to ride with Matt this morning in the suv so he isn't by himself.

Then, I will hop on the bus when we get it washed.

James will be on the bus this morning.

Make sure the drivers are watered and fed this morning too...please.

It's too damn early..."

**1/5/21, 5:49 AM (Viewed 1/5/21, 7:09 AM)**

Ray March ▮▮▮▮▮

Sounds good

**1/5/21, 5:48 AM (Viewed 1/5/21, 7:09 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

FYI...
I am going to ride with Matt this morning in the suv so he isn't by himself.

Then, I will hop on the bus when we get it washed.

James will be on the bus this morning.

Make sure the drivers are watered and fed this morning too...please.

It's too damn early...

KKremer4094

1/5/21, 5:42 AM (Viewed 1/5/21, 7:09 AM)

Vinny (3052518000)

1/5/21, 5:41 AM (Viewed 1/5/21, 7:09 AM)

Mommagrizzly [Chairman, Women For Trump] ██████

Also, some of us aren't morning people, so if we have some grouches this morning, don't take
it personally. 😊😊😊

1/5/21, 5:39 AM (Viewed 1/5/21, 7:09 AM)

Bay Cagle ██████

Loved "Morning!
So proud of everyone on this team. You all have been absolutely amazing. We've had our ups
and downs over the past several weeks, but we are almost there.

Now, we are about to be part of a pivotal and historic moment in our nation's history.

Thank you for taking this journey with Women for America First.

I love you all and am grateful for each of you.

Let's go save the Republic!"

1/5/21, 5:38 AM (Viewed 1/5/21, 7:09 AM)

James Lyle ██████

Loved "Morning!
So proud of everyone on this team. You all have been absolutely amazing. We've had our ups
and downs over the past several weeks, but we are almost there.

Now, we are about to be part of a pivotal and historic moment in our nation's history.

Thank you for taking this journey with Women for America First.

I love you all and am grateful for each of you.

Let's go save the Republic!"

1/5/21, 5:38 AM (Viewed 1/5/21, 7:09 AM)

Jonathan Williams ██████

Loved "Morning!
So proud of everyone on this team. You all have been absolutely amazing. We've had our ups
and downs over the past several weeks, but we are almost there.

Now, we are about to be part of a pivotal and historic moment in our nation's history.

Thank you for taking this journey with Women for America First.

I love you all and am grateful for each of you.

Let's go save the Republic!"

1/5/21, 5:38 AM (Viewed 1/5/21, 7:09 AM)

Mommagrizzly [Chairman, Women For Trump] ██████

Morning!
So proud of everyone on this team. You all have been absolutely amazing. We've had our ups
and downs over the past several weeks, but we are almost there.

Now, we are about to be part of a pivotal and historic moment in our nation's history.

Thank you for taking this journey with Women for America First.

I love you all and am grateful for each of you.

Let's go save the Republic!

1/4/21, 11:01 PM (Viewed 1/4/21, 11:08 PM)

Rebeckah Bennett ██████

Loved "Bus Call 5:30 AM
Wheels UP 6:00 AM

KKremer4095

DC Bound! Here we come POTUS!"

**Bay Cagle** ▮▮▮▮

1/4/21, 11:01 PM (Viewed 1/4/21, 11:08 PM)

Liked "Bus Call 5:30 AM
Wheels UP 6:00 AM

DC Bound! Here we come POTUS!"

**Mommagrizzly [Chairman, Women For Trump]** ▮▮▮▮

1/4/21, 11:00 PM (Viewed 1/4/21, 11:08 PM)

Bus Call 5:30 AM
Wheels UP 6:00 AM

DC Bound! Here we come POTUS!

**Jennifer Hulsey** ▮▮▮▮

1/4/21, 10:04 PM (Viewed 1/4/21, 10:05 PM)

👍

**Mommagrizzly [Chairman, Women For Trump]** ▮▮▮▮

1/4/21, 9:22 PM

Liked "Jordan is one from me and the Pastors. I looked the others up and they all appear to be Vinny's guests"

**Vinny** ▮▮▮▮

1/4/21, 9:20 PM (Viewed 1/4/21, 9:22 PM)

Ivan Dario Sarmiento
John Francis Cheney
Tina Forte
Kevin Arnold Pearson
Christina RaNae Houlditch

Are all Vinny

**Dustin Stockton** ▮▮▮▮

1/4/21, 9:19 PM

Emphasized "Ivan Dario Sarmiento
John Francis Cheney
Tina Forte
Kevin Arnold Pearson
Christina RaNae Houlditch
Jordan Kreisle"

**Dustin Stockton** ▮▮▮▮

1/4/21, 9:19 PM

Jordan is one from me and the Pastors. I looked the others up and they all appear to be Vinny's guests

**Keri (Morgan) Warner** ▮▮▮▮

1/4/21, 9:18 PM (Viewed 1/4/21, 9:19 PM)

I can check the spreadsheet from this morning Vinny and Pastor Gibson submitted guests. I erased their private info from my phone

**James Lyle** ▮▮▮▮

1/4/21, 9:15 PM

For whom?

**Mommagrizzly [Chairman, Women For Trump]** ▮▮▮▮

1/4/21, 9:15 PM

Okay

1/4/21, 9:14 PM

**Kylie Jane Kremer** (+▮▮▮▮

Eerin is security

33

KKremer4096

**1/4/21, 9:14 PM**

Mommagrizzly [Chairman, Women For Trump] █████

Eerin Houck

**1/4/21, 9:14 PM**

Mommagrizzly [Chairman, Women For Trump] █████

Ivan Dario Sarmiento
John Francis Cheney
Tina Forte
Kevin Arnold Pearson
Christina RaNae Houlditch
Jordan Kreisle

**1/4/21, 9:13 PM (Viewed 1/4/21, 9:14 PM)**

Mommagrizzly [Chairman, Women For Trump] █████

I need to know who the following people are. They have been added to the VIP list and KJK, Jennifer or I know them.

**1/4/21, 9:12 PM (Viewed 1/4/21, 9:14 PM)**

Mommagrizzly [Chairman, Women For Trump] █████

All,

**1/4/21, 8:58 PM (Viewed 1/4/21, 8:59 PM)**

Katie Cagle █████

Thank you

**1/4/21, 8:57 PM (Viewed 1/4/21, 8:59 PM)**

Jonathan Williams █████

Liked "Get a grilled shrimp taco instead then"

**1/4/21, 8:57 PM (Viewed 1/4/21, 8:59 PM)**

Katie Cagle █████

Get a grilled shrimp taco instead then

**1/4/21, 8:54 PM (Viewed 1/4/21, 8:59 PM)**

Jonathan Williams █████

They are out of stew.

**1/4/21, 8:43 PM**

Mommagrizzly [Chairman, Women For Trump] █████

Liked "I've got a migraine and I'm going to lay down instead of going to the restaurant. I'm in 331. Could one of y'all get me something to go? I want the 4 sides for $11 with Stew, home fries, tomato and cucumber salad, and potato salad"

**1/4/21, 8:41 PM**

Katie Cagle █████

Liked "I will Katie when we get there"

**1/4/21, 8:39 PM (Viewed 1/4/21, 8:40 PM)**

Mommagrizzly [Chairman, Women For Trump] █████

We are all at the restaurant and I have the keys. Sorry.

**1/4/21, 8:35 PM (Viewed 1/4/21, 8:37 PM)**

Rebeckah Bennett █████

I will Katie when we get there

**1/4/21, 8:32 PM (Viewed 1/4/21, 8:36 PM)**

Katie Cagle █████

I've got a migraine and I'm going to lay down instead of going to the restaurant. I'm in 331. Could one of y'all get me something to go? I want the 4 sides for $11 with Stew, home fries, tomato and cucumber salad, and potato salad

KKremer4097

**1/4/21, 8:27 PM (Viewed 1/4/21, 8:36 PM)**

Rebeckah Bennett ███████

Thank you.. I found it

**1/4/21, 8:27 PM (Viewed 1/4/21, 8:36 PM)**

Jonathan Williams ███████

It's in Dropbox

**1/4/21, 8:26 PM**

Vinny ███████

Trump train ETA 23 minutes

**1/4/21, 8:26 PM**

Katie Cagle ███████

I'm staying here y'all. I'm dead.

**1/4/21, 8:26 PM**

James Lyle ███████

Now

**1/4/21, 8:25 PM (Viewed 1/4/21, 8:26 PM)**

Jeff Rainforth ███████

What time do we go to restaurant?

**1/4/21, 6:05 PM (Viewed 1/4/21, 6:06 PM)**

Rebeckah Bennett ███████

Send me the baggage pic please!

**1/4/21, 6:05 PM (Viewed 1/4/21, 6:06 PM)**

Rebeckah Bennett ███████

Loved "Doing the heavy lifting! "

**1/4/21, 6:04 PM (Viewed 1/4/21, 6:05 PM)**

Jonathan Williams ███████

Quite literally. But I had to get the shot. 😂

**1/4/21, 6:04 PM (Viewed 1/4/21, 6:05 PM)**

Katie Cagle ███████

Loved an image

**1/4/21, 6:04 PM**

Keri (Morgan) Warner ███████

Doing the heavy lifting!

**1/4/21, 6:03 PM**

Rebeckah Bennett ███████

Loved an image

**1/4/21, 6:03 PM**

Jennifer Lawerence ███████

Loved "Amen!"

**1/4/21, 6:03 PM**

Jennifer Lawerence ███████

Loved "Always find and follow a leader who will work hard and lead by example. "

**1/4/21, 6:02 PM**

James Lyle ███████

Loved "Always find and follow a leader who will work hard and lead by example. "

KKremer4098

**1/4/21, 6:02 PM**

Dustin Stockton ██████

Amen!

**1/4/21, 6:02 PM**

Dustin Stockton ██████

Loved an image

**1/4/21, 6:02 PM**

Dustin Stockton ██████

Loved an image

**1/4/21, 6:01 PM**

Jonathan Williams ██████

**1/4/21, 6:01 PM**

Jonathan Williams ██████

**1/4/21, 6:01 PM**

Jonathan Williams ██████

Always find and follow a leader who will work hard and lead by example.

**1/4/21, 3:37 PM (Viewed 1/4/21, 3:49 PM)**

Dustin Stockton ██████

**1/4/21, 3:37 PM (Viewed 1/4/21, 3:49 PM)**

Dustin Stockton ██████

https://twitter.com/dustinstockton/status/1346193938198241280?s=21
(Sent with URL)

**1/4/21, 3:10 PM (Viewed 1/4/21, 3:11 PM)**

Keri (Morgan) Warner ██████

Copy stage is almost put back away.

**1/4/21, 3:09 PM (Viewed 1/4/21, 3:11 PM)**

Bay Cagle ██████

Liked "New address:
Kay jewelers parking lot.

1314 W Walnut Ave
Unit 9
Dalton, GA  30720
United States"

**1/4/21, 3:09 PM (Viewed 1/4/21, 3:11 PM)**

Austin Clark ██████

New address:
Kay jewelers parking lot.

1314 W Walnut Ave
Unit 9
Dalton, GA  30720
United States

**1/4/21, 2:55 PM (Viewed 1/4/21, 2:59 PM)**

Keri (Morgan) Warner ██████

Loved "https://www.instagram.com/p/CJoqcRVDDDb/?igshid=nv5hfshdwwr"

**1/4/21, 2:53 PM (Viewed 1/4/21, 2:59 PM)**

Jonathan Williams ██████

https://www.instagram.com/p/CJoqcRVDDDb/?igshid=nv5hfshdwwr
(Sent with URL)

KKremer4099

**1/4/21, 2:40 PM (Viewed 1/4/21, 2:49 PM)**

Jennifer Lawerence ██████████

**1/4/21, 2:10 PM (Viewed 1/4/21, 2:19 PM)**

Keri (Morgan) Warner ██████████

FYI - messages with personal information have now been deleted from my device, and have been sent off to the team in DC. Thank you!

**1/4/21, 1:21 PM (Viewed 1/4/21, 1:24 PM)**

Jonathan Williams ██████████

Photos are in Dropbox of AL event

KKremer4100

**1/4/21, 12:43 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

Liked "I'm going to pull around once Ray is done filling. We thought it would be easier. "

**1/4/21, 12:42 PM**

Scott Johnston ███████

I'm going to pull around once Ray is done filling. We thought it would be easier.

**1/4/21, 12:42 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

Jen is inside getting subway if anyone wants a sandwich. She has my credit card, so get some grub.

**1/4/21, 12:41 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

Can the team with the bus, pls help Scott load the water and food on the bus?

**1/4/21, 12:41 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

Loved "DC bound. Love y'all. It's gonna be epic!! "

**1/4/21, 12:40 PM (Viewed 1/4/21, 12:41 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Loved an image

**1/4/21, 12:25 PM**

Kylie Jane Kremer (+███████

Loved an image

**1/4/21, 11:59 AM (Viewed 1/4/21, 12:25 PM)**

Katie Cagle ███████

Loved an image

**1/4/21, 11:58 AM (Viewed 1/4/21, 12:25 PM)**

Jennifer Lawerence ███████

Loved an image

**1/4/21, 11:58 AM (Viewed 1/4/21, 12:25 PM)**

Jennifer Lawerence ███████

Loved "I'm 30 minutes from there and have waters and stuff. "

**1/4/21, 11:58 AM (Viewed 1/4/21, 12:25 PM)**

James Lyle ███████

Loved an image

**1/4/21, 11:58 AM (Viewed 1/4/21, 12:25 PM)**

Charles Bowman ███████

Loved an image

**1/4/21, 11:57 AM (Viewed 1/4/21, 12:25 PM)**

Pastor Greg Locke [TN] ███████

DC bound. Love y'all. It's gonna be epic!!

**1/4/21, 11:55 AM (Viewed 1/4/21, 12:25 PM)**

Scott Johnston ███████

I'm 30 minutes from there and have waters and stuff.

**1/4/21, 11:55 AM (Viewed 1/4/21, 12:25 PM)**

Austin Clark ███████

Exit 174

KKremer4101

**1/4/21, 11:55 AM (Viewed 1/4/21, 12:25 PM)**

Austin Clark ▮▮▮

Fuel stop at Loves.

905 Steele Station Rd
Steele, AL  35987
United States

**1/4/21, 11:35 AM (Viewed 1/4/21, 11:42 AM)**

Pastor Brian Gibson ▮▮▮

**1/4/21, 11:35 AM (Viewed 1/4/21, 11:42 AM)**

Pastor Brian Gibson ▮▮▮

**1/4/21, 11:35 AM (Viewed 1/4/21, 11:42 AM)**

Pastor Brian Gibson ▮▮▮

**1/4/21, 11:35 AM (Viewed 1/4/21, 11:42 AM)**

Pastor Brian Gibson ▮▮▮

https://twitter.com/leadpastor/status/1346132986861936640?s=21
(Sent with URL)

**1/4/21, 11:09 AM**

Kylie Jane Kremer (+▮▮▮

**1/4/21, 11:09 AM**

Kylie Jane Kremer (+▮▮▮

Don't need right now

**1/4/21, 11:08 AM (Viewed 1/4/21, 11:09 AM)**

James Lyle ▮▮▮

We have the spreadsheet, just no ssn

**1/4/21, 11:08 AM**

Dustin Stockton ▮▮▮

Roger

**1/4/21, 11:08 AM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮

I have to have VIPs in next 20 minutes or they don't get into the event as our guests

**1/4/21, 9:11 AM (Viewed 1/4/21, 9:12 AM)**

Jennifer Hulsey ▮▮▮

Loved "Thanks Amy.

Hi everyone send:

Name
DOB
Social sec #
Email

To this number (Keri)

before 1030AM as I have to get the list compiled and sent to DC by 11AM"

**1/4/21, 9:10 AM (Viewed 1/4/21, 9:12 AM)**

Rebeckah Bennett ▮▮▮

Loved "Thanks Amy.

Hi everyone send:

Name
DOB

KKremer4102

Social sec #
Email

To this number (Keri)

before 1030AM as I have to get the list compiled and sent to DC by 11AM"

**1/4/21, 9:09 AM**

**Mommagrizzly [Chairman, Women For Trump]** ████

Loved "Thanks Amy.

Hi everyone send:

Name
DOB
Social sec #
Email

To this number (Keri)

before 1030AM as I have to get the list compiled and sent to DC by 11AM"

**1/4/21, 9:09 AM**

**Keri (Morgan) Warner** ████

(Send it separate text to not disturb the group)

**1/4/21, 9:08 AM (Viewed 1/4/21, 9:09 AM)**

**Keri (Morgan) Warner** ████

Thanks Amy.

Hi everyone send:

Name
DOB
Social sec #
Email

To this number (Keri)

before 1030AM as I have to get the list compiled and sent to DC by 11AM

**1/4/21, 9:06 AM (Viewed 1/4/21, 9:07 AM)**

**Rebeckah Bennett** ████

Loved "Morning all!
Hope everyone rested well.

Since we changed the time for our stop this morning, I'm afraid we won't have many people
show up at the Birmingham event. Therefore, I've asked Vinny to get Dunkin' Donuts and
coffee...we will do a meet and greet. People can meet, mingle and get pictures with the bus.

If we have a lot of people, we will adapt.

Then we roll to Dalton to pre-game for the President's rally tonight.

I need a couple of things from you:

1. I need you to send to Keri in a separate text or email...your name as it appears on your ID,
DOB, SS# & email address. This is for secret service clearance.

2. If any of your family members plan to join us on Wednesday at the WH, I need to know
ASAP and will need the same information on the family member.

We will not have a chase car today, so we will have the bus and the Trump Train. If you need
anything specific, get it before we roll out this morning.

See you all at 9:15AM.

**1/4/21, 9:03 AM (Viewed 1/4/21, 9:04 AM)**

**Mommagrizzly [Chairman, Women For Trump]** ████

Morning all!
Hope everyone rested well.

KKremer4103

Since we changed the time for our stop this morning, I'm afraid we won't have many people show up at the Birmingham event. Therefore, I've asked Vinny to get Dunkin' Donuts and coffee...we will do a meet and greet. People can meet, mingle and get pictures with the bus.

If we have a lot of people, we will adapt.

Then we roll to Dalton to pre-game for the President's rally tonight.

I need a couple of things from you:

1. I need you to send to Keri in a separate text or email...your name as it appears on your ID, DOB, SS# & email address. This is for secret service clearance.

2. If any of your family members plan to join us on Wednesday at the WH, I need to know ASAP and will need the same information on the family member.

We will not have a chase car today, so we will have the bus and the Trump Train. If you need anything specific, get it before we roll out this morning.

See you all at 9:15AM.

**1/4/21, 7:55 AM (Viewed 1/4/21, 8:43 AM)**

Bay Cagle

Loved "https://twitter.com/dustinstockton/status/1346077244008116226?s=21

**1/4/21, 7:53 AM (Viewed 1/4/21, 8:43 AM)**

Dustin Stockton

**1/4/21, 7:53 AM (Viewed 1/4/21, 8:43 AM)**

Dustin Stockton

https://twitter.com/dustinstockton/status/1346077244008116226?s=21
(Sent with URL)

**1/3/21, 11:28 PM (Viewed 1/3/21, 11:29 PM)**

Rebeckah Bennett

Liked "Bus Call 915 AM
Wheels Up 945 AM"

**1/3/21, 11:25 PM (Viewed 1/3/21, 11:27 PM)**

Katie Cagle

Liked "Bus Call 915 AM
Wheels Up 945 AM"

**1/3/21, 11:20 PM**

Mommagrizzly [Chairman, Women For Trump]

Bus Call 915 AM
Wheels Up 945 AM

**1/3/21, 8:56 PM (Viewed 1/3/21, 9:02 PM)**

Keri (Morgan) Warner

**1/3/21, 8:56 PM (Viewed 1/3/21, 9:02 PM)**

Keri (Morgan) Warner

**1/3/21, 8:56 PM (Viewed 1/3/21, 9:02 PM)**

Keri (Morgan) Warner

**1/3/21, 8:56 PM (Viewed 1/3/21, 9:02 PM)**

Keri (Morgan) Warner

**1/3/21, 8:56 PM (Viewed 1/3/21, 9:02 PM)**

Keri (Morgan) Warner

KKremer4104

1/3/21, 8:56 PM (Viewed 1/3/21, 9:02 PM)

Keri (Morgan) Warner ▮▮▮▮▮

1/3/21, 8:56 PM (Viewed 1/3/21, 9:02 PM)

Keri (Morgan) Warner ▮▮▮▮▮

1/3/21, 8:56 PM (Viewed 1/3/21, 9:02 PM)

Keri (Morgan) Warner ▮▮▮▮▮

1/3/21, 8:56 PM (Viewed 1/3/21, 9:02 PM)

Keri (Morgan) Warner ▮▮▮▮▮

https://twitter.com/america1stwomen/status/1345896874608369664?s=21
(Sent with URL)

1/3/21, 8:44 PM (Viewed 1/3/21, 8:53 PM)

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

1/3/21, 8:44 PM (Viewed 1/3/21, 8:53 PM)

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

1/3/21, 8:44 PM (Viewed 1/3/21, 8:53 PM)

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

All, I need y'all to share this info everywhere...

Birmingham 10AM

Dalton, GA 3PM

1/3/21, 8:17 PM

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Last call for dinner

1/3/21, 7:33 PM (Viewed 1/3/21, 7:40 PM)

Rebeckah Bennett ▮▮▮▮▮

Loved an image

1/3/21, 7:31 PM (Viewed 1/3/21, 7:40 PM)

Pastor Brian Gibson ▮▮▮▮▮

Loved "Safe flight!"

1/3/21, 7:28 PM

Pastor Greg Locke [TN] ▮▮▮▮▮

1/3/21, 7:28 PM

Kylie Jane Kremer (+▮▮▮▮▮

Safe flight!

1/3/21, 7:27 PM (Viewed 1/3/21, 7:28 PM)

Pastor Greg Locke [TN] ▮▮▮▮▮

Loved "Nashville was awesome. I'm boarding to DC to take care of business. We are on a mission from God. "

1/3/21, 7:27 PM

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Loved "Good to have you back Jonathan! "

1/3/21, 7:27 PM

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Loved "Nashville was awesome. I'm boarding to DC to take care of business. We are on a mission from God. "

KKremer4105

**1/3/21, 7:25 PM (Viewed 1/3/21, 7:27 PM)**

James Lyle ▮▮▮▮

Loved "Nashville was awesome. I'm boarding to DC to take care of business. We are on a mission from God. "

**1/3/21, 7:25 PM (Viewed 1/3/21, 7:27 PM)**

Bay Cagle (7702875267)

Liked "Nashville was awesome. I'm boarding to DC to take care of business. We are on a mission from God. "

**1/3/21, 7:24 PM (Viewed 1/3/21, 7:27 PM)**

Pastor Brian Gibson ▮▮▮▮

Nashville was awesome. I'm boarding to DC to take care of business. We are on a mission from God.

**1/3/21, 7:23 PM (Viewed 1/3/21, 7:27 PM)**

James Lyle ▮▮▮▮

Loved "Boarding my flight. See you all soon! I'm so stoked.

Jonathan Williams - photographer"

**1/3/21, 7:12 PM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

Loved "Photos will be located here:"

**1/3/21, 7:12 PM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

Removed a heart from "Good to have you back Jonathan! "

**1/3/21, 7:12 PM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

Loved "Good to have you back Jonathan! "

**1/3/21, 7:12 PM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

Loved "Boarding my flight. See you all soon! I'm so stoked.

Jonathan Williams - photographer"

**1/3/21, 7:11 PM (Viewed 1/3/21, 7:12 PM)**

Keri (Morgan) Warner ▮▮▮▮

Loved "Boarding my flight. See you all soon! I'm so stoked.

Jonathan Williams - photographer"

**1/3/21, 7:11 PM (Viewed 1/3/21, 7:12 PM)**

Jonathan Williams ▮▮▮▮

Boarding my flight. See you all soon! I'm so stoked.

Jonathan Williams - photographer

**1/3/21, 7:10 PM (Viewed 1/3/21, 7:12 PM)**

Jonathan Williams ▮▮▮▮

Loved "Good to have you back Jonathan! "

**1/3/21, 7:10 PM (Viewed 1/3/21, 7:12 PM)**

Dustin Stockton ▮▮▮▮

Good to have you back Jonathan!

**1/3/21, 7:10 PM (Viewed 1/3/21, 7:12 PM)**

Dustin Stockton ▮▮▮▮

Loved "Photos will be located here:"

KKremer4106

**1/3/21, 7:09 PM (Viewed 1/3/21, 7:12 PM)**

Jonathan Williams ███████

**1/3/21, 7:09 PM (Viewed 1/3/21, 7:12 PM)**

Jonathan Williams ███████

**1/3/21, 7:09 PM (Viewed 1/3/21, 7:12 PM)**

Jonathan Williams ███████

**1/3/21, 7:09 PM (Viewed 1/3/21, 7:12 PM)**

Jonathan Williams

https://www.dropbox.com/sh/otandffzpwbb3ld/AACYf498HONYpEEp-F1TpL24a?dl=0
(Sent with URL)

**1/3/21, 7:09 PM (Viewed 1/3/21, 7:12 PM)**

Jonathan Williams ███████

Photos will be located here:

**1/3/21, 7:07 PM (Viewed 1/3/21, 7:12 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

**1/3/21, 7:07 PM (Viewed 1/3/21, 7:12 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

**1/3/21, 7:07 PM (Viewed 1/3/21, 7:12 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

**1/3/21, 7:07 PM (Viewed 1/3/21, 7:12 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

https://docs.google.com/forms/d/e/1FAIpQLSc-
EI8NdFQtiHkRm9Sk_M8uJXVaAlGNJ5oeHaNIdmyqyG_rDg/viewform
(Sent with URL)

**1/3/21, 7:07 PM (Viewed 1/3/21, 7:12 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Please order your dinner here:

**1/3/21, 7:04 PM**

Katie Cagle ███████

Liked "All,
Dinner is going to be takeout from a restaurant right next to the hotel. Matt will be sending the
 link and order form shortly.

Standby.

Also, schedule changes are coming. Will update in 10 minutes."

**1/3/21, 7:04 PM**

Jonathan Williams ███████

Liked "All,
Dinner is going to be takeout from a restaurant right next to the hotel. Matt will be sending the
 link and order form shortly.

Standby.

Also, schedule changes are coming. Will update in 10 minutes."

**1/3/21, 7:03 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

All,
Dinner is going to be takeout from a restaurant right next to the hotel. Matt will be sending the
 link and order form shortly.

Standby.

KKremer4107

Also, schedule changes are coming. Will update in 10 minutes.

**Mommagrizzly [Chairman, Women For Trump]** ▮     1/3/21, 7:01 PM (Viewed 1/3/21, 7:02 PM)

Loved "I was thinking the same thing, Amy. I told like 10 people I wanna move here today. So safe and cute and patriotic."

**Liz Willis** ▮     1/3/21, 6:33 PM (Viewed 1/3/21, 6:37 PM)

Loved "I'm in love with this town! I really could move here...

Great job everyone! What an amazing event!!! So invigorating and energizing.

Can't wait until Wednesday!"

**Liz Willis** ▮     1/3/21, 6:32 PM (Viewed 1/3/21, 6:37 PM)

I was thinking the same thing, Amy. I told like 10 people I wanna move here today. So safe and cute and patriotic.

**Mommagrizzly [Chairman, Women For Trump]** ▮     1/3/21, 6:31 PM (Viewed 1/3/21, 6:37 PM)

Loved "I know a good church close if you do. ☺"

**Keri (Morgan) Warner** ▮     1/3/21, 6:30 PM

Loved "I know a good church close if you do. ☺"

**Pastor Greg Locke [TN]** ▮     1/3/21, 6:29 PM (Viewed 1/3/21, 6:30 PM)

I know a good church close if you do. ☺

**Mommagrizzly [Chairman, Women For Trump]** ▮     1/3/21, 6:29 PM (Viewed 1/3/21, 6:30 PM)

I'm in love with this town! I really could move here...

Great job everyone! What an amazing event!!! So invigorating and energizing.

Can't wait until Wednesday!

**Mommagrizzly [Chairman, Women For Trump]** ▮     1/3/21, 6:23 PM (Viewed 1/3/21, 6:27 PM)

Let's go!

**Rebeckah Bennett** ▮     1/3/21, 6:16 PM (Viewed 1/3/21, 6:21 PM)

This is the guy doing buses from Nashville, TN

**Rebeckah Bennett** ▮     1/3/21, 6:13 PM

**Austin Clark** ▮     1/3/21, 4:45 PM

10,000

**Matt McCleskey** ▮     1/3/21, 4:44 PM (Viewed 1/3/21, 4:45 PM)

I will

**Mommagrizzly [Chairman, Women For Trump]** ▮     1/3/21, 4:43 PM (Viewed 1/3/21, 4:45 PM)

Can someone ask Ray or Austin how many miles we have driven?

KKremer4108

1/3/21, 3:53 PM

Kylie Jane Kremer (+ ███████

All website related info, please send off this chat to Jennifer Hulsey and I. We are dealing with a lot related to the website and managing it with Scott and other people since POTUS has been tweeting out TrumpMarch. Com

I know not intentional but it causes panic to send something out that is wrong to the whole group that requires follow up with off thread convos getting multiple times.

Any other individual questions about dc, send to me and Jennifer. We are overwhelmed with our phones right now and trying our best to manage.

On that same note, if anyone has any family members or good friends that need to ensure a spot at the rally on the 6th, please email me and Jennifer Hulsey with their names and email addresses and indicate their relation to you. One email per person on this thread with everyone you need a spot for, please don't send multiple emails adding people.

███████████

Love y'all just trying to triage

1/3/21, 3:31 PM (Viewed 1/3/21, 3:34 PM)

Keri (Morgan) Warner ███████

Loved "He is fixing "

1/3/21, 3:30 PM (Viewed 1/3/21, 3:34 PM)

Jennifer Hulsey ███████

He is fixing

1/3/21, 3:30 PM (Viewed 1/3/21, 3:34 PM)

Keri (Morgan) Warner ███████

Uh oh. Scott manages a recall newsom website so maybe something got crossed on back end.
Kylie/Amy can u talk to Scott?

1/3/21, 3:27 PM (Viewed 1/3/21, 3:28 PM)

Jennifer Hulsey ███████

Thx

1/3/21, 3:27 PM (Viewed 1/3/21, 3:28 PM)

Jennifer Hulsey ███████

Checking on it now

1/3/21, 3:26 PM (Viewed 1/3/21, 3:28 PM)

Pastor Brian Gibson ███████

Hey gang, People of ours are RSVPing and after they finish it forwards them to this recall site for Gavin Newsom. Just thought you would want to know. See you in Nashville. Brian

1/3/21, 2:42 PM

Katie Cagle ███████

Liked "Y'all, chill out.

Franklin is a suburb of Nashville.

I'm probably changing Atlanta to Dalton, but I have to check on either thing. I'll let you know in the next 30 minutes."

1/3/21, 2:37 PM (Viewed 1/3/21, 2:40 PM)

Keri (Morgan) Warner ███████

Liked "Y'all, chill out.

Franklin is a suburb of Nashville.

I'm probably changing Atlanta to Dalton, but I have to check on either thing. I'll let you know in the next 30 minutes."

KKremer4109

**1/3/21, 2:37 PM (Viewed 1/3/21, 2:40 PM)**

Mommagrizzly [Chairman, Women For Trump]

Y'all, chill out.

Franklin is a suburb of Nashville.

I'm probably changing Atlanta to Dalton, but I have to check on either thing. I'll let you know in the next 30 minutes.

**1/3/21, 2:37 PM (Viewed 1/3/21, 2:40 PM)**

Katie Cagle

**1/3/21, 2:37 PM (Viewed 1/3/21, 2:40 PM)**

Katie Cagle

**1/3/21, 2:37 PM (Viewed 1/3/21, 2:40 PM)**

Katie Cagle

**1/3/21, 2:37 PM (Viewed 1/3/21, 2:40 PM)**

Katie Cagle

We're looking to do 2pm

**1/3/21, 2:37 PM (Viewed 1/3/21, 2:40 PM)**

Katie Cagle

https://www.google.com/search?q=ryans+dalton+ga&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari#
(Sent with URL)

**1/3/21, 2:36 PM (Viewed 1/3/21, 2:40 PM)**

Keri (Morgan) Warner

Liked "We literally just changed it in the last 30 minutes "

**1/3/21, 2:36 PM**

Katie Cagle

We literally just changed it in the last 30 minutes

**1/3/21, 2:34 PM (Viewed 1/3/21, 2:36 PM)**

Keri (Morgan) Warner

If this is so I need to know any changes for the Facebook event and flyer. No one told me we have Atlanta location change.

**1/3/21, 2:33 PM (Viewed 1/3/21, 2:36 PM)**

Katie Cagle

Are we officially changing the address of the Atlanta event to Dalton?

**1/3/21, 2:32 PM (Viewed 1/3/21, 2:36 PM)**

Keri (Morgan) Warner

Yes they put Nashville as header bc its closest Large city. But the details on site should show the Franklin address - James is contacting Scott the website person to fix.

**1/3/21, 2:30 PM (Viewed 1/3/21, 2:36 PM)**

Pastor Greg Locke [TN]

It's definitely Franklin because it says Williamson County and that's where Franklin is. It's just a suburb of Nashville.

**1/3/21, 2:30 PM (Viewed 1/3/21, 2:36 PM)**

Keri (Morgan) Warner

The Facebook event and Flyers say Franklin. It's Franklin I believe.

**1/3/21, 2:26 PM (Viewed 1/3/21, 2:36 PM)**

Pastor Greg Locke [TN]

47

KKremer4110

**1/3/21, 2:25 PM (Viewed 1/3/21, 2:36 PM)**

Don Thompson ███████

**1/3/21, 2:24 PM (Viewed 1/3/21, 2:36 PM)**

Don Thompson ███████

Your website says Nashville

**1/3/21, 2:24 PM (Viewed 1/3/21, 2:36 PM)**

Jennifer Lawerence ███████

Franklin

**1/3/21, 2:24 PM (Viewed 1/3/21, 2:36 PM)**

Matt McCleskey ███████

Franklin

**1/3/21, 2:24 PM**

Don Thompson ███████

Is it Nashville or Franklin

**1/3/21, 2:24 PM**

Don Thompson ███████

We can drop off your website says Nashville

**1/3/21, 2:24 PM**

Pastor Greg Locke [TN] ███████

.611 w main St

**1/3/21, 2:24 PM**

Matt McCleskey ███████

611 W Main St

**1/3/21, 2:23 PM (Viewed 1/3/21, 2:24 PM)**

Dustin Stockton ███████

Address for Franklin?

**1/3/21, 12:49 PM**

Jennifer Lawerence ███████

Loved "This rally needs to be an hour and no more...then we are on the way to Nashville."

**1/3/21, 12:49 PM**

James Lyle ███████

Yep

**1/3/21, 12:48 PM (Viewed 1/3/21, 12:49 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

This rally needs to be an hour and no more...then we are on the way to Nashville.

**1/3/21, 12:04 PM**

Jennifer Lawerence ███████

**1/3/21, 12:04 PM**

Jennifer Lawerence ███████

**1/3/21, 12:04 PM**

Jennifer Lawerence ███████

**1/3/21, 12:04 PM**

Jennifer Lawerence ███████

https://youtu.be/OSJDhZvLtak
(Sent with URL)

KKremer4111

**1/3/21, 12:04 PM**

Jennifer Lawerence ▮▮▮▮▮▮▮

Keeping Fighting!

**1/3/21, 11:26 AM**

Matt McCleskey (6784512238)

Fill in the form of possible please

**1/3/21, 11:26 AM**

Vinny ▮▮▮▮▮

Thanks!

**1/3/21, 11:26 AM**

Matt McCleskey ▮▮▮▮▮▮

Matt

**1/3/21, 11:26 AM**

Vinny ▮▮▮▮▮

Who should we send the text orders to so as not to fill up this text chat?

**1/3/21, 11:25 AM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮▮

**1/3/21, 11:25 AM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮▮

**1/3/21, 11:25 AM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮▮

**1/3/21, 11:25 AM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮▮

https://docs.google.com/forms/d/e/1FAIpQLSc-EI8NdFQtiHkRm9Sk_M8uJXVaAlGNJ5oeHaNldmyqyG_rDg/viewform
(Sent with URL)

**1/3/21, 11:25 AM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮▮

Everyone, please submit your lunch order here:

**1/3/21, 10:42 AM (Viewed 1/3/21, 10:43 AM)**

Rebeckah Bennett ▮▮▮▮▮

Loved "https://twitter.com/dustinstockton/status/1345753283198136324?s=21"

**1/3/21, 10:42 AM (Viewed 1/3/21, 10:43 AM)**

Rebeckah Bennett ▮▮▮▮▮

Loved "Whoop whoop. ♡🙏💯🎶"

**1/3/21, 10:38 AM**

Kylie Jane Kremer (+▮▮▮▮▮▮

Liked "Got the whole crew!"

**1/3/21, 10:36 AM (Viewed 1/3/21, 10:37 AM)**

Dustin Stockton ▮▮▮▮▮

Got the whole crew!

**1/3/21, 10:36 AM**

Pastor Greg Locke [TN] ▮▮▮▮▮▮

Whoop whoop. ♡🙏💯

**1/3/21, 10:30 AM**

Matt McCleskey ▮▮▮▮▮

Loved "https://twitter.com/realdonaldtrump/status/1345753534168506370?s=21"

KKremer4112

**1/3/21, 10:30 AM**
Kylie Jane Kremer (+ ███████

**1/3/21, 10:30 AM**
Kylie Jane Kremer (+ ███████

https://twitter.com/realdonaldtrump/status/1345753534168506370?s=21
(Sent with URL)

**1/3/21, 10:26 AM (Viewed 1/3/21, 10:27 AM)**
Dustin Stockton ███████

**1/3/21, 10:26 AM (Viewed 1/3/21, 10:27 AM)**
Dustin Stockton ███████

https://twitter.com/dustinstockton/status/1345753283198136324?s=21
(Sent with URL)

**1/3/21, 10:26 AM (Viewed 1/3/21, 10:27 AM)**
Dustin Stockton ███████

Boom!

**1/3/21, 1:34 AM (Viewed 1/3/21, 1:35 AM)**
Rebeckah Bennett ███████

Loved "Bus Call 9:00 AM
Wheels Up 9:30 AM

Tomorrow's Schedule
12:00 Noon - Bowling Green
3:00 PM - Nashville
Overnight in Birmingham

Y'all, the next 2 days are going to be very long days, so we have to be on time. We cannot be late.

Also, speeches need to be short and sweet. Please understand it's nothing personal, but a time issue.

For our speakers, please do not bring someone up on stage unless they are on the schedule. Again, this is a time issue.

Last thing, please share the info about Bowling Green tomorrow. This is to pressure Senator Rand Paul to not certify the electoral college.

We are all exhausted and ready for some rest...thank goodness, we are almost there.

Thank you for hanging in there. I'm so grateful for each and everyone of you!

☺"

**1/3/21, 1:34 AM**
Don Thompson ███████

Loved "Just an addition for stage and sound advance team

Leaves at 8am"

**1/3/21, 1:33 AM (Viewed 1/3/21, 1:34 AM)**
Mommagrizzly [Chairman, Women For Trump] ( ███████

Loved "You guys are doing great work... have been following along. Keep it up! Finish line to DC will be here soon! ❤#"

**1/3/21, 1:33 AM (Viewed 1/3/21, 1:34 AM)**
Mommagrizzly [Chairman, Women For Trump] ███████

Loved "Thank you Amy! "

**1/3/21, 1:33 AM (Viewed 1/3/21, 1:34 AM)**
Mommagrizzly [Chairman, Women For Trump] ███████

Loved "We are so grateful for you Amy! Thank you! ❤#"

KKremer4113

**1/3/21, 1:31 AM (Viewed 1/3/21, 1:32 AM)**

Greg Kurbatroff ▆▆▆▆▆

Liked "Just an addition for stage and sound advance team

Leaves at 8am"

**1/3/21, 1:31 AM (Viewed 1/3/21, 1:32 AM)**

James Lyle ▆▆▆▆▆

Just an addition for stage and sound advance team

Leaves at 8am

**1/3/21, 1:10 AM (Viewed 1/3/21, 1:11 AM)**

Greg Kurbatroff ▆▆▆▆▆

Loved "Bus Call 9:00 AM
Wheels Up 9:30 AM

Tomorrow's Schedule
12:00 Noon - Bowling Green
3:00 PM - Nashville
Overnight in Birmingham

Y'all, the next 2 days are going to be very long days, so we have to be on time. We cannot be late.

Also, speeches need to be short and sweet. Please understand it's nothing personal, but a time issue.

For our speakers, please do not bring someone up on stage unless they are on the schedule. Again, this is a time issue.

Last thing, please share the info about Bowling Green tomorrow. This is to pressure Senator Rand Paul to not certify the electoral college.

We are all exhausted and ready for some rest...thank goodness, we are almost there.

Thank you for hanging in there. I'm so grateful for each and everyone of you!

☕️"

**1/3/21, 12:21 AM**

Rebeckah Bennett ▆▆▆▆▆

Thank you Amy!

**1/3/21, 12:20 AM**

Rebeckah Bennett ▆▆▆▆▆

Loved "You guys are doing great work... have been following along. Keep it up! Finish line to DC will be here soon! ❤️#"

**1/3/21, 12:19 AM (Viewed 1/3/21, 12:20 AM)**

Jennifer Lawerence ▆▆▆▆▆

We are so grateful for you Amy! Thank you! ♡

**1/3/21, 12:19 AM (Viewed 1/3/21, 12:20 AM)**

Katie Cagle ▆▆▆▆▆

Loved "You guys are doing great work... have been following along. Keep it up! Finish line to DC will be here soon! ❤️#"

**1/3/21, 12:18 AM**

Jennifer Lawerence ▆▆▆▆▆

Loved "You guys are doing great work... have been following along. Keep it up! Finish line to DC will be here soon! ❤️#"

**1/3/21, 12:18 AM**

Jennifer Lawerence ▆▆▆▆▆

Loved "Bus Call 9:00 AM
Wheels Up 9:30 AM

KKremer4114

Tomorrow's Schedule
12:00 Noon - Bowling Green
3:00 PM - Nashville
Overnight in Birmingham

Y'all, the next 2 days are going to be very long days, so we have to be on time. We cannot be late.

Also, speeches need to be short and sweet. Please understand it's nothing personal, but a time issue.

For our speakers, please do not bring someone up on stage unless they are on the schedule. Again, this is a time issue.

Last thing, please share the info about Bowling Green tomorrow. This is to pressure Senator Rand Paul to not certify the electoral college.

We are all exhausted and ready for some rest...thank goodness, we are almost there.

Thank you for hanging in there. I'm so grateful for each and everyone of you!

☺"

**1/3/21, 12:17 AM (Viewed 1/3/21, 12:18 AM)**

Katie Cagle ▬▬▬

Liked "Bus Call 9:00 AM
Wheels Up 9:30 AM

Tomorrow's Schedule
12:00 Noon - Bowling Green
3:00 PM - Nashville
Overnight in Birmingham

Y'all, the next 2 days are going to be very long days, so we have to be on time. We cannot be late.

Also, speeches need to be short and sweet. Please understand it's nothing personal, but a time issue.

For our speakers, please do not bring someone up on stage unless they are on the schedule. Again, this is a time issue.

Last thing, please share the info about Bowling Green tomorrow. This is to pressure Senator Rand Paul to not certify the electoral college.

We are all exhausted and ready for some rest...thank goodness, we are almost there.

Thank you for hanging in there. I'm so grateful for each and everyone of you!

☺"

**1/3/21, 12:15 AM**

Kylie Jane Kremer (+▬▬▬

You guys are doing great work... have been following along. Keep it up! Finish line to DC will be here soon! ♡

**1/3/21, 12:13 AM**

Mommagrizzly [Chairman, Women For Trump] ▬▬▬

Bus Call 9:00 AM
Wheels Up 9:30 AM

Tomorrow's Schedule
12:00 Noon - Bowling Green
3:00 PM - Nashville
Overnight in Birmingham

Y'all, the next 2 days are going to be very long days, so we have to be on time. We cannot be late.

Also, speeches need to be short and sweet. Please understand it's nothing personal, but a time issue.

KKremer4115

For our speakers, please do not bring someone up on stage unless they are on the schedule. Again, this is a time issue.

Last thing, please share the info about Bowling Green tomorrow. This is to pressure Senator Rand Paul to not certify the electoral college.

We are all exhausted and ready for some rest...thank goodness, we are almost there.

Thank you for hanging in there. I'm so grateful for each and everyone of you!

🙇

**1/3/21, 12:00 AM**

Mommagrizzly [Chairman, Women For Trump] ████████

████████

**1/3/21, 12:00 AM**

Mommagrizzly [Chairman, Women For Trump] ████████

I got it!

**1/2/21, 11:30 PM (Viewed 1/2/21, 11:31 PM)**

Dustin Stockton ████████

Vinny?

**1/2/21, 11:30 PM**

Dustin Stockton ████████

No

**1/2/21, 11:30 PM**

James Lyle ████████

Did you get his card?

**1/2/21, 11:30 PM**

Dustin Stockton ████████

@Jeff

**1/2/21, 11:30 PM**

Dustin Stockton ████████

He had a sign with his number on it I think.

**1/2/21, 11:27 PM (Viewed 1/2/21, 11:28 PM)**

James Lyle ████████

Dustin should have it

**1/2/21, 11:18 PM (Viewed 1/2/21, 11:19 PM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Can someone give me Chuck Dodson's number for the charter buses out of Missouri?

**1/2/21, 10:41 PM (Viewed 1/2/21, 10:47 PM)**

Pastor Brian Gibson ████████

That's incredible

**1/2/21, 10:07 PM (Viewed 1/2/21, 10:08 PM)**

James Lyle ████████

Loved "https://twitter.com/realdonaldtrump/status/1345551634907209730?s=21"

**1/2/21, 10:07 PM (Viewed 1/2/21, 10:08 PM)**

James Lyle ████████

Loved "https://www.facebook.com/153080620724/posts/10166072001765725/?vh=e&d=n"

**1/2/21, 10:02 PM (Viewed 1/2/21, 10:05 PM)**

Keri (Morgan) Warner ████████

Wow! YESSS

KKremer4116

**1/2/21, 10:01 PM**
Kylie Jane Kremer (▪▪▪▪▪▪▪▪)

**1/2/21, 10:01 PM**
Kylie Jane Kremer (▪▪▪▪▪▪▪▪)

**1/2/21, 10:01 PM**
Kylie Jane Kremer (▪▪▪▪▪▪▪▪)

**1/2/21, 10:01 PM**
Kylie Jane Kremer (▪▪▪▪▪▪▪▪)

**1/2/21, 10:01 PM**
Kylie Jane Kremer (▪▪▪▪▪▪▪▪)

Kylie Jane Kremer (▪▪▪▪▪▪▪▪)

https://www.facebook.com/153080620724/posts/10166072001765725/?vh=e&d=n
(Sent with URL)

**1/2/21, 10:01 PM**
Kylie Jane Kremer (▪▪▪▪▪▪▪▪)

And he just added it on FB!

**1/2/21, 9:59 PM**
Kylie Jane Kremer (▪▪▪▪▪▪▪▪)

Our*

**1/2/21, 9:59 PM**
James Lyle ▪▪▪▪▪▪▪▪

Loved "Y'all out video has hit over 1 million views in less than an hour from the president tweeting!! "

**1/2/21, 9:59 PM**
Kylie Jane Kremer (▪▪▪▪▪▪▪▪)

Y'all out video has hit over 1 million views in less than an hour from the president tweeting!!

**1/2/21, 9:34 PM (Viewed 1/2/21, 9:35 PM)**
Katie Cagle ▪▪▪▪▪▪▪▪

IM HANGRY

**1/2/21, 9:34 PM (Viewed 1/2/21, 9:35 PM)**
Katie Cagle ▪▪▪▪▪▪▪▪

Emphasized "It's time to go "

**1/2/21, 9:28 PM**
Mommagrizzly [Chairman, Women For Trump] ▪▪▪▪▪▪▪▪

It's time to go

**1/2/21, 9:26 PM (Viewed 1/2/21, 9:27 PM)**
Keri (Morgan) Warner ▪▪▪▪▪▪▪▪

Emphasized "https://twitter.com/realdonaldtrump/status/1345551634907209730?s=21"

**1/2/21, 9:18 PM**
Mommagrizzly [Chairman, Women For Trump] ▪▪▪▪▪▪▪▪

We are going to eat at Cracker Barrel and we still have 1.5 hour drive.

**1/2/21, 9:17 PM (Viewed 1/2/21, 9:18 PM)**
Mommagrizzly [Chairman, Women For Trump] ▪▪▪▪▪▪▪▪

It's time to go
We need to wrap

54

KKremer4117

**1/2/21, 9:06 PM**

Kylie Jane Kremer (+███████)

**1/2/21, 9:06 PM**

Kylie Jane Kremer (+███████)

**1/2/21, 9:06 PM**

Kylie Jane Kremer (+███████)

**1/2/21, 9:06 PM**

Kylie Jane Kremer (+███████)

https://twitter.com/realdonaldtrump/status/1345551634907209730?s=21
(Sent with URL)

**1/2/21, 9:03 PM (Viewed 1/2/21, 9:04 PM)**

James Lyle ███████

Awesome 😊

**1/2/21, 9:03 PM (Viewed 1/2/21, 9:04 PM)**

Keri (Morgan) Warner ███████

If u want one without those logos

**1/2/21, 9:03 PM (Viewed 1/2/21, 9:04 PM)**

Keri (Morgan) Warner ███████

Yes right location

**1/2/21, 9:03 PM (Viewed 1/2/21, 9:04 PM)**

Pastor Greg Locke [TN] ███████

Yepper. Me and Brian

**1/2/21, 9:03 PM**

James Lyle ███████

Will you be rejoining us then?

**1/2/21, 9:02 PM**

James Lyle ███████

Yes it is still good

**1/2/21, 9:02 PM**

Pastor Greg Locke [TN] ███████

Is this info still correct for tomorrow? Just wanna make sure before I invite a bunch of people out there

**1/2/21, 8:22 PM (Viewed 1/2/21, 8:23 PM)**

Jennifer Hulsey ███████

Loved "https://twitter.com/dustinstockton/status/1345540439298998273?s=21"

**1/2/21, 8:20 PM**

Dustin Stockton ███████

**1/2/21, 8:20 PM**

Dustin Stockton ███████

https://twitter.com/dustinstockton/status/1345540439298998273?s=21
(Sent with URL)

**1/2/21, 8:16 PM (Viewed 1/2/21, 8:18 PM)**

Jennifer Hulsey ███████

Loved "https://twitter.com/kyliejanekremer/status/1345539000312991750?s=21"

**1/2/21, 8:16 PM**

Kylie Jane Kremer (+███████)

KKremer4118

**1/2/21, 8:16 PM**

Kylie Jane Kremer (+ ▮▮▮▮)

**1/2/21, 8:16 PM**

Kylie Jane Kremer (+ ▮▮▮▮)

**1/2/21, 8:16 PM**

Kylie Jane Kremer (+ ▮▮▮▮)

https://twitter.com/kyliejanekremer/status/1345539000312991750?s=21
(Sent with URL)

**1/2/21, 7:28 PM**

Don Thompson ▮▮▮▮

We are at the spot James told us

**1/2/21, 7:28 PM**

Dustin Stockton ▮▮▮▮

In same lot as Walmart

**1/2/21, 7:28 PM**

Dustin Stockton ▮▮▮▮

We have the perfect spot. Go to Armstrong Outdoor

**1/2/21, 5:49 PM**

Kylie Jane Kremer (+ ▮▮▮▮)

Ok thank you everyone!

**1/2/21, 5:48 PM**

Dustin Stockton ▮▮▮▮

I have 200ish with me and another 300 or so with my Dad in Reno

**1/2/21, 5:47 PM (Viewed 1/2/21, 5:48 PM)**

Jennifer Lawerence ▮▮▮▮

**1/2/21, 5:46 PM (Viewed 1/2/21, 5:48 PM)**

Vinny ▮▮▮▮

Trump Train has Two orange reflective safety vest if needed

**1/2/21, 5:46 PM**

James Lyle ▮▮▮▮

Yellow with we build the wall on them

**1/2/21, 5:46 PM**

Jennifer Lawerence ▮▮▮▮

If not we have a ton of yellow we build vests

**1/2/21, 5:45 PM**

Kylie Jane Kremer (+ ▮▮▮▮)

How many and what color

**1/2/21, 5:45 PM**

James Lyle ▮▮▮▮

Dustin has tons of safety vests

**1/2/21, 5:45 PM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

Yes, we do

**1/2/21, 5:45 PM**

Kylie Jane Kremer (+ ▮▮▮▮)

Did anyone look to see if you have the safety vests in the truck?

56

KKremer4119

1/2/21, 5:05 PM

**Don Thompson** ██████

Loved "To all speakers tonight, this is at Cape Girardeau, Rush Limbaugh's hometown
Feel free to add a personal touch on how Rush Limbaugh has touched your life"

1/2/21, 5:03 PM (Viewed 1/2/21, 5:05 PM)

**Jennifer Lawerence** ██████

Loved "To all speakers tonight, this is at Cape Girardeau, Rush Limbaugh's hometown
Feel free to add a personal touch on how Rush Limbaugh has touched your life"

1/2/21, 5:02 PM (Viewed 1/2/21, 5:05 PM)

**James Lyle** ██████

To all speakers tonight, this is at Cape Girardeau, Rush Limbaugh's hometown
Feel free to add a personal touch on how Rush Limbaugh has touched your life

1/2/21, 3:31 PM

**Kylie Jane Kremer** (+ ██████

Liked "Take this to the smaller group chat"

1/2/21, 3:30 PM

**Dustin Stockton** ██████

Take this to the smaller group chat

1/2/21, 3:30 PM

**Jennifer Lawerence** ██████

Does my
Password work?

1/2/21, 3:30 PM

**Kylie Jane Kremer** (+ ██████

██████ still exists. PW just changed for them

1/2/21, 3:29 PM

**Jennifer Hulsey** ██████

████████

1/2/21, 3:29 PM

**Kylie Jane Kremer** (+ ██████

Fill out form on website and someone will be in touch

1/2/21, 3:29 PM

**Jennifer Lawerence** ██████

So what do I tell media reaching out

1/2/21, 3:29 PM

**Dustin Stockton** ██████

Liked "Sorry y'all it is moving very quickly. Decision made within the last couple hours or so.
We are also getting them on the back end as well."

1/2/21, 3:28 PM

**Kylie Jane Kremer** (+ ██████

Sorry y'all it is moving very quickly. Decision made within the last couple hours or so. We are
also getting them on the back end as well.

1/2/21, 3:28 PM

**Mommagrizzly [Chairman, Women For Trump]** ██████

Makes sense, but I didn't know.

1/2/21, 3:27 PM

**Jennifer Lawerence** ██████

Thanks

57

KKremer4120

**1/2/21, 3:27 PM**

Jennifer Lawerence ████████

Yeah that would have been nice to know

**1/2/21, 3:27 PM**

Mommagrizzly [Chairman, Women For Trump] ████████

Oh...I didn't know that.

**1/2/21, 3:26 PM**

Kylie Jane Kremer (+█████████

They are handling all

**1/2/21, 3:26 PM**

Kylie Jane Kremer (+█████████

To campaign

**1/2/21, 3:26 PM**

Jennifer Lawerence ████████

To get credentialed

**1/2/21, 3:26 PM**

Dustin Stockton ████████

I don't know

**1/2/21, 3:25 PM**

Jennifer Lawerence ████████

Where are the media requests going from the website?

**1/2/21, 3:24 PM**

Kylie Jane Kremer (+█████████

Oh good idea. Sorry didn't realize I could do that

**1/2/21, 3:24 PM**

Mommagrizzly [Chairman, Women For Trump] ████████

Mute the group KJK

**1/2/21, 3:23 PM**

Kylie Jane Kremer (+█████████

Guys, I'm doing lots of media over the next couple of days (as I'm sure everyone else is well!!) plz keep texts to a minimum and no liking or loving texts. Buzzes every time in my ear lol I don't want to turn on that off again if I don't have too.

Y'all this is getting real!!! BIG a things happening and God has his hand in all of this. So grateful for all of you and can't wait until y'all arrive. ♡■🎁

**1/2/21, 3:21 PM**

James Lyle ████████

Loved "I'm excited! We're on a mission from God"

**1/2/21, 3:19 PM**

Pastor Greg Locke [TN] ████████

Loved "I'm excited! We're on a mission from God"

**1/2/21, 3:18 PM (Viewed 1/2/21, 3:19 PM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Loved "I'm excited! We're on a mission from God"

**1/2/21, 3:17 PM**

Keri (Morgan) Warner ████████

Loved "I'm excited! We're on a mission from God"

KKremer4121

**1/2/21, 3:12 PM**

Pastor Brian Gibson █████████

I'm excited! We're on a mission from God

**1/2/21, 3:11 PM**

Vinny █████████

Removed a heart from "Welcome back Bowman and Vinny! "

**1/2/21, 3:11 PM**

Mommagrizzly [Chairman, Women For Trump] █████████

Loved "Man, I missed you guys today. See y'all tomorrow"

**1/2/21, 3:11 PM**

Rebeckah Bennett █████████

Loved "Welcome back Bowman and Vinny! "

**1/2/21, 3:11 PM**

Pastor Greg Locke [TN] █████████

Man, I missed you guys today. See y'all tomorrow

**1/2/21, 3:08 PM (Viewed 1/2/21, 3:09 PM)**

Katie Cagle █████████

Loved "Welcome back Bowman and Vinny! "

**1/2/21, 3:08 PM (Viewed 1/2/21, 3:09 PM)**

Keri (Morgan) Warner █████████

Loved "Welcome back Bowman and Vinny! "

**1/2/21, 3:07 PM**

Mommagrizzly [Chairman, Women For Trump] █████████

Welcome back Bowman and Vinny!

**1/2/21, 3:02 PM (Viewed 1/2/21, 3:05 PM)**

Katie Cagle █████████

Loved "https://twitter.com/amykremer/status/1345459488107749386?s=21"

**1/2/21, 3:02 PM (Viewed 1/2/21, 3:05 PM)**

Dustin Stockton █████████

Loved "https://twitter.com/amykremer/status/1345459488107749386?s=21"

**1/2/21, 3:02 PM (Viewed 1/2/21, 3:05 PM)**

Mommagrizzly [Chairman, Women For Trump] █████████

**1/2/21, 3:02 PM (Viewed 1/2/21, 3:05 PM)**

Mommagrizzly [Chairman, Women For Trump] █████████

**1/2/21, 3:02 PM (Viewed 1/2/21, 3:05 PM)**

Mommagrizzly [Chairman, Women For Trump] █████████

**1/2/21, 3:02 PM (Viewed 1/2/21, 3:05 PM)**

Mommagrizzly [Chairman, Women For Trump] █████████

https://twitter.com/amykremer/status/1345459488107749386?s=21
(Sent with URL)

**1/2/21, 2:38 PM**

Keri (Morgan) Warner █████████

Emphasized "https://www.cnn.com/2021/01/02/politics/
senate-republicans-electoral-college/index.html?
utm_medium=social&utm_content=2021-01-02T18%3A33%3A21&utm_term=link&utm_source=twcnnbrk"

KKremer4122

**1/2/21, 2:38 PM**

Keri (Morgan) Warner ███████

Loved "https://www.cnn.com/2021/01/02/politics/
senate-republicans-electoral-college/index.html?
utm_medium=social&utm_content=2021-01-02T18%3A33%3A21&utm_term=link&utm_source=twcnnbrk"

**1/2/21, 2:37 PM (Viewed 1/2/21, 2:38 PM)**

Vinny ██████

**1/2/21, 2:37 PM (Viewed 1/2/21, 2:38 PM)**

Vinny ██████

**1/2/21, 2:37 PM (Viewed 1/2/21, 2:38 PM)**

Vinny ██████

**1/2/21, 2:37 PM (Viewed 1/2/21, 2:38 PM)**

Vinny ██████

**1/2/21, 2:37 PM (Viewed 1/2/21, 2:38 PM)**

Vinny ██████

**1/2/21, 2:37 PM (Viewed 1/2/21, 2:38 PM)**

Vinny ██████

https://www.cnn.com/2021/01/02/politics/senate-republicans-electoral-college/index.html?
utm_medium=social&utm_content=2021-01-02T18%3A33%3A21&utm_term=link&utm_source=twcnnbrk
(Sent with URL)

**1/2/21, 2:37 PM (Viewed 1/2/21, 2:38 PM)**

Vinny ██████

The Civil War continues...

**1/2/21, 2:34 PM**

Austin Clark ████████

Liked "Y'all,
I don't want to be debbie downer, but those jackets in the box are not to be worn. They were
 special ordered for others and some people have paid for their own jackets.

We have placed another order and should receive those on Tuesday or Wednesday.

Sorry, but the jackets are expensive and we don't have the funding to be buying duplicates.

I think I have 1 man's duplicate, but that is the only one.

The box needs to be taped back up and put in a vehicle.

Sorry. Sorry. Sorry."

**1/2/21, 2:34 PM**

Mommagrizzly [Chairman, Women For Trump] ██████████

Y'all,
I don't want to be debbie downer, but those jackets in the box are not to be worn. They were
 special ordered for others and some people have paid for their own jackets.

We have placed another order and should receive those on Tuesday or Wednesday.

Sorry, but the jackets are expensive and we don't have the funding to be buying duplicates.

I think I have 1 man's duplicate, but that is the only one.

The box needs to be taped back up and put in a vehicle.

Sorry. Sorry. Sorry.

KKremer4123

**1/2/21, 2:24 PM (Viewed 1/2/21, 2:25 PM)**

Dustin Stockton ▆▆▆▆▆

I called, they are already way out of town. We are working on a Uhaul or Budget truck for now

**1/2/21, 2:24 PM (Viewed 1/2/21, 2:25 PM)**

Mommagrizzly [Chairman, Women For Trump] ▆▆▆

I just sent it to Dustin

**1/2/21, 2:23 PM (Viewed 1/2/21, 2:25 PM)**

James Lyle ▆▆▆▆

I think Amy does

**1/2/21, 2:21 PM (Viewed 1/2/21, 2:25 PM)**

Dustin Stockton ▆▆▆▆▆

Who has Cuoy's #

**1/2/21, 2:14 PM (Viewed 1/2/21, 2:25 PM)**

Austin Clark ▆▆▆▆

Exit 193

**1/2/21, 2:14 PM (Viewed 1/2/21, 2:25 PM)**

Austin Clark ▆▆▆▆▆

3404 US-63
Hazen, AR  72064
United States

**1/2/21, 2:14 PM (Viewed 1/2/21, 2:25 PM)**

Keri (Morgan) Warner ▆▆▆▆▆▆

FYI - Drivers said there is a Loves stop about 45 min into our next drive with 3 food places inside that we will be stopping at (Godfathers Chesters and Subway)

Austin can share which one it is below for the other cars:

**1/2/21, 1:41 PM**

Rebeckah Bennett ▆▆▆▆

Loved "https://www.bloomberg.com/news/articles/2021-01-02/cruz-set-to-lead-group-of-gop-senators-in-opposing-certification?utm_campaign=socialflow-organic&utm_medium=social&utm_content=business&cmpid=socialflow-twitter-business&utm_source=twitter"

**1/2/21, 1:38 PM (Viewed 1/2/21, 1:39 PM)**

Pastor Brian Gibson ▆▆▆▆▆

Bam

**1/2/21, 1:10 PM (Viewed 1/2/21, 1:30 PM)**

Dustin Stockton ▆▆▆▆▆

☼

**1/2/21, 1:10 PM (Viewed 1/2/21, 1:30 PM)**

Dustin Stockton ▆▆▆▆▆

Liked "Victory is ours!"

**1/2/21, 1:10 PM (Viewed 1/2/21, 1:30 PM)**

Pastor Greg Locke [TN] ▆▆▆▆▆

Loved "https://www.bloomberg.com/news/articles/2021-01-02/cruz-set-to-lead-group-of-gop-senators-in-opposing-certification?utm_campaign=socialflow-organic&utm_medium=social&utm_content=business&cmpid=socialflow-twitter-business&utm_source=twitter"

**1/2/21, 1:10 PM (Viewed 1/2/21, 1:30 PM)**

Vinny ▆▆▆▆

KKremer4124

**1/2/21, 1:10 PM (Viewed 1/2/21, 1:30 PM)**

Vinny ███████

**1/2/21, 1:10 PM (Viewed 1/2/21, 1:30 PM)**

Vinny ███████

**1/2/21, 1:10 PM (Viewed 1/2/21, 1:30 PM)**

Vinny ███████

https://www.bloomberg.com/news/articles/2021-01-02/cruz-set-to-lead-group-of-gop-senators-in-opposing-certification?utm_campaign=socialflow-organic&utm_medium=social&utm_content=business&cmpid=socialflow-twitter-business&utm_source=twitter
(Sent with URL)

**1/2/21, 1:10 PM (Viewed 1/2/21, 1:30 PM)**

Vinny ███████

Victory is ours!

**1/2/21, 11:46 AM (Viewed 1/2/21, 11:50 AM)**

Mommagrizzly [Chairman, Women For Trump] ███████

**1/2/21, 11:46 AM (Viewed 1/2/21, 11:50 AM)**

Mommagrizzly [Chairman, Women For Trump] ███████

**1/2/21, 11:46 AM (Viewed 1/2/21, 11:50 AM)**

Mommagrizzly [Chairman, Women For Trump] ███████

**1/2/21, 11:46 AM (Viewed 1/2/21, 11:50 AM)**

Mommagrizzly [Chairman, Women For Trump] ███████

https://wjla.com/news/local/police-list-no-parking-areas-road-closures-ahead-of-jan-6-pro-trump-rally
(Sent with URL)

**1/2/21, 11:46 AM (Viewed 1/2/21, 11:50 AM)**

Mommagrizzly [Chairman, Women For Trump] ███████

FYI...

**1/2/21, 12:25 AM**

Katie Cagle ███████

Loved "Bus Call 9AM
Wheels Up 930AM
Rally at AR capitol 12:00PM"

**1/2/21, 12:22 AM (Viewed 1/2/21, 12:24 AM)**

Jennifer Lawerence ███████

Loved "Bus Call 9AM
Wheels Up 930AM
Rally at AR capitol 12:00PM"

**1/2/21, 12:22 AM (Viewed 1/2/21, 12:24 AM)**

Vinny ███████

Liked "Bus Call 9AM
Wheels Up 930AM
Rally at AR capitol 12:00PM"

**1/2/21, 12:22 AM (Viewed 1/2/21, 12:24 AM)**

Rebeckah Bennett ███████

Liked "Bus Call 9AM
Wheels Up 930AM
Rally at AR capitol 12:00PM"

**1/2/21, 12:22 AM (Viewed 1/2/21, 12:24 AM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Bus Call 9AM

KKremer4125

Wheels Up 930AM
Rally at AR capitol 12:00PM

**1/1/21, 9:11 PM**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇

Loved "Awesome. Thanks. We're still here. Always like to eat, LOL"

**1/1/21, 9:11 PM**

Pastor Greg Locke [TN] ▇▇▇▇

Awesome. Thanks. We're still here. Always like to eat, LOL

**1/1/21, 9:11 PM**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇

Love you both!

**1/1/21, 9:10 PM (Viewed 1/1/21, 9:11 PM)**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇

We have your food though! Don't leave til you get the food.

**1/1/21, 9:10 PM (Viewed 1/1/21, 9:11 PM)**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇

Liked "Pastor Brian and I will be staying overnight here in Monroe to catch an early flight for our church services. See y'all in Nashville. Love y'all. "

**1/1/21, 9:09 PM (Viewed 1/1/21, 9:10 PM)**

Pastor Greg Locke [TN] ▇▇▇▇

Pastor Brian and I will be staying overnight here in Monroe to catch an early flight for our church services. See y'all in Nashville. Love y'all.

**1/1/21, 8:54 PM (Viewed 1/1/21, 8:56 PM)**

Vinny ▇▇▇

**1/1/21, 8:54 PM (Viewed 1/1/21, 8:56 PM)**

Vinny ▇▇▇

**1/1/21, 8:54 PM (Viewed 1/1/21, 8:56 PM)**

Vinny ▇▇▇

**1/1/21, 8:54 PM (Viewed 1/1/21, 8:56 PM)**

Vinny ▇▇▇

The Haywood El Dorado, Tapestry Collection by Hilton
210 S Washington Ave, El Dorado, AR 71730
(870) 677-6303

**1/1/21, 8:54 PM (Viewed 1/1/21, 8:56 PM)**

Vinny ▇▇▇

https://goo.gl/maps/f8U8iiSG1raUPcPx9
(Sent with URL)

**1/1/21, 8:52 PM (Viewed 1/1/21, 8:53 PM)**

Vinny ▇▇▇

210 S Washington Ave, El Dorado, AR 71730

**1/1/21, 8:51 PM**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇

Hold on and I will get for you

**1/1/21, 8:51 PM**

Dustin Stockton ▇▇▇▇

Address for the hotel tonight?

KKremer4126

**1/1/21, 8:01 PM**

Matt McCleskey ▬▬▬▬

We are onto plan B. Please text me your orders individually

**1/1/21, 8:01 PM**

Matt McCleskey ▬▬▬▬

**1/1/21, 8:01 PM**

Matt McCleskey ▬▬▬▬

https://www.yelp.com/biz_redir?
link_source=yelp_app&s=455f277782763d44f50beda659ee96637748786b6fe9d804bdd8bd90d9828556&src_bizid=waoUc1ll_Gzt6R1gJwMHaA&url=http
%3A%2F%2Fwww.outback.com%2Flocations%2Fla%2Fwest-
monroe&website_link_type=website&campaign_id=8n6D40kUVG9s1e-
zoGXVgA&ydid=y_46B717C0-D591-4D22-8A98-F41013ABF75B
(Sent with URL)

**1/1/21, 6:57 PM (Viewed 1/1/21, 6:58 PM)**

Mommagrizzly [Chairman, Women For Trump] ▬▬▬▬

Loved "Amy, Brittney Reed from LAGOP has been advertising since yesterday and received a
great response. That's Trump Country!"

**1/1/21, 6:55 PM**

Vinny ▬▬▬▬

Amy, Brittney Reed from LAGOP has been advertising since yesterday and received a great
response. That's Trump Country!

**1/1/21, 6:53 PM (Viewed 1/1/21, 6:55 PM)**

Rebeckah Bennett ▬▬▬▬

Liked "Y'all, please remember that the Congressman elect just passed away this past
Tuesday from complications related to covid."

**1/1/21, 6:52 PM (Viewed 1/1/21, 6:55 PM)**

Rebeckah Bennett ▬▬▬▬

Liked "https://apple.news/Ac3dPdz5vRsS8Ku1vE85Oyg"

**1/1/21, 6:52 PM**

Rebeckah Bennett ▬▬▬▬

Loved "I feel like all we do is...

Ride on a bus
Eat
Ride on a bus
Eat again
Check into a hotel
Check out of hotel
Ride a bus
Rinse
Repeat

But I love y'all!"

**1/1/21, 6:51 PM (Viewed 1/1/21, 6:52 PM)**

Pastor Greg Locke [TN] ▬▬▬▬

Liked "Y'all, please remember that the Congressman elect just passed away this past
Tuesday from complications related to covid."

**1/1/21, 6:50 PM (Viewed 1/1/21, 6:52 PM)**

Vinny ▬▬▬▬

Loved "Y'all, please remember that the Congressman elect just passed away this past
Tuesday from complications related to covid."

**1/1/21, 6:50 PM**

Mommagrizzly [Chairman, Women For Trump] ▬▬▬▬

KKremer4127

**1/1/21, 6:50 PM**

Mommagrizzly [Chairman, Women For Trump] ██████

**1/1/21, 6:50 PM**

Mommagrizzly [Chairman, Women For Trump] ██████

**1/1/21, 6:50 PM**

Mommagrizzly [Chairman, Women For Trump] ██████

https://apple.news/Ac3dPdz5vRsS8Ku1vE85Oyg
(Sent with URL)

**1/1/21, 6:50 PM**

Mommagrizzly [Chairman, Women For Trump] ██████

Y'all, please remember that the Congressman elect just passed away this past Tuesday from complications related to covid.

**1/1/21, 6:48 PM**

James Lyle ██████

Loved "We are here and there is a crowd building already!"

**1/1/21, 6:48 PM**

Bay Cagle ██████

Keri and Bay

**1/1/21, 6:47 PM**

Vinny ██████

Amy, who on the bus is collecting the text orders?

**1/1/21, 6:47 PM**

Mommagrizzly [Chairman, Women For Trump] ██████

We are here and there is a crowd building already!

**1/1/21, 6:41 PM (Viewed 1/1/21, 6:42 PM)**

Mommagrizzly [Chairman, Women For Trump] ██████

Loved "Replace "ride" with "fly" and that's pretty much my life LOL"

**1/1/21, 6:41 PM (Viewed 1/1/21, 6:42 PM)**

Katie Cagle ██████

Loved "I feel like all we do is...

Ride on a bus
Eat
Ride on a bus
Eat again
Check into a hotel
Check out of hotel
Ride a bus
Rinse
Repeat

But I love y'all!"

**1/1/21, 6:41 PM (Viewed 1/1/21, 6:42 PM)**

Vinny ██████

Laughed at "I feel like all we do is...

Ride on a bus
Eat
Ride on a bus
Eat again
Check into a hotel
Check out of hotel
Ride a bus
Rinse
Repeat

KKremer4128

But I love y'all!"

**1/1/21, 6:41 PM (Viewed 1/1/21, 6:42 PM)**

Vinny ▐▐▐▐▐

Replace "ride" with "fly" and that's pretty much my life LOL

**1/1/21, 6:40 PM (Viewed 1/1/21, 6:42 PM)**

Mommagrizzly [Chairman, Women For Trump] ▐▐▐▐▐

I feel like all we do is...

Ride on a bus
Eat
Ride on a bus
Eat again
Check into a hotel
Check out of hotel
Ride a bus
Rinse
Repeat

But I love y'all!

**1/1/21, 6:37 PM**

Mommagrizzly [Chairman, Women For Trump] ▐▐▐▐▐

**1/1/21, 6:37 PM**

Mommagrizzly [Chairman, Women For Trump] ▐▐▐▐▐

**1/1/21, 6:37 PM**

Mommagrizzly [Chairman, Women For Trump] ▐▐▐▐▐

**1/1/21, 6:37 PM**

Mommagrizzly [Chairman, Women For Trump] ▐▐▐▐▐

http://bit.ly/3pJ1iQq
(Sent with URL)

**1/1/21, 6:37 PM**

Mommagrizzly [Chairman, Women For Trump] ▐▐▐▐▐

Hey Team!
We are having ragin' Cajun for dinner tonight.

Please enter your order in the form by 6PM so it can be delivered after our rally and we can
 eat on the bus.

DO NOT REPLY TO THIS MESSAGE WITH YOUR ORDER.

I need someone on the bus to please take the guys' orders and enter them on the form.

Thanks for a great event in Houston today! Love me some Texas❤#

**1/1/21, 4:45 PM (Viewed 1/1/21, 4:46 PM)**

Vinny ▐▐▐▐▐

**1/1/21, 4:45 PM (Viewed 1/1/21, 4:46 PM)**

Vinny ▐▐▐▐▐

**1/1/21, 4:45 PM (Viewed 1/1/21, 4:46 PM)**

Vinny ▐▐▐▐▐

**1/1/21, 4:45 PM (Viewed 1/1/21, 4:46 PM)**

Vinny ▐▐▐▐▐

https://t.me/trump/15818
(Sent with URL)

KKremer4129

**1/1/21, 4:45 PM (Viewed 1/1/21, 4:46 PM)**

Vinny ▮▮▮▮▮▮▮

"It's an honor!"
~ President Trump

Kylie, you're a rockstar!

**1/1/21, 2:27 PM (Viewed 1/1/21, 2:31 PM)**

Vinny ▮▮▮▮▮▮▮

Liked an image

**1/1/21, 2:26 PM (Viewed 1/1/21, 2:31 PM)**

Keri (Morgan) Warner ▮▮▮▮▮

**1/1/21, 2:13 PM (Viewed 1/1/21, 2:31 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Let's roll y'all!

**1/1/21, 2:12 PM**

Keri (Morgan) Warner ▮▮▮▮▮

Everyone grab a sandwich or nuggets and a fry on the bus and lets roll out

**1/1/21, 2:11 PM**

Trey Nutall ▮▮▮▮▮

Let's go!!

**1/1/21, 2:09 PM (Viewed 1/1/21, 2:11 PM)**

Austin Clark ▮▮▮▮▮

Food is on the bus. Let's roll.

**1/1/21, 2:01 PM (Viewed 1/1/21, 2:02 PM)**

James Lyle ▮▮▮▮▮

We need to keep this quick, once food gets back be in cars ready to go
That should be in 7 min

**1/1/21, 2:00 PM (Viewed 1/1/21, 2:02 PM)**

Keri (Morgan) Warner ▮▮▮▮▮

8 minutes until food arrives to bus then we roll out so stay close ya'll 😊

**1/1/21, 1:45 PM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

We have the food and are on the way

**1/1/21, 1:45 PM**

Scott Johnston ▮▮▮▮▮

Thanks!!

**1/1/21, 1:45 PM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Liked "21770 Market Place Dr
New Caney, TX  77357
United States"

**1/1/21, 1:45 PM**

Keri (Morgan) Warner ▮▮▮▮▮

Austin says lets stop there address above

**1/1/21, 1:44 PM (Viewed 1/1/21, 1:45 PM)**

Austin Clark ▮▮▮▮▮

21770 Market Place Dr
New Caney, TX  77357
United States

KKremer4130

**1/1/21, 1:42 PM**

Don Thompson ▮▮▮▮

The advance crew truck is full on gas and can go quite a while

**1/1/21, 1:42 PM**

Keri (Morgan) Warner ▮▮▮▮

Liked "Ok. We will text once we have it. Kerri I'll text you personally so we don't bother everyone. "

**1/1/21, 1:42 PM**

Scott Johnston ▮▮▮▮

Ok. We will text once we have it. Kerri I'll text you personally so we don't bother everyone.

**1/1/21, 1:41 PM (Viewed 1/1/21, 1:42 PM)**

Keri (Morgan) Warner ▮▮▮▮

Ray says he does not know where we would be stopping

**1/1/21, 1:40 PM**

Scott Johnston ▮▮▮▮

Where are you all stopping? We are getting food for bus.

**1/1/21, 1:13 PM (Viewed 1/1/21, 1:14 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

We have to roll NOW

**1/1/21, 1:13 PM (Viewed 1/1/21, 1:14 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

Let's go!

**1/1/21, 12:55 PM (Viewed 1/1/21, 12:56 PM)**

Dustin Stockton ▮▮▮▮

**1/1/21, 12:55 PM (Viewed 1/1/21, 12:56 PM)**

Dustin Stockton ▮▮▮▮

**1/1/21, 12:55 PM (Viewed 1/1/21, 12:56 PM)**

Dustin Stockton ▮▮▮▮

**1/1/21, 12:55 PM (Viewed 1/1/21, 12:56 PM)**

Dustin Stockton ▮▮▮▮

https://twitter.com/kyliejanekremer/status/1340399063875895296?s=21
(Sent with URL)

**1/1/21, 12:55 PM (Viewed 1/1/21, 12:56 PM)**

Dustin Stockton ▮▮▮▮

President RT!!!!

**1/1/21, 11:36 AM (Viewed 1/1/21, 11:56 AM)**

Bay Cagle ▮▮▮▮

Loved a movie

**1/1/21, 11:34 AM (Viewed 1/1/21, 11:56 AM)**

Greg Kurbatroff ▮▮▮▮

**1/1/21, 10:57 AM (Viewed 1/1/21, 11:56 AM)**

Rebeckah Bennett ▮▮▮▮

Loved "Cowboys for Trump will be joining up with us today and will caravan to DC!"

**1/1/21, 10:50 AM (Viewed 1/1/21, 11:56 AM)**

James Lyle ▮▮▮▮

Loved "Cowboys for Trump will be joining up with us today and will caravan to DC!"

68

KKremer4131

**1/1/21, 10:46 AM (Viewed 1/1/21, 11:56 AM)**

Vinny ▮▮▮▮▮

Liked "Cowboys for Trump will be joining up with us today and will caravan to DC!"

**1/1/21, 10:44 AM (Viewed 1/1/21, 11:56 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Laughed at "The Captain drives the bus.
The lead F/A runs the show!"

**1/1/21, 10:43 AM (Viewed 1/1/21, 11:56 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Cowboys for Trump will be joining up with us today and will caravan to DC!

**1/1/21, 10:43 AM (Viewed 1/1/21, 11:56 AM)**

Vinny ▮▮▮▮▮

The Captain drives the bus.
The lead F/A runs the show!

**1/1/21, 10:43 AM (Viewed 1/1/21, 11:56 AM)**

Vinny ▮▮▮▮▮

Loved "Welcome back Vinny! This makes my day. #"

**1/1/21, 10:43 AM (Viewed 1/1/21, 11:56 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Welcome back Vinny! This makes my day. 🙇

**1/1/21, 10:42 AM (Viewed 1/1/21, 11:56 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Loved "Vinny and Mike Bafumo are in the Trump Train. We can help Don on site. Breakfast at Waffle House then back to the hotel. Day One of an amazing MAGA Year!
❤#🇺🇸🏰🎖⚟"

**1/1/21, 10:40 AM (Viewed 1/1/21, 11:56 AM)**

James Lyle ▮▮▮▮▮

Loved "Vinny and Mike Bafumo are in the Trump Train. We can help Don on site. Breakfast at Waffle House then back to the hotel. Day One of an amazing MAGA Year!
❤#🇺🇸🏰🎖⚟"

**1/1/21, 10:34 AM (Viewed 1/1/21, 11:56 AM)**

Vinny ▮▮▮▮▮

Vinny and Mike Bafumo are in the Trump Train. We can help Don on site. Breakfast at Waffle House then back to the hotel. Day One of an amazing MAGA Year!
♡▤🏰🎖⚟

**1/1/21, 10:33 AM (Viewed 1/1/21, 11:56 AM)**

Keri (Morgan) Warner ▮▮▮▮▮

Got it. Thnx

**1/1/21, 10:30 AM (Viewed 1/1/21, 10:31 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Loved "Thank you Amy!!! "

**1/1/21, 10:22 AM (Viewed 1/1/21, 10:31 AM)**

Jennifer Lawerence ▮▮▮▮▮

Loved "Happy New Year & Good morning!

The park is 10 minutes from here.

Our first event is scheduled to be a press conference. If we have a lot of people, it may turn into a rally, but that's unlikely.

We have to be on the road at 12PM, so we do not have much time.

I need everyone to help Don pack up after we wrap. He needs to get on the road and beat us to our next stop in Louisiana.

KKremer4132

One last thing, please clean up after yourself on the bus. The past 2 nights, I've seen Austin going through and throwing away everyone's trash. That is not his job.

I'm going to ride in the car today, so if you need me, that's where I will be.

Let's have a great day! Thanks y'all for your dedication and commitment."

**1/1/21, 10:22 AM (Viewed 1/1/21, 10:31 AM)**

Rebeckah Bennett ▇▇▇▇▇

Thank you Amy!!!

**1/1/21, 10:21 AM (Viewed 1/1/21, 10:31 AM)**

Rebeckah Bennett ▇▇▇▇▇

Loved "Happy New Year & Good morning!

The park is 10 minutes from here.

Our first event is scheduled to be a press conference. If we have a lot of people, it may turn into a rally, but that's unlikely.

We have to be on the road at 12PM, so we do not have much time.

I need everyone to help Don pack up after we wrap. He needs to get on the road and beat us to our next stop in Louisiana.

One last thing, please clean up after yourself on the bus. The past 2 nights, I've seen Austin going through and throwing away everyone's trash. That is not his job.

I'm going to ride in the car today, so if you need me, that's where I will be.

Let's have a great day! Thanks y'all for your dedication and commitment."

**1/1/21, 10:20 AM (Viewed 1/1/21, 10:31 AM)**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇▇

Happy New Year & Good morning!

The park is 10 minutes from here.

Our first event is scheduled to be a press conference. If we have a lot of people, it may turn into a rally, but that's unlikely.

We have to be on the road at 12PM, so we do not have much time.

I need everyone to help Don pack up after we wrap. He needs to get on the road and beat us to our next stop in Louisiana.

One last thing, please clean up after yourself on the bus. The past 2 nights, I've seen Austin going through and throwing away everyone's trash. That is not his job.

I'm going to ride in the car today, so if you need me, that's where I will be.

Let's have a great day! Thanks y'all for your dedication and commitment.

**1/1/21, 1:51 AM (Viewed 1/1/21, 1:52 AM)**

Matt McCleskey (▇▇▇▇▇

Bus Call 10:00AM
Wheels Up 10:30AM

**1/1/21, 1:36 AM (Viewed 1/1/21, 1:37 AM)**

Greg Kurbatroff ▇▇▇▇▇

Liked "Bus Call 10:00AM
Wheels Up 10:30AM"

**1/1/21, 1:36 AM (Viewed 1/1/21, 1:37 AM)**

Ray March ▇▇▇▇▇

Ax say.  4

KKremer4133

**1/1/21, 1:36 AM (Viewed 1/1/21, 1:37 AM)**

Keri (Morgan) Warner ███████

Loved "Bus Call 10:00AM
Wheels Up 10:30AM"

**1/1/21, 1:36 AM (Viewed 1/1/21, 1:37 AM)**

Ray March ███████

K

**1/1/21, 1:36 AM (Viewed 1/1/21, 1:37 AM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Bus Call 10:00AM
Wheels Up 10:30AM

**1/1/21, 1:35 AM (Viewed 1/1/21, 1:37 AM)**

Ray March ███████

Time tomorrow??

**1/1/21, 1:32 AM**

Mommagrizzly [Chairman, Women For Trump] ███████

Loved a movie

**1/1/21, 1:30 AM**

Keri (Morgan) Warner ███████

Loved a movie

**1/1/21, 1:29 AM**

Jeff Rainforth ███████

**1/1/21, 1:21 AM (Viewed 1/1/21, 1:23 AM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Loved "https://twitter.com/DustinStockton/status/1344862578258956289?s=20"

**1/1/21, 1:10 AM (Viewed 1/1/21, 1:23 AM)**

Bay Cagle ███████

Happy New Year

**1/1/21, 1:00 AM (Viewed 1/1/21, 1:02 AM)**

Vinny ███████

Happy New Year!!!
♡☘♡🖼☘

**1/1/21, 12:42 AM (Viewed 1/1/21, 12:43 AM)**

Katie Cagle ███████

**1/1/21, 12:39 AM (Viewed 1/1/21, 12:42 AM)**

Jennifer Hulsey ███████

Happy New Year

**1/1/21, 12:39 AM (Viewed 1/1/21, 12:42 AM)**

Jennifer Hulsey ███████

Well you know what happens when we assume things

**1/1/21, 12:38 AM**

Jennifer Lawerence ███████

Laughed at "Well I guess I better become a Pastor 😁"

**1/1/21, 12:38 AM**

Pastor Greg Locke [TN] ███████

Emphasized "Well I guess I better become a Pastor 😁"

KKremer4134

**1/1/21, 12:37 AM**

Dustin Stockton ██████

Well I guess I better become a Pastor 😄

**1/1/21, 12:36 AM (Viewed 1/1/21, 12:37 AM)**

Pastor Greg Locke [TN] ██████

I was gonna say year of the Pastors but it's whatever. 😊

**1/1/21, 12:35 AM**

Kylie Jane Kremer (+██████

Love that!!

**1/1/21, 12:35 AM**

Kylie Jane Kremer (+██████

Emphasized "Happy New Year. 2021 "the year of the patriot!" You heard it here first"

**1/1/21, 12:35 AM**

Dustin Stockton ██████

Happy New Year. 2021 "the year of the patriot!" You heard it here first

**1/1/21, 12:34 AM**

Rebeckah Bennett ██████

**1/1/21, 12:33 AM**

Pastor Greg Locke [TN] ██████

Loved "Happy New Year everyone! We're halfway between me and Yoder in DC and y'all in Texas! "

**1/1/21, 12:32 AM**

Kylie Jane Kremer (+██████

Happy New Year everyone! We're halfway between me and Yoder in DC and y'all in Texas!

**12/31/20, 11:38 PM**

Kylie Jane Kremer (+██████

Y'all, this has got to stop. The back and forth. If anyone doesn't like what Jennifer, Scott, Yoder and team trump and I are doing then you don't have to come to January 6th. I am tired of being beaten down telling me that I'm "fucking everyone" or doing something wrong by the team. I am a team player and WE are doing what is bigger than anyone. Everyone is personalizing things too much and thinking about themselves! Seriously... tell me one event is more important that will have the president of the United States.

I literally barely showered today. We've been on calls where my voice is going out because I've been talking so much. Honestly I'm really disheartened by any of you that you would be so selfish to think this is about you and not the team and trump. Every single person on our bus will have a role. It may not be the same as before at freedom plaza but if you'd rather be at freedom plaza, I'll make it happen. We have an hour block at freedom plaza. To me it's discrediting our efforts on the 6th, but I'll guarantee you a prime speaking spot.

Jennifer and I literally don't have the bandwidth to fill everyone in on every detail because as soon as we get a second to breath, the next shoe drops. If y'all want to be mad at someone, go after Cindy Chafian on Twitter. Instead of being a team player, she made it about herself and screwed our whole team.

I'm just tired and hope you are all just tired too. We all have been working so hard and are mentally and emotionally exhausted. Let's please remember the goal we all have that is bigger than any one person. We are going to have an amazing event with the president of the United States!!! We are almost to the end of the tour and it will all be worth it.

**12/31/20, 11:38 PM**

Jeff Rainforth ██████

**12/31/20, 11:36 PM**

Rebeckah Bennett ██████

Laughed at an image

KKremer4135

**12/31/20, 11:36 PM**

Rebekah Bennett ███████

Laughed at an image

**12/31/20, 11:35 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

Laughed at an image

**12/31/20, 11:35 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

Laughed at "My reaction to this whole thing is best depicted by the late great Burt Reynolds "

**12/31/20, 11:35 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

Loved an image

**12/31/20, 11:35 PM**

Katie Cagle ███████

@POTUS and the tweeter

**12/31/20, 11:34 PM (Viewed 12/31/20, 11:35 PM)**

Bay Cagle ███████

**12/31/20, 11:32 PM**

Rebekah Bennett ███████

Loved an image

**12/31/20, 11:32 PM**

Katie Cagle ███████

My reaction to this whole thing is best depicted by the late great Burt Reynolds

**12/31/20, 11:32 PM**

Jennifer Hulsey ███████

Emphasized an image

**12/31/20, 11:31 PM**

Katie Cagle ███████

Laughed at an image

**12/31/20, 11:31 PM**

Keri (Morgan) Warner ███████

Loved an image

**12/31/20, 11:30 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

Laughed at an image

**12/31/20, 11:30 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

Liked "Once it's announced, those other events are toast ⌘#"

**12/31/20, 11:30 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

Laughed at an image

**12/31/20, 11:29 PM (Viewed 12/31/20, 11:30 PM)**

Katie Cagle ███████

**12/31/20, 11:29 PM (Viewed 12/31/20, 11:38 PM)**

Dustin Stockton ███████

KKremer4136

**12/31/20, 11:29 PM (Viewed 12/31/20, 11:38 PM)**

Dustin Stockton ██████████

**12/31/20, 11:29 PM (Viewed 12/31/20, 11:38 PM)**

Dustin Stockton ██████████

**12/31/20, 11:29 PM (Viewed 12/31/20, 11:38 PM)**

Dustin Stockton ██████████

https://twitter.com/DustinStockton/status/1344862578258956289?s=20
(Sent with URL)

**12/31/20, 11:29 PM (Viewed 12/31/20, 11:38 PM)**

Dustin Stockton ██████████

Happy New Year! Would appreciate a RT....

**12/31/20, 11:28 PM**

Keri (Morgan) Warner ██████████

Once it's announced, those other events are toast ⌘

**12/31/20, 11:28 PM**

Katie Cagle ██████████

**12/31/20, 11:28 PM**

Dustin Stockton ██████████

Waaaay out of line.....

**12/31/20, 11:28 PM**

Mommagrizzly [Chairman, Women For Trump] ██████████

**12/31/20, 11:28 PM**

Rebeckah Bennett ██████████

Loved "I am very frustrated and feel like you guys have NO IDEA the hoops we have been jumping through 24-7 lately. Google events at the Ellipse. Send me pictures that you can find of anything other than the Christmas tree light or menorah lighting that are official WH events. THEY DONT HAPPEN"

**12/31/20, 11:28 PM**

Mommagrizzly [Chairman, Women For Trump] ██████████

**12/31/20, 11:28 PM**

Keri (Morgan) Warner ██████████

Liked "I am very frustrated and feel like you guys have NO IDEA the hoops we have been jumping through 24-7 lately. Google events at the Ellipse. Send me pictures that you can find of anything other than the Christmas tree light or menorah lighting that are official WH events. THEY DONT HAPPEN"

**12/31/20, 11:27 PM**

Kylie Jane Kremer (+██████████

I am very frustrated and feel like you guys have NO IDEA the hoops we have been jumping through 24-7 lately. Google events at the Ellipse. Send me pictures that you can find of anything other than the Christmas tree light or menorah lighting that are official WH events. THEY DONT HAPPEN

**12/31/20, 11:27 PM**

Keri (Morgan) Warner ██████████

I think people are just trying to give a place and time direction for travelers since no word from us or potus on anything and people are asking for direction so they are giving an answer 🙇 the majority are in dark and dont know what is about to be announced from us

KKremer4137

**12/31/20, 11:26 PM**

Rebeckah Bennett ▮▮▮▮

Loved "RIGHT! Because it's all the people who aren't invited or POTUS won't be associated with. How do yall not get it? Seriously. Everyone needs to get off that damn bus because you are all going crazy focused on things that don't matter"

**12/31/20, 11:25 PM**

Kylie Jane Kremer (+▮▮▮▮

RIGHT! Because it's all the people who aren't invited or POTUS won't be associated with. How do yall not get it? Seriously. Everyone needs to get off that damn bus because you are all going crazy focused on things that don't matter

**12/31/20, 11:25 PM**

Scott Johnston ▮▮▮▮

Interesting....

**12/31/20, 11:24 PM (Viewed 12/31/20, 11:25 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

**12/31/20, 11:24 PM (Viewed 12/31/20, 11:25 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

**12/31/20, 11:24 PM (Viewed 12/31/20, 11:25 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

**12/31/20, 11:24 PM (Viewed 12/31/20, 11:25 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

https://twitter.com/scottpresler/status/1344852751738691587?s=21
(Sent with URL)

**12/31/20, 11:24 PM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

So I guess not only are they doing the 5th, they are also doing the 6th too...

**12/31/20, 11:20 PM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

Loved an image

**12/31/20, 11:20 PM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

Loved an image

**12/31/20, 11:07 PM (Viewed 12/31/20, 11:18 PM)**

Trey Nutall ▮▮▮▮

Facts.

**12/31/20, 10:55 PM (Viewed 12/31/20, 11:00 PM)**

Rebeckah Bennett ▮▮▮▮

Loved "Ok I'm loving pictures with NO snow! "

**12/31/20, 10:54 PM (Viewed 12/31/20, 11:00 PM)**

Katie Cagle ▮▮▮▮

Loved "Ok I'm loving pictures with NO snow! "

**12/31/20, 10:53 PM (Viewed 12/31/20, 11:00 PM)**

Scott Johnston (4199321217)

Ok I'm loving ▮▮▮▮ with NO snow!

**12/31/20, 10:49 PM (Viewed 12/31/20, 11:00 PM)**

Katie Cagle ▮▮▮▮

Loved an image

KKremer4138

**12/31/20, 10:46 PM (Viewed 12/31/20, 11:00 PM)**

Bay Cagle

Loved an image

**12/31/20, 10:39 PM (Viewed 12/31/20, 11:00 PM)**

Jeff Rainforth

Another with the moon.

**12/31/20, 10:39 PM (Viewed 12/31/20, 11:00 PM)**

Jeff Rainforth

Laughed at "Key word "almost" lol 😂 "

**12/31/20, 10:37 PM (Viewed 12/31/20, 11:00 PM)**

Trey Nutall

Key word "almost" lol 😂

**12/31/20, 10:34 PM (Viewed 12/31/20, 10:36 PM)**

Jeff Rainforth

Almost left behind for this 🇺🇸😂

**12/31/20, 10:32 PM**

Rebeckah Bennett

We are waiting

**12/31/20, 10:32 PM**

Jeff Rainforth

Wait I'm not on

**12/31/20, 10:31 PM**

Jeff Rainforth

I'm not on. Is

**12/31/20, 9:33 PM (Viewed 12/31/20, 9:58 PM)**

Don Thompson

Loved "Thank you for all you do Don. We really appreciate you. "

**12/31/20, 9:32 PM**

Scott Johnston

Liked "Thank you for all you do Don. We really appreciate you. "

**12/31/20, 9:32 PM**

Scott Johnston

Loved "Thank you for all you do Don. We really appreciate you. "

**12/31/20, 9:32 PM**

Bay Cagle

Liked "I want to thank everyone for helping us get the trailer loaded so quickly. It was a great show thank you for your help"

**12/31/20, 9:31 PM**

Jennifer Lawerence

Thank you for all you do Don. We really appreciate you.

**12/31/20, 9:31 PM**

Katie Cagle

Loved "I want to thank everyone for helping us get the trailer loaded so quickly. It was a great show thank you for your help"

**12/31/20, 9:31 PM**

Pastor Greg Locke [TN]

Liked "I want to thank everyone for helping us get the trailer loaded so quickly. It was a great show thank you for your help"

KKremer4139

**12/31/20, 9:31 PM**

Jennifer Lawerence ████████

Loved "I want to thank everyone for helping us get the trailer loaded so quickly. It was a great show thank you for your help"

**12/31/20, 9:31 PM**

Don Thompson ████████

I want to thank everyone for helping us get the trailer loaded so quickly. It was a great show thank you for your help

**12/31/20, 9:05 PM**

Mommagrizzly [Chairman, Women For Trump] ████████

Liked "Don Greg Jerry make sure u grab a bag of food for your ride from the bus before you leave 😋 "

**12/31/20, 9:05 PM**

Keri (Morgan) Warner ████████

Don Greg Jerry make sure u grab a bag of food for your ride from the bus before you leave 😋

**12/31/20, 8:44 PM (Viewed 12/31/20, 8:51 PM)**

James Lyle ████████

Ok we need a couple hands to break down quickly please

**12/31/20, 8:43 PM (Viewed 12/31/20, 8:51 PM)**

James Lyle ████████

KKremer4140

**12/31/20, 8:35 PM (Viewed 12/31/20, 8:51 PM)**

Rebeckah Bennett ███████

Loved "We have dinner on the bus when everyone is done."

**12/31/20, 8:33 PM (Viewed 12/31/20, 8:51 PM)**

Katie Cagle ███████

Yay!

**12/31/20, 8:32 PM (Viewed 12/31/20, 8:51 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Grab your brown bag and go!

**12/31/20, 8:32 PM (Viewed 12/31/20, 8:51 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

We have dinner on the bus when everyone is done.

**12/31/20, 7:38 PM (Viewed 12/31/20, 7:49 PM)**

Charles Bowman ███████

Loved "https://twitter.com/amykremer/status/1344803641593573378?s=21"

**12/31/20, 7:38 PM (Viewed 12/31/20, 7:49 PM)**

Charles Bowman ███████

I love this 👌🏻 ♡♡♡

**12/31/20, 7:35 PM (Viewed 12/31/20, 7:49 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

**12/31/20, 7:35 PM (Viewed 12/31/20, 7:49 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

**12/31/20, 7:35 PM (Viewed 12/31/20, 7:49 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

**12/31/20, 7:35 PM (Viewed 12/31/20, 7:49 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

https://twitter.com/amykremer/status/1344803641593573378?s=21
(Sent with URL)

**12/31/20, 7:35 PM (Viewed 12/31/20, 7:49 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

**12/31/20, 7:35 PM (Viewed 12/31/20, 7:49 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

**12/31/20, 7:35 PM (Viewed 12/31/20, 7:49 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

**12/31/20, 7:35 PM (Viewed 12/31/20, 7:49 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

https://twitter.com/amykremer/status/1344803641593573378?s=21
(Sent with URL)

**12/31/20, 7:08 PM (Viewed 12/31/20, 7:10 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Liked "Once we get there Don will need some help setting up so we can make this fast"

**12/31/20, 7:02 PM (Viewed 12/31/20, 7:10 PM)**

Bay Cagle ███████

Liked "Once we get there Don will need some help setting up so we can make this fast"

KKremer4141

12/31/20, 7:01 PM (Viewed 12/31/20, 7:02 PM)

James Lyle ▮▮▮▮▮▮

Once we get there Don will need some help setting up so we can make this fast

12/31/20, 6:05 PM (Viewed 12/31/20, 6:06 PM)

Keri (Morgan) Warner ▮▮▮▮▮▮

(Location Change) Revised LA:

12/31/20, 5:35 PM

Keri (Morgan) Warner ▮▮▮▮▮▮

Liked "All,
We are headed to the Alamo now and then will continue on to Houston for our overnight.

We will have a press conference at 11:00 AM tomorrow morning in Houston.

After the press conference, we will head to West Monroe, LA.

From Louisiana, the route continues on as we have already scheduled."

12/31/20, 5:22 PM (Viewed 12/31/20, 5:24 PM)

Charles Bowman ▮▮▮▮▮▮

Loved an image

12/31/20, 5:22 PM (Viewed 12/31/20, 5:24 PM)

Vinny ▮▮▮▮▮▮

We just left Ace Specialties for a Houston. Let me know which hotel for my GPS. Thanks

12/31/20, 5:16 PM

Don Thompson ▮▮▮▮▮▮

12/31/20, 5:15 PM (Viewed 12/31/20, 5:17 PM)

Rebeckah Bennett ▮▮▮▮▮▮

Loved "All,
We are headed to the Alamo now and then will continue on to Houston for our overnight.

We will have a press conference at 11:00 AM tomorrow morning in Houston.

After the press conference, we will head to West Monroe, LA.

From Louisiana, the route continues on as we have already scheduled."

12/31/20, 5:15 PM

Bay Cagle ▮▮▮▮▮▮

Liked "All,
We are headed to the Alamo now and then will continue on to Houston for our overnight.

We will have a press conference at 11:00 AM tomorrow morning in Houston.

After the press conference, we will head to West Monroe, LA.

From Louisiana, the route continues on as we have already scheduled."

12/31/20, 5:14 PM

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮▮

All,
We are headed to the Alamo now and then will continue on to Houston for our overnight.

We will have a press conference at 11:00 AM tomorrow morning in Houston.

After the press conference, we will head to West Monroe, LA.

From Louisiana, the route continues on as we have already scheduled.

12/31/20, 4:53 PM (Viewed 12/31/20, 4:54 PM)

Keri (Morgan) Warner ▮▮▮▮▮▮

KKremer4142

**12/31/20, 4:29 PM (Viewed 12/31/20, 4:35 PM)**

Keri (Morgan) Warner ████████

**12/31/20, 4:26 PM (Viewed 12/31/20, 4:27 PM)**

Vinny ████████

**12/31/20, 4:26 PM (Viewed 12/31/20, 4:27 PM)**

Vinny ████████

https://twitter.com/JackPosobiec/status/1344712364378222597?s=09
(Sent with URL)

**12/31/20, 12:40 PM (Viewed 12/31/20, 12:55 PM)**

Keri (Morgan) Warner ████████

**12/31/20, 12:40 PM (Viewed 12/31/20, 12:55 PM)**

Keri (Morgan) Warner ████████

**12/31/20, 12:40 PM (Viewed 12/31/20, 12:55 PM)**

Keri (Morgan) Warner ████████

**12/31/20, 12:40 PM (Viewed 12/31/20, 12:55 PM)**

Keri (Morgan) Warner ████████

**12/31/20, 12:40 PM (Viewed 12/31/20, 12:55 PM)**

Keri (Morgan) Warner ████████

**12/31/20, 12:28 PM (Viewed 12/31/20, 12:30 PM)**

Jeff Rainforth ████████

**12/31/20, 12:28 PM (Viewed 12/31/20, 12:30 PM)**

Jeff Rainforth ████████

**12/31/20, 12:28 PM (Viewed 12/31/20, 12:30 PM)**

Jeff Rainforth ████████

**12/31/20, 12:28 PM (Viewed 12/31/20, 12:30 PM)**

Jeff Rainforth ████████

https://twitter.com/bring_back_phil/status/1344694248977936385?s=21
(Sent with URL)

**12/31/20, 12:28 PM (Viewed 12/31/20, 12:30 PM)**

Jeff Rainforth ████████

Exclusive coverage of the March for Trump blizzard caravan

**12/31/20, 12:00 PM**

Keri (Morgan) Warner ████████

Had anyone seen cases of water tucked away? Was going to replenish the bus. I know we had cases in back of truckbed other day.. probably frozen now. #

**12/31/20, 11:44 AM**

Trey Nutall ████████

15 minutes. Bus is out front.

**12/31/20, 10:42 AM (Viewed 12/31/20, 10:44 AM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Loved "People taking pictures of that Trump bus in the parking lot. What's up with that?!"

**12/31/20, 10:42 AM**

Bay Cagle ████████

People taking pictures of that Trump bus in the parking lot. What's up with that?!

KKremer4143

**12/31/20, 10:41 AM (Viewed 12/31/20, 10:42 AM)**

Rebeckah Bennett ▐███▌

Liked "We are leaving at 11AM.

We are headed to San Antonio and will overnight there.

We are being rerouted and will be skipping Houston and going straight to Monroe, LA."

**12/31/20, 10:39 AM**

Mommagrizzly [Chairman, Women For Trump] ▐███▌

All vehicles need to travel together in these conditions.

**12/31/20, 10:38 AM**

Katie Cagle ▐███▌

Liked "We are leaving at 11AM.

We are headed to San Antonio and will overnight there.

We are being rerouted and will be skipping Houston and going straight to Monroe, LA."

**12/31/20, 10:37 AM**

Trey Nutall ▐███▌

I'm clear.

**12/31/20, 10:37 AM**

Mommagrizzly [Chairman, Women For Trump] ▐███▌

We are leaving at 11AM.

We are headed to San Antonio and will overnight there.

We are being rerouted and will be skipping Houston and going straight to Monroe, LA.

**12/31/20, 10:33 AM**

Keri (Morgan) Warner ▐███▌

Copy

**12/31/20, 10:33 AM**

Mommagrizzly [Chairman, Women For Trump] ▐███▌

I'm on the phone with Ray and deciding what to do

**12/31/20, 10:33 AM**

Mommagrizzly [Chairman, Women For Trump] ▐███▌

No, we aren't

**12/31/20, 10:33 AM**

Keri (Morgan) Warner ▐███▌

Wait did I miss when we are leaving now? lol

**12/31/20, 10:32 AM (Viewed 12/31/20, 10:33 AM)**

Katie Cagle ▐███▌

Liked "Bus is open to load luggage. "

**12/31/20, 10:32 AM (Viewed 12/31/20, 10:33 AM)**

Trey Nutall ▐███▌

Bus is open to load luggage.

**12/31/20, 2:03 AM (Viewed 12/31/20, 2:26 AM)**

Mommagrizzly [Chairman, Women For Trump] ▐███▌

Guys and dolls,
We aren't going to be able to get out of here early in the morning.

Get some rest and I'll check in around 9:30 AM or 10:00 AM.

Sorry, but old man winter is angry tonight.❅=⊰❅=⊰❅

KKremer4144

**12/31/20, 12:27 AM**

Roger Stockton ▮▮▮▮

If you ordered McDonalds it's in the lobby

**12/31/20, 12:15 AM**

Rebeckah Bennett ▮▮▮▮

Thank you

**12/31/20, 12:15 AM**

Katie Cagle ▮▮▮▮

I've added Rebeckah Bennett to the group so she's looped in

**12/31/20, 12:14 AM (Viewed 12/31/20, 12:15 AM)**

Katie Cagle ▮▮▮▮

Loved "We are meeting a Trump Train caravan in Boerne and caravan in with them..."

**12/31/20, 12:08 AM (Viewed 12/31/20, 12:09 AM)**

Bay Cagle ▮▮▮▮

Liked "We are meeting a Trump Train caravan in Boerne and caravan in with them..."

**12/31/20, 12:08 AM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

We are meeting a Trump Train caravan in Boerne and caravan in with them...

**12/30/20, 11:51 PM (Viewed 12/30/20, 11:57 PM)**

Ray March ▮▮▮▮

Going to bed exhausted

**12/30/20, 11:50 PM (Viewed 12/30/20, 11:57 PM)**

Pastor Greg Locke [TN] ▮▮▮▮

I'm good. Thank you.

**12/30/20, 11:50 PM (Viewed 12/30/20, 11:57 PM)**

James Lyle ▮▮▮▮

Quarter pounder wheeze and bacon meal large Dr Pepper

**12/30/20, 11:42 PM**

Dustin Stockton ▮▮▮▮

I'm taking orders for McDonalds tonight

**12/30/20, 11:41 PM**

Keri (Morgan) Warner ▮▮▮▮

😂

**12/30/20, 11:39 PM**

Katie Cagle ▮▮▮▮

Are we going straight to the Alamo? Just trying to figure out whether to to tell Rebeckah to Uber there or to get her at the hotel

**12/30/20, 11:38 PM (Viewed 12/30/20, 11:39 PM)**

Austin Clark ▮▮▮▮

Try and get some sleep.

**12/30/20, 11:38 PM (Viewed 12/30/20, 11:39 PM)**

Greg Kurbatroff ▮▮▮▮

We're not sure if we will even make it by bus call! We have moved 0 feet in 5 1/2 hours. I'm not sure we will be moving at all tonight

**12/30/20, 11:37 PM**

Katie Cagle ▮▮▮▮

Liked "7AM bus call
730AM bus departure

KKremer4145

Don, Greg, Jerry your keys will be at the front desk - be safe!"

**12/30/20, 11:34 PM (Viewed 12/30/20, 11:35 PM)**

Keri (Morgan) Warner ▮▮▮▮

7AM bus call
730AM bus departure

Don, Greg, Jerry your keys will be at the front desk - be safe!

**12/30/20, 9:55 PM**

Greg Kurbatroff ▮▮▮▮

**12/30/20, 9:51 PM**

Jennifer Lawerence ▮▮▮▮

Loved "Prayers for y'all. God has got y'all ♡ Let me know where you land for the night and the plan. Focus on the tour. DC is shaping up perfectly and when everything happens, we will all be celebrating!!"

**12/30/20, 9:51 PM**

Dustin Stockton ▮▮▮▮

Loved "Prayers for y'all. God has got y'all ♡ Let me know where you land for the night and the plan. Focus on the tour. DC is shaping up perfectly and when everything happens, we will all be celebrating!!"

**12/30/20, 9:51 PM**

Jennifer Hulsey ▮▮▮▮

Amen

**12/30/20, 9:50 PM**

Kylie Jane Kremer (+▮▮▮▮

Prayers for y'all. God has got y'all ♡ Let me know where you land for the night and the plan. Focus on the tour. DC is shaping up perfectly and when everything happens, we will all be celebrating!!

**12/30/20, 9:42 PM**

Jennifer Hulsey ▮▮▮▮

No stopping that bus!!

**12/30/20, 9:42 PM**

Jennifer Hulsey ▮▮▮▮

Yes

**12/30/20, 9:42 PM**

Kylie Jane Kremer (+▮▮▮▮

I need video footage of the bus in the blizzard for the Jumbotrons on the 6th

**12/30/20, 9:15 PM (Viewed 12/30/20, 9:17 PM)**

Keri (Morgan) Warner ▮▮▮▮

Laughed at an image

**12/30/20, 9:13 PM (Viewed 12/30/20, 9:14 PM)**

Jennifer Lawerence ▮▮▮▮

**12/30/20, 9:12 PM (Viewed 12/30/20, 9:14 PM)**

Jeff Rainforth ▮▮▮▮

The shitter is literally clogged

**12/30/20, 8:48 PM (Viewed 12/30/20, 9:07 PM)**

Keri (Morgan) Warner ▮▮▮▮

**12/30/20, 8:48 PM (Viewed 12/30/20, 9:07 PM)**

Keri (Morgan) Warner ▮▮▮▮

KKremer4146

**12/30/20, 8:48 PM (Viewed 12/30/20, 9:07 PM)**

Keri (Morgan) Warner ███████

**12/30/20, 8:02 PM (Viewed 12/30/20, 8:10 PM)**

Keri (Morgan) Warner ███████

Sorry only 1 bar on my phone graphics for me not sending.  Saying (!) not delivered

**12/30/20, 7:18 PM (Viewed 12/30/20, 7:21 PM)**

James Lyle ███████

**12/30/20, 7:18 PM (Viewed 12/30/20, 7:21 PM)**

James Lyle ███████

**12/30/20, 7:07 PM (Viewed 12/30/20, 7:15 PM)**

Keri (Morgan) Warner ███████

**12/30/20, 4:04 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

Everyone, get snacks here or food. We will be getting dinner later this afternoon around 5-6PM.

**12/30/20, 3:43 PM**

Vinny ███████

Liked "https://twitter.com/kyliejanekremer/status/1344380814583205888?s=21"

**12/30/20, 3:34 PM**

Kylie Jane Kremer (+███████

More to Come

**12/30/20, 3:33 PM**

Kylie Jane Kremer (+███████

Plz RT this

**12/30/20, 3:33 PM**

Kylie Jane Kremer (+███████

**12/30/20, 3:33 PM**

Kylie Jane Kremer (+███████

https://twitter.com/kyliejanekremer/status/1344380814583205888?s=21
(Sent with URL)

**12/30/20, 3:33 PM**

Kylie Jane Kremer (+███████

**12/30/20, 3:33 PM**

Kylie Jane Kremer (+███████

https://twitter.com/kyliejanekremer/status/1344380814583205888?s=21
(Sent with URL)

**12/30/20, 3:15 PM**

Dustin Stockton ███████

Liked "We are leaving and headed to Loves at exit 37.

Everyone, meet us there.  All vehicles and all people."

**12/30/20, 3:14 PM (Viewed 12/30/20, 3:15 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

We are leaving and headed to Loves at exit 37.

Everyone, meet us there.  All vehicles and all people.

KKremer4147

**12/30/20, 12:27 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

I'll be down in 5

**12/30/20, 11:47 AM**

Mommagrizzly [Chairman, Women For Trump] ███████

**12/30/20, 11:47 AM**

Mommagrizzly [Chairman, Women For Trump] ███████

https://twitter.com/amykremer/status/1344321411863613441?s=21
(Sent with URL)

**12/30/20, 11:46 AM (Viewed 12/30/20, 11:47 AM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Hawley is contesting the electoral college!

**12/30/20, 11:23 AM (Viewed 12/30/20, 11:26 AM)**

Jennifer Lawerence ███████

Morning everyone! Ray & Austin is there anyway I can please get into the bins under the bus. I need a bag

**12/30/20, 2:48 AM (Viewed 12/30/20, 3:50 AM)**

Jeff Rainforth ███████

**12/30/20, 2:48 AM (Viewed 12/30/20, 3:50 AM)**

Jeff Rainforth ███████

**12/30/20, 2:48 AM (Viewed 12/30/20, 3:50 AM)**

Jeff Rainforth ███████

**12/30/20, 2:48 AM (Viewed 12/30/20, 3:50 AM)**

Jeff Rainforth ███████

directions to the wall. Part dirt road.

**12/30/20, 2:48 AM (Viewed 12/30/20, 3:50 AM)**

Jeff Rainforth ███████

https://goo.gl/maps/cCuV3FbwchfXSNKL8
(Sent with URL)

**12/30/20, 2:34 AM (Viewed 12/30/20, 3:50 AM)**

Jennifer Lawerence ███████

Loved a movie

**12/30/20, 2:33 AM (Viewed 12/30/20, 3:50 AM)**

Jennifer Lawerence ███████

Loved an image

**12/30/20, 2:33 AM (Viewed 12/30/20, 3:50 AM)**

James Lyle ███████

Loved an image

**12/30/20, 2:29 AM (Viewed 12/30/20, 3:50 AM)**

Katie Cagle ███████

Loved an image

**12/30/20, 2:28 AM (Viewed 12/30/20, 3:50 AM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Laughed at an image

**12/30/20, 2:28 AM (Viewed 12/30/20, 3:50 AM)**

Keri (Morgan) Warner ███████

KKremer4148

**12/30/20, 2:27 AM (Viewed 12/30/20, 3:50 AM)**

Jeff Rainforth ██████████

Laughed at a movie

**12/30/20, 2:27 AM (Viewed 12/30/20, 3:50 AM)**

Pastor Greg Locke [TN] ██████ ████████

Loved "Great day y'all!

Thanks to each and everyone of you for all you do for the March for Trump and our nation. Grateful for all of you!

Big things are about to happen and we are going to make history. 🎥♡

Rest well. See you in the morning."

**12/30/20, 2:27 AM (Viewed 12/30/20, 3:50 AM)**

Mommagrizzly [Chairman, Women For Trump] ██████████

**12/30/20, 2:27 AM (Viewed 12/30/20, 3:50 AM)**

Keri (Morgan) Warner ██████████

Loved "Great day y'all!

Thanks to each and everyone of you for all you do for the March for Trump and our nation. Grateful for all of you!

Big things are about to happen and we are going to make history. 🎥♡

Rest well. See you in the morning."

**12/30/20, 2:26 AM (Viewed 12/30/20, 3:50 AM)**

Mommagrizzly [Chairman, Women For Trump] ██████████

Great day y'all!

Thanks to each and everyone of you for all you do for the March for Trump and our nation. Grateful for all of you!

Big things are about to happen and we are going to make history. 🎥♡

Rest well. See you in the morning.

**12/30/20, 2:23 AM (Viewed 12/30/20, 3:50 AM)**

Katie Cagle (7703676528)

Loved "We need to empty the shitter 😂😂💩🚽"

**12/30/20, 1:51 AM (Viewed 12/30/20, 1:54 AM)**

Keri (Morgan) Warner ██████████

Liked "10:00 AM Bus Call
10:30 AM Wheels Up"

**12/30/20, 1:51 AM**

Mommagrizzly [Chairman, Women For Trump] ██████████

10:00 AM Bus Call
10:30 AM Wheels Up

**12/30/20, 1:33 AM (Viewed 12/30/20, 1:35 AM)**

Bay Cagle ██████████

Liked "OMG Bay! We need to get the Randy Quad video up on Twitter "

**12/30/20, 1:05 AM (Viewed 12/30/20, 1:06 AM)**

James Lyle ██████████

Loved "We need to empty the shitter 😂😂💩🚽"

**12/30/20, 1:03 AM (Viewed 12/30/20, 1:04 AM)**

Jennifer Lawerence ██████████

We need to empty the shitter 😂😂💩🚽

KKremer4149

**12/30/20, 1:02 AM**

Katie Cagle ▮▮▮▮▮▮

It's on there!

**12/30/20, 1:02 AM**

Dustin Stockton ▮▮▮▮▮

😂😂😂

**12/30/20, 1:02 AM**

Dustin Stockton ▮▮▮▮▮

OMG Bay! We need to get the Randy Quad video up on Twitter

**12/30/20, 1:00 AM**

James Lyle ▮▮▮▮▮

Loved an image

**12/30/20, 12:52 AM (Viewed 12/30/20, 12:57 AM)**

Katie Cagle ▮▮▮▮▮

Loved an image

**12/30/20, 12:42 AM**

Kylie Jane Kremer (+▮▮▮▮▮

Loved an image

**12/30/20, 12:42 AM**

Pastor Greg Locke [TN] ▮▮▮▮▮

Loved an image

**12/30/20, 12:36 AM**

Dustin Stockton ▮▮▮▮▮

Loved an image

**12/30/20, 12:36 AM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

♡🦉

**12/29/20, 10:27 PM**

Keri (Morgan) Warner ▮▮▮▮▮

I've been given Nashville (Franklin), The Alamo and The Wall. Those 3 are on Facebook.

**12/29/20, 10:18 PM**

Kylie Jane Kremer (+▮▮▮▮▮

I need addresses for locations to update if necessary

**12/29/20, 10:09 PM**

Jennifer Lawerence ▮▮▮▮▮

That is amazing news ♡♡♡

**12/29/20, 10:09 PM**

Jennifer Lawerence ▮▮▮▮▮

Loved "Willie spoke at Ormond beach and was headed to the ventilator "

**12/29/20, 10:08 PM**

Dustin Stockton ▮▮▮▮▮

Willie spoke at Ormond beach and was headed to the ventilator

**12/29/20, 10:07 PM (Viewed 12/29/20, 10:08 PM)**

Dustin Stockton ▮▮▮▮▮

KKremer4150

**12/29/20, 10:07 PM (Viewed 12/29/20, 10:08 PM)**

Dustin Stockton

https://twitter.com/dustinstockton/status/1344117776013619202?s=21
(Sent with URL)

**12/29/20, 10:07 PM (Viewed 12/29/20, 10:08 PM)**

Dustin Stockton

True story:

**12/29/20, 10:01 PM**

Keri (Morgan) Warner

😩

**12/29/20, 10:00 PM (Viewed 12/29/20, 10:01 PM)**

Jennifer Hulsey

Wow that is awful and unexpected

**12/29/20, 9:57 PM**

Dustin Stockton

**12/29/20, 9:57 PM**

Dustin Stockton

https://twitter.com/seanlangille/status/1344115206369209259526?s=21
(Sent with URL)

**12/29/20, 8:43 PM (Viewed 12/29/20, 9:15 PM)**

Jeff Rainforth

Jen I already sent speaker list & gave him your contact for news who may be there

**12/29/20, 8:42 PM (Viewed 12/29/20, 9:15 PM)**

Jeff Rainforth

Bob Pena.

**12/29/20, 8:41 PM**

Jennifer Lawerence

Jeff do you have her email?

**12/29/20, 8:29 PM (Viewed 12/29/20, 8:32 PM)**

Jennifer Lawerence

Send me her email and I'll send it

**12/29/20, 8:15 PM (Viewed 12/29/20, 8:17 PM)**

Dustin Stockton

Loved "Chair of the Republican Alliance of El Paso. Been at the wall a lot. Friend of Brian
Kanof. "

**12/29/20, 8:15 PM (Viewed 12/29/20, 8:17 PM)**

Jeff Rainforth

Chair of the Republican Alliance of El Paso. Been at the wall a lot. Friend of Brian Kanof.

**12/29/20, 8:14 PM**

Jennifer Lawerence

Who is that?

**12/29/20, 8:13 PM (Viewed 12/29/20, 8:14 PM)**

Jeff Rainforth

Bobbi Pena.

**12/29/20, 8:13 PM (Viewed 12/29/20, 8:14 PM)**

Jennifer Lawerence

Who is it Jeff

KKremer4151

**12/29/20, 8:12 PM (Viewed 12/29/20, 8:14 PM)**

Jeff Rainforth ▇▇▇▇▇

Liked "Our crew + Frank Powers"

**12/29/20, 8:08 PM**

Dustin Stockton ▇▇▇▇▇

Our crew + Frank Powers

**12/29/20, 8:05 PM (Viewed 12/29/20, 8:06 PM)**

Jeff Rainforth ▇▇▇▇▇

Local GOP leader needs to know who is speaking at wall - for tonights press release. Local news may cover. He already got us on radio w Hannity crowd.

**12/29/20, 7:49 PM (Viewed 12/29/20, 7:53 PM)**

Don Thompson ▇▇▇▇▇

Liked "We need to pull those signs out and and start giving them out at these events."

**12/29/20, 7:48 PM**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇▇

We need to pull those signs out and and start giving them out at these events.

**12/29/20, 7:43 PM**

Don Thompson ▇▇▇▇▇

We rearranged the trailer. We did not see the sign in the trailer.. it still might be there under all of the swag. We're not sure... We still need to get rid of some of this weight out of the trailer. Maybe the signs could go under the bus. They are very heavy

Also has anyone seen my red mega hard hat?

**12/29/20, 5:52 PM**

James Lyle ▇▇▇▇▇

Yes the one that was on the podium

**12/29/20, 5:46 PM**

Kylie Jane Kremer (+▇▇▇▇▇

Dustin to the save

**12/29/20, 5:46 PM**

Keri (Morgan) Warner ▇▇▇▇▇

We have those he was looking for different ones

**12/29/20, 5:46 PM**

Dustin Stockton ▇▇▇▇▇

By the two chairs in the kitchen on the bus

**12/29/20, 5:43 PM**

James Lyle ▇▇▇▇▇

Does anyone know what happened to the podium signs?

**12/29/20, 4:48 PM**

Matt McCleskey ▇▇▇▇▇

We

**12/29/20, 4:48 PM**

Matt McCleskey ▇▇▇▇▇

E are getting him on the suburban

**12/29/20, 4:39 PM**

Scott Johnston ▇▇▇▇▇

Laughed at "Clarity - Scott graves not Johnston lol

Sorry Scott "

KKremer4152

**12/29/20, 4:39 PM**

Kylie Jane Kremer (+ ▮▮▮▮▮

Clarity - Scott graves not Johnston lol

Sorry Scott

**12/29/20, 4:38 PM**

Kylie Jane Kremer (+ ▮▮▮▮▮

I need addresses please

**12/29/20, 4:30 PM**

Kylie Jane Kremer (+ ▮▮▮▮▮

I got it. I have it on my list and don't want anyone touching it until Scott has finished a project he's with for DC.

Then I can get Keri looped in.

Sorry didn't even tell you I put Scott on something

**12/29/20, 4:29 PM**

Keri (Morgan) Warner ▮▮▮▮▮

I can, most likely. Depending on what widgets you have.

**12/29/20, 4:28 PM (Viewed 12/29/20, 4:29 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

You would do it from my computer on the bus...

**12/29/20, 4:28 PM (Viewed 12/29/20, 4:29 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Is there anyone on this team that is familiar with Wordpress enough to update the website?

**12/29/20, 3:07 PM**

Kylie Jane Kremer (+ ▮▮▮▮▮

Y'all, stop texting the order. Use the google form plz

**12/29/20, 3:07 PM**

Jennifer Lawerence ▮▮▮▮▮

For Dustin

**12/29/20, 3:06 PM (Viewed 12/29/20, 3:07 PM)**

Jennifer Lawerence ▮▮▮▮▮

Seafood Alfredo
Zupa Soup

**12/29/20, 3:02 PM (Viewed 12/29/20, 3:07 PM)**

Greg Kurbatroff ▮▮▮▮▮

Jerry & greg   2 house salads.

**12/29/20, 3:00 PM**

Kylie Jane Kremer (+ ▮▮▮▮▮

Google form guys

**12/29/20, 2:59 PM (Viewed 12/29/20, 3:00 PM)**

Austin Clark ▮▮▮▮▮

Austin- chicken Parmesan with meat sauce.

**12/29/20, 2:49 PM (Viewed 12/29/20, 2:59 PM)**

Keri (Morgan) Warner ▮▮▮▮▮

**12/29/20, 2:49 PM (Viewed 12/29/20, 2:59 PM)**

Keri (Morgan) Warner ▮▮▮▮▮

KKremer4153

**12/29/20, 2:49 PM (Viewed 12/29/20, 2:59 PM)**

Keri (Morgan) Warner ███████

**12/29/20, 2:49 PM (Viewed 12/29/20, 2:59 PM)**

Keri (Morgan) Warner ███████

https://docs.google.com/forms/d/1zoBnY9KcXelSZ2D2IvwJO9Ppn9ZvfrhEe8PP4hiiDDY/edit?usp=sharing
(Sent with URL)

**12/29/20, 2:48 PM (Viewed 12/29/20, 2:59 PM)**

Keri (Morgan) Warner ███████

Will be picking up food @ Olive Garden in Phoenix for our long drive after the Rally, place orders here (link to menu in google form):

**12/29/20, 12:10 PM (Viewed 12/29/20, 12:11 PM)**

Keri (Morgan) Warner ███████

Yikes thank you will you tell them

**12/29/20, 12:10 PM**

Kylie Jane Kremer (+███████

I've tried calling ray and Austin

**12/29/20, 12:10 PM**

Kylie Jane Kremer (+███████

Bus is smoking and leaking something

**12/29/20, 12:17 AM**

Jennifer Lawerence (███████

Don?

**12/29/20, 12:17 AM**

Matt McCleskey ███████

**12/29/20, 12:17 AM**

Matt McCleskey ███████

**12/29/20, 12:17 AM**

Matt McCleskey ███████

These were left in the back lobby where we had dinner. Any takers?

**12/28/20, 11:42 PM**

Greg Kurbatroff ███████

Liked "8am bus call

8:30 roll out"

**12/28/20, 11:30 PM (Viewed 12/28/20, 11:36 PM)**

Katie Cagle ███████

Liked "8am bus call

8:30 roll out"

**12/28/20, 11:25 PM**

Jennifer Lawerence ███████

Loved "8am bus call

8:30 roll out"

**12/28/20, 11:24 PM**

Kylie Jane Kremer (+███████

8am bus call

8:30 roll out

KKremer4154

**12/28/20, 10:31 PM (Viewed 12/28/20, 10:46 PM)**

Keri (Morgan) Warner █████████

Liked "Y'all come to the back lobby"

**12/28/20, 10:30 PM**

Kylie Jane Kremer (+█████████

Y'all come to the back lobby

**12/28/20, 10:28 PM (Viewed 12/28/20, 10:29 PM)**

Mommagrizzly [Chairman, Women For Trump] █████████

Loved "Amy says, Dinner will be Mexican getting delivered to the hotel. "

Keri (Morgan) Warner █████████

**12/28/20, 9:49 PM**

Amy says, Dinner will be Mexican getting delivered to the hotel.

Dustin Stockton █████████

**12/28/20, 9:49 PM**

https://www.instagram.com/p/CJWHDVGgCDA/?igshid=zc96o0kxx84k
(Sent with URL)

**12/28/20, 7:51 PM (Viewed 12/28/20, 7:52 PM)**

Roger Stockton █████████

**12/28/20, 7:51 PM (Viewed 12/28/20, 7:52 PM)**

Roger Stockton █████████

**12/28/20, 7:51 PM (Viewed 12/28/20, 7:52 PM)**

Roger Stockton █████████

**12/28/20, 7:51 PM (Viewed 12/28/20, 7:52 PM)**

Roger Stockton █████████

**12/28/20, 7:50 PM (Viewed 12/28/20, 7:51 PM)**

Dustin Stockton █████████

Loved "Hi friends! "

**12/28/20, 7:50 PM (Viewed 12/28/20, 7:51 PM)**

Katie Cagle █████████

Hi friends!

**12/28/20, 7:49 PM (Viewed 12/28/20, 7:51 PM)**

Keri (Morgan) Warner █████████

Jeff does but struggling to get off dslr at moment he said since large files they transfer slow

**12/28/20, 7:49 PM**

Kylie Jane Kremer (+█████████

Katie Cagle was just added to the group message!

**12/28/20, 7:48 PM (Viewed 12/28/20, 7:49 PM)**

Dustin Stockton █████████

Who has pictures from that rainy rally?

**12/28/20, 4:42 PM**

Dustin Stockton █████████

**12/28/20, 4:42 PM**

Dustin Stockton █████████

**12/28/20, 4:42 PM**

Dustin Stockton █████████

KKremer4155

**12/28/20, 4:42 PM**

Dustin Stockton ▮

https://twitter.com/dustinstockton/status/1343673565590085632?s=21
(Sent with URL)

**12/28/20, 2:19 PM**

Dustin Stockton ▮

**12/28/20, 2:19 PM**

Dustin Stockton ▮

https://twitter.com/dustinstockton/status/1343637510455365632?s=21
(Sent with URL)

**12/28/20, 2:19 PM**

Dustin Stockton ▮

See all 3!

**12/28/20, 2:10 PM**

Kylie Jane Kremer (▮

Plz fill out the Google doc y'all

**12/28/20, 2:09 PM (Viewed 12/28/20, 2:10 PM)**

Jeff Rainforth ▮

Chicken gyro bowl - jeff

**12/28/20, 2:04 PM**

Dustin Stockton ▮

Liked "I'll paste your order into the google doc dustin 😊"

**12/28/20, 2:03 PM (Viewed 12/28/20, 2:04 PM)**

Keri (Morgan) Warner ▮

I'll paste your order into the google doc dustin 😊

**12/28/20, 2:03 PM (Viewed 12/28/20, 2:04 PM)**

Dustin Stockton ▮

Beef/Lamb Pita

**12/28/20, 2:02 PM**

Mommagrizzly [Chairman, Women For Trump] ▮

Place your order by 11:15 or no soup for you! 🍜🍜🍜

**12/28/20, 1:24 PM (Viewed 12/28/20, 1:25 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮

**12/28/20, 1:24 PM (Viewed 12/28/20, 1:25 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮

http://www.nickthegreeksj.com/menu
(Sent with URL)

**12/28/20, 1:24 PM (Viewed 12/28/20, 1:25 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮

Here is the menu:

**12/28/20, 1:24 PM (Viewed 12/28/20, 1:25 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮

https://docs.google.com/spreadsheets/
d/1IdvYMMlpmF3vrpgKDj1MGpMNWQD7TN_YOvC3asuN8o8/edit?
usp=sharing_eip&ts=5fea1e22
(Sent with URL)

**12/28/20, 1:24 PM (Viewed 12/28/20, 1:25 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮

Hi everyone.

KKremer4156

If you are going to Ventura and Huntington Beach with us, please let me know what you want to order from Nick the Greek restaurant.

The form is here and the link for the menu is at the top of the form.

**12/28/20, 12:07 PM (Viewed 12/28/20, 12:13 PM)**

Keri (Morgan) Warner ▮▮▮▮▮▮▮

Loved a movie

**12/28/20, 12:06 PM (Viewed 12/28/20, 12:13 PM)**

Jeff Rainforth ▮▮▮▮▮▮▮

Lightning from last night.

**12/28/20, 1:39 AM**

Kylie Jane Kremer (+▮▮▮▮▮▮▮

Food**

**12/28/20, 1:39 AM**

Kylie Jane Kremer (+▮▮▮▮▮

Good is in lobby

**12/28/20, 1:38 AM (Viewed 12/28/20, 1:39 AM)**

Jeff Rainforth ▮▮▮▮▮▮

Nevermind. It's the uHaul. Dustin is doing it

**12/28/20, 1:37 AM (Viewed 12/28/20, 1:39 AM)**

Jeff Rainforth ▮▮▮▮▮▮▮

Security said the bus needs to be moved

**12/28/20, 1:32 AM**

Kylie Jane Kremer (+▮▮▮▮▮

9:30 bus call 10am departure

**12/27/20, 10:18 PM**

Dustin Stockton ▮▮▮▮▮▮

Loved "We're about 3 minutes away where do I need to be dropped off?"

**12/27/20, 10:18 PM**

Bay Cagle ▮▮▮▮▮▮

We're about 3 minutes away where do I need to be dropped off?

**12/27/20, 10:00 PM (Viewed 12/27/20, 10:01 PM)**

Bay Cagle ▮▮▮▮▮▮

To be exact

**12/27/20, 10:00 PM (Viewed 12/27/20, 10:01 PM)**

Bay Cagle ▮▮▮▮▮▮

I'll arrive 7:19

**12/27/20, 9:59 PM (Viewed 12/27/20, 10:00 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Bay is in the Uber on the way to the event.

**12/27/20, 9:59 PM**

Kylie Jane Kremer (+▮▮▮▮▮

According to Waze

**12/27/20, 9:59 PM**

Kylie Jane Kremer (+▮▮▮▮▮

The bus is 20 min out

KKremer4157

**12/27/20, 9:24 PM (Viewed 12/27/20, 9:26 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Bay just landed at LAX and is getting an Uber to the event.

Y'all will see her soon!

**12/27/20, 7:13 PM (Viewed 12/27/20, 7:16 PM)**

Vinny ███████

I'm guessing we'll be in GA on 1/4?

**12/27/20, 6:01 PM**

Jennifer Lawerence [ ███████ ]

That's my KAG Hat ♡📷

**12/27/20, 6:00 PM (Viewed 12/27/20, 6:01 PM)**

Scott Johnston ███████

We told them to take it. They said they would. Roger was waiting.

**12/27/20, 6:00 PM (Viewed 12/27/20, 6:01 PM)**

Scott Johnston ███████

Valet was coming for it.

**12/27/20, 6:00 PM (Viewed 12/27/20, 6:11 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

**12/27/20, 6:00 PM (Viewed 12/27/20, 6:01 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

I just hit back from. Picking up the rental car and no one took this to the uHaul?!?

**12/27/20, 5:54 PM (Viewed 12/27/20, 5:55 PM)**

Dustin Stockton ███████

**12/27/20, 5:54 PM (Viewed 12/27/20, 5:55 PM)**

Dustin Stockton ███████

https://twitter.com/realdonaldtrump/status/1343328283824447488?s=21
(Sent with URL)

**12/27/20, 5:54 PM**

Dustin Stockton ███████

**12/27/20, 5:54 PM**

Dustin Stockton ███████

https://twitter.com/realdonaldtrump/status/1343328283824447488?s=21
(Sent with URL)

**12/27/20, 2:03 PM (Viewed 12/27/20, 2:04 PM)**

Vinny ███████

Loved "https://twitter.com/DustinStockton/status/1343271002394914818?s=20"

**12/27/20, 2:02 PM (Viewed 12/27/20, 2:04 PM)**

Dustin Stockton ███████

**12/27/20, 2:02 PM (Viewed 12/27/20, 2:04 PM)**

Dustin Stockton ███████

**12/27/20, 2:02 PM (Viewed 12/27/20, 2:04 PM)**

Dustin Stockton ███████

**12/27/20, 2:02 PM (Viewed 12/27/20, 2:04 PM)**

Dustin Stockton ███████

https://twitter.com/DustinStockton/status/1343271002394914818?s=20
(Sent with URL)

KKremer4158

**12/27/20, 1:18 PM**

Mommagrizzly [Chairman, Women For Trump] ███

Pls come to the suite now for our meeting

**12/27/20, 1:10 PM (Viewed 12/27/20, 1:11 PM)**

Jeff Rainforth ███

Meeting now in 6203

**12/27/20, 8:52 AM (Viewed 12/27/20, 8:59 AM)**

Jennifer Hulsey ███

Loved "Glad you are back!"

**12/27/20, 8:49 AM**

Mommagrizzly [Chairman, Women For Trump] ███

Glad you are back!

**12/27/20, 8:10 AM**

Mommagrizzly [Chairman, Women For Trump] ███

Loved "Copy that. Glad to be back. Thnx! "

**12/27/20, 2:52 AM**

Keri (Morgan) Warner ███

Copy that. Glad to be back. Thnx!

**12/27/20, 2:52 AM**

Keri (Morgan) Warner ███

Loved an image

**12/27/20, 2:50 AM**

Mommagrizzly [Chairman, Women For Trump] ███

**12/27/20, 2:50 AM**

Mommagrizzly [Chairman, Women For Trump] ███

Hope everyone had a Merry Christmas and enjoyed some down time yesterday. I hope you are all ready for the wheels on the bus to go round and round!

Tomorrow, please meet in suite #6203 at 10:00 AM for a meeting.

After the meeting, we will get packed up, load the buses and be on our way.

Be sure to come here and eat breakfast in the morning. We have so much food and I don't want it to go to waste. Someone could make fresh cinnamon rolls in the suite tomorrow morning...hint! Hint!

I have included the current schedule for tomorrow. If anything changes, I'll advise.

Thank you all for joining us on this historic journey. I'm glad to work side by side with each of you!

Rest well and see y'all in the morning.

Amy

**12/27/20, 2:19 AM**

Kylie Jane Kremer (+███

This was after two rounds of clean up was made.

**12/27/20, 2:19 AM**

Kylie Jane Kremer (+███



**12/27/20, 2:19 AM**

Kylie Jane Kremer (+███

96

KKremer4159

**12/27/20, 2:18 AM**

Kylie Jane Kremer (+███████)

> Y'all... this room is horrible the way it was left this evening. Completely unacceptable.

**12/26/20, 11:02 PM (Viewed 12/26/20, 11:09 PM)**

Dustin Stockton ███████

Pastors can bring Bay!

**12/26/20, 10:51 PM**

James Lyle ███████

Pastors may be able to pick up Bay

**12/26/20, 10:44 PM (Viewed 12/26/20, 10:45 PM)**

Dustin Stockton ███████

Loved an image

**12/26/20, 10:44 PM (Viewed 12/26/20, 10:45 PM)**

Jeff Rainforth ███████

**12/26/20, 9:17 PM (Viewed 12/26/20, 9:25 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

I have an airport pickup at LAX tomorrow at 4PM

**12/26/20, 9:17 PM (Viewed 12/26/20, 9:25 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Someone needs to find an oversized SUV tonight or first thing in the morning by 9AM.

**12/26/20, 9:14 PM**

Dustin Stockton ███████

Minivan for the munchkins. Need to get a second but Suburban not looking good

**12/26/20, 9:08 PM (Viewed 12/26/20, 9:14 PM)**

Greg Kurbatroff ███████

Truck & trailer and...?

**12/26/20, 9:07 PM**

James Lyle ███████

Currently what are our 2 chase cars?

**12/26/20, 7:06 PM (Viewed 12/26/20, 7:09 PM)**

Jeff Rainforth ███████

Liked "Effective immediately, no further communications with Cindy Chafian regarding anything WFAF. She is in no longer affiliated with our organization. Any specific questions regarding this directive are to be directed to Kylie and/or Amy Kremer in a separate and independent correspondence."

**12/26/20, 7:04 PM**

Dustin Stockton ███████

Loved "Effective immediately, no further communications with Cindy Chafian regarding anything WFAF. She is in no longer affiliated with our organization. Any specific questions regarding this directive are to be directed to Kylie and/or Amy Kremer in a separate and independent correspondence."

**12/26/20, 7:02 PM (Viewed 12/26/20, 7:04 PM)**

Don Thompson ███████

Loved "Effective immediately, no further communications with Cindy Chafian regarding anything WFAF. She is in no longer affiliated with our organization. Any specific questions regarding this directive are to be directed to Kylie and/or Amy Kremer in a separate and independent correspondence."

**12/26/20, 7:02 PM**

Jennifer Lawerence ███████

Loved "Effective immediately, no further communications with Cindy Chafian regarding anything WFAF. She is in no longer affiliated with our organization. Any specific questions

KKremer4160

regarding this directive are to be directed to Kylie and/or Amy Kremer in a separate and independent correspondence."

**12/26/20, 7:02 PM**
Kylie Jane Kremer (+█████████)

Effective immediately, no further communications with Cindy Chafian regarding anything WFAF. She is in no longer affiliated with our organization. Any specific questions regarding this directive are to be directed to Kylie and/or Amy Kremer in a separate and independent correspondence.

**12/26/20, 7:02 PM**
Kylie Jane Kremer (+█████████)

Effective immediately, no further communications with Cindy Chafian regarding anything WFAF. She is in no longer affiliated with our organization. Any specific questions regarding this directive are to be directed to Kylie and/or Amy Kremer in a separate and independent correspondence.

**12/26/20, 6:12 PM**
Pastor Brian Gibson █████████

**12/26/20, 6:12 PM**
Pastor Brian Gibson █████████

**12/26/20, 6:12 PM**
Pastor Brian Gibson █████████

**12/26/20, 6:12 PM**
Pastor Brian Gibson █████████

https://twitter.com/leadpastor/status/1342868142297673729?s=21
(Sent with URL)

**12/26/20, 2:08 PM (Viewed 12/26/20, 2:16 PM)**
Dustin Stockton █████████

**12/26/20, 2:08 PM (Viewed 12/26/20, 2:16 PM)**
Dustin Stockton █████████

https://twitter.com/DustinStockton/status/1342909119016005632?s=20
(Sent with URL)

**12/26/20, 2:08 PM**
Dustin Stockton █████████

Please RT:

**12/26/20, 12:51 PM (Viewed 12/26/20, 1:01 PM)**
Dustin Stockton █████████

Good morning team. I have tasks for everyone today

**12/26/20, 1:44 AM**
Kylie Jane Kremer (+█████████)

Loved an image

**12/26/20, 1:43 AM**
Kylie Jane Kremer (+█████████)

Loved an image

**12/26/20, 1:43 AM**
Jeff Rainforth █████████

Liked an image

**12/26/20, 1:41 AM (Viewed 12/26/20, 1:43 AM)**
Dustin Stockton █████████

KKremer4161

**12/26/20, 1:41 AM (Viewed 12/26/20, 1:43 AM)**

Dustin Stockton ███████

**12/26/20, 1:41 AM (Viewed 12/26/20, 1:43 AM)**

Dustin Stockton ███████

**12/26/20, 1:41 AM (Viewed 12/26/20, 1:43 AM)**

Dustin Stockton ███████

**12/26/20, 1:26 AM (Viewed 12/26/20, 1:36 AM)**

Jeff Rainforth ███████

White elephant time!

**12/25/20, 11:48 PM (Viewed 12/26/20, 12:24 AM)**

Jeff Rainforth ███████

Laughed at "Prove it!"

**12/25/20, 10:17 PM (Viewed 12/25/20, 10:23 PM)**

James Lyle ███████

Dinner is ready

**12/25/20, 10:15 PM (Viewed 12/25/20, 10:23 PM)**

Charles Bowman ███████

Loved "https://twitter.com/bring_back_phil/status/1342630571797835778?s=21"

**12/25/20, 10:14 PM (Viewed 12/25/20, 10:23 PM)**

James Lyle ███████

Prove it!

**12/25/20, 10:12 PM (Viewed 12/25/20, 10:23 PM)**

Bay Cagle ███████

Loved "https://twitter.com/bring_back_phil/status/1342630571797835778?s=21"

**12/25/20, 10:08 PM (Viewed 12/25/20, 10:23 PM)**

Jeff Rainforth ███████

My Christmas video has water cannons 😂

**12/25/20, 10:07 PM (Viewed 12/25/20, 10:23 PM)**

Jeff Rainforth ███████

**12/25/20, 10:07 PM (Viewed 12/25/20, 10:23 PM)**

Jeff Rainforth ███████

**12/25/20, 10:07 PM (Viewed 12/25/20, 10:23 PM)**

Jeff Rainforth ███████

**12/25/20, 10:07 PM (Viewed 12/25/20, 10:23 PM)**

Jeff Rainforth ███████

https://twitter.com/bring_back_phil/status/1342630571797835778?s=21
(Sent with URL)

**12/25/20, 9:23 PM**

Dustin Stockton ███████

Yummy

**12/25/20, 9:23 PM**

Don Thompson ███████

**12/25/20, 8:38 PM**

Greg Kurbatroff ███████

I'll get it

99

KKremer4162

**12/25/20, 8:37 PM**

Don Thompson ▮▮▮▮

Would get it

**12/25/20, 8:36 PM**

Don Thompson ▮▮▮▮

Yes in the back of the trailer

**12/25/20, 8:35 PM**

Kylie Jane Kremer (+▮▮▮▮

Don, is it in the trailer?

**12/25/20, 8:35 PM**

Greg Kurbatroff ▮▮▮▮

Does anyone know where the folding table is?

**12/25/20, 8:23 PM**

Jeff Rainforth ▮▮▮▮

Laughed at "Thankful to be celebrating with our team!!**

PS - haven't had a glass of wine yet guys ☺ "

**12/25/20, 8:17 PM (Viewed 12/25/20, 8:23 PM)**

Charles Bowman ▮▮▮▮

Loved "Looking forward to being on the road with our family!"

**12/25/20, 8:14 PM**

Vinny ▮▮▮▮

Looking forward to being on the road with our family!

**12/25/20, 8:10 PM (Viewed 12/25/20, 8:12 PM)**

Ray March ▮▮▮▮

Thanks it's been a great day. See you all soon

**12/25/20, 8:10 PM (Viewed 12/25/20, 8:12 PM)**

Dustin Stockton ▮▮▮▮

Loved "Merry merry Christmas!! Love to each of you and your families!! "

**12/25/20, 8:09 PM (Viewed 12/25/20, 8:12 PM)**

Charles Bowman ▮▮▮▮

Merry Christmas!!! 🎄

**12/25/20, 8:09 PM (Viewed 12/25/20, 8:12 PM)**

Pastor Greg Locke [TN] ▮▮▮▮

Liked "Merry merry Christmas!! Love to each of you and your families!! "

**12/25/20, 8:09 PM**

Kylie Jane Kremer (+▮▮▮▮

Merry merry Christmas!! Love to each of you and your families!!

**12/25/20, 6:17 PM (Viewed 12/25/20, 6:25 PM)**

Pastor Brian Gibson ▮▮▮▮

**12/25/20, 6:17 PM (Viewed 12/25/20, 6:25 PM)**

Pastor Brian Gibson ▮▮▮▮

**12/25/20, 6:17 PM (Viewed 12/25/20, 6:25 PM)**

Pastor Brian Gibson ▮▮▮▮

KKremer4163

**12/25/20, 6:17 PM (Viewed 12/25/20, 6:25 PM)**

Pastor Brian Gibson ▓▓▓▓

https://twitter.com/leadpastor/status/1342610176717807620?s=21
(Sent with URL)

**12/25/20, 6:11 PM**

Dustin Stockton ▓▓▓▓

Liked "Dustin, I have a mid-level contact at UPS. Send me the tracking info. "

**12/25/20, 6:11 ▓▓**

Kylie Jane Kremer (+16788945412)

Thankful to be celebrating with our team!!**

PS - haven't had a glass of wine yet guys 😊

**12/25/20, 6:11 PM**

Vinny ▓▓▓▓

Dustin, I have a mid-level contact at UPS. Send me the tracking info.

**12/25/20, 6:10 PM**

Greg Kurbatroff ▓▓▓▓

👍

**12/25/20, 6:10 PM**

Kylie Jane Kremer (+▓▓▓▓

Merry Christmas Team!! Thankful to be celebrating Dinner starts at 6:30 this evening. Please bring your Team Jackets - we will be taking a group picture! ⚜🟦♡

**12/25/20, 6:10 PM**

Dustin Stockton ▓▓▓▓

**12/25/20, 6:10 PM**

Dustin Stockton ▓▓▓▓

**12/25/20, 6:10 PM**

Dustin Stockton ▓▓▓▓

**12/25/20, 6:10 PM**

Dustin Stockton ▓▓▓▓

**12/25/20, 6:10 PM**

Dustin Stockton ▓▓▓▓

**12/25/20, 6:10 PM**

Dustin Stockton ▓▓▓▓

https://twitter.com/dustinstockton/status/1342608451185229825?s=21
(Sent with URL)

**12/25/20, 4:16 PM (Viewed 12/25/20, 4:23 PM)**

James Lyle ▓▓▓▓

Loved "We found them "

**12/25/20, 4:10 PM (Viewed 12/25/20, 4:23 PM)**

Jennifer Lawerence ▓▓▓▓

We found them

**12/25/20, 3:56 PM (Viewed 12/25/20, 4:23 PM)**

James Lyle ▓▓▓▓

Did you leave it in your truck?

KKremer4164

**12/25/20, 3:49 PM (Viewed 12/25/20, 4:23 PM)**

Greg Kurbatroff ▮▮▮▮

No

**12/25/20, 3:49 PM (Viewed 12/25/20, 4:23 PM)**

Dustin Stockton ▮▮▮▮

Has anyone come across a Walmart bag with two iPhones in it?

**12/25/20, 2:33 PM (Viewed 12/25/20, 3:17 PM)**

Dustin Stockton ▮▮▮▮

Loved "Merry Christmas my family and friends!

We have food...and cooked bacon!

Come on up..."

**12/25/20, 2:30 PM (Viewed 12/25/20, 3:17 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

Loved "Merry Christmas!!!"

**12/25/20, 2:30 PM (Viewed 12/25/20, 3:17 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

Merry Christmas my family and friends!

We have food...and cooked bacon!

Come on up...

**12/25/20, 2:10 PM (Viewed 12/25/20, 3:17 PM)**

Greg Kurbatroff ▮▮▮▮

Merry Christmas!!!

**12/25/20, 1:03 PM (Viewed 12/25/20, 1:15 PM)**

Pastor Greg Locke [TN] ▮▮▮▮

Is Newsmax dropping anything today?

**12/25/20, 1:01 PM (Viewed 12/25/20, 1:15 PM)**

Dustin Stockton ▮▮▮▮

**12/25/20, 1:01 PM (Viewed 12/25/20, 1:15 PM)**

Dustin Stockton ▮▮▮▮

https://twitter.com/drpaulgosar/status/1342170872967266304?s=21
(Sent with URL)

**12/25/20, 12:44 PM (Viewed 12/25/20, 1:15 PM)**

Dustin Stockton ▮▮▮▮

Loved "Merry Christmas indeed!! Can't wait to see everyone Sunday night in Cali. Enjoy your weekend. It's bout to get real. Love y'all."

**12/25/20, 12:22 PM**

Charles Bowman ▮▮▮▮

Merry Christmas everybody!

**12/25/20, 12:21 PM**

Don Thompson ▮▮▮▮

Loved "Merry Christmas indeed!! Can't wait to see everyone Sunday night in Cali. Enjoy your weekend. It's bout to get real. Love y'all."

**12/25/20, 12:21 PM**

Pastor Greg Locke [TN] ▮▮▮▮

Merry Christmas indeed!! Can't wait to see everyone Sunday night in Cali. Enjoy your weekend. It's bout to get real. Love y'all.

KKremer4165

**12/25/20, 12:20 PM**

Vinny ▇▇▇▇

Loved "Merry Christmas patriots!!!!"

**12/25/20, 12:17 PM (Viewed 12/25/20, 12:20 PM)**

Dustin Stockton ▇▇▇▇

Merry Christmas patriots!!!!

**12/25/20, 12:17 PM (Viewed 12/25/20, 12:20 PM)**

Dustin Stockton ▇▇▇▇

Loved "Is there an possibility of getting Cousin Eddie Randy Quaid involved in this tour—he's a huge Trump fan—"

**12/25/20, 11:33 AM (Viewed 12/25/20, 11:59 AM)**

Bay Cagle ▇▇▇▇

Is there an possibility of getting Cousin Eddie Randy Quaid involved in this tour—he's a huge Trump fan—

**12/25/20, 9:44 AM (Viewed 12/25/20, 11:59 AM)**

Vinny ▇▇▇▇

Merry Christmas!
♡ 🎄 🖼

**12/25/20, 1:02 AM (Viewed 12/25/20, 1:03 AM)**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇

Liked "Ma'am, I just finished eating a shrimp salad from down stairs. I'm totally full, I appreciate the offer. "

**12/25/20, 12:58 AM**

Kylie Jane Kremer (+▇▇▇▇

We have games and are hanging out, y'all should come

**12/25/20, 12:57 AM**

Ken Goodwin ▇▇▇▇

Ma'am, I just finished eating a shrimp salad from down stairs. I'm totally full, I appreciate the offer.

**12/25/20, 12:54 AM (Viewed 12/25/20, 12:55 AM)**

Dustin Stockton ▇▇▇▇

Loved "Yo! Yo!

Don & Ken,
Come on up and eat! There is a ton of food, so I need y'all to come eat.

It's home cooked too...smells and tastes so good.

Y'all are missing out, so come join us."

**12/25/20, 12:54 AM (Viewed 12/25/20, 12:55 AM)**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇

Yo! Yo!

Don & Ken,
Come on up and eat! There is a ton of food, so I need y'all to come eat.

It's home cooked too...smells and tastes so good.

Y'all are missing out, so come join us.

**12/24/20, 11:42 PM**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇

Laughed at "I have access to a karaoke machine I think. 😂"

KKremer4166

**12/24/20, 11:41 PM (Viewed 12/24/20, 11:42 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

But there is plenty to eat before the meal is ready.

**12/24/20, 11:41 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

Food will be ready in an hour...

**12/24/20, 11:41 PM**

Scott Johnston ███████

I have access to a karaoke machine I think. 😂

**12/24/20, 11:40 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

Probably going to play games too!

Good thing we don't have a karaoke machine. 🫣🫣🫣

**12/24/20, 11:39 PM (Viewed 12/24/20, 11:40 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Hey y'all.
We have tons of food up here and James is even cooking.☺

The tree is halfway decorated and Christmas music is playing.

Everyone needs to come eat. We have enough food for an army.

**12/24/20, 11:10 PM**

Jeff Rainforth ███████

Tell the kitchen to send some tin foil

**12/24/20, 11:08 PM (Viewed 12/24/20, 11:10 PM)**

James Lyle ███████

Shit

**12/24/20, 11:06 PM**

Jeff Rainforth ███████

Too late. I'm here

**12/24/20, 10:57 PM (Viewed 12/24/20, 11:06 PM)**

James Lyle ███████

They just let us know

**12/24/20, 10:56 PM (Viewed 12/24/20, 11:06 PM)**

James Lyle ███████

Sorry

**12/24/20, 10:56 PM (Viewed 12/24/20, 11:06 PM)**

James Lyle ███████

Yes get it

**12/24/20, 10:53 PM (Viewed 12/24/20, 11:06 PM)**

James Lyle ███████

We are getting one brought up

**12/24/20, 10:52 PM (Viewed 12/24/20, 11:06 PM)**

Jeff Rainforth ███████

Ok

**12/24/20, 10:52 PM (Viewed 12/24/20, 11:06 PM)**

James Lyle ███████

Nope

KKremer4167

**12/24/20, 10:52 PM (Viewed 12/24/20, 11:06 PM)**

Jeff Rainforth ▮▮▮▮▮

Yeah they do, a tinfoil one

**12/24/20, 10:42 PM (Viewed 12/24/20, 10:49 PM)**

James Lyle ▮▮▮▮▮

How about casserole dish?

**12/24/20, 10:35 PM**
Kylie Jane Kremer (+▮▮▮▮▮

Good job mom on Newsmax !!

**12/24/20, 10:28 PM (Viewed 12/24/20, 10:35 PM)**

James Lyle ▮▮▮▮▮

Ok

**12/24/20, 10:28 PM (Viewed 12/24/20, 10:35 PM)**

Jeff Rainforth ▮▮▮▮▮

They don't have tin foil

**12/24/20, 8:43 PM (Viewed 12/24/20, 8:45 PM)**

Don Thompson ▮▮▮▮▮

I found the chips

**12/24/20, 8:42 PM (Viewed 12/24/20, 8:45 PM)**

Scott Johnston ▮▮▮▮▮

Kylie and I are out. No one was there earlier when we left.

**12/24/20, 8:42 PM (Viewed 12/24/20, 8:45 PM)**

Don Thompson ▮▮▮▮▮

Don

**12/24/20, 8:42 PM (Viewed 12/24/20, 8:45 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Who is upstairs in the suite? Anyone?

**12/24/20, 7:57 PM (Viewed 12/24/20, 8:13 PM)**

Greg Kurbatroff ▮▮▮▮▮

Your Welcome!😃

**12/24/20, 7:18 PM**
Kylie Jane Kremer (+▮▮▮▮▮

Thank you Greg and jen for grocery shopping today!!

**12/24/20, 7:17 PM**

Greg Kurbatroff ▮▮▮▮▮

The food is coming up with Bellman

**12/24/20, 6:31 PM (Viewed 12/24/20, 6:32 PM)**

Matt McCleskey ▮▮▮▮▮

**12/24/20, 6:31 PM (Viewed 12/24/20, 6:32 PM)**

Matt McCleskey ▮▮▮▮▮

https://twitter.com/jaimyblanco/status/1342235812814069761?s=10
(Sent with URL)

**12/24/20, 3:28 PM (Viewed 12/24/20, 3:53 PM)**

Jeff Rainforth ▮▮▮▮▮

**12/24/20, 3:28 PM (Viewed 12/24/20, 3:53 PM)**

Jeff Rainforth ▮▮▮▮▮

Bus & hotel through a fisheye. Pics on DB, also.

105

KKremer4168



**12/24/20, 1:19 PM (Viewed 12/24/20, 2:06 PM)**

Mommagrizzly [Chairman, Women For Trump]

**12/24/20, 1:18 PM (Viewed 12/24/20, 2:06 PM)**

Greg Kurbatroff

I'm at the suite but my keys won't open

**12/24/20, 1:18 PM (Viewed 12/24/20, 2:06 PM)**

Mommagrizzly [Chairman, Women For Trump]

**12/24/20, 1:18 PM (Viewed 12/24/20, 2:06 PM)**

Mommagrizzly [Chairman, Women For Trump]

**12/24/20, 1:17 PM (Viewed 12/24/20, 2:06 PM)**

Mommagrizzly [Chairman, Women For Trump]

If someone can pls go to Honey Baked Ham and pick up some items, that would be great.

They won't let me place an order over the phone, so the sooner the better. I don't want them to run out of turkey breasts and hams.

I will give you my credit card to go.

KKremer4169

James is helping me with something here, or he would go.

Whoever is willing to go, please let me know. I'm going to get a list together now.

Thanks y'all!♡

**12/24/20, 1:10 PM (Viewed 12/24/20, 2:06 PM)**

**Mommagrizzly [Chairman, Women For Trump]** ▓▓▓▓

Loved "I can help. Cook or run..."

**12/24/20, 1:09 PM (Viewed 12/24/20, 2:06 PM)**

**Greg Kurbatroff** ▓▓▓▓

I can help. Cook or run...

**12/24/20, 1:09 PM (Viewed 12/24/20, 2:06 PM)**

**Mommagrizzly [Chairman, Women For Trump]** ▓▓▓▓

Laughed at "I can run to get food. Probably shouldn't be the cook though "

**12/24/20, 1:08 PM (Viewed 12/24/20, 2:06 PM)**

**Dustin Stockton** ▓▓▓▓

I can run to get food. Probably shouldn't be the cook though

**12/24/20, 1:08 PM (Viewed 12/24/20, 2:06 PM)**

**Mommagrizzly [Chairman, Women For Trump]** ▓▓▓▓

Merry Christmas everyone!

I'm working and trying to figure out meals for today.

We have breakfast items, but someone has to cook.☺

We have a big meal planned for tomorrow, but not tonight.

Anyone up for running to honey baked ham and the grocery? It would be a tremendous help.

**12/23/20, 11:59 PM (Viewed 12/24/20, 12:03 AM)**

**Greg Kurbatroff** ▓▓▓▓

Loved "Everyone, just an FYI...

You all are welcome here anytime.

Please disregard the privacy placard on the door. That is for housekeeping only."

**12/23/20, 11:58 PM (Viewed 12/23/20, 11:59 PM)**

**Mommagrizzly [Chairman, Women For Trump]** ▓▓▓▓

Everyone, just an FYI...

You all are welcome here anytime.

Please disregard the privacy placard on the door. That is for housekeeping only.

**12/23/20, 9:32 PM (Viewed 12/23/20, 9:42 PM)**

**Don Thompson** ▓▓▓▓

I'm good thank you Amy I was kind a looking forward to that grilled cheese and soup

**12/23/20, 9:31 PM (Viewed 12/23/20, 9:42 PM)**

**Mommagrizzly [Chairman, Women For Trump]** ▓▓▓▓

Scott & Don, I need your orders

**12/23/20, 9:31 PM (Viewed 12/23/20, 9:42 PM)**

**Mommagrizzly [Chairman, Women For Trump]** ▓▓▓▓

Liked "Chicken pad Thai "

**12/23/20, 9:31 PM (Viewed 12/23/20, 9:42 PM)**

**Mommagrizzly [Chairman, Women For Trump]** ▓▓▓▓

Liked "Pad Thai chicken "

KKremer4170

**12/23/20, 9:22 PM (Viewed 12/23/20, 9:24 PM)**

Jeff Rainforth

Pad Thai chicken

**12/23/20, 9:22 PM (Viewed 12/23/20, 9:24 PM)**

James Lyle

Chicken pad Thai

**12/23/20, 9:20 PM (Viewed 12/23/20, 9:21 PM)**

Jennifer Lawerence

Thank you ♡

**12/23/20, 9:19 PM (Viewed 12/23/20, 9:21 PM)**

Mommagrizzly [Chairman, Women For Trump]

Liked "Dustin Branzino Tod Nam "

**12/23/20, 9:19 PM (Viewed 12/23/20, 9:21 PM)**

Mommagrizzly [Chairman, Women For Trump]

Liked "Pad Thai chicken "

**12/23/20, 9:19 PM (Viewed 12/23/20, 9:21 PM)**

Jennifer Lawerence

Dustin Branzino Tod Nam

**12/23/20, 9:18 PM**

Don Thompson

Liked "I'm about over the food on the road. Lol

I just want a grilled cheese and soup from my own kitchen. Lol"

**12/23/20, 9:18 PM**

Jennifer Lawerence

Pad Thai chicken

**12/23/20, 9:17 PM**

Mommagrizzly [Chairman, Women For Trump]

Liked "Pad Thai (Crispy Prawns), Please...☺#☺#☺#"

**12/23/20, 9:17 PM**

Mommagrizzly [Chairman, Women For Trump]

Liked "Chicken pad Thai plz "

**12/23/20, 9:17 PM**

Ken Goodwin

Pad Thai (Crispy Prawns), Please...☺#☺#☺#

**12/23/20, 9:16 PM**

Kylie Jane Kremer (+

Chicken pad Thai plz

**12/23/20, 9:16 PM**

Mommagrizzly [Chairman, Women For Trump]

Liked "I'll take the burger from earlier!  Thank you"

**12/23/20, 9:15 PM (Viewed 12/23/20, 9:16 PM)**

Greg Kurbatroff

I'll take the burger from earlier!  Thank you

**12/23/20, 9:15 PM (Viewed 12/23/20, 9:16 PM)**

Mommagrizzly [Chairman, Women For Trump]

I'm about over the food on the road. Lol

KKremer4171

I just want a grilled cheese and soup from my own kitchen. Lol

**12/23/20, 9:14 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

http://www.lamaiilv.com/menu.php
(Sent with URL)

**12/23/20, 9:14 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

Please send me your order...

**12/23/20, 9:13 PM (Viewed 12/23/20, 9:14 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

We are going to do Thai for dinner.

I hope that works for everyone. If not, I have Italian here in the suite and a burger from earlier today that no one ate.

**12/23/20, 9:05 PM (Viewed 12/23/20, 9:08 PM)**

Bay Cagle ███████

Loved an image

**12/23/20, 9:04 PM (Viewed 12/23/20, 9:08 PM)**

Bay Cagle ███████

Loved an image

**12/23/20, 9:03 PM (Viewed 12/23/20, 9:08 PM)**

Vinny ███████

**12/23/20, 8:44 PM (Viewed 12/23/20, 8:48 PM)**

Greg Kurbatroff ███████

Loved a movie

**12/23/20, 8:42 PM**

James Lyle ███████

Loved a movie

**12/23/20, 8:33 PM (Viewed 12/23/20, 8:35 PM)**

Vinny ███████

**12/23/20, 8:31 PM (Viewed 12/23/20, 8:35 PM)**

Charles Bowman ███████

Loved an image

**12/23/20, 8:31 PM (Viewed 12/23/20, 8:35 PM)**

Keri (Morgan) Warner ███████

Loved an image

**12/23/20, 8:27 PM (Viewed 12/23/20, 8:35 PM)**

Vinny ███████

**12/23/20, 7:58 PM**

Greg Kurbatroff ███████

Loved an image

**12/23/20, 7:39 PM (Viewed 12/23/20, 7:40 PM)**

Jennifer Hulsey ███████

Laughed at an image

**12/23/20, 7:39 PM (Viewed 12/23/20, 7:40 PM)**

Pastor Greg Locke [TN] ███████

Hahaha

KKremer4172

**12/23/20, 7:38 PM (Viewed 12/23/20, 7:40 PM)**

Don Thompson ▮▮▮▮

Covid hits Vegas in a big way

**12/23/20, 6:35 PM (Viewed 12/23/20, 6:36 PM)**

Greg Kurbatroff ▮▮▮▮

Loved an image

**12/23/20, 6:30 PM (Viewed 12/23/20, 6:36 PM)**

James Lyle ▮▮▮▮

Loved an image

**12/23/20, 6:30 PM (Viewed 12/23/20, 6:36 PM)**

Charles Bowman ▮▮▮▮

Loved an image

**12/23/20, 6:29 PM (Viewed 12/23/20, 6:36 PM)**

Vinny ▮▮▮▮

**12/23/20, 6:26 PM (Viewed 12/23/20, 6:27 PM)**

James Lyle ▮▮▮▮

Loved "Hope you're well. At Mar-a-Lago welcome trump home. Watch my live feed on Facebook. AF1 just landed. "

**12/23/20, 6:25 PM**

Pastor Brian Gibson ▮▮▮▮

Liked "Hope you're well. At Mar-a-Lago welcome trump home. Watch my live feed on Facebook. AF1 just landed. "

**12/23/20, 6:25 PM**

Keri (Morgan) Warner ▮▮▮▮

Liked "Hope you're well. At Mar-a-Lago welcome trump home. Watch my live feed on Facebook. AF1 just landed. "

**12/23/20, 6:24 PM (Viewed 12/23/20, 6:25 PM)**

Vinny ▮▮▮▮

Hope you're well. At Mar-a-Lago welcome trump home. Watch my live feed on Facebook. AF1 just landed.

**12/23/20, 5:34 PM (Viewed 12/23/20, 5:36 PM)**

Jeff Rainforth ▮▮▮▮

Liked "Actually, that's a great promotional video for the hotel, too!!! Great work!"

**12/23/20, 5:25 PM (Viewed 12/23/20, 5:29 PM)**

Jennifer Lawerence ▮▮▮▮

**12/23/20, 5:24 PM (Viewed 12/23/20, 5:29 PM)**

Jennifer Lawerence ▮▮▮▮

Loved "Actually, that's a great promotional video for the hotel, too!!! Great work!"

**12/23/20, 5:23 PM (Viewed 12/23/20, 5:29 PM)**

Ken Goodwin ▮▮▮▮

Actually, that's a great promotional video for the hotel, too!!! Great work!

**12/23/20, 5:22 PM (Viewed 12/23/20, 5:29 PM)**

Ken Goodwin ▮▮▮▮

Loved a movie

**12/23/20, 5:21 PM (Viewed 12/23/20, 5:29 PM)**

Jeff Rainforth ▮▮▮▮

Liked "This is awesome!!!!! "

KKremer4173

**Jennifer Lawerence** ▮▮▮▮     12/23/20, 5:10 PM (Viewed 12/23/20, 5:16 PM)

This is awesome!!!!!

**Austin Clark** ▮▮▮▮     12/23/20, 5:10 PM (Viewed 12/23/20, 5:16 PM)

Loved a movie

**Jennifer Lawerence** ▮▮▮▮     12/23/20, 5:08 PM (Viewed 12/23/20, 5:16 PM)

Loved a movie

**Jeff Rainforth** ▮▮▮▮     12/23/20, 4:30 PM (Viewed 12/23/20, 4:31 PM)

Bus & hotel shot

**Mommagrizzly [Chairman, Women For Trump]** ▮▮▮▮     12/23/20, 4:20 PM (Viewed 12/23/20, 4:21 PM)

Everyone, we are in room 6203 if you want to come up.

You all are welcome!

**James Lyle** ▮▮▮▮     12/23/20, 2:24 PM (Viewed 12/23/20, 2:27 PM)

Loved an image

**Greg Kurbatroff** ▮▮▮▮     12/23/20, 2:23 PM (Viewed 12/23/20, 2:27 PM)

Loved an image

**Jennifer Lawerence** ▮▮▮▮     12/23/20, 2:21 PM (Viewed 12/23/20, 2:27 PM)

**Jennifer Lawerence** ▮▮▮▮     12/23/20, 2:21 PM (Viewed 12/23/20, 2:27 PM)

**Jennifer Lawerence** ▮▮▮▮     12/23/20, 2:21 PM (Viewed 12/23/20, 2:27 PM)

**Jennifer Lawerence** ▮▮▮▮     12/23/20, 2:21 PM (Viewed 12/23/20, 2:27 PM)

**Kylie Jane Kremer (+** ▮▮▮▮     12/23/20, 1:47 PM

Take your time Greg. We're good

**Mommagrizzly [Chairman, Women For Trump]** ▮▮▮▮     12/23/20, 1:44 PM (Viewed 12/23/20, 1:47 PM)

No worries. We are all good.

**Greg Kurbatroff** ▮▮▮▮     12/23/20, 1:44 PM (Viewed 12/23/20, 1:47 PM)

Give me a minute. I'm midway into a haircut..

**Mommagrizzly [Chairman, Women For Trump]** ▮▮▮▮     12/23/20, 1:43 PM (Viewed 12/23/20, 1:47 PM)

We are pulling up in front of the hotel with the bus if y'all will help us unload. ☺

Thank you!

KKremer4174

**12/23/20, 1:42 PM (Viewed 12/23/20, 1:47 PM)**

Mommagrizzly [Chairman, Women For Trump] ██████

Sorry y'all...wrong group.

**12/23/20, 1:41 PM (Viewed 12/23/20, 1:42 PM)**

Mommagrizzly [Chairman, Women For Trump] ██████

We are pulling up in front of the hotel with the bus if y'all will help us unload. 😊

Thank you!

**12/23/20, 3:19 AM (Viewed 12/23/20, 3:24 AM)**

Jeff Rainforth ██████

Not here

Ken Goodwin ██████

**12/23/20, 3:18 AM**

I don't any additional bags.

**12/23/20, 3:17 AM**

Kylie Jane Kremer (+██████

??

**12/23/20, 3:12 AM**

Kylie Jane Kremer (+██████

Does anyone have it

**12/23/20, 3:12 AM**

Kylie Jane Kremer (+██████

With coats, wine and shoes

**12/23/20, 3:10 AM**

Kylie Jane Kremer (+██████

It's a TJ Maxx bag

**12/23/20, 3:10 AM**

Kylie Jane Kremer (+██████

We are missing a bag

**12/23/20, 2:42 AM**

James Lyle ██████

Loved "Have a great Christmas everyone🕯 see ya on the 26th. "

**12/23/20, 1:38 AM (Viewed 12/23/20, 1:47 AM)**

James Lyle ██████

Merry Christmas!🎄🎁

**12/23/20, 1:37 AM**

James Lyle ██████

Emphasized "$468 parking"

**12/23/20, 1:37 AM**

Mommagrizzly [Chairman, Women For Trump] ██████

😳😳😳

**12/23/20, 1:37 AM**

Kylie Jane Kremer (+██████

Emphasized "$468 parking"

**12/23/20, 1:37 AM**

Mommagrizzly [Chairman, Women For Trump] ██████

We are almost there!!!

KKremer4175

Tomorrow morning, we are going to meet downstairs at 10 AM to get the perishables off the bus and clean up the bus.

We also need to get the donated items out of the truck and take them to a shelter.

Everyone is on their own for breakfast and lunch tomorrow. Please feel free to grab some snacks and drinks off the bus if you would like.

I will let everyone know the plan for dinner tomorrow afternoon, but we will most likely do dinner at the hotel...or a restaurant close by us.

We will have a suite like last time for everyone to hang out with each other and work. You are welcome there anytime.

If y'all need anything at all, let me know.

I know I don't have to say this, but just remember that we are all representing Women for America First and we are out here to support our President.

I hope everyone has some down time and enjoys yourself over the next couple of days. I love and appreciate all of you and am grateful for your commitment to our nation and our President.

For those of you leaving us tomorrow, safe travels and we will miss you. See you back here on Saturday.

Merry Christmas and welcome to Las Vegas!

**12/23/20, 1:37 AM**

Dustin Stockton ████████

$468 parking

**12/22/20, 2:16 PM (Viewed 12/22/20, 2:19 PM)**

Don Thompson ████████

Correction For the truck:

Don-chicken Parmesan
JERRY-Eggplant Parmesan
Greg- Seafood Alfredo

KKremer4176

**12/22/20, 2:08 PM**
Kylie Jane Kremer (█████████)

Also, we are going to be eating the same thing for dinner. So either order a second entree or say if you want the dinner size please

**12/22/20, 2:06 PM**
Kylie Jane Kremer (█████████)

1901 University Blvd. Olive Garden

**12/22/20, 2:06 PM**
Kylie Jane Kremer (█████████)

Kylie - Toasted Ravioli

**12/22/20, 2:06 PM**
Don Thompson █████████

For the truck:
Don-chicken Parmesan
JERRY-Eggplant Parmesan
Greg- Chicken Caesar salad

**12/22/20, 2:05 PM**
Jennifer Lawerence █████████

James

**12/22/20, 2:05 PM**
Jennifer Lawerence █████████

Soup salad and breadsticks pasta fajoli soup

**12/22/20, 2:05 PM**
Jennifer Lawerence █████████

Ray: tour of Italy
- pasta figoli soup

**12/22/20, 2:04 PM (Viewed 12/22/20, 2:05 PM)**
Jennifer Lawerence █████████

Dustin seafood Alfredo
-zupa tocanca

**12/22/20, 2:04 PM (Viewed 12/22/20, 2:05 PM)**
Jennifer Lawerence █████████

Jen- Five Cheese Ziti al Forno
Chicken and gnocchi soup

**12/22/20, 2:02 PM (Viewed 12/22/20, 2:04 PM)**
Dustin Stockton █████████

Seafood Alfredo

**12/22/20, 2:00 PM (Viewed 12/22/20, 2:01 PM)**
Jeff Rainforth █████████

Chicken Scampi with the minestrone soup - Jeff

**12/22/20, 1:59 PM (Viewed 12/22/20, 2:01 PM)**
Ken Goodwin █████████

Chicken Parmigiana w/ a house salad.

**12/22/20, 1:57 PM (Viewed 12/22/20, 2:01 PM)**
Austin Clark █████████

Austin
Chicken parmesan w/meat sauce.

**12/22/20, 1:53 PM**
Kylie Jane Kremer (█████████)

We will pick up

114

KKremer4177

**12/22/20, 1:52 PM**
Kylie Jane Kremer (+ ▮▮▮▮

> Please text your orders

**12/22/20, 1:52 PM**
Kylie Jane Kremer (+ ▮▮▮▮

**12/22/20, 1:52 PM**
Kylie Jane Kremer (+ ▮▮▮▮

> https://www.olivegarden.com/menus
> (Sent with URL)

**12/22/20, 1:27 AM (Viewed 12/22/20, 1:29 AM)**
Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

Night all. Thanks for a good and safe day on the road.

We have another long day tomorrow, but will end up in Vegas tomorrow night.

Bus Call 8:30AM
Wheels Up 9:00AM

Rest well! See you in the morning.

Amy

**12/22/20, 1:23 AM (Viewed 12/22/20, 1:24 AM)**
Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

Thx Ray!

**12/22/20, 1:22 AM (Viewed 12/22/20, 1:23 AM)**
Ray March ▮▮▮▮

▮▮▮▮

**12/22/20, 1:19 AM**
Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

Who has Austin's number?

**12/22/20, 12:59 AM**
Kylie Jane Kremer (+ ▮▮▮▮

> 8:30 bus call 9:00 roll out

**12/21/20, 3:04 PM (Viewed 12/21/20, 3:26 PM)**
Charles Bowman ▮▮▮▮

Loved "https://twitter.com/pastorlocke/status/1341105415053041665?s=21"

**12/21/20, 2:42 PM (Viewed 12/21/20, 2:46 PM)**
Pastor Greg Locke [TN] ▮▮▮▮

**12/21/20, 2:42 PM (Viewed 12/21/20, 2:46 PM)**
Pastor Greg Locke [TN] ▮▮▮▮

**12/21/20, 2:42 PM (Viewed 12/21/20, 2:46 PM)**
Pastor Greg Locke [TN] ▮▮▮▮

**12/21/20, 2:42 PM (Viewed 12/21/20, 2:46 PM)**
Pastor Greg Locke [TN] ▮▮▮▮

**12/21/20, 2:42 PM (Viewed 12/21/20, 2:46 PM)**
Pastor Greg Locke [TN] ▮▮▮▮

**12/21/20, 2:42 PM (Viewed 12/21/20, 2:46 PM)**
Pastor Greg Locke [TN] ▮▮▮▮

KKremer4178

**12/21/20, 2:42 PM (Viewed 12/21/20, 2:46 PM)**

Pastor Greg Locke [TN] ███████

**12/21/20, 2:42 PM (Viewed 12/21/20, 2:46 PM)**

Pastor Greg Locke [TN] ███████

https://twitter.com/pastorlocke/status/1341105415053041665?s=21
(Sent with URL)

**12/21/20, 2:28 PM (Viewed 12/21/20, 2:40 PM)**

Bay Cagle ███████

Loved "https://twitter.com/amykremer/status/1341097818837139464?s=21"

**12/21/20, 2:28 PM**

Charles Bowman ███████

👍

**12/21/20, 2:28 PM**

Charles Bowman ███████

Loved "https://twitter.com/amykremer/status/1341097818837139464?s=21"

**12/21/20, 2:27 PM (Viewed 12/21/20, 2:28 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

**12/21/20, 2:27 PM (Viewed 12/21/20, 2:28 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

https://twitter.com/amykremer/status/1341097818837139464?s=21
(Sent with URL)

**12/21/20, 2:27 PM (Viewed 12/21/20, 2:28 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Pls share this tweet everyone.

**12/21/20, 11:39 AM**

Jeff Rainforth ███████

Tents & buses

**12/21/20, 9:39 AM**

Kylie Jane Kremer (+ ███████

**12/21/20, 8:50 AM (Viewed 12/21/20, 9:38 AM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Morning everyone.
I hope everyone rested well last night.

We have a long day of driving, but hopefully, it will be a good day!

We pickup another driver, Austin, in Oklahoma City this afternoon.

Bus call 8:30 AM
Wheels up 9:00 AM

See y'all soon on the 🚌!

**12/21/20, 12:08 AM**

Jennifer Lawerence ███████

Thank you! Headed your way now

**12/21/20, 12:08 AM**

Kylie Jane Kremer (+ ███████

Spring Hill suites

2800 New Brunswick rd
Memphis, TN 38133

116

KKremer4179

**12/21/20, 12:08 AM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

Spring Hill Suites

**12/21/20, 12:08 AM**

Jennifer Lawerence ▮▮▮▮

Hey what is the name
Of
The hotel

**12/21/20, 12:04 AM**

Ken Goodwin ▮▮▮▮

On 20 Dec 2020, at 2255 hrs CST, I made a report on the phone w/ Tennessee Highway
Patrol about this evenings earlier bus incident. The report was taken by Dispatcher Wright
and the case/report is #320072768.

**12/20/20, 11:56 PM**
Kylie Jane Kremer (+▮▮▮▮

Okay 👍

**12/20/20, 11:56 PM**

Jeff Rainforth ▮▮▮▮

Reg bbq burger with fries - Jeff

**12/20/20, 11:50 PM (Viewed 12/20/20, 11:52 PM)**

Greg Kurbatroff ▮▮▮▮

I'm good thank you

**12/20/20, 11:50 PM**
Kylie Jane Kremer (+▮▮▮▮

Please let me know what you want

**12/20/20, 11:50 PM**
Kylie Jane Kremer (+▮▮▮▮

**12/20/20, 11:50 PM**
Kylie Jane Kremer (+▮▮▮▮

https://cookout.com/location/tennessee-memphis-7970-us-hwy-64/
(Sent with URL)

**12/20/20, 11:50 PM**
Kylie Jane Kremer (+▮▮▮▮

Change of plans

**12/20/20, 11:16 PM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

We are about 20 minutes out and Ray has family at the hotel waiting on him, so we need to
get our stuff together and get off the bus quickly tonight.

Kylie is taking orders for Steak & Shake, so please text her your order and she will jump off
the bus and get us food while we are unloading the bus. It is right next door.

Tomorrow morning...

Bus Call 8:30 AM
Wheels Up 9:00 AM

Please DO NOT be late in the morning or you will be left. We have a VERY long day and Ray
wants to get on the road.

If you are getting breakfast at the hotel, you need to order it by 8:30, so it is ready when we
roll out at 9:00 AM.

I hope everyone rests well tonight. We have a LOT of riding the next 2 days.

I know we are all tired, but kindness and grace go a long way...we are the happy warriors!

KKremer4180

Love you all!

**12/20/20, 9:51 PM**
Kylie Jane Kremer (+███████████)

Different accident. The Jetta harassing the bus we got around

**12/20/20, 9:50 PM**
Jeff Rainforth ███████████

It's a dif car ;)

**12/20/20, 9:50 PM**
Dustin Stockton ███████████

OMG

**12/20/20, 9:49 PM**
Jeff Rainforth ███████████

The guy trying to block us got hit by a semi. He's dead now.

**12/20/20, 9:48 PM (Viewed 12/20/20, 9:49 PM)**
Mommagrizzly [Chairman, Women For Trump] ███████████

Kylie has

**12/20/20, 9:38 PM (Viewed 12/20/20, 9:39 PM)**
Dustin Stockton ███████████

Has anyone put this up?

**12/20/20, 9:13 PM**
Mommagrizzly [Chairman, Women For Trump] ███████████

Thank goodness for Ray and our guys that keep us safe! ♡♡♡

**12/20/20, 9:09 PM (Viewed 12/20/20, 9:10 PM)**
Ken Goodwin ███████████

On 20 Dec 2020, at approximately 1935 hrs EST, the tour bus was driving on Route 40 West towards Memphis, TN. Beginning around mile marker 212, a white 4 door Volkswagen Jetta w/ a TN tag G20 66F driven by a White/Caucasian male, intentionally, continually, and dangerously changed lanes in front of the tour bus.
Fortunately, several times, our driver was skilled enough to avoid making physical contact w/ the aforementioned vehicle and not be involved in a vehicular accident. Finally, our driver was able to maneuver around the vehicle and safely continue towards Memphis, TN.

**12/20/20, 9:07 PM**
Kylie Jane Kremer (+███████████)

It's up here

**12/20/20, 9:07 PM**
Mommagrizzly [Chairman, Women For Trump] ███████████

Does anyone have the Bose speaker and power strip that was plugged into the bus yesterday at the food drive?

I don't need it right now, but just want to make sure I don't lose it...lately, I seem to lose everything if it isn't attached to my head. 🪢

**12/20/20, 9:05 PM**
Mommagrizzly [Chairman, Women For Trump] ███████████

Laughed at an image

**12/20/20, 9:01 PM**
Mommagrizzly [Chairman, Women For Trump] ███████████

Loved "Beautiful gathering tonight guys. Thanks so much for allowing us to host you. Tell Ray I'm sorry you got out a little bit later than seven, LOL.
We were able to give y'all $5,000 to help. See you guys soon. Be safe."

KKremer4181

**12/20/20, 9:01 PM**

Mommagrizzly [Chairman, Women For Trump] ████████

Loved "Hey guys. It was an honor to be there with you tonight. Thanks so much for having me. Now let's save the Republic."

**12/20/20, 8:58 PM**

James Lyle ████████

Loved "Hey guys. It was an honor to be there with you tonight. Thanks so much for having me. Now let's save the Republic."

**12/20/20, 8:58 PM**

Pastor Brian Gibson ████████

Hey guys. It was an honor to be there with you tonight. Thanks so much for having me. Now let's save the Republic.

**12/20/20, 8:44 PM**

Mommagrizzly [Chairman, Women For Trump] ████████

Loved "Thank you all for making me feel like family. Honored to stand and fight fit God and Country with you all. "

**12/20/20, 8:43 PM (Viewed 12/20/20, 8:44 PM)**

Jennifer Lawerence ████████

Loved "Thank you so much Pastor Locke for hosting us tonight. What a beautiful and heartwarming service. It was very fulfilling and we are truly grateful for the support and love. Thank you for sharing the evening with us.

We look forward to seeing you soon.

Merry Christmas and God Bless.

A⚓✝♡⚐⚑

**12/20/20, 8:43 PM (Viewed 12/20/20, 8:44 PM)**

Jennifer Lawerence ████████

Loved "Beautiful gathering tonight guys. Thanks so much for allowing us to host you. Tell Ray I'm sorry you got out a little bit later than seven, LOL. We were able to give y'all $5,000 to help. See you guys soon. Be safe."

**12/20/20, 8:43 PM (Viewed 12/20/20, 8:44 PM)**

Charles Bowman ████████

Loved "Thank you all for making me feel like family. Honored to stand and fight fit God and Country with you all. "

**12/20/20, 8:43 PM (Viewed 12/20/20, 8:44 PM)**

Charles Bowman ████████

Loved "Thank you so much Pastor Locke for hosting us tonight. What a beautiful and heartwarming service. It was very fulfilling and we are truly grateful for the support and love. Thank you for sharing the evening with us.

We look forward to seeing you soon.

Merry Christmas and God Bless.

A⚓✝♡⚐⚑

**12/20/20, 8:43 PM (Viewed 12/20/20, 8:44 PM)**

Charles Bowman ████████

Loved "Beautiful gathering tonight guys. Thanks so much for allowing us to host you. Tell Ray I'm sorry you got out a little bit later than seven, LOL. We were able to give y'all $5,000 to help. See you guys soon. Be safe."

**12/20/20, 8:43 PM (Viewed 12/20/20, 8:44 PM)**

Matt Couch ████████

Thank you all for making me feel like family. Honored to stand and fight fit God and Country with you all.

KKremer4182

**Mommagrizzly [Chairman, Women For Trump]** ████████

*12/20/20, 8:42 PM (Viewed 12/20/20, 8:44 PM)*

Thank you so much Pastor Locke for hosting us tonight. What a beautiful and heartwarming service. It was very fulfilling and we are truly grateful for the support and love. Thank you for sharing the evening with us.

We look forward to seeing you soon.

Merry Christmas and God Bless.

🛐⚖️♡⛪

**Greg Kurbatroff** ████████

*12/20/20, 8:38 PM (Viewed 12/20/20, 8:39 PM)*

Loved "Beautiful gathering tonight guys. Thanks so much for allowing us to host you. Tell Ray I'm sorry you got out a little bit later than seven, LOL.
We were able to give y'all $5,000 to help. See you guys soon. Be safe."

**James Lyle** ████████

*12/20/20, 8:38 PM*

Loved "Beautiful gathering tonight guys. Thanks so much for allowing us to host you. Tell Ray I'm sorry you got out a little bit later than seven, LOL.
We were able to give y'all $5,000 to help. See you guys soon. Be safe."

**Don Thompson** ████████

*12/20/20, 8:38 PM*

Loved "Beautiful gathering tonight guys. Thanks so much for allowing us to host you. Tell Ray I'm sorry you got out a little bit later than seven, LOL.
We were able to give y'all $5,000 to help. See you guys soon. Be safe."

**Jennifer Hulsey** ████████

*12/20/20, 8:37 PM (Viewed 12/20/20, 8:38 PM)*

Loved "Beautiful gathering tonight guys. Thanks so much for allowing us to host you. Tell Ray I'm sorry you got out a little bit later than seven, LOL.
We were able to give y'all $5,000 to help. See you guys soon. Be safe."

**Pastor Greg Locke [TN]** ████████

*12/20/20, 8:36 PM (Viewed 12/20/20, 8:38 PM)*

Beautiful gathering tonight guys. Thanks so much for allowing us to host you. Tell Ray I'm sorry you got out a little bit later than seven, LOL.
We were able to give y'all $5,000 to help. See you guys soon. Be safe.

**Jennifer Lawerence** ████████

*12/20/20, 5:43 PM*

Thank you!!!

**Pastor Greg Locke [TN]** ████████

*12/20/20, 5:43 PM*

I sure will.

**Pastor Greg Locke [TN]** ████████

*12/20/20, 5:43 PM*

We have a spot for the bus right in front of the church building beside the tent. They'll guide you guys in.

**Jennifer Lawerence** ████████

*12/20/20, 5:43 PM*

Give them
My #

**Dustin Stockton** ████████

*12/20/20, 5:42 PM*

Loved "News 2 just showed up. "

KKremer4183

**12/20/20, 5:42 PM**

Pastor Greg Locke [TN] █████████

News 2 just showed up.

**12/20/20, 4:52 PM**

Pastor Greg Locke [TN] █████████

Same here. Be safe.

**12/20/20, 4:51 PM**

Kylie Jane Kremer (+█████████

Looking forward to seeing you!!

**12/20/20, 4:51 PM**

Pastor Greg Locke [TN] █████████

Awesome.

**12/20/20, 4:50 PM**

Kylie Jane Kremer (+█████████

I believe right at 5. GPS says 34 min and we are trying to roll out from the hotel.

**12/20/20, 4:48 PM (Viewed 12/20/20, 4:49 PM)**

Pastor Greg Locke [TN] █████████

Is there an ETA on what time the bus will be here?

**12/20/20, 4:00 PM (Viewed 12/20/20, 4:06 PM)**

Matt Couch █████████

**12/20/20, 4:00 PM (Viewed 12/20/20, 4:06 PM)**

Matt Couch █████████

**12/20/20, 4:00 PM (Viewed 12/20/20, 4:06 PM)**

Matt Couch █████████

**12/20/20, 4:00 PM (Viewed 12/20/20, 4:06 PM)**

Matt Couch █████████

https://twitter.com/realmattcouch/status/1340762414241996808?s=10
(Sent with URL)

**12/20/20, 2:08 PM**

Kylie Jane Kremer (+█████████

Laughed at an image

**12/20/20, 2:08 PM**

Jeff Rainforth █████████

I have Easter attire, is this ok?

**12/20/20, 1:10 PM**

Mommagrizzly [Chairman, Women For Trump] █████████

No one has Christmas attire, so we will all do the best we can.

**12/20/20, 12:19 PM**

Kylie Jane Kremer (+█████████

Good morning everyone! Please be packed and ready to leave at 4pm.

Bus call 3:30 - roll out at 4:00

Christmas church attire and then we will be heading to Memphis afterwards.

KKremer4184

**12/20/20, 10:52 AM (Viewed 12/20/20, 12:08 PM)**

Matt Couch ▮

Loved "Excited about to tonight's gathering. I'm reminding everyone under the tent in a few minutes during our service. Whatever you guys need, let me know. We are here to serve in any way possible. God bless. Love you guys."

**12/20/20, 10:52 AM (Viewed 12/20/20, 12:08 PM)**

Matt Couch ▮

In Memphis now see y'all soon

**12/20/20, 10:44 AM (Viewed 12/20/20, 12:08 PM)**

Jennifer Hulsey ▮

Loved "Excited about to tonight's gathering. I'm reminding everyone under the tent in a few minutes during our service. Whatever you guys need, let me know. We are here to serve in any way possible. God bless. Love you guys."

**12/20/20, 10:44 AM (Viewed 12/20/20, 12:08 PM)**

Jennifer Hulsey ▮

Wish I could be there it will be a wonderful event filled with the Lord and His Spirit. So glad we have pastors who love our country and the Lord.

**12/20/20, 10:42 AM (Viewed 12/20/20, 12:08 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮

Thank you all for your support! Looking forward to this evening with all of you.

**12/20/20, 10:41 AM (Viewed 12/20/20, 12:08 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮

Loved "Excited about to tonight's gathering. I'm reminding everyone under the tent in a few minutes during our service. Whatever you guys need, let me know. We are here to serve in any way possible. God bless. Love you guys."

**12/20/20, 10:30 AM (Viewed 12/20/20, 12:08 PM)**

Pastor Brian Gibson ▮

Liked "Excited about to tonight's gathering. I'm reminding everyone under the tent in a few minutes during our service. Whatever you guys need, let me know. We are here to serve in any way possible. God bless. Love you guys."

**12/20/20, 10:25 AM (Viewed 12/20/20, 12:08 PM)**

Pastor Greg Locke [TN] ▮

Excited about to tonight's gathering. I'm reminding everyone under the tent in a few minutes during our service. Whatever you guys need, let me know. We are here to serve in any way possible. God bless. Love you guys.

**12/19/20, 10:21 PM (Viewed 12/19/20, 10:26 PM)**

Jeff Rainforth ▮

Yep!

**12/19/20, 10:21 PM (Viewed 12/19/20, 10:26 PM)**

Don Thompson ▮

Liked "Can you also make one change... fade to black and say "Freedom is not free""

**12/19/20, 10:21 PM**

Kylie Jane Kremer (+ ▮

Can you also make one change... fade to black and say "Freedom is not free"

**12/19/20, 10:21 PM**

Kylie Jane Kremer (+ ▮

So awesome! Can you please email me? kyliejanekremer@gmail.com

**12/19/20, 10:20 PM**

Don Thompson ▮

Loved a movie

KKremer4185

**12/19/20, 10:19 PM**

Jennifer Hulsey ███████

Loved an image

**12/19/20, 10:19 PM**

Jeff Rainforth ███████

1st Video: laying wreaths at military cemetery

**12/19/20, 10:16 PM (Viewed 12/19/20, 10:18 PM)**

Ken Goodwin ███████

Hot links-Appetizer

**12/19/20, 10:15 PM (Viewed 12/19/20, 10:18 PM)**

Ray March ███████

Ray. Shrimp basket

**12/19/20, 10:15 PM**

Greg Kurbatroff ███████

Jerry- oyster basket

**12/19/20, 10:15 PM**

Greg Kurbatroff ███████

Greg- hot wings with bleu cheese

**12/19/20, 10:14 PM (Viewed 12/19/20, 10:15 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Dustin - American cheese burger & Gumbo
Kylie - Corn nuggets

Jen - Grilled Cheese

Amy - Texas Nachos

Jeff - Southwest Chix Salad

**12/19/20, 10:14 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

Liked "Jeff will have a southwest chicken salad"

**12/19/20, 10:13 PM (Viewed 12/19/20, 10:14 PM)**

Greg Kurbatroff ███████

Jeff will have a southwest chicken salad

**12/19/20, 10:09 PM**

Kylie Jane Kremer (+███████

https://brewhousenashville.com/brewhouse-south/menu/
(Sent with URL)

**12/19/20, 10:09 PM**

Greg Kurbatroff ███████

I've got Jerry's order and I'll be downstairs waiting or James

**12/19/20, 10:09 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

Guys, last call for dinner. Is no one hungry?!? Lol

**12/19/20, 10:08 PM (Viewed 12/19/20, 10:09 PM)**

Keri (Morgan) Warner ███████

Loved an image

**12/19/20, 10:07 PM (Viewed 12/19/20, 10:08 PM)**

Pastor Brian Gibson ███████

Check out our Santa at our Texas location.  We had one with reindeer in Ky. He's Legit.

KKremer4186

12/19/20, 9:01 PM (Viewed 12/19/20, 9:02 PM)

Mommagrizzly [Chairman, Women For Trump] ███████

Loved an image

12/19/20, 9:00 PM

Dustin Stockton ███████

Santa is coming tomorrow!

12/19/20, 8:58 PM (Viewed 12/19/20, 8:59 PM)

Mommagrizzly [Chairman, Women For Trump] ███████

We are heading back that way in just a couple of minutes. Does anyone need anything.

What does everyone want for dinner?

12/19/20, 8:57 PM

Greg Kurbatroff ███████

I already went but you can come get the keys

12/19/20, 8:54 PM

Greg Kurbatroff ███████

Loved "https://twitter.com/dustinstockton/status/1340453436278665216?s=21"

12/19/20, 8:47 PM (Viewed 12/19/20, 8:51 PM)

Bay Cagle ███████

Loved "https://twitter.com/dustinstockton/status/1340453436278665216?s=21"

12/19/20, 7:55 PM

Charles Bowman ███████

Loved "Had to have another triggered idiot arrested for trying to attack the bus today while doing a food drive.... thank God for our security badasses."

12/19/20, 7:55 PM

Charles Bowman ███████

Loved "https://twitter.com/dustinstockton/status/1340453436278665216?s=21"

12/19/20, 7:42 PM

Jeff Rainforth ███████

Walmart trip still on?

12/19/20, 7:30 PM

Mommagrizzly [Chairman, Women For Trump] ███████

What do y'all want to do for dinner?

12/19/20, 7:29 PM

Vinny ███████

Loved "https://twitter.com/dustinstockton/status/1340453436278665216?s=21"

12/19/20, 7:27 PM

Kylie Jane Kremer (+███████

I'm okay thank you though

12/19/20, 7:27 PM

Dustin Stockton (7022746650)

12/19/20, 7:27 PM

Dustin Stockton ███████

12/19/20, 7:27 PM

Dustin Stockton ███████

KKremer4187

**12/19/20, 7:27 PM**

Dustin Stockton ████████

https://twitter.com/dustinstockton/status/1340453436278665216?s=21
(Sent with URL)

**12/19/20, 7:27 PM**

Dustin Stockton ████████

Had to have another triggered idiot arrested for trying to attack the bus today while doing a food drive.... thank God for our security badasses.

**12/19/20, 7:27 PM**

Don Thompson ████████

Yes please sir

**12/19/20, 7:27 PM**

Greg Kurbatroff ████████

Does anyone want to go to Walmart?

**12/19/20, 7:19 PM**

Mommagrizzly [Chairman, Women For Trump] ████████

**12/19/20, 7:19 PM**

Mommagrizzly [Chairman, Women For Trump] ████████

**12/19/20, 7:19 PM**

Mommagrizzly [Chairman, Women For Trump] ████████

**12/19/20, 7:19 PM**

Mommagrizzly [Chairman, Women For Trump] ████████

**12/19/20, 7:19 PM**

Mommagrizzly [Chairman, Women For Trump] ████████

**12/19/20, 7:19 PM**

Mommagrizzly [Chairman, Women For Trump] ████████

**12/19/20, 7:19 PM**

Mommagrizzly [Chairman, Women For Trump] ████████

https://twitter.com/amykremer/status/1340451425676124163?s=21
(Sent with URL)

**12/19/20, 7:19 PM**

Mommagrizzly [Chairman, Women For Trump] ████████

This is outrageous...

**12/19/20, 3:29 PM (Viewed 12/19/20, 3:35 PM)**

Pastor Greg Locke [TN] ████████

Loved "https://twitter.com/kyliejanekremer/status/1340376747007733764?s=21"

**12/19/20, 3:21 PM (Viewed 12/19/20, 3:27 PM)**

Charles Bowman ████████

Loved "https://twitter.com/kyliejanekremer/status/1340376747007733764?s=21"

**12/19/20, 2:55 PM**

Kylie Jane Kremer (+████████

**12/19/20, 2:55 PM**

Kylie Jane Kremer (+████████

KKremer4188

**12/19/20, 2:55 PM**
Kylie Jane Kremer (+

**12/19/20, 2:55 PM**
Kylie Jane Kremer (+

https://twitter.com/kyliejanekremer/status/1340376747007733764?s=21
(Sent with URL)

**12/19/20, 2:54 PM**
Kylie Jane Kremer (+

Everyone please RT

**12/19/20, 2:31 PM**
Kylie Jane Kremer (+

Yes, I said 1:40 roll out

**12/19/20, 2:31 PM**

Mommagrizzly [Chairman, Women For Trump]

It's 15 minutes away, we should get rolling

**12/19/20, 2:31 PM**

Mommagrizzly [Chairman, Women For Trump]

Oops...wrong group. Sorry

**12/19/20, 2:30 PM (Viewed 12/19/20, 2:31 PM)**

Mommagrizzly [Chairman, Women For Trump]

It's 15 minutes away, we should get rolling

**12/19/20, 2:06 PM**

Mommagrizzly [Chairman, Women For Trump]

Can we put in a Panera order and someone puck it up for everyone?

**12/19/20, 2:06 PM**

Mommagrizzly [Chairman, Women For Trump]

What's for lunch?

**12/19/20, 2:06 PM**
Kylie Jane Kremer (+

Be ready to head out to the food drive at 1:40pm please.

**12/19/20, 2:05 PM (Viewed 12/19/20, 2:06 PM)**

Mommagrizzly [Chairman, Women For Trump]

Loved an image

**12/19/20, 2:00 PM (Viewed 12/19/20, 2:01 PM)**

Don Thompson

**12/19/20, 1:59 PM**

Mommagrizzly [Chairman, Women For Trump]

**12/19/20, 1:59 PM**

Mommagrizzly [Chairman, Women For Trump]

**12/19/20, 1:59 PM**

Mommagrizzly [Chairman, Women For Trump]

**12/19/20, 1:59 PM**

Mommagrizzly [Chairman, Women For Trump]

https://twitter.com/amykremer/status/1340370669901590529?s=21
(Sent with URL)

KKremer4189

**12/19/20, 1:59 PM**

Don Thompson ████████

**12/19/20, 1:59 PM**

Don Thompson ████████

**12/19/20, 1:53 PM**

Mommagrizzly [Chairman, Women For Trump] ████████

Who has a good pic of the bus with the new lettering?

**12/19/20, 1:53 PM**

Mommagrizzly [Chairman, Women For Trump] ████████

Loved "Jan 6 is going to be 5 million +"

**12/19/20, 1:53 PM**

Mommagrizzly [Chairman, Women For Trump] ████████

Loved "I'll be there "

**12/19/20, 1:53 PM**

Mommagrizzly [Chairman, Women For Trump] ████████

Liked "Willard has rooms for $185 right now "

**12/19/20, 1:46 PM**

Matt Couch ████████

Willard has rooms for $185 right now

**12/19/20, 1:46 PM**

Pastor Brian Gibson ████████

I'll be there

**12/19/20, 1:45 PM**

Charles Bowman ████████

Loved an image

**12/19/20, 1:45 PM**

Mommagrizzly [Chairman, Women For Trump] ████████

Loved an image

**12/19/20, 1:44 PM (Viewed 12/19/20, 1:45 PM)**

Matt Couch ████████

Jan 6 is going to be 5 million +

**12/19/20, 1:44 PM (Viewed 12/19/20, 1:45 PM)**

Matt Couch ████████

**12/19/20, 1:35 PM (Viewed 12/19/20, 1:45 PM)**

Dustin Stockton ████████

Here we go!!!

**12/19/20, 1:34 PM (Viewed 12/19/20, 1:45 PM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Loved an image

**12/19/20, 1:34 PM (Viewed 12/19/20, 1:45 PM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Loved a movie

**12/19/20, 1:34 PM (Viewed 12/19/20, 1:45 PM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Loved an image

KKremer4190

**12/19/20, 1:34 PM (Viewed 12/19/20, 1:45 PM)**

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓

Loved an image

**12/19/20, 1:34 PM (Viewed 12/19/20, 1:45 PM)**

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓

Loved a movie

**12/19/20, 1:09 PM**

Don Thompson ▓▓▓▓

**12/19/20, 1:09 PM**

Charles Bowman ▓▓▓▓

Laughed at "You would have been jealous of those steaks too! "

**12/19/20, 1:09 PM**

Kylie Jane Kremer (+▓▓▓▓

Loved an image

**12/19/20, 1:09 PM**

Pastor Greg Locke [TN] ▓▓▓▓

Laughed at "You would have been jealous of those steaks too! "

**12/19/20, 1:09 PM**

Kylie Jane Kremer (+▓▓▓▓

Loved an image

**12/19/20, 1:09 PM**

Kylie Jane Kremer (+▓▓▓▓

Loved a movie

**12/19/20, 1:09 PM**

Kylie Jane Kremer (+▓▓▓▓

You would have been jealous of those steaks too!

**12/19/20, 1:09 PM**

Pastor Greg Locke [TN] ▓▓▓▓

Loved an image

**12/19/20, 1:08 PM**

Kylie Jane Kremer (+▓▓▓▓

Laughed at "Maybe the Lord knew
you were still jealous and just needed to get it out there to clear the air. 😊"

**12/19/20, 1:08 PM**

Charles Bowman ▓▓▓▓

Loved a movie

**12/19/20, 1:08 PM**

Charles Bowman ▓▓▓▓

Loved an image

**12/19/20, 1:08 PM**

Charles Bowman ▓▓▓▓

Loved an image

**12/19/20, 1:08 PM**

Charles Bowman ▓▓▓▓

Loved "Idk why that aww I'm so jealous text just went through. It was from dinner last night and just sent "

KKremer4191

**12/19/20, 1:08 PM**

Charles Bowman

Loved an image

**12/19/20, 1:08 PM**

Charles Bowman

Loved "Awww I am so jealous!"

**12/19/20, 1:04 PM (Viewed 12/19/20, 1:08 PM)**

Pastor Greg Locke [TN]

Maybe the Lord knew
you were still jealous and just needed to get it out there to clear the air. 😊

**12/19/20, 1:03 PM (Viewed 12/19/20, 1:08 PM)**

Don Thompson (9013381000)

**12/19/20, 1:03 PM (Viewed 12/19/20, 1:08 PM)**

Don Thompson

**12/19/20, 1:03 PM (Viewed 12/19/20, 1:08 PM)**

Don Thompson

**12/19/20, 1:02 PM**

Kylie Jane Kremer (+

Idk why that aww I'm so jealous text just went through. It was from dinner last night and just sent

**12/19/20, 1:02 PM**

Kylie Jane Kremer (+

**12/19/20, 1:02 PM**

Kylie Jane Kremer (+

Awww I am so jealous!

**12/19/20, 1:00 PM (Viewed 12/19/20, 1:02 PM)**

Charles Bowman

Loved "Exactly where I said we need to be."

**12/19/20, 12:59 PM (Viewed 12/19/20, 1:02 PM)**

Charles Bowman

Loved a movie

**12/19/20, 12:19 PM (Viewed 12/19/20, 12:21 PM)**

Pastor Greg Locke [TN]

Loved a movie

**12/19/20, 12:16 PM**

Don Thompson

Liked a movie

**12/19/20, 12:15 PM (Viewed 12/19/20, 12:16 PM)**

Mommagrizzly [Chairman, Women For Trump]

**12/19/20, 11:21 AM**

Don Thompson

**12/19/20, 11:21 AM**

Don Thompson

**12/19/20, 11:21 AM**

Don Thompson

KKremer4192

**12/19/20, 11:21 AM**

Don Thompson ▮

https://www.thegatewaypundit.com/2020/12/president-trump-releases-video-fight-trump-save-america-save-the-world/
(Sent with URL)

**12/19/20, 11:03 AM**

Don Thompson ▮

Liked "Perfect!"

**12/19/20, 11:01 AM (Viewed 12/19/20, 11:03 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮

Perfect!

**12/19/20, 11:00 AM (Viewed 12/19/20, 11:03 AM)**

Don Thompson ▮

Yes! We are on our way to get Jeff !! Ray  Will go directly to you guys

**12/19/20, 10:59 AM (Viewed 12/19/20, 11:03 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮

I'm already in tears

**12/19/20, 10:59 AM (Viewed 12/19/20, 11:03 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮

This is the best thing we could do...

**12/19/20, 10:59 AM (Viewed 12/19/20, 11:03 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮

Can y'all scoot by the hotel and get Jeff?

**12/19/20, 10:52 AM (Viewed 12/19/20, 11:03 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮

We will be there in 3 minutes and I'll tell you.

**12/19/20, 10:51 AM (Viewed 12/19/20, 11:03 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮

7931 McCrory Ln
Nashville, TN  37221
United States

**12/19/20, 10:51 AM (Viewed 12/19/20, 11:03 AM)**

Greg Kurbatroff ▮

Is there room for the bus?

**12/19/20, 10:51 AM**

Greg Kurbatroff ▮

Do we have an address for the cemetery?

**12/19/20, 9:28 AM**

Mommagrizzly [Chairman, Women For Trump] ▮

Kylie, James and I will be downstairs between 8:45 - 9:00 AM.

**12/19/20, 9:15 AM (Viewed 12/19/20, 9:21 AM)**

Ken Goodwin ▮

Loved "I fell back asleep and just getting up. Going to jump in the shower and will be downstairs in 30 minutes.

Let's do it!"

**12/19/20, 9:15 AM (Viewed 12/19/20, 9:21 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮

I fell back asleep and just getting up. Going to jump in the shower and will be downstairs in 30 minutes.

KKremer4193

Let's do it!

**12/19/20, 9:14 AM (Viewed 12/19/20, 9:21 AM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Loved an image

**12/19/20, 9:09 AM (Viewed 12/19/20, 9:21 AM)**

Ken Goodwin ████████

I would love to do it. My granddad & grandma are buried in Arlington. This is from 19 Dec 2017. This was the last time I did it.

**12/19/20, 8:29 AM (Viewed 12/19/20, 9:22 AM)**

Vinny ████████

Let me know the team game plan. We're ready!

**12/19/20, 6:48 AM (Viewed 12/19/20, 9:21 AM)**

Mommagrizzly [Chairman, Women For Trump] ████████

https://www.wreathsacrossamerica.org/pages/17154/overview/?relatedId=21406
(Sent with URL)

**12/19/20, 6:48 AM (Viewed 12/19/20, 9:21 AM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Good morning guys and dolls.
I woke up with my heart heavy this morning and felt like I was forgetting something and I was...

I've been so busy focused on the political stuff and forgot that today is "Wreaths Across America."

Every year, as an organization, we participate at Arlington. Even though we aren't there, we can still participate.

If we can get the bus and go, that would be tremendous. If not, we can go in the SUV and truck.

If you don't want to go, that is fine, but I like to honor our heroes at this time of year.

They will be laying wreaths at the Middle Tennessee State Veteran's Cemetery at 10AM. It is about 30 minutes (19 miles) from here.

Please let me know if you want to go.

**12/19/20, 6:24 AM (Viewed 12/19/20, 6:29 AM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Loved "That would make a great Xmas card!!!"

**12/19/20, 6:23 AM (Viewed 12/19/20, 6:29 AM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Loved "https://twitter.com/dustinstockton/status/1339958509723656203?s=21"

**12/19/20, 6:23 AM (Viewed 12/19/20, 6:29 AM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Loved "Great boudin and jambalaya in Lafayette/ New Iberia area 😊 "

**12/19/20, 6:23 AM (Viewed 12/19/20, 6:29 AM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Loved "Any, more the reason to visit Ace Specialties in Lafayette LA on the way back to GA!"

**12/19/20, 6:23 AM (Viewed 12/19/20, 6:29 AM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Loved an image

**12/19/20, 6:13 AM (Viewed 12/19/20, 6:16 AM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Exactly where I said we need to be.

KKremer4194

**12/19/20, 3:15 AM (Viewed 12/19/20, 3:16 AM)**

Dustin Stockton ██████

**12/19/20, 3:15 AM (Viewed 12/19/20, 3:16 AM)**

Dustin Stockton ██████

**12/19/20, 3:15 AM (Viewed 12/19/20, 3:16 AM)**

Dustin Stockton ██████

**12/19/20, 3:15 AM (Viewed 12/19/20, 3:16 AM)**

Dustin Stockton ██████

https://twitter.com/cassandrarules/status/1340203826465390595?s=21
(Sent with URL)

**12/19/20, 3:15 AM (Viewed 12/19/20, 3:16 AM)**

Dustin Stockton ██████

Welp, we know where we need to be

**12/18/20, 10:31 PM**

Kylie Jane Kremer (+ ██████

**12/18/20, 10:31 PM**

Kylie Jane Kremer (+ ██████

https://fb.me/e/3jGv6BeUh
(Sent with URL)

**12/18/20, 8:58 PM**

Charles Bowman ██████

Loved "That's a tough crew. "

**12/18/20, 8:46 PM (Viewed 12/18/20, 8:47 PM)**

Pastor Brian Gibson ██████

That's a tough crew.

**12/18/20, 8:10 PM (Viewed 12/18/20, 8:11 PM)**

Cindy Chafian ██████

Loved an image

**12/18/20, 8:01 PM (Viewed 12/18/20, 8:02 PM)**

Charles Bowman ██████

Loved an image

**12/18/20, 7:55 PM**

Jennifer Hulsey ██████

I know these people

**12/18/20, 7:54 PM**

Keri (Morgan) Warner ██████

Liked an image

**12/18/20, 7:54 PM**

Bay Cagle ██████

Loved an image

**12/18/20, 7:53 PM**

Don Thompson ██████

(Sent with Gentle Effect)

**12/18/20, 3:50 PM (Viewed 12/18/20, 4:09 PM)**

Dustin Stockton ██████

KKremer4195

**12/18/20, 3:31 PM (Viewed 12/18/20, 4:09 PM)**

Dustin Stockton ██████████

I need 5 minutes

**12/18/20, 3:31 PM (Viewed 12/18/20, 4:09 PM)**

Dustin Stockton ██████████

Liked "Y'all, I'm not back at the hotel from my errands yet, so James will take y'all and drop you off and then come back and get me. I'll see you shortly "

**12/18/20, 3:31 PM (Viewed 12/18/20, 4:09 PM)**

Mommagrizzly [Chairman, Women For Trump] ██████████

Y'all, I'm not back at the hotel from my errands yet, so James will take y'all and drop you off and then come back and get me. I'll see you shortly

**12/18/20, 1:29 PM (Viewed 12/18/20, 1:33 PM)**

Jeff Rainforth ██████████

Liked "That would make a great Xmas card!!!"

**12/18/20, 1:29 PM (Viewed 12/18/20, 1:33 PM)**

Ken Goodwin ██████████

That would make a great Xmas card!!!

**12/18/20, 1:29 PM (Viewed 12/18/20, 1:33 PM)**

Ken Goodwin ██████████

Loved an image

**12/18/20, 1:28 PM (Viewed 12/18/20, 1:33 PM)**

Jeff Rainforth ██████████

**12/18/20, 11:06 AM (Viewed 12/18/20, 11:45 AM)**

Don Thompson ██████████

Loved "https://twitter.com/dustinstockton/status/1339958509723656203?s=21"

**12/18/20, 10:56 AM (Viewed 12/18/20, 11:45 AM)**

Bay Cagle ██████████

Loved "Great boudin and jambalaya in Lafayette/ New Iberia area ☺ "

**12/18/20, 10:55 AM (Viewed 12/18/20, 11:45 AM)**

Dustin Stockton ██████████

**12/18/20, 10:55 AM (Viewed 12/18/20, 11:45 AM)**

Dustin Stockton ██████████

**12/18/20, 10:55 AM (Viewed 12/18/20, 11:45 AM)**

Dustin Stockton ██████████

**12/18/20, 10:55 AM (Viewed 12/18/20, 11:45 AM)**

Dustin Stockton ██████████

https://twitter.com/dustinstockton/status/1339958509723656203?s=21
(Sent with URL)

**12/18/20, 10:55 AM (Viewed 12/18/20, 11:45 AM)**

Charles Bowman ██████████

Great boudin and jambalaya in Lafayette/ New Iberia area ☺

**12/18/20, 10:55 AM (Viewed 12/18/20, 11:45 AM)**

Bay Cagle ██████████

Loved "Any, more the reason to visit Ace Specialties in Lafayette LA on the way back to GA!"

**12/18/20, 10:52 AM (Viewed 12/18/20, 11:45 AM)**

Vinny ██████████

Any, more the reason to visit Ace Specialties in Lafayette LA on the way back to GA!

KKremer4196

**12/18/20, 10:36 AM (Viewed 12/18/20, 11:45 AM)**

Vinny ▬▬▬▬▬

I follow POTUS on Telegram

**12/18/20, 10:35 AM (Viewed 12/18/20, 11:45 AM)**

Vinny ▬▬▬▬▬

**12/18/20, 10:33 AM (Viewed 12/18/20, 11:45 AM)**

Dustin Stockton ▬▬▬▬▬

Loved "Morning everyone!
Take the morning & early afternoon to catch up on life.

I will be working on some things I have to catch up on for the organization today.

We have been invited to dinner by Ken Fitzpatrick, the owner of the bus company. Meet in the lobby at 2:30 and we will head to his house for cocktails and then dinner (steakhouse) at 5PM.

Tomorrow, we will do a toy drive and canned good drive locally.

Sunday, we are filming a Christmas production and then will head to Memphis to overnight.

Monday and Tuesday we will be rolling to Las Vegas where most of us will spend Christmas. We will also be filming and doing some production work while in Vegas. Then we will pick back up on Dec 26th and head to CA & AZ before heading back east.

Dustin, KJK and I will have more of a detailed schedule later today.

Have a good morning and let me know if you need anything.

We do get the bus back today!!!!🚌"

**12/18/20, 10:33 AM (Viewed 12/18/20, 11:45 AM)**

Jennifer Lawerence ▬▬▬▬▬

Loved "Nice retweet!"

**12/18/20, 10:32 AM (Viewed 12/18/20, 11:45 AM)**

Mommagrizzly [Chairman, Women For Trump] ▬▬▬▬▬

Loved "Nice retweet!"

**12/18/20, 10:32 AM (Viewed 12/18/20, 11:45 AM)**

Jennifer Lawerence ▬▬▬▬▬

Loved "Morning everyone!
Take the morning & early afternoon to catch up on life.

I will be working on some things I have to catch up on for the organization today.

We have been invited to dinner by Ken Fitzpatrick, the owner of the bus company. Meet in the lobby at 2:30 and we will head to his house for cocktails and then dinner (steakhouse) at 5PM.

Tomorrow, we will do a toy drive and canned good drive locally.

Sunday, we are filming a Christmas production and then will head to Memphis to overnight.

Monday and Tuesday we will be rolling to Las Vegas where most of us will spend Christmas. We will also be filming and doing some production work while in Vegas. Then we will pick back up on Dec 26th and head to CA & AZ before heading back east.

Dustin, KJK and I will have more of a detailed schedule later today.

Have a good morning and let me know if you need anything.

We do get the bus back today!!!!🚌"

**12/18/20, 9:43 AM (Viewed 12/18/20, 11:45 AM)**

Ken Goodwin ▬▬▬▬▬

Loved "Morning everyone!
Take the morning & early afternoon to catch up on life.

KKremer4197

I will be working on some things I have to catch up on for the organization today.

We have been invited to dinner by Ken Fitzpatrick, the owner of the bus company. Meet in the lobby at 2:30 and we will head to his house for cocktails and then dinner (steakhouse) at 5PM.

Tomorrow, we will do a toy drive and canned good drive locally.

Sunday, we are filming a Christmas production and then will head to Memphis to overnight.

Monday and Tuesday we will be rolling to Las Vegas where most of us will spend Christmas. We will also be filming and doing some production work while in Vegas. Then we will pick back up on Dec 26th and head to CA & AZ before heading back east.

Dustin, KJK and I will have more of a detailed schedule later today.

Have a good morning and let me know if you need anything.

We do get the bus back today!!!!🚌

**12/18/20, 9:42 AM (Viewed 12/18/20, 11:45 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Morning everyone!
Take the morning & early afternoon to catch up on life.

I will be working on some things I have to catch up on for the organization today.

We have been invited to dinner by Ken Fitzpatrick, the owner of the bus company. Meet in the lobby at 2:30 and we will head to his house for cocktails and then dinner (steakhouse) at 5PM.

Tomorrow, we will do a toy drive and canned good drive locally.

Sunday, we are filming a Christmas production and then will head to Memphis to overnight.

Monday and Tuesday we will be rolling to Las Vegas where most of us will spend Christmas. We will also be filming and doing some production work while in Vegas. Then we will pick back up on Dec 26th and head to CA & AZ before heading back east.

Dustin, KJK and I will have more of a detailed schedule later today.

Have a good morning and let me know if you need anything.

We do get the bus back today!!!!🚌

**12/18/20, 7:52 AM (Viewed 12/18/20, 11:45 AM)**

Cindy Chafian ▮▮▮▮▮

**12/18/20, 7:52 AM (Viewed 12/18/20, 11:45 AM)**

Cindy Chafian ▮▮▮▮▮

https://twitter.com/amykremer/status/1339766989368209408?s=21
(Sent with URL)

**12/18/20, 7:52 AM (Viewed 12/18/20, 11:45 AM)**

Cindy Chafian ▮▮▮▮▮

Nice retweet!

**12/18/20, 12:05 AM**

Dustin Stockton ▮▮▮▮▮

**12/18/20, 12:05 AM**

Dustin Stockton ▮▮▮▮▮

https://twitter.com/llinwood/status/1339795897417224192?s=21
(Sent with URL)

**12/18/20, 12:05 AM**

Dustin Stockton ▮▮▮▮▮

☼

KKremer4198

12/17/20, 11:28 PM (Viewed 12/17/20, 11:29 PM)

Keri (Morgan) Warner ████████

Loved "https://twitter.com/realmattcouch/status/1339785335321063425?s=10"

12/17/20, 11:19 PM

Dustin Stockton ████████

12/17/20, 11:19 PM

Dustin Stockton ████████

https://twitter.com/DustinStockton/status/1339786758318419969?s=20
(Sent with URL)

12/17/20, 11:16 PM (Viewed 12/17/20, 11:19 PM)

Matt Couch ████████

12/17/20, 11:16 PM (Viewed 12/17/20, 11:19 PM)

Matt Couch ████████

https://twitter.com/realmattcouch/status/1339785335321063425?s=10
(Sent with URL)

12/17/20, 8:37 PM

Jeff Rainforth ████████

Liked "Give em hell for heaven. "

12/17/20, 8:37 PM

Jeff Rainforth ████████

Liked "Hahaha. My hero's "

12/17/20, 8:07 PM (Viewed 12/17/20, 8:08 PM)

Jeff Rainforth ████████

Don. Truck needs locking?

12/17/20, 8:07 PM (Viewed 12/17/20, 8:08 PM)

Jeff Rainforth ████████

Liked an image

12/17/20, 8:07 PM (Viewed 12/17/20, 8:08 PM)

Jeff Rainforth ████████

Liked "Epic"

12/17/20, 8:03 PM

Kylie Jane Kremer (+████████

Loved an image

12/17/20, 8:03 PM

Jennifer Lawerence ████████

Loved a movie

12/17/20, 8:03 PM

Jennifer Lawerence ████████

Loved "Women for big guns "

12/17/20, 8:03 PM

Jennifer Lawerence ████████

Loved "Epic"

12/17/20, 8:03 PM

Jennifer Lawerence ████████

Loved an image

KKremer4199

**12/17/20, 8:01 PM (Viewed 12/17/20, 8:02 PM)**

Pastor Brian Gibson

Give em hell for heaven.

**12/17/20, 7:58 PM (Viewed 12/17/20, 8:00 PM)**

Bay Cagle

Loved an image

**12/17/20, 7:57 PM**

Charles Bowman

**12/17/20, 7:56 PM**

Kylie Jane Kremer (+

Loved a movie

**12/17/20, 7:56 PM**

Greg Kurbatroff

Loved a movie

**12/17/20, 7:55 PM**

Keri (Morgan) Warner

Liked a movie

**12/17/20, 7:55 PM**

Pastor Greg Locke [TN]

Hahaha. My hero's

**12/17/20, 7:55 PM**

James Lyle

Liked a movie

**12/17/20, 7:55 PM**

Don Thompson

Loved a movie

**12/17/20, 7:55 PM**

Dustin Stockton

Epic

**12/17/20, 7:54 PM**

Dustin Stockton

Loved "Women for big guns "

**12/17/20, 7:54 PM**

Dustin Stockton

Laughed at a movie

**12/17/20, 7:53 PM**

Jeff Rainforth

Women for big guns

**12/17/20, 4:44 PM (Viewed 12/17/20, 4:58 PM)**

Cindy Chafian

I didn't do my due diligence. It's from last year.

**12/17/20, 4:44 PM (Viewed 12/17/20, 4:58 PM)**

Cindy Chafian

Disregard that last post.

**12/17/20, 4:43 PM (Viewed 12/17/20, 4:58 PM)**

Charles Bowman

Loved "https://www.facebook.com/315496455229328/posts/2577149435730674/?vh=e"

137

KKremer4200

**12/17/20, 4:42 PM (Viewed 12/17/20, 4:58 PM)**

Cindy Chafian █████████

https://www.facebook.com/315496455229328/posts/2577149435730674/?vh=e
(Sent with URL)

**12/17/20, 4:32 PM (Viewed 12/17/20, 4:58 PM)**

Charles Bowman █████████

Loved an image

**12/17/20, 4:22 PM (Viewed 12/17/20, 4:58 PM)**

Bay Cagle █████████

Liked an image

**12/17/20, 4:19 PM (Viewed 12/17/20, 4:58 PM)**

Keri (Morgan) Warner █████████

Loved an image

**12/17/20, 4:17 PM (Viewed 12/17/20, 4:58 PM)**

Vinny (3052518000)

Dustin, I ██████ of you and Sam Adams...

#SelfReliance

**12/17/20, 4:17 PM (Viewed 12/17/20, 4:58 PM)**

Keri (Morgan) Warner █████████

Loved "https://parler.com/post/86b6bcd03240455bbe1d10d79ba61fa9"

**12/17/20, 4:17 PM (Viewed 12/17/20, 4:58 PM)**

Matt Couch █████████

Loved "They quoted pastor Burns, pastor Locke, and me. "

**12/17/20, 4:16 PM (Viewed 12/17/20, 4:58 PM)**

Jennifer Hulsey █████████

To God be the glory great things He has and is about to do

**12/17/20, 4:16 PM (Viewed 12/17/20, 4:58 PM)**

Pastor Brian Gibson █████████

**12/17/20, 4:16 PM (Viewed 12/17/20, 4:58 PM)**

Pastor Brian Gibson █████████

**12/17/20, 4:16 PM (Viewed 12/17/20, 4:58 PM)**

Pastor Brian Gibson █████████

**12/17/20, 4:16 PM (Viewed 12/17/20, 4:58 PM)**

Pastor Brian Gibson █████████

They quoted pastor Burns, pastor Locke, and me.

**12/17/20, 4:16 PM (Viewed 12/17/20, 4:58 PM)**

Pastor Brian Gibson █████████

https://parler.com/post/86b6bcd03240455bbe1d10d79ba61fa9
(Sent with URL)

**12/17/20, 4:14 PM (Viewed 12/17/20, 4:58 PM)**

Pastor Brian Gibson █████████

Yes

**12/17/20, 4:14 PM (Viewed 12/17/20, 4:58 PM)**

Cindy Chafian █████████

Liked "https://twitter.com/realmattcouch/status/1339670757895532544?s=10"

KKremer4201

**12/17/20, 4:14 PM (Viewed 12/17/20, 4:58 PM)**

Anna Khait ████████

Amen!!

**12/17/20, 3:44 PM (Viewed 12/17/20, 3:45 PM)**

Matt Couch ████████

**12/17/20, 3:44 PM (Viewed 12/17/20, 3:45 PM)**

Matt Couch ████████

**12/17/20, 3:44 PM (Viewed 12/17/20, 3:45 PM)**

Matt Couch ████████

**12/17/20, 3:44 PM (Viewed 12/17/20, 3:45 PM)**

Matt Couch ████████

https://twitter.com/realmattcouch/status/1339670757895532544?s=10
(Sent with URL)

**12/17/20, 12:24 PM (Viewed 12/17/20, 12:26 PM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Brrrr...dress warm y'all

**12/17/20, 12:05 PM (Viewed 12/17/20, 12:06 PM)**

Ken Goodwin ████████

Ladies, no problem.

**12/17/20, 12:00 PM**

Dustin Stockton ████████

I also am finishing an email

**12/17/20, 11:59 AM**

Kylie Jane Kremer (+████████

Sorry y'all. My hairdryer got left on the bus and it's taking me twice as long as normal.

This is why men are lucky to only need a wallet!!

**12/17/20, 11:58 AM**

Mommagrizzly [Chairman, Women For Trump] ████████

Kylie is running late, so I would say Ken should go ahead with the pickup truck (& 3 people) and the rest of us can leave at 11:15...unless Ken wants to wait.

**12/17/20, 11:57 AM**

Kylie Jane Kremer (+████████

Closer to 11:15

**12/17/20, 11:57 AM**

Mommagrizzly [Chairman, Women For Trump] ████████

Ray isn't going

**12/17/20, 11:57 AM**

Mommagrizzly [Chairman, Women For Trump] ████████

We are supposed to leave at 11AM

**12/17/20, 11:41 AM**

Greg Kurbatroff ████████

What is our timeline for today?  Is anyone staying back at the hotel?

**12/17/20, 11:38 AM**

Kylie Jane Kremer (+████████

Plz bring your jackets today y'all. We have three extra (duplicates) that we will bring too. I think it will make a good picture!

KKremer4202

**12/16/20, 10:27 PM (Viewed 12/16/20, 10:28 PM)**

Ken Goodwin ▬▬▬▬

Yes, it will be epic!

**12/16/20, 10:27 PM (Viewed 12/16/20, 10:28 PM)**

Ken Goodwin ▬▬▬▬

You are most welcome!!!

**12/16/20, 10:16 PM**

Kylie Jane Kremer (+▬▬▬▬

Thank you for setting this up Ken! Will be so fun!!

**12/16/20, 10:15 PM (Viewed 12/16/20, 10:16 PM)**

Ken Goodwin ▬▬▬▬

For tomorrow, can we confirm, we're leaving Franklin, TN by 11:00 a.m. to get to Camden, TN by 1:00 p.m. for our team building event.
James Yeager's
Tactical Response
116 Wood Ave
Camden TN
38320

**12/16/20, 8:02 PM (Viewed 12/16/20, 8:16 PM)**

Don Thompson ▬▬▬▬

I am a firm believer in gun control! Therefore, the more time you spend at the range the better gun control you will have!

**12/16/20, 8:01 PM (Viewed 12/16/20, 8:16 PM)**

Don Thompson ▬▬▬▬

Loved "We will discuss and rework at dinner "

**12/16/20, 8:00 PM (Viewed 12/16/20, 8:16 PM)**

Ken Goodwin ▬▬▬▬

Yes, sir!

**12/16/20, 8:00 PM (Viewed 12/16/20, 8:16 PM)**

Dustin Stockton ▬▬▬▬

We will discuss and rework at dinner

**12/16/20, 7:59 PM (Viewed 12/16/20, 8:16 PM)**

Dustin Stockton ▬▬▬▬

Yes

**12/16/20, 7:59 PM (Viewed 12/16/20, 8:16 PM)**

Ken Goodwin ▬▬▬▬

Team, I just talked w/ James Yeager about tomorrow. If we arrive there tomorrow at 3pm, that only gives us barely a couple of hrs to shoot at the range. Would it be possible for us to arrive sooner than 3 p.m.?

**12/16/20, 6:21 PM (Viewed 12/16/20, 6:22 PM)**

Jeff Rainforth ▬▬▬▬

🍔 five dolla 🍴#😊

**12/16/20, 6:06 PM**

Mommagrizzly [Chairman, Women For Trump] ▬▬▬▬

Since you are already there, I'll send my laundry down. 😂😂😂

**12/16/20, 6:02 PM (Viewed 12/16/20, 6:03 PM)**

Jeff Rainforth ▬▬▬▬

Liked "Thanks Jeff! "

KKremer4203

**12/16/20, 5:57 PM**

Kylie Jane Kremer (+████████)

Thanks Jeff!

**12/16/20, 5:56 PM (Viewed 12/16/20, 5:57 PM)**

Jeff Rainforth ████████

Get laundry done before it fills up if u need to. 2nd floor. 2.50 to wash & dry 1 load. 30 minutes each. Free detergent & fab softener at front desk. My 2 loads r done.

**12/16/20, 5:40 PM**

Kylie Jane Kremer (+████████)

Plz RT

**12/16/20, 5:40 PM**

Kylie Jane Kremer (+████████)

**12/16/20, 5:40 PM**

Kylie Jane Kremer (+████████)

**12/16/20, 5:40 PM**

Kylie Jane Kremer (+████████)

**12/16/20, 5:40 PM**

Kylie Jane Kremer (+████████)

https://twitter.com/kyliejanekremer/status/1339339309854429184?s=21
(Sent with URL)

**12/16/20, 5:22 PM (Viewed 12/16/20, 5:23 PM)**

Don Thompson ████████

Liked "Thangs gang!"

**12/16/20, 5:20 PM (Viewed 12/16/20, 5:23 PM)**

Pastor Brian Gibson ████████

Loved "The pastor is a master!"

**12/16/20, 5:16 PM (Viewed 12/16/20, 5:18 PM)**

Bay Cagle ████████

Loved "https://youtu.be/WHd8MezpiWk"

**12/16/20, 5:16 PM (Viewed 12/16/20, 5:18 PM)**

Pastor Brian Gibson ████████

Thangs gang!

**12/16/20, 5:15 PM (Viewed 12/16/20, 5:18 PM)**

Jennifer Hulsey ████████

The pastor is a master!

**12/16/20, 5:02 PM (Viewed 12/16/20, 5:18 PM)**

Charles Bowman ████████

Loved "Great interview! "

**12/16/20, 4:51 PM (Viewed 12/16/20, 5:00 PM)**

Pastor Greg Locke [TN] ████████

Loved "https://youtu.be/WHd8MezpiWk"

**12/16/20, 4:50 PM**

Kylie Jane Kremer (+████████)

Great interview!

**12/16/20, 4:42 PM (Viewed 12/16/20, 4:45 PM)**

Charles Bowman ████████

Loved "https://youtu.be/WHd8MezpiWk"

141

KKremer4204

**12/16/20, 4:37 PM (Viewed 12/16/20, 4:45 PM)**

Don Thompson ███████

Loved "https://youtu.be/WHd8MezpiWk"

**12/16/20, 4:36 PM**

Mommagrizzly [Chairman, Women For Trump] ██████

Loved "I got Christmas lights for the bus!"

**12/16/20, 4:34 PM (Viewed 12/16/20, 4:36 PM)**

Dustin Stockton ███████

I got Christmas lights for the bus!

**12/16/20, 4:30 PM (Viewed 12/16/20, 4:36 PM)**

Keri (Morgan) Warner ███████

Loved "https://youtu.be/WHd8MezpiWk"

**12/16/20, 4:29 PM**

Kylie Jane Kremer (+███████

Does anyone have my orange iPhone cord and external battery

**12/16/20, 4:27 PM**

Pastor Brian Gibson ███████

**12/16/20, 4:27 PM**

Pastor Brian Gibson ███████

**12/16/20, 4:27 PM**

Pastor Brian Gibson ███████

**12/16/20, 4:27 PM**

Pastor Brian Gibson ███████

https://youtu.be/WHd8MezpiWk
(Sent with URL)

**12/16/20, 4:26 PM (Viewed 12/16/20, 4:27 PM)**

James Lyle ███████

Loved "Let give em hell for heaven. "

**12/16/20, 4:25 PM (Viewed 12/16/20, 4:27 PM)**

Pastor Brian Gibson ███████

Liked an image

**12/16/20, 4:25 PM (Viewed 12/16/20, 4:27 PM)**

Pastor Greg Locke [TN] ███████

**12/16/20, 4:24 PM (Viewed 12/16/20, 4:27 PM)**

Cindy Chafian ███████

Loved "Let give em hell for heaven. "

**12/16/20, 4:24 PM (Viewed 12/16/20, 4:27 PM)**

Keri (Morgan) Warner ███████

Liked "Let give em hell for heaven. "

**12/16/20, 4:24 PM**

Pastor Brian Gibson ███████

Let give em hell for heaven.

**12/16/20, 4:24 PM**

Pastor Brian Gibson ███████

Loved "Same, Women for America First just completely gone. Now going to have to sue them to get our data back. Mailchimp won't acknowledge us or give a reason either. What's insane isn't that they are doing this but that these big companies are getting away with it "

KKremer4205

**12/16/20, 4:24 PM**

Pastor Brian Gibson ▮▮▮▮▮▮

Loved "We're using critical impact now and it's been really successful. If anyone on this list needs a back up service to go ahead and start warming up, let me know and I'll connect you with our rep. They've been amazing "

**12/16/20, 4:23 PM (Viewed 12/16/20, 4:24 PM)**

Keri (Morgan) Warner ▮▮▮▮▮▮

Loved "It's so beautiful to be a bunch of patriotic troublemakers."

**12/16/20, 4:23 PM**

Cindy Chafian ▮▮▮▮▮▮

Loved "It's so beautiful to be a bunch of patriotic troublemakers."

**12/16/20, 4:23 PM**

Cindy Chafian ▮▮▮▮▮▮

Welcome to the club no one wanted to join. But now that we're here...well, we all know how this will end. ☺#FightForAmerica

**12/16/20, 4:22 PM**

Kylie Jane Kremer (+▮▮▮▮▮▮

Loved "It's so beautiful to be a bunch of patriotic troublemakers."

**12/16/20, 4:22 PM**

Pastor Greg Locke [TN] ▮▮▮▮▮▮

It's so beautiful to be a bunch of patriotic troublemakers.

**12/16/20, 4:21 PM (Viewed 12/16/20, 4:22 PM)**

Don Thompson ▮▮▮▮▮▮

Liked "We're using critical impact now and it's been really successful. If anyone on this list needs a back up service to go ahead and start warming up, let me know and I'll connect you with our rep. They've been amazing "

**12/16/20, 4:21 PM**

James Lyle ▮▮▮▮▮▮

"You catch the most flak when you are over the target" - my uncle Bud (WWII and Korea war bomber pilot)

**12/16/20, 4:21 PM**

Dustin Stockton ▮▮▮▮▮▮

Liked "We're using critical impact now and it's been really successful. If anyone on this list needs a back up service to go ahead and start warming up, let me know and I'll connect you with our rep. They've been amazing "

**12/16/20, 4:21 PM**

Kylie Jane Kremer (+▮▮▮▮▮▮

We're using critical impact now and it's been really successful. If anyone on this list needs a back up service to go ahead and start warming up, let me know and I'll connect you with our rep. They've been amazing

**12/16/20, 4:20 PM**

Anna Khait ▮▮▮▮▮▮

Wow...

**12/16/20, 4:19 PM**

Kylie Jane Kremer (+▮▮▮▮▮▮

Same, Women for America First just completely gone. Now going to have to sue them to get our data back. Mailchimp won't acknowledge us or give a reason either. What's insane isn't that they are doing this but that these big companies are getting away with it

**12/16/20, 4:18 PM**

Pastor Brian Gibson ▮▮▮▮▮▮

No mam. They took my completely away 2 years ago with no real answer. I had to start from scratch.

143

KKremer4206

**12/16/20, 4:17 PM**
Kylie Jane Kremer (+ ▇▇▇▇▇)

Google keeps doing that to me too. And Facebook. Welcome to big tech sensorship!

Who do you use to mass email?

**12/16/20, 4:17 PM**
Anna Khait ▇▇▇▇

Did they give a reason??

**12/16/20, 4:17 PM**
Dustin Stockton ▇▇▇▇

Need to do video/email on all of this

**12/16/20, 4:16 PM**
James Lyle ▇▇▇▇

You are now on Big Brother's list

**12/16/20, 4:16 PM**
Kylie Jane Kremer (+ ▇▇▇▇▇)

Emphasized an image

**12/16/20, 4:16 PM**
Pastor Brian Gibson ▇▇▇▇

I can post but I can't comment. They also suspended my Gmail for a short period and then it returned.

**12/16/20, 4:15 PM (Viewed 12/16/20, 4:16 PM)**
Matt McCleskey ▇▇▇▇

Emphasized an image

**12/16/20, 4:15 PM (Viewed 12/16/20, 4:16 PM)**
Dustin Stockton ▇▇▇▇

SMH

**12/16/20, 4:15 PM (Viewed 12/16/20, 4:16 PM)**
Anna Khait ▇▇▇▇

Whatttt

**12/16/20, 4:15 PM (Viewed 12/16/20, 4:16 PM)**
Pastor Brian Gibson ▇▇▇▇

This is a shocker.

**12/16/20, 3:46 PM (Viewed 12/16/20, 3:47 PM)**
Cindy Chafian ▇▇▇▇

Loved "https://twitter.com/realmattcouch/status/1339307332824657930?s=10"

**12/16/20, 3:45 PM (Viewed 12/16/20, 3:47 PM)**
Anna Khait ▇▇▇▇

Hallelujah JESUS!!!! 🙌🙌🙌

**12/16/20, 3:41 PM (Viewed 12/16/20, 3:43 PM)**
Keri (Morgan) Warner ▇▇▇▇

Loved "https://twitter.com/realmattcouch/status/1339307332824657930?s=10"

**12/16/20, 3:40 PM (Viewed 12/16/20, 3:43 PM)**
Bay Cagle ▇▇▇▇

🙏

**12/16/20, 3:40 PM**
Pastor Brian Gibson ▇▇▇▇

Amen

144

KKremer4207

**12/16/20, 3:39 PM**

Matt Couch ███████

**12/16/20, 3:39 PM**

Matt Couch ███████

https://twitter.com/realmattcouch/status/1339307332824657930?s=10
(Sent with URL)

**12/16/20, 1:05 PM (Viewed 12/16/20, 1:07 PM)**

Dustin Stockton ███████

**12/16/20, 1:05 PM (Viewed 12/16/20, 1:07 PM)**

Dustin Stockton ███████

**12/16/20, 1:05 PM (Viewed 12/16/20, 1:07 PM)**

Dustin Stockton ███████

**12/16/20, 1:05 PM (Viewed 12/16/20, 1:07 PM)**

Dustin Stockton ███████

https://twitter.com/DustinStockton/status/1339269831976251392?s=20
(Sent with URL)

**12/16/20, 11:59 AM (Viewed 12/16/20, 12:00 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Liked "I have more gas exp for black truck. "

**12/16/20, 11:59 AM (Viewed 12/16/20, 12:00 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Laughed at "I lost all my receipts. That's my story and I'm sticking to it. Lol. 🇺🇸 ☺ 🇺🇸"

**12/16/20, 11:20 AM**

Charles Bowman ███████

I lost all my receipts. That's my story and I'm sticking to it. Lol. 🇺🇸 ☺ 🇺🇸

**12/16/20, 11:06 AM**

Don Thompson ███████

I have more gas exp for black truck.

**12/16/20, 11:05 AM (Viewed 12/16/20, 11:06 AM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Last call for expenses. Please get them to me today.

**12/16/20, 9:39 AM (Viewed 12/16/20, 9:52 AM)**

Greg Kurbatroff ███████

Liked "Headed to Nashville today! See y'all soon."

**12/16/20, 9:39 AM (Viewed 12/16/20, 9:52 AM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Liked "Going through on my phone"

**12/16/20, 9:39 AM (Viewed 12/16/20, 9:52 AM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Liked "@ Amy, I received your "Headed to Nashville today! See y'all soon...""

**12/16/20, 9:39 AM (Viewed 12/16/20, 9:52 AM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Liked "Morning Amy"

**12/16/20, 9:39 AM (Viewed 12/16/20, 9:52 AM)**

Ken Goodwin ███████

@ Amy, I received your "Headed to Nashville today! See y'all soon..."

KKremer4208

**12/16/20, 9:39 AM**

Kylie Jane Kremer (+ ▓▓▓▓)

> Going through on my phone

**12/16/20, 9:38 AM (Viewed 12/16/20, 9:39 AM)**

Greg Kurbatroff ▓▓▓▓

Morning Amy

**12/16/20, 9:38 AM (Viewed 12/16/20, 9:39 AM)**

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓

Is anyone getting this message?

It isn't going through on James' phone

**12/16/20, 9:33 AM (Viewed 12/16/20, 9:39 AM)**

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓

Headed to Nashville today! See y'all soon.

**12/16/20, 9:24 AM (Viewed 12/16/20, 9:26 AM)**

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓

Loved an image

**12/16/20, 9:23 AM (Viewed 12/16/20, 9:26 AM)**

Jennifer Lawerence ▓▓▓▓

Good morning everyone. This was my daily bible verse this morning!

**12/15/20, 10:16 PM (Viewed 12/15/20, 10:18 PM)**

Scott Johnston ▓▓▓▓

Yes!!!

**12/15/20, 10:15 PM (Viewed 12/15/20, 10:18 PM)**

Dustin Stockton ▓▓▓▓

**12/15/20, 10:15 PM (Viewed 12/15/20, 10:18 PM)**

Dustin Stockton ▓▓▓▓

https://twitter.com/dustinstockton/status/1339046053128114176?s=21
(Sent with URL)

**12/15/20, 10:13 PM (Viewed 12/15/20, 10:14 PM)**

Vinny ▓▓▓▓

**12/15/20, 10:13 PM (Viewed 12/15/20, 10:14 PM)**

Vinny ▓▓▓▓

**12/15/20, 10:13 PM (Viewed 12/15/20, 10:14 PM)**

Vinny ▓▓▓▓

**12/15/20, 10:13 PM (Viewed 12/15/20, 10:14 PM)**

Vinny ▓▓▓▓

https://fb.watch/2pdbNSFx1r/
(Sent with URL)

**12/15/20, 10:13 PM (Viewed 12/15/20, 10:14 PM)**

Vinny ▓▓▓▓

From our favorite RSBN Correspondent, Mike Nificent:

**12/15/20, 10:09 PM**

Jennifer Lawerence ▓▓▓▓

Liked "Thank you Dustin and a passerby were able to help us get it reattached all is well"

146

KKremer4209

**12/15/20, 9:42 PM (Viewed 12/15/20, 9:55 PM)**

Don Thompson ███████

Thank you Dustin and a passerby were able to help us get it reattached all is well

**12/15/20, 9:25 PM**

Kylie Jane Kremer (+███████)

I can come still need someone?

**12/15/20, 9:20 PM (Viewed 12/15/20, 9:25 PM)**

Jennifer Lawerence ███████

Might take more then one

**12/15/20, 9:19 PM (Viewed 12/15/20, 9:25 PM)**

Jennifer Lawerence ███████

Don needs help with trailer

**12/15/20, 8:12 PM (Viewed 12/15/20, 8:13 PM)**

Keri (Morgan) Warner ███████

Laughed at an image

**12/15/20, 8:12 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

**12/15/20, 8:12 PM**

Keri (Morgan) Warner ███████

Loved "Glad y'all got home okay. We just got to this darling hotel in Bristol and I'm already in jammies.

I miss the big crew too, but we are all so tired today.

Again, thank you everyone for all of your hard work and making the tour and last weekend such a success! You are all amazing and we were blessed to have such an amazing team.

Love to you all!"

**12/15/20, 8:12 PM**

Charles Bowman ███████

Loved "Glad y'all got home okay. We just got to this darling hotel in Bristol and I'm already in jammies.

I miss the big crew too, but we are all so tired today.

Again, thank you everyone for all of your hard work and making the tour and last weekend such a success! You are all amazing and we were blessed to have such an amazing team.

Love to you all!"

**12/15/20, 8:11 PM**

James Lyle ███████

Loved "Glad y'all got home okay. We just got to this darling hotel in Bristol and I'm already in jammies.

I miss the big crew too, but we are all so tired today.

Again, thank you everyone for all of your hard work and making the tour and last weekend such a success! You are all amazing and we were blessed to have such an amazing team.

Love to you all!"

**12/15/20, 8:11 PM**

Vinny ███████

Loved "Glad y'all got home okay. We just got to this darling hotel in Bristol and I'm already in jammies.

I miss the big crew too, but we are all so tired today.

147

KKremer4210

Again, thank you everyone for all of your hard work and making the tour and last weekend such a success! You are all amazing and we were blessed to have such an amazing team.

Love to you all!"

**12/15/20, 8:10 PM**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇

Glad y'all got home okay. We just got to this darling hotel in Bristol and I'm already in jammies.

I miss the big crew too, but we are all so tired today.

Again, thank you everyone for all of your hard work and making the tour and last weekend such a success! You are all amazing and we were blessed to have such an amazing team.

Love to you all!

**12/15/20, 8:08 PM**

James Lyle ▇▇▇▇

Loved "Hope you all are settled in safely for the night!  It's good to be home but I miss the crew. "

**12/15/20, 8:07 PM (Viewed 12/15/20, 8:08 PM)**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇

Loved "Hope you all are settled in safely for the night!  It's good to be home but I miss the crew. "

**12/15/20, 7:52 PM (Viewed 12/15/20, 8:02 PM)**

Jennifer Lawerence ▇▇▇▇

Loved "Hope you all are settled in safely for the night!  It's good to be home but I miss the crew. "

**12/15/20, 7:46 PM (Viewed 12/15/20, 7:49 PM)**

Greg Kurbatroff ▇▇▇▇

Very cool

**12/15/20, 7:36 PM**

Cindy Chafian ▇▇▇▇

Hope you all are settled in safely for the night!  It's good to be home but I miss the crew.

**12/15/20, 7:31 PM (Viewed 12/15/20, 7:35 PM)**

Jennifer Lawerence ▇▇▇▇

I love this place!!!! ♡♡♡

**12/15/20, 7:28 PM**

Ken Goodwin ▇▇▇▇

Emphasized "This hotel is so cool "

**12/15/20, 7:26 PM**

Kylie Jane Kremer (+▇▇▇▇

This hotel is so cool

**12/15/20, 7:12 PM (Viewed 12/15/20, 7:25 PM)**

Ray March ▇▇▇▇

Ray 3x

**12/15/20, 4:00 PM**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇

**12/15/20, 4:00 PM**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇

**12/15/20, 4:00 PM**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇

KKremer4211

**12/15/20, 4:00 PM**

Mommagrizzly [Chairman, Women For Trump] ████████

https://twitter.com/amykremer/status/1338841215245164545?s=21
(Sent with URL)

**12/15/20, 3:40 PM**

Pastor Greg Locke [TN] ████████

Locke - medium

**12/15/20, 3:40 PM**

Anna Khait ████████

Anna Khait — medium ♡

**12/15/20, 3:40 PM**

Matt Couch ████████

Matt Couch 3x

**12/15/20, 3:40 PM**

Pastor Brian Gibson ████████

Pastor Brian Gibson 2x. Thanks so much.

**12/15/20, 3:39 PM**

Scott Johnston ████████

Scott—-3xl

**12/15/20, 3:39 PM**

Kylie Jane Kremer (+ ████████

Who from this group is still missing a jacket? Want to make sure it corresponds with what I have in the form submissions.

Just say your name and I will ping you individually to make sure everything I need is correct

**12/15/20, 1:50 PM (Viewed 12/15/20, 1:58 PM)**

Scott Johnston ████████

Loved "Going to miss my extended family.  Can't wait until we're all back together again!!  So proud to stand side by side with some of the most amazing modern day fighters for this country. Merry Christmas to all of you!!"

**12/15/20, 1:50 PM (Viewed 12/15/20, 1:58 PM)**

Jennifer Lawerence ████████

Loved "Going to miss my extended family.  Can't wait until we're all back together again!!  So proud to stand side by side with some of the most amazing modern day fighters for this country. Merry Christmas to all of you!!"

**12/15/20, 1:50 PM (Viewed 12/15/20, 1:58 PM)**

Jennifer Lawerence ████████

Loved "The TrumpTrain may be heading south, but a piece of my heart is westbound. Looking forward to seeing all of you soon hopefully at Ace Specialties in Lafayette Louisiana, and then on to Atlanta to Stop The Steal!
Merry Christmas everyone!❤#🇺🇸⛄"

**12/15/20, 1:49 PM**

Vinny ████████

Liked "Be safe vinny!"

**12/15/20, 1:49 PM**

Charles Bowman ████████

Loved "The TrumpTrain may be heading south, but a piece of my heart is westbound. Looking forward to seeing all of you soon hopefully at Ace Specialties in Lafayette Louisiana, and then on to Atlanta to Stop The Steal!
Merry Christmas everyone!❤#🇺🇸⛄"

KKremer4212

**12/15/20, 1:49 PM**

Charles Bowman ▮▮▮▮▮

Be safe vinny!

**12/15/20, 1:48 PM (Viewed 12/15/20, 1:49 PM)**

Charles Bowman ▮▮▮▮▮

Loved "We love you so much Pastor Locke we are headed to Nashville "

**12/15/20, 1:48 PM (Viewed 12/15/20, 1:49 PM)**

Charles Bowman ▮▮▮▮▮

Loved "Just letting the whole bus tour know that Pastor Locke misses all of you. Built some really solid friendships. I look forward to catching back up to y'all at some point. Be safe. Be blessed. "

**12/15/20, 1:48 PM**

Charles Bowman ▮▮▮▮▮

Loved "Going to miss my extended family.  Can't wait until we're all back together again!! So proud to stand side by side with some of the most amazing modern day fighters for this country. Merry Christmas to all of you!!"

**12/15/20, 1:45 PM**

Dustin Stockton ▮▮▮▮▮

Loved "March for Trump - Phase Two "

**12/15/20, 1:45 PM**

Kylie Jane Kremer (+▮▮▮▮▮

March for Trump - Phase Two

**12/15/20, 1:44 PM (Viewed 12/15/20, 1:46 PM)**

Vinny ▮▮▮▮▮

The TrumpTrain may be heading south, but a piece of my heart is westbound. Looking forward to seeing all of you soon hopefully at Ace Specialties in Lafayette Louisiana, and then on to Atlanta to Stop The Steal!
Merry Christmas everyone!♡🖤⚠️

**12/15/20, 1:41 PM (Viewed 12/15/20, 1:42 PM)**

Cindy Chafian (7573298342)

Going to miss my ▮▮▮▮▮ family.  Can't wait until we're all back together again!!  So proud to stand side by side with some of the most amazing modern day fighters for this country. Merry Christmas to all of you!!

KKremer4213

**12/15/20, 1:35 PM (Viewed 12/15/20, 1:42 PM)**

Jennifer Hulsey ▮▮▮▮▮

Loved "Just letting the whole bus tour know that Pastor Locke misses all of you. Built some really solid friendships. I look forward to catching back up to y'all at some point. Be safe. Be blessed. "

**12/15/20, 1:33 PM (Viewed 12/15/20, 1:42 PM)**

Dustin Stockton ▮▮▮▮▮

We love you so much Pastor Locke we are headed to Nashville

**12/15/20, 1:32 PM (Viewed 12/15/20, 1:42 PM)**

Pastor Greg Locke [TN] ▮▮▮▮▮

Just letting the whole bus tour know that Pastor Locke misses all of you. Built some really solid friendships. I look forward to catching back up to y'all at some point. Be safe. Be blessed.

**12/15/20, 1:05 PM (Viewed 12/15/20, 1:09 PM)**

James Lyle ▮▮▮▮▮

I think so

**12/15/20, 1:00 PM (Viewed 12/15/20, 1:09 PM)**

Dustin Stockton (7022746650)

Loved "Merry Christmas Keri! You've been a god send to us... I don't know what we will do without you until after Christmas!!"

**12/15/20, 12:56 PM (Viewed 12/15/20, 12:57 PM)**

Cindy Chafian ▮▮▮▮▮

Is everyone downstairs?

**12/15/20, 12:54 PM (Viewed 12/15/20, 12:57 PM)**

Jennifer Hulsey ▮▮▮▮▮

Keri you are a jewel! Merry Christmas!

**12/15/20, 12:53 PM**

Kylie Jane Kremer (+▮▮▮▮▮

> Merry Christmas Keri! You've been a god send to us... I don't know what we will do without you until after Christmas!!

**12/15/20, 12:25 PM (Viewed 12/15/20, 12:53 PM)**

Vinny ▮▮▮▮▮

Liked "Ok good! Safe travels! "

**12/15/20, 12:25 PM (Viewed 12/15/20, 12:53 PM)**

Keri (Morgan) Warner ▮▮▮▮▮

Ok good! Safe travels!

**12/15/20, 12:25 PM (Viewed 12/15/20, 12:53 PM)**

Vinny (3052518000)

Ray and ▮▮▮ are down here as well as Dustin. Thanks, Keri!

**12/15/20, 12:23 PM (Viewed 12/15/20, 12:53 PM)**

Keri (Morgan) Warner ▮▮▮▮▮

I know ppl are loading bus, but just wanted ya'll to know side of bus is open & don't see anyone w it. Just hopped in an uber to airport, see everyone after Christmas ⛪♡

**12/15/20, 9:42 AM**

Pastor Brian Gibson ▮▮▮▮▮

Removed a question mark from an image

**12/15/20, 9:02 AM (Viewed 12/15/20, 9:15 AM)**

Vinny ▮▮▮▮▮

KKremer4214

**12/15/20, 9:02 AM (Viewed 12/15/20, 9:15 AM)**

Vinny

**12/15/20, 9:02 AM (Viewed 12/15/20, 9:15 AM)**

Vinny

**12/15/20, 9:02 AM (Viewed 12/15/20, 9:15 AM)**

Vinny

https://youtu.be/_J0Ahh3UxbM
(Sent with URL)

**12/15/20, 9:02 AM (Viewed 12/15/20, 9:15 AM)**

Vinny

As we all continue our fight for Trump and America, let this be your inspiration to move
forward!

**12/15/20, 8:46 AM (Viewed 12/15/20, 9:15 AM)**

Ray March

Oklahoma City getting it now. We are headed there Friday

**12/15/20, 8:45 AM (Viewed 12/15/20, 9:15 AM)**

Cindy Chafian

I'm happy we missed that. 😊

**12/15/20, 8:43 AM (Viewed 12/15/20, 9:15 AM)**

Pastor Brian Gibson

Here what I landed in - Amarillo Texas

**12/15/20, 8:43 AM (Viewed 12/15/20, 9:15 AM)**

Pastor Brian Gibson

**12/15/20, 8:42 AM (Viewed 12/15/20, 9:15 AM)**

Vinny

**12/15/20, 8:42 AM (Viewed 12/15/20, 9:15 AM)**

Vinny

Buongiorno! Just be glad we hit Madison WI last week and not this weekend. This was just
sent to me by Scott Behrmann up there...

**12/15/20, 8:15 AM (Viewed 12/15/20, 9:15 AM)**

Ken Goodwin

Loved "Good morning.
We are rolling out today and headed west.

Bus call is at 11:30 am
Wheels up 12 noon

The plan is to eat on the bus today. See y'all soon!"

**12/15/20, 8:14 AM (Viewed 12/15/20, 9:15 AM)**

Mommagrizzly [Chairman, Women For Trump]

Good morning.
We are rolling out today and headed west.

Bus call is at 11:30 am
Wheels up 12 noon

The plan is to eat on the bus today. See y'all soon!

**12/15/20, 12:17 AM**

Mommagrizzly [Chairman, Women For Trump]

Overnighting Tuesday night in Bristol & Wednesday night in Nashville. Headed west on
Thursday afternoon / evening.

KKremer4215

**12/14/20, 11:42 PM (Viewed 12/14/20, 11:52 PM)**

Greg Kurbatroff ▇▇▇

Liked "11:30 bus call - 12 noon roll out"

**12/14/20, 11:20 PM (Viewed 12/14/20, 11:28 PM)**

Jeff Rainforth ▇▇▇

Liked "11:30 bus call - 12 noon roll out"

**12/14/20, 11:20 PM**

Kylie Jane Kremer (+▇▇▇

11:30 bus call - 12 noon roll out

**12/14/20, 11:12 PM**

Jeff Rainforth ▇▇▇

What time r we rolling out tomo?

**12/14/20, 9:58 PM**

Kylie Jane Kremer (+▇▇▇

Ordered silverware, it's on its way

**12/14/20, 9:58 PM**

Matt McCleskey ▇▇▇

Dinner is here in the suite

**12/14/20, 9:09 PM**

Ray March ▇▇▇

Ray cookies and cream

**12/14/20, 9:09 PM**

Matt McCleskey ▇▇▇

Vanilla

**12/14/20, 9:08 PM (Viewed 12/14/20, 9:09 PM)**

Cindy Chafian ▇▇▇

No mint chocolate chip

**12/14/20, 9:06 PM (Viewed 12/14/20, 9:09 PM)**

Cindy Chafian ▇▇▇

**12/14/20, 9:06 PM (Viewed 12/14/20, 9:09 PM)**

Cindy Chafian ▇▇▇

**12/14/20, 9:05 PM (Viewed 12/14/20, 9:09 PM)**

Cindy Chafian ▇▇▇

Head over soon.

**12/14/20, 9:05 PM (Viewed 12/14/20, 9:09 PM)**

Matt McCleskey ▇▇▇

Mint chocolate

**12/14/20, 9:05 PM (Viewed 12/14/20, 9:09 PM)**

Matt McCleskey ▇▇▇

Just let me know what time they will have it ready and Scott I might need you to help

**12/14/20, 9:05 PM (Viewed 12/14/20, 9:09 PM)**

Keri (Morgan) Warner ▇▇▇

Vanilla

**12/14/20, 9:05 PM (Viewed 12/14/20, 9:09 PM)**

Cindy Chafian ▇▇▇

Liked "I can go with Matt if needed"

KKremer4216

**12/14/20, 9:05 PM (Viewed 12/14/20, 9:09 PM)**

James Lyle ▬▬

Mint chocolate

**12/14/20, 9:05 PM (Viewed 12/14/20, 9:09 PM)**

Scott Johnston ▬▬

I can go with Matt if needed

**12/14/20, 9:04 PM (Viewed 12/14/20, 9:09 PM)**

Cindy Chafian ▬▬

Liked "I can pick it up. "

**12/14/20, 9:04 PM (Viewed 12/14/20, 9:09 PM)**

Matt McCleskey ▬▬

I can pick it up.

**12/14/20, 9:04 PM (Viewed 12/14/20, 9:09 PM)**

Greg Kurbatroff ▬▬

Chocolate milkshake please

**12/14/20, 9:04 PM (Viewed 12/14/20, 9:09 PM)**

Dustin Stockton ▬▬

Mint chocolate milkshake

**12/14/20, 9:04 PM (Viewed 12/14/20, 9:09 PM)**

Scott Johnston ▬▬

Vanilla

**12/14/20, 9:03 PM (Viewed 12/14/20, 9:09 PM)**

Cindy Chafian ▬▬

Milk shake orders please

**12/14/20, 9:03 PM (Viewed 12/14/20, 9:09 PM)**

Cindy Chafian ▬▬

Who's going to pick it up?

**12/14/20, 9:01 PM (Viewed 12/14/20, 9:09 PM)**

Scott Johnston ▬▬

Questioned "1924 Pennsylvania Ave NW"

**12/14/20, 9:01 PM (Viewed 12/14/20, 9:09 PM)**

Cindy Chafian ▬▬

1924 Pennsylvania Ave NW

**12/14/20, 8:43 PM**

Cindy Chafian ▬▬

Everyone's order in?

**12/14/20, 8:41 PM (Viewed 12/14/20, 8:43 PM)**

Scott Johnston ▬▬

Laughed at "Wait... it may take a while to deliver... never mind "

**12/14/20, 8:41 PM (Viewed 12/14/20, 8:43 PM)**

Keri (Morgan) Warner ▬▬

Laughed at "Wait... it may take a while to deliver... never mind "

**12/14/20, 8:40 PM (Viewed 12/14/20, 8:43 PM)**

Jennifer Hulsey ▬▬

Wait... it may take a while to deliver... never mind

KKremer4217

**12/14/20, 8:40 PM (Viewed 12/14/20, 8:43 PM)**

Jennifer Hulsey ███████

I would like a pineapple milkshake

**12/14/20, 8:38 PM**

Vinny ███████

Vanilla milkshake

**12/14/20, 8:36 PM (Viewed 12/14/20, 8:37 PM)**

Keri (Morgan) Warner ███████

Vanilla Milkshake 😊

**12/14/20, 8:36 PM**

Scott Johnston ███████

Vanilla milkshake for me also.

**12/14/20, 8:35 PM (Viewed 12/14/20, 8:36 PM)**

James Lyle ███████

Ditto on that chocolate milkshake

**12/14/20, 8:34 PM**

Greg Kurbatroff ███████

Chocolate milkshake please

**12/14/20, 8:34 PM**

Dustin Stockton ███████

I want a milkshake

**12/14/20, 8:33 PM**

Kylie Jane Kremer (+███████

Vanilla milkshake

**12/14/20, 8:32 PM (Viewed 12/14/20, 8:33 PM)**

Vinny ███████

Creme Brûlée Cheesecake

**12/14/20, 8:31 PM**

Ray March ███████

Ray. Scratch the Reuben. PoT Roast

**12/14/20, 8:30 PM**

Ray March ███████

Ray

**12/14/20, 8:30 PM**

Greg Kurbatroff ███████

Dustin:Yankee pot roast
Jen: Grilled cheese/ tomato soup
Greg:bacon avocado burger
Jerry: NY strip /medium

**12/14/20, 8:30 PM**

Ray March ███████

Rat. Reuben melt w/fries

**12/14/20, 8:28 PM**

Ken Goodwin ███████

Ken, Farmers Salad w/Add On Fried Chicken
& Carrot Cake dessert Last night, I didn't order dessert.

KKremer4218

12/14/20, 8:27 PM (Viewed 12/14/20, 8:28 PM)

Vinny ███████

Glazed Cedar Plank Salmon

12/14/20, 8:26 PM

Scott Johnston ███████

Chicken fired steak

12/14/20, 8:24 PM

Matt McCleskey ███████

Glazed Cedar plank salmon

12/14/20, 8:21 PM

Mommagrizzly [Chairman, Women For Trump] ███████

12/14/20, 8:20 PM (Viewed 12/14/20, 8:21 PM)

Mommagrizzly [Chairman, Women For Trump] ███████

12/14/20, 8:20 PM (Viewed 12/14/20, 8:21 PM)

Cindy Chafian ███████

12/14/20, 8:20 PM (Viewed 12/14/20, 8:21 PM)

Cindy Chafian ███████

12/14/20, 8:20 PM (Viewed 12/14/20, 8:21 PM)

Cindy Chafian ███████

12/14/20, 8:20 PM (Viewed 12/14/20, 8:21 PM)

Cindy Chafian ███████

https://www.wearefoundingfarmers.com/location/dc/
(Sent with URL)

12/14/20, 8:20 PM (Viewed 12/14/20, 8:21 PM)

Cindy Chafian ███████

You know the drill.

12/14/20, 8:19 PM (Viewed 12/14/20, 8:21 PM)

Jennifer Hulsey ███████

Liked "FYI: this is an appropriate application of Fluff 😊"

12/14/20, 8:08 PM (Viewed 12/14/20, 8:11 PM)

Charles Bowman ███████

Laughed at "FYI: this is an appropriate application of Fluff 😊"

12/14/20, 8:07 PM (Viewed 12/14/20, 8:11 PM)

Scott Johnston ███████

Laughed at "FYI: this is an appropriate application of Fluff 😊"

12/14/20, 8:07 PM

Kylie Jane Kremer (+ ███████

Laughed at "FYI: this is an appropriate application of Fluff 😊"

12/14/20, 8:07 PM

Keri (Morgan) Warner ███████

Loved "FYI: this is an appropriate application of Fluff 😊"

12/14/20, 8:07 PM

Bay Cagle ███████

FYI: this is an appropriate application of Fluff 😊

KKremer4219

**12/14/20, 7:46 PM (Viewed 12/14/20, 8:00 PM)**

James Lyle ████████

Where is Eric Coomer?

**12/14/20, 7:45 PM (Viewed 12/14/20, 8:00 PM)**

Matt Couch ████████

**12/14/20, 7:45 PM (Viewed 12/14/20, 8:00 PM)**

Matt Couch ████████

https://twitter.com/realmattcouch/status/1338645782220697607?s=10
(Sent with URL)

**12/14/20, 4:29 PM (Viewed 12/14/20, 4:42 PM)**

Cindy Chafian ████████

Ray said it's ok.

**12/14/20, 4:29 PM (Viewed 12/14/20, 4:42 PM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Are y'all okay with me posting to social media?

**12/14/20, 4:27 PM (Viewed 12/14/20, 4:42 PM)**

Jeff Rainforth ████████

Here's the video after she threw that stuff

**12/14/20, 4:24 PM (Viewed 12/14/20, 4:42 PM)**

Jennifer Hulsey ████████

Emphasized "Ray is having a burrito in their honor. "

**12/14/20, 4:24 PM (Viewed 12/14/20, 4:42 PM)**

Keri (Morgan) Warner ████████

Laughed at "Ray is having a burrito in their honor. "

**12/14/20, 4:24 PM (Viewed 12/14/20, 4:42 PM)**

Cindy Chafian ████████

Nope

**12/14/20, 4:24 PM (Viewed 12/14/20, 4:42 PM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Loved "Ray is having a burrito in their honor. "

**12/14/20, 4:24 PM (Viewed 12/14/20, 4:42 PM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Is anyone still on the bus?

**12/14/20, 4:24 PM (Viewed 12/14/20, 4:42 PM)**

Cindy Chafian ████████

Ray is having a burrito in their honor.

**12/14/20, 4:24 PM (Viewed 12/14/20, 4:42 PM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Okay

**12/14/20, 4:23 PM (Viewed 12/14/20, 4:42 PM)**

Cindy Chafian ████████

They're home now

**12/14/20, 4:23 PM (Viewed 12/14/20, 4:42 PM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Pls be safe

KKremer4220

**12/14/20, 4:23 PM (Viewed 12/14/20, 4:42 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Glad y'all are okay.

**12/14/20, 4:08 PM**

Greg Kurbatroff ███████

👍

**12/14/20, 4:08 PM**

Ray March ███████

Yes

**12/14/20, 4:08 PM**

Kylie Jane Kremer (+███████

Are y'all okay?

**12/14/20, 4:07 PM (Viewed 12/14/20, 4:08 PM)**

Ray March ███████

Just got attacked. Police memorial. Police showed up moved them

**12/14/20, 4:07 PM**

Cindy Chafian ███████

Are you ok?

**12/14/20, 4:07 PM**

Greg Kurbatroff ███████

Where aww RE you

**12/14/20, 4:07 PM**

Kylie Jane Kremer (+███████

Where are y'all

**12/14/20, 4:06 PM (Viewed 12/14/20, 4:07 PM)**

Jeff Rainforth ███████

**12/14/20, 4:06 PM (Viewed 12/14/20, 4:07 PM)**

Jeff Rainforth ███████

Just got attacked

███████

███████
██

███████
███████████

███████
████████████

███████
██████

███████
████████

**12/14/20, 2:48 PM (Viewed 12/14/20, 2:50 PM)**

Cindy Chafian ███████

For those still in town, lunch will be here in 30 minutes.

KKremer4221

**12/14/20, 2:46 PM (Viewed 12/14/20, 2:47 PM)**

Bay Cagle ████████

Loved an image

**12/14/20, 2:29 PM (Viewed 12/14/20, 2:32 PM)**

Dustin Stockton ████████

**12/14/20, 2:29 PM (Viewed 12/14/20, 2:32 PM)**

Dustin Stockton ████████

**12/14/20, 2:29 PM (Viewed 12/14/20, 2:32 PM)**

Dustin Stockton ████████

https://twitter.com/rsbnetwork/status/1338564615886745606?s=21
(Sent with URL)

**12/14/20, 2:24 PM (Viewed 12/14/20, 2:25 PM)**

Vinny ████████

Can this pano photo be shared?

**12/14/20, 1:39 PM (Viewed 12/14/20, 1:46 PM)**

James Lyle ████████

Loved an image

**12/14/20, 1:39 PM (Viewed 12/14/20, 1:46 PM)**

Charles Bowman ████████

Loved an image

**12/14/20, 1:33 PM (Viewed 12/14/20, 1:36 PM)**

Vinny ████████

Loved an image

**12/14/20, 1:32 PM (Viewed 12/14/20, 1:36 PM)**

Keri (Morgan) Warner ████████

Loved an image

**12/14/20, 1:27 PM**

Jeff Rainforth ████████

Here's a pano of the group

**12/14/20, 1:25 PM (Viewed 12/14/20, 1:26 PM)**

Jeff Rainforth ████████

Great to meet you, Bay! Love your spirit!

**12/14/20, 1:15 PM**

Keri (Morgan) Warner ████████

Will do, thank you.

KKremer4222

**12/14/20, 1:14 PM**

Kylie Jane Kremer (+ ▓▓▓▓▓

And ▓▓▓▓▓

▓▓▓▓▓

**12/14/20, 1:13 PM**

Mommagrizzly [Chairman, Women For Trump] ▓▓▓

🚨Urgent to the ENTIRE team🚨

If you have receipts that you need to be reimbursed, please send them to Kylie & me by this evening...either through text or email.

If you are still here, you can get an envelope from me and submit them in person.

I need them tonight please

**12/14/20, 1:12 PM (Viewed 12/14/20, 1:13 PM)**

Pastor Greg Locke [TN] ▓▓▓▓▓

Loved "Thank you all! We have the most amazing team.

I wish we had gotten a pic of all of us together.😊

But we will be together again soon!"

**12/14/20, 1:12 PM**

James Lyle ▓▓▓

Bay"Whitney Houston" Cagle

**12/14/20, 1:12 PM**

Don Thompson

Loved "Whitney "Bay" Houston"

**12/14/20, 1:11 PM (Viewed 12/14/20, 1:12 PM)**

Pastor Brian Gibson ▓▓▓▓

Amen.

**12/14/20, 1:11 PM (Viewed 12/14/20, 1:12 PM)**

James Lyle ▓▓▓

Loved "Whitney "Bay" Houston"

**12/14/20, 1:11 PM (Viewed 12/14/20, 1:12 PM)**

James Lyle ▓▓▓

Loved "We need a Bay recording to play for national anthems she isn't present for! 😊🎵#"

**12/14/20, 1:11 PM (Viewed 12/14/20, 1:12 PM)**

Vinny ▓▓▓

Whitney "Bay" Houston

**12/14/20, 1:10 PM (Viewed 12/14/20, 1:12 PM)**

Mommagrizzly [Chairman, Women For Trump] ▓▓▓

Liked "We literally just left"

**12/14/20, 1:09 PM (Viewed 12/14/20, 1:12 PM)**

Charles Bowman ▓▓▓

Loved "Bye beautiful Bay!!! "

**12/14/20, 1:09 PM (Viewed 12/14/20, 1:12 PM)**

Charles Bowman ▓▓▓

We need a Bay recording to play for national anthems she isn't present for! 😊🎵

**12/14/20, 1:08 PM**

Cindy Chafian ▓▓▓

Bye beautiful Bay!!!

160

KKremer4223

**12/14/20, 1:07 PM (Viewed 12/14/20, 1:08 PM)**

Charles Bowman ███████

Bye Bay! 🙇‍♂️ 📷🤍📷

**12/14/20, 1:06 PM (Viewed 12/14/20, 1:08 PM)**

Cindy Chafian ███████

We literally just left

**12/14/20, 1:06 PM (Viewed 12/14/20, 1:08 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

If there is any emergen-c on that bus, we need some upstairs when y'all come...no need to make a special trip though.

Also, winded and paper towels if y'all are still there. I need to clean this glass on the tables.

**12/14/20, 1:04 PM (Viewed 12/14/20, 1:08 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Thank you all! We have the most amazing team.

I wish we had gotten a pic of all of us together.☺️

But we will be together again soon!

**12/14/20, 1:02 PM (Viewed 12/14/20, 1:08 PM)**

Don Thompson ███████

Loved "We will be back to get rid of all the rotten Georgia peaches 🍑 "

James Lyle ███████

We will be back to get rid of all the rotten Georgia peaches 🍑

**12/14/20, 1:01 PM (Viewed 12/14/20, 1:08 PM)**

James Lyle ███████

Loved "✈️#🇺🇸Had a blast—GA calls❤️#♣️"

**12/14/20, 1:00 PM (Viewed 12/14/20, 1:08 PM)**

Bay Cagle ███████

Loved "You are the Best Bay- Bay ❤️#♣️"

**12/14/20, 1:00 PM (Viewed 12/14/20, 1:08 PM)**

Don Thompson ███████

You are the Best Bay- Bay ❤️#♣️

**12/14/20, 12:59 PM (Viewed 12/14/20, 1:08 PM)**

Bay Cagle ███████

✈️#🇺🇸Had a blast—GA calls❤️#♣️

**12/14/20, 12:00 PM (Viewed 12/14/20, 12:05 PM)**

Vinny ███████

Vinny, Matt, Scott are here. Suburban is empty

**12/14/20, 11:59 AM (Viewed 12/14/20, 12:05 PM)**

Cindy Chafian ███████

Thank you guys. We appreciate all the help

**12/14/20, 11:59 AM (Viewed 12/14/20, 12:05 PM)**

Cindy Chafian ███████

Please just set everything down on the seats in the front of the bus

**12/14/20, 11:58 AM**

Cindy Chafian ███████

QI need to run upstairs and I'll be right back down to help Keri put it away

KKremer4224

**12/14/20, 11:58 AM**

Don Thompson ▮▮▮▮

On my way!

**12/14/20, 11:58 AM**

Cindy Chafian ▮▮▮▮

Ok we need a few guys to come transfer everything from the old bus to the new one

**12/14/20, 11:45 AM (Viewed 12/14/20, 11:46 AM)**

Cindy Chafian ▮▮▮▮

Safe travels Jennifer

**12/14/20, 11:36 AM (Viewed 12/14/20, 11:39 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

Thank you Jimmy & Ray.

**12/14/20, 11:23 AM**

Jimmy Braswell ▮▮▮▮

I am at the bus now. Ray is coming down as well

**12/14/20, 11:15 AM**

James Lyle ▮▮▮▮

Wait until we can all go
That way we all get a little wet but no one gets soaked

**12/14/20, 11:15 AM**

Charles Bowman ▮▮▮▮

Bye Hulsey fam! 🐾 🤍 💼

Safe travels!

**12/14/20, 11:04 AM**

Jennifer Hulsey ▮▮▮▮

Loved "Love you! Have a safe flight! ❤️#"

**12/14/20, 11:04 AM**

Jennifer Hulsey ▮▮▮▮

Loved "Goodbye, it was so great to meet you both! Ⓤ Ⓢ"

**12/14/20, 11:03 AM (Viewed 12/14/20, 11:04 AM)**

Greg Kurbatroff ▮▮▮▮

Goodbye, it was so great to meet you both! Ⓤ Ⓢ

**12/14/20, 11:03 AM (Viewed 12/14/20, 11:04 AM)**

Scott Johnston ▮▮▮▮

I'll head down in a few as I have valet ticket did SUV keys.

**12/14/20, 11:03 AM (Viewed 12/14/20, 11:04 AM)**

Don Thompson ▮▮▮▮

Liked "Will and I are taking off now. Love you guys! Proud of all the work and this team! We will see you soon. "

**12/14/20, 11:03 AM (Viewed 12/14/20, 11:04 AM)**

Jennifer Lawerence ▮▮▮▮

Love you! Have a safe flight! ♡

**12/14/20, 11:03 AM (Viewed 12/14/20, 11:04 AM)**

Keri (Morgan) Warner ▮▮▮▮

Loved "Will and I are taking off now. Love you guys! Proud of all the work and this team! We will see you soon. "

KKremer4225

**12/14/20, 11:03 AM (Viewed 12/14/20, 11:04 AM)**

Jennifer Hulsey ▮▮▮▮▮

Will and I are taking off now. Love you guys! Proud of all the work and this team! We will see you soon.

**12/14/20, 11:02 AM**

Keri (Morgan) Warner ▮▮▮▮▮

(The buses I meant)

**12/14/20, 11:02 AM**

Jimmy Braswell ▮▮▮▮▮

Jimmy - I'll be down shortly to unlock the bys

**12/14/20, 11:02 AM**

Cindy Chafian ▮▮▮▮▮

I'll get dressed and head down

**12/14/20, 11:01 AM**

Keri (Morgan) Warner ▮▮▮▮▮

Copy, I can head down and start on that when they get unlocked.

**12/14/20, 11:00 AM (Viewed 12/14/20, 11:01 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Good morning team.
We need a couple of things done this morning please.

1. We need the Jefferson bus (Jimmy's) completely emptied and cleaned. All non perishables, supplies, etc. should be moved to the Grant.

2. All perishables on the Grant bus should be thrown out.

3. We need the SUV completely emptied of everything and brought up to the suite.

**12/13/20, 7:19 PM (Viewed 12/13/20, 7:21 PM)**

James Lyle ▮▮▮▮▮

Loved "Good thing I know you James n"

**12/13/20, 7:13 PM (Viewed 12/13/20, 7:15 PM)**

Keri (Morgan) Warner ▮▮▮▮▮

Ok thank you!

**12/13/20, 7:10 PM (Viewed 12/13/20, 7:15 PM)**

Vinny ▮▮▮▮▮

Liked "Your more than welcome to come when you want. People are up here socializing."

**12/13/20, 7:10 PM (Viewed 12/13/20, 7:15 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Your more than welcome to come when you want. People are up here socializing.

**12/13/20, 7:07 PM (Viewed 12/13/20, 7:15 PM)**

Vinny ▮▮▮▮▮

Thanks! What time would you like us to arrive at 610?

**12/13/20, 7:07 PM (Viewed 12/13/20, 7:15 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

🐻

**12/13/20, 7:07 PM**

Cindy Chafian ▮▮▮▮▮

Dinner is coming in two batches.  Had to do it that way because of the limits.

KKremer4226

**12/13/20, 6:49 PM (Viewed 12/13/20, 6:51 PM)**

Cindy Chafian

I ordered it

**12/13/20, 6:49 PM (Viewed 12/13/20, 6:51 PM)**

Cindy Chafian

Good thing I know you James n

**12/13/20, 6:48 PM**

Cindy Chafian

Loved "Ok MFT fam, I'm wheels up ✈

See y'all again soon. Pleasure to meet you all and I appreciate the experience and camaraderie! Stay out of trouble. ▣♡▣

- Bowman"

**12/13/20, 6:40 PM (Viewed 12/13/20, 6:45 PM)**

James Lyle

And Godiva cheesecake

**12/13/20, 6:34 PM (Viewed 12/13/20, 6:37 PM)**

Cindy Chafian

Don

**12/13/20, 6:34 PM (Viewed 12/13/20, 6:37 PM)**

Cindy Chafian

No Greek salad appetizer. Any other choice? Ken and Don't?

**12/13/20, 6:31 PM**

Keri (Morgan) Warner

Liked an image

**12/13/20, 6:31 PM**

Bay Cagle

Loved an image

**12/13/20, 6:31 PM**

Matt McCleskey

Loved an image

**12/13/20, 6:30 PM (Viewed 12/13/20, 6:31 PM)**

Jeff Rainforth

Number 1, ya'll. Ⓤ Ⓢ😀😀😀

**12/13/20, 6:19 PM**

Mommagrizzly [Chairman, Women For Trump]

Thanks Cindy

**12/13/20, 6:08 PM (Viewed 12/13/20, 6:16 PM)**

Jennifer Hulsey

Will wants filet minion w broccoli and plain cheesecake

**12/13/20, 5:58 PM (Viewed 12/13/20, 6:16 PM)**

Greg Kurbatroff

Jerry wants chicken potstickers

**12/13/20, 5:58 PM (Viewed 12/13/20, 6:16 PM)**

Jennifer Hulsey

PASTA DA VINCI
DULCE DE LECHE CARAMEL CHEESECAKE

KKremer4227

**12/13/20, 5:56 PM**

Dustin Stockton ███████

I talked to Vinny and forgot to update

**12/13/20, 5:55 PM (Viewed 12/13/20, 5:56 PM)**

Vinny ███████

I'm outside the Willard now. Just pulled up.

**12/13/20, 5:55 PM (Viewed 12/13/20, 5:56 PM)**

Vinny ███████

I did. Half way there, they got shut down so I turned around. I had to come back to my family
♡

**12/13/20, 5:54 PM**

Kylie Jane Kremer (+███████

Vinny, are you still in dc? We thought you went to nyc

**12/13/20, 5:54 PM**

Cindy Chafian ███████

Bay where is the chicken Tuscan?

**12/13/20, 5:53 PM (Viewed 12/13/20, 5:54 PM)**

Don Thompson ███████

SHRIMP AND CHICKEN GUMBO & Appetizer GREEK SALAD. Please...  For Don Thompson

**12/13/20, 5:52 PM**

Ken Goodwin ███████

SHRIMP AND CHICKEN GUMBO & Appetizer GREEK SALAD. Please...

**12/13/20, 5:52 PM**

Charles Bowman ███████

Loved "Aww we miss you already, Bowman!! ▣♡▣ Thank you for everything "

**12/13/20, 5:52 PM**

Jeff Rainforth ███████

Chicken enchiladas & strawberry cheesecake- Jeff

**12/13/20, 5:51 PM (Viewed 12/13/20, 5:52 PM)**

Vinny ███████

Skinnylicious Grilled Salmon and, to make up for it, Lemoncello Cream Torte 😄
~ Vinny

**12/13/20, 5:50 PM (Viewed 12/13/20, 5:52 PM)**

Jennifer Lawerence ███████

Loved "Aww we miss you already, Bowman!! ▣♡▣ Thank you for everything "

**12/13/20, 5:50 PM (Viewed 12/13/20, 5:52 PM)**

Jennifer Lawerence ███████

Jen- chicken pot pie 🍲
     Plain cheese cake
Dustin- shrimp and chicken gumbo

**12/13/20, 5:50 PM (Viewed 12/13/20, 5:52 PM)**

Bay Cagle ███████

Tuscan Chicken—Tiramisu 😄

**12/13/20, 5:49 PM**

Jimmy Braswell ███████

Jimmy - Caramel Apple Cheesecake

KKremer4228

**12/13/20, 5:49 PM**

Greg Kurbatroff ▬▬▬▬

Chicken ceased for me please😊

**12/13/20, 5:48 PM**

Keri (Morgan) Warner ▬▬▬▬

Chicken Caesar Salad -keri thank u!

**12/13/20, 5:48 PM**

Kylie Jane Kremer (+▬▬▬▬

Aww we miss you already, Bowman!! 🩶🤍🩶 Thank you for everything

**12/13/20, 5:47 PM**

Ray March ▬▬▬▬

Carrot cake. Ray

**12/13/20, 5:47 PM**

James Lyle ▬▬▬▬

James- my strip med rare

**12/13/20, 5:47 PM**

Bay Cagle ▬▬▬▬

Loved "Ok MFT fam, I'm wheels up ✈

See y'all again soon. Pleasure to meet you all and I appreciate the experience and camaraderie! Stay out of trouble. 🩶🤍🩶

- Bowman"

**12/13/20, 5:47 PM**

Charles Bowman ▬▬▬▬

Ok MFT fam, I'm wheels up ✈

See y'all again soon. Pleasure to meet you all and I appreciate the experience and camaraderie! Stay out of trouble. 🩶🤍🩶

- Bowman

**12/13/20, 5:46 PM**

Scott Johnston ▬▬▬▬

Scott—Grilled steak tacos & Godiva cheesecake. Thanks!

**12/13/20, 5:41 PM**

Cindy Chafian ▬▬▬▬

https://www.thecheesecakefactory.com/menu/
(Sent with URL)

**12/13/20, 5:41 PM**

Cindy Chafian ▬▬▬▬

Ordering Cheesecake Factory for dinner. Please choose what you want and send here.  I'll order.

If someone doesn't get these texts please ask them to reply.  Thanks!!

**12/13/20, 5:15 PM (Viewed 12/13/20, 5:16 PM)**

Jennifer Lawerence ▬▬▬▬

Hey don could I get that stuff?

**12/13/20, 4:11 PM**

Jason Funes ▬▬▬▬

Liked "Jason I'm at the U-Haul now"

166

KKremer4229

**12/13/20, 4:11 PM**

Jennifer Hulsey ▮▮▮▮▮

Removed a heart from "📷 bowman took it for us. "

**12/13/20, 4:10 PM**

Don Thompson ▮▮▮▮▮

Jason I'm at the U-Haul now

**12/13/20, 4:10 PM**

Charles Bowman ▮▮▮▮▮

That must be why it looks like a drone shot 😂

**12/13/20, 4:10 PM**

Cindy Chafian ▮▮▮▮▮

Laughed at "📷 bowman took it for us. "

**12/13/20, 4:10 PM**

Bay Cagle ▮▮▮▮▮

Loved "📷 bowman took it for us. "

**12/13/20, 4:10 PM**

Keri (Morgan) Warner ▮▮▮▮▮

📷 bowman took it for us.

**12/13/20, 4:10 PM**

Bay Cagle ▮▮▮▮▮

Loved "Jonathan Williams - photographer @politicalshoots www.Politicalshoots.com 😊"

**12/13/20, 4:09 PM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Unfortunately, our photographer has left the building. 😊

**12/13/20, 4:09 PM**

Charles Bowman ▮▮▮▮▮

😂

**12/13/20, 4:09 PM**

Charles Bowman ▮▮▮▮▮

Goodness gracious who is your photographer?! ♡👏

**12/13/20, 4:09 PM**

Charles Bowman ▮▮▮▮▮

Loved "#Priorities 😊"

**12/13/20, 4:09 PM**

Charles Bowman ▮▮▮▮▮

Loved an image

**12/13/20, 4:08 PM**

Charles Bowman ▮▮▮▮▮

Laughed at an image

**12/13/20, 4:08 PM**

Charles Bowman ▮▮▮▮▮

Laughed at "I see no one took Ray up on the offer to go do laundry. I guess we are all going to keep stinking. #"

**12/13/20, 4:08 PM**

Cjaye Englestad ▮▮▮▮▮

Loved an image

KKremer4230

**12/13/20, 4:08 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

Love the jackets!

**12/13/20, 4:08 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

Loved an image

**12/13/20, 4:08 PM**

Jennifer Hulsey ███████

Loved an image

**12/13/20, 4:08 PM**

Keri (Morgan) Warner ███████

#Priorities 😩

**12/13/20, 4:07 PM (Viewed 12/13/20, 4:37 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

**12/13/20, 4:07 PM (Viewed 12/13/20, 4:37 PM)**

Keri (Morgan) Warner ███████

Loved "I see no one took Ray up on the offer to go do laundry. I guess we are all going to keep stinking. #"

**12/13/20, 4:07 PM (Viewed 12/13/20, 4:37 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

I see no one took Ray up on the offer to go do laundry. I guess we are all going to keep stinking. ✍️

**12/13/20, 4:06 PM (Viewed 12/13/20, 4:37 PM)**

Don Thompson ███████

Liked "Lol JK; can I meet you at the UHaul Don"

**12/13/20, 4:05 PM (Viewed 12/13/20, 4:37 PM)**

Scott Johnston ███████

Removed a laugh from "Go for it Don"

**12/13/20, 4:05 PM (Viewed 12/13/20, 4:37 PM)**

Charles Bowman ███████

Laughed at "Lol JK; can I meet you at the UHaul Don"

**12/13/20, 4:05 PM (Viewed 12/13/20, 4:37 PM)**

Dustin Stockton ███████

Liked "Did he just leave?"

**12/13/20, 4:05 PM (Viewed 12/13/20, 4:37 PM)**

Charles Bowman ███████

Liked "Go for it Don"

**12/13/20, 4:05 PM (Viewed 12/13/20, 4:37 PM)**

James Lyle ███████

Laughed at "Alex Jones left the "reality building" a looong time ago. "

**12/13/20, 4:05 PM (Viewed 12/13/20, 4:37 PM)**

Jason Funes ███████

Lol JK; can I meet you at the UHaul Don

**12/13/20, 4:05 PM (Viewed 12/13/20, 4:37 PM)**

Charles Bowman ███████

Laughed at "Alex Jones left the "reality building" a looong time ago. "

KKremer4231

**12/13/20, 4:05 PM (Viewed 12/13/20, 4:37 PM)**

Vinny ▮▮▮▮▮▮

Alex Jones left the "reality building" a looong time ago.

**12/13/20, 4:05 PM (Viewed 12/13/20, 4:37 PM)**

Jason Funes ▮▮▮▮▮▮

Go for it Don

**12/13/20, 4:04 PM (Viewed 12/13/20, 4:37 PM)**

Don Thompson ▮▮▮▮▮▮

Did he just leave?

**12/13/20, 4:04 PM (Viewed 12/13/20, 4:37 PM)**

Charles Bowman ▮▮▮▮▮▮

Loved "I'll be happy to follow him so we can keep the Intel so he could be arrested"

**12/13/20, 4:04 PM (Viewed 12/13/20, 4:37 PM)**

Don Thompson ▮▮▮▮▮▮

I'll be happy to follow him so we can keep the Intel so he could be arrested

**12/13/20, 4:04 PM (Viewed 12/13/20, 4:37 PM)**

Dustin Stockton ▮▮▮▮▮▮

Nah.

**12/13/20, 4:04 PM (Viewed 12/13/20, 4:37 PM)**

Charles Bowman ▮▮▮▮▮▮

In a police car? 🚗

**12/13/20, 4:04 PM (Viewed 12/13/20, 4:37 PM)**

Charles Bowman ▮▮▮▮▮▮

Lol

**12/13/20, 4:04 PM (Viewed 12/13/20, 4:37 PM)**

Dustin Stockton ▮▮▮▮▮▮

Alex Jones has left the building

**12/13/20, 2:31 PM (Viewed 12/13/20, 2:33 PM)**

Ray March ▮▮▮▮▮▮

Going to do laundry anyone want to go

**12/13/20, 12:04 PM (Viewed 12/13/20, 12:35 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮▮

Liked "Bowman is driving the bus drivers to pick up the buses and a few minutes. He will take the black pick up truck"

**12/13/20, 12:04 PM (Viewed 12/13/20, 12:35 PM)**

Don Thompson ▮▮▮▮▮▮

Bowman is driving the bus drivers to pick up the buses and a few minutes. He will take the black pick up truck

**12/13/20, 12:03 PM (Viewed 12/13/20, 12:35 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮▮

I have extended everyone's room for another night. I will give further instructions later this afternoon.

The guys will be moving the buses to park in front of the hotel later today. They will probably need some help on that front.

Also, I know several people are going to do laundry this afternoon too. Once I have more details on time and place, I'll let everyone know just in case others want to do the same.

Last thing, I'm still waiting to hear from the WH on the photo op with the bus. If it happens, it could be later today, but may be tomorrow...or it may not happen. 🤷

KKremer4232

I'll keep you all posted on the above. Enjoy your day!

**Matt Couch** ▬▬▬▬            12/13/20, 10:22 AM (Viewed 12/13/20, 12:35 PM)

Loved "Good morning Team!
We are not going to NY today. It's just too much and we all need a break for at least a day. So we are going to rest and regroup today.

I'll get with the Ray, Jimmy, Dustin & team to figure out when we leave and the route.

Some of you are leaving us today and we will miss you! Safe travels home and we will talk soon. We are eternally grateful for you being part of this historic experience.

The rest of you, enjoy your morning and I'll let you know something later this afternoon.

Let's plan to roll out of here tomorrow."

**Laurence Kennedy** ▬▬▬▬            12/13/20, 9:54 AM (Viewed 12/13/20, 12:35 PM)

Ok

**Greg Kurbatroff** ▬▬▬▬            12/13/20, 9:53 AM (Viewed 12/13/20, 12:35 PM)



**Ken Goodwin** ▬▬▬▬            12/13/20, 9:52 AM (Viewed 12/13/20, 12:35 PM)

Yes, ma'am!!!

**Greg Kurbatroff** ▬▬▬▬            12/13/20, 9:52 AM (Viewed 12/13/20, 12:35 PM)

**Mommagrizzly [Chairman, Women For Trump]** ▬▬▬▬        12/13/20, 9:52 AM (Viewed 12/13/20, 12:35 PM)

If you have any questions or need additional info, do not respond to the group text, but respond to me privately please.

I will extend the rooms for those of you staying on with the tour.

Thank you.

**Don Thompson** ▬▬▬▬            12/13/20, 9:50 AM (Viewed 12/13/20, 12:35 PM)

Liked "Good morning Team!
We are not going to NY today. It's just too much and we all need a break for at least a day. So we are going to rest and regroup today.

I'll get with the Ray, Jimmy, Dustin & team to figure out when we leave and the route.

Some of you are leaving us today and we will miss you! Safe travels home and we will talk soon. We are eternally grateful for you being part of this historic experience.

The rest of you, enjoy your morning and I'll let you know something later this afternoon.

Let's plan to roll out of here tomorrow."

**Mommagrizzly [Chairman, Women For Trump]** ▬▬▬▬        12/13/20, 9:50 AM (Viewed 12/13/20, 12:35 PM)

Good morning Team!
We are not going to NY today. It's just too much and we all need a break for at least a day. So we are going to rest and regroup today.

I'll get with the Ray, Jimmy, Dustin & team to figure out when we leave and the route.

Some of you are leaving us today and we will miss you! Safe travels home and we will talk soon. We are eternally grateful for you being part of this historic experience.

The rest of you, enjoy your morning and I'll let you know something later this afternoon.

KKremer4233

Let's plan to roll out of here tomorrow.

**Ken Goodwin** ███████

12/13/20, 9:15 AM (Viewed 12/13/20, 12:35 PM)

Loved "Jonathan Williams - photographer @politicalshoots www.Politicalshoots.com ☺"

**Vinny** ███████

12/13/20, 9:14 AM (Viewed 12/13/20, 12:35 PM)

Liked "Jonathan Williams - photographer @politicalshoots www.Politicalshoots.com ☺"

**Jonathan Williams** ███████

12/13/20, 9:14 AM (Viewed 12/13/20, 12:35 PM)

Jonathan Williams - photographer @politicalshoots www.Politicalshoots.com ☺

**Vinny** ███████

12/13/20, 9:13 AM (Viewed 12/13/20, 12:35 PM)

Who is ███ so I can have your name as well? Vinny ☺

**Jonathan Williams** ███████

12/13/20, 9:13 AM (Viewed 12/13/20, 12:35 PM)

I love you all! Have a great trip. You have my number if you ever need anything. I'm going to leave the group chat now.

**Ken Goodwin** ███████

12/13/20, 9:12 AM (Viewed 12/13/20, 12:35 PM)

Laughed at "Buongiorno! What's our team's plan for today?"

**Vinny** ███████

12/13/20, 9:12 AM (Viewed 12/13/20, 12:35 PM)

Yes, the NY'er is being pushy again ☺

**Keri (Morgan) Warner** ███████

12/13/20, 9:11 AM (Viewed 12/13/20, 12:35 PM)

Liked "Buongiorno! What's our team's plan for today?"

**Vinny** ███████

12/13/20, 9:11 AM (Viewed 12/13/20, 12:35 PM)

Buongiorno! What's our team's plan for today?

**Mommagrizzly [Chairman, Women For Trump]** ███████

12/13/20, 7:08 AM (Viewed 12/13/20, 12:35 PM)

Loved "Never mind. I found them. ☺"

**Jonathan Williams** ███████

12/13/20, 7:07 AM (Viewed 12/13/20, 12:35 PM)

Never mind. I found them. ☺

**Jonathan Williams** ███████

12/13/20, 6:39 AM (Viewed 12/13/20, 12:35 PM)

If anyone finds a AirPods in a blue/green case please let me know

**Jeff Rainforth** ███████

12/12/20, 11:40 PM (Viewed 12/13/20, 2:26 AM)

Liked "My favorite video of the entire trip!"

**Mommagrizzly [Chairman, Women For Trump]** ███████

12/12/20, 11:05 PM (Viewed 12/12/20, 11:17 PM)

My favorite video of the entire trip!

**Mommagrizzly [Chairman, Women For Trump]** ███████

12/12/20, 11:05 PM (Viewed 12/12/20, 11:17 PM)

Loved a movie

KKremer4234

**12/12/20, 11:05 PM (Viewed 12/12/20, 11:17 PM)**

James Lyle ▮▮▮▮▮

Loved a movie

**12/12/20, 11:05 PM (Viewed 12/12/20, 11:17 PM)**

Keri (Morgan) Warner ▮▮▮▮▮

Copy

**12/12/20, 11:04 PM (Viewed 12/12/20, 11:17 PM)**

Jonathan Williams ▮▮▮▮▮

Please don't release the Gen Flynn bus photos until cleared by Amy or Kylie. Thanks!

**12/12/20, 11:03 PM (Viewed 12/12/20, 11:17 PM)**

Keri (Morgan) Warner ▮▮▮▮▮

Loved "Trump flies over the rally twice. 1-minute Instagram version is on DB. "

**12/12/20, 11:02 PM (Viewed 12/12/20, 11:17 PM)**

Jeff Rainforth ▮▮▮▮▮

Trump flies over the rally twice. 1-minute Instagram version is on DB.

**12/12/20, 9:22 PM (Viewed 12/12/20, 9:24 PM)**

Keri (Morgan) Warner ▮▮▮▮▮

Thank you! Will start uploading them.

**12/12/20, 9:19 PM (Viewed 12/12/20, 9:24 PM)**

Jonathan Williams ▮▮▮▮▮

There are photos uploaded to the DB. There will be many more added.

**12/12/20, 9:07 PM (Viewed 12/12/20, 9:24 PM)**

Vinny ▮▮▮▮▮

**12/12/20, 9:04 PM (Viewed 12/12/20, 9:24 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Loved an image

**12/12/20, 9:04 PM (Viewed 12/12/20, 9:24 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Loved an image

**12/12/20, 8:55 PM (Viewed 12/12/20, 9:24 PM)**

Jonathan Williams ▮▮▮▮▮

Loved "AMAZING! "

**12/12/20, 8:54 PM**

Keri (Morgan) Warner ▮▮▮▮▮

AMAZING!

**12/12/20, 8:54 PM**

Keri (Morgan) Warner ▮▮▮▮▮

Emphasized an image

**12/12/20, 8:51 PM (Viewed 12/12/20, 8:54 PM)**

Jonathan Williams ▮▮▮▮▮

**12/12/20, 8:51 PM (Viewed 12/12/20, 8:54 PM)**

Jonathan Williams ▮▮▮▮▮

**12/12/20, 7:31 PM (Viewed 12/12/20, 8:23 PM)**

Pastor Greg Locke [TN] ▮▮▮▮▮

Loved a movie

KKremer4235

**12/12/20, 7:24 PM (Viewed 12/12/20, 8:23 PM)**

Don Thompson

**12/12/20, 7:15 PM (Viewed 12/12/20, 8:23 PM)**

Jonathan Williams

At the door

**12/12/20, 7:12 PM (Viewed 12/12/20, 8:23 PM)**

Cindy Chafian

Coming

**12/12/20, 7:12 PM (Viewed 12/12/20, 8:23 PM)**

Vinny

Can someone please open the door to 610. Thanks 😊

**12/12/20, 6:58 PM (Viewed 12/12/20, 8:23 PM)**

Grace Solanda

Liked "Dinner is scheduled to be here at 7PM.

I would like to talk to everyone for a couple of minutes, so please join us."

**12/12/20, 6:57 PM**

Mommagrizzly [Chairman, Women For Trump]

Dinner is scheduled to be here at 7PM.

I would like to talk to everyone for a couple of minutes, so please join us.

**12/12/20, 6:44 PM**

Keri (Morgan) Warner

**12/12/20, 6:44 PM**

Keri (Morgan) Warner

https://twitter.com/elijahschaffer/status/1337872697859182597?s=21
(Sent with URL)

**12/12/20, 6:44 PM**

Keri (Morgan) Warner

I hear Dustin in the background speaking (so caption is wrong) but yikes!

**12/12/20, 6:28 PM (Viewed 12/12/20, 6:29 PM)**

Bay Cagle

Loved "YMCA from the stage "

**12/12/20, 6:27 PM (Viewed 12/12/20, 6:29 PM)**

Keri (Morgan) Warner

Loved "YMCA from the stage "

**12/12/20, 6:26 PM (Viewed 12/12/20, 6:29 PM)**

Jeff Rainforth

YMCA from the stage

**12/12/20, 6:26 PM (Viewed 12/12/20, 6:29 PM)**

Jeff Rainforth

**12/12/20, 6:26 PM (Viewed 12/12/20, 6:29 PM)**

Jeff Rainforth

https://www.dropbox.com/s/9znistc90yw7kyo/DC%20YMCA%201.MOV?dl=0
(Sent with URL)

**12/12/20, 5:55 PM**

Keri (Morgan) Warner

Laughed at "Eta Tuesday."

KKremer4236

**12/12/20, 5:55 PM**

Vinny ▓▓▓▓▓

Eta Tuesday.

**12/12/20, 5:55 PM**

Vinny ▓▓▓▓▓

Ken, Ray, Jimmy, and Vinny are on our way back to the hotel from the bus/train parking in the last golf cart

**12/12/20, 5:53 PM (Viewed 12/12/20, 5:55 PM)**

Laurence Kennedy ▓▓▓▓▓

I don't have it

**12/12/20, 5:53 PM (Viewed 12/12/20, 5:55 PM)**

Cindy Chafian ▓▓▓▓▓

Missing one

**12/12/20, 5:53 PM (Viewed 12/12/20, 5:55 PM)**

Cindy Chafian ▓▓▓▓▓

Can everyone check if they have a golf cart key?

**12/12/20, 5:35 PM (Viewed 12/12/20, 5:42 PM)**

Grace Solanda ▓▓▓▓▓

Liked "Dinner is 7"

**12/12/20, 5:33 PM (Viewed 12/12/20, 5:42 PM)**

James Lyle ▓▓▓▓▓

Liked "Dinner is 7"

**12/12/20, 5:24 PM (Viewed 12/12/20, 5:26 PM)**

Jonathan Williams ▓▓▓▓▓

Liked "Dinner is 7"

**12/12/20, 5:23 PM (Viewed 12/12/20, 5:26 PM)**

Cindy Chafian ▓▓▓▓▓

Dinner is 7

**12/12/20, 5:22 PM**

Jonathan Williams ▓▓▓▓▓

What time are we all meeting?

**12/12/20, 5:21 PM (Viewed 12/12/20, 5:22 PM)**

Ken Goodwin ▓▓▓▓▓

When I'm heading back your way, I'll text you w/ my ETA.

**12/12/20, 5:21 PM (Viewed 12/12/20, 5:22 PM)**

Ken Goodwin ▓▓▓▓▓

I'm at Union Station. Vinny, Ray, & Jimmy just got here w/ their vehicles. I should be back by 6:00 p.m.

**12/12/20, 5:19 PM (Viewed 12/12/20, 5:20 PM)**

Cindy Chafian ▓▓▓▓▓

Ken Ray what is your ETA?

**12/12/20, 5:03 PM (Viewed 12/12/20, 5:07 PM)**

Cindy Chafian ▓▓▓▓▓

Does anyone have a set of keys?  All carts have been accounted for. I'm missing one set of keys

**12/12/20, 5:00 PM (Viewed 12/12/20, 5:07 PM)**

Dustin Stockton ▓▓▓▓▓

Roger

KKremer4237

**12/12/20, 4:59 PM (Viewed 12/12/20, 5:07 PM)**

Laurence Kennedy ███████

Ok

**12/12/20, 4:58 PM (Viewed 12/12/20, 5:07 PM)**

Ken Goodwin ███████

Alex Jones & his crew have just pulled up out front of The Willard Hotel

**12/12/20, 4:56 PM (Viewed 12/12/20, 5:07 PM)**

Cindy Chafian ███████

I'm missing one flatbed

And 3 standard. Who had them?

**12/12/20, 4:52 PM (Viewed 12/12/20, 5:07 PM)**

Cindy Chafian ███████

I need all of the golf cart back at the Willard Courtyard immediately

**12/12/20, 4:49 PM (Viewed 12/12/20, 5:07 PM)**

James Lyle ███████

K

**12/12/20, 4:47 PM (Viewed 12/12/20, 5:07 PM)**

Jason Funes ███████

I got the Ethernet chord

**12/12/20, 4:43 PM (Viewed 12/12/20, 5:07 PM)**

Cindy Chafian ███████

I need the keys to the golf cart please

**12/12/20, 4:32 PM (Viewed 12/12/20, 5:07 PM)**

Joe Petry ███████

That Ethernet cable came from Justin. Sorry I had to leave area quickly

**12/12/20, 4:32 PM (Viewed 12/12/20, 5:07 PM)**

Jason Funes ███████

Hold on to it please

**12/12/20, 4:29 PM (Viewed 12/12/20, 5:07 PM)**

James Lyle ███████

RSBN left WiFi cable near the bus

**12/12/20, 4:15 PM (Viewed 12/12/20, 4:20 PM)**

James Lyle ███████

Loved "Walked inside to check on the puppy and look who was on the tv!"

**12/12/20, 4:13 PM (Viewed 12/12/20, 4:20 PM)**

Keri (Morgan) Warner ███████

Walked inside to check on the puppy and look who was on the tv!

**12/12/20, 4:05 PM (Viewed 12/12/20, 4:20 PM)**

Vinny ███████

Can someone please advise Kylie and Avery from Fox News that I will meet them at 14th and Pennsylvania behind the second bus, I am pulling up now

**12/12/20, 3:56 PM (Viewed 12/12/20, 3:57 PM)**

James Lyle ███████

Don't forget the podium sign from SCOTUS

**12/12/20, 3:56 PM (Viewed 12/12/20, 3:57 PM)**

Vinny ███████

On the way to freedom plaza now From scotus

KKremer4238

**12/12/20, 3:53 PM**

Laurence Kennedy

Thank you

**12/12/20, 3:53 PM**

Ken Goodwin

Vinny is enroute to you all.

**12/12/20, 3:53 PM**

Mommagrizzly [Chairman, Women For Trump]

Vinny is on the way

**12/12/20, 3:53 PM**

Laurence Kennedy

Asa

**12/12/20, 3:53 PM**

Kylie Jane Kremer

Asa for Fox News

**12/12/20, 3:52 PM**

Laurence Kennedy

Kylie and Avery for Fox News

**12/12/20, 3:52 PM**

Mommagrizzly [Chairman, Women For Trump]

Who needs to come?

**12/12/20, 3:51 PM**

Laurence Kennedy

Thank you Vinny!

**12/12/20, 3:49 PM (Viewed 12/12/20, 3:51 PM)**

Vinny

Ok

**12/12/20, 3:49 PM (Viewed 12/12/20, 3:51 PM)**

Laurence Kennedy

1 golf cart please to the busses

**12/12/20, 3:49 PM (Viewed 12/12/20, 3:51 PM)**

Cindy Chafian

I need someone to bring the golf cart back because I have people that need to go to Scotus for an interview

**12/12/20, 3:48 PM (Viewed 12/12/20, 3:51 PM)**

Vinny

We're here with Mike Lindell on stage now at scotus. The flatbed is at the Trump train

**12/12/20, 3:47 PM (Viewed 12/12/20, 3:51 PM)**

Cindy Chafian

I need a golf cart back at Freedom Plaza STAT!!!

**12/12/20, 2:50 PM (Viewed 12/12/20, 3:00 PM)**

Cindy Chafian

I dropped the other off

**12/12/20, 2:50 PM (Viewed 12/12/20, 3:00 PM)**

Vinny

Where?

KKremer4239

**12/12/20, 2:49 PM (Viewed 12/12/20, 3:00 PM)**

Cindy Chafian ██████████

With the third standard carts

**12/12/20, 2:49 PM (Viewed 12/12/20, 3:00 PM)**

Cindy Chafian ██████████

I'm here

**12/12/20, 2:49 PM (Viewed 12/12/20, 3:00 PM)**

Greg Kurbatroff ██████████

Greg.  Coming.

**12/12/20, 2:49 PM (Viewed 12/12/20, 3:00 PM)**

Ken Goodwin ██████████

Ma'am, we can leave at 3:00 pm to go to SCOTIS. We will be using 3 golf carts.

**12/12/20, 2:49 PM (Viewed 12/12/20, 3:00 PM)**

Vinny ██████████

Who has the key to the blue flatbed golf cart?

**12/12/20, 2:48 PM (Viewed 12/12/20, 3:00 PM)**

Bay Cagle ██████████

Dustin is on his way Now

**12/12/20, 2:46 PM (Viewed 12/12/20, 3:00 PM)**

Mommagrizzly [Chairman, Women For Trump] ██████████

Is anyone at the hotel?

**12/12/20, 2:46 PM (Viewed 12/12/20, 3:00 PM)**

Greg Kurbatroff ██████████

I'm using it to go to Scotis

**12/12/20, 2:46 PM (Viewed 12/12/20, 3:00 PM)**

Mommagrizzly [Chairman, Women For Trump] ██████████

Wherr is Dustin? I need a golf cart to the Supreme Court

**12/12/20, 2:46 PM (Viewed 12/12/20, 3:00 PM)**

Greg Kurbatroff ██████████

I have it

**12/12/20, 2:45 PM (Viewed 12/12/20, 3:00 PM)**

Vinny ██████████

I need the key to flatbed golf cart now please

**12/12/20, 2:45 PM (Viewed 12/12/20, 3:00 PM)**

Cindy Chafian ██████████

Whoever has a golf cart keys please head to the golf cart.

**12/12/20, 2:43 PM (Viewed 12/12/20, 3:00 PM)**

Mommagrizzly [Chairman, Women For Trump] ██████████

Get mike Lindell on that stage NOW

**12/12/20, 2:43 PM (Viewed 12/12/20, 3:00 PM)**

Mommagrizzly [Chairman, Women For Trump] ██████████

The crowd has left for the Supreme Court

**12/12/20, 2:34 PM (Viewed 12/12/20, 3:00 PM)**

Jason Funes ██████████

Liked "Amy, I'm at the stage sound table waiting for the USB"

KKremer4240

**12/12/20, 2:34 PM (Viewed 12/12/20, 3:00 PM)**

Jason Funes ▉

Checked with security and SCOTUS police; something happened in DC but outside secured areas and more downtownish

**12/12/20, 2:33 PM (Viewed 12/12/20, 3:00 PM)**

Mommagrizzly [Chairman, Women For Trump] ▉

No one was stabbed at SCOTUS

**12/12/20, 2:33 PM (Viewed 12/12/20, 3:00 PM)**

Vinny ▉

Amy, I'm at the stage sound table waiting for the USB

**12/12/20, 2:32 PM (Viewed 12/12/20, 3:00 PM)**

Jason Funes ▉

No

**12/12/20, 2:32 PM (Viewed 12/12/20, 3:00 PM)**

Mommagrizzly [Chairman, Women For Trump] ▉

I'll get the USB

**12/12/20, 2:31 PM (Viewed 12/12/20, 3:00 PM)**

Mommagrizzly [Chairman, Women For Trump] ▉

Was someone stabbed at SCOTUS?

**12/12/20, 2:31 PM (Viewed 12/12/20, 3:00 PM)**

Jason Funes ▉

I need someone to meet with Justin at Freedom plaza (AV/Sound next to stage) and bring me the usb drive with music please

**12/12/20, 2:19 PM (Viewed 12/12/20, 2:21 PM)**

Cindy Chafian ▉

Thank you

**12/12/20, 2:19 PM (Viewed 12/12/20, 2:21 PM)**

Jason Funes ▉

Will and Vinny are driving back with the cart now

**12/12/20, 2:15 PM (Viewed 12/12/20, 2:21 PM)**

Cindy Chafian ▉

I need golf cart keys ASAP

**12/12/20, 1:52 PM**

Keri (Morgan) Warner ▉



**12/12/20, 1:52 PM**

Keri (Morgan) Warner ▉

https://twitter.com/danscavino/status/1337819419985149952?s=21
(Sent with URL)

**12/12/20, 1:52 PM**

Keri (Morgan) Warner ▉

Picture wont send but its on Twitter by dan scavino

**12/12/20, 1:46 PM (Viewed 12/12/20, 1:50 PM)**

Mommagrizzly [Chairman, Women For Trump] ▉

I just wonder how far back the crowd goes

**12/12/20, 1:39 PM (Viewed 12/12/20, 1:46 PM)**

Matt McCleskey ▉

I don't think so but I can go up there if needed

KKremer4241

**12/12/20, 1:39 PM (Viewed 12/12/20, 1:46 PM)**

Cindy Chafian

What do you need?

**12/12/20, 1:39 PM (Viewed 12/12/20, 1:46 PM)**

Cindy Chafian

Is there anyone up there?

**12/12/20, 1:39 PM (Viewed 12/12/20, 1:46 PM)**

Cindy Chafian

🔔

**12/12/20, 1:38 PM (Viewed 12/12/20, 1:46 PM)**

Mommagrizzly [Chairman, Women For Trump]

Who is in the suite?

**12/12/20, 1:11 PM (Viewed 12/12/20, 1:32 PM)**

Cindy Chafian

I'm coming

**12/12/20, 1:11 PM (Viewed 12/12/20, 1:32 PM)**

Vinny

Any see Cindy I need the keys to the golf cart for Dr. Gorka

**12/12/20, 12:15 PM (Viewed 12/12/20, 1:00 PM)**

Jennifer Lawerence

K no media behind stage

**12/12/20, 12:08 PM (Viewed 12/12/20, 12:12 PM)**

James Lyle

Non RSBN media gets media not all access

**12/12/20, 11:24 AM (Viewed 12/12/20, 11:25 AM)**

Jonathan Williams

I found Jason. Will give him Amy's instructions

**12/12/20, 11:19 AM**

Keri (Morgan) Warner

I dont have eyes on him but if I do will tell him. If hes over here spotty signal.

**12/12/20, 11:19 AM**

Scott Johnston

Depending on where he is the towers are already jammed and not taking phone calls. Texts are delayed.

**12/12/20, 11:18 AM**

Kylie Jane Kremer (+

Jason, answer your phone.

**12/12/20, 11:18 AM**

Jonathan Williams

Jason. Meet me in the lobby. I have the direction from Amy

**12/12/20, 11:17 AM**

Kylie Jane Kremer (+

JASON NEEDS TO GET TO THE SUITE NOW

**12/12/20, 11:04 AM (Viewed 12/12/20, 11:10 AM)**

James Lyle

Who the hell was that on stage?

KKremer4242

**12/12/20, 10:37 AM (Viewed 12/12/20, 10:39 AM)**

Jonathan Williams ▮▮▮▮▮

That's not my badge. I'm J Williams. 😊

**12/12/20, 10:37 AM (Viewed 12/12/20, 10:39 AM)**

Jason Funes ▮▮▮▮▮

I showed RSBN the press riser

**12/12/20, 10:36 AM (Viewed 12/12/20, 10:39 AM)**

Keri (Morgan) Warner ▮▮▮▮▮

If someone is with this person can you have them remove this post? (I have DMd)

**12/12/20, 10:34 AM (Viewed 12/12/20, 10:39 AM)**

Keri (Morgan) Warner ▮▮▮▮▮

Liked "EVERYONE:
Please keep your badge "hidden" until you need to gain access to Freedom Plaza area. Also, please don't post on Social Media, too. "

**12/12/20, 10:34 AM (Viewed 12/12/20, 10:39 AM)**

Ken Goodwin ▮▮▮▮▮

EVERYONE:
Please keep your badge "hidden" until you need to gain access to Freedom Plaza area. Also, please don't post on Social Media, too.

**12/12/20, 10:31 AM (Viewed 12/12/20, 10:39 AM)**

Jennifer Lawerence ▮▮▮▮▮

Right side I need one of you by the buses please

**12/12/20, 10:29 AM**

Anna Khait ▮▮▮▮▮

Roger

**12/12/20, 10:29 AM**

Cindy Chafian ▮▮▮▮▮

Can someone from security take Scott and Matt to 14th and independence to pick up their Uber

**12/12/20, 10:28 AM**

Kylie Jane Kremer (+▮▮▮▮▮

Room 610

**12/12/20, 10:28 AM**

Anna Khait ▮▮▮▮▮

Hey where do we grab a badge ?

**12/12/20, 10:26 AM (Viewed 12/12/20, 10:28 AM)**

Jason Funes ▮▮▮▮▮

Speakers being listed on Jumbotron

**12/12/20, 10:26 AM (Viewed 12/12/20, 10:28 AM)**

Jason Funes ▮▮▮▮▮

**12/12/20, 10:18 AM**

Keri (Morgan) Warner ▮▮▮▮▮

Please no photos of ur Badge on Social Media, they are to be concealed unless utilizing at a check point.

Thank you please spread the word.

**12/12/20, 10:18 AM**

Kylie Jane Kremer (+▮▮▮▮▮

Jason, please get back to the hotel room immediately. Thank you.

KKremer4243

**12/12/20, 10:17 AM**

Jason Funes ▮▮▮▮▮

I left the SCOTUS stage

**12/12/20, 10:14 AM (Viewed 12/12/20, 10:15 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

If anyone has posted the speaker list, I need it removed immediately.

There are people on that list that have active death threats.

The speakers list is confidential as it was stated in the letter.

**12/12/20, 10:06 AM (Viewed 12/12/20, 10:12 AM)**

Jonathan Williams ▮▮▮▮▮

Ray, do you know what time the bus will be unlocked? I need to drop off my computer in the back

**12/12/20, 9:54 AM**

Vinny ▮▮▮▮▮

The blue flatbed and one cream colored cart is behind the stage

**12/12/20, 9:53 AM**

Kylie Jane Kremer (+▮▮▮▮▮

Where are the gold carts

**12/12/20, 9:53 AM**

Cindy Chafian ▮▮▮▮▮

They

**12/12/20, 9:53 AM**

Cindy Chafian ▮▮▮▮▮

14th and independence Is the closest I could get

**12/12/20, 9:53 AM**

Kylie Jane Kremer (+▮▮▮▮▮

Asa is on his way

**12/12/20, 9:52 AM**

Cindy Chafian ▮▮▮▮▮

Anyone?

**12/12/20, 9:45 AM**

Cindy Chafian ▮▮▮▮▮

Bowman is on his way now

**12/12/20, 9:45 AM**

Cindy Chafian ▮▮▮▮▮

I need someone to go to 15th and Independence with a cart to pick up Vernon Jones.

**12/12/20, 9:36 AM (Viewed 12/12/20, 9:40 AM)**

Keri (Morgan) Warner ▮▮▮▮▮

**12/12/20, 9:36 AM (Viewed 12/12/20, 9:40 AM)**

Keri (Morgan) Warner ▮▮▮▮▮

**12/12/20, 9:36 AM (Viewed 12/12/20, 9:40 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

The speakers list and letter ARE NOT TO BE POSTED PUBLICLY!

**12/12/20, 9:34 AM (Viewed 12/12/20, 9:40 AM)**

Anna Khait ▮▮▮▮▮

Lololololololol

KKremer4244

**12/12/20, 9:33 AM (Viewed 12/12/20, 9:40 AM)**

Matt Couch ▮▮▮▮

Hahahahaha yes!

**12/12/20, 9:33 AM (Viewed 12/12/20, 9:40 AM)**

Keri (Morgan) Warner ▮▮▮▮

Laughed at "Fake news being escorted from the property "

**12/12/20, 9:33 AM (Viewed 12/12/20, 9:40 AM)**

Cjaye Englestad ▮▮▮▮

Hahahahaha that is awesome

**12/12/20, 9:33 AM (Viewed 12/12/20, 9:40 AM)**

Ray March ▮▮▮▮

Fake news being escorted from the property

**12/12/20, 9:12 AM (Viewed 12/12/20, 9:15 AM)**

Cindy Chafian ▮▮▮▮

I'm working on that right now

**12/12/20, 9:12 AM (Viewed 12/12/20, 9:15 AM)**

James Lyle ▮▮▮▮

Will need credentials for Peter Daniel the Jumbotron guy

**12/12/20, 9:11 AM**

Vinny ▮▮▮▮

On my way

**12/12/20, 9:09 AM (Viewed 12/12/20, 9:11 AM)**

Cindy Chafian ▮▮▮▮

Vinny I need you to come here with the flatbed please opposite side of The plaza where are the barriers are

**12/12/20, 9:07 AM**

James Lyle ▮▮▮▮

Vinnie has 2 guys

**12/12/20, 9:07 AM**

Cindy Chafian ▮▮▮▮

I need some volunteers on the plaza to help me put these barriers up

**12/12/20, 8:47 AM**

Cindy Chafian ▮▮▮▮

**12/12/20, 8:47 AM**

Cindy Chafian ▮▮▮▮

https://forms.gle/jKoxzxvzC1Jm5Q517
(Sent with URL)

**12/12/20, 8:47 AM**

Cindy Chafian ▮▮▮▮

Please make sure this is completed. I need to give them their order.

**12/12/20, 8:46 AM (Viewed 12/12/20, 8:47 AM)**

Cindy Chafian ▮▮▮▮

Coffee a pastries.

**12/12/20, 8:46 AM (Viewed 12/12/20, 8:47 AM)**

Cindy Chafian ▮▮▮▮

Breakfast is in the suite.

KKremer4245

**12/12/20, 8:25 AM (Viewed 12/12/20, 8:26 AM)**

Matt Couch

I left one on the bus in the back charging if you need it Cindy.

**12/12/20, 8:25 AM (Viewed 12/12/20, 8:26 AM)**

Cindy Chafian

I'm going to need a backup battery pack today

**12/12/20, 8:19 AM (Viewed 12/12/20, 8:26 AM)**

Don Thompson

Sign is at the sound equipment stage right

**12/12/20, 8:17 AM (Viewed 12/12/20, 8:26 AM)**

Cindy Chafian

See Don

**12/12/20, 8:16 AM (Viewed 12/12/20, 8:26 AM)**

James Lyle

Sign is at stage

**12/12/20, 8:16 AM (Viewed 12/12/20, 8:26 AM)**

Jason Funes

Coming to Willard to pick up podium sign now; eta 5min

**12/12/20, 8:15 AM (Viewed 12/12/20, 8:26 AM)**

Vinny

Ok

**12/12/20, 8:15 AM (Viewed 12/12/20, 8:26 AM)**

Greg Kurbatroff

Kurbatoff/ security

**12/12/20, 8:15 AM (Viewed 12/12/20, 8:26 AM)**

Cindy Chafian

Name

**12/12/20, 8:15 AM (Viewed 12/12/20, 8:26 AM)**

Cindy Chafian (7573298342)

Full

**12/12/20, 8:14 AM (Viewed 12/12/20, 8:26 AM)**

Vinny

Last name?

**12/12/20, 8:14 AM (Viewed 12/12/20, 8:26 AM)**

Greg Kurbatroff

It's greg

**12/12/20, 8:13 AM**

Vinny

Whoever #      is, meet me at 14 and Pennsylvania and we'll take the cart together.

**12/12/20, 8:13 AM**

Cindy Chafian

It may take two people. Thank you.

**12/12/20, 8:13 AM**

Greg Kurbatroff

Give me 5 minutes I'll be there

KKremer4246

**12/12/20, 8:12 AM (Viewed 12/12/20, 8:13 AM)**

Cindy Chafian ▬▬▬▬

In my name and phone number. Thank you.

**12/12/20, 8:12 AM (Viewed 12/12/20, 8:13 AM)**

Cindy Chafian ▬▬▬▬

It's directly across the street at 14th and F.

**12/12/20, 8:12 AM (Viewed 12/12/20, 8:13 AM)**

Vinny ▬▬▬▬

Send me the info. I have the flatbed cart

**12/12/20, 8:12 AM (Viewed 12/12/20, 8:13 AM)**

Cindy Chafian ▬▬▬▬

I need someone to go get the order from corner bakery and take it to the suite.

**12/12/20, 8:05 AM**

Matt Couch ▬▬▬▬

Loved "Y'all, today is crazy. Please DO NOT use this message as a chat. ONLY for essential information. Thank you ALL so much for your hard work - TODAY WILL BE HISTORIC and we are grateful you all apart of the team!!! God Bless you all."

**12/12/20, 8:04 AM**

Kylie Jane Kremer (+▬▬▬▬

> Y'all, today is crazy. Please DO NOT use this message as a chat. ONLY for essential information. Thank you ALL so much for your hard work - TODAY WILL BE HISTORIC and we are grateful you all apart of the team!!! God Bless you all.

**12/12/20, 8:04 AM**

Pastor Greg Locke [TN] ▬▬▬▬

Loved an image

**12/12/20, 8:03 AM**

Cindy Chafian ▬▬▬▬

**12/12/20, 8:00 AM (Viewed 12/12/20, 8:03 AM)**

Don Thompson ▬▬▬▬

I'm standing in front of the stage on the sand and will hand it to him when he comes down

**12/12/20, 7:57 AM (Viewed 12/12/20, 8:03 AM)**

Cindy Chafian ▬▬▬▬

Jason can come down and get it and take it back. He's got a cart

**12/12/20, 7:56 AM (Viewed 12/12/20, 8:03 AM)**

Don Thompson ▬▬▬▬

If anyone is going to the supreme court stage we need to get the women for America first podium signed down to that stage

**12/12/20, 7:42 AM (Viewed 12/12/20, 7:44 AM)**

Vinny ▬▬▬▬

Tell Bowman to come to the flatbed cart by the stage. We can take him.

**12/12/20, 7:38 AM (Viewed 12/12/20, 7:44 AM)**

Cindy Chafian ▬▬▬▬

Who is available to drive Bowman in a golf cart to the perimeter

**12/12/20, 7:03 AM (Viewed 12/12/20, 7:06 AM)**

Bay Cagle ▬▬▬▬

Wow! Spectacular

**12/12/20, 7:01 AM (Viewed 12/12/20, 7:02 AM)**

Charles Bowman ▬▬▬▬

KKremer4247

**12/12/20, 7:01 AM (Viewed 12/12/20, 7:02 AM)**

Charles Bowman ▮▮▮▮▮▮

Parc*

**12/12/20, 6:59 AM (Viewed 12/12/20, 7:00 AM)**

Charles Bowman ▮▮▮▮▮▮

Laughed at "Call me a give me a few minutes I'm still reading text from yesterday I'll meet you there"

**12/12/20, 6:58 AM**

Cjaye Englestad ▮▮▮▮▮▮

Laughed at "Willard fun facts:

Cafe' du Lare opens at 6:30a Ⓤ Ⓢ

☕#"

**12/12/20, 6:58 AM**

Don Thompson ▮▮▮▮▮▮

Call me a give me a few minutes I'm still reading text from yesterday I'll meet you there

**12/12/20, 6:58 AM**

Charles Bowman ▮▮▮▮▮▮

Willard fun facts:

Cafe' du Lare opens at 6:30a Ⓤ Ⓢ

☕

**12/12/20, 12:05 AM (Viewed 12/12/20, 12:07 AM)**

Vinny ▮▮▮▮▮▮

Done. Thanks!

**12/12/20, 12:01 AM (Viewed 12/12/20, 12:07 AM)**

Don Thompson ▮▮▮▮▮▮

Thank you Cindy

**12/12/20, 12:00 AM (Viewed 12/12/20, 12:07 AM)**

Bay Cagle ▮▮▮▮▮▮

Loved "https://forms.gle/hac37UbUHj4L7sKG8"

**12/11/20, 11:58 PM (Viewed 12/11/20, 11:59 PM)**

Cindy Chafian ▮▮▮▮▮▮

Liked "Thanks Cindy "

**12/11/20, 11:55 PM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮▮

Liked "https://forms.gle/hac37UbUHj4L7sKG8"

**12/11/20, 11:53 PM**

Matt Couch ▮▮▮▮▮▮

Thanks Cindy

**12/11/20, 11:53 PM**

Cindy Chafian ▮▮▮▮▮▮

Liked "Thank you Cindy "

KKremer4248

**12/11/20, 11:51 PM (Viewed 12/11/20, 11:52 PM)**

Keri (Morgan) Warner ▮▮▮▮▮

Thank you Cindy

**12/11/20, 11:49 PM**

Cindy Chafian ▮▮▮▮▮

**12/11/20, 11:49 PM**

Cindy Chafian ▮▮▮▮▮

**12/11/20, 11:49 PM**

Cindy Chafian ▮▮▮▮▮

**12/11/20, 11:49 PM**

Cindy Chafian ▮▮▮▮▮

https://forms.gle/hac37UbUHj4L7sKG8
(Sent with URL)

**12/11/20, 11:49 PM**

Cindy Chafian ▮▮▮▮▮

Hey all. This is the Google form. Please complete for post event dinner tomorrow night in the suite.

**12/11/20, 11:43 PM (Viewed 12/11/20, 11:47 PM)**

Vinny ▮▮▮▮▮

JW Marriott has all patio and roof access points sealed per Secret Service as of this evening. I also have a room with full view of freedom plaza available. RSBN will be using the room 545

**12/11/20, 11:38 PM**

Jonathan Williams ▮▮▮▮▮

Anyway to get roof access later in the afternoon tomorrow?

**12/11/20, 11:37 PM (Viewed 12/11/20, 11:38 PM)**

Pastor Brian Gibson ▮▮▮▮▮

**12/11/20, 11:37 PM (Viewed 12/11/20, 11:38 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Loved an image

**12/11/20, 11:37 PM (Viewed 12/11/20, 11:38 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Loved an image

**12/11/20, 11:37 PM (Viewed 12/11/20, 11:38 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Loved an image

**12/11/20, 11:37 PM (Viewed 12/11/20, 11:38 PM)**

Mommagrizzly [Chairman, Women For Trump] (7708780024)

Loved "Let me know if you guys need the room for camera access. Call my assistant if you need in. I have one at the JW. "

**12/11/20, 11:36 PM (Viewed 12/11/20, 11:38 PM)**

Pastor Brian Gibson ▮▮▮▮▮

Let me know if you guys need the room for camera access. Call my assistant if you need in. I have one at the JW.

**12/11/20, 11:36 PM (Viewed 12/11/20, 11:38 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Y'all,
Where are the signs that were in the suv? The orange & white boxes

KKremer4249

**12/11/20, 11:29 PM (Viewed 12/11/20, 11:33 PM)**

Pastor Brian Gibson ▮▮▮▮▮

I love Roger.

**12/11/20, 11:28 PM (Viewed 12/11/20, 11:33 PM)**

Jeff Rainforth ▮▮▮▮▮

Liked a movie

**12/11/20, 11:26 PM (Viewed 12/11/20, 11:33 PM)**

Matt Couch ▮▮▮▮▮

Haha

**12/11/20, 11:14 PM (Viewed 12/11/20, 11:33 PM)**

Jeff Rainforth ▮▮▮▮▮

Laughed at "That's awesome!

But you're breaking the rules 😊 - jk "

**12/11/20, 11:13 PM (Viewed 12/11/20, 11:33 PM)**

Vinny ▮▮▮▮▮

**12/11/20, 11:13 PM (Viewed 12/11/20, 11:33 PM)**

Vinny ▮▮▮▮▮

**12/11/20, 11:13 PM (Viewed 12/11/20, 11:33 PM)**

Vinny ▮▮▮▮▮

**12/11/20, 11:13 PM (Viewed 12/11/20, 11:33 PM)**

Vinny ▮▮▮▮▮

**12/11/20, 11:11 PM (Viewed 12/11/20, 11:33 PM)**

Keri (Morgan) Warner ▮▮▮▮▮

That's awesome!

But you're breaking the rules 😊 - jk

**12/11/20, 11:10 PM (Viewed 12/11/20, 11:33 PM)**

Jeff Rainforth ▮▮▮▮▮

Roger Stone just spoke to thousands of Proud Boys outside our hotel.

**12/11/20, 10:25 PM (Viewed 12/11/20, 10:29 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Emphasized "EVERYONE!!!
Please stay in the hotel for the evening!!! "

**12/11/20, 10:24 PM (Viewed 12/11/20, 10:29 PM)**

Keri (Morgan) Warner ▮▮▮▮▮

Liked "EVERYONE!!!
Please stay in the hotel for the evening!!! "

**12/11/20, 10:24 PM (Viewed 12/11/20, 10:29 PM)**

Ken Goodwin ▮▮▮▮▮

EVERYONE!!!
Please stay in the hotel for the evening!!!

**12/11/20, 9:42 PM (Viewed 12/11/20, 9:47 PM)**

Don Thompson ▮▮▮▮▮

The trailer is now on site we are securing it I will get the signed off the plexiglass podium. But advance crew only has one sign

KKremer4250

**12/11/20, 9:41 PM (Viewed 12/11/20, 9:47 PM)**

James Lyle ▓▓▓▓▓

We need to make sure we have a podium sign at freedom plaza and one at SCOTUS

**12/11/20, 8:34 PM (Viewed 12/11/20, 8:42 PM)**

Charles Bowman ▓▓▓▓▓

No gray hard suitcase on advance trailer

**12/11/20, 8:31 PM (Viewed 12/11/20, 8:42 PM)**

Scott Johnston ▓▓▓▓▓

I'm checking in a room  there and we can ask.

**12/11/20, 8:31 PM (Viewed 12/11/20, 8:42 PM)**

Joe Petry ▓▓▓▓▓

If we were able to get in JW and go to the roof that would be awesome also!!

**12/11/20, 8:29 PM (Viewed 12/11/20, 8:42 PM)**

James Lyle ▓▓▓▓▓

Nice

**12/11/20, 8:28 PM (Viewed 12/11/20, 8:42 PM)**

Pastor Brian Gibson ▓▓▓▓▓

Hey guys this is Pastor Brian and I've got a room in the JW overlooking the plaza

**12/11/20, 8:26 PM (Viewed 12/11/20, 8:42 PM)**

Joe Petry ▓▓▓▓▓

Sorry Amy! I had to walk up the street with all the equipment and missed your call!

**12/11/20, 8:16 PM (Viewed 12/11/20, 8:42 PM)**

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓▓

Joe, I'll call you

**12/11/20, 8:07 PM (Viewed 12/11/20, 8:10 PM)**

Joe Petry ▓▓▓▓▓

Hi this is joe with RSBN. I just wanted to see if anyone in the hotel has a room overlooking the plaza that would be ok with us setting up a camera to capture some overflow for tomorrow! It would be very cool for our stream! Thank You!

**12/11/20, 8:04 PM (Viewed 12/11/20, 8:10 PM)**

Grace Solanda ▓▓▓▓▓

Thanks Amy! We are having a game plan meeting rn for our team, will be up after if you guys aren't done!

**12/11/20, 7:49 PM (Viewed 12/11/20, 7:52 PM)**

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓▓

Everyone on this text is invited!

**12/11/20, 7:31 PM (Viewed 12/11/20, 7:33 PM)**

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓▓

Guys and dolls,
Dinner is at 8PM in room 610. The MFT team only.

See you all soon.

**12/11/20, 7:29 PM**

Liz Willis ▓▓▓▓▓

Loved "Thank you to everyone who came to speak or promoted tonight's press conference!! We had about 11K people watching that livestream in anticipation to tomorrow historic march. If God if for us, who can be against us!! God bless 🇺🇸🫶#🇮🇱"

KKremer4251

**12/11/20, 7:29 PM**

Jason Funes ▆▆▆▆▆

Thank you to everyone who came to speak or promoted tonight's press conference!! We had about 11K people watching that livestream in anticipation to tomorrow historic march. If God if for us, who can be against us!! God bless 📖⚔️✝️

**12/11/20, 7:28 PM (Viewed 12/11/20, 7:29 PM)**

Charles Bowman ▆▆▆▆▆

I'm dropping the truck & trailer in Virginia with the buses. I'll open it up and make sure it's not in there for any reason. 👍

**12/11/20, 7:10 PM**

Ken Goodwin ▆▆▆▆▆

Everyone please check in your rooms, we're missing a large gray hard case suitcase.

**12/11/20, 7:03 PM (Viewed 12/11/20, 7:05 PM)**

Jason Funes ▆▆▆▆▆

Team March For Trump Press Conference

In order to unite all freedom loving Americans, social media influencers, organizations, and individuals attending and promoting tomorrow's March For Trump at Freedom Plaza Saturday December 12th at 12pm, there will be a March For Trump press conference hosted by Women For America First, Right Side Broadcasting Network, Matt Couch, and others.

Tonight's March For Trump press conference is a private event hosted at The Willard InterContinental hotel at 6pm in Washington D.C.

As America and the entire world descends upon Washington D.C. for tomorrow's March For Trump, the groups organizing and attending tomorrow's march will give background about the events which have led up to this event and today's press conference will symbolize a unified effort on behalf of all Americans citizens and their desire to #AuditTheVote and support a free and fair Presidential election.

Team March For Trump Press Conference

https://youtu.be/MgX0BRlly54

https://www.facebook.com/WomenForAmericaFirst/videos/team-march-for-trump-press-conference-from-dc/874474799956807/

https://twitter.com/rsbnetwork/status/1337544059569676288?s=21

**12/11/20, 7:03 PM (Viewed 12/11/20, 7:05 PM)**

Jason Funes ▆▆▆▆▆

We are live NOW in 1139

**12/11/20, 6:56 PM**

Jonathan Williams ▆▆▆▆▆

And do you want photos?

**12/11/20, 6:56 PM**

Jonathan Williams ▆▆▆▆▆

What time is it starting?

**12/11/20, 6:48 PM (Viewed 12/11/20, 6:49 PM)**

Matt Couch ▆▆▆▆▆

Would you all please share on your platforms

**12/11/20, 6:48 PM (Viewed 12/11/20, 6:49 PM)**

Matt Couch ▆▆▆▆▆

**12/11/20, 6:48 PM (Viewed 12/11/20, 6:49 PM)**

Matt Couch ▆▆▆▆▆

KKremer4252

**12/11/20, 6:48 PM (Viewed 12/11/20, 6:49 PM)**

Matt Couch ▮▮▮▮▮

**12/11/20, 6:48 PM (Viewed 12/11/20, 6:49 PM)**

Matt Couch ▮▮▮▮▮

https://youtu.be/MgX0BRIly54
(Sent with URL)

**12/11/20, 6:24 PM**

Liz Willis ▮▮▮▮▮

**12/11/20, 6:24 PM**

Liz Willis ▮▮▮▮▮

https://youtu.be/MgX0BRIly54
(Sent with URL)

**12/11/20, 6:24 PM**

Liz Willis ▮▮▮▮▮

Everyone please share our YouTube stream for tonight's press conference!

**12/11/20, 6:23 PM**

Matt Couch ▮▮▮▮▮

Anyone who wants to speak we'd love to have you.

**12/11/20, 6:23 PM**

Matt Couch ▮▮▮▮▮

We're all in 1139 with RSBN Willard Hotel would not let us broadcast inside or outside.

**12/11/20, 6:20 PM**

Liz Willis ▮▮▮▮▮

Press conference: 6:30 pm
Room 1139

**12/11/20, 6:15 PM (Viewed 12/11/20, 6:16 PM)**

Keri (Morgan) Warner ▮▮▮▮▮

Liked "Everyone needs to be carrying a mask and their ID at all times. "

**12/11/20, 6:15 PM**

Kylie Jane Kremer (+▮▮▮▮▮

Everyone needs to be carrying a mask and their ID at all times.

**12/11/20, 5:54 PM**

Jennifer Hulsey ▮▮▮▮▮

Bag

**12/11/20, 5:54 PM**

Jennifer Hulsey ▮▮▮▮▮

Dustin do you have my bad

**12/11/20, 5:54 PM**

Kylie Jane Kremer (+▮▮▮▮▮

Message not delivered.

**12/11/20, 5:53 PM**

Dustin Stockton ▮▮▮▮▮

Loved "Press conference moved to 6:30"

**12/11/20, 5:53 PM**

Matt McCleskey ▮▮▮▮▮

KKremer4253

**12/11/20, 5:53 PM**

Liz Willis ██████████

Location tbd

**12/11/20, 5:53 PM**

Liz Willis ██████████

Press conference moved to 6:30

**12/11/20, 5:49 PM**

Kylie Jane Kremer (+██████████

I have this bag in 610

**12/11/20, 5:26 PM (Viewed 12/11/20, 5:47 PM)**

Keri (Morgan) Warner ██████████

Liked "You can check in now. "

**12/11/20, 5:26 PM (Viewed 12/11/20, 5:47 PM)**

Jonathan Williams ██████████

You can check in now.

**12/11/20, 5:07 PM (Viewed 12/11/20, 5:47 PM)**

Keri (Morgan) Warner ██████████

Loved an image

**12/11/20, 5:04 PM (Viewed 12/11/20, 5:47 PM)**

Matt Couch ██████████

Awesomeness

**12/11/20, 5:04 PM (Viewed 12/11/20, 5:47 PM)**

Vinny ██████████

**12/11/20, 5:04 PM (Viewed 12/11/20, 5:47 PM)**

Vinny ██████████

We made it!

**12/11/20, 4:36 PM (Viewed 12/11/20, 4:38 PM)**

Jonathan Williams ██████████

Photos are uploaded to DB

**12/11/20, 4:29 PM**

Don Thompson ██████████

Loved an image

**12/11/20, 3:42 PM (Viewed 12/11/20, 3:46 PM)**

Vinny ██████████

Loved an image

**12/11/20, 3:41 PM**

Keri (Morgan) Warner ██████████

**12/11/20, 3:34 PM**

Vinny ██████████

**12/11/20, 3:33 PM (Viewed 12/11/20, 3:36 PM)**

Vinny ██████████

**12/11/20, 3:33 PM (Viewed 12/11/20, 3:36 PM)**

Vinny ██████████

**12/11/20, 3:33 PM**

Vinny ██████████

KKremer4254

**12/11/20, 3:33 PM**

Vinny ▮▮▮▮▮

**12/11/20, 3:33 PM**

Vinny ▮▮▮▮▮

**12/11/20, 3:33 PM**

Pastor Greg Locke [TN] ▮▮▮▮▮

Loved an image

**12/11/20, 3:33 PM**

Jonathan Williams ▮▮▮▮▮

**12/11/20, 3:24 PM (Viewed 12/11/20, 3:25 PM)**

Jeff Rainforth ▮▮▮▮▮

Lindell: Get to DC & pray.

**12/11/20, 12:58 PM (Viewed 12/11/20, 12:59 PM)**

Dustin Stockton ▮▮▮▮▮

Bowman

**12/11/20, 12:58 PM (Viewed 12/11/20, 12:59 PM)**

Jason Funes ▮▮▮▮▮

Contact Charles Bowman

**12/11/20, 12:58 PM**

Keri (Morgan) Warner ▮▮▮▮▮

Anyone have Mikes car? He is on the bus now and asking for it.

**12/11/20, 12:56 PM (Viewed 12/11/20, 12:58 PM)**

Jason Funes ▮▮▮▮▮

**12/11/20, 12:56 PM (Viewed 12/11/20, 12:58 PM)**

Jason Funes ▮▮▮▮▮

**12/11/20, 12:56 PM (Viewed 12/11/20, 12:58 PM)**

Jason Funes ▮▮▮▮▮

**12/11/20, 12:56 PM (Viewed 12/11/20, 12:58 PM)**

Jason Funes ▮▮▮▮▮

https://www.facebook.com/rightsidebroadcasting/videos/172210661275227/
(Sent with URL)

**12/11/20, 12:56 PM (Viewed 12/11/20, 12:58 PM)**

Jason Funes ▮▮▮▮▮

Since YouTube is censoring RSBN's feed, please share the following link to Facebook in order to livestream our Harrisburg, PA March For Trump Bus Tour event:

**12/11/20, 11:25 AM**

Jason Funes ▮▮▮▮▮

Loved an image

**12/11/20, 11:25 AM**

Bay Cagle ▮▮▮▮▮

Bay is pleased😊

**12/11/20, 11:24 AM**

Charles Bowman ▮▮▮▮▮

Our bus parking permit. Ready to present when I see you pull up @ James

KKremer4255

12/11/20, 11:23 AM (Viewed 12/11/20, 11:24 AM)

Charles Bowman ▉▉▉

12/11/20, 11:21 AM (Viewed 12/11/20, 11:24 AM)

Charles Bowman ▉▉▉

Laughed at a movie

12/11/20, 11:20 AM (Viewed 12/11/20, 11:24 AM)

Grace Solanda ▉▉▉

Don is ready

12/11/20, 11:17 AM (Viewed 12/11/20, 11:18 AM)

James Lyle ▉▉▉

Loved "Not only did they not charge me, they offered a donation on exchange for a MAGA hat and t-shirt. This trip has been a Blessing ❤#"

12/11/20, 11:16 AM

Vinny ▉▉▉

12/11/20, 10:47 AM

Kylie Jane Kremer (+▉▉▉

Loved "Not only did they not charge me, they offered a donation on exchange for a MAGA hat and t-shirt. This trip has been a Blessing ❤#"

12/11/20, 10:46 AM

Jeff Rainforth ▉▉▉

Thanks, Kylie. 760, yeah. It's for posting

12/11/20, 10:46 AM

Jeff Rainforth ▉▉▉

Liked "Thanks Jeff for all of your hard work!!"

12/11/20, 10:41 AM (Viewed 12/11/20, 10:43 AM)

Cjaye Englestad ▉▉▉

Loved a movie

12/11/20, 10:41 AM (Viewed 12/11/20, 10:43 AM)

Keri (Morgan) Warner ▉▉▉

Emphasized "Not only did they not charge me, they offered a donation on exchange for a MAGA hat and t-shirt. This trip has been a Blessing ❤#"

12/11/20, 10:40 AM (Viewed 12/11/20, 10:41 AM)

Vinny ▉▉▉

Not only did they not charge me, they offered a donation on exchange for a MAGA hat and t-shirt. This trip has been a Blessing ♡

12/11/20, 10:40 AM (Viewed 12/11/20, 10:41 AM)

Vinny ▉▉▉

12/11/20, 10:22 AM (Viewed 12/11/20, 10:24 AM)

Matt Couch ▉▉▉

Loved "Thanks Jeff for all of your hard work!!"

12/11/20, 10:22 AM (Viewed 12/11/20, 10:24 AM)

Jennifer Hulsey ▉▉▉

♡

12/11/20, 10:21 AM (Viewed 12/11/20, 10:24 AM)

Grace Solanda ▉▉▉

Can I post it?

193

KKremer4256

**12/11/20, 10:17 AM**

Bay Cagle ▬▬▬

Loved a movie

**12/11/20, 10:17 AM**
Kylie Jane Kremer (+▬▬▬

Thanks Jeff for all of your hard work!!

**12/11/20, 10:15 AM (Viewed 12/11/20, 10:17 AM)**
Keri (Morgan) Warner ▬▬▬

Liked "New get to DC promo video. "

**12/11/20, 10:14 AM (Viewed 12/11/20, 10:15 AM)**
Jeff Rainforth ▬▬▬

New get to DC promo video.

**12/10/20, 11:31 PM (Viewed 12/10/20, 11:35 PM)**
Bay Cagle ▬▬▬

Liked "10:30 bus call
11 wheels up"

**12/10/20, 11:13 PM**
Jonathan Williams ▬▬▬

Loved "10:30 bus call
11 wheels up"

**12/10/20, 11:13 PM**
Kylie Jane Kremer (+▬▬▬

10:30 bus call
11 wheels up

**12/10/20, 11:13 PM**
Keri (Morgan) Warner ▬▬▬

Liked "Hi. Before I fall asleep...can you remind us of call time?"

**12/10/20, 11:12 PM**
Jonathan Williams ▬▬▬

Hi. Before I fall asleep...can you remind us of call time?

**12/10/20, 10:39 PM**
Vinny ▬▬▬

Liked "Thank you Vinny! I love these pictures"

**12/10/20, 10:39 PM**
Vinny ▬▬▬

Right place.
Right time.

**12/10/20, 10:39 PM**
Dustin Stockton ▬▬▬

Thank you Vinny! I love these pictures

**12/10/20, 10:38 PM**
Vinny ▬▬▬

**12/10/20, 10:38 PM**
Vinny ▬▬▬

**12/10/20, 10:38 PM**
Vinny ▬▬▬

KKremer4257

**12/10/20, 10:38 PM (Viewed 12/10/20, 10:39 PM)**

Vinny ███████

**12/10/20, 10:38 PM**

Vinny ███████

**12/10/20, 10:38 PM**

Vinny ███████

**12/10/20, 10:38 PM**

Jennifer Lawerence ████████

Omg ken to the rescue!!!!

**12/10/20, 10:38 PM**

Vinny ███████

**12/10/20, 10:38 PM**

Vinny ███████

**12/10/20, 10:38 PM**

Jennifer Lawerence ████████

Loved "THANK GOD! Thank you Ken!!!"

**12/10/20, 10:38 PM**

Kylie Jane Kremer (+ ████████

THANK GOD! Thank you Ken!!!

**12/10/20, 10:38 PM**

Bay Cagle ████████

Loved "Kylie, I found it. It's on Ray's bus. Presently, we're getting gas, then washing the bus. When we get back, I'll bring it to you. "

**12/10/20, 10:37 PM**

Bay Cagle ████████

Loved "YAY!!!!"

**12/10/20, 10:37 PM**

Keri (Morgan) Warner ████████

Loved "Kylie, I found it. It's on Ray's bus. Presently, we're getting gas, then washing the bus. When we get back, I'll bring it to you. "

**12/10/20, 10:37 PM**

Dustin Stockton ████████

YAY!!!!

**12/10/20, 10:37 PM**

Cjaye Englestad ████████

Not me

**12/10/20, 10:37 PM**

Ken Goodwin ████████

Kylie, I found it. It's on Ray's bus. Presently, we're getting gas, then washing the bus. When we get back, I'll bring it to you.

**12/10/20, 10:37 PM**

Dustin Stockton ████████

Does anyone have pictures of me with Amy and Kylie?

**12/10/20, 10:35 PM**

Kylie Jane Kremer (+ ████████

I am about to flip out.

195

KKremer4258

**12/10/20, 10:34 PM**

Keri (Morgan) Warner ▊▊▊▊

Only have my 1 :-(

**12/10/20, 10:33 PM (Viewed 12/10/20, 10:34 PM)**

Dustin Stockton ▊▊▊▊

We just checked and don't have it

**12/10/20, 10:33 PM**

Bay Cagle ▊▊▊▊

Not me

**12/10/20, 10:33 PM**

Laurence Kennedy ▊▊▊▊

I do t have it

**12/10/20, 10:33 PM**

Jonathan Williams ▊▊▊▊

I don't have it

**12/10/20, 10:33 PM**

Kylie Jane Kremer (+▊▊▊▊

Can everyone please check their bags?

**12/10/20, 10:25 PM**

Kylie Jane Kremer (+▊▊▊▊

Just checking - does anyone have a black tumi suitcase with a pink delta skymiles tag on it????

**12/10/20, 10:24 PM**

Kylie Jane Kremer (+▊▊▊▊

Loved "https://twitter.com/pastorlocke/status/1337228112665468929?s=21"

**12/10/20, 9:54 PM (Viewed 12/10/20, 10:20 PM)**

Jennifer Lawerence ▊▊▊▊

**12/10/20, 9:54 PM (Viewed 12/10/20, 10:20 PM)**

Jennifer Lawerence ▊▊▊▊

**12/10/20, 9:54 PM (Viewed 12/10/20, 10:20 PM)**

Jennifer Lawerence ▊▊▊▊

**12/10/20, 9:54 PM (Viewed 12/10/20, 10:20 PM)**

Jennifer Lawerence ▊▊▊▊

**12/10/20, 9:54 PM (Viewed 12/10/20, 10:20 PM)**

Jennifer Lawerence ▊▊▊▊

**12/10/20, 9:54 PM (Viewed 12/10/20, 10:20 PM)**

Jennifer Lawerence ▊▊▊▊

https://twitter.com/pastorlocke/status/1337228112665468929?s=21
(Sent with URL)

**12/10/20, 9:53 PM**

Jennifer Lawerence ▊▊▊▊

Please make sure to retweet this!!!

**12/10/20, 9:27 PM (Viewed 12/10/20, 9:46 PM)**

Keri (Morgan) Warner ▊▊▊▊

Liked "Here's the DB link for stills for new people. There will be more images uploaded tonight so if you don't see your images I'll get them in ASAP."

196

KKremer4259

**12/10/20, 9:27 PM (Viewed 12/10/20, 9:46 PM)**

Jonathan Williams ▮▮▮▮

**12/10/20, 9:27 PM (Viewed 12/10/20, 9:46 PM)**

Jonathan Williams ▮▮▮▮

https://www.dropbox.com/sh/otandffzpwbb3ld/AACYf498HONYpEEp-F1TpL24a?dl=0
(Sent with URL)

**12/10/20, 9:27 PM (Viewed 12/10/20, 9:46 PM)**

Jonathan Williams ▮▮▮▮

Here's the DB link for stills for new people. There will be more images uploaded tonight so if you don't see your images I'll get them in ASAP.

**12/10/20, 8:59 PM (Viewed 12/10/20, 9:46 PM)**

Dustin Stockton ▮▮▮▮

**12/10/20, 8:59 PM (Viewed 12/10/20, 9:46 PM)**

Dustin Stockton ▮▮▮▮

https://twitter.com/dustinstockton/status/1337215206204846084?s=21
(Sent with URL)

**12/10/20, 8:38 PM (Viewed 12/10/20, 9:46 PM)**

Keri (Morgan) Warner ▮▮▮▮

Loved "Caring/Praying for an injured restaurant worker until the ambulance arrived. Job well done, Team!"

**12/10/20, 8:38 PM (Viewed 12/10/20, 9:46 PM)**

James Lyle ▮▮▮▮

Loved an image

**12/10/20, 8:38 PM (Viewed 12/10/20, 9:46 PM)**

James Lyle ▮▮▮▮

Loved "Caring/Praying for an injured restaurant worker until the ambulance arrived. Job well done, Team!"

**12/10/20, 8:37 PM (Viewed 12/10/20, 9:46 PM)**

Vinny ▮▮▮▮

Caring/Praying for an injured restaurant worker until the ambulance arrived. Job well done, Team!

**12/10/20, 8:20 PM (Viewed 12/10/20, 8:23 PM)**

Grace Solanda ▮▮▮▮

Loved "https://twitter.com/amykremer/status/1337204261701218305?s=21"

**12/10/20, 8:15 PM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

**12/10/20, 8:15 PM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

**12/10/20, 8:15 PM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

**12/10/20, 8:15 PM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

https://twitter.com/amykremer/status/1337204261701218305?s=21
(Sent with URL)

**12/10/20, 7:11 PM**

Jennifer Hulsey ▮▮▮▮

We are going to park now

KKremer4260

**12/10/20, 7:11 PM**

Jennifer Hulsey ▮▮▮▮▮

Restaurant is Market across Pub and Brewery 113

**12/10/20, 7:04 PM**

Jeff Rainforth ▮▮▮▮▮

Vids from today in the 12-10 Dropbox. More coming

**12/10/20, 7:02 PM**

Anna Khait ▮▮▮▮▮

That's fine. How far is the hotel bc I have to run bc I have an interview had to bump a few times?

**12/10/20, 7:01 PM**

Vinny ▮▮▮▮▮

Loved "Guys & Dolls,
Thank you for another great day!

We are about to stop for dinner. Please fill your tummy & enjoy dinner, but as soon as we are done, we need to hit the road.

We want our drivers to be rested going into DC, so we need to eat and head to the hotel.

We are all blessed to be on this historic journey together. God bless you all for your commitment to our nation.

Love you all! 👫#"

**12/10/20, 7:00 PM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

Guys & Dolls,
Thank you for another great day!

We are about to stop for dinner. Please fill your tummy & enjoy dinner, but as soon as we are done, we need to hit the road.

We want our drivers to be rested going into DC, so we need to eat and head to the hotel.

We are all blessed to be on this historic journey together. God bless you all for your commitment to our nation.

Love you all! 👫🏃

**12/10/20, 6:56 PM (Viewed 12/10/20, 6:59 PM)**

Charles Bowman ▮▮▮▮▮

Laughed at a movie

**12/10/20, 6:56 PM (Viewed 12/10/20, 6:59 PM)**

Keri (Morgan) Warner ▮▮▮▮▮

Emphasized a movie

**12/10/20, 6:52 PM (Viewed 12/10/20, 6:53 PM)**

Vinny ▮▮▮▮▮

Laughed at a movie

**12/10/20, 6:50 PM (Viewed 12/10/20, 6:52 PM)**

Don Thompson ▮▮▮▮▮

**12/10/20, 6:47 PM (Viewed 12/10/20, 6:52 PM)**

Vinny ▮▮▮▮▮

Loved a movie

**12/10/20, 6:45 PM (Viewed 12/10/20, 6:52 PM)**

Pastor Brian Gibson ▮▮▮▮▮

KKremer4261

**12/10/20, 6:19 PM (Viewed 12/10/20, 6:28 PM)**

Don Thompson ▬▬▬▬

**12/10/20, 6:06 PM (Viewed 12/10/20, 6:28 PM)**

Jeff Rainforth ▬▬▬▬

Liked "Cool!"

**12/10/20, 6:05 PM (Viewed 12/10/20, 6:28 PM)**

Jeff Rainforth ▬▬▬▬

Yeah, it's good to go.

**12/10/20, 6:03 PM**

Vinny ▬▬▬▬

Jeffrey, May we share this on social media?

**12/10/20, 5:59 PM (Viewed 12/10/20, 6:03 PM)**

Don Thompson ▬▬▬▬

Liked "Montage video from last night's event. Get to DC & stand up - 1 minute length "

**12/10/20, 5:56 PM**

Grace Solanda ▬▬▬▬

Cool!

**12/10/20, 5:52 PM (Viewed 12/10/20, 5:54 PM)**

Jeff Rainforth ▬▬▬▬

Montage video from last night's event. Get to DC & stand up - 1 minute length

**12/10/20, 4:34 PM (Viewed 12/10/20, 4:39 PM)**

Mommagrizzly [Chairman, Women For Trump] ▬▬▬▬

**12/10/20, 4:34 PM (Viewed 12/10/20, 4:39 PM)**

Mommagrizzly [Chairman, Women For Trump] ▬▬▬▬

**12/10/20, 4:34 PM (Viewed 12/10/20, 4:39 PM)**

Mommagrizzly [Chairman, Women For Trump] ▬▬▬▬

**12/10/20, 4:34 PM (Viewed 12/10/20, 4:39 PM)**

Mommagrizzly [Chairman, Women For Trump] ▬▬▬▬

https://twitter.com/amykremer/status/1337146132884037633?s=21
(Sent with URL)

**12/10/20, 4:27 PM**

Mommagrizzly [Chairman, Women For Trump] ▬▬▬▬

Please!

Thanks y'all.

**12/10/20, 4:27 PM**

Mommagrizzly [Chairman, Women For Trump] ▬▬▬▬

Everyone get on the bus. We are leaving. This stop was just for Dustin to switch buses.

**12/10/20, 4:00 PM (Viewed 12/10/20, 4:02 PM)**

Dustin Stockton ▬▬▬▬

**12/10/20, 4:00 PM (Viewed 12/10/20, 4:02 PM)**

Dustin Stockton ▬▬▬▬

https://twitter.com/jenlawrence21/status/1337139922281635846?s=21
(Sent with URL)

**12/10/20, 4:00 PM (Viewed 12/10/20, 4:02 PM)**

Dustin Stockton ▬▬▬▬

Loved "Photos are uploaded to DB."

KKremer4262

**12/10/20, 3:59 PM**

Jonathan Williams ▇▇▇▇▇

Photos are uploaded to DB.

**12/10/20, 2:41 PM (Viewed 12/10/20, 2:42 PM)**

Greg Kurbatroff ▇▇▇▇▇

YW

**12/10/20, 2:41 PM (Viewed 12/10/20, 2:42 PM)**

Cindy Chafian ▇▇▇▇▇

Thanks. ☺

**12/10/20, 2:41 PM (Viewed 12/10/20, 2:42 PM)**

Cindy Chafian ▇▇▇▇▇

Liked "Kurbatoff "

**12/10/20, 2:41 PM (Viewed 12/10/20, 2:42 PM)**

Greg Kurbatroff ▇▇▇▇▇

Kurbatoff

**12/10/20, 2:40 PM (Viewed 12/10/20, 2:42 PM)**

Cindy Chafian ▇▇▇▇▇

Last name?

**12/10/20, 2:40 PM (Viewed 12/10/20, 2:42 PM)**

Greg Kurbatroff ▇▇▇▇▇

▇ is Greg

**12/10/20, 2:40 PM (Viewed 12/10/20, 2:42 PM)**

Matt Couch ▇▇▇▇▇

▇ is Anna I believe

**12/10/20, 2:39 PM (Viewed 12/10/20, 2:42 PM)**

Cindy Chafian ▇▇▇▇▇

Are*

**12/10/20, 2:39 PM (Viewed 12/10/20, 2:42 PM)**

Cindy Chafian ▇▇▇▇▇

Who is ▇ and ▇?

**12/10/20, 12:07 PM**

Jason Funes ▇▇▇▇▇

Since YouTube is censoring RSBN's feed, please share the following links via FB and Twitter to livestream our Pittsburgh, PA March For Trump Bus Tour event:

https://www.facebook.com/rightsidebroadcasting/videos/882427232497212/

https://twitter.com/rsbnetwork/status/1337079194178580480?s=10

**12/10/20, 9:49 AM (Viewed 12/10/20, 9:52 AM)**

Keri (Morgan) Warner ▇▇▇▇▇

Amy would like everyone on the first bus for a meeting now please - thanks!

**12/10/20, 8:55 AM (Viewed 12/10/20, 9:26 AM)**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇▇

Bus call 9:30AM
Mandatory Security Briefing 9:45AM
Wheels up 10:00AM

**12/10/20, 8:29 AM (Viewed 12/10/20, 9:26 AM)**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇▇

KKremer4263

**12/10/20, 8:29 AM (Viewed 12/10/20, 9:26 AM)**

Mommagrizzly [Chairman, Women For Trump] ██████

**12/10/20, 8:29 AM (Viewed 12/10/20, 9:26 AM)**

Mommagrizzly [Chairman, Women For Trump] ██████

**12/10/20, 8:29 AM (Viewed 12/10/20, 9:26 AM)**

Mommagrizzly [Chairman, Women For Trump] ██████

**12/10/20, 8:29 AM (Viewed 12/10/20, 9:26 AM)**

Mommagrizzly [Chairman, Women For Trump] ██████

**12/10/20, 8:29 AM (Viewed 12/10/20, 9:26 AM)**

Mommagrizzly [Chairman, Women For Trump] ██████

https://twitter.com/amykremer/status/1337025890572709889?s=21
(Sent with URL)

**12/10/20, 8:29 AM (Viewed 12/10/20, 9:26 AM)**

Mommagrizzly [Chairman, Women For Trump] ██████

Morning!
It's going to be a great day! See y'all in an hour.

I hope this makes everyone smile...

**12/10/20, 8:28 AM (Viewed 12/10/20, 9:26 AM)**

Mommagrizzly [Chairman, Women For Trump] ██████

That is James' coat. 😄

**12/10/20, 1:28 AM (Viewed 12/10/20, 1:48 AM)**

Vinny ██████

The wine and I believe the gloves and backpack are Gordy's. Not sure about the hangar stuff.

**12/10/20, 1:27 AM (Viewed 12/10/20, 1:48 AM)**

Vinny ██████

Dr Gordy. There should also be an open bottle of white wine and a glass/cup

**12/10/20, 1:17 AM (Viewed 12/10/20, 1:19 AM)**

Matt McCleskey ██████

Left in the lobby

**12/10/20, 1:16 AM (Viewed 12/10/20, 1:19 AM)**

Matt McCleskey ██████

Left in the lobby

**12/10/20, 1:07 AM**

Laurence Kennedy ██████

Thank you

**12/10/20, 1:07 AM**

Laurence Kennedy ██████

Ignore

**12/10/20, 1:07 AM**

Cindy Chafian ██████

9:30

**12/10/20, 1:06 AM (Viewed 12/10/20, 1:07 AM)**

Laurence Kennedy ██████

Do we have a call time for tomorrow morning?

KKremer4264

**12/9/20, 10:21 PM**

Laurence Kennedy ▇▇▇▇

Thank you!

**12/9/20, 10:14 PM (Viewed 12/9/20, 10:18 PM)**

Vinny ▇▇▇▇

Loved "Also, I'm ordering pizza to be at the hotel this evening."

**12/9/20, 10:14 PM (Viewed 12/9/20, 10:18 PM)**

Greg Kurbatroff ▇▇▇▇

👍

**12/9/20, 10:14 PM (Viewed 12/9/20, 10:18 PM)**

James Lyle ▇▇▇▇

**12/9/20, 10:13 PM (Viewed 12/9/20, 10:18 PM)**

Grace Solanda ▇▇▇▇

Sounds good!

**12/9/20, 10:12 PM (Viewed 12/9/20, 10:18 PM)**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇

Also, I'm ordering pizza to be at the hotel this evening.

**12/9/20, 10:12 PM (Viewed 12/9/20, 10:18 PM)**

Grace Solanda ▇▇▇▇

Will be there thank you

**12/9/20, 10:12 PM (Viewed 12/9/20, 10:18 PM)**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇

Yes, pls

**12/9/20, 10:11 PM (Viewed 12/9/20, 10:18 PM)**

Grace Solanda ▇▇▇▇

Thanks Amy, are you requesting RSBN to be at the meeting as well?

**12/9/20, 10:05 PM (Viewed 12/9/20, 10:07 PM)**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇

Everyone, the buses are getting full and the next 2 days we are going to have a full house.

We will be having some high profile people and dignitaries join us, so our buses need to be ready to accept guests.

Before we get to the hotel tonight, the buses need to be cleaned and then all personal items removed from the bus upon arrival.

Tomorrow morning, everyone should only bring one small bag on the bus. Please do not bring any suitcases or large carryons on the bus for the remainder of the trip.

Also, please make sure that you pick up after yourself and throw any trash away. Do not leave half empty water bottles, cans, etc., sitting around.

I know we have been living on the buses and we have nested, but the buses need to be presentable at all times for the next 2 days.

We are 1.5 hours out now. Tonight, please have your stuff ready to exit the bus immediately so the drivers can get some rest tonight.

Tomorrow...
Bus call 9:30AM
Mandatory Security briefing 9:45AM
Wheels up 10:00AM

We roll at 10:00AM because we have guests that will be waiting on us.

Please do not be late tomorrow. We are leaving at 10:00AM and if you aren't on the bus, you will be left.

KKremer4265

If anyone has any questions, please let me know.

I appreciate everyone of you and am glad you are here ok this historic tour!

Thanks all.🖤

**12/9/20, 9:31 PM (Viewed 12/9/20, 9:35 PM)**

Jonathan Williams ████████

Photos are uploaded to DB

**12/9/20, 8:47 PM (Viewed 12/9/20, 8:48 PM)**

Jennifer Lawerence ████████

Loved "I hope everyone understands. Thank you for being flexible and rolling with the punches."

**12/9/20, 8:46 PM (Viewed 12/9/20, 8:48 PM)**

Jennifer Lawerence ████████

Loved "Y'all, thanks for another great day on the March for Trump.

My apologies to those that didn't get to speak. I feel really bad about that, but it's one of those things that sometimes happens on these tours. "

**12/9/20, 8:46 PM (Viewed 12/9/20, 8:48 PM)**

Dustin Stockton ████████

I'm sorry everyone, I went long when I should have gone short

**12/9/20, 8:46 PM (Viewed 12/9/20, 8:48 PM)**

Mommagrizzly [Chairman, Women For Trump] ████████

I hope everyone understands. Thank you for being flexible and rolling with the punches.

**12/9/20, 8:45 PM (Viewed 12/9/20, 8:48 PM)**

Vinny ████████

Loved "Y'all, thanks for another great day on the March for Trump.

My apologies to those that didn't get to speak. I feel really bad about that, but it's one of those things that sometimes happens on these tours. "

**12/9/20, 8:45 PM (Viewed 12/9/20, 8:48 PM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Y'all, thanks for another great day on the March for Trump.

My apologies to those that didn't get to speak. I feel really bad about that, but it's one of those things that sometimes happens on these tours.

**12/9/20, 8:43 PM (Viewed 12/9/20, 8:48 PM)**

Vinny ████████

👌

**12/9/20, 8:42 PM (Viewed 12/9/20, 8:43 PM)**

Ken Goodwin ████████

**12/9/20, 8:42 PM (Viewed 12/9/20, 8:43 PM)**

Ken Goodwin ████████

**12/9/20, 8:42 PM (Viewed 12/9/20, 8:43 PM)**

Ken Goodwin ████████

**12/9/20, 8:42 PM (Viewed 12/9/20, 8:43 PM)**

Ken Goodwin ████████

https://www.marriott.com/hotels/travel/mgwri-residence-inn-morgantown/?scid=45f93f1b-bd77-45c9-8dab-83b6a417f6fe
(Sent with URL)

KKremer4266

**12/9/20, 8:41 PM (Viewed 12/9/20, 8:43 PM)**

Ken Goodwin ▬▬▬▬▬

Residence Inn by Marriott Morgantown

**12/9/20, 8:40 PM (Viewed 12/9/20, 8:43 PM)**

Vinny ▬▬▬▬▬

Bus #2 is two traffic lights behind Bus #1. Do we have a hotel address yet? Please and thank you!

**12/9/20, 8:25 PM**

Kylie Jane Kremer (+ ▬▬▬▬▬

Trying to wrap

**12/9/20, 8:25 PM**

James Lyle ▬▬▬▬▬

As soon as ymca ends people on the buses need to get on and go

**12/9/20, 8:25 PM**

Kylie Jane Kremer (+ ▬▬▬▬▬

We need to wrap up

**12/9/20, 8:24 PM**

Jonathan Williams ▬▬▬▬▬

How much time?

**12/9/20, 8:23 PM (Viewed 12/9/20, 8:24 PM)**

Mommagrizzly [Chairman, Women For Trump] ▬▬▬▬▬

We have to go. We are up against DOT regulations.

We need to wrap and roll!

**12/9/20, 7:00 PM (Viewed 12/9/20, 7:22 PM)**

Jason Funes ▬▬▬▬▬

Since YouTube is censoring RSBN's feed, please share the following links via FB and Twitter to livestream our Charleston, WV March For Trump Bus Tour event:

https://fb.watch/2h7zeWE2NK/

https://twitter.com/rsbnetwork/status/1336820948465377280?s=21

**12/9/20, 6:59 PM**

Grace Solanda ▬▬▬▬▬

**12/9/20, 6:59 PM**

Grace Solanda ▬▬▬▬▬

https://twitter.com/rsbnetwork/status/1336820948465377280?s=21
(Sent with URL)

**12/9/20, 6:58 PM (Viewed 12/9/20, 6:59 PM)**

Grace Solanda ▬▬▬▬▬

**12/9/20, 6:58 PM (Viewed 12/9/20, 6:59 PM)**

Grace Solanda ▬▬▬▬▬

**12/9/20, 6:58 PM (Viewed 12/9/20, 6:59 PM)**

Grace Solanda ▬▬▬▬▬

**12/9/20, 6:58 PM (Viewed 12/9/20, 6:59 PM)**

Grace Solanda ▬▬▬▬▬

https://fb.watch/2h7zeWE2NK/
(Sent with URL)

KKremer4267

**12/9/20, 6:11 PM (Viewed 12/9/20, 6:12 PM)**

Jason Funes ▇▇▇▇▇

We knew that

**12/9/20, 6:11 PM (Viewed 12/9/20, 6:12 PM)**

Jason Funes ▇▇▇▇▇

I got you! Calling you now

**12/9/20, 6:11 PM (Viewed 12/9/20, 6:12 PM)**

James Lyle ▇▇▇▇▇

Our team is set up at the Capitol

**12/9/20, 6:10 PM**

Grace Solanda ▇▇▇▇▇

Where are we supposed to meet?

**12/9/20, 6:10 PM**

Grace Solanda ▇▇▇▇▇

Capital is under construction

**12/9/20, 5:55 PM (Viewed 12/9/20, 6:01 PM)**

Scott Johnston ▇▇▇▇▇

Accident exit 116 on I-77 is rerouting all traffic

**12/9/20, 4:51 PM (Viewed 12/9/20, 4:53 PM)**

Bay Cagle ▇▇▇▇▇

**12/9/20, 4:51 PM (Viewed 12/9/20, 4:53 PM)**

Bay Cagle ▇▇▇▇▇

**12/9/20, 4:51 PM (Viewed 12/9/20, 4:53 PM)**

Bay Cagle ▇▇▇▇▇

**12/9/20, 4:51 PM (Viewed 12/9/20, 4:53 PM)**

Bay Cagle ▇▇▇▇▇

https://www.thegatewaypundit.com/2020/12/breaking-youtube-announces-
new-censorship-rules-will-take-videos-alleging-fraud-disputing-2020-u-s-
presidential-election-results/?utm_source=Email&utm_medium=the-gateway-
pundit&utm_campaign=dailypm&utm_content=daily
(Sent with URL)

**12/9/20, 4:32 PM**

Cindy Chafian ▇▇▇▇▇

**12/9/20, 4:32 PM**

Cindy Chafian ▇▇▇▇▇

**12/9/20, 4:32 PM**

Cindy Chafian ▇▇▇▇▇

**12/9/20, 4:32 PM**

Cindy Chafian ▇▇▇▇▇

https://twitter.com/cyncity_usa/status/1336781480186482688?s=21
(Sent with URL)

**12/9/20, 4:27 PM (Viewed 12/9/20, 4:30 PM)**

Jason Funes ▇▇▇▇▇

**12/9/20, 4:27 PM (Viewed 12/9/20, 4:30 PM)**

Jason Funes ▇▇▇▇▇

KKremer4268

12/9/20, 4:27 PM (Viewed 12/9/20, 4:30 PM)

Jason Funes ███████

12/9/20, 4:27 PM (Viewed 12/9/20, 4:30 PM)

Jason Funes ███████

https://twitter.com/amykremer/status/1336783507423686660?s=21
(Sent with URL)

12/9/20, 4:08 PM

Jason Funes ███████

12/9/20, 4:08 PM

Jason Funes ███████

12/9/20, 4:08 PM

Jason Funes ███████

12/9/20, 4:08 PM

Jason Funes ███████

https://twitter.com/dustinstockton/status/1336779217175011335?s=21
(Sent with URL)

12/9/20, 2:00 PM (Viewed 12/9/20, 2:10 PM)

Grace Solanda ███████

"Sources"

12/9/20, 2:00 PM (Viewed 12/9/20, 2:10 PM)

Grace Solanda ███████

12/9/20, 2:00 PM (Viewed 12/9/20, 2:10 PM)

Jason Funes ███████

12/9/20, 2:00 PM (Viewed 12/9/20, 2:10 PM)

Jason Funes ███████

12/9/20, 2:00 PM (Viewed 12/9/20, 2:10 PM)

Jason Funes ███████

12/9/20, 2:00 PM (Viewed 12/9/20, 2:10 PM)

Jason Funes ███████

https://blog.youtube/news-and-events/supporting-the-2020-us-election
(Sent with URL)

12/9/20, 2:00 PM (Viewed 12/9/20, 2:10 PM)

Jason Funes ███████

"Yesterday was the safe harbor deadline for the U.S. Presidential election and enough
states have certified their election results to determine a President-elect. Given that, we
will start removing any piece of content uploaded today (or anytime after) that misleads
people by alleging that widespread fraud or errors changed the outcome of the 2020 U.S.
Presidential election, in line with our approach towards historical U.S. Presidential elections.
For example, we will remove videos claiming that a Presidential candidate won the election
due to widespread software glitches or counting errors. We will begin enforcing this policy
today, and will ramp up in the weeks to come. As always, news coverage and commentary on
these issues can remain on our site if there's sufficient education, documentary, scientific or
artistic context." - YouTube

12/9/20, 1:46 PM (Viewed 12/9/20, 1:47 PM)

Keri (Morgan) Warner ███████

Loved "Photos uploaded to DB"

KKremer4269

**12/9/20, 1:46 PM (Viewed 12/9/20, 1:47 PM)**

Jonathan Williams

Photos uploaded to DB

**12/9/20, 9:59 AM (Viewed 12/9/20, 10:00 AM)**

Keri (Morgan) Warner

Liked "10:00 Let's roll!"

**12/9/20, 9:59 AM**

James Lyle

10:00 Let's roll!

**12/9/20, 8:12 AM (Viewed 12/9/20, 9:23 AM)**

Mommagrizzly [Chairman, Women For Trump]

Liked "Good morning we are on the road now I will send you an update when we get there"

**12/9/20, 8:10 AM (Viewed 12/9/20, 9:23 AM)**

Don Thompson

Good morning we are on the road now I will send you an update when we get there

**12/9/20, 8:10 AM (Viewed 12/9/20, 9:23 AM)**

Jonathan Williams

Loved "Good morning!
There is sunshine all day today in Charleston, WV.

We need to get there as fast as we can.☀#☀#☀#"

**12/9/20, 8:09 AM (Viewed 12/9/20, 9:23 AM)**

Mommagrizzly [Chairman, Women For Trump]

Good morning!
There is sunshine all day today in Charleston, WV.

We need to get there as fast as we can.☀#☀#☀#

**12/8/20, 10:45 PM (Viewed 12/8/20, 10:51 PM)**

Keri (Morgan) Warner

Bus Call 930am
Wheels Up 10AM

**12/8/20, 10:43 PM (Viewed 12/8/20, 10:44 PM)**

Ray March

Do we have start time tomorrow

**12/8/20, 10:25 PM (Viewed 12/8/20, 10:26 PM)**

Liz Willis

Loved "I need to remind everyone that when you are speaking, DO NOT mention vaccines for fear of RSBN being de-platformed by YouTube.

We cannot allow this to happen.

Please be mindful of this when speaking at our events."

**12/8/20, 10:25 PM (Viewed 12/8/20, 10:26 PM)**

Mommagrizzly [Chairman, Women For Trump]

I need to remind everyone that when you are speaking, DO NOT mention vaccines for fear of RSBN being de-platformed by YouTube.

We cannot allow this to happen.

Please be mindful of this when speaking at our events.

**12/8/20, 10:16 PM (Viewed 12/8/20, 10:26 PM)**

Jeff Rainforth

KKremer4270

**12/8/20, 10:16 PM (Viewed 12/8/20, 10:26 PM)**

Jeff Rainforth ████████

**12/8/20, 10:16 PM (Viewed 12/8/20, 10:26 PM)**

Jeff Rainforth ████████

**12/8/20, 10:16 PM (Viewed 12/8/20, 10:26 PM)**

Jeff Rainforth ████████

https://www.dropbox.com/sh/qxv0o825lo7l4x7/AACluZ5Qg4TUAPcyMXs_s4V-a?dl=0
(Sent with URL)

**12/8/20, 10:16 PM (Viewed 12/8/20, 10:26 PM)**

Jeff Rainforth ████████

Lansing pics & vids in DB. Drone vids from hangar are in the 12-6 folder.

**12/8/20, 10:06 PM (Viewed 12/8/20, 10:26 PM)**

Keri (Morgan) Warner ████████

Liked "Great day team!

You are all rockstars!🦸‍♂️🤸

We have 4 rallies left...

Tomorrow morning:

Bus call time is 9:30AM
Wheels up is at 10:00AM

Rest well. See you in the morning!"

**12/8/20, 10:05 PM (Viewed 12/8/20, 10:26 PM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Great day team!

You are all rockstars!🦸‍♂️🤸

We have 4 rallies left...

Tomorrow morning:

Bus call time is 9:30AM
Wheels up is at 10:00AM

Rest well. See you in the morning!

**12/8/20, 9:48 PM (Viewed 12/8/20, 9:52 PM)**

Scott Johnston ████████

What time is wheels up tomorrow?

**12/8/20, 9:40 PM (Viewed 12/8/20, 9:52 PM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Thank you Jonathan.

**12/8/20, 9:40 PM (Viewed 12/8/20, 9:52 PM)**

Mommagrizzly [Chairman, Women For Trump] ████████

Loved "I fixed you a plate "

**12/8/20, 9:37 PM (Viewed 12/8/20, 9:52 PM)**

Ray March ████████

Thanks

**12/8/20, 9:35 PM (Viewed 12/8/20, 9:52 PM)**

Jonathan Williams ████████

I fixed you a plate

KKremer4271

**12/8/20, 9:25 PM (Viewed 12/8/20, 9:26 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

I'm outside with magpie, so please save me some dinner. ☻

**12/8/20, 8:27 PM (Viewed 12/8/20, 8:38 PM)**

Jason Funes ███████

Loved "Photos uploaded to DB"

**12/8/20, 7:49 PM (Viewed 12/8/20, 7:50 PM)**

Keri (Morgan) Warner ███████

Liked "Photos uploaded to DB"

**12/8/20, 7:49 PM (Viewed 12/8/20, 7:50 PM)**

Jonathan Williams ███████

Photos uploaded to DB

**12/8/20, 7:17 PM**

Keri (Morgan) Warner ███████

And Iowa

**12/8/20, 7:13 PM (Viewed 12/8/20, 7:17 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

The Minnesota album from FB?

**12/8/20, 7:13 PM (Viewed 12/8/20, 7:17 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Did someone delete all of the pictures from the Minnesota album?

**12/8/20, 7:04 PM (Viewed 12/8/20, 7:17 PM)**

Vinny ███████

Loved "Dinner is being catered. We are having Mediterranean and it is being delivered to the hotel."

**12/8/20, 7:04 PM (Viewed 12/8/20, 7:17 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Dinner is being catered. We are having Mediterranean and it is being delivered to the hotel.

**12/8/20, 6:49 PM**

Cindy Chafian ███████

Thanks

**12/8/20, 6:49 PM**

Laurence Kennedy ███████

Courtyard Toledo Holland
1435 E Mall Dr
Holland, OH 43528

**12/8/20, 6:48 PM (Viewed 12/8/20, 6:49 PM)**

Cindy Chafian ███████

I need the hotel information.

**12/8/20, 4:46 PM**

Jason Funes ███████

For awareness, we are looking to set up two red buses (red lines) like the above pic in conjunction with unity bridge (blue line).

**12/8/20, 4:44 PM**

Jason Funes ███████

Our team on the ground needs some more time to set up our epic arrival, follow Ray's (Bus #1's) lead as we are going to delay our arrival by 5min

KKremer4272

**12/8/20, 4:37 PM**

Jonathan Williams ▮▮▮▮▮▮

Loved "Team March For Trump,

We have Jeff Rainforth that has been traveling with the bus tour since day 1 who has been taking videos including drone footage of our events (including still pics as well). This Dropbox will be more video content versus Jonathan Williams which will be more dedicated to still shots. Long story short, these drop boxes compliment on another.

Give Jeff Rainforth some love  @bring_back_phil"

**12/8/20, 4:36 PM**

Jason Funes ▮▮▮▮▮▮

**12/8/20, 4:36 PM**

Jason Funes ▮▮▮▮▮▮

https://www.dropbox.com/sh/qxv0o825lo7l4x7/AACluZ5Qg4TUAPcyMXs_s4V-a?dl=0
(Sent with URL)

**12/8/20, 4:36 PM**

Jason Funes ▮▮▮▮▮▮

Team March For Trump,

We have Jeff Rainforth that has been traveling with the bus tour since day 1 who has been taking videos including drone footage of our events (including still pics as well). This Dropbox will be more video content versus Jonathan Williams which will be more dedicated to still shots. Long story short, these drop boxes compliment on another.

Give Jeff Rainforth some love  @bring_back_phil

**12/8/20, 4:25 PM (Viewed 12/8/20, 4:26 PM)**

Keri (Morgan) Warner ▮▮▮▮▮▮

Thnx Jonathan! I can upload an album to the FB page when on solid wifi at hotel. (dont have the logins to the other platforms)

**12/8/20, 4:22 PM (Viewed 12/8/20, 4:26 PM)**

Cindy Chafian ▮▮▮▮▮▮

I see that now.  Thank you.

**12/8/20, 4:22 PM (Viewed 12/8/20, 4:26 PM)**

Jonathan Williams ▮▮▮▮▮▮

It's the same link.

**12/8/20, 4:22 PM (Viewed 12/8/20, 4:26 PM)**

Jonathan Williams ▮▮▮▮▮▮

Yes.

**12/8/20, 4:21 PM (Viewed 12/8/20, 4:26 PM)**

Cindy Chafian ▮▮▮▮▮▮

Jonathan is this yours? I'm getting confused.

**12/8/20, 4:21 PM (Viewed 12/8/20, 4:26 PM)**

Jason Funes ▮▮▮▮▮▮

Please view, share, and feel free to create content with these amazing pictures!! Give credit to Jonathon Williams: @politicalshoots

**12/8/20, 4:20 PM (Viewed 12/8/20, 4:26 PM)**

Cindy Chafian ▮▮▮▮▮▮

Is this a second drop box?

**12/8/20, 4:19 PM**

Jason Funes ▮▮▮▮▮▮

KKremer4273

**12/8/20, 4:19 PM**

Jason Funes ▉▉▉▉▉

**12/8/20, 4:19 PM**

Jason Funes ▉▉▉▉▉

**12/8/20, 4:19 PM**

Jason Funes ▉▉▉▉▉

https://www.dropbox.com/sh/otandffzpwbb3ld/AACYf498HONYpEEp-F1TpL24a?dl=0
(Sent with URL)

**12/8/20, 4:15 PM (Viewed 12/8/20, 4:16 PM)**

Jennifer Lawerence ▉▉▉▉▉

Loved "New photos uploaded to DB."

**12/8/20, 4:15 PM (Viewed 12/8/20, 4:16 PM)**

Jonathan Williams ▉▉▉▉▉

New photos uploaded to DB.

**12/8/20, 4:14 PM**

Vinny ▉▉▉▉▉

We are receiving a lot more horn honks and thumbs up than anything else in this area!

**12/8/20, 2:04 PM (Viewed 12/8/20, 2:05 PM)**

Mommagrizzly [Chairman, Women For Trump] ▉▉▉▉▉

I need everyone on the bus

**12/8/20, 2:04 PM (Viewed 12/8/20, 2:05 PM)**

Bay Cagle ▉▉▉▉▉

Closing up trailer now

**12/8/20, 2:01 PM (Viewed 12/8/20, 2:02 PM)**

Mommagrizzly [Chairman, Women For Trump] ▉▉▉▉▉

We are here and ready for our meeting when everyone can get here.

**12/8/20, 2:01 PM (Viewed 12/8/20, 2:02 PM)**

Jason Funes ▉▉▉▉▉

We have lunch for you

**12/8/20, 1:59 PM (Viewed 12/8/20, 2:00 PM)**

Grace Solanda ▉▉▉▉▉

5 min

**12/8/20, 1:59 PM (Viewed 12/8/20, 2:00 PM)**

Grace Solanda ▉▉▉▉▉

Okay on our way

**12/8/20, 1:43 PM (Viewed 12/8/20, 1:45 PM)**

Jeff Rainforth ▉▉▉▉▉

BUS ABOUT TO GET A TICKET

**12/8/20, 1:39 PM (Viewed 12/8/20, 1:45 PM)**

Mommagrizzly [Chairman, Women For Trump] ▉▉▉▉▉

Max 15 minutes

**12/8/20, 1:39 PM (Viewed 12/8/20, 1:45 PM)**

Vinny ▉▉▉▉▉

Ok

**12/8/20, 1:39 PM (Viewed 12/8/20, 1:45 PM)**

Mommagrizzly [Chairman, Women For Trump] ▉▉▉▉▉

Stationary

KKremer4274

**12/8/20, 1:39 PM (Viewed 12/8/20, 1:45 PM)**

Vinny ▮▮▮▮▮

Is it a rolling meeting or will we be stationary?
Vinny

**12/8/20, 1:39 PM (Viewed 12/8/20, 1:45 PM)**

Jonathan Williams ▮▮▮▮▮

Liked "All, we ordered Panera for lunch.

When we roll out of here, we are headed to Panera to pick up the lunch and while we are in the parking lot, I need everyone to get on the first bus for a meeting.

Ray is driving the first bus.

I need RSBN, advance and everyone.

This is mandatory and no exceptions.

Thank you."

**12/8/20, 1:38 PM (Viewed 12/8/20, 1:45 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

All, we ordered Panera for lunch.

When we roll out of here, we are headed to Panera to pick up the lunch and while we are in the parking lot, I need everyone to get on the first bus for a meeting.

Ray is driving the first bus.

I need RSBN, advance and everyone.

This is mandatory and no exceptions.

Thank you.

**12/8/20, 11:40 AM (Viewed 12/8/20, 11:42 AM)**

Don Thompson ▮▮▮▮▮

Yes we are moving the car now

**12/8/20, 11:40 AM (Viewed 12/8/20, 11:42 AM)**

Bay Cagle ▮▮▮▮▮

Liked "Going around block now"

**12/8/20, 11:40 AM (Viewed 12/8/20, 11:42 AM)**

James Lyle ▮▮▮▮▮

Going around block now

**12/8/20, 11:38 AM (Viewed 12/8/20, 11:42 AM)**

Don Thompson ▮▮▮▮▮

He is on with the produce now I will up soon

**12/8/20, 11:37 AM (Viewed 12/8/20, 11:42 AM)**

Don Thompson ▮▮▮▮▮

Talking to right side they may need a short hold... he wants to see the bus roll up

**12/8/20, 11:33 AM (Viewed 12/8/20, 11:42 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

♡♡♡

**12/8/20, 11:33 AM (Viewed 12/8/20, 11:42 AM)**

Jonathan Williams ▮▮▮▮▮

**12/8/20, 11:33 AM (Viewed 12/8/20, 11:42 AM)**

Jonathan Williams ▮▮▮▮▮

KKremer4275

**12/8/20, 11:33 AM (Viewed 12/8/20, 11:42 AM)**

Jonathan Williams ▮▮▮▮

**12/8/20, 11:33 AM (Viewed 12/8/20, 11:42 AM)**

Jonathan Williams ▮▮▮▮

https://www.instagram.com/p/Cliymf1H1NX/?igshid=ergb5502s112
(Sent with URL)

**12/8/20, 11:33 AM (Viewed 12/8/20, 11:42 AM)**

Jonathan Williams ▮▮▮▮

**12/8/20, 11:07 AM (Viewed 12/8/20, 11:11 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

Everyone should have placed their jacket order by now. If not, get it done ASAP or you will miss out on a team jacket.

**12/8/20, 10:57 AM (Viewed 12/8/20, 11:05 AM)**

Greg Kurbatroff ▮▮▮▮

👍

**12/8/20, 10:56 AM (Viewed 12/8/20, 11:05 AM)**

Vinny ▮▮▮▮

Thanks! We use the bus drivers' turn signal indications to block the lanes for them so they can safely change lanes

**12/8/20, 10:56 AM (Viewed 12/8/20, 11:05 AM)**

Greg Kurbatroff ▮▮▮▮

Done

**12/8/20, 10:56 AM (Viewed 12/8/20, 11:05 AM)**

Bay Cagle ▮▮▮▮

NASCAR

**12/8/20, 10:56 AM (Viewed 12/8/20, 11:05 AM)**

Laurence Kennedy ▮▮▮▮

Ok

**12/8/20, 10:55 AM (Viewed 12/8/20, 11:05 AM)**

Vinny ▮▮▮▮

Can someone in the first bus kindly ask the bus driver to please turn off his left turn signal? It is confusing the drivers behind him, thanks!

**12/8/20, 9:10 AM (Viewed 12/8/20, 9:15 AM)**

Cindy Chafian ▮▮▮▮

Thank you

**12/8/20, 9:09 AM (Viewed 12/8/20, 9:15 AM)**

Scott Johnston ▮▮▮▮

I'll be right out Cindy

**12/8/20, 9:08 AM (Viewed 12/8/20, 9:15 AM)**

Cindy Chafian ▮▮▮▮

I don't know who is supposed to be on this bus. I don't have Jason and I don't have Scott

**12/8/20, 9:00 AM (Viewed 12/8/20, 9:15 AM)**

Vinny ▮▮▮▮

Loved "Morning everyone!
I hope everyone slept well last night. Let's have a great day today."

**12/8/20, 9:00 AM (Viewed 12/8/20, 9:15 AM)**

Keri (Morgan) Warner ▮▮▮▮

Liked "Morning everyone!

KKremer4276

I hope everyone slept well last night. Let's have a great day today."

**12/8/20, 9:00 AM (Viewed 12/8/20, 9:15 AM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Morning everyone!
I hope everyone slept well last night. Let's have a great day today.

**12/7/20, 10:09 PM**

Vinny ███████

Liked "Bus call time tomorrow is 8:30 AM
Wheels up is 9:00 AM"

**12/7/20, 10:08 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

Bus call time tomorrow is 8:30 AM
Wheels up is 9:00 AM

**12/7/20, 9:41 PM (Viewed 12/7/20, 10:01 PM)**

Don Thompson ███████

Liked "Thanks Jonathan!"

**12/7/20, 9:41 PM (Viewed 12/7/20, 10:01 PM)**

Keri (Morgan) Warner ███████

Liked "Tip: when posting any of the images provided in the Dropbox from the bus tour on
Instagram please either double tap the photo after selecting or click the icon in the left under
the photo in order to reveal the entire frame. Thanks!!!"

**12/7/20, 9:41 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

Thanks Jonathan!

**12/7/20, 9:40 PM (Viewed 12/7/20, 9:41 PM)**

Jonathan Williams ███████

Tip: when posting any of the images provided in the Dropbox from the bus tour on Instagram
please either double tap the photo after selecting or click the icon in the left under the photo
in order to reveal the entire frame. Thanks!!!

**12/7/20, 9:26 PM (Viewed 12/7/20, 9:41 PM)**

Liz Willis ███████

Liked "I fixed the Jacket order form, so if everyone will please indulge me and complete the
order form one more time. As long as you have it completed tonight, we will get the orders
placed in the morning."

**12/7/20, 9:22 PM (Viewed 12/7/20, 9:41 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

**12/7/20, 9:22 PM (Viewed 12/7/20, 9:41 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

**12/7/20, 9:22 PM (Viewed 12/7/20, 9:41 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

**12/7/20, 9:22 PM (Viewed 12/7/20, 9:41 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

https://forms.gle/c3EK4xhZznFCqmpH9
(Sent with URL)

**12/7/20, 9:21 PM (Viewed 12/7/20, 9:41 PM)**

Vinny ███████

Liked "I fixed the Jacket order form, so if everyone will please indulge me and complete the
order form one more time. As long as you have it completed tonight, we will get the orders
placed in the morning."

KKremer4277

12/7/20, 9:21 PM (Viewed 12/7/20, 9:41 PM)

Laurence Kennedy ▮▮▮

Ok

12/7/20, 9:21 PM (Viewed 12/7/20, 9:41 PM)

Mommagrizzly [Chairman, Women For Trump] ▮▮▮

Thanks y'all.

12/7/20, 9:21 PM (Viewed 12/7/20, 9:41 PM)

Mommagrizzly [Chairman, Women For Trump] ▮▮▮

I fixed the Jacket order form, so if everyone will please indulge me and complete the order form one more time. As long as you have it completed tonight, we will get the orders placed in the morning.

12/7/20, 9:03 PM

Matt McCleskey ▮▮▮

Laughed at "James, it's called "Indiana""

12/7/20, 9:03 PM

Vinny ▮▮▮

James, it's called "Indiana"

12/7/20, 9:02 PM

Cindy Chafian ▮▮▮

Oh. Never mind.

12/7/20, 9:02 PM

Jennifer Hulsey ▮▮▮

#

12/7/20, 9:02 PM

Cindy Chafian ▮▮▮

Why?

12/7/20, 9:02 PM

Cindy Chafian ▮▮▮

I don't think so

12/7/20, 9:01 PM

James Lyle ▮▮▮

Did the bus hit a pot hole?

12/7/20, 8:38 PM (Viewed 12/7/20, 8:40 PM)

Mommagrizzly [Chairman, Women For Trump] ▮▮▮

Loved a movie

12/7/20, 8:37 PM (Viewed 12/7/20, 8:40 PM)

Jennifer Hulsey ▮▮▮

12/7/20, 8:36 PM (Viewed 12/7/20, 8:40 PM)

Jennifer Hulsey ▮▮▮

That's me coming in tomorrow is everyone ready???

12/7/20, 8:35 PM (Viewed 12/7/20, 8:40 PM)

Mommagrizzly [Chairman, Women For Trump] ▮▮▮

Get it girl!

12/7/20, 7:29 PM (Viewed 12/7/20, 7:34 PM)

Vinny ▮▮▮

Liked "Sheraton Four Points
3254 Cassopolis Street
Elkhart, IN, 46514"

KKremer4278

**12/7/20, 7:28 PM (Viewed 12/7/20, 7:34 PM)**

Grace Solanda ▇▇▇▇

Thanks Amy!

**12/7/20, 7:28 PM (Viewed 12/7/20, 7:34 PM)**

Jonathan Williams ▇▇▇▇

Loved "Great shot! Retweeted :) -Liz (RSBN)"

**12/7/20, 7:12 PM (Viewed 12/7/20, 7:21 PM)**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇

Sheraton Four Points
3254 Cassopolis Street
Elkhart, IN, 46514

**12/7/20, 7:12 PM (Viewed 12/7/20, 7:21 PM)**

Keri (Morgan) Warner ▇▇▇▇

Removed a heart from "https://twitter.com/politicalshoots/status/1336097264301989888?
s=21"

**12/7/20, 7:11 PM (Viewed 12/7/20, 7:21 PM)**

Liz Willis ▇▇▇▇

Great shot! Retweeted :) -Liz (RSBN)

**12/7/20, 7:08 PM (Viewed 12/7/20, 7:11 PM)**

Jonathan Williams ▇▇▇▇

**12/7/20, 7:08 PM (Viewed 12/7/20, 7:11 PM)**

Jonathan Williams ▇▇▇▇

**12/7/20, 7:08 PM (Viewed 12/7/20, 7:11 PM)**

Jonathan Williams ▇▇▇▇

**12/7/20, 7:08 PM (Viewed 12/7/20, 7:11 PM)**

Jonathan Williams ▇▇▇▇

https://twitter.com/politicalshoots/status/1336097264301989888?s=21
(Sent with URL)

**12/7/20, 6:12 PM (Viewed 12/7/20, 7:02 PM)**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇

Hold on and I will send

**12/7/20, 6:10 PM**

Don Thompson ▇▇▇▇

Do you have the address for the hotel please

**12/7/20, 5:58 PM**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇

Ok

**12/7/20, 5:57 PM (Viewed 12/7/20, 6:06 PM)**

James Lyle ▇▇▇▇

Ok

**12/7/20, 5:57 PM**

Kylie Jane Kremer (+▇▇▇▇

Everyone can get on the bus I'm done

**12/7/20, 5:56 PM (Viewed 12/7/20, 5:57 PM)**

Mommagrizzly [Chairman, Women For Trump] ▇▇▇▇

If you are on the WiFi on the bus, please get off

KKremer4279

Jonathan Williams ██████

**12/7/20, 5:25 PM (Viewed 12/7/20, 5:29 PM)**

Jonathan Williams ██████

**12/7/20, 5:25 PM (Viewed 12/7/20, 5:29 PM)**

Jonathan Williams ██████

**12/7/20, 5:25 PM (Viewed 12/7/20, 5:29 PM)**

Jonathan Williams ██████

**12/7/20, 5:25 PM (Viewed 12/7/20, 5:29 PM)**

https://www.dropbox.com/sh/otandffzpwbb3ld/AACYf498HONYpEEp-F1TpL24a?dl=0
(Sent with URL)

Cindy Chafian ██████

**12/7/20, 5:23 PM (Viewed 12/7/20, 5:29 PM)**

Liked "Keri Morgan ██████"

Keri (Morgan) Warner ██████

**12/7/20, 5:23 PM (Viewed 12/7/20, 5:29 PM)**

Keri Morgan (█

Cindy Chafian ██████

**12/7/20, 5:23 PM (Viewed 12/7/20, 5:29 PM)**

Liked "Laurence Kennedy ██████"

Laurence Kennedy ██████

**12/7/20, 5:23 PM (Viewed 12/7/20, 5:29 PM)**

Laurence Kennedy ██████

Cindy Chafian ██████

**12/7/20, 5:22 PM (Viewed 12/7/20, 5:29 PM)**

And ██?

Cindy Chafian ██████

**12/7/20, 5:22 PM (Viewed 12/7/20, 5:29 PM)**

Who is ██?

Charles Bowman ██████

**12/7/20, 5:11 PM (Viewed 12/7/20, 5:13 PM)**

Charles Bowman

here if you don't have me saved in ✍

Mommagrizzly [Chairman, Women For Trump] ██████

**12/7/20, 5:10 PM (Viewed 12/7/20, 5:13 PM)**

Mommagrizzly [Chairman, Women For Trump] ██████

**12/7/20, 5:10 PM (Viewed 12/7/20, 5:13 PM)**

Mommagrizzly [Chairman, Women For Trump] ██████

**12/7/20, 5:10 PM (Viewed 12/7/20, 5:13 PM)**

Mommagrizzly [Chairman, Women For Trump] ██████

**12/7/20, 5:10 PM (Viewed 12/7/20, 5:13 PM)**

Mommagrizzly [Chairman, Women For Trump] ██████

**12/7/20, 5:10 PM (Viewed 12/7/20, 5:13 PM)**

Mommagrizzly [Chairman, Women For Trump] ██████

**12/7/20, 5:10 PM (Viewed 12/7/20, 5:13 PM)**

Mommagrizzly [Chairman, Women For Trump] ██████

KKremer4280

**Mommagrizzly [Chairman, Women For Trump]** ▮▮▮▮▮▮    12/7/20, 5:10 PM (Viewed 12/7/20, 5:13 PM)

**Mommagrizzly [Chairman, Women For Trump]** ▮▮▮▮▮▮    12/7/20, 5:10 PM (Viewed 12/7/20, 5:13 PM)

https://docs.google.com/forms/d/1fwbgvI0TEI9TdoAz6DHjMS-xdt2lLGvuekJcZzz4vFQ/edit
(Sent with URL)

**Mommagrizzly [Chairman, Women For Trump]** ▮▮▮▮▮▮    12/7/20, 5:10 PM (Viewed 12/7/20, 5:13 PM)

Pls sign up to get your team jacket here

**Jeff Rainforth** ▮▮▮▮▮▮    12/7/20, 2:49 PM (Viewed 12/7/20, 3:02 PM)

Liked "Jeff will have a separate Dropbox he will use to upload today's pics/video to. Stay
tuned and we will get Jeff's work at Madison and beyond to the group very soon"

**Jason Funes** ▮▮▮▮▮▮    12/7/20, 1:35 PM (Viewed 12/7/20, 2:03 PM)

Jeff will have a separate Dropbox he will use to upload today's pics/video to. Stay tuned and
we will get Jeff's work at Madison and beyond to the group very soon

**Matt McCleskey** ▮▮▮▮▮▮    12/7/20, 1:26 PM (Viewed 12/7/20, 2:03 PM)

Liked "https://www.dropbox.com/sh/1xcy6ov0fj9tmg5/AAAFqx9ZvmYjsm6o0H3-ZwEfa?dl=0"

**Cindy Chafian (7573298342)**    12/7/20, 1:23 PM (Viewed 12/7/20, 2:03 PM)

**Cindy Chafian**    12/7/20, 1:23 PM (Viewed 12/7/20, 2:03 PM)

**Cindy Chafian**    12/7/20, 1:23 PM (Viewed 12/7/20, 2:03 PM)

**Cindy Chafian**    12/7/20, 1:23 PM (Viewed 12/7/20, 2:03 PM)

https://www.dropbox.com/sh/1xcy6ov0fj9tmg5/AAAFqx9ZvmYjsm6o0H3-ZwEfa?dl=0
(Sent with URL)

**Jason Funes** ▮▮▮▮▮▮    12/7/20, 1:17 PM (Viewed 12/7/20, 1:19 PM)

We're going to set up a Dropbox for Jeff to upload today's pics to

12/7/20, 1:16 PM
**Kylie Jane Kremer (+**▮▮▮▮▮▮

Jeff is out here taking pictures too

**Mommagrizzly [Chairman, Women For Trump]** ▮▮▮▮▮▮    12/7/20, 1:13 PM (Viewed 12/7/20, 1:16 PM)

We have Jonathan on the bus, so everyone needs to be taking pics.

**Bay Cagle** ▮▮▮▮▮▮    12/7/20, 1:13 PM (Viewed 12/7/20, 1:16 PM)

**Mommagrizzly [Chairman, Women For Trump]** ▮▮▮▮▮▮    12/7/20, 1:12 PM (Viewed 12/7/20, 1:16 PM)

I hope y'all are getting good pics

**Vinny** ▮▮▮▮▮▮    12/7/20, 1:12 PM (Viewed 12/7/20, 1:16 PM)

KKremer4281

**12/7/20, 1:11 PM (Viewed 12/7/20, 1:16 PM)**

Vinny ▮▮▮▮

Trump Train is parked behind crowd.

**12/7/20, 1:09 PM (Viewed 12/7/20, 1:16 PM)**

Don Thompson ▮▮▮▮

**12/7/20, 12:58 PM (Viewed 12/7/20, 12:59 PM)**

Dustin Stockton ▮▮▮▮

Loved a movie

**12/7/20, 12:54 PM**

Don Thompson ▮▮▮▮

**12/7/20, 12:47 PM (Viewed 12/7/20, 12:54 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

We are 72 miles away

**12/7/20, 12:46 PM (Viewed 12/7/20, 12:54 PM)**

Jeff Rainforth ▮▮▮▮

What mile marker are you at in SUV? We're coming up for a timelapse video behind

**12/7/20, 12:02 PM (Viewed 12/7/20, 12:05 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

Y'all aren't that much ahead of us. We are at mile marker 117

**12/7/20, 12:01 PM (Viewed 12/7/20, 12:05 PM)**

Jennifer Lawerence ▮▮▮▮

Alert mile marker 97 cop 👮

**12/7/20, 11:54 AM (Viewed 12/7/20, 12:00 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮

Liked "ALERT: state police on I-90 east between mile marker 72 & 73 with radar. Vinny says let Ray know. "

**12/7/20, 11:53 AM (Viewed 12/7/20, 12:00 PM)**

Jeff Rainforth ▮▮▮▮

ALERT: state police on I-90 east between mile marker 72 & 73 with radar. Vinny says let Ray know.

**12/7/20, 11:49 AM (Viewed 12/7/20, 12:00 PM)**

Jennifer Lawerence ▮▮▮▮

Loved a movie

**12/7/20, 11:48 AM (Viewed 12/7/20, 12:00 PM)**

Jeff Rainforth ▮▮▮▮

Trump Train & Marines. Oorah!

**12/7/20, 9:26 AM**

Kylie Jane Kremer (+▮▮▮▮

Yes! He was great on Alex Marlow this morning!

**12/7/20, 9:25 AM (Viewed 12/7/20, 9:26 AM)**

Vinny ▮▮▮▮

Mike is a pissed off Lion!

**12/7/20, 9:24 AM**

Jennifer Lawerence ▮▮▮▮

😹😹 wrong emoji hahaha

KKremer4282

**12/7/20, 9:24 AM**

Jennifer Lawerence █████████████

kittttyyyy (dr evil voice) 😈😈

**12/7/20, 9:23 AM (Viewed 12/7/20, 9:24 AM)**

James Lyle ████████████

Meow

**12/7/20, 9:23 AM (Viewed 12/7/20, 9:24 AM)**

Cindy Chafian ████████████

I'm so confused. 🖉

**12/7/20, 9:23 AM (Viewed 12/7/20, 9:24 AM)**

Mommagrizzly [Chairman, Women For Trump] ██████████

Morning!

**12/7/20, 2:19 AM (Viewed 12/7/20, 2:46 AM)**

Mommagrizzly [Chairman, Women For Trump] ██████████

Keri is on the bus at 10AM. Sorry, I miss you Keri.

**12/7/20, 2:19 AM**

Vinny ████████████

Liked "Tomorrow morning is going to be different than most mornings...

There are 2 different call times tomorrow morning.

9AM - SUV
Amy
James
Kylie
Jen
Jerry

9AM - Truck
Ken
Don
Bay
Bowman

9AM - Trump Train
Vinny
Jeff

10AM - Bus
Dustin
Cindy
Matt
Jonathan
Scott"

**12/7/20, 2:18 AM**

Mommagrizzly [Chairman, Women For Trump] ██████████

Great day y'all!

**12/7/20, 2:18 AM**

Mommagrizzly [Chairman, Women For Trump] ██████████

Both buses will meet at the Madison event and we will caravan to Our next atop.

Rest well. See you in the morning!

**12/7/20, 2:17 AM (Viewed 12/7/20, 2:18 AM)**

Mommagrizzly [Chairman, Women For Trump] ██████████

Tomorrow morning is going to be different than most mornings...

There are 2 different call times tomorrow morning.

9AM - SUV
Amy

KKremer4283

James
Kylie
Jen
Jerry

9AM - Truck
Ken
Don
Bay
Bowman

9AM - Trump Train
Vinny
Jeff

10AM - Bus
Dustin
Cindy
Matt
Jonathan
Scott

**12/5/20, 11:16 PM (Viewed 12/5/20, 11:17 PM)**

Jeff Rainforth ▉▉▉▉▉▉

Liked an image

**12/5/20, 11:05 PM (Viewed 12/5/20, 11:10 PM)**

Dustin Stockton ▉▉▉▉▉▉

This place is amazing

**12/5/20, 9:28 PM**

Kylie Jane Kremer (+▉▉▉▉▉▉

That looks awesome!

**12/5/20, 9:28 PM**

Matt McCleskey ▉▉▉▉▉▉

Loved an image

**12/5/20, 9:27 PM (Viewed 12/5/20, 9:28 PM)**

James Lyle ▉▉▉▉▉▉

Liked an image

**12/5/20, 9:26 PM (Viewed 12/5/20, 9:27 PM)**

Dustin Stockton ▉▉▉▉▉▉

I'll know in half an hour when I meet up with everyone

**12/5/20, 9:26 PM**

Mommagrizzly [Chairman, Women For Trump] ▉▉▉▉▉▉

Is KR & TN coming?

**12/5/20, 9:24 PM (Viewed 12/5/20, 9:25 PM)**

Don Thompson ▉▉▉▉▉▉

Liked an image

**12/5/20, 9:23 PM (Viewed 12/5/20, 9:25 PM)**

Cindy Chafian ▉▉▉▉▉▉

Nice!

**12/5/20, 9:22 PM (Viewed 12/5/20, 9:25 PM)**

Dustin Stockton ▉▉▉▉▉▉

**12/5/20, 9:22 PM (Viewed 12/5/20, 9:25 PM)**

Dustin Stockton ▉▉▉▉▉▉

Tomorrow's venue

KKremer4284

**12/5/20, 6:55 PM (Viewed 12/5/20, 7:08 PM)**

Don Thompson ███████

We were dancing 🕺

**12/5/20, 6:55 PM (Viewed 12/5/20, 7:08 PM)**

Bay Cagle ███████

Yes

**12/5/20, 6:55 PM (Viewed 12/5/20, 7:08 PM)**

Don Thompson ███████

Yes

**12/5/20, 6:54 PM (Viewed 12/5/20, 7:08 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Where was this car wash? Missouri?

**12/5/20, 6:41 PM (Viewed 12/5/20, 6:43 PM)**

Vinny ███████

**12/5/20, 6:30 PM (Viewed 12/5/20, 6:43 PM)**

Jeff Rainforth ███████

Working at the car wash, yeah.

**12/5/20, 5:08 PM (Viewed 12/5/20, 5:10 PM)**

Don Thompson ███████

Loved "https://glitternight.com/2020/11/28/trump-march-bus-tour-for-election-integrity-starts-november-29th/"

**12/5/20, 5:08 PM**

Bay Cagle ███████

**12/5/20, 5:08 PM**

Bay Cagle ███████

**12/5/20, 5:08 PM**

Bay Cagle ███████

**12/5/20, 5:08 PM**

Bay Cagle ███████

https://glitternight.com/2020/11/28/trump-march-bus-tour-for-election-integrity-starts-november-29th/
(Sent with URL)

**12/5/20, 3:05 PM (Viewed 12/5/20, 3:12 PM)**

Jennifer Lawerence ███████

**12/5/20, 3:05 PM (Viewed 12/5/20, 3:12 PM)**

Jennifer Lawerence ███████

**12/5/20, 3:05 PM (Viewed 12/5/20, 3:12 PM)**

Jennifer Lawerence ███████

**12/5/20, 3:05 PM (Viewed 12/5/20, 3:12 PM)**

Jennifer Lawerence ███████

https://www.newsweek.com/maga-rally-trump-lincoln-memorial-electoral-college-votes-1552012?amp=1
(Sent with URL)

**12/5/20, 1:50 PM**

Bay Cagle ███████

Lunch being ordered from St Louis bread co (Panera) text Cindy with your order

KKremer4285

**12/5/20, 1:29 PM (Viewed 12/5/20, 1:30 PM)**

Dustin Stockton ▬▬▬▬▬

**12/5/20, 1:29 PM (Viewed 12/5/20, 1:30 PM)**

Dustin Stockton ▬▬▬▬▬

https://twitter.com/heytana/status/1335281593943023619?s=20
(Sent with URL)

**12/5/20, 12:49 PM**

Jeff Rainforth ▬▬▬▬▬

Laughed at "I had just gotten started and he jumped up. 🤣🤣🤣🤣

**12/5/20, 12:49 PM**

Jeff Rainforth ▬▬▬▬▬

Laughed at "😂"

**12/5/20, 12:45 PM**

Kylie Jane Kremer (+▬▬▬▬▬

Looking forward to meeting you!! Will be so much fun today!!

**12/5/20, 12:44 PM**

Kylie Jane Kremer (+▬▬▬▬▬

Haha sorry! I didn't know who this number was!! Jason is calling y'all

**12/5/20, 12:44 PM**

Liz Willis ▬▬▬▬▬

Can't wait to finally meet y'all Amy and Kyle! -Liz W

**12/5/20, 12:43 PM**

Grace Solanda ▬▬▬▬▬

This is RSBN asking!

**12/5/20, 12:43 PM**

Dustin Stockton ▬▬▬▬▬

Loved "And Kylie, Mike and RSBN "

**12/5/20, 12:43 PM**

Kylie Jane Kremer (+▬▬▬▬▬

And Kylie, Mike and RSBN

**12/5/20, 12:43 PM**

Grace Solanda ▬▬▬▬▬

Ok thank you

**12/5/20, 12:42 PM**

Dustin Stockton ▬▬▬▬▬

James

**12/5/20, 12:42 PM**

Dustin Stockton ▬▬▬▬▬

Amy and Jason

**12/5/20, 12:42 PM**

Grace Solanda ▬▬▬▬▬

Who is in Valdosta?

**12/5/20, 12:38 PM (Viewed 12/5/20, 12:39 PM)**

Vinny ▬▬▬▬▬

**12/5/20, 12:37 PM (Viewed 12/5/20, 12:39 PM)**

Vinny ▬▬▬▬▬

Laughed at "I had just gotten started and he jumped up. 🤣🤣🤣🤣

KKremer4286

**12/5/20, 12:12 PM (Viewed 12/5/20, 12:13 PM)**

Cindy Chafian ▬▬▬

I had just gotten started and he jumped up. 😩😩😩

**12/5/20, 12:12 PM**

Cindy Chafian ▬▬▬

Omg.

**12/5/20, 12:04 PM (Viewed 12/5/20, 12:05 PM)**

Dustin Stockton ▬▬▬

😂

**12/5/20, 12:03 PM (Viewed 12/5/20, 12:05 PM)**

Jeff Rainforth ▬▬▬

Cindy ain't given up the mic 😂😂😂😂

**12/5/20, 12:16 AM**

Cindy Chafian ▬▬▬

We made it to Paducah!

Great day team!!

For the morning. There is a full breakfast. Bus call is 9:30am. Roll out at 10:00am en route to Des Moines!

Get some rest!!

**12/4/20, 10:19 PM**

Jason Funes ▬▬▬

It's a team effort and Jehovah God, Jesus Christ, and the Holy Spirit is bringing the kingdom of heaven here on Earth... if God is for us, who can be against us!! Team effort and we are family from here to January 20th and beyond!! 🙏🏼🇺🇸

**12/4/20, 10:10 PM (Viewed 12/4/20, 10:17 PM)**

Liz Willis ▬▬▬

Loved "Jason, you rocked that. 100k+ views and climbing and you pulled it together in basically five hours!! Thank you. You're a rockstar.

Congratulations to the whole team. You all are awesome and I think we as a whole team all needed that moral boost.

Love you all and am grateful for everyone's hard work and sacrifices. "

**12/4/20, 10:01 PM (Viewed 12/4/20, 10:05 PM)**

Jennifer Hulsey ▬▬▬

Liked "Jason, you rocked that. 100k+ views and climbing and you pulled it together in basically five hours!! Thank you. You're a rockstar.

Congratulations to the whole team. You all are awesome and I think we as a whole team all needed that moral boost.

Love you all and am grateful for everyone's hard work and sacrifices. "

**12/4/20, 10:01 PM (Viewed 12/4/20, 10:05 PM)**

Vinny ▬▬▬

Loved "Jason, you rocked that. 100k+ views and climbing and you pulled it together in basically five hours!! Thank you. You're a rockstar.

Congratulations to the whole team. You all are awesome and I think we as a whole team all needed that moral boost.

Love you all and am grateful for everyone's hard work and sacrifices. "

**12/4/20, 10:00 PM**

Kylie Jane Kremer (+▬▬▬

Jason, you rocked that. 100k+ views and climbing and you pulled it together in basically five hours!! Thank you. You're a rockstar.

224

KKremer4287

Congratulations to the whole team. You all are awesome and I think we as a whole team all needed that moral boost.

Love you all and am grateful for everyone's hard work and sacrifices.

**12/4/20, 10:00 PM**

Vinny

Loved "It was amazing!!  Our team needed that so much!! Wish you all could have been there. "

**12/4/20, 10:00 PM**

Jeff Rainforth

Liked "What an amazing event!!!"

**12/4/20, 10:00 PM**

Jeff Rainforth

Liked ""So far, it's been viewed 120,000 times. This is going to be an awesome week." - Pastor Greg Locke"

**12/4/20, 9:59 PM**

Cindy Chafian

It was amazing!  Our team needed that so much!! Wish you all could have been there.

**12/4/20, 9:58 PM**

Jennifer Hulsey

Liked "Great job TEAM Women For America First!! YHWH "

**12/4/20, 9:58 PM**

Jason Funes

Great job TEAM Women For America First!! YHWH

**12/4/20, 9:58 PM**

Dustin Stockton

What an amazing event!!!

**12/4/20, 9:58 PM**

Dustin Stockton

Emphasized ""So far, it's been viewed 120,000 times. This is going to be an awesome week." - Pastor Greg Locke"

**12/4/20, 9:57 PM (Viewed 12/4/20, 9:58 PM)**

Jason Funes

"So far, it's been viewed 120,000 times. This is going to be an awesome week." - Pastor Greg Locke

**12/4/20, 8:41 PM**

Jason Funes

Our bus is live! Share this link, over 3K streaming now

**12/4/20, 8:41 PM**

Jason Funes

**12/4/20, 8:41 PM**

Jason Funes

**12/4/20, 8:41 PM**

Jason Funes

**12/4/20, 8:41 PM**

Jason Funes

https://m.facebook.com/OnPointWithPastorGregLocke/
(Sent with URL)

225

KKremer4288

**12/4/20, 6:54 PM**

Don Thompson ⬛

Liked "May I suggest we each text Cindy our food orders individually directly to her phone"

**12/4/20, 6:54 PM**

Vinny ⬛

Liked "Please stop. It is only for bus call and departure times...along with urgent messages.

Otherwise, the messaging needs to be in other threads.

I hope you understand.

Thank you."

**12/4/20, 6:54 PM**

Vinny ⬛

May I suggest we each text Cindy our food orders individually directly to her phone

**12/4/20, 6:53 PM (Viewed 12/4/20, 6:54 PM)**

Mommagrizzly [Chairman, Women For Trump] ⬛

Please stop. It is only for bus call and departure times...along with urgent messages.

Otherwise, the messaging needs to be in other threads.

I hope you understand.

Thank you.

**12/4/20, 6:53 PM**

Cindy Chafian ⬛

Liked "Y'all, I love you all, but this group text was NEVER meant to be used like this."

**12/4/20, 6:52 PM**

Mommagrizzly [Chairman, Women For Trump] ⬛

Y'all, I love you all, but this group text was NEVER meant to be used like this.

**12/4/20, 6:52 PM**

Don Thompson ⬛

Don Thompson wants a chicken sandwich meal

**12/4/20, 6:49 PM**

Cindy Chafian ⬛

Please text me your order.

**12/4/20, 6:48 PM (Viewed 12/4/20, 6:49 PM)**

Cindy Chafian ⬛

That way we aren't waiting until we get to the hotel. It'll be late by then.

**12/4/20, 6:48 PM**

Cindy Chafian ⬛

It's on the way in so one of the chaser cars can stop and pick it up?

**12/4/20, 6:48 PM**

Vinny ⬛

Yes

**12/4/20, 6:47 PM**

Cindy Chafian ⬛

Is everyone ok with Chick-fil-A for dinner? There is one near the church we're going to. I can place the order and someone can grab it on the way to the church?

**12/4/20, 6:35 PM**

Don Thompson ⬛

Convenient?

KKremer4289

**12/4/20, 6:34 PM (Viewed 12/4/20, 6:35 PM)**

Vinny ▓▓▓▓

Was that trailer filled with more ballots?

**12/4/20, 6:33 PM (Viewed 12/4/20, 6:34 PM)**

Vinny ▓▓▓▓

**12/4/20, 6:30 PM**

Dustin Stockton ▓▓▓▓

Look out ahead

**12/4/20, 5:49 PM (Viewed 12/4/20, 5:55 PM)**

Jason Funes ▓▓▓▓

Loved "When the media becomes unhinged, that's when you know we are winning!"

**12/4/20, 5:40 PM (Viewed 12/4/20, 5:41 PM)**

Vinny ▓▓▓▓

Liked "We'lol be stopping at Loves up ahead"

**12/4/20, 5:40 PM (Viewed 12/4/20, 5:41 PM)**

Bay Cagle ▓▓▓▓

We'lol be stopping at Loves up ahead

**12/4/20, 5:32 PM**

Vinny ▓▓▓▓

When the media becomes unhinged, that's when you know we are winning!

**12/4/20, 5:21 PM (Viewed 12/4/20, 5:24 PM)**

Don Thompson ▓▓▓▓

**12/4/20, 5:21 PM (Viewed 12/4/20, 5:24 PM)**

Don Thompson ▓▓▓▓

**12/4/20, 5:21 PM (Viewed 12/4/20, 5:24 PM)**

Don Thompson ▓▓▓▓

**12/4/20, 5:21 PM (Viewed 12/4/20, 5:24 PM)**

Don Thompson ▓▓▓▓

https://www.mediaite.com/tv/mypillow-guy-mike-lindell-spews-unhinged-lunacy-on-fox-news-says-trump-will-100-percent-be-president-for-next-4-years/
(Sent with URL)

**12/4/20, 4:07 PM**

Vinny ▓▓▓▓

Thanks!

**12/4/20, 4:06 PM**

Cindy Chafian ▓▓▓▓

I see you on the on ramp go

**12/4/20, 4:06 PM**

Cindy Chafian ▓▓▓▓

Passing exit now

**12/4/20, 4:05 PM**

Vinny ▓▓▓▓

Ok. I'm on the on ramp

**12/4/20, 4:05 PM**

Cindy Chafian ▓▓▓▓

In a minute

KKremer4290

**12/4/20, 4:05 PM**

Cindy Chafian ████████

Go.

**12/4/20, 4:05 PM**

Cindy Chafian ████████

Coming up on exit 283

**12/4/20, 4:04 PM**

Cindy Chafian ████████

One seconds

**12/4/20, 4:04 PM**

Cindy Chafian ████████

I'm in the back

**12/4/20, 4:04 PM**

Vinny ████████

Cindy, do you know what mile marker you're at now in the bus?

**12/4/20, 4:01 PM (Viewed 12/4/20, 4:04 PM)**

Cindy Chafian ████████

Liked "I will exit at 283 and re-enter 75 north as you a
Pass me"

**12/4/20, 3:59 PM**

Vinny ████████

I will exit at 283 and re-enter 75 north as you a
Pass me

**12/4/20, 3:59 PM**

Cindy Chafian ████████

Thank you

**12/4/20, 3:59 PM**

Vinny ████████

Thanks

**12/4/20, 3:59 PM**

Matt McCleskey ████████

275

**12/4/20, 3:57 PM (Viewed 12/4/20, 3:58 PM)**

Vinny ████████

Without disturbing Ray the driver, can someone on the bus please tell me which exit or mile marker you're passing? My GPS took me through side roads to avoid the traffic that you guys are sitting in. I am at mile marker 280,  thanks!

**12/4/20, 3:43 PM**

Jason Funes ████████

I'll take care of that for you and advance you from Atlanta. My pastors are running around getting site ready and mobilizing attendees, give me some time to get a POC, I'll have it for you before you arrive

**12/4/20, 3:37 PM**

Cindy Chafian ████████

Who is the point of contact on site?

**12/4/20, 3:26 PM**

Jason Funes ████████

You guys gain 1hr, Nashville area is central time... but haul butt Ray, you're driving through Trump country no one is stopping you!! In Jesus name, tonight will be great! I talked to

KKremer4291

the Pastor and your event is key turn ready. I'll arrange for a POC to help you park, greet everyone, and get you into their venue

**12/4/20, 3:22 PM**

James Lyle ▮▮▮▮▮▮▮

Liked "Ok RSBN will not be riding the bus to the rally because we have to be there early in the morning for preset. Will see you guys in Valdosta tomorrow!"

**12/4/20, 3:22 PM**

Vinny ▮▮▮▮▮▮▮

Ok

**12/4/20, 3:22 PM**

James Lyle ▮▮▮▮▮▮▮

Bus is leaving now

**12/4/20, 3:21 PM**

Cindy Chafian ▮▮▮▮▮▮▮

We need to get going. Ray's orders

**12/4/20, 3:03 PM (Viewed 12/4/20, 3:08 PM)**

Cindy Chafian ▮▮▮▮▮▮▮

Loved "Ok RSBN will not be riding the bus to the rally because we have to be there early in the morning for preset. Will see you guys in Valdosta tomorrow!"

**12/4/20, 2:58 PM (Viewed 12/4/20, 3:08 PM)**

Grace Solanda ▮▮▮▮▮▮▮

Ok RSBN will not be riding the bus to the rally because we have to be there early in the morning for preset. Will see you guys in Valdosta tomorrow!

**12/4/20, 2:48 PM (Viewed 12/4/20, 3:08 PM)**

Vinny ▮▮▮▮▮▮▮

Liked "Then to Mt Julien in TN"

**12/4/20, 2:47 PM (Viewed 12/4/20, 3:08 PM)**

Cindy Chafian ▮▮▮▮▮▮▮

Ok

**12/4/20, 2:47 PM (Viewed 12/4/20, 3:08 PM)**

Cindy Chafian ▮▮▮▮▮▮▮

Then to Mt Julien in TN

**12/4/20, 2:47 PM (Viewed 12/4/20, 3:08 PM)**

Vinny ▮▮▮▮▮▮▮

Eta 19 min. Thanks

**12/4/20, 2:47 PM (Viewed 12/4/20, 3:08 PM)**

James Lyle ▮▮▮▮▮▮▮

Yes

**12/4/20, 2:47 PM (Viewed 12/4/20, 3:08 PM)**

Cindy Chafian ▮▮▮▮▮▮▮

Correct.

**12/4/20, 2:47 PM (Viewed 12/4/20, 3:08 PM)**

Vinny ▮▮▮▮▮▮▮

Trump train was delayed at the governors mansion. Confirm we are going back to the embassy suites where we stayed last night?

**12/4/20, 2:46 PM (Viewed 12/4/20, 3:08 PM)**

Dustin Stockton ▮▮▮▮▮▮▮

Call me

KKremer4292

**12/4/20, 2:46 PM (Viewed 12/4/20, 3:08 PM)**

Grace Solanda ▪▪▪▪▪

We are returning our rental to Atlanta airport today - will anyone have a car available to pick us up at some point? We plan to hop on the bus to Valdosta tonight if that's okay with you guys

**12/4/20, 2:35 PM (Viewed 12/4/20, 3:08 PM)**

Cindy Chafian ▪▪▪▪▪

When we stop I will make sandwiches.

**12/4/20, 2:30 PM (Viewed 12/4/20, 3:08 PM)**

Don Thompson ▪▪▪▪▪

Liked "https://www.thegatewaypundit.com/2020/12/breaking-governor-kemp-calls-secretary-state-raffensperger-call-signature-audit-state/"

**12/4/20, 2:29 PM (Viewed 12/4/20, 3:08 PM)**

Jennifer Lawerence ▪▪▪▪▪

**12/4/20, 2:29 PM (Viewed 12/4/20, 3:08 PM)**

Jennifer Lawerence ▪▪▪▪▪

**12/4/20, 2:29 PM (Viewed 12/4/20, 3:08 PM)**

Jennifer Lawerence ▪▪▪▪▪

**12/4/20, 2:29 PM (Viewed 12/4/20, 3:08 PM)**

Jennifer Lawerence ▪▪▪▪▪

https://www.thegatewaypundit.com/2020/12/breaking-governor-kemp-calls-secretary-state-raffensperger-call-signature-audit-state/
(Sent with URL)

**12/4/20, 1:04 PM (Viewed 12/4/20, 3:08 PM)**

Cindy Chafian ▪▪▪▪▪

Thanks Don

**12/4/20, 1:03 PM (Viewed 12/4/20, 3:08 PM)**

Don Thompson ▪▪▪▪▪

The hearse is five minutes out. It will stop at the corner and the zombies will get in with their fake Georgia ballots then they'll drive down the road through the cameras. Then they will go to the gates and try to vote. Hopefully Mike Lindell will be there to audit the Vote at the governor mansion gate

**12/4/20, 12:53 PM (Viewed 12/4/20, 3:08 PM)**

Dustin Stockton ▪▪▪▪▪

Loved "The horse is five minutes away they will stop at the corner load up the dead voters and drive down to the gate"

**12/4/20, 12:53 PM (Viewed 12/4/20, 3:08 PM)**

Cindy Chafian ▪▪▪▪▪

Ok

**12/4/20, 12:52 PM (Viewed 12/4/20, 3:08 PM)**

Don Thompson ▪▪▪▪▪

Melanie will cure us when the horse is ready to drive to the gate

**12/4/20, 12:52 PM (Viewed 12/4/20, 3:08 PM)**

Don Thompson ▪▪▪▪▪

Hearse

**12/4/20, 12:51 PM (Viewed 12/4/20, 3:08 PM)**

Don Thompson ▪▪▪▪▪

The horse is five minutes away they will stop at the corner load up the dead voters and drive down to the gate

KKremer4293

**12/4/20, 12:28 PM (Viewed 12/4/20, 3:08 PM)**

Don Thompson ▮

Liked "We will be on the sidewalk across the street"

**12/4/20, 12:27 PM (Viewed 12/4/20, 3:08 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮

We will be on the sidewalk across the street

**12/4/20, 12:25 PM (Viewed 12/4/20, 3:08 PM)**

James Lyle ▮

There really is no parking near there

**12/4/20, 12:24 PM (Viewed 12/4/20, 3:08 PM)**

Grace Solanda ▮

Ok

**12/4/20, 12:23 PM (Viewed 12/4/20, 3:08 PM)**

Dustin Stockton ▮

Winging it

**12/4/20, 12:23 PM (Viewed 12/4/20, 3:08 PM)**

Grace Solanda ▮

Hi. We are at the governors mansion, do you know where parking is supposed to be? Or are we winging it. All entrances are blocked off by cops fyi

**12/4/20, 11:46 AM (Viewed 12/4/20, 3:08 PM)**

James Lyle ▮

391 W Paces Ferry Rd NW
Atlanta, GA  30305
United States

**12/4/20, 11:37 AM (Viewed 12/4/20, 11:39 AM)**

Vinny ▮

**12/4/20, 11:37 AM (Viewed 12/4/20, 11:39 AM)**

Vinny ▮

**12/4/20, 11:37 AM (Viewed 12/4/20, 11:39 AM)**

Vinny ▮

**12/4/20, 11:37 AM (Viewed 12/4/20, 11:39 AM)**

Vinny ▮

**12/4/20, 11:37 AM (Viewed 12/4/20, 11:39 AM)**

Vinny ▮

**12/4/20, 11:31 AM**

Grace Solanda ▮

Liked "But that's where we will be "

**12/4/20, 11:30 AM (Viewed 12/4/20, 11:31 AM)**

Cindy Chafian ▮

But that's where we will be

**12/4/20, 11:30 AM**

Cindy Chafian ▮

Still at the Capitol steps. The rain is going to be an issue.

**12/4/20, 11:29 AM**

Grace Solanda ▮

Can you please send RSBN team an update on changes?

KKremer4294

**12/4/20, 11:28 AM**

Vinny ▮▮▮▮▮

Liked "https://twitter.com/amykremer/status/1334897140397731842?s=21"

**12/4/20, 11:28 AM**

Dustin Stockton ▮▮▮▮▮

**12/4/20, 11:28 AM**

Dustin Stockton ▮▮▮▮▮

**12/4/20, 11:28 AM**

Dustin Stockton ▮▮▮▮▮

**12/4/20, 11:28 AM**

Dustin Stockton ▮▮▮▮▮

https://twitter.com/amykremer/status/1334897140397731842?s=21
(Sent with URL)

**12/4/20, 11:28 AM**

Dustin Stockton ▮▮▮▮▮

Push!

**12/4/20, 11:21 AM (Viewed 12/4/20, 11:22 AM)**

Cindy Chafian ▮▮▮▮▮

Questioned an image

**12/4/20, 11:20 AM**

Cindy Chafian ▮▮▮▮▮

Liked "Jason, GPS says 16 min for bus and train"

**12/4/20, 11:19 AM**

Vinny ▮▮▮▮▮

Jason, GPS says 16 min for bus and train

**12/4/20, 11:19 AM**

James Lyle ▮▮▮▮▮

Loved "I'm about 18mins away from the capital with umbrellas, will the bus be at the capital steps by then or where should I meet you all? 🚕🚶📱"

**12/4/20, 11:19 AM**

Jason Funes ▮▮▮▮▮

I'm about 18mins away from the capital with umbrellas, will the bus be at the capital steps by then or where should I meet you all? 🚕🚶📱

**12/4/20, 11:18 AM**

Grace Solanda ▮▮▮▮▮

**12/4/20, 11:00 AM (Viewed 12/4/20, 11:03 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

There will be no more drinking on this trip.

Matt & Kylie are going home.

I will regroup with everyone later today on moving forward.

**12/4/20, 10:37 AM (Viewed 12/4/20, 10:40 AM)**

Vinny ▮▮▮▮▮

Vinny is here

**12/4/20, 10:36 AM**

Cindy Chafian ▮▮▮▮▮

Once matt gets down here

KKremer4295

**12/4/20, 10:36 AM**

Cindy Chafian ███████

Two

**12/4/20, 10:36 AM**

Cindy Chafian ███████

I need to guys to help me get the water off the truck

**12/4/20, 10:35 AM**

Cindy Chafian ███████

I'm meeting him in the lobby

**12/4/20, 10:35 AM**

Kylie Jane Kremer (+███████

I just spoke to matt and he is walking them down

**12/4/20, 10:34 AM**

James Lyle ███████

What room is matt in?

**12/4/20, 10:34 AM**

Cindy Chafian ███████

I'm trying to take care of everybody on this bus And I don't have the keys I need them

**12/4/20, 10:34 AM**

Mommagrizzly [Chairman, Women For Trump] ███████

Stat

**12/4/20, 10:33 AM**

Mommagrizzly [Chairman, Women For Trump] ███████

We need the car keys

**12/4/20, 10:33 AM**

Cindy Chafian ███████

I don't know who has them but I need them because I need to get the water

**12/4/20, 10:33 AM**

Mommagrizzly [Chairman, Women For Trump] ███████

Has anyone seen Matt this morning?

**12/4/20, 10:33 AM**

Cindy Chafian ███████

I need the keys to the truck

**12/4/20, 10:33 AM**

Dustin Stockton ███████

Liked "The bus is waiting on Kylie. When she gets on the bus, y'all can roll."

**12/4/20, 10:30 AM (Viewed 12/4/20, 10:32 AM)**

Mommagrizzly [Chairman, Women For Trump] ███████

The bus is waiting on Kylie. When she gets on the bus, y'all can roll.

**12/4/20, 10:21 AM (Viewed 12/4/20, 10:22 AM)**

Vinny ███████

Women for America First:

Your work has paid off. The pressure has been put on GA to "Do The Right Thing".

#AuditTheVote

Newsmax: BREAKING: Ga. Gov. Kemp backs signature ballot match audit after shocking video, Read More: nws.mx/nfkm

233

KKremer4296

**12/4/20, 10:20 AM**

Vinny ▮▮▮▮▮

Emphasized "No one is to get off that bus again until the bus is clean.

IT IS NOT RAY'S JOB TO CLEAN UP AFTER US.

Ray is the driver. Not the maid.

Everyone owes him an apology this morning.

Please do not let this happen again."

**12/4/20, 10:11 AM**

Cindy Chafian ▮▮▮▮▮

Liked "No one is to get off that bus again until the bus is clean.

IT IS NOT RAY'S JOB TO CLEAN UP AFTER US.

Ray is the driver. Not the maid.

Everyone owes him an apology this morning.

Please do not let this happen again."

**12/4/20, 10:10 AM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

No one is to get off that bus again until the bus is clean.

IT IS NOT RAY'S JOB TO CLEAN UP AFTER US.

Ray is the driver. Not the maid.

Everyone owes him an apology this morning.

Please do not let this happen again.

**12/4/20, 10:00 AM (Viewed 12/4/20, 10:02 AM)**

Bay Cagle ▮▮▮▮▮

##cleanliness is next to godliness

**12/4/20, 9:59 AM**

Cindy Chafian ▮▮▮▮▮

Well I feel like an ass. Lol

**12/4/20, 9:58 AM**

Jennifer Hulsey ▮▮▮▮▮

That's beautiful. God is our refuge praying for everyone.

**12/4/20, 9:58 AM**

Cindy Chafian ▮▮▮▮▮

Good morning everyone.  Ray beat me onto the bus and was cleaning it when I got on. Everyone needs to make sure they take their trash off the bus at the end of the day.  And we need to round robin on taking care of the trash.

**12/4/20, 9:57 AM (Viewed 12/4/20, 9:58 AM)**

Don Thompson ▮▮▮▮▮

Loved "I've been doing a lot of prayer, especially as I've been building coalitions of pastors, and I feel that the enemy has infiltrated us and is trying to divide us. I hope and pray that in the name of Jesus Christ our king that our March for Trump exploits fraud and corruption in our nation and we break any evil spirits so that we me raise our nation under God and re-elect President Trump. I pray for a Godly unity and honor amongst us all U̲S̲🙏#I̲L̲"

**12/4/20, 9:56 AM (Viewed 12/4/20, 9:58 AM)**

Jason Funes ▮▮▮▮▮

I've been doing a lot of prayer, especially as I've been building coalitions of pastors, and I feel that the enemy has infiltrated us and is trying to divide us. I hope and pray that in the name of Jesus Christ our king that our March for Trump exploits fraud and corruption in our nation

KKremer4297

and we break any evil spirits so that we me raise our nation under God and re-elect President Trump. I pray for a Godly unity and honor amongst us all 🇺🇸🙏✝️

**12/4/20, 9:15 AM (Viewed 12/4/20, 9:58 AM)**

Cindy Chafian ▮▮▮▮▮▮

I'll text you.

**12/4/20, 9:15 AM (Viewed 12/4/20, 9:58 AM)**

Cindy Chafian ▮▮▮▮▮▮

Thank you Don.

**12/4/20, 9:14 AM (Viewed 12/4/20, 9:58 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮▮

Don will be riding the bus this morning.

We will do bullhorns and umbrellas at the State Capitol today because of the rain. I don't want anyone getting electrocuted. Safety is our top priority.

**12/4/20, 9:13 AM (Viewed 12/4/20, 9:58 AM)**

Don Thompson ▮▮▮▮▮▮

I have a car I can go

**12/4/20, 9:13 AM (Viewed 12/4/20, 9:58 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮▮

Call Matt

**12/4/20, 9:13 AM (Viewed 12/4/20, 9:58 AM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮▮

Matt has the car keys.

**12/4/20, 9:09 AM (Viewed 12/4/20, 9:58 AM)**

Cindy Chafian ▮▮▮▮▮▮

I need someone to do a breakfast run for me.  Please let me know if you can go!

**12/4/20, 9:04 AM (Viewed 12/4/20, 9:58 AM)**

Cindy Chafian ▮▮▮▮▮▮

The breaks fast downstairs is lacking

**12/4/20, 9:04 AM (Viewed 12/4/20, 9:58 AM)**

Cindy Chafian ▮▮▮▮▮▮

Is anyone with a vehicle up?  I need someone to pick up Dunkin' for me.

**12/3/20, 9:35 PM (Viewed 12/3/20, 10:29 PM)**

Bay Cagle ▮▮▮▮▮▮

🇺🇸

**12/3/20, 9:33 PM (Viewed 12/3/20, 10:29 PM)**

Vinny ▮▮▮▮▮▮

Ok

**12/3/20, 9:33 PM (Viewed 12/3/20, 10:29 PM)**

Cindy Chafian ▮▮▮▮▮▮

10:00am Load
10:30am Roll out

**12/3/20, 9:09 PM (Viewed 12/3/20, 9:12 PM)**

Jeff Rainforth ▮▮▮▮▮▮

You know it, baby! 😆😆😆

**12/3/20, 9:09 PM (Viewed 12/3/20, 9:12 PM)**

Vinny ▮▮▮▮▮▮

No mask.
Stolen wine.

KKremer4298

Living on the edge!

**12/3/20, 9:07 PM (Viewed 12/3/20, 9:12 PM)**

Jeff Rainforth

I made it!

**12/3/20, 6:03 PM (Viewed 12/3/20, 6:04 PM)**

James Lyle

Liked "Multbox is here!"

**12/3/20, 6:02 PM**

Don Thompson

Liked "Multbox is here!"

**12/3/20, 6:02 PM**

Kylie Jane Kremer

Multbox is here!

**12/3/20, 5:55 PM (Viewed 12/3/20, 6:01 PM)**

Vinny

It was there when I got up at the end of our team meeting

**12/3/20, 5:55 PM (Viewed 12/3/20, 6:01 PM)**

Jennifer Lawerence

Yes

**12/3/20, 5:55 PM (Viewed 12/3/20, 6:01 PM)**

Vinny

Was that the one on the table to the right of where I was seated next to Dustin?

**12/3/20, 5:55 PM (Viewed 12/3/20, 6:01 PM)**

James Lyle

Not me

**12/3/20, 5:54 PM (Viewed 12/3/20, 6:01 PM)**

Jennifer Lawerence

It was in the lobby

**12/3/20, 5:54 PM (Viewed 12/3/20, 6:01 PM)**

Jennifer Lawerence

Hey did anyone grab dustins computer

**12/3/20, 4:59 PM (Viewed 12/3/20, 5:22 PM)**

Ray March

Do we have security for bus

**12/3/20, 4:58 PM (Viewed 12/3/20, 5:22 PM)**

Jeff Rainforth

4 of BLM in hoodies

**12/3/20, 4:58 PM (Viewed 12/3/20, 5:22 PM)**

Jeff Rainforth

BLM gangsters out front in car looking for stuff yelling fuck Trump

**12/3/20, 4:55 PM**

Jason Funes

Liked "Jason I have your keys in room 321. You are next to us "

**12/3/20, 4:55 PM**

Jennifer Lawerence

Jason I have your keys in room 321. You are next to us

KKremer4299

**12/3/20, 4:21 PM**

Don Thompson ▮▮▮▮▮

Don Thompson sound guy

**12/3/20, 4:21 PM**

Jeff Rainforth ▮▮▮▮▮

Jeff Rainforth

**12/3/20, 4:19 PM (Viewed 12/3/20, 4:21 PM)**

Jennifer Lawerence ▮▮▮▮▮

Jennifer Lawrence

**12/3/20, 4:19 PM (Viewed 12/3/20, 4:21 PM)**

Jennifer Lawerence ▮▮▮▮▮

Haha wrong text

**12/3/20, 4:19 PM (Viewed 12/3/20, 4:21 PM)**

Scott Johnston ▮▮▮▮▮

Scott Johnston

**12/3/20, 4:19 PM (Viewed 12/3/20, 4:21 PM)**

Ray March ▮▮▮▮▮

Ray march

**12/3/20, 4:19 PM (Viewed 12/3/20, 4:21 PM)**

Jennifer Lawerence ▮▮▮▮▮

Jennifer Lawrence
Scott Johnston
Dustin Stockton

**12/3/20, 4:18 PM**

Matt McCleskey ▮▮▮▮▮

Matt McCleskey

**12/3/20, 4:18 PM**

Vinny ▮▮▮▮▮

Vinny Caldara
Trump Train

**12/3/20, 4:18 PM**

Vinny ▮▮▮▮▮

Liked "Can everyone respond to this text with their first and last name please "

**12/3/20, 4:18 PM**

Kylie Jane Kremer (+▮▮▮▮▮

Kylie Jane Kremer

**12/3/20, 4:18 PM**

Kylie Jane Kremer (+▮▮▮▮▮

Can everyone respond to this text with their first and last name please

**12/3/20, 4:15 PM**

Vinny ▮▮▮▮▮

This is Vinny Caldara, for those who don't have me saved in their contacts.

**12/3/20, 4:15 PM**

Kylie Jane Kremer (+▮▮▮▮▮

Emphasized "Take it from an airline captain: Do NOT cross your lead flight attendant. It won't end well. "

237

KKremer4300

**12/3/20, 4:15 PM**

Cindy Chafian ▓▓▓▓▓

Liked "Thanks for the dinner invite. See y'all at 6:30pm"

**12/3/20, 4:15 PM**

Vinny ▓▓▓▓▓

Thanks for the dinner invite. See y'all at 6:30pm

**12/3/20, 4:15 PM**

James Lyle ▓▓▓▓▓

See heading down now

**12/3/20, 4:14 PM (Viewed 12/3/20, 4:15 PM)**

Vinny ▓▓▓▓▓

Take it from an airline captain: Do NOT cross your lead flight attendant. It won't end well.

**12/3/20, 4:14 PM (Viewed 12/3/20, 4:15 PM)**

Vinny ▓▓▓▓▓

Laughed at "If y'all were a flight crew, you'd be fired."

**12/3/20, 4:14 PM (Viewed 12/3/20, 4:15 PM)**

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓▓

Lobby

**12/3/20, 4:14 PM (Viewed 12/3/20, 4:15 PM)**

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓▓

We have a meeting right now at 4PM in the libby

**12/3/20, 4:13 PM (Viewed 12/3/20, 4:15 PM)**

James Lyle ▓▓▓▓▓

Re read the thread
There is nothing about a meeting right now

**12/3/20, 4:12 PM (Viewed 12/3/20, 4:15 PM)**

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓▓

If y'all were a flight crew, you'd be fired.

**12/3/20, 4:09 PM (Viewed 12/3/20, 4:15 PM)**

Mommagrizzly [Chairman, Women For Trump] ▓▓▓▓▓

James
Jason
Scott
Jeff
Jennifer

Let's rock & roll for our team meeting.

**12/3/20, 4:07 PM (Viewed 12/3/20, 4:15 PM)**

Cindy Chafian ▓▓▓▓▓

It's 4:07 guys.  We have a 6:30 reservation and some of us need to shower. ☺

**12/3/20, 3:57 PM**

Kylie Jane Kremer (+▓▓▓▓▓

Lobby

**12/3/20, 3:57 PM**

Cindy Chafian ▓▓▓▓▓

Downstairs

**12/3/20, 3:57 PM**

Don Thompson ▓▓▓▓▓

Where is the meeting

KKremer4301

**12/3/20, 3:24 PM**

Bay Cagle ▮▮▮▮▮

Liked "Hi everyone!!  Dinner reservations for 6:30 at Ruth's Chris downstairs. See you then!"

**12/3/20, 3:23 PM**

Cindy Chafian ▮▮▮▮▮

Hi everyone!!  Dinner reservations for 6:30 at Ruth's Chris downstairs. See you then!

**12/3/20, 2:03 PM (Viewed 12/3/20, 2:08 PM)**

Grace Solanda ▮▮▮▮▮

Ok thanks Cindy!

**12/3/20, 2:02 PM (Viewed 12/3/20, 2:08 PM)**

Cindy Chafian ▮▮▮▮▮

Not necessary to attend the meeting.  I'll let you know what time dinner is.

**12/3/20, 2:01 PM**

Grace Solanda ▮▮▮▮▮

Would you like rsbn crew to be present at this meeting?

**12/3/20, 12:27 PM (Viewed 12/3/20, 12:29 PM)**

Don Thompson ▮▮▮▮▮

Loved "👍good chance for us to all get back on the same page"

**12/3/20, 12:27 PM (Viewed 12/3/20, 12:29 PM)**

Don Thompson ▮▮▮▮▮

Liked "I would ask that everyone overnight at the Embassy Suites tonight. I would like the entire team together."

**12/3/20, 12:18 PM (Viewed 12/3/20, 12:20 PM)**

Dustin Stockton ▮▮▮▮▮

👍good chance for us to all get back on the same page

**12/3/20, 12:17 PM**

Cindy Chafian ▮▮▮▮▮

Loved "All,
The bus is headed to Atlanta now. We are approximately 30-45 minutes out from the capitol now.

After our activities at the Capitol, we are heading to the Embassy Suites in Kennesaw.

We will have a team meeting at the hotel at approximately 4:00PM.

We are going to make a dinner reservation at the restaurant at the hotel. Once confirmed, I'll advise of the time."

**12/3/20, 12:17 PM**

Dustin Stockton ▮▮▮▮▮

Loved "I would ask that everyone overnight at the Embassy Suites tonight. I would like the entire team together."

**12/3/20, 12:17 PM**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

I would ask that everyone overnight at the Embassy Suites tonight. I would like the entire team together.

**12/3/20, 12:16 PM (Viewed 12/3/20, 12:17 PM)**

Mommagrizzly [Chairman, Women For Trump] ▮▮▮▮▮

All,
The bus is headed to Atlanta now. We are approximately 30-45 minutes out from the capitol now.

After our activities at the Capitol, we are heading to the Embassy Suites in Kennesaw.

We will have a team meeting at the hotel at approximately 4:00PM.

KKremer4302

We are going to make a dinner reservation at the restaurant at the hotel. Once confirmed, I'll advise of the time.

**12/3/20, 10:37 AM**

Scott Johnston ████████

**12/3/20, 9:36 AM (Viewed 12/3/20, 9:51 AM)**

Cindy Chafian ████████

☺

**12/3/20, 9:30 AM (Viewed 12/3/20, 9:34 AM)**

Grace Solanda ████████

Ok thank you

**12/3/20, 9:29 AM (Viewed 12/3/20, 9:30 AM)**

Cindy Chafian ████████

Approximately. Yes

**12/3/20, 9:29 AM (Viewed 12/3/20, 9:30 AM)**

Grace Solanda ████████

Amy or Cindy - is the bus still planning to arrive at 12pm in ATL?

**12/3/20, 8:03 AM (Viewed 12/3/20, 9:21 AM)**

Jeff Rainforth ████████

Liked "https://instagram.com/women.4.trump?igshid=185dkg3k58e5a"

**12/3/20, 8:03 AM (Viewed 12/3/20, 9:21 AM)**

Jeff Rainforth ████████

Liked "https://instagram.com/womenforamericafirst?igshid=lf2o3ui9sygo"

**12/3/20, 8:03 AM (Viewed 12/3/20, 9:21 AM)**

Cindy Chafian ████████

**12/3/20, 8:03 AM (Viewed 12/3/20, 9:21 AM)**

Cindy Chafian ████████

**12/3/20, 8:03 AM (Viewed 12/3/20, 9:21 AM)**

Cindy Chafian ████████

**12/3/20, 8:03 AM (Viewed 12/3/20, 9:21 AM)**

Cindy Chafian ████████

https://instagram.com/women.4.trump?igshid=185dkg3k58e5a
(Sent with URL)

**12/3/20, 8:02 AM (Viewed 12/3/20, 9:21 AM)**

Cindy Chafian ████████

**12/3/20, 8:02 AM (Viewed 12/3/20, 9:21 AM)**

Cindy Chafian ████████

**12/3/20, 8:02 AM (Viewed 12/3/20, 9:21 AM)**

Cindy Chafian ████████

**12/3/20, 8:02 AM (Viewed 12/3/20, 9:21 AM)**

Cindy Chafian ████████

https://instagram.com/womenforamericafirst?igshid=lf2o3ui9sygo
(Sent with URL)

**12/3/20, 8:02 AM (Viewed 12/3/20, 9:21 AM)**

Jeff Rainforth ████████

What's our Instagram?

KKremer4303

**12/3/20, 7:30 AM (Viewed 12/3/20, 9:21 AM)**

Matt McCleskey

Liked "Good morning all!! Just making sure everyone saw my correction that call is 7:30 and roll out is 8:00am! I read the schedule wrong when we got in and Kylie caught it for me!!"

**12/3/20, 7:23 AM (Viewed 12/3/20, 9:21 AM)**

Cindy Chafian

Good morning all!! Just making sure everyone saw my correction that call is 7:30 and roll out is 8:00am! I read the schedule wrong when we got in and Kylie caught it for me!!

**12/2/20, 11:13 PM (Viewed 12/2/20, 11:14 PM)**

Cindy Chafian

7:30 bus call
8:00am roll out

Whistle Stops as listed.

**12/2/20, 11:12 PM**
Kylie Jane Kremer (+

7:30am Bus call

**12/2/20, 11:12 PM**

Cindy Chafian

Correction everyone. What Kylie said.

**12/2/20, 11:10 PM**
Kylie Jane Kremer (+

7:30am bus call

**12/2/20, 11:10 PM**
Kylie Jane Kremer (+

8:00am leave

**12/2/20, 11:10 PM**
Kylie Jane Kremer (+

NO NO NO... yall have to leave at 8:30am

**12/2/20, 11:10 PM**

Ray March

Thanks

**12/2/20, 11:09 PM (Viewed 12/2/20, 11:10 PM)**

Cindy Chafian

8:30 load 9:00am roll out

**12/2/20, 11:01 PM**

James Lyle

K

**12/2/20, 11:01 PM**

Ray March

I need a time before I go to sleep for tomorrow

**12/2/20, 10:31 PM (Viewed 12/2/20, 10:32 PM)**

Jason Funes

Don Thomson, what's your ETA to Atlanta?

**12/2/20, 10:24 PM**

Cindy Chafian

At the door now

KKremer4304

**12/2/20, 10:24 PM**

Ray March ▮▮▮▮▮

James did you forget 🔑

**12/2/20, 9:51 PM**

Cindy Chafian ▮▮▮▮▮

Thanks

**12/2/20, 9:49 PM**

Matt McCleskey ▮▮▮▮▮

804

**12/2/20, 9:49 PM**

Cindy Chafian ▮▮▮▮▮

Matt what room are you

**12/2/20, 9:48 PM**

Grace Solanda ▮▮▮▮▮

Ty

**12/2/20, 9:47 PM**

James Lyle ▮▮▮▮▮

Ra

**12/2/20, 9:45 PM**

Ray March ▮▮▮▮▮

803

**12/2/20, 9:45 PM**

Cindy Chafian ▮▮▮▮▮

Ray what room are you in. James needs the key he needs to get stuff off the bus

**12/2/20, 9:43 PM (Viewed 12/2/20, 9:45 PM)**

Cindy Chafian ▮▮▮▮▮

809 and 808

**12/2/20, 9:42 PM (Viewed 12/2/20, 9:45 PM)**

Cindy Chafian ▮▮▮▮▮

RSB team I have your keys.  8th floor. Let me know when you're here and I'll meet you at the rooms.

**12/2/20, 6:17 PM (Viewed 12/2/20, 6:20 PM)**

Don Thompson ▮▮▮▮▮

Does anyone know where the generator is

**12/2/20, 1:24 PM (Viewed 12/2/20, 1:25 PM)**

James Lyle ▮▮▮▮▮

670 Verdae Boulevard, Greenville, South Carolina, 29607, USA

**12/2/20, 1:24 PM (Viewed 12/2/20, 1:25 PM)**

Grace Solanda ▮▮▮▮▮

Thank you!

**12/2/20, 1:24 PM (Viewed 12/2/20, 1:25 PM)**

Cindy Chafian ▮▮▮▮▮

670 Verdae Boulevard, Greenville, South Carolina, 29607, USA

**12/2/20, 1:23 PM (Viewed 12/2/20, 1:25 PM)**

Grace Solanda ▮▮▮▮▮

Hi everyone! What hotel should we map to in Greenville?

KKremer4305

**12/2/20, 9:54 AM (Viewed 12/2/20, 11:46 AM)**

Jennifer Lawerence ▮▮▮▮▮

Loved "We got it. Thank you. "

**12/2/20, 9:54 AM (Viewed 12/2/20, 11:46 AM)**

Cindy Chafian ▮▮▮▮▮

We got it. Thank you.

**12/2/20, 9:53 AM (Viewed 12/2/20, 11:46 AM)**

Jennifer Lawerence ▮▮▮▮▮

Our rental? Scott

**12/2/20, 9:48 AM (Viewed 12/2/20, 11:46 AM)**

Cindy Chafian ▮▮▮▮▮

Good morning everyone!!

Planning to load at 11:15am and roll out at 11:45.

Who has the keys to the rental? Don needs to head to the site.

**12/2/20, 12:09 AM**

Matt McCleskey ▮▮▮▮▮

👍

**12/2/20, 12:08 AM**

James Lyle ▮▮▮▮▮

Trying to get checked in

**12/1/20, 9:58 PM**

James Lyle ▮▮▮▮▮

😩

**12/1/20, 9:57 PM**

Matt McCleskey ▮▮▮▮▮

I called and he's already here. Everything is under control

**12/1/20, 9:56 PM (Viewed 12/1/20, 9:57 PM)**

James Lyle ▮▮▮▮▮

Someone needs to call the sheriff.  Y'all are breaking COVID rules.

**12/1/20, 9:13 PM (Viewed 12/1/20, 9:16 PM)**

Dustin Stockton ▮▮▮▮▮

Loved an image

**12/1/20, 9:13 PM (Viewed 12/1/20, 9:16 PM)**

Jennifer Hulsey ▮▮▮▮▮

Loved an image

**12/1/20, 9:12 PM**

Jennifer Hulsey ▮▮▮▮▮

Loved an image

**12/1/20, 9:10 PM**

Kylie Jane Kremer (+▮▮▮▮▮

Loved an image

**12/1/20, 9:09 PM (Viewed 12/1/20, 9:10 PM)**

Jeff Rainforth ▮▮▮▮▮

New one!

KKremer4306

**12/1/20, 9:09 PM**

James Lyle ▮▮▮▮

Loved an image

**12/1/20, 9:05 PM (Viewed 12/1/20, 9:06 PM)**

Jennifer Hulsey ▮▮▮▮

I will be there soon!!

**12/1/20, 9:05 PM**

Kylie Jane Kremer (▮▮▮▮)

Loved an image

**12/1/20, 9:05 PM**

Kylie Jane Kremer (▮▮▮▮)

Awww miss y'all!!!

**12/1/20, 9:05 PM**

Jennifer Hulsey ▮▮▮▮

Love it

**12/1/20, 9:04 PM (Viewed 12/1/20, 9:05 PM)**

Jeff Rainforth ▮▮▮▮

Cheers, everyone.

**12/1/20, 7:40 PM**

Liz Willis ▮▮▮▮

Link for tomorrow's stream if anyone wants to post, feel free.

**12/1/20, 7:40 PM**

Liz Willis ▮▮▮▮

https://youtu.be/Naj9FZu9uWo
(Sent with URL)

**12/1/20, 4:24 PM (Viewed 12/1/20, 4:33 PM)**

Jason Funes ▮▮▮▮

Liked "326"

**12/1/20, 4:10 PM**

Cindy Chafian ▮▮▮▮

326

**12/1/20, 4:10 PM**

Cindy Chafian ▮▮▮▮

326

**12/1/20, 4:09 PM**

Cindy Chafian ▮▮▮▮

I'm in room 336

**12/1/20, 4:09 PM**

Cindy Chafian ▮▮▮▮

Jason I have your key.

**12/1/20, 3:50 PM**

Cindy Chafian ▮▮▮▮

Ray and Jason I have your key.

**12/1/20, 2:06 PM**

Jennifer Lawerence ▮▮▮▮

I got you Kylie!! ♡

KKremer4307

**12/1/20, 2:06 PM**

Cindy Chafian

Wish you were here.  Maybe a team retreat after inauguration!!!

**12/1/20, 2:06 PM**

Jennifer Lawerence

Loved "Enjoy y'all!! I am so jealous. Get there a little early to take pictures of the sunset if it's nice out. My favorite place and so peaceful. Staff is so great and you can sit out at the fire pit afterward or on the back deck. Send me pictures!! "

**12/1/20, 2:06 PM**

Cindy Chafian

Loved "Enjoy y'all!! I am so jealous. Get there a little early to take pictures of the sunset if it's nice out. My favorite place and so peaceful. Staff is so great and you can sit out at the fire pit afterward or on the back deck. Send me pictures!! "

**12/1/20, 2:05 PM**

Kylie Jane Kremer (+

Enjoy y'all!! I am so jealous. Get there a little early to take pictures of the sunset if it's nice out. My favorite place and so peaceful. Staff is so great and you can sit out at the fire pit afterward or on the back deck. Send me pictures!!

**12/1/20, 2:04 PM**

Jennifer Lawerence

Loved "What's for supper?
Eating at hotel -
https://www.beauforthotelnc.com/private-dining/
Reservation is at 8:00pm"

**12/1/20, 2:04 PM**

Bay Cagle

What's for supper?
Eating at hotel -
https://www.beauforthotelnc.com/private-dining/
Reservation is at 8:00pm

**12/1/20, 1:10 PM**

Cindy Chafian

Jason I have your stuff in here

**12/1/20, 1:10 PM**

Cindy Chafian

I'm making sandwiches for everyone. There's ham turkey white bread wheat bread pepper jack and regular cheese

**12/1/20, 1:10 PM**

Cindy Chafian

Hey guys, I need everybody to tell me what kind of sandwiches they want

**12/1/20, 12:49 PM (Viewed 12/1/20, 12:50 PM)**

James Lyle

Loved "Heard Rush just mentioned us"

**12/1/20, 12:48 PM**

Dustin Stockton

Heard Rush just mentioned us

**12/1/20, 11:37 AM (Viewed 12/1/20, 12:45 PM)**

Jason Funes

Emphasized "https://twitter.com/danscavino/status/1333806520367190019?s=21"

**12/1/20, 11:35 AM (Viewed 12/1/20, 12:45 PM)**

Jennifer Lawerence

245

KKremer4308

**12/1/20, 11:35 AM (Viewed 12/1/20, 12:45 PM)**

Jennifer Lawerence ███████

**12/1/20, 11:35 AM (Viewed 12/1/20, 12:45 PM)**

Jennifer Lawerence ███████

**12/1/20, 11:35 AM (Viewed 12/1/20, 12:45 PM)**

Jennifer Lawerence ███████

https://twitter.com/danscavino/status/1333806520367190019?s=21
(Sent with URL)

**12/1/20, 11:23 AM (Viewed 12/1/20, 12:45 PM)**

Don Thompson ███████

**12/1/20, 10:05 AM (Viewed 12/1/20, 12:45 PM)**

Cindy Chafian ███████

Not sure who wants to take it in their vehicle but it's here.

**12/1/20, 10:05 AM (Viewed 12/1/20, 12:45 PM)**

Cindy Chafian ███████

I have a bunch of stuff for the advance guys in a bag outside the bus.  Case of Gatorade.  Water. Lots of snacks.

**12/1/20, 9:00 AM (Viewed 12/1/20, 9:45 AM)**

Dustin Stockton ███████

**12/1/20, 9:00 AM (Viewed 12/1/20, 9:45 AM)**

Dustin Stockton ███████

**12/1/20, 9:00 AM (Viewed 12/1/20, 9:45 AM)**

Dustin Stockton ███████

**12/1/20, 9:00 AM (Viewed 12/1/20, 9:45 AM)**

Dustin Stockton ███████

**12/1/20, 9:00 AM (Viewed 12/1/20, 9:45 AM)**

Dustin Stockton ███████

**12/1/20, 9:00 AM (Viewed 12/1/20, 9:45 AM)**

Dustin Stockton ███████

https://twitter.com/dustinstockton/status/1333772723466752001?s=21
(Sent with URL)

**12/1/20, 8:47 AM (Viewed 12/1/20, 9:45 AM)**

Jennifer Lawerence ███████

Loved ""Let everything that has breath praise the Lord.
Praise the Lord!"
Psalms 150:6(NKJV)
GOD LOVES YOU!...praise Him "

**12/1/20, 8:47 AM (Viewed 12/1/20, 9:45 AM)**

Jennifer Lawerence ███████

Loved "Good morning everyone!!  It's a beautiful brisk South Carolina morning!!

If anyone is up and would like breakfast the restaurant is open.  I'm down here down but no rush!

Plan is still to meet at 10:00am and roll out at 10:30am headed to Beaufort.  We will be having dinner together at the restaurant at the hotel (time TBD).

Look forward to another amazing day with all of you!!"

KKremer4309

**12/1/20, 8:35 AM (Viewed 12/1/20, 9:45 AM)**

Cindy Chafian ▮

Good morning everyone!!  It's a beautiful brisk South Carolina morning!!

If anyone is up and would like breakfast the restaurant is open.  I'm down here down but no rush!

Plan is still to meet at 10:00am and roll out at 10:30am headed to Beaufort.  We will be having dinner together at the restaurant at the hotel (time TBD).

Look forward to another amazing day with all of you!!

**12/1/20, 7:42 AM (Viewed 12/1/20, 9:45 AM)**

Don Thompson ▮

"Let everything that has breath praise the Lord.
Praise the Lord!"
Psalms 150:6(NKJV)
GOD LOVES YOU!...praise Him

**11/30/20, 9:44 PM (Viewed 11/30/20, 9:46 PM)**

Grace Solanda ▮

On 3rd floor!

**11/30/20, 9:43 PM (Viewed 11/30/20, 9:46 PM)**

Grace Solanda ▮

Here

**11/30/20, 9:36 PM**

Grace Solanda ▮

Driving now, will be there in less than 5

**11/30/20, 9:35 PM**

Cindy Chafian ▮

OK so apparently there is no lobby of the building so just come to Palmetto North third floor I'm outside the elevator

**11/30/20, 9:32 PM (Viewed 11/30/20, 9:34 PM)**

Grace Solanda ▮

Coming now

**11/30/20, 9:32 PM (Viewed 11/30/20, 9:34 PM)**

Cindy Chafian ▮

Hey everyone if you guys could meet me in the lobby of the building I have everyone's keys. When you're standing at the main entrance looking at the parking lot it's to your left. If you need a parking pass I have those as well

**11/30/20, 9:12 PM (Viewed 11/30/20, 9:17 PM)**

Liz Willis ▮

Liked "Thanks everyone for such great events today! Another amazing day.

Now, pls get on the bus so Ray can end his day.😡

Also, for those of you that weren't aware, I have jumped off the tour for the night and am headed to DC. I have a mtg at the WH tomorrow afternoon and then will be back tomorrow night. James is driving me.

Dustin and Cindy are in charge.

Bay will get an email out tonight for tomorrow's schedule and logistics.

We have made some schedule changes and they are updated on the website.

I have let Liz know at RSBN, but Dustin and Cindy can update the team when you get to the hotel.

Tomorrow should be an easy day, but there is a lot of work we need to get done, so it will be busy.

KKremer4310

I'll be back tomorrow evening and will see y'all then.

I appreciate everyone of you and hope you all have a great evening.

Rest well. I'll make sure the President knows about the tour tomorrow!⟦U⟧⟦S⟧☺"

**11/30/20, 9:11 PM (Viewed 11/30/20, 9:17 PM)**

**Cindy Chafian** ▬▬▬▬

Loved "Thanks everyone for such great events today! Another amazing day.

Now, pls get on the bus so Ray can end his day.☺

Also, for those of you that weren't aware, I have jumped off the tour for the night and am headed to DC. I have a mtg at the WH tomorrow afternoon and then will be back tomorrow night. James is driving me.

Dustin and Cindy are in charge.

Bay will get an email out tonight for tomorrow's schedule and logistics.

We have made some schedule changes and they are updated on the website.

I have let Liz know at RSBN, but Dustin and Cindy can update the team when you get to the hotel.

Tomorrow should be an easy day, but there is a lot of work we need to get done, so it will be busy.

I'll be back tomorrow evening and will see y'all then.

I appreciate everyone of you and hope you all have a great evening.

Rest well. I'll make sure the President knows about the tour tomorrow!⟦U⟧⟦S⟧☺"

**11/30/20, 9:10 PM (Viewed 11/30/20, 9:17 PM)**

**Mommagrizzly [Chairman, Women For Trump]** ▬▬▬▬

Thanks everyone for such great events today! Another amazing day.

Now, pls get on the bus so Ray can end his day.☺

Also, for those of you that weren't aware, I have jumped off the tour for the night and am headed to DC. I have a mtg at the WH tomorrow afternoon and then will be back tomorrow night. James is driving me.

Dustin and Cindy are in charge.

Bay will get an email out tonight for tomorrow's schedule and logistics.

We have made some schedule changes and they are updated on the website.

I have let Liz know at RSBN, but Dustin and Cindy can update the team when you get to the hotel.

Tomorrow should be an easy day, but there is a lot of work we need to get done, so it will be busy.

I'll be back tomorrow evening and will see y'all then.

I appreciate everyone of you and hope you all have a great evening.

Rest well. I'll make sure the President knows about the tour tomorrow!⟦U⟧⟦S⟧☺

**11/30/20, 8:58 PM**

**Cindy Chafian** ▬▬▬▬

Let's go guys. Ray needs to end his day.

**11/30/20, 5:50 PM (Viewed 11/30/20, 5:54 PM)**

**Mommagrizzly [Chairman, Women For Trump]** ▬▬▬▬

Pls do not reply

KKremer4311

**11/30/20, 5:49 PM (Viewed 11/30/20, 5:54 PM)**

Mommagrizzly [Chairman, Women For Trump] █████████

Ų Ų Ų Ų Ų Ų

**11/30/20, 6:51 AM (Viewed 11/30/20, 10:55 AM)**

Mommagrizzly [Chairman, Women For Trump] █████████

Good morning!

You've got mail.✉

Bus call - 9:00 AM
Wheels up & Departure - 9:30 AM

Have a blessed day!

**11/29/20, 10:27 AM (Viewed 11/29/20, 1:36 PM)**

James Lyle █████████

Mine is

**11/29/20, 10:24 AM (Viewed 11/29/20, 1:36 PM)**

Cindy Chafian █████████

Is everyone's lunch order in?

**11/29/20, 7:22 AM (Viewed 11/29/20, 8:59 AM)**

Mommagrizzly [Chairman, Women For Trump] █████████

Good morning.

You have mail. ✉

Let's meet in the lobby of the Bobby Jones Villa instead of the main lobby.

See you at 8AM.

**11/28/20, 11:09 PM (Viewed 11/28/20, 11:11 PM)**

Mommagrizzly [Chairman, Women For Trump] █████████

All,
I hope everyone got checked in and you all get a good night sleep tonight.

Please meet in the lobby at 8AM for a team meeting. I will have schedules, phone lists, etc. for
 you.

The bus will arrive at 8:30AM for us to begin loading the bus.

You should have time to get some breakfast before departure if you desire.

Departure will be at 9:45AM for Doral Central Park.

The rally won't start until 11:00AM so we will have time to eat, primp, do phone calls or
 whatever on the bus before the rally begins.

Be sure to check your email first thing in the morning for any changes.

If you have any questions, please let me know.

Please do not respond via group message. If you need to reply, please do so privately to me.

I will see you all in the morning. Thanks so much for being part of this team! I know the
 President is grateful!

Night!

**11/28/20, 10:19 PM**

Dustin Stockton █████████

**11/28/20, 10:19 PM**

Dustin Stockton █████████

KKremer4312

**11/28/20, 10:19 PM**

Dustin Stockton ▮▮▮▮

**11/28/20, 10:19 PM**

Dustin Stockton ▮▮▮▮

https://theiowastandard.com/march-for-trump-bus-tour-caravan-to-freedom-gets-underway-sunday-nov-29-will-make-des-moines-stop-dec-6/
(Sent with URL)

**11/28/20, 10:19 PM**

Dustin Stockton ▮▮▮▮

One of our guys in Iowa please share

**11/28/20, 1:58 PM (Viewed 11/28/20, 2:01 PM)**

Bay Cagle ▮▮▮▮

Thelma (Bay) Cagle

**11/28/20, 1:51 PM**

Cindy Chafian ▮▮▮▮

Liked an image

**11/28/20, 1:51 PM**

Cindy Chafian ▮▮▮▮

I don't eat the ranch but other people might like them!

**11/28/20, 1:51 PM**

Cindy Chafian ▮▮▮▮

Those are good

**11/28/20, 1:50 PM (Viewed 11/28/20, 1:51 PM)**

Dustin Stockton ▮▮▮▮

**11/28/20, 1:48 PM (Viewed 11/28/20, 1:51 PM)**

Cindy Chafian ▮▮▮▮

Veggie straws if they have them.

**11/28/20, 1:43 PM (Viewed 11/28/20, 1:51 PM)**

Dustin Stockton ▮▮▮▮

I'm at Sams Club buying drinks/snacks for the bus if anyone has special requests

**11/28/20, 1:26 PM (Viewed 11/28/20, 1:35 PM)**

Liz Willis ▮▮▮▮

Liz Willis (RSBN)

**11/28/20, 1:19 PM**

Cindy Chafian ▮▮▮▮

Cindy Chafian

**11/28/20, 1:19 PM**

Jason Funes ▮▮▮▮

Jason Funes

**11/28/20, 1:16 PM (Viewed 11/28/20, 1:19 PM)**

Jennifer Hulsey ▮▮▮▮

Jennifer Hulsey

**11/28/20, 1:16 PM**

Matt McCleskey ▮▮▮▮

Matt McCleskey

KKremer4313

**11/28/20, 1:16 PM**

Dustin Stockton ███████

Hello patriots! Please save my number if you haven't already. - Dustin Stockton

**11/28/20, 1:11 PM (Viewed 11/28/20, 1:14 PM)**

Bay Cagle ███████

U S

**11/28/20, 1:10 PM (Viewed 11/28/20, 1:14 PM)**

Mommagrizzly [Chairman, Women For Trump] ███████

Hey Bus People!
Welcome to the March for Trump bus tour...we are going to save the world!

I'm getting ready to leave Atlanta and will be driving. James is with me. Dustin and Jen are following us.

Everyone should be arriving into Miami today. Our hotel is Trump Doral and you all should have rooms booked under your own names.

Included on this message is most of the team, including Liz from RSBN.

Cindy, Matt and Jason should be arriving the earliest today. I will connect y'all on a separate message.

I will get everyone everything you need once I get in the car and we are on the way.

Please stay healthy and use lots of hand sanitizer.

Travel safe and if you need anything, let me know. See y'all soon!

**11/26/20, 6:04 PM (Viewed 11/26/20, 6:05 PM)**

Matt McCleskey ███████

Thanks, Amy. James I'll text you on the side to coordinate.

**11/26/20, 5:58 PM**

Mommagrizzly [Chairman, Women For Trump] ███████

Matt,
James is on this message and will be booking flights and hotel rooms.

Just wanted to make sure we are all connected.

3397 total messages and 0 total images.

KKremer4314