# Exhibit 222

**Subject**: Re: pdf
**From**: Kylie Jane Kremer < ████████████████ >
**To**: █████████████ ,Dustin Stockton < ████████████████ >
**Date Sent**: Monday, January 4, 2021 1:04:52 AM GMT-05:00
**Date Received**: Monday, January 4, 2021 1:04:52 AM GMT-05:00
**Attachments**: Adobe Scan Dec 19, 2020 (3).pdf

---

Here is the original permit when Cindy filed for Women for America First you can use for reference.

Has to be an original signature, not digital when you submit at 8am in person. Location to submit it is listed on the form.

Let me know if you have any questions but I think between this and the Covid mitigation thing, that should be enough.

I would take all the contracts you have and plans (including the covid plan) with you and then also tell them you will be emailing over a digital copy to Marisa as well.

On Mon, Jan 4, 2021 at 1:02 AM Kylie Jane Kremer < ████████████████ > wrote:
   Here is the attached permit application

   ---------- Forwarded message ---------
   From: **James Lyle** < ████████████ >
   Date: Mon, Dec 28, 2020 at 5:08 PM
   Subject: pdf
   To: Kylie Kremer < ████████████ >

   --



   **Kylie Jane Kremer**
   M: ████████

   f  🐦  📷

--

   **Kylie Jane Kremer**
   M: ████████

KKremer0556



KKremer0557



NPS Form 10-941 (Rev. 08/2017)
National Park Service

OMB Control No. 1024-0021
Expiration Date 08/31/2020

## APPLICATION FOR A PERMIT TO CONDUCT A
## DEMONSTRATION OR SPECIAL EVENT IN PARK AREAS



### NATIONAL MALL AND MEMORIAL PARKS
Division of Permits Management
900 Ohio Drive, S.W.
Washington, DC  20024
Telephone:  (202) 245-4715

| | |
|---|---|
| | **Date of Application:** November 24, 2020 |

**SECTION 1:  Contact Information**

This is an application for a:

☒ Demonstration  ☐ Special Event  Definitions on 10-941S, Supplemental Instructions

| Individual/Organization | Telephone Number | Cell Phone | Fax Number |
|---|---|---|---|
| **Women for America First** | ▮▮▮▮▮ | | |

| Email Address | Website |
|---|---|
| ▮▮▮▮▮ | www.wfaf.org |

| Street Address | City | State | Zip Code | Country |
|---|---|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮ | ▮▮ | ▮▮ | USA |

| Person in Charge of Event | Telephone Number | Cell Phone Number |
|---|---|---|
| **Cindy Chafian** | | |

| Email Address | | | | |
|---|---|---|---|---|
| | | | | |

| Street Address | City | State | Zip Code | Country |
|---|---|---|---|---|
| | | | | |

*At least one person must be listed as in charge of the activity.  If different individuals are to be in charge of various activities at different locations, please list their names and contact information:*

| Name | Contact Information | Name | Contact Information |
|---|---|---|---|
| Cindy Chafian | ▮▮▮▮▮ | | |
| Name | Contact Information | Name | Contact Information |
| | | | |

**SECTION 2:  Lafayette Park and White House Sidewalk**

Is this an application for the use of the White House Sidewalk[3] or Lafayette Park?
☐ Yes  ☒ No

*Please be aware that a __waiver of the numerical limitations__ is required if an expected demonstration on the White House Sidewalk will include more than 750 participants or that a demonstration in Lafayette Park will include more than 3,000 participants.*

Is this an application for a __waiver of the numerical limitations__?

☐ Yes  ☒ No

**SECTION 3:  Event Logistics**

| | Set-Up Dates and Ending Dates | | | |
|---|---|---|---|---|
| 01/22/21 Starting Date 01/23/21 | Ending Date 12:00 | Starting Time ☐ AM ☒ PM 6:00 | Ending Time ☒ AM ☐ PM |
| | *Event Dates and Times* | | | |
| 01/23/21 Starting 01/23/21 | Ending 12:00 | Starting Time ☐ AM ☒ PM 5:00 | Ending Time ☐ AM ☒ PM |
| | *Break-down Dates and Times* | | | |
| 01/23/21 Starting 01/23/21 | Ending 8:00 am | Starting Time ☐ AM ☒ PM 10:00 | Ending Time ☒ AM ☐ PM |

Please list ALL proposed locations (include assembly and dispersal areas):
Freedom Plaza
Lincoln Memorial

---

[3] The White House Sidewalk is the sidewalk between East and West Executive Avenues, on the south side Pennsylvania Avenue, N.W.    Page 1 of 6

KKremer0558

Estimated maximum number of participants for EACH PARK AREA TO BE USED (Including organizers, volunteers, participants and spectators):

**5,000**

Purpose of event:

**First Amendment Rally**

Plan for proposed activity (include all speakers, a complete time schedule of the activity, proposed routes for any marches or parades, plans for the orderly termination and dispersal of activity which might affect regular flow of city traffic, etc.):

