# Exhibit 223

**Subject**: Re: WFAF Room List
**From**: Kylie Jane Kremer ██████████████████ >
**To**: "Davis, Linda" ████████████████ >
**Date Sent**: Thursday, December 31, 2020 5:14:12 PM GMT-05:00
**Date Received**: Thursday, December 31, 2020 5:14:12 PM GMT-05:00
**Attachments**: DC Room List Jan 6 - Final 2.xlsx

---

On Thu, Dec 31, 2020 at 5:10 PM Davis, Linda ██████████████████ > wrote:

Kylie,

I can not open the file, is this word or Excel?

Best Regards,

Linda Davis
Director of Corporate Catering
**Willard InterContinental Washington, D.C.**
1401 Pennsylvania Avenue, NW, Washington, D.C. 20004, USA
Direct: █████████  Main: +1 202-628-9100  Fax: +1 202-637-7490



FOR OVER 200 YEARS, OUR DOORS
HAVE REMAINED OPEN. WE LOOK
FORWARD TO WELCOMING YOU SOON.

*Here at the Willard InterContinental, our dedicated staff is here to serve you. Committed to the IHG Clean Promise, elevated cleaning procedures, enhanced service standards, and modified meeting space design with new distancing measures have been implemented at our hotel with your health and well-being in mind.*

*Live the InterContinental Life.*

WILLARD
INTERCONTINENTAL
WASHINGTON DC

LOS ANGELES • MEXICO CIT • TORONTO • WASHINGTON DC • NEW YORK • LONDON • PARIS • DUBAI • HONG KONG • TOKYO

---

**From**: Kylie Jane Kremer ██████████████████ >
**Sent**: Thursday, ████████████ :59 PM
**To**: Davis, Linda ████████████ >
**Subject**: WFAF Room List

Hi Linda,

Here is the most accurate room list as of now. There will be a major announcement this weekend and I expect this will change a little bit.

The rooms that are listed as "self-pay" are to be billed at the higher rate.

The rooms that we are responsible for are to take all the lower rates first.

This is for room and tax only. We will NOT be covering accidentals for any guest except for the suit and two adjoining rooms.

Also, this does not include Caroline Wren's reservation but you can add that to this list if it helps. Those reservations are apart of our group.

KKremer2399

Please let me know if you have any questions or if you need anything else.

--



**Kylie Jane Kremer**
M: ████████████



--

**Kylie Jane Kremer**
M: ████████████



KKremer2400

| | |
|---|---|
| Amy Kremer & James Lyle (Suite) | |
| Kylie Jane Kremer (Suite) | |
| Jennifer Hulsey (Suite) | |
| James Lyle | |
| Dustin Stockton | |
| Jennifer Lawrence | |
| Keri Morgan | |
| Bay Cagle | |
| Katie Cagle | |
| Don Thompson | |
| Jeff Rainforth | |
| Jerry Anders | |
| Greg Kurbatoff | |
| Trey (Edell) Nutall | |
| Ray March | |
| Austin Clark | |
| Matt McCleskey | |
| Scott Johnston | |
| Rebeckah Bennett | |
| Vinny Caldara | |
| Greg Locke | Self Pay |
| Greg Locke | Self Pay |
| Jordan Kreisle (Brian Gibson) | Self Pay |
| Jordan Kreisle (Brian Gibson) | Self Pay |
| Ken Fitzpatrick | Self Pay |
| Kelli Jones | Self Pay |
| Christina Engelstadt | |
| Charles Bowman | |
| David J. Harris | |
| Kurt Jantz | |
| Shane Stevens | Self Pay |
| Diamond & Silk | |
| Diamond & Silk | |
| Jonathan Williams | |
| Scott Graves | |
| Zachary Rugen & Matt Nelson | Self Pay |
| Lyndon  Brentall & Leigh Woods | Self Pay |
| Eerin Houck | Self Pay |

KKremer2401

| | | |
|---|---|---|
| Jan 4 - 8 | | |
| through Jan 8 | | |
| through Jan 7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |
| Jan 5-7 | | |

KKremer2402