# Exhibit 224

**Subject**: WFAF Medical
**From**: Kylie Jane Kremer ▬▬▬▬▬▬▬▬▬▬>
**To**: "Richardson, Marisa" <▬▬▬▬▬▬▬▬▬▬>, Jennifer Hulsey <▬▬▬▬▬▬▬▬▬▬>, Michael Yoder <▬▬▬▬▬▬▬▬▬▬>
**Date Sent**: Thursday, December 31, 2020 4:08:58 PM GMT-05:00
**Date Received**: Thursday, December 31, 2020 4:08:58 PM GMT-05:00
**Attachments**: Event Staffing - Women For America First March for Trump 3 - 2020.12.31 (1).pdf

Hi Ms. Richardson,

I am attaching the updated medical plan for the 6th.

Thank you!

--



Kylie Jane Kremer
M: ▬▬▬▬▬

KKremer2417



# THE GW MEDICAL FACULTY ASSOCIATES

---

Proposal Prepared for:
Women for America First

---

Event Name:
Women for America First March for Trump

---

Date Presented:
December 31, 2020

---



gweventmedicine@mfa.gwu.edu • 202.683.1690

KKremer2418

## The GW Medical Faculty Associates

## Introduction

The GW Medical Faculty Associates (GW MFA) is the largest multi-specialty physician group practice in Washington, DC and is a not-for-profit organization that supports the education and research missions of the George Washington University School of Medicine. GW MFA employs over 850 clinicians who treat more than 4,600 patients per day in its 52 clinical specialties. The Department of Emergency Medicine is one of the clinical specialties.

GW MFA's Department of Emergency Medicine (DEM) provides physician staffing for four local emergency rooms, and for over 20 years, has been the go to source for medical planning, staffing and direction for events. The Operational Medicine program is a Department of Health (DOH) licensed non-transport Advanced Life Support (ALS) and Basic Life Support (BLS) Emergency Medical Services (EMS) provider in the District of Columbia. GW MFA Operational Medicine program is able to provide comprehensive medical support for a wide variety of events and has proven experience with the following types of events:

- Walks, Runs, Bikes rides
- Parades, Marches, Protests
- Festivals
- Races (Road, Off-road, extreme, bike, adventure, 5k, 10k, Half, Full, Triathlon, Ultra …)
- Film Industry
- Concerts
- Sports Venues (Soccer, Lacrosse, Tennis, Volleyball, Football, Basketball, Golf …)
- Conventions (We are medical provider to the Washington Convention Center and Events DC)

## Medical Services Overview

### Our Primary Goals
- Work to create a relationship with clients that leads to an appropriate comprehensive medical services plan that meets the needs of the event.
- Provide attendees with the highest level of courteous, prompt, confidential, and professional emergency medical services.
- Effectively manage and staff the emergency aid stations with a focus on mitigation and response to any perceived or reported medical emergencies.

### Clinical Professional Levels Offered
- Physician (MD)
- Advanced Practice Providers (PA or NP)
- Nationally Registered Paramedic (NRP) – Advanced Life Support
- Registered Nurse (RN) – Advanced Life Support
- Nationally Registered Emergency Medical Technician (NREMT) – Basic Life Support

### Types of Services Offered
- Medical Event Planning
- Medical Logistics Support
- Medical Incident Command
- Mobile teams - Foot, Bike, Gator
- Tent or Static aid stations – from basic to comprehensive main medical set-ups

KKremer2419



## Overall Approach

### Event Medicine Expertise
In short, one of our biggest advantages is our strong leadership team of clinically practicing and well versed experts in the field of event medicine. Our leadership team has experience facilitating care from the individual level through medical management of the largest gatherings in the National Capital Region. This, coupled with Operational Medicine's local knowledge, allows us to navigate our clients through the planning and permitting phase to achieve a successful event hundreds of times each year. Our Operational Medicine team specializes in bringing appropriate personnel, supplies, medications, and equipment. As a physician based practice, our protocols go beyond the scope of typical EMS agencies in order to increase our capabilities and to help care for patients more frequently seen at events. Together, through proper planning and throughout your event, our team can increase event satisfaction, reduce unnecessary medical transports and minimize the impact on the venue, the local emergency medical services, and the entire healthcare system.

