# Exhibit 226

| | |
|---|---|
| From: | Megan Powers (via Google Sheets) [drive-shares-noreply@google.com] |
| Sent: | 1/3/2021 5:22:16 PM |
| To: | landon.wilson97@gmail.com |
| CC: | hannah@salemstrategiesllc.com; holden.ron@gmail.com; justin@eventstrategiesinc.com; kirancampaign@gmail.com |
| Subject: | 2020.01.06_Expenses - Invitation to edit |

megan@mpowersconsulting.com has invited you to **edit** the following spreadsheet:

**Error! Cannot read or display file.**

2020.01.06_Expenses

**Error! Cannot read or display file.** Hey all -- please keep track of any expenses / invoices you receive on this document.

Open in Sheets

Google Sheets: Create and edit spreadsheets online.

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because megan@mpowersconsulting.com shared a spreadsheet with you from Google Sheets.

**Error! Cannot read or display file.**

WW00000227