# Exhibit 227

TO BE LODGED WITH COURT

Document Produced Natively

DJTFP0100711