# Exhibit 232

**Messages exported fr[____]'s iPhone ([_____])
With: Cindy Chafian ([_____])
PDF created with Decip[____]sage (deciphertools.com)

**1/2/2021 5:53 PM**

Cindy Chafian

Hi Katrina,

Thanks for reaching out. This is my lineup. Please send me a copy of yours as well so I can submit everything to NPS by Monday.

What else I need:

Speaker names and all of their guest's names. I'll get the credentials to you Monday evening for distribution but just having them won't be sufficient. They will need to be on the list.

Volunteers to help tidy up after the rally.

**1/2/2021 5:53 PM**

Cindy Chafian

**1/2/2021 5:54 PM (Viewed 1/2/2021 5:55 PM)**

Cindy Chafian

https://eightypercentcoalition.com/
(Sent with URL)

**1/2/2021 5:54 PM (Viewed 1/2/2021 5:55 PM)**

Cindy Chafian

**1/2/2021 5:54 PM (Viewed 1/2/2021 5:55 PM)**

Cindy Chafian

**1/2/2021 5:54 PM (Viewed 1/2/2021 5:55 PM)**

Cindy Chafian

**1/2/2021 5:55 PM**

Katrina's iPhone

Liked "https://eightypercentcoalition.com/"

**1/2/2021 6:00 PM**

Cindy Chafian

I sent this out earlier.

**1/2/2021 6:00 PM**

Cindy Chafian

https://twitter.com/cyncity_usa/status/1345279942779658240?s=21
(Sent with URL)

**1/2/2021 6:00 PM**

Cindy Chafian

**1/2/2021 6:00 PM**

Cindy Chafian

**1/2/2021 6:00 PM**

Cindy Chafian

**1/2/2021 8:43 PM (Delivered 1/2/2021 9:20 PM)**

Katrina's iPhone

What email should I use for you?

**1/2/2021 9:20 PM (Viewed 1/2/2021 9:32 PM)**

Cindy Chafian

Cindy.chafian@gmail.com

KPIERSON0072