# Exhibit 233

**From:** Megan Powers
**Sent:** Monday, January 4, 2021 7:32 PM
**To:** Katrina Pierson; Justin Caporale
**Subject:** Re: JAN 6th ROS NAMES

Thank you!

Who are our POCs to confirm these / send instructions to?

I don't know all of these people.

Sent from my iPhone, please excuse any spelling or grammatical errors.

On Jan 4, 2021, at 6:42 PM, Katrina Pierson <​> wrote:

On Mon, Jan 4, 2021 at 6:39 PM Katrina Pierson <​> wrote:
Megan,

I don't want to hold anything up so here is POTUS list:

- All speakers are limited to 3 minutes
- Don and Eric can have 4 minutes, only if they want to speak.
- Lots of music
- Program should start later in the morning with long intercessions of music between segments
- He wants a party

7:00am Doors Open

Kylie Kremer - Welcome
James Lyle - Pledge
Paula White - Prayer
Bay Cagle - Anthem


Rep. Devin Nunes
Rep. Jiim Jordan
Rep. Mo Brooks

Sen. Josh Hawley
Sen. Marsha Blackburn
Sen. Ted Cruz

Amy Kremer - Katrina Introducing

1

KPIERSON0065

John Voight

Eric Trump
Don. Jr

POTUS

2