# Exhibit 235

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE *et al.*,<br><br>　　　　　　*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>　　　　　　*Defendants*. | Case No. 21-cv-00400 (APM) (lead case)<br><br>*Consolidated with* Case Nos.<br>21-cv-00586 (APM)<br>21-cv-00858 (APM)<br>21-cv-02265 (APM)<br>22-cv-00010 (APM)<br>22-cv-00011 (APM)<br>22-cv-00034 (APM)<br>23-cv-00038 (APM) |

## DECLARATION

1. My name is William Barr.

2. This declaration is based on personal knowledge.

3. On June 2, 2022, I was interviewed by staff and members of the Select Committee to Investigate the January 6th Attack on the U.S. Capitol.

4. The statements I made and answers I provided in response to questions from staff and members on that date, as reflected in the official transcript, which is attached as Exhibit A, are true and correct to the best of my recollection and knowledge and were based on personal knowledge.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/28/2024      /s/ William Barr
　　　　　　　　　　　　　　　William Barr