| | |
|---|---|
| **From:** | Zac Estojak |
| **Sent:** | Tuesday, January 5, 2021 11:33 AM UTC |
| **To:** | Justin Caporale |
| **Subject:** | Re: STOP THE STEAL VIDEO FOR POTUS PLAY |

downloaded and tested
Thank You,

**Zac Estojak**

█████████████████

**Mobile Technology Graphics**
*"Supplying Today's Events with Tomorrow's Technology"*
www.mtgsigns.com
Making events happen across the entire United States

On Tue, Jan 5, 2021 at 6:27 AM Justin Caporale <justin@eventstrategiesinc.com> wrote:
  stop the steal video to download and have on standby.

  --
  **Justin Caporale**
  direct/text: ████████████

  Begin forwarded message:

  **From:** Caroline Wren <caroline@bluebonnetfundraising.net>
  **Date:** January 5, 2021 at 01:18:48 EST
  **To:** Maggie Mulvaney ████████████████ Cassidy Kofoed
  <ckofoed@donaldtrump.com>, kyraaschaefer@██████████ Justin Caporale
  <justin@eventstrategiesinc.com>, Megan Powers <megan@mpowersconsulting.com>
  **Subject: Fwd: STOP THE STEAL VIDEO FOR POTUS PLAY**

  Epic video to play

  Sent from my iPhone

  Begin forwarded message:

    **From:** Ali A <ali@viceandvictory.com>
    **Date:** January 5, 2021 at 1:11:52 AM EST
    **To:** Caroline Wren <Caroline@bluebonnetfundraising.net>