Gmail                                                          **Megan Powers <megan@mpowersconsulting.com>**

## Fwd: Production Overview_March for Trump.docx

**Justin Caporale** <justin@eventstrategiesinc.com>                              Mon, Jan 4, 2021 at 9:56 AM
To: Megan Powers <megan@mpowersconsulting.com>

--
Justin Caporale
direct/text:

Begin forwarded message:

> **From:** "Megan Powers (via Google Drive)"
> **Date:** January 1, 2021 at 18:46:07 EST
> **To:** justin@eventstrategiesinc.com
> **Cc:** kirancampaign@gmail.com
> **Subject: Production Overview_March for Trump.docx**
> **Reply-To:** Megan Powers

