IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br> Defendants. | Case No. 21-cv-00400 (APM) <br><br> (lead case) |
| ERIC SWALWELL, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br> Defendants. | Case No. 21-cv-00586 (APM) <br><br> (consolidated case) |
| JAMES BLASSINGAME *et. al.*, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br> Defendants. | Case No. 21-cv-00858 (APM) <br><br> (consolidated case) |

1

| | |
|---|---|
| CONRAD SMITH *et. al.*,<br><br>             Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>             Defendants. | Case No. 21-cv-02265 (APM)<br><br>(consolidated case) |
| MARCUS J. MOORE *et. al.*,<br><br>             Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>             Defendant. | Case No. 22-cv-00010 (APM)<br><br>(consolidated case) |
| BOBBY TABRON *et. al.*,<br><br>             Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>             Defendant. | Case No. 22-cv-00011 (APM)<br><br>(consolidated case) |

| | |
|---|---|
| BRIANA KIRKLAND,<br><br>        Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>        Defendant. | Case No. 22-cv-00034 (APM)<br><br>(consolidated case) |
| SANDRA GARZA,<br><br>        Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>       Defendants. | Case No. 23-cv-00038 (APM)<br><br>(consolidated case) |

## **[PROPOSED] ORDER**

Upon consideration of Nonparty Daniel J. Scavino's Motion to Seal Certain Exhibits in Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, it is hereby:

**ORDERED** that the motion is **GRANTED**. Exhibits 68, 69, and 103 will be maintained under seal and all references to the exhibits will be redacted.

**SO ORDERED**.

                                                                                       The Honorable Amit P. Mehta<br>
                                                                                      District Judge, The District Court<br>
                                                                                      for the District of Columbia