CLEAR FORM

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

Lee et al.
PLAINTIFF

_____
Address (No Post Office Boxes)

_____
City        State     Zip Code

VS.

Trump et al.
DEFENDANT

_____
Address (No Post Office Boxes)

_____
City        State     Zip Code

Let this be filed.
Amy
3/10/25

CIVIL ACTION NO. 1:21-cv-0400-APM

Jury Trial: ☐ Yes   ☐ No

Exhibit

Exhibits 63, 66, 70, 78, 113, 211, 227 of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (ECF No. 152)

Signature
Adarsh Patel, Paralegal
Name (if applicable, Prisoner ID No.)
Lawyers' Committee for Civil Rights Under Law,
Address/Facility Address Suite 900
1500 K Street NW,
Washington, DC  20005
City        State     Zip Code

RECEIVED
MAR - 3 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Rev: 01/10/2023
*Use additional pages as needed

Lee v. Trump, 1:21-cv-00400-APM (D.D.C.) (consolidated cases) Exhibits 63, 66, 70, 78, 113, 211, 227 of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment (ECF No. 152)