# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES BLASSINGAME, et al.,**<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>**DONALD J. TRUMP,**<br><br>　　　　Defendant. | Case No. 1:21-cv-00858-APM |
| **SANDRA GARZA,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**DONALD J. TRUMP, et al.,**<br><br>　　　　Defendants. | Case No. 1:23-cv-00038-APM |
| **BRIAN KIRKLAND,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**DONALD J. TRUMP,**<br><br>　　　　Defendant. | Case No. 1:22-cv-00034-APM |
| **BARBARA J. LEE, et al.,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**DONALD J. TRUMP, et al.,**<br><br>　　　　Defendants. | Case No. 1:21-cv-00400-APM |

| | |
|---|---|
| **MARCUS J. MOORE,**<br><br>   Plaintiff,<br><br>vs.<br><br>**DONALD J. TRUMP,**<br><br>   Defendant. | Case No. 1:22-cv-00010-APM |
| **CONRAD SMITH, et al.,**<br><br>   Plaintiffs,<br><br>vs.<br><br>**DONALD J. TRUMP, et al.,**<br><br>   Defendants. | Case No. 1:21-cv-2265-APM |
| **ERIC SWALWELL,**<br><br>   Plaintiff,<br><br>vs.<br><br>**DONALD J. TRUMP, et al.,**<br><br>   Defendants. | **Case No. 1:21-cv-00586-APM** |
| **BOBBY TABRON, et al.,**<br><br>   Plaintiffs,<br><br>vs.<br><br>**DONALD J. TRUMP,**<br><br>   Defendant. | **Case No. 1:22-cv-00011-APM** |

## THE UNITED STATES' MOTION
## FOR A STATUS CONFERENCE

  Defendant United States of America respectfully moves for a status conference to set response deadlines and discuss further proceedings in these matters. Counsel for the United

States has conferred with counsel for Plaintiffs in these cases. Plaintiffs object to the Government's substitution in this matter and intend to challenge the certification by the Attorney General's delegate at the appropriate time. Plaintiffs also object to scheduling further proceedings on the question of substitution until the Court resolves Defendant Trump's motion for summary judgment asserting presidential immunity. Plaintiffs do not object to the Government's participation in the March 25 Status Conference.

1. Plaintiffs initiated lawsuits against President Donald J. Trump in his individual capacity, asserting claims under D.C. law and 42 U.S.C. § 1985(1) in *Swalwell v. Trump, et al.*, Case No. 21-cv-00586 (D.D.C.); *Blassingame, et al., v. Trump*, Case No. 21-cv-00858 (D.D.C); *Smith, et al., v. Trump, et al.* Case No. 23-cv-02265 (D.D.C.); *Moore v. Trump*, Case No. 22-cv-00010 (D.D.C.); *Kirkland v. Trump*, Case No. 22-cv-00034 (D.D.C.); *Tabron v. Trump*, Case No. 22-cv-00011 (D.D.C.); and *Garza v. Trump*, Case No. 23-cv-00038 (D.D.C.).

2. This Court consolidated for purposes of immunity-related discovery, resolution of the immunity issue on summary judgment, and merits discovery, if necessary, the following cases: *Lee, et al., v. Trump, et al.*, Case No. 21-cv-00400 (D.D.C.), *Swalwell v. Trump, et al.*, Case No. 21-cv-00586 (D.D.C.), *Blassingame, et al., v. Trump*, Case No. 21-cv-00858 (D.D.C.), *Smith, et al., v. Trump, et al.,* Case No. 23-cv-02265 (D.D.C.), *see* Dkt. 78. The Court later consolidated *Moore v. Trump*, Case No. 22-cv-00010 (D.D.C.), *Kirkland v. Trump*, Case No. 22-cv-00034 (D.D.C.), and *Tabron v. Trump*, Case No. 22-cv-00011 (D.D.C.). *See* Dkt. Entry dated 4/17/24. Additionally, *Garza v. Trump*, Case No. 23-cv-00038 (D.D.C.) appears to be an associated case for these purposes.

3. The parties in the consolidated and associated cases have completed discovery on the issue of Presidential Immunity. President Trump has moved for summary judgment and plaintiffs

have filed papers opposing that motion. A reply is due April 4, 2025. *See* Minute Order dated 12/31/24.

    4. On March 20, 2025, the United States filed a notice of substitution and a certification of scope of employment under 28 U.S.C. § 2679(d), certifying that President Trump was acting in the scope of his federal office or employment at the time of the incidents out of which plaintiffs' claims arose and substituting itself as defendant on the D.C. law claims in *Blassingame*, *Swalwell*, *Smith*, *Moore*, *Tabron*, *Kirkland*, and *Garza*. The certifications and substitutions apply only to the tort claims arising under D.C. law.

    5. The United States respectfully requests a status conference to discuss further scheduling in these matters, including setting deadlines for responding to the complaints for which it is now a defendant. The United States understands that, in *Lee* and *Smith*, the Court has scheduled a status conference for 5:15 p.m. on March 25, 2025. The United States is ready to appear for that status conference to discuss scheduling matters or to appear at a separate conference to be scheduled by the Court. Because the Federal Rules do not provide clear guidance on the deadline by which the United States must respond to the complaints and because numerous other deadlines have already been set by the court that could influence the setting of those deadlines, the United States respectfully requests that the Court hold a status conference at its earliest convenience to determine a schedule for further proceedings. A proposed order is attached.

Dated: March 24, 2025                                       Respectfully submitted,

                                                                           YAAKOV M. ROTH
                                                                           Acting Assistant Attorney General
                                                                           Civil Division

                                                                           C. SALVATORE D'ALESSIO, JR.

        Director
Torts Branch, Civil Division

REGINALD M. SKINNER
Senior Trial Attorney


_/s/_ John B. F. Martin
John B. F. Martin, NY Bar No. 4682928
Trial Attorney, Constitutional Torts Staff
Torts Branch, Civil Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044-7146
T: (202) 616-4492; F: (202) 616-4314
John.b.martin@usdoj.gov

*Attorneys for the United States*


## CERTIFICATION OF SERVICE

I hereby certify that on March 24, 2025, the foregoing United States' Motion for a Status Conference was filed electronically through ECF/CM, served on ECF participating parties via ECF, and served on non-ECF participants by mail or other appropriate means.

/s/ John B. F. Martin
JOHN B. F. MARTIN
NY Bar No. 4682928
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
175 N Street NE
Washington, DC 20002
Tel: 202-305-8049
Fax: 202-616-4314
john.b.martin@usdoj.gov


*Attorney for United States of America*