## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES BLASSINGAME, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP,<br><br>        Defendant. | Case No. 1:21-cv-00858-APM |
| SANDRA GARZA,<br><br>        Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP, et al.,<br><br>        Defendants. | Case No. 1:23-cv-00038-APM |
| BRIAN KIRKLAND,<br><br>        Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP,<br><br>        Defendant. | Case No. 1:22-cv-00034-APM |
| BARBARA J. LEE, et al.,<br><br>        Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP, et al.,<br><br>        Defendants. | Case No. 1:21-cv-00400-APM |

| | |
|---|---|
| **MARCUS J. MOORE,**<br><br>          Plaintiff,<br><br>  vs.<br><br>**DONALD J. TRUMP,**<br><br>          Defendant. | Case No. 1:22-cv-00010-APM |
| **CONRAD SMITH, et al.,**<br><br>          Plaintiffs,<br><br>  vs.<br><br>**DONALD J. TRUMP, et al.,**<br><br>         Defendants. | Case No. 1:21-cv-2265-APM |
| **ERIC SWALWELL,**<br><br>          Plaintiff,<br><br>  vs.<br><br>**DONALD J. TRUMP, et al.,**<br><br>         Defendants. | **Case No. 1:21-cv-00586-APM** |
| **BOBBY TABRON, et al.,**<br><br>          Plaintiffs,<br><br>  vs.<br><br>**DONALD J. TRUMP,**<br><br>         Defendant. | **Case No. 1:22-cv-00011-APM** |

**[PROPOSED] ORDER GRANTING THE UNITED STATES' MOTION FOR A STATUS CONFERENCE**

Upon consideration of the United States' Motion for a Status Conference, it is hereby **ORDERED** that the motion is granted, and that a status conference will be held in these matters at _____[time] on _____[date].

It is so **ORDERED**.

Dated: _____

The Honorable Amit P. Mehta
United States District Judge

### Local Rule 7(k) Appendix

The following attorneys and parties should be notified of this order:
All counsel of record, via ECF

ATTN: Proud Boys International, L.L.C.
PO Box 12079, Austin TX 78711

Oath Keepers
4625 West Nevso Dr., Suite 2 & 3
Las Vegas, NV 89103

Charles Donohoe
NC Detention Center
Orange County Jail
125 Court Street
Hillsborough, NC 27278

Alan Hostetter
P.O. Box 1477
San Clemente, California 92674


Jessica Marie Watkins*
Erik Scott Warner*


* Incarcerated defendants whose last known address does not appear on the public docket.