## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES BLASSINGAME, et al.,** | |
|         **Plaintiffs,** | |
|    **vs.** | Case No. 1:21-cv-00858-APM |
| **DONALD J. TRUMP,** | |
|         **Defendant.** | |

| | |
|---|---|
| **SANDRA GARZA,** | |
|         **Plaintiff,** | |
|    **vs.** | Case No. 1:23-cv-00038-APM |
| **DONALD J. TRUMP, et al.,** | |
|         **Defendants.** | |

| | |
|---|---|
| **BRIAN KIRKLAND,** | |
|         **Plaintiff,** | |
|    **vs.** | Case No. 1:22-cv-00034-APM |
| **DONALD J. TRUMP,** | |
|         **Defendant.** | |

| | |
|---|---|
| **BARBARA J. LEE, et al.,** | |
|         **Plaintiff,** | |
|    **vs.** | Case No. 1:21-cv-00400-APM |
| **DONALD J. TRUMP, et al.,** | |
|         **Defendants**. | |

**MARCUS J. MOORE,**

                **Plaintiff,**

      **vs.**

**DONALD J. TRUMP,**

                **Defendant**.

Case No. 1:22-cv-00010-APM

**CONRAD SMITH, et al.,**

                **Plaintiffs,**

      **vs.**

**DONALD J. TRUMP, et al.,**

                **Defendants.**

Case No. 1:21-cv-2265-APM

**ERIC SWALWELL,**

                **Plaintiff,**

      **vs.**

**DONALD J. TRUMP, et al.,**

                **Defendants.**

Case No. 1:21-cv-00586-APM

**BOBBY TABRON, et al.,**

                **Plaintiffs,**

      **vs.**

**DONALD J. TRUMP,**

                **Defendant.**

Case No. 1:22-cv-00011-APM

## THE UNITED STATES' CONSENT MOTION
## FOR AN EXTENSION OF TIME TO FILE A JOINT STATUS REPORT

Defendant United States of America respectfully moves to extend the time in which to file the joint status report, which is currently due on April 4, 2025, to April 9, 2025. This is the

United States' first request for an extension of time to file the report. Counsel for the United States has conferred with counsel for Plaintiffs in these cases. Plaintiffs consent to the relief requested in this motion.

1. Plaintiffs initiated lawsuits against President Donald J. Trump in his individual capacity, asserting claims under D.C. law and 42 U.S.C. § 1985(1) in *Swalwell v. Trump, et al*., Case No. 21-cv-00586 (D.D.C.); *Blassingame, et al., v. Trump*, Case No. 21-cv-00858 (D.D.C); *Smith, et al., v. Trump, et al.* Case No. 23-cv-02265 (D.D.C.); *Moore v. Trump*, Case No. 22-cv-00010 (D.D.C.); *Kirkland v. Trump*, Case No. 22-cv-00034 (D.D.C.); *Tabron v. Trump*, Case No. 22-cv-00011 (D.D.C.); and *Garza v. Trump*, Case No. 23-cv-00038 (D.D.C.).

2. This Court consolidated for purposes of immunity-related discovery, resolution of the immunity issue on summary judgment, and merits discovery, if necessary, the following cases: *Lee, et al., v. Trump, et al*., Case No. 21-cv-00400 (D.D.C.), *Swalwell v. Trump, et al*., Case No. 21-cv-00586 (D.D.C.), *Blassingame, et al., v. Trump*, Case No. 21-cv-00858 (D.D.C.), *Smith, et al., v. Trump, et al.,* Case No. 23-cv-02265 (D.D.C.), *see* Dkt. 78. The Court later consolidated *Garza v. Trump*, Case No. 23-cv-00038 (D.D.C.) with those cases. The Court also subsequently consolidated *Moore v. Trump*, Case No. 22-cv-00010 (D.D.C.), *Kirkland v. Trump*, Case No. 22-cv-00034 (D.D.C.), and *Tabron v. Trump*, Case No. 22-cv-00011 (D.D.C.). *See* Dkt. Entry dated 4/17/24.

3. On March 20, 2025, the United States filed a notice of substitution and a certification of scope of employment under 28 U.S.C. § 2679(d) on the D.C. law claims in *Blassingame*, *Swalwell*, *Smith*, *Moore*, *Tabron*, *Kirkland*, and *Garza*.

4. The Court held a status conference in the consolidated cases on March 25, 2025. At the conference, plaintiffs announced their intention to challenge the certification and substitution.

The Court directed the parties to prepare a joint status report on the parties' proposals for further proceedings related to resolving the scope of employment challenge. The Court initially proposed to have the parties file the report by April 1, but at plaintiff's request, the Court directed the parties to file the report by April 4.

5. On April 1, 2025, plaintiffs' counsel contacted counsel for the United States and proposed that the parties confer on April 2. On April 2, the parties conferred via telephone, and plaintiffs' counsel orally presented their proposal for further proceedings to resolve the scope challenge. Plaintiffs agreed to circulate a written summary of their proposal, so that counsel for the United States can evaluate and respond to it.

6. Plaintiffs' counsel have agreed to provide their written proposal to the Government by April 3. Given that this matter involves complex issues and claims against the President, counsel for the United States needs additional time for Department of Justice leadership review before offering its position on plaintiffs' proposal.

7. The United States therefore respectfully requests a four-day extension of the joint status report deadline (consisting of only three business days) to April 9, 2025.

8. The United States' requested extension will not unduly delay the proceedings in this matter. Accordingly, there is good cause to grant an extension of time for the parties to file the joint status report, and the United States respectfully requests that the Court grant that relief. A proposed order is attached.

Dated: April 3, 2025                              Respectfully submitted,

                                                  YAAKOV M. ROTH
                                                  Acting Assistant Attorney General
                                                  Civil Division

                                                  C. SALVATORE D'ALESSIO, JR.
                                                  Director
                                                  Torts Branch, Civil Division

REGINALD M. SKINNER
Senior Trial Attorney

*/s/* John B. F. Martin
John B. F. Martin, NY Bar No. 4682928
Trial Attorney, Constitutional Torts Staff
Torts Branch, Civil Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044-7146
T: (202) 616-4492; F: (202) 616-4314
John.b.martin@usdoj.gov

*Attorneys for the United States*

## CERTIFICATION OF SERVICE

I hereby certify that on April 3, 2025, the foregoing United States' Consent Motion for an

Extension of Time to File a Joint Status Report was filed electronically through ECF/CM, served

on ECF participating parties via ECF, and served on non-ECF participants by mail or other

appropriate means.

/s/ John B. F. Martin
JOHN B. F. MARTIN
NY Bar No. 4682928
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
175 N Street NE
Washington, DC 20002
Tel: 202-305-8049
Fax: 202-616-4314
john.b.martin@usdoj.gov

*Attorney for United States of America*