IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES BLASSINGAME, et al.,**<br><br>    **Plaintiffs,**<br><br> vs.<br><br>**DONALD J. TRUMP,**<br><br>    **Defendant.** | Case No. 1:21-cv-00858-APM |
| **SANDRA GARZA,**<br><br>    **Plaintiff,**<br><br> vs.<br><br>**DONALD J. TRUMP, et al.,**<br><br>    **Defendants.** | Case No. 1:23-cv-00038-APM |
| **BRIAN KIRKLAND,**<br><br>    **Plaintiff,**<br><br> vs.<br><br>**DONALD J. TRUMP,**<br><br>    **Defendant.** | Case No. 1:22-cv-00034-APM |
| **BARBARA J. LEE, et al.,**<br><br>    **Plaintiff,**<br><br> vs.<br><br>**DONALD J. TRUMP, et al.,**<br><br>    **Defendants**. | Case No. 1:21-cv-00400-APM |

| | |
|---|---|
| **MARCUS J. MOORE,**<br><br>　　　　　**Plaintiff,**<br><br>　vs.<br><br>**DONALD J. TRUMP,**<br><br>　　　　　**Defendant**. | Case No. 1:22-cv-00010-APM |
| **CONRAD SMITH, et al.,**<br><br>　　　　　**Plaintiffs,**<br><br>　vs.<br><br>**DONALD J. TRUMP, et al.,**<br><br>　　　　　**Defendants.** | Case No. 1:21-cv-2265-APM |
| **ERIC SWALWELL,**<br><br>　　　　　**Plaintiff,**<br><br>　vs.<br><br>**DONALD J. TRUMP, et al.,**<br><br>　　　　　**Defendants.** | Case No. 1:21-cv-00586-APM |
| **BOBBY TABRON, et al.,**<br><br>　　　　　**Plaintiffs,**<br><br>　vs.<br><br>**DONALD J. TRUMP,**<br><br>　　　　　**Defendant.** | Case No. 1:22-cv-00011-APM |

**[PROPOSED] ORDER GRANTING THE UNITED STATES' CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE A JOINT STATUS REPORT**

Upon consideration of the United States' Consent Motion for an Extension of Time to File a Joint Status Report, it is hereby **ORDERED** that the motion is granted, and that the parties' joint status report, previously due on April 4, 2025, shall now be due on or before April 9, 2025.

It is so **ORDERED**.

Dated: _____

                                              The Honorable Amit P. Mehta
United States District Judge

**Local Rule 7(k) Appendix**

The following attorneys and parties should be notified of this order:
All counsel of record, via ECF

ATTN: Proud Boys International, L.L.C.
PO Box 12079, Austin TX 78711

Oath Keepers
4625 West Nevso Dr., Suite 2 & 3
Las Vegas, NV 89103

Charles Donohoe
NC Detention Center
Orange County Jail
125 Court Street
Hillsborough, NC 27278

Alan Hostetter
P.O. Box 1477
San Clemente, California 92674


Jessica Marie Watkins*
Erik Scott Warner*


* Defendants whose last known address does not appear on the public docket.