UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>Defendants. | Case No. 21-cv-00400 (APM)<br><br>*Consolidated Cases:*<br>*21-cv-00586 (APM)*<br>*21-cv-00858 (APM)*<br>*21-cv-02265 (APM)*<br>*22-cv-00010 (APM)*<br>*22-cv-00011 (APM)*<br>*22-cv-00034 (APM)*<br>*23-cv-00038 (APM)* |

**DECLARATION OF GERALD URBANEK IN SUPPORT OF PRESIDENT TRUMP'S RESPONSE TO PLAINTIFFS' ADDITIONAL STATEMENT OF FACTS AND COUNTERSTATEMENT**

I, Gerald A. Urbanek, Jr., hereby declare under penalty of perjury under the laws of the United States as follows:

I am over the age of 18, of sound mind, and competent to make this declaration. I am an associate with the Dhillon Law Group, Inc., and I am admitted to practice law in the Commonwealth of Virginia and the State of Florida. I am admitted to practice before this Court, and I represent President Donald J. Trump in the above-captioned matters. I submit this declaration to provide to the Court true and correct copies of documents submitted in support of President Donald J. Trump's Counterstatement to Plaintiffs' Statement of Additional Undisputed Facts and President Trump's Response to Plaintiffs' Counterstatement to Defendant's Statement of Undisputed Facts.

1. Exhibit 237 is a true and correct copy of the minute order connected to ECF 120 (*21-cv-400*).

2. Exhibit 238 is a true and correct copy of an order enter by the Honorable Judge Mehta identified as ECF 131 (*21-cv-400*).

3. Exhibit 239 is a true and correct copy of Plaintiffs' Opposition to Daniel J. Scavino Jr's

1

Emergency Motion for Protective Order ECF 135 (*21-cv-400*).

4. Exhibit 240 is a true and correct copy of a hearing transcript from the January 6 Select Committee dated June 23, 2022.

5. Exhibit 241 is a true and correct copy of Plaintiffs' Third Supplemental Responses and Objections to Defendant Donald J. Trump's Second Set of Interrogatories.

6. Exhibit 242 is a true and correct copy of documents produced by Donald J. Trump for President, Inc.

7. Exhibit 243 is a true and correct copy of documents produced by Donald J. Trump for President, Inc.

8. Exhibit 244 is a true and correct copy of a screenshot from the Twitter account @realDonaldTrump.

9. Exhibit 245 is a true and correct copy of a screenshot from the website legistorm.com.

10. Exhibit 245a is a true and correct copy of a screenshot from the website legistorm.com.

11. Exhibit 246 is a true and correct copy of information collected from FEC.gov.

12. Exhibit 247 is a true and correct copy of information collected from FEC.gov.

13. Exhibit 248 is a true and correct copy of information collected from FEC.gov.

14. Exhibit 249 is a true and correct copy of information collected from FEC.gov.

15. Exhibit 250 is a true and correct copy of an email chain between Jonathan M. Shaw and Marc Epstein.

16. Exhibit 251 is a true and correct copy of an email chain between Jonathan M. Shaw and Joseph Sellers.

17. Exhibit 251a is a true and correct copy of an email chain between Jonathan M. Shaw and Brian Corman.

18. Exhibit 252 is a true and correct copy of information collected from FEC.gov.

19. Exhibit 253 is a true and correct copy of information collected from FEC.gov.

20. Exhibit 254 is a true and correct copy of information collected from FEC.gov.

21. Exhibit 255 is a true and correct copy of information collected from FEC.gov.

22. Exhibit 256 is a true and correct copy of information collected from FEC.gov.

23. Exhibit 256a is a true and correct copy of information collected from FEC.gov.

24. Exhibit 257 is a true and correct copy of information collected from FEC.gov.

25. Exhibit 258 is a true and correct copy of information collected from FEC.gov.

26. Exhibit 259 is a true and correct copy of information collected from FEC.gov.

27. Exhibit 260 is a true and correct copy of information collected from FEC.gov.

28. Exhibit 261 is a true and correct copy of information collected from FEC.gov.

29. Exhibit 261 is a true and correct copy of information collected from FEC.gov.

30. Exhibit 263 is a true and correct copy of the deposition of Taylor Budowich dated December 22, 2021.

31. Exhibit 264 is a true and correct copy of a screenshot from WhiteHouse.gov.

32. Exhibit 265 is a true and correct copy of a Memorandum Opinion issued by Larry A. Hammond, Deputy Assistant Attorney General, dated May 17, 1978.

33. Exhibit 266 is a true and correct copy of a screenshot of metadata related to the previously filed Exhibit 6.

34. Exhibit 267 is a true and correct copy of Plaintiffs' Supplemental Responses and Objections to Defendant Donald J. Trump's Third Set of Interrogatories.

35. Exhibit 268 is a true and correct copy of Plaintiffs' Third Supplemental Responses and Objections to Defendant Donald J. Trump's First Set of Interrogatories.

36. Exhibit 269 is a true and correct copy of tweets appearing on the @realDonaldTrump Twitter account.

37. Exhibit 269a is a true and correct copy of a tweet appearing on the @realDonaldTrump Twitter account, which corresponds to the connected video.

38. Exhibit 269b is a true and correct copy of a tweet appearing on the @realDonaldTrump Twitter account, which corresponds to the connected video.

39. Exhibit 270 is a true and correct copy of the WhiteHouse.gov webpage for former President Barack Obama, as preserved by the National Archives.

40. Exhibit 271 is a true and correct copy of the WhiteHouse.gov webpage for former President Joe Biden, as preserved by the National Archives.

41. Exhibit 272 is a true and correct copy of information collected from FEC.gov.

42. Exhibit 273 is a true and correct copy of Plaintiffs' Responses and Objections to Defendant Donald J. Trump's First Requests for Admission.

43. Exhibit 274 is a true and correct copy of Plaintiffs' Responses and Objections to Defendant Donald J. Trump's Second Requests for Admission.

44. Exhibit 275 is a true and correct copy of Plaintiffs' Supplemental Responses and Objections to Defendant Donald J. Trump's Second Requests for Admission.

45. Exhibit 276 is a true and correct copy of Plaintiffs' Responses and Objections to Defendant Donald J. Trump's Third Request for Admissions.

46. Exhibit 277 is a true and correct copy of the Brief of Appellees filed in the matter of *Blassingame v. Trump*, 87 F.4th 1 (D.C. Cir. 2023) (James BLASSINGAME and Sidney Hemby, Appellees, v. Donald J. TRUMP, Appellant. Representative Eric Swalwell, Appellees, 2022 WL 4448575).

47. Exhibit 278 is a true and correct copy of information collected from FEC.gov.

48. Exhibit 279 is a true and correct copy of information collected from FEC.gov.

49. Exhibit 280 is a true and correct copy of a tweet appearing on the @realDonaldTrump

Twitter account, which corresponds to the connected video.

50. Exhibit 281 is a true and correct copy of a screenshot taken from CSPAN.com featuring a video of President Donald J. Trump delivering remarks addressing the 2020 election results, which corresponds to the connected video.

51. Exhibit 282 is a true and correct copy of the Initial Findings Report on the Failures and Politicization of the January 6th Select Committee and the Activities on and Leading Up to January 6, 2021.

52. Exhibit 283 is a true and correct copy of the Interim report on the Failures and Politicization of the January 6th Select Committee.

I, Gerald A. Urbanek, Jr., hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, so sworn this day, April 16, 2025:

/s/ *Gerald A. Urbanek, Jr.*
Gerald A. Urbanek, Jr.