**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA**

| | |
|---|---|
| BARBARA J. LEE *et al.*,<br><br>       *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP *et al.*,<br><br>       *Defendants*. | Case No. 21-cv-00400 (APM)<br><br>(lead case) |
| ERIC SWALWELL,<br><br>       *Plaintiff*,<br><br>    v.<br><br>DONALD J. TRUMP *et al.*,<br><br>       *Defendants*. | Case No. 21-cv-00586 (APM)<br><br>(consolidated case) |
| JAMES BLASSINGAME *et al.*,<br><br>       *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP,<br><br>       *Defendant*. | Case No. 21-cv-00858 (APM)<br><br>(consolidated case) |
| CONRAD SMITH *et al.*,<br><br>       *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP *et al.*,<br><br>       *Defendants*. | Case No. 21-cv-02265 (APM)<br><br>(consolidated case) |

| | |
|---|---|
| MARCUS J. MOORE *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, <br><br> *Defendant*. | Case No. 22-cv-00010 (APM) <br><br> (consolidated case) |
| BOBBY TABRON *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, <br><br> *Defendant*. | Case No. 22-cv-00011 (APM) <br><br> (consolidated case) |
| BRIANA KIRKLAND, <br><br> *Plaintiff*, <br><br> v. <br><br> DONALD J. TRUMP, <br><br> *Defendant*. | Case No. 22-cv-00034 (APM) <br><br> (consolidated case) |
| SANDRA GARZA, <br><br> *Plaintiff*, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br><br> *Defendants*. | Case No. 22-cv-00038 (APM) <br><br> (consolidated case) |

**PLAINTIFFS' UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE AND LEAVE TO FILE RESPONSE TO DEFENDANT TRUMP'S EVIDENTIARY OBJECTIONS AND SEPARATE OBJECTION BRIEF**

Plaintiffs in the above-titled consolidated action respectfully seek leave from this Court for additional time to review and respond to Defendant Trump's filings dated April 16, 2025 and, if necessary, to file a reply in support of Plaintiffs' request for judicial notice and a response to Defendant Trump's evidentiary objections. Plaintiffs have consulted with Defendant Trump, who does not oppose this motion.

In support of their request, Plaintiffs state as follows:

1. On December 31, 2024, this Court entered a briefing schedule for the motion for summary judgment on "the question on presidential immunity from suit" (the "Briefing Schedule"). Pursuant to the Briefing Schedule, Defendant Trump's "motion for summary judgment to confirm immunity" was to be filed by January 24, 2025; Plaintiffs' opposition to Defendant Trump's motion for summary judgment was to be filed by February 28, 2025; and Defendant Trump's reply in support of his motion for summary judgment was to be filed by April 4, 2025.

2. At the status conference held on March 25, 2025, the Court granted Defendant Trump an extension to April 16, 2025, permitting Defendant Trump to file his reply twelve days after it was initially due under the Briefing Schedule.

3. With the additional time granted by the Court's extension, Defendant Trump filed his reply on April 16, 2025 along with hundreds of pages of related filings. Specifically, Defendant Trump filed: (1) a reply in support of his motion for summary judgment on immunity (Dkt. 174); (2) a response to Plaintiffs' counterstatement to Defendant's statement of undisputed facts (Dkt. 174-1); (3) a counterstatement to Plaintiffs' statement of additional undisputed facts (Dkt. 174-2); (4) a memorandum of points and authorities in partial opposition to Plaintiffs' motion to take judicial notice (Dkt. 172); (5) a separate objection to the admission of the Select

Committee Final Report, stylized as a full brief and spanning over 25 pages (Dkt. 173); and (6) approximately eighty additional exhibits (Dkt. 173-2–173-29; Dkt. 174-4–174-55). Collectively, the materials filed by Defendant Trump total over 700 pages.

4. Accordingly, Plaintiffs respectfully request that the Court grant Plaintiffs four weeks from today's date, *i.e.*, until May 14, 2025, to review the documents filed by Defendant Trump and, if needed, to file a reply in support of Plaintiffs' request for judicial notice and a response to Defendant Trump's evidentiary objections.

5. Pursuant to Local Civil Rule 7(m), Plaintiffs have conferred with Defendant Trump's counsel regarding this request, and Defendant Trump does not oppose Plaintiffs' request.

6. Plaintiffs will notify designating non-parties of this filing.

Dated: April 23, 2025

/s/ Marc P. Epstein
Edward G. Caspar, D.C. Bar No. 1644168
Marc P. Epstein D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, DC 20005
Tel: 202-662-8600
ecaspar@lawyerscommittee.org
mepstein@lawyerscommittee.org

Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Elizabeth H. Snow, *pro hac vice*
Babak Ghafarzade, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com

esnow@selendygay.com
bghafarzade@selendygay.com

William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
SPERLING KENNY NACHWALTER
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@sperlingkenny.com
ebh@sperlingkenny.com

*Attorneys for Plaintiffs Conrad Smith, et al.*


*/s/ Joseph M. Sellers*
Joseph M. Sellers, Bar No. 318410
Brian Corman, Bar No. 1008635
Alison S. Deich, Bar No. 1572878
Nina Jaffe-Geffner, Bar No. 90011459
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue N.W.
Fifth Floor Washington, D.C. 20005
Telephone: 202-408-4600
Facsimile: 202-408-4699
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com
adeich@cohenmilstein.com
njaffegeffner@cohenmilstein.com

Janette McCarthy-Wallace, Bar No. OH066257
Anthony P. Ashton, Bar No. MD25220
Anna Kathryn Barnes Barry,
D.C. Bar No. 1719493
NAACP
Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: 410-580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

*Attorneys for Plaintiffs Barbara J. Lee, et al.*

/s/ Matthew Kaiser
Matthew Kaiser, D.C. Bar No. 486272
Noah Brozinsky, D.C. Bar No. 1655789
KAISER PLLC
1099 Fourteenth Street N.W. 8th Floor
Washington, D.C. 20005z
Telephone: 202-640-2850
mkaiser@kaiserlaw.com
nbrozinsky@kaiserlaw.com

Philip Andonian, D.C. Bar No. 490792
Joseph Caleb, D.C. Bar No. 495383
CALEBANDONIAN PLLC
1100 H Street N.W. Suite 315
Washington, D.C. 20005
Telephone: 202-953-9850
phil@calebandonian.com
joe@calebandonian.com

*Attorneys for Plaintiff Eric Swalwell*

/s/ Patrick A. Malone
Patrick A. Malone, Bar No. 397142
Daniel Scialpi, Bar No. 997556
(application for admission forthcoming)
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street N.W. Suite 800
Washington, D.C. 20005
Telephone: 202-742-1500
Facsimile: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com

Cameron Kistler, Bar No. 1008922
Kristy Parker, Bar No. 1542111
Erica Newland (Bar No. MD0141)
UNITED TO PROTECT DEMOCRACY
2020 Pennsylvania Avenue N.W. #163
Washington, D.C. 20006
Telephone: 202-579-4582
cameron.kistler@protectdemocracy.org
kristy.parker@protectdemocracy.org
erica.newland@protectdemocracy.org

Genevieve C. Nadeau, Bar No. 979410

UNITED TO PROTECT DEMOCRACY
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: 202-579-4582
genevieve.nadeau@protectdemocracy.org

*Attorneys for Plaintiffs James Blassingame and Sidney Hemby*


*/s/ Mark S. Zaid*
Mark S. Zaid, Esq., D.C. Bar No. 440532
Bradley P. Moss, Esq., D.C. Bar No. 975905
MARK S. ZAID, P.C.
1250 Connecticut Avenue N.W. Suite 700
Washington, D.C. 20036
Telephone: 202-498-0011
Facsimile: 202-330-5610
Mark@MarkZaid.com
Brad@MarkZaid.com

Matthew Kaiser, D.C. Bar No. 486272
Noah Brozinsky, D.C. Bar No. 1655789
KAISER PLLC
1099 Fourteenth Street N.W. 8th Floor
Washington, D.C. 20005
Telephone: 202-640-2850
mkaiser@kaiserlaw.com
nbrozinsky@kaiserlaw.com

Philip Andonian, D.C. Bar No. 490792
Joseph Caleb, D.C. Bar No. 495383
CALEBANDONIAN PLLC
1100 H Street N.W. Suite 315
Washington, D.C. 20005
Telephone: 202-953-9850
phil@calebandonian.com
joe@calebandonian.com

*Attorneys for Plaintiff Sandra Garza*


*/s/ Patrick A. Malone*
Patrick A. Malone, Bar No. 397142
Daniel Scialpi, Bar No. 997556
PATRICK MALONE & ASSOCIATES, P.C.

1310 L Street N.W. Suite 800
Washington, D.C. 20005
Telephone: 202-742-1500
Facsimile: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com

*Attorneys for Plaintiffs Marcus J. Moore et al.;
Bobby Tabron et al.; and Briana Kirkland*

## CERTIFICATE OF SERVICE

      I certify that on April 23, 2025, a copy of the foregoing was filed with the Clerk of Court using the Court's CM/ECF system, which will send a copy to all counsel of record. Plaintiffs are serving pro se Defendants with copies of the Motion via first class mail or other permitted means.

                                                     */s/ Marc P. Epstein*
                                                  Marc P. Epstein