## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

BARABARA J. LEE,  *et al.,*

               Plaintiffs,

      v.

DONALD J. TRUMP,  *et al.,*

               Defendants.

Case Action No. 1:21-CV-00400-APM, *consolidated with* Case Action No. 1:21-CV-02265-APM

## NOTICE OF WITHDRAWAL OF COUNEL

Pursuant to Local Rule 83.6(b), the undersigned, Elizabeth H. Snow, respectfully notices the withdrawal of her appearance as counsel to all Plaintiffs in the above captioned matter.

As of May 5, 2025, Ms. Snow will no longer be employed with Selendy Gay PLLC. Faith E. Gay, Joshua S. Margolin, and Babak Ghafarzade of Selendy Gay PLLC, and Edward G. Caspar and Marc P. Epstein of the Lawyers' Committee for Civil Rights Under Law will continue to represent Plaintiffs in this matter.

Dated: May 5, 2025

By:  */s/        Elizabeth H. Snow*
Elizabeth H. Snow
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
esnow@selendygay.com

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Federal Rule of Civil Procedure 5, a copy of the foregoing filing is being served electronically on those parties who have appeared and registered with the Court's ECF system. Plaintiffs are serving remaining defendants via first class mail or other permitted means.

Dated: May 5, 2025        /s/      *Elizabeth H. Snow*
                                              Elizabeth H. Snow