# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>      *Defendants*. | Case No. 21-cv-00400 (APM)<br><br>(lead case) |
| ERIC SWALWELL,<br><br>      *Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>      *Defendants*. | Case No. 21-cv-00586 (APM)<br><br>(consolidated case) |
| JAMES BLASSINGAME *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>      *Defendant*. | Case No. 21-cv-00858 (APM)<br><br>(consolidated case) |
| CONRAD SMITH *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>      *Defendants*. | Case No. 21-cv-02265 (APM)<br><br>(consolidated case) |

| | |
|---|---|
| MARCUS J. MOORE *et al.*, <br><br>   *Plaintiffs*, <br><br>  v. <br><br>DONALD J. TRUMP, <br><br>   *Defendant*. | Case No. 22-cv-00010 (APM) <br><br> (consolidated case) |
| BOBBY TABRON *et al.*, <br><br>   *Plaintiffs*, <br><br>  v. <br><br>DONALD J. TRUMP, <br><br>   *Defendant*. | Case No. 22-cv-00011 (APM) <br><br> (consolidated case) |
| BRIANA KIRKLAND, <br><br>   *Plaintiff*, <br><br>  v. <br><br>DONALD J. TRUMP, <br><br>   *Defendant*. | Case No. 22-cv-00034 (APM) <br><br> (consolidated case) |
| SANDRA GARZA, <br><br>   *Plaintiff*, <br><br>  v. <br><br>DONALD J. TRUMP *et al.*, <br><br>   *Defendants*. | Case No. 22-cv-00038 (APM) <br><br> (consolidated case) |

**PLAINTIFFS' NOTICE OF FILING EXHIBITS 68, 69, AND 103 TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT WITH REDACTIONS PURSUANT TO COURT'S ORDER (DKT. 180)**

Pursuant to this Court's March 9, 2025 Order (Dkt. 180), Plaintiffs in the above-titled consolidated action file herewith redacted versions of Exhibits 68, 69, and 103 to their Opposition to Defendant's Motion for Summary Judgment (Dkt. 152-21, 152-22, 152-56). Counsel for Plaintiffs have met and conferred with counsel for Daniel Scavino and have agreed on the redactions of personal phone numbers and email addresses. Counsel also agree that further redactions of corporate email addresses, including the corporate email addresses of the Trump campaign, are not required by this Court's Local Rules. See LCvR 5.4(f). Counsel for Mr. Scavino proposed the redaction of portions of the Trump campaign corporate email addresses, but counsel for Plaintiffs have concluded that such redactions cannot be made because the Plaintiffs' summary judgment filings cite to exhibits 68, 69, and 103 specifically for the reason that they contain the campaign email addresses.

Dated: May 15, 2025

/s/ Edward G. Caspar
Edward G. Caspar, D.C. Bar No. 1644168
Marc P. Epstein, D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, DC 20005
Tel: 202-662-8600
ecaspar@lawyerscommittee.org
mepstein@lawyerscommittee.org

Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Babak Ghafarzade, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
bghafarzade@selendygay.com

William J. Blechman, *pro hac vice*

      Elizabeth B. Honkonen, *pro hac vice*
      Jeffrey Todd Foreman, *pro hac vice*
      SPERLING KENNY NACHWALTER
      Four Seasons Tower – Suite 1100
      1441 Brickell Avenue
      Miami, FL 33131
      Tel: 305-373-1000
      wblechman@sperlingkenny.com
      ebh@sperlingkenny.com
      jtf@sperlingkenny.com

      *Attorneys for Plaintiffs Conrad Smith, et al.*

      */s/ Joseph M. Sellers*
      Joseph M. Sellers, Bar No. 318410
      Brian Corman, Bar No. 1008635
      Alison S. Deich, Bar No. 1572878
      COHEN MILSTEIN SELLERS & TOLL PLLC
      1100 New York Avenue N.W.
      Fifth Floor Washington, D.C. 20005
      Telephone: 202-408-4600
      Facsimile: 202-408-4699
      jsellers@cohenmilstein.com
      bcorman@cohenmilstein.com
      adeich@cohenmilstein.com

      Janette McCarthy-Wallace, Bar No. OH066257
      Anthony P. Ashton, Bar No. MD25220
      Anna Kathryn Barnes Barry,
      D.C. Bar No. 1719493
      NAACP
      Office of General Counsel
      4805 Mount Hope Drive
      Baltimore, MD 21215
      Telephone: 410-580-5777
      jlouard@naacpnet.org
      aashton@naacpnet.org
      abarnes@naacpnet.org

      *Attorneys for Plaintiffs Barbara J. Lee, et al.*

      */s/ Matthew Kaiser*
      Matthew Kaiser, D.C. Bar No. 486272
      Sarah Fink, D.C. Bar No. 166663
      KAISER PLLC

1099 Fourteenth Street N.W. 8th Floor
Washington, D.C. 20005z
Telephone: 202-640-2850
mkaiser@kaiserlaw.com
sfink@kaiserlaw.com

Philip Andonian, D.C. Bar No. 490792
Joseph Caleb, D.C. Bar No. 495383
CALEBANDONIAN PLLC
1100 H Street N.W. Suite 315
Washington, D.C. 20005
Telephone: 202-953-9850
phil@calebandonian.com
joe@calebandonian.com

*Attorneys for Plaintiff Eric Swalwell*


<u>/s/ Patrick A. Malone</u>
Patrick A. Malone, Bar No. 397142
Daniel Scialpi, Bar No. 997556
(application for admission forthcoming)
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street N.W. Suite 800
Washington, D.C. 20005
Telephone: 202-742-1500
Facsimile: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com

Cameron Kistler, Bar No. 1008922
Kristy Parker, Bar No. 1542111
Erica Newland (Bar No. MD0141)
UNITED TO PROTECT DEMOCRACY
2020 Pennsylvania Avenue N.W. #163
Washington, D.C. 20006
Telephone: 202-579-4582
cameron.kistler@protectdemocracy.org
kristy.parker@protectdemocracy.org
erica.newland@protectdemocracy.org

Genevieve C. Nadeau, Bar No. 979410
UNITED TO PROTECT DEMOCRACY
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: 202-579-4582

genevieve.nadeau@protectdemocracy.org

*Attorneys for Plaintiffs James Blassingame and Sidney Hemby*

<u>*/s/ Mark S. Zaid*</u>
Mark S. Zaid, Esq., D.C. Bar No. 440532
Bradley P. Moss, Esq., D.C. Bar No. 975905
MARK S. ZAID, P.C.
1250 Connecticut Avenue N.W. Suite 700
Washington, D.C. 20036
Telephone: 202-498-0011
Facsimile: 202-330-5610
Mark@MarkZaid.com
Brad@MarkZaid.com

Matthew Kaiser, D.C. Bar No. 486272
Noah Brozinsky, D.C. Bar No. 1655789
KAISER PLLC
1099 Fourteenth Street N.W. 8th Floor
Washington, D.C. 20005
Telephone: 202-640-2850
mkaiser@kaiserlaw.com
nbrozinsky@kaiserlaw.com

Philip Andonian, D.C. Bar No. 490792
Joseph Caleb, D.C. Bar No. 495383
CALEBANDONIAN PLLC
1100 H Street N.W. Suite 315
Washington, D.C. 20005
Telephone: 202-953-9850
phil@calebandonian.com
joe@calebandonian.com

*Attorneys for Plaintiff Sandra Garza*

<u>*/s/ Patrick A. Malone*</u>
Patrick A. Malone, Bar No. 397142
Daniel Scialpi, Bar No. 997556
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street N.W. Suite 800
Washington, D.C. 20005
Telephone: 202-742-1500
Facsimile: 202-742-1515

        pmalone@patrickmalonelaw.com
        dscialpi@patrickmalonelaw.com

        *Attorneys for Plaintiffs Marcus J. Moore et al.;*
        *Bobby Tabron et al.; and Briana Kirkland*

**CERTIFICATE OF SERVICE**

I certify that on May 15, 2025, a copy of the foregoing was filed with the Clerk of Court using the Court's CM/ECF system, which will send a copy to all counsel of record. Plaintiffs are serving pro se Defendants with copies of the foregoing via first class mail or other permitted means.

          */s/ Edward G. Caspar*
          Edward G. Caspar