# Exhibit 69

Message

| | |
|---|---|
| From: | Justin Caporale [jcaporale@donaldtrump.com] |
| on behalf of | Justin Caporale <jcaporale@donaldtrump.com> [jcaporale@donaldtrump.com] |
| Sent: | 1/3/2021 1:48:30 AM |
| To: | DSCAV DSCAV [danscavino███████.com] |
| CC: | Mike Hahn [mhahn@donaldtrump.com]; Gary Coby [coby@opnsesame.com]; Hannah Salem [hannah@salemstrategiesllc.com] |
| Subject: | Re: [EXTERNAL]Re: MARCH FOR TRUMP - 1/6 |

here's a quick promo ad the host has released for the event.

https://youtu.be/FcRulT_3w1g

https://twitter.com/kyliejanekremer/status/1345539000312991750?s=21

--
**Justin Caporale**
direct/text: ███

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.

On Jan 2, 2021, at 11:17, DSCAV DSCAV <danscavino███████.com> wrote:

Brilliant !!!

On Jan 2, 2021, at 10:56 AM, Justin Caporale <jcaporale@donaldtrump.com> wrote:

 yes. and i'm working with NPS to get a photog up in the washington monument — pending the monuments operating hours/ticket allotments that day.

--
**Justin Caporale**
direct/text: ███

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.

On Jan 2, 2021, at 10:49, DSCAV DSCAV <danscavino▮▮▮.com> wrote:

Awesome — thanks Justin, whatever ya need, lmk...will we have scissors — or two, w/ good angles...for view above.....?

On Jan 2, 2021, at 10:47 AM, Justin Caporale <jcaporale@donaldtrump.com> wrote:

perfect. we'll work with those networks to get them placed appropriately.

adding hannah salem who is running press ops for jan 6.

mike/gary if anything changes or you need anything let hannah know.

--
**Justin Caporale**
direct/text: ▮▮▮▮

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.

On Jan 2, 2021, at 10:43, DSCAV DSCAV <danscavino▮▮▮.com> wrote:

Hey, I'm going to use Right Side Broadcasting...(Twitter/Periscope) along with OAN, Newsmax, Breitbart, and Daily Caller, who will be doing live spots via Facebook, etc. I'll be able to pull live from them, like the last one. If they're not under payroll, and it would be an added expense, which POTUS is checking and sensitive to now, I don't need for this event. When POTUS goes, I can pull from same — unless Gary/Mike want, and/or see a need, good here. Thanks Justin !!

On Jan 2, 2021, at 10:26 AM, Justin Caporale <jcaporale@donaldtrump.com> wrote:

Hey-

Would you like to livestream the January 6th DC event on the Boss's social channels? I can bring in the Abates to handle to cameras and to coordinate with Hahn.

--
**Justin Caporale**
direct/text: ▮▮▮▮

*CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.*

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.