# Exhibit 103

Message

---

**From:** Jason Miller [jmiller@donaldtrump.com]
**on behalf of** Jason Miller <jmiller@donaldtrump.com> [jmiller@donaldtrump.com]
**Sent:** 12/30/2020 5:16:05 PM
**To:** Daniel Scavino [danscavino███████.com]
**Subject:** Fwd: 1/6 - next week
**Attachments:** Fraud examples in AZ-PA-NV-MI-WI-GA .docx

FYI:

Begin forwarded message:

**From:** Jason Miller <jmiller@donaldtrump.com>
**Date:** December 30, 2020 at 12:15:09 PM EST
**To:** Tim Murtaugh <tmurtaugh@donaldtrump.com>, Boris Epshteyn <bepshteyn@donaldtrump.com>, Jenna Ellis <jellis@donaldtrump.com>, Mike Hahn <mhahn@donaldtrump.com>, Matt Wolking <mwolking@donaldtrump.com>, Zach Parkinson <zparkinson@donaldtrump.com>, Gary Coby <coby@opnsesame.com>, Hogan Gidley <hogan@donaldtrump.com>, Erin Perrine <eperrine@donaldtrump.com>, Alexa Henning <ahenning@donaldtrump.com>, Kerrianne Itgen <kItgen@donaldtrump.com>, Kingsley Cortes <kcortes@donaldtrump.com>, Steve Cortes <scortes@veracruzllc.com>
**Cc:** Rudy Giuliani <███████████████>
**Subject: 1/6 - next week**

Team - we need to build out a Comms plan for the 6th that will be the blow-out of all media blow-outs: national and target state op-eds, around the clock national and contested state TV and radio bookings, social media amplification of Hill and rally activities, you name it.

Tim and I will be in touch with everyone over the next 24 hours or so to get your feedback for tactical items to include from your lanes so we can see where they fit into the broader strategic goals, so please start thinking about this. We have the biggest amplifier in all of this with the President, but we need other voices leading the charge.

Thank you!

Jason
C ███████████

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.