# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE et al., <br><br>           Plaintiffs, <br><br>       v. <br><br> DONALD J. TRUMP et al., <br><br>           Defendants. | Case No. 21-cv-00400 (APM) <br><br> (lead case) |
| ERIC SWALWELL, <br><br>           Plaintiff, <br><br>       v. <br><br> DONALD J. TRUMP et al., <br><br>           Defendants. | Case No. 21-cv-00586 (APM) <br><br> (consolidated case) |
| JAMES BLASSINGAME et al., <br><br>           Plaintiffs, <br><br>       v. <br><br> DONALD J. TRUMP, <br><br>           Defendant. | Case No. 21-cv-00858 (APM) <br><br> (consolidated case) |
| CONRAD SMITH et al., <br><br>           Plaintiffs, <br><br>       v. <br><br> DONALD J. TRUMP et al., <br><br>          Defendants. | Case No. 21-cv-02265 (APM) <br><br> (consolidated case) |

| | |
|---|---|
| MARCUS J. MOORE et al.,<br>        Plaintiffs,<br>    v.<br>DONALD J. TRUMP,<br>        Defendant. | Case No. 22-cv-00010 (APM)<br><br>(consolidated case) |
| BOBBY TABRON et al.,<br>        Plaintiffs,<br>    v.<br>DONALD J. TRUMP,<br>        Defendant. | Case No. 22-cv-00011 (APM)<br><br>(consolidated case) |
| BRIANA KIRKLAND,<br>        Plaintiff,<br>    v.<br>DONALD J. TRUMP,<br>        Defendant. | Case No. 22-cv-00034 (APM)<br><br>(consolidated case) |
| SANDRA GARZA,<br>        Plaintiff,<br>    v.<br>DONALD J. TRUMP et al.,<br>        Defendants. | Case No. 22-cv-00038 (APM)<br><br>(consolidated case) |

**DEFENDANT PRESIDENT DONALD J. TRUMP'S MOTION TO SCHEDULE HEARING FOR JANUARY 12, 2026, OR NEXT AVAILABLE DATE THEREAFTER**

Defendant President Donald J. Trump, by and through undersigned counsel, respectfully moves pursuant to Local Rule 16.1 to schedule the hearing for argument on the issues of Presidential Immunity and Defendant's First Amendment defenses for January 12, 2026, or the next available date thereafter.

In support of his request, Defendant states as follows:

1.  This Court proposed a hearing for December 19, 2025, to address the scope of Presidential Immunity and the scope of First Amendment protections to the allegations in this case. The Court itself has described the Immunity issue as "not an easy issue" that "implicates fundamental norms of separation of powers and calls on the court to assess the limits of a President's functions," ECF 66 at 23.

2.  On December 4, 2025, Defendant retained Caryn Schechtman and Josh Halpern of DLA Piper LLP as additional counsel of record in this matter. Mr. Halpern has unique and extensive experience litigating the scope and application of Presidential Immunity, including recently on behalf of President Trump in Delaware Chancery Court and Florida state court, and will take lead for DLA Piper on behalf of Defendant in this matter.

3.  Mr. Halpern will be out of the country on December 19, 2025. Defendant was not aware of this conflict at the time Mr. Halpern was initially consulted and retained.

4.  In light of the complexity of the issues presented, the extensive briefing already filed, and the discovery record, substitute counsel would be at a material disadvantage in speaking for the Defendant at the December 19 Hearing. In contrast, a hearing date of January 12 or a date thereafter will permit Mr. Halpern—the attorney with recent experience on the legal issues before the Court—to review the record, prepare, and present argument on Defendant's behalf.

5. Defendant thus respectfully requests that the hearing be scheduled for January 12, 2026, or for the Court's next available date thereafter. This is a modest change from the Court's initial proposal—relative to the complexity and importance of this case—of approximately three weeks that will also cover the federal holiday period. The interests of justice strongly favor allowing the President's chosen counsel to argue these momentous constitutional questions.

6. The United States does not oppose the motion and will be available on January 12. Defendant has conferred with counsel for Plaintiffs, who have not yet taken a position on this motion. However, given the time-sensitive nature of the request, Defendant files the Motion at this time.

7. Accordingly, Defendant respectfully requests that the Motion be granted and the hearing be scheduled accordingly.

Dated: Dec. 8, 2025.

/s/ *Jonathan M. Shaw*
Jonathan M. Shaw
D.C. Bar No. 446249
**DHILLON LAW GROUP, INC.**
2121 Eisenhower Ave, Suite 608
Alexandria, Virginia 22314
Telephone: (703) 574-1206
Facsimile: (415) 520-6593
jshaw@dhillonlaw.com


/s/ *Michael J. Walsh, Jr.*
Michael J. Walsh, Jr.
D.C. Bar No. 483296
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000
mike.walsh@us.dlapiper.com

Caryn G. Schechtman, Esq.
(*Pro Hac Vice* forthcoming)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
caryn.schechtman@us.dlapiper.com

Josh Halpern, Esq.
(*Pro Hac Vice* forthcoming)
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000
josh.halpern@us.dlapiper.com

*Counsel for President Donald J. Trump*

## CERTIFICATE OF SERVICE

I certify that on December 8, 2025, a copy of the foregoing was filed with the Clerk of Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Jonathan M. Shaw*
Jonathan M. Shaw
