UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BARBARA J. LEE et al.,** | ) | Case No. 21-cv-00400 (APM) |
| Plaintiffs, | ) ) ) | Consolidated Member Cases: |
| | ) | 21-cv-00586 (APM) |
| v. | ) | 21-cv-00858 (APM) |
| | ) | 21-cv-02265 (APM) |
| **DONALD J. TRUMP et al.,** | ) | 22-cv-00010 (APM) |
| | ) | 22-cv-00011 (APM) |
| Defendants. | ) | 22-cv-00034 (APM) |
| | ) | 23-cv-00038 (APM) |

## ORDER

Defendant Donald J. Trump seeks postponement of the hearing set for December 19, 2025, to address the pending dispositive motions asserting defenses of presidential immunity and First Amendment protected speech, because one recently retained counsel, Josh Halpern,[1] will be out of the country on that date. Def.'s Mot. to Reschedule Hr'g, ECF No. 199, ¶ 3. Defendant seeks a continuance to January 12, 2026, or the court's next available date. *Id.* ¶ 4. The motion is denied. The court's calendar simply cannot accommodate the requested change and attempting to do so would be unfair to Plaintiffs and inconsistent with the public interest. *See Jackson v. Finnegan, Henderson, Farabow, Garrett & Dunner*, 101 F.3d 145, 151 (D.C. Cir. 1996) (observing that a district court has "discretion to determine how best" "to manage its docket").

Starting at the end of October 2025, the court began conferring with counsel about setting a hearing date on the pending motions. By November 21, 2025, the court and counsel

---

[1] The newly retained counsel are Josh Halpern and Caryn Schechtman of DLA Piper LLP. As of the date of this order, neither has entered an appearance in this matter.

(including non-party petitioner the United States) had landed on December 19, 2025, for the hearing.

The court then filled in its calendar for the first two weeks of January 2026. Most notably, it set dispositive motions hearings in *Albany Med Health System v. Health Resources and Services Administration*, 23-cv-3252 (APM), and *Preservation Society of Newport County v. Burgum*, 23-cv-3510 (APM), on January 7, 2026, and January 14, 2026, respectively. Both are complex matters under the Administrative Procedure Act in which dispositive motions have been pending for more than 15 months. The court then starts a Medicaid fraud trial on January 20, 2026, which is expected to last through the month of February. Accordingly, the next open dates are in the first week of March 2026. And that is just the court's calendar. There is no telling whether counsel for both sides and the United States are available on the same date of that week. If not, then the court cannot realistically hold a hearing before April 2, 2026. Waiting until early March or April 2026 would not be fair to Plaintiffs or consistent with the public interest in these proceedings.

The court does not lightly decline to accommodate the schedule of Defendant's chosen counsel. Ordinarily, the court would make efforts to do so. However, all necessary parties in this matter were directed to hold December 19, 2025, as the date for argument, and the court's calendar will not allow for even a short continuance into mid-January. Nor will Defendant be prejudiced by the continuance denial. Current counsel of record drafted the presidential immunity and First Amendment briefs in this case, and a second recently retained counsel, Caryn Schechtman, has not said that she is unavailable on the scheduled date. These lawyers can ably represent Defendant.

For the foregoing reasons, President Trump's request to continue is denied. The hearing shall take place on December 19, 2025, at 9:30 AM in Courtroom 10. The court will provide further guidance on the hearing's structure next week.

Dated: December 10, 2025

Amit P. Mehta
United States District Judge