UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARBARA J. LEE et al., | ) | Case No. 21-cv-00400 (APM) |
| Plaintiffs, | ) ) | Consolidated Member Cases: |
| | ) | 21-cv-00586 (APM) |
| v. | ) | 21-cv-00858 (APM) |
| | ) | 21-cv-02265 (APM) |
| DONALD J. TRUMP et al., | ) | 22-cv-00010 (APM) |
| | ) | 22-cv-00011 (APM) |
| Defendants. | ) | 22-cv-00034 (APM) |
| | ) | 23-cv-00038 (APM) |

**ORDER**

The schedule for the motions hearing set for December 19, 2025, shall be as follows:

- 9:30 AM to 10:30 AM:  Defendant's Motion for Summary Judgment on Absolute Presidential Immunity Grounds – 30 minutes per side

- 10:30 AM to 10:45 AM:  Break

- 10:45 AM to 11:15 AM:  Plaintiffs' Motion to Strike the Government's Westfall Act Certification – 15 minutes per side

- 11:15 AM to 11:55 AM:  Defendant's Motion to Reconsider Denial of His Motion to Dismiss on First Amendment Grounds – 20 minutes per side

The movant may reserve a portion of their time for rebuttal.

The court will not hear argument on Plaintiffs' Motion to Take Judicial Notice or Defendant's Objection to Admission of Select Committee Final Report.

Dated: December 17, 2025

Amit P. Mehta
United States District Judge