AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Barbara J. Lee et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 21-cv-00400 (APM) (lead case) |
| Donald J. Trump et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President Donald J. Trump.

Date: 12/17/2025

/s/ Joshua Halpern
*Attorney's signature*

Joshua Halpern, 1737546
*Printed name and bar number*

DLA PIPER LLP (US)
500 Eighth St. NW
Washington, DC 20004
*Address*

josh.halpern@us.dlapiper.com
*E-mail address*

(202) 799-4000
*Telephone number*

(202) 799-5000
*FAX number*