AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Barbara J. Lee et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cv-00400 (APM) (lead case) |
| Donald J. Trump et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President Donald J. Trump                                                                                      .

Date:   12/19/2025                                                        /s/ Caryn G. Schechtman
                                                                                           *Attorney's signature*

                                                                         Caryn G. Schechtman, NY-2910420
                                                                                *Printed name and bar number*

                                                                                       DLA PIPER LLP (US)
                                                                         1251 Avenue of the Americas, 27th Floor
                                                                                   New York, NY 10020-1104
                                                                                                *Address*

                                                                         caryn.schechtman@us.dlapiper.com
                                                                                          *E-mail address*

                                                                                         (212) 335-4500
                                                                                        *Telephone number*

                                                                                         (212) 335-4501
                                                                                           *FAX number*