**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| BARBARA J. LEE *et al.*,<br><br>                    *Plaintiffs*,<br><br>        v.<br><br>DONALD J. TRUMP *et al.*,<br><br>                    *Defendants*. | Case No. 21-cv-00400 (APM) (lead case)<br><br>*Consolidated with* Case Nos.<br>        21-cv-00586 (APM)<br>        21-cv-00858 (APM)<br>        21-cv-02265 (APM)<br>        22-cv-00010 (APM)<br>        22-cv-00011 (APM)<br>        22-cv-00034 (APM)<br>        23-cv-00038 (APM) |

<u>**Motion for Voluntary Dismissal With Prejudice Pursuant to Rule 41(a)(2)
Solely as to Plaintiff Karen R. Bass**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Karen R. Bass respectfully

moves this Court to be voluntarily dismissed with prejudice as a representative in the above-titled

matter, Case No. 21-cv-00400 (APM). Counsel for Defendant Donald J. Trump and Defendant

Enrique Tarrio—the only Defendants that presently have counsel of record in this case—have

informed counsel for Karen Bass that they consent to this motion.[1] In support thereof, Plaintiff

Bass states as follows:

1.        On April 7, 2021, Plaintiff Bass, along with ten other Members of Congress, filed

an Amended Complaint in the above-titled matter against Defendants Donald J. Trump, the Oath

Keepers, Enrique Tarrio, Rudolph W. Giuliani, Proud Boys International, L.L.C., and Warboys

LLC. *See* Dkt. No. 11-1.

2.        The Proud Boys International, L.L.C. dissolved as a legal entity, and no counsel

has entered an appearance for this Defendant. *See* Dkt. No. 11 at 2.

---

[1]   Because this is a dispositive motion, Plaintiff Bass does not need the other parties' consent to
the relief sought. Nevertheless, for those Defendants with counsel of record, she obtained their
position in advance of filing this motion.

3.  No counsel has entered an appearance for War Boys LLC, and the Court entered a default against this Defendant in its Minute Order of November 1, 2021.

4.  On February 18, 2022, the Court denied the motions to dismiss of Defendants Trump, the Oath Keepers, and Tarrio. The Court granted Giuliani's motion to dismiss. *See* Dkt. No. 66 at 111.

5.  On July 14, 2022, the Court entered a Minute Order granting the withdrawal of the Oath Keepers' counsel and indicated that the failure of Defendant Oath Keepers to retain new counsel in this matter may result in entry of default judgment. No new counsel has entered an appearance on behalf of this Defendant to date.

6.  Plaintiff Bass voluntarily moves to dismiss her claims with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

7.  Rule 41(a)(2) of the Federal Rules of Civil Procedure provides that claims "may be dismissed at the plaintiff's request . . . by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

8.  Courts "applying Rule 41(a)(2) must consider (1) whether the plaintiff seeks the motion for voluntary dismissal in good faith, and (2) whether the dismissal would cause the defendant 'legal prejudice.'" *See Mittakarin v. InfoTran Sys., Inc.*, 279 F.R.D. 38, 41 (D.D.C. 2012) (internal citation omitted).

9.  A dismissal under Rule 41(a)(2) should be granted unless a party would "suffer prejudice other than the prospect of a second lawsuit or some tactical disadvantage." *Conafay v. Wyeth Lab'ys*, 793 F.2d 350, 353 (D.C. Cir. 1986).

10.  "Because dismissal of claims against a defendant rarely prejudices that party, the grant of a voluntary dismissal is virtually automatic." *N.S. by & through S. S. v. District of*

*Columbia*, 272 F.Supp.3d 192, 196 (D.D.C. 2017) (quoting *Blue v. D.C. Pub. Schs.*, 764 F.3d 11, 19 (D.C. Cir. 2014)).

11.     Plaintiff Bass moves for voluntary dismissal of her claims in good faith.

12.     Defendants will not suffer legal prejudice if the motion is granted.

13.     Counsel for Plaintiff Bass contacted counsel for Defendant Trump and for Defendant Tarrio—the only Defendants that presently appear active and have counsel of record in this case. Both consent to this motion.

14.     Plaintiff Bass moves to dismiss her claims with prejudice, so there is no prospect that she will reassert them in a second lawsuit.

15.     The other Plaintiffs will continue to pursue their claims.

For the foregoing reasons, Plaintiff Bass respectfully requests that this Court grant the motion to voluntarily dismiss Plaintiff Bass's claims with prejudice and without conditions pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: March 31, 2026

Respectfully submitted,

*/s/ Joseph Sellers*
Joseph M. Sellers, Bar No. 318410
Brian Corman, Bar No. 1008635
Alison S. Deich, Bar No. 1572878
Nina Jaffe-Geffner, Bar No. 90011459
COHEN MILSTEIN SELLERS & TOLL
PLLC
1100 New York Avenue N.W., Eighth Floor
Washington, D.C. 20005
Telephone: 202-408-4600
Facsimile: 202-408-4699
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com
adeich@cohenmilstein.com

Janette McCarthy-Wallace, Bar No.
OH066257
Anthony P. Ashton, Bar No. MD25220
NAACP
Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: 410-580-5777
jlouard@naacpnet.org
aashton@naacpnet.org

*Attorneys for Plaintiffs Barbara J. Lee, et al.*

## CERTIFICATE OF SERVICE

I certify that on March 31, 2026, a copy of the foregoing was filed with the Clerk of

Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

Plaintiffs are serving the remaining Defendants via first class mail or other permitted means.

*/s/ Joseph Sellers*
Joseph Sellers