**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DISTRICT OF COLUMBIA**

| | |
|---|---|
| BARBARA J. LEE et al., | |
| Plaintiffs, | |
| v. | Case No. 21-cv-00400 (APM) |
| DONALD J. TRUMP et al., | (lead case) |
| Defendants. | |
| | |
| ERIC SWALWELL, | |
| Plaintiff, | |
| v. | Case No. 21-cv-00586 (APM) |
| DONALD J. TRUMP et al., | (consolidated case) |
| Defendants. | |
| | |
| JAMES BLASSINGAME et al., | |
| Plaintiffs, | |
| v. | Case No. 21-cv-00858 (APM) |
| DONALD J. TRUMP, | (consolidated case) |
| Defendant. | |
| | |
| CONRAD SMITH et al., | |
| Plaintiffs, | |
| v. | Case No. 21-cv-02265 (APM) |
| DONALD J. TRUMP et al., | (consolidated case) |
| Defendants. | |

MARCUS J. MOORE et al.,

        Plaintiffs,

    v.

DONALD J. TRUMP,

        Defendant.

Case No. 22-cv-00010 (APM)

(consolidated case)

BOBBY TABRON et al.,

        Plaintiffs,

    v.

DONALD J. TRUMP,

        Defendant.

Case No. 22-cv-00011 (APM)

(consolidated case)

BRIANA KIRKLAND,

        Plaintiff,

    v.

DONALD J. TRUMP,

        Defendant.

Case No. 22-cv-00034 (APM)

(consolidated case)

SANDRA GARZA,

        Plaintiff,

    v.

DONALD J. TRUMP et al.,

        Defendants.

Case No. 22-cv-00038 (APM)

(consolidated case)

## **<u>NOTICE OF APPEAL</u>**

Defendant President Donald J. Trump hereby gives notice of his appeal to the United States Court of Appeals for the D.C. Circuit from this Court's Memorandum Opinion and Order entered on March 31, 2026, denying his Motion for Summary Judgment, including, without limitation, his presidential immunity defense. (*Memorandum Opinion and Order, Lee, et al., v. Trump, et al.,* Case No. 21-cv-00400 (APM) (D.D.C. 2026), Doc 219).

Dated: Apr. 10, 2026                    Respectfully submitted,


                                        /s/ *Jesse R. Binnall*
                                        Jesse R. Binnall
                                        D.C. Bar No. 446249
                                        Gerald A. Urbanek, Jr.
                                        VA Bar No. 95043
                                        **Binnall Law Group PLLC.**
                                        717 King Street, Suite 200.
                                        Alexandria, Virginia 22314
                                        Telephone: (703) 888-1943
                                        Facsimile: (703) 888-1930
                                        jesse@binnall.com
                                        gerald@binnall.com

                                        Jonathan M. Shaw
                                        D.C. Bar No. 446249
                                        **Dhillon Law Group, Inc.**
                                        2121 Eisenhower Ave, Suite 608
                                        Alexandria, Virginia 22314
                                        Telephone: (703) 574-1206
                                        Facsimile: (415) 520-6593
                                        jshaw@dhillonlaw.com

                                        Michael J. Walsh, Jr.
                                        D.C. Bar No. 483296
                                        **DLA PIPER LLP (US)**
                                        500 Eighth Street, NW
                                        Washington, DC 20004
                                        Telephone: (202) 799-4000

Facsimile: (202) 799-5000
mike.walsh@us.dlapiper.com

Caryn G. Schechtman, Esq.
(*Pro Hac Vice*)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
caryn.schechtman@us.dlapiper.com

*Counsel for President Donald J. Trump*

4

## CERTIFICATE OF SERVICE

I certify that on April 10, 2026, a copy of the foregoing was filed with the Clerk of Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

_/s/ Jesse R, Binnall_
Jesse R. Binnall


_Counsel for President Donald J. Trump_