**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES BLASSINGAME, et al., | |
| Plaintiffs, | |
| | Case No. 1:21-cv-00858-APM |
| vs. | |
| DONALD J. TRUMP, | |
| Defendant. | |
| | |
| SANDRA GARZA, | |
| Plaintiff, | Case No. 1:23-cv-00038-APM |
| vs. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |
| | |
| BRIANA KIRKLAND, | |
| Plaintiff, | Case No. 1:22-cv-00034-APM |
| vs. | |
| DONALD J. TRUMP, | |
| Defendant. | |
| | |
| MARCUS J. MOORE, | |
| Plaintiff, | Case No. 1:22-cv-00010-APM |
| vs. | |
| DONALD J. TRUMP, | |
| Defendant. | |

| | |
|---|---|
| CONRAD SMITH, et al., | |
| Plaintiffs, | Case No. 1:21-cv-2265-APM |
| vs. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |
| | |
| ERIC SWALWELL, | |
| Plaintiff, | Case No. 1:21-cv-00586-APM |
| vs. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |
| | |
| BOBBY TABRON, et al., | |
| Plaintiffs, | Case No. 1:22-cv-00011-APM |
| vs. | |
| DONALD J. TRUMP, | |
| Defendant. | |

## NOTICE OF APPEAL

The United States of America hereby gives notice of its appeal to the United States Court of Appeals for the District of Columbia Circuit from the District Court's March 31, 2026, Memorandum Opinion and Order (ECF No. 219) granting Plaintiffs' Motion to Strike the Government's Westfall Act Certifications in the above-captioned consolidated cases.

Date: April 21, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Civil Division

PAUL E. WERNER
Assistant Director

REGINALD M. SKINNER
Senior Trial Counsel

/s/ Jonathan R. Myers
JONATHAN R. MYERS
DC Bar No. 1601183
Trial Attorney
U.S. Department of Justice
Civil Division, Constitutional Torts Staff
175 N Street NE
Washington, DC 20002
Tel: 202-305-8049
Fax: 202-616-4314
jonathan.r.myers@usdoj.gov

*Attorneys for United States of America*