United States District Court

District of Columbia

RECEIVED
MAILROOM

APR 2 8 2026

Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

Barbara J. Lee et al.,
  Plaintiff

v.

Donald J. Trump
  Defendant

             - 3:21-cv-00400
             - 3:21-cv-00586
Case Number - 3:22-cv-00010
             - 3:22-cv-00011
             - 3-22-cv-00038

# **Motion to Intervene**

Comes Now, Potential Intervenor, Anthony Scocozzo, respectfully requests for this honorable court to allow Scocozzo to intervene in this matter, pursuant to Fed. R. Civ. P. 24(b)(1)(B), for the following reasons.

1.      In June 2022, Mr. Scocozzo's $325,000 bond was revoked based on a finding of an intent to violate a no contact order, where Mr. Scocozzo's words objectively did not violate any no contact order. Mr. Scocozzo remains in pre-trial detention today, awaiting trial. See Exhibit 1 – Order Denying Defendant's Motion to Reinstate Bond

2.      Mr. Scocozzo is also being prosecuted for making a threat, in violation of Fla. Sta. 836.10, and for stalking, in violation of Fla. Sta. 784.048, based on words which objectively do not fit any category of unprotected speech. See Exhibit 2 – Defendant's Motion to Dismiss Count I 836.10 Due to Immunity from Prosecution

3.      Mr. Scocozzo has also personally drafted, and filed through his Public Defender, substantial Constitutional challenges to his prosecution based on similar First Amendment questions of law which President Trump raised in these cases. See Exhibit 3 – Motions Challenging the Constitutionality of Fla. Sta. 836.10 and 784.048

4.      Mr. Scocozzo has raised similar arguments and standards for analysis in his Florida State criminal case since as early as 2023, and therefore has a substantial defense and interest in the Constitutional question of law President Trump is raising in these cases...Specifically, if a finding of mens rea can overcome a complete lack of an actus reus to attach plausible liability, and ultimately guilt, to otherwise protected speech. As well, as the approach President Trump asks the Court to take in first establishing that the speech in question objectively fits a category and definition of unprotected speech, as a matter of law, before determining a persons intent.

## Conclusion

For these reasons, Mr. Scocozzo respectfully requests for this honorable court to grant him Intervenor status in these cases.

Respectfully Submitted,

ANThony Scocozzo

April 24, 2026

Anthony Scocozzo
Pretrial Detainee 22000475
Baker County Detention Center
One Sheriff's Office Drive
Macclenny, Fl 32063