# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP *et al.*,<br><br>    *Defendants*. | Case No. 21-cv-00400 (APM)<br><br>(lead case) |
| ERIC SWALWELL,<br><br>    *Plaintiff*,<br><br>  v.<br><br>DONALD J. TRUMP *et al.*,<br><br>    *Defendants*. | Case No. 21-cv-00586 (APM)<br><br>(consolidated case) |
| JAMES BLASSINGAME *et. al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP,<br><br>    *Defendant*. | Case No. 21-cv-00858 (APM)<br><br>(consolidated case) |
| CONRAD SMITH *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP *et al.*,<br><br>    *Defendants*. | Case No. 21-cv-02265 (APM)<br><br>(consolidated case) |
| MARCUS J. MOORE *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP,<br><br>    *Defendant*. | Case No. 22-cv-00010 (APM)<br><br>(consolidated case) |

| | |
|---|---|
| BOBBY TABRON *et al.*,<br><br>   *Plaintiff,*<br><br>  v.<br><br>DONALD J. TRUMP,<br><br>   *Defendants.* | Case No. 22-cv-00011 (APM)<br><br>(consolidated case) |
| BRIANA KIRKLAND,<br><br>   *Plaintiff,*<br><br>  v.<br><br>DONALD J. TRUMP,<br><br>   *Defendant.* | Case No. 22-cv-00034 (APM)<br><br>(consolidated case) |
| SANDRA GARZA,<br><br>   *Plaintiff,*<br><br>  v.<br><br>DONALD J. TRUMP *et al*.,<br><br>   *Defendants.* | Case No. 23-cv-00038 (APM)<br><br>(consolidated case) |

**PLAINTIFFS' UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION**

Pursuant to Federal Civil Rule 6(b)(1)(A), Plaintiffs in the above-titled consolidated actions respectfully move this Court for a brief extension of time to file their Reply in support of their Motion for Reconsideration of the Court's Holding on Trump's 2:24 PM Tweet on January 6, 2021, or in the Alternative, for Certification for Interlocutory Appeal ("Motion for Reconsideration"). Plaintiffs request that the current deadline for their Reply of May 21, 2026, be extended by seven days, to and including May 28, 2026. In support of this Motion, Plaintiffs state the following:

1. On April 30, 2026, Plaintiffs filed a Motion for Reconsideration pertaining to a discrete aspect of the Court's Summary Judgment ruling. Dkt. 228.

2. Defendant Trump's Opposition to Plaintiffs' Motion for Reconsideration is due on May 14, 2026.

1

3.    Plaintiffs' Reply in support of their Motion for Reconsideration is currently due on May 21, 2026. *See* Local Civil Rule 7(d).

4.    In light of scheduling conflicts among Plaintiffs' counsel during the relevant period for preparing the reply, Plaintiffs seek a modest, one-week extension of that deadline, through May 28, 2026.

5.    Plaintiffs seek this extension in good faith and not for purposes of delay.

6.    No party will be prejudiced by the requested extension—which will not alter any other case deadlines or otherwise disrupt the orderly administration of this proceeding.

7.    Pursuant to Local Civil Rule 7(m), Plaintiffs have conferred with Defendant Trump's counsel regarding the requested extension, and Defendant Trump does not oppose Plaintiffs' request.[1]

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this unopposed motion and extend Plaintiffs' deadline to file their Reply in support of their Motion for Reconsideration from May 21, 2026 to May 28, 2026.

Dated: May 13, 2026                              Respectfully submitted,

                                                 */s/ Joseph Sellers*
                                                 Joseph M. Sellers, Bar No. 318410
                                                 Brian Corman, Bar No. 1008635
                                                 Alison S. Deich, Bar No. 1572878
                                                 Alisa Tiwari (*pro hac vice*, appl. for
                                                 admission pending)
                                                 Nina Jaffe-Geffner, Bar No. 90011459
                                                 COHEN MILSTEIN SELLERS & TOLL
                                                 PLLC
                                                 1100 New York Avenue N.W.

---

[1] President Trump is presently the sole defendant implicated by the Motion for Reconsideration. Nevertheless, to ensure due diligence, Plaintiffs also obtained positions from counsel for the Government and the Campaign, who likewise do not oppose this request.

2

Eighth Floor Washington, D.C. 20005
Telephone: 202-408-4600
Facsimile: 202-408-4699
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com
adeich@cohenmilstein.com
atiwari@cohenmilstein.com
njaffegeffner@cohenmilstein.com

Janette McCarthy-Wallace, Bar No.
OH066257
Anthony P. Ashton, Bar No. MD25220
NAACP
Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: 410-580-5777
jlouard@naacpnet.org
aashton@naacpnet.org

*Attorneys for Plaintiffs Barbara J. Lee, et al.*

*/s/ Edward G. Caspar*
Edward G. Caspar, D.C. Bar No. 1644168
Marc P. Epstein, D.C. Bar No. 90003967
Jeffrey Blumberg, D.C. Bar No. 432928
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, DC 20005
Tel: 202-662-8600
ecaspar@lawyerscommittee.org
mepstein@lawyerscommittee.org
jblumberg@lawyerscommittee.org

Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Babak Ghafarzade, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
bghafarzade@selendygay.com

3

William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
SPERLING KENNY NACHWALTER
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: 305-373-1000
wblechman@sperlingkenny.com
ebh@sperlingkenny.com

*Attorneys for Plaintiffs Conrad Smith, et al.*


/s/ Matthew Kaiser
Matthew Kaiser, D.C. Bar No. 486272
Sarah R. Fink, D.C. Bar No. 166663
KAISER PLLC
1099 Fourteenth Street N.W.
8th Floor Washington, D.C. 20005
Telephone: 202-640-2850
mkaiser@kaiserlaw.com
sfink@kaiserlaw.com

*Attorneys for Plaintiff Eric Swalwell*


/s/ Patrick Malone
Patrick A. Malone, Bar No. 397142
Daniel Scialpi, Bar No. 997556 (appl. for
admission forthcoming)
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street N.W. Suite 800
Washington, D.C. 20005
Telephone: 202-742-1500
Facsimile: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com

Cameron Kistler, Bar No. 1008922
Kristy Parker, Bar No. 1542111
Erica Newland (Bar No. MD0141)
UNITED TO PROTECT DEMOCRACY
2020 Pennsylvania Avenue N.W. #163
Washington, D.C. 20006
Telephone: 202-579-4582
cameron.kistler@protectdemocracy.org
kristy.parker@protectdemocracy.org

4

erica.newland@protectdemocracy.org

Genevieve C. Nadeau, Bar No. 979410
UNITED TO PROTECT DEMOCRACY
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: 202-579-4582
genevieve.nadeau@protectdemocracy.org

*Attorneys for Plaintiffs James Blassingame
and Sidney Hemby*


*/s/ Mark Zaid*
Mark S. Zaid, Esq., D.C. Bar No. 440532
Bradley P. Moss, Esq., D.C. Bar No. 975905
MARK S. ZAID, P.C.
1250 Connecticut Avenue N.W. Suite 700
Washington, D.C. 20036
Telephone: 202-498-0011
Facsimile: 202-330-5610
Mark@MarkZaid.com
Brad@MarkZaid.com

Matthew Kaiser, D.C. Bar No. 486272
Sarah R. Fink, D.C. Bar No. 166663
KAISER PLLC
1099 Fourteenth Street N.W. 8th Floor
Washington, D.C. 20005
Telephone: 202-640-2850
mkaiser@kaiserlaw.com
sfink@kaiserlaw.com

*Attorneys for Plaintiff Sandra Garza*


*/s/ Patrick Malone*
Patrick A. Malone, Bar No. 397142
Daniel Scialpi, Bar No. 997556
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street N.W. Suite 800
Washington, D.C. 20005
Telephone: 202-742-1500
Facsimile: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com

5

*Attorneys for Plaintiffs Marcus J. Moore et al.; Bobby Tabron et al.; and Briana Kirkland*

## CERTIFICATE OF SERVICE

I certify that on May 13, 2026, a true and correct copy of the foregoing was served on counsel of record by the Clerk of the Court through the CM/ECF system.


*/s/ Joseph Sellers*
Joseph M. Sellers