Please indicate any of these items that will be used during the proposed activity:

| | | | |
|---|---|---|---|
| ☐ Handheld Signs/ Placards<br>Quantity: | ☑ Chairs<br>Quantity: | ☑ Tables<br>Quantity: | ☑ Tents<br>Quantity: |
| ☑ Portable Restrooms<br>Quantity: | ☐ Camera Tripod<br>Quantity: | ☐ Jumbotrons<br>Quantity: | ☑ Generators<br>Quantity:<br>Type: |
| ☐ Banner/Sign(s)<br>Size:<br>Length:<br>Width:<br>Height: | ☐ Press Riser<br>Size:<br>Length:<br>Width:<br>Height: | ☑ Stages<br>Size:<br>Length:<br>Width:<br>Height: | ☐ Turf Protective Cover(s)<br>Size:<br>Length:<br>Width:<br>Height: |
| ☐ Podium<br>☐ Distribution of Literature | ☐ Lighting Equipment<br>☐ Portable Sound System | ☐ Estimated # of Buses: | |

Please list all other equipment (include any necessary medical/trailers ):

**Will provide details of all equipment by 12/31/20**

Are you proposing to solicit donations: ☐ Yes ☑ No

Are you proposing food or beverages service[4]: ☐ Yes ☑ No

Are you proposing road closures or traffic management? If so list the roads and/or trails affected? ☑ Yes ☐ No

**Streets surrounding Freedom Plaza**

How will the event be advertised or publicized:

☑ TV  ☐ Print  ☐ Flyers
☑ Radio  ☑ Website  ☑ Email/Listserv
☑ Social media (Twitter, Facebook, Tumblr, etc.)

Do you propose to have commercial sponsors? ☐ Yes ☑ No
If yes, how are sponsors recognized.

If boxes, crates, coffins, or similar items will be used, state whether they are to be carried opened or closed, their proposed size, the materials constructed from, and their proposed contents and use:

**none**

What are your cleanup and/or recycling plans?
**Professional clean up team**

How will cleanup members be identified?
**yellow safety vests**

[4] Please note there is an additional Temporary Food Establishment Permit Application that must be completed at least 70 days prior to proposed event.  Food service is subject to more stringent standards including being preapproved by the National Park Service and meeting Public Health standards. Only ethnic foods that are determined to be integral to the theme of the proposed event are permitted.

KKremer0559

## SECTION 4: Activity Disruption

Do you have any reason to believe or any information indicating that any individual, group or organization might seek to disrupt the activity for which this application is submitted?  ☑ Yes  ☐ No

If "Yes", list each such individual, group or organization and contact information for each:

Anyone who opposes conservatives, Trump supporters, or Republicans.

## SECTION 5: Marshals[5] and Volunteers

Will applicant furnish marshals and/or volunteers?  ☑ Yes  ☐ No

*Note: Marshals are required for all waivers of numerical limitations and for demonstration activities held simultaneously on White House Sidewalk and Lafayette Park.*

**How Many**
30

List the functions the marshals and/or volunteers are expected to perform:

crowd control, safety

How will the marshals and/or volunteers be identified?

Safety vests, volunteer t-shirts

Person(s) responsible for supervision of marshals and/or volunteers (for each location):

| Name(s) | Location(s) | Contact information during event  (address/phone) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

What communications equipment will be provided to the marshals and/or volunteers?  (Include the number of walkie-talkies, mobile phone tree, bullhorns, public address systems, flashlights, etc.)

cell phones, bull horns

State specifically the plans for ingress and egress of the participants to and from all park areas including Lafayette Park.  Please include proposed sites for loading and unloading of buses, automobiles or other forms of transportation which the participants are expected to use (supply chart or map if necessary).

Attendees will arrive and depart on foot.

---

[5]  Marshals do not act as police, they help maintain order among participants, provide information to participants and non-participants.  Marshals should have knowledge of the overall event organization.

Page 3 of 6

KKremer0560





## APPLICATION FOR A PERMIT TO CONDUCT A
## DEMONSTRATION OR SPECIAL EVENT IN PARK AREAS

### NATIONAL MALL AND MEMORIAL PARKS
Division of Permits Management
900 Ohio Drive, S.W.
Washington, DC 20024
Telephone: (202) 245-4715

| SECTION 6: Permit Applicant Information (information for person completing application) | | | |
|---|---|---|---|
| Name Cindy Chafian | Telephone Number | Cell Phone Number | Fax Number |
| Position Dir of Coalitions + Events | Email Address | | |
| Street Address | C | | |
| Signature of Applicant | | Date 12/19/2020 | |

### APPLICATION IS NOT VALID UNLESS SIGNED
Hand deliver or mail completed application to:

National Park Service
National Capital Region
Permits Management Division
900 Ohio Drive, S.W., Washington, DC 20024
Office Phone: (202) 245-4715

Open 8:00 am to 4:00 pm, Monday – Friday

[3] The White House Sidewalk is the sidewalk between East and West Executive Avenues, on the south side Pennsylvania Avenue, N.W.    Page 4 of 6

KKremer0561