### Integrated Team
The Operational Medicine program has managed the medical preparedness and response for some of the largest events in the DC region for over two decades. The program has developed relationships with numerous local and federal law enforcement agencies, governmental agencies, Fire/Rescue/EMS, and various specialized groups within the National Capital Region. Operational Medicine works with individuals from many local corporations and organizations and understands the need for professionalism, teamwork, confidentiality, and timely response to all requests. Personnel will work as a team and seamlessly interface with partnering agencies to deliver quality medical care while ensuring confidentiality.

### Appropriate Staffing
The Operational Medicine team is comprised of experienced emergency care personnel capable of assessing both the patient and the inherently dynamic environment of events in order to mitigate risk while providing appropriate and effective care. The staffing offered utilizes a team of health professionals with a variety of backgrounds and clinical capabilities to meet the unique needs of your event. The Physicians, Physician Assistants, Nurse Practioners, Paramedics, Nurses and Emergency Medical Technicians will primarily be practicing emergency care providers who assess, triage and treat a similar patient populations on a daily basis while interfacing with traditional hospital and prehospital Emergency Medical Services regularly.

### Unrivaled Support
The Operational Medicine program is supported by an internal 24/7/365 contact center. In addition to serving as the organizational and logistical hub for GW Operational Medicine, The Worldwide Emergency Communications Center (WECC) serves as a primary and immediate point of contact with clients throughout the contracting and planning process. When the event is occurring, the center is used for everything from tracking our resources, to connecting our providers with additional support from our physician group or management team.  This center also provides support for our international remote medicine, concierge medicine (OnSite Medical Access) and Operational Medicine program.

### Quality Assurance & Patient Protections
As a licensed Advanced Life Support agency through the District of Columbia Department of Health, we comply with all the standards and regulations that go along with this. In addition, the Operational Medicine Program is a Health Insurance Portability and Accountability Act (HIPAA) covered entity and complies with all of the protections mandated by this act. All of our medical records are kept in an electronic health record and we take every measure to protect the confidentiality of each person treated. Additionally, we have a robust quality improvement process that allows us to quickly identify and fix any medical issues that might arise.

KKremer2420



## Event Staffing Services & Pricing

The GW MFA Operational Medicine program would be pleased to work with your event to provide medical staffing. To meet the expressed needs of your organization, the Operational Medicine program proposes the following program to provide exceptional medical care and services to guests, staff, vendors, and event participants:

**Event Name:** Women for America First March for Trump

**Location of Event (Address):** The Ellipse Washington, DC 20502

**Dates of Event:** January 6th, 2021

**Services:**

**Providers**
- 1 ALS Aid Station staffed by
    - 1 Emergency Medicine Registered Nurse or 1 Nationally Registered Paramedic
    - 1 Nationally Registered Emergency Medical Technician

**Event Staffing Services.** Event staffing services provided based on the schedule set forth below which includes:
- Licensed/Registered medical provider(s) to provide medical services to any participants at the Event who will remain in the Event area during their coverage
- GW MFA Emergency Medicine physicians available for consultation with GW MFA medical providers during the Event to be used at the sole discretion of the on-site medical provider
- All necessary medical supplies to meet the medical scope of services proposed, including medications, supplies and cots as appropriate
- Documentation of patient encounters and storage of patient records
- Insurance for medical providers
- Uniforms for medical providers

**Event Planning and Coordination Consulting Services.** GW MFA will provide expert consultative services related to medical planning for your Event, including, but not limited to, representation at relevant planning meetings, assistance with the development of an emergency plan, coordination with other medical agencies involved with the Event, and advice regarding the medical planning and procedures for the Event.

**Schedule:**

- Wednesday January 6th, 2021
    - Services Begin at 9:00AM
    - Services End at 5:00PM

**Pricing:**

The Total Fee for this event is **$2930.00**

KKremer2421



**The GW Medical Faculty Associates**

**Payment:**

GW MFA must receive full payment from Client by **5:00pm on Monday January 4th, 2021**.

**Items to be Provided by Client on Day of Event:**
- 1 20ft x 20ft tent Medical tent with 10 chairs and 1 6ft table. Tent should be clearly marked as the First Aid tent. Tent should have at least 3 walls. Tent should have power, lights <u>heat</u>, a generator and a large fan.
- 10 cases of water and 200lbs of ice, with coolers, to be distributed by medical team as needed
- Radios for communication (at least 1)
- Credentials for medical personnel (if applicable) to allow them to freely move at Event to provide services
- Parking credentials for any vehicles utilized by medical personnel (if applicable) during the Event

- <u>**If at any time, any providers feel unsafe or any credible threats are made, they are allowed to self-release and services will cease**</u>

This Proposal shall expire at **5:00PM on January 1, 2020**. GW MFA reserves the right to reject or apply rush fees to Proposals that are received after the Proposal has expired.

KKremer2422



## Client Information

**Client Primary Contact:**
Name: Kylie Jane Kremer
Phone: 678-894-5412

Name: Jennifer Hulsey
Phone: 770-546-0286
Email: hulsey1873@gmail.com

**Primary Business Address of Client:**
4308 N Smoke Ridge Court
Roswell, GA 30075


**Client Address for Notices to Be Sent (if different than above):**
Same as above.


By signing below, Client's confirms acceptance of the terms set forth in this Proposal as well as the Terms & Conditions for Event Medicine Services which can be found at [gwdocs.com/event-medicine-terms](gwdocs.com/event-medicine-terms). GW MFA's full or partial performance under this Proposal shall also constitute acceptance of this Proposal by the Client. In the event Client wishes to make changes to this Proposal, GW MFA shall issue Client a new Proposal which must be signed by the Client. In such event, the terms of the executed Proposal with the latest date set forth on the first page shall prevail.


**Agreed and Accepted by Client:**

Signature: *[signature: Kylie Jane Kremer]*

Name: _____

Title: _____

Date: _____



# About Our Leadership



### Robert Shesser, MD
*Chair, MFA Department of Emergency Medicine*

Dr. Shesser is currently Chair of the Department of Emergency Medicine at GW MFA and is a tenured Professor of Emergency Medicine, Medicine, and International Health. He received a BA degree from the University of Rochester in 1971, an MD degree from the University of Miami in 1976 and an MPH from Johns Hopkins University in 1987. He completed an Internal Medicine Residency at George Washington University Hospital in 1979 and is a Diplomat of the American Board of Internal Medicine and American Board of Emergency Medicine.

During his career at the George Washington University since joining the faculty in 1979, Dr. Shesser has held numerous leadership positions including Interim Chief Executive Officer of the Medical Faculty Associates from 1996-1998, Associate Medical Director of the GW Health Plan from 1999-2000, Vice Chair of the Department of Emergency Medicine from 1985-1995, and Director of the Emergency Medicine Residency Program from 1985-1995.

He is currently responsible for managing the physician practice of four Emergency Departments: the George Washington University Hospital ED, the Walter Reed National Medical Center, the Washington VA Hospital and United Medical Center (UMC). He supervises over 60 physicians, 30 Physician Assistants, and an administrative staff of 45. His academic achievements have included management of a number of government and private sector grants in injury epidemiology and control, international emergency medicine development, and general clinical care. He has lectured or consulted internationally in Italy, Egypt, Hungary, Romania, Iceland, Estonia, Chile, and Saudi Arabia. Dr. Shesser has published numerous papers in peer reviewed journals about general clinical topics, emergency medicine education, emergency medicine administration, and has spoken both domestically and internationally about a variety of administrative and clinical topics.



### Neal Sikka, MD
*Medical Director, Operational Medicine Program*

Dr. Sikka is currently the Chief of Innovative Practice at GW MFA as well as an Assistant Professor of Emergency Medicine. He received his BS in Biochemistry at University of Illinois in 1995 and MD degree from Washington University in 1999 where he graduated with a Community Service Award and award for Excellence in Emergency Medicine. He completed his residency at The George Washington University in 2003. He is a diplomat and board certified member of the American Board of Emergency Medicine and a Fellow of the American College of Emergency Physicians.

In 2003, he began as an Assistant Professor of Emergency Medicine at The George Washington University as well as Medical Director for GWU Lifesavers Automated External Defibrillator Program. In 2008, he became Chief of the Innovative Practice Section for the Department of Emergency Medicine at GW MFA. He has supervised more than 100 resident physicians, numerous medical students, and 3 doctoral students during his career at GWU. Dr. Sikka has also served in a wide range of positions including serving on GW MFA Board of Trustees and the Emergency Preparedness Subcommittee. Dr. Sikka is the Medical Director for GW MFA Operational Medicine.

His academic achievements are numerous and diverse and include numerous publications, studies, and courses. His interests lie in medical informatics, telemedicine, mobile health, travel and tourism medicine, and innovative medical practice and design.

KKremer2424





### Andrew Maurano, BS, PA-C
*Assistant Medical Director, Operational Medicine Program*

Andrew (Drew) Maurano BS, PA-C is an Assistant Clinical Professor of Emergency Medicine for GW MFA. Drew graduated with a BS in 2001 and later with a degree in Physician Assistant medical studies in 2005 from James Madison University. He is a national leader in disaster and event management, having served as the Assistant Medical Director and Operational Task Force Leader for the Department of Health and Human Services' (HHS) National Medical Response Team for the National Capital Region from 2007-2011. He has been involved in numerous medical based projects throughout the Washington, DC region including the HHS medical response plan for Presidential Inaugurations, several national triathlons and marathons, numerous local and federal events and rallies, the AT&T National Tiger Woods Golf Tournaments and 2011 USGA's US OPEN.



### Derek Andresen, MS, BS, NRP
*Manager, Operational Medicine Program*

Derek Andresen joined GW MFA in 2018 as the Program Manager for the Operational Medicine program. He received his BS and MS degree from Virginia Commonwealth University and has a post graduate certificate in Public Safety. Derek's EMS career in Emergency Medical Services started in 1995 as a volunteer for Charlottesville Albemarle Rescue Squad. In 1997 Derek began working for Richmond Ambulance Authority as a clinical provider before transitioning to an EMS system administrative position. In 2008, Derek took on a new role in Emergency Management for the City of Richmond Virginia and was promoted to the role of Deputy Coordinator. As part of Derek's responsibilities within this role, he worked through various groups and committees to ensure EMS providers and Hospitals were prepared for any event that could negatively impact patients and care delivery. Derek is also an Incident Command System (ICS) instructor and has worked extensively in special events management and emergency operations at the jurisdictional level.



### Chris Faircloth BA, NRP
*Supervisor, Operational Medicine Program*

Chris Faircloth is currently Program Supervisor of the Innovative Practice Section in the Department of Emergency Medicine at GW MFA. He has been the Operations Director for GW MFA's EMS Agency since 2017. He received his Bachelor's degree from The George Washington University in 2015 with a major in Political Science and minors in Psychology and Emergency Health Services. Chris has been a prehospital provider for over 8 years and serves as a paramedic, instructor, and field supervisor at GW MFA Operational Medicine's EMS Agency. He has been on the Operational & Event Medicine leadership team since joining GW MFA full time in 2015. During this time, Chris has utilized his administrative and EMS experience to effectively manage medical care for an array of events including the National Security Special Events, road races, conventions, first amendment events, protests/marches, music venues and arena sporting events.

KKremer2425



## Additional Services Available

### OnSite Medical Access – Concierge Medicine

In a time when immediate accessibility to an urgent care physician is becoming more and more difficult, OnSite Medical Access delivers immediate and personalized care in the comfort of your home, office or hotel, 24 hours a day, 7 days a week. GW MFA offers this house call service to individuals in the DC-Metro area who need urgent medical attention, but prefer to be seen at their convenience. GW MFA specializes in VIP care and is available to develop services that meet your needs.

Our certified and licensed emergency medicine specialists are trained to evaluate, diagnose, and treat a wide range of illnesses in both children and adults. We are equipped to treat most common acute medical problems and perform minor medical procedures in your home, office or hotel. Onsite Medical Access provides:

- Immediate Access to GW MFA Physicians
- 24 Hour; Professionally Staffed Operations Center
- Confidential and Personalized Care
- Fast-track to GW Hospital Emergency Department (if necessary)
- Diagnosis, Treatment and Prescriptions
- Serving Adults and Children
- Affiliated with GW Hospital

### Corporate Health/Wellness Services

In addition to responding to health concerns, GW MFA can also provide a variety of services to implement or enhance a corporate health program. Available services include:

- Wellness physicals / exams
- Flu shot clinic
- Medical record review
- Subscription-based telemedicine and remote medical assistance for employees or clients on travel

KKremer